ORIGINAL FILED

JAN 1 3 1995

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER (#83925)<br>JANE KAHN (#112239)<br>EVE SHAPIRO (#164709)<br>General Delivery<br>San Quentin, CA 94964<br>Telephone: (415) 457-9144 | ROSEN, BIEN & ASARO<br>MICHAEL W. BIEN (#96891)<br>DONNA PETRINE (#154833)<br>155 Montgomery Street<br>San Francisco, CA 94104<br>Telephone: (415) 433-6830 |
| DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>ELAINE B. FEINGOLD (#99226)<br>ARLENE B. MAYERSON (#79310)<br>2212 6th Street<br>Berkeley, CA 94710<br>Telephone: (510) 644-2555 | McCUTCHEN, DOYLE, BROWN &<br>ENERSEN<br>WARREN E. GEORGE (#53588)<br>KARLA MARTIN (#160846)<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

RECEIVED DEC 02 1994
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, JAMES AMAURIC, RICHARD PONCIANO, JACK SWENSEN, BILLY BECK, JUDY FENDT, WALTER FRATUS, GREGORY SANDOVAL, DARLENE MADISON, PETER RICHARDSON, STEVEN HILL, and all others similarly situated,

    Plaintiffs,

v.

PETE WILSON, Governor of the State of California, JOSEPH SANDOVAL, Secretary of Youth and Corrections Agency, JAMES GOMEZ, Director of the Department of Corrections, KYLE S. MCKINSEY, Deputy Director for Health Care Services, KEVIN CARRUTH, Deputy of the Planning and Construction Division, DAVID TRISTAN, Deputy Director of the Institutions Division, MARISELA MONTES, Deputy Director of the Parole and Community Services Division,

    Defendants.

No. C-94-2307 CW

[Proposed]
ORDER CERTIFYING THE CLASS

Order Certifying Class

The motion of plaintiffs JOHN ARMSTRONG, JAMES AMAURIC, RICHARD PONCIANO, JACK SWENSEN, BILLY BECK, JUDY FENDT, WALTER FRATUS, GREGORY SANDOVAL, DARLENE MADISON, PETER RICHARDSON, and STEVEN HILL for class certification under Federal Rules of Civil Procedure, Rules 23(b)(1)(A), 23(b)(1)(B) and 23(b)(2) came on regularly for hearing before this Court on October 28, 1994. Warren George, appeared as counsel for plaintiffs and James Humes, Deputy Attorney General appeared as counsel for defendants.

After considering the moving and opposition papers, the arguments of counsel and all other matters presented to this Court, this Court makes the following findings of fact:

A.  The prerequisites to maintenance of a class action set forth in Federal Rule of Civil Procedure 23(a)(1-4) are met in that:

(1)  The class of all present and future California state prisoners and parolees with mobility, sight, hearing, learning and kidney impairments that substantially limit one or more of their major life activities, except those prisoners with mobility impairments housed at the California Medical Facility, is so numerous that joinder of all members is impracticable;

(2)  There are questions of law and fact common to all members of the class;

(3)  The claims of the representative parties are typical of the claims of the class; and

(4)  The representative parties will fairly and adequately protect the interests of the class.

B. A class action is maintainable under Federal Rule of Civil Procedure 23(b)(1)(A), 23(b)(1)(B) and 23(b)(2) in that:

(1) The prosecution of separate actions by individual members of the class would create a risk of (a) inconsistent or varying adjudications with respect to individual members of the class which would establish incompatible standards of conduct for defendants and (b) adjudications with respect to individual class members which would as a practical matter be dispositive of the interests of the other members who are not named parties; and

(2) In maintaining its current policies and practices with respect to prisoners and parolees with the named disabilities, defendants have acted or refused to act on grounds generally applicable to the class. Therefore,

IT IS HEREBY ORDERED that plaintiffs' motion for class certification is GRANTED. The class shall consist of all present and future California state prisoners and parolees with mobility, sight, hearing, learning and kidney disabilities that substantially limit one or more of their major life activities, except those prisoners with mobility impairments housed at the California Medical Facility.

Dated: ~~December __, 1994~~ JAN 1 3 1995

CLAUDIA WILKEN
UNITED STATED DISTRICT JUDGE

Approved for form:

_George Prince_ 12/1/94
GEORGE PRINCE
Attorney for defendants

## DECLARATION OF SERVICE BY MAIL

Case Name:  *John Armstrong, et al. v. Pete Wilson, et al.*

USDC N.D. Case No.   C-94-2307 CW

I am employed in the County of San Francisco, California. I am over the age of 18 years and not a party to the within entitled cause; my business address is 455 Golden Gate Avenue, Room 6200, San Francisco, California 94102-3658.

On December 1, 1994, I served the attached

[PROPOSED] ORDER CERTIFYING THE CLASS

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER<br>JANE KAHN<br>EVE SHAPIRO<br>GENERAL DELIVERY<br>SAN QUENTIN, CA  94964 | DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>ELAINE B. FEINGOLD<br>ARLENE B. MAYERSON<br>2212 SIXTH STREET<br>BERKELEY, CA  94710 |
| ROSEN BIEN & ASARO<br>MICHAEL W. BIEN<br>DONNA PETRINE<br>155 MONTGOMERY STREET<br>SAN FRANCISCO, CA  94104 | McCUTCHEON DOYLE BROWN & ENERSON<br>WARREN E. GEORGE<br>KARLA MARTIN<br>THREE EMBARCADERO CENTER<br>SAN FRANCISCO, CA  94101 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on December 1, 1994.


_____
D. SCHOTT