UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR - 2 1995
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOHN ARMSTRONG, et al.,

    Plaintiffs,

v.

PETE WILSON, et al.,

    Defendants.

NO. C-94-2307 CW

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

    The above-entitled case is a class action, with attorneys representing the class. Joseph Alldredge, an inmate at Calipatria State Prison, has submitted under the caption of this case a request for a temporary restraining order on his own behalf. Since class counsel represent the class in this case, requests for relief filed <u>in propria persona</u> will not be entertained.

    Accordingly, the request for a temporary restraining order is DENIED.

Dated: MAR - 2 1995

CLAUDIA WILKEN
United States District Judge

Copies mailed as noted on attached sheet

B. Stephen Toben  
Hewlett Foundation  
525 Middlefield Road  
Menlo Park, CA 94025   [94cv2307 ]

Donald Specter  
Prison Law Office  
General Delivery  
San Quentin, CA 94964   [94cv2307 ]

Elaine Feingold  
Disability Rights Education & Defense Fu  
2212 Sixth Street  
Berkeley, CA 94710   [94cv2307 ]

George D. Prince  
CA State Atty General's Office  
455 Golden Gate Ave  
San Francisco, CA 94102   [94cv2307 ]

Michael W. Bien  
Rosen Bien & Asaro  
155 Montgomery St 8th Flr  
San Francisco, CA 94104   [94cv2307 ]

Morris Lenk  
CA State Atty General's Office  
455 Golden Gate Ave  
San Francisco, CA 94102   [94cv2307 ]

Warren E. George  
McCutchen Doyle Brown & Enersen  
Three Embarcadero Ctr 28th Flr  
San Francisco, CA 94111   [94cv2307 ]

Joseph Alldredge  
E-47290  
Calipatria State Prison  
P.O. Box 5002  
Calipatria, CA  92233