```
 1  DANIEL E. LUNGREN, Attorney General
    of the State of California
 2  PETER J. SIGGINS, Senior
    Assistant Attorney General
 3  MORRIS LENK, Senior Supervising
    Deputy Attorney General
 4  GEORGE D. PRINCE, #133877
    JAMES M. HUMES, #147927
 5  Deputy Attorneys General
    50 Fremont Street, Suite 300
 6  San Francisco, California  94105
    Telephone No. (415) 356-6050
 7
    Attorneys for Defendants
 8
 9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11  JOHN ARMSTRONG, et al.,        )   No. C-94-2307 CW
                                   )
12            Plaintiffs,          )   DEFENDANT NIELSEN'S AMENDED
                                   )   NOTICE OF HEARING ON MOTION
13       v.                        )   TO DISMISS
                                   )
14  PETE WILSON, et al.,           )   [Fed.R.Civ.P. 12(b)]
                                   )
15            Defendants.          )   Date:  January 5, 1996
                                   )   Time:  10:30 a.m.
16  _____  )   Place: Courtroom 2
17       PLEASE TAKE NOTICE THAT the hearing previously
18  scheduled for December 29, 1995 in this matter will take place on
19  January 5, 1996, in Courtroom 2 of the Federal Courthouse at 1301
20  Clay Street in Oakland, California.
21       DATED: November 30, 1995
22                           Respectfully submitted,
23                           DANIEL E. LUNGREN
                             Attorney General
24
                             PETER J. SIGGINS, Senior
25                           Assistant Attorney General
26                           [signature]
                             GEORGE D. PRINCE
27                           JAMES M. HUMES
                             Deputy Attorneys General
28                           Attorneys for Defendants
```

ORIGINAL FILED
DEC 1  11 14 AM '95
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

## DECLARATION OF SERVICE BY MAIL

Case Name: _John Armstrong, et al. v. Pete Wilson, et al._
U.S.D.C.-N.D. Case No.   C-94-2307 CW

I am employed in the County of San Francisco, California.  I am over the age of 18 years and not a party to the within entitled cause; my business address is 50 Fremont Street, Suite 300 San Francisco, California 94105.

On  December 1, 1995  I served the attached

    DEFENDANT NIELSEN'S AMENDED NOTICE OF HEARING ON MOTION
    TO DISMISS

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER<br>JANE KAHN<br>EVE SHAPIRO<br>GENERAL DELIVERY<br>SAN QUENTIN, CA  94964 | DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>ELAINE B. FEINGOLD<br>ARLENE B. MAYERSON<br>2212 SIXTH STREET<br>BERKELEY, CA  94710 |
| ROSEN BIEN & ASARO<br>MICHAEL W. BIEN<br>DONNA PETRINE<br>155 MONTGOMERY STREET<br>SAN FRANCISCO, CA  94104 | McCUTCHEN DOYLE BROWN & ENERSEN<br>WARREN E. GEORGE<br>KARLA MARTIN<br>THREE EMBARCADERO CENTER<br>SAN FRANCISCO, CA  94101 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on December 1, 1995.

    R. Torres
   (TYPED NAME)                     (SIGNATURE)

DSM 1 - SF