ORIGINAL

```
1  PRISON LAW OFFICE
   DONALD SPECTER  #83925
2  HEATHER MACKAY  #161434
   General Delivery
3  San Quentin, CA  94964
   Telephone:  (415) 457-9144
4
       Attorneys for Plaintiffs
5
   DANIEL E. LUNGREN, Attorney General
6  of the State of California
   PETER J. SIGGINS, Senior Assistant
7  Attorney General
   JAMES M. HUMES, Supervising
8  Deputy Attorney General
   WILLIAM JENKINS  #143616
9  Deputy Attorney General
   50 Fremont Street, Suite 300
10 San Francisco, CA  94105-2239
   Telephone:  (415) 356-6044
11
   Attorneys for Defendants
12
                UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14

15  _____
                                    )
16  JOHN ARMSTRONG, et al.,         )    No. C94-2307 CW
                                    )
17              Plaintiffs,         )    STIPULATED MODIFICATION TO
                                    )    PROTECTIVE ORDER
18       vs.                        )
                                    )
19  PETE WILSON, et al.,            )
                                    )
20              Defendants.         )
    _____)
21

22       The parties through their counsel hereby agree, and the

23  Court hereby orders, the following modification to the

24  Protective Order in this case, filed March 23, 1995:

25  1.   Paragraph 2 shall be modified as follows:

26       Page 2, line 9, delete "and"; page 2, line 16, change

27  "order." to "order; and"; and insert the following between

28  after subpart (e):
```

FILED
SEP - 3 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
AUG 23 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

12252777

-1-     MOD. TO PROT. ORDER
        (C94-2307 CW)

1        "f. Individuals as described in subparts (a)
2        through (e), above, in <u>Clark, et al. v. California, et</u>
3        <u>al.</u> (C96-1486 FMS), currently pending in the United
4        States District Court for the Northern District of
5        California, who agree to be bound by the terms of this
6        Order."
7 2. Paragraph 5 shall be modified to read as follows:
8        "5. All personal or security information shall be
9        used solely in connection with this litigation, or in
10       <u>Clark, et al. v. California, et al.</u> (C96-1486 FMS),
11       currently pending in the United States District Court
12       for the Northern District of California, and not for
13       any other purpose, including other litigation."
14
15 AGREED TO BY THE PARTIES:
16
17 Aug. 20, 1996                     _____
18                               William Jenkins
                              Deputy Attorney General
19                               Counsel for Defendants
20
   Aug. 22, 1996                      _____
21                               Donald Specter
                              Counsel for Plaintiffs
22
23 IT IS SO ORDERED.
24
25 Date: SEP - 3 1996              _____
                              Honorable Claudia Wilkin
26                               United States District Judge
27
28

12252777

DECLARATION OF SERVICE BY MAIL

Case Name:   John Armstrong et. al, v. Pete Wilson et. al,
                              No. C-94 2307 CW

I am employed in the County of Marin, California.  I am over the age of 18 years and not a party to the within entitled cause: my business address is Prison Law Office, General Delivery, San Quentin, California  94964.

On August 22, 1996, I served the attached

**STIPULATED MODIFICATION TO PROTECTIVE ORDER**

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Rafael, California, addressed as follows:

William Jenkins, DAG
Deputy Attorney General
50 Fremont St., Suite 300
San Francisco, CA 94105-2239

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Rafael, California on August 22,

_____
Edie DeGraff