PRISON LAW OFFICE
DONALD SPECTER, # 83925
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144

DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
ELAINE B. FEINGOLD, #99226
JAN GARRETT, #183688
2212 6th Street
Berkeley, CA 94710
Telephone: (510) 644-2555

HOWARD, RICE, NEMEROVSKI,
CANADY, FALK & RABKIN
EVE SHAPIRO, #164709
Three Embarcadero Center, 7th
Floor
San Francisco, CA 94111
Telephone: (415) 434-1600

Attorneys for Plaintiffs

McCUTCHEN, DOYLE, BROWN &
ENERSEN
WARREN E. GEORGE, # 53588
JOHN WADSWORTH, #166838
Three Embarcadero Center
San Francisco, CA 94111-4066
Telephone: (415) 393-2000

ROSEN, BIEN & ASARO
MICHAEL W. BIEN, # 96891
DONNA PETRINE, # 154833
155 Montgomery St., 8th Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

RECEIVED
NOV 14 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
OAKLAND
DISTRICT OF CALIFORNIA

FILED
NOV 19 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PETE WILSON, et al.,<br><br>    Defendants. | No. C-94-2307-CW<br><br><br>APPLICATION TO APPEAR<br>PRO HAC VICE |

I, Sara Linda Norman, hereby certify that:

1. I am an active member in good standing of the bar of the State of New York, registered with the Appellate Division, First Department;

2. I have read and will abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-3 of the U.S. District Court for the Northern District of California;

APPLICATION TO APPEAR PRO HAC VICE          1

1       3.    I work at the Prison Law Office, where the telephone

2  number is (415) 457-9144;

3       4.    Attorneys who are members of the State Bar of

4  California in good standing, and who maintain an office within

5  the State of California, are designated as co-counsel in the

6  instant action, pursuant to Local Rule 11-2(a).

7

8  DATED: November 13, 1996

9

10                                Sara Linda Norman

11

12

13                             ORDER

14 The Application for Sara Linda Norman to Appear Pro Hac Vice in

15 the instant acion is hereby granted.

16

17 DATED: November 19, 1996

18                             CLAUDIA WILKEN
                                 U.S. DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY MAIL

Case Name:  John Armstrong et. al, v. Pete Wilson et. al,
            Northern District - Oakland Division No. C-94 2307 CW

I am employed in the County of Marin, California.  I am over the age of 18 years and not a party to the within entitled cause: my business address is Prison Law Office, General Delivery, San Quentin, California  94964.

On November 13, 1996 I served the attached

**APPLICATION TO APPEAR PRO HAC VICE**

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Rafael, California, addressed as follows:

Jim Humes, DAG
Deputy Attorney General
50 Fremont St., Suite 300
San Francisco, CA 94105-2239

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Rafael, California on November 13, 1996.

Bonnie Cash