ORIGINAL FILED
Nov 26 1996

DECLARATION OF SERVICE BY MAIL

Case Name: John Armstrong et. al, v. Pete Wilson et. al, Northern District - Oakland Division No. C-94 2307 CW

I am employed in the County of Marin, California. I am over the age of 18 years and not a party to the within entitled cause: my business address is Prison Law Office, General Delivery, San Quentin, California 94964.

On November 22, 1996 I served the attached

**APPLICATION TO APPEAR PRO HAC VICE-FILED NOVEMBER 19, 1996**

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Rafael, California, addressed as follows:

Jim Humes, DAG
Deputy Attorney General
50 Fremont St., Suite 300
San Francisco, CA 94105-2239

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Rafael, California on November 22, 1996.

Bonnie Cash