1   DANIEL E. LUNGREN, Attorney General
    of the State of California
2   PETER J. SIGGINS, Senior
    Assistant Attorney General
3   GEORGE D. PRINCE, #13387
    JAMES M. HUMES, #147927
4   Deputy Attorneys General
    50 Fremont Street, Suite 300
5   San Francisco, California 94105
    Telephone No. (415) 356-6037
6
    Attorneys for Defendants
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
11  JOHN ARMSTRONG, et al.,        )   No. C-94-2307 CW
                                   )
12              Plaintiffs,        )   **STIPULATION AND ORDER**
        v.                         )   **AMENDING PLAINTIFF CLASS**
13                                 )
    PETE WILSON, et al.,           )
14                                 )
                Defendants.        )
15  _____   )

16          It is hereby stipulated between defendants Pete Wilson,

17  Governor of California, Thomas Maddock, Secretary of the

18  California Youth and Adult Corrections Agency, Cal Terhune,

19  Director of the California Department of Corrections, Susann

20  Steinberg, M.D., Deputy Director of the Health Care Services

21  Division, and all other defendants, by their counsel Daniel E.

22  Lungren, Attorney General of California, James Humes, Deputy

23  Attorney General and plaintiffs John Armstrong, and all other

24  members of the plaintiff class, by their counsel Prison Law

25  Office, Donald Specter, Rosen, Bien & Asaro, Michael Bien,

26  McCutchen, Doyle, Brown and Enersen, Warren George, Disability

27  Rights and Education Defense Fund, Elaine Feingold, that:

28          1.   Defendants' agree that all Findings and

RECEIVED
DEC 23 1998
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
DEC 24 1998
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1   Recommendations and Orders issued in this action apply to

2   prisoners and conditions at the California Medical Facility at

3   Vacaville ("CMF") and that this Court has jurisdiction and power

4   to issue relief and orders concerning CMF to the same extent as

5   the Court has jurisdiction and power to do so as to any other

6   California prison;

7        2.   The Order Certifying the Class filed in this case on

8   January 13, 1995, shall be amended.  Lines 19 and 20 on page

9   three of the order shall be deleted.  As amended, the newly

10  constituted class is described as follows:

11         The plaintiff class shall consist of all present and

12  future California state prisoners and parolees with mobility,

13  sight, hearing, learning and kidney disabilities that

14  substantially limit one or more of their major life activities.

15            Date: June 16, 1998

16       Agreed:

17  Attorneys for Plaintiffs:

18  Donald Specter By Mrs
    DONALD SPECTER

19  PRISON LAW OFFICE
    General Delivery

20  San Quentin, CA 94964

21  Michael W. Bien
    ROSEN, BIEN & ASARO

22  MICHAEL W. BIEN
    155 Montgomery St., 8th Floor

23  San Francisco  CA  94104

24

    Attorneys for Defendants:

25  Peter J. Siggins

26  DANIEL E. LUNGREN
    Attorney General

27  PETER J. SIGGINS
    Senior Asst. Attorney General

28

1

**ORDER**

2

3          Based upon the foregoing stipulation of the parties,

4    and good cause appearing, the Order certifying the Class in this

5    case shall be amended.

6          IT IS HEREBY ORDERED that the plaintiff class shall

7    consist of all present and future California state prisoners and

8    parolees with mobility, sight, hearing, learning and kidney

9    disabilities that substantially limit one or more of their major

10   life activities.

11          Dated:    DEC 24 1998

12

13                    CLAUDIA WILKEN
                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**DANIEL E. LUNGREN**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

50 FREMONT STREET, SUITE 300
SAN FRANCISCO, CA 94105
(415) 356-6000

FACSIMILE:      (415) 356-6070
                (415) 356-6037

December 23, 1998

Honorable Claudia Wilken
United States District Judge
United States District Court
Northern District of California
1301 Clay Street, Suite 400
Oakland, CA 94612-5212

RECEIVED

DEC 23 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RE:   *Armstrong, et al. v. Wilson, et al.*
      <u>**USDC ND Case No. C-94-2307-CW**</u>

Dear Judge Wilken:

Enclosed is a stipulation and order that incorporates inmates with mobility impairments at the California Medical Facility into the plaintiff class in this case. As you will recall, the order certifying the class in this case expressly excluded this sub-class of inmates. *See* Order Certifying the Class, dated January 13, 1995. One of the main reasons this sub-class was excluded was because it was already represented in another class action suit, *Gates v. Gomez*, No. CIV S-87-1636 LKK JFM (E.D. Cal.).

In June 1998, the parties in *Gates* entered into an agreement that specified, among other things, that the enclosed stipulation would be filed in *Armstrong* upon dismissal of *Gates*. *Gates* was dismissed on December 21, 1998.

Thank you.

Sincerely,

DANIEL E. LUNGREN
Attorney General

JAMES M. HUMES
Deputy Attorney General

Encl.

cc:   Don Specter
      Michael Bien

RECEIVED

DEC 23 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND