FILED
JAN -5 1999
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
DEC 2 8 1998

1  PRISON LAW OFFICE
   DONALD SPECTER, #83925
2  SARA NORMAN, #189536
   DANIEL B. SIEGEL
3  General Delivery
   San Quentin, CA 94964
4  Telephone: (415) 457-9144

5  DISABILITY RIGHTS EDUCATION
   AND DEFENSE FUND, INC.
6  ARLENE MAYERSON
   2212 6th Street
7  Berkeley, CA 94710
   Telephone: (510) 644-2555
8

   McCUTCHEN, DOYLE, BROWN &
   ENERSEN
   WARREN E. GEORGE, #53588
   JOHN WADSWORTH, #166838
   Three Embarcadero Center
   San Francisco, CA 94111-4066
   Telephone: (415) 393-2000

   ROSEN, BIEN & ASARO
   MICHAEL W. BIEN, #96891
   155 Montgomery St., 8th Floor
   San Francisco, CA 94104
   Telephone: (415) 433-6830

9  HOWARD, RICE, NEMEROVSKI,
   CANADY, FALK & RABKIN
10 EVE SHAPIRO, #164709
   Three Embarcadero Center, 7th Fl.
11 San Francisco, CA 94111
   Telephone: (415) 434-1600
12

   LAW OFFICES OF ELAINE B.
   FEINGOLD
   ELAINE B. FEINGOLD, #99226
   1524 Scenic Ave.
   Berkeley, CA 94708
   Telephone: (510) 848-8125

13 Attorneys for Plaintiffs

14             IN THE UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16
17 JOHN ARMSTRONG, et al.,              No. C-94-2307-CW

18      Plaintiffs,                     ~~REVISED [PROPOSED]~~ ORDER
                                        GRANTING PLAINTIFFS' MOTIONS TO
19      v.                              AMEND THE COMPLAINT AND MODIFY
                                        THE CLASS
20 PETE WILSON, et al.,
                                        Date:  January 8, 1999
21      Defendants.                     Time:  10:00 a.m.
                                        Court: Judge Wilken
22

23    The motions of plaintiffs to amend the complaint and to

24 modify the class was decided on the papers. ~~came on regularly for hearing before this Court~~

25 ~~on January 8, 1998.~~

26    After considering the moving and opposition papers,

27 ~~arguments of counsel~~ and all other matters presented to the

28 Court, this Court makes the following findings of fact:

[Proposed] Order
Armstrong v. Wilson, C-94-2307-CW       1

A. The filing of the proposed second amended complaint (1) does not unreasonably prejudice defendant; (2) is offered in good faith; (3) is not offered after undue delay; and (4) does not constitute an exercise in futility.

B. The proposed modification of the class to include developmentally disabled prisoners and parolees does not alter the Court's previous finding that the requirements of Federal Rules of Civil Procedure 23(a)(1-4), 23(b)(1)(A), 23(b)(1)(B), and 23(b)(2) are met. Therefore,

IT IS HEREBY ORDERED that the motions to amend the complaint and to modify the class are granted. The January 13, 1994 Order Certifying The Class is modified so that the class shall consist of all present and future California state prisoners and parolees with mobility, sight, hearing, learning, developmental and kidney disabilities that substantially limit one or more of their major life activities. This modification only pertains to claims against Mr. Nielsen and the Board of Prison Terms, and does not affect the class definition as applied to any other defendants.

Dated: January 5, 1998

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

F I L E   C O P Y

scc

United States District Court
for the
Northern District of California
January 5, 1999

* * CERTIFICATE OF SERVICE * *

Case Number:4:94-cv-02307

Armstrong

vs

Wilson

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Northern District of California.

That on  January 5, 1999, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

    Mary Beth Uitti, Esq.
    U.S. Attorney's Office
    Rm 115
    450 Golden Gate Ave 10th Flr
    P.O. Box 36055
    San Francisco, CA  94102

    Sharon N. Perley, Esq.
    USDJ - Disability Rights Section
    Civil Rights Division
    P.O. Box 66738
    Washington, DC  20035-6738

    Sara Linda Norman, Esq.
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Donald Specter, Esq.
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Eve H. Shapiro, Esq.
    Howard Rice Nemerovski Canady Falk & Rabin

Three Embarcadero Ctr 7th Flr
San Francisco, CA  94111

Morris Lenk, Esq.
CA State Attorney General's Office
50 Fremont Street
Room 300
San Francisco, CA  94105

✓ James Humes
George D. Prince, Esq.
CA State Attorney General's Office
50 Fremont Street
Room 300
San Francisco, CA  94105

✓ Warren E. George, Esq.
McCutchen Doyle Brown & Enersen LLP
Three Embarcadero Ctr
San Francisco, CA  94111

✓ Michael W. Bien, Esq.
Rosen Bien & Asaro
155 Montgomery St 8th Flr
San Francisco, CA  94104

✓ Elaine Feingold, Esq.
Disability Rights Education & Defense Fund, Inc
2212 Sixth Street
Berkeley, CA  94710


Richard W. Wieking, Clerk

BY: _____
Deputy Clerk