UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

v.

GRAY DAVIS, et al.,

    Defendants.

NO. C-94-2307 CW

ORDER



FILED
MAY 19 1999
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    The above-entitled case is a class action, with attorneys representing the class. Mitchell Pendrak, Williamson Plez and Louis R. Fresquez, inmates at Corcoran II State Prison, have submitted under the caption of this case a Request for Order to Compel and Implement the Warden and Employees of Corcoran II State Prison to Follow this Court's September 16, 1998 Order Resolving Outstanding Issues, filed May 5, 1999. Since class counsel represent the class in this case, requests for relief filed <u>in propria persona</u> will not be entertained.

    Accordingly, the request is DENIED. The Clerk shall forward the aforementioned request to the Prison Law Office, the attorneys representing the class.

Dated: MAY 19 1999

CLAUDIA WILKEN
United States District Judge

Copies mailed as noted
on attached sheet

scc

United States District Court
for the
Northern District of California
May 19, 1999

* * CERTIFICATE OF SERVICE * *

Case Number:4:94-cv-02307

Armstrong

vs

Wilson

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 19, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter, Esq.     w/ motion
Prison Law Office
General Delivery
San Quentin, CA  94964

George D. Prince, Esq.
CA State Attorney General's Office
455 Golden Gate Ave
11th Flr
San Francisco, CA  94102

Mitchel Pendrak
K-86377 F-1-A-102-L
Corcoran State Prison
P.O. Box 5248
Corcoran CA  93212

Plez Williamson
D-86394  A-2-131-L
P.O. Box 5248
Corcoran,CA  93212

Louis Fresquez
E-26812  A-2-147-L
P.O. Box 5248
Corcoran CA 93212

Richard W. Wieking, Clerk

BY: _____
    Deputy Clerk