ORIGINAL

1 BILL LOCKYER
   Attorney General
2 PAUL D. GIFFORD
   Senior Assistant Deputy Attorney General
3 JAMES M. HUMES
   Supervising Deputy Attorney General
4 JESSICA N. BLONIEN
   Deputy Attorney General
5 State Bar No. 189137
   455 Golden Gate Avenue, Suite 11000
6 San Francisco, CA 94102
   Telephone: (415) 703-5720
7 Facsimile: (415) 703-5843
   Attorneys for Defendants

RECEIVED
FEB - 2 2000
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB - 3 2000
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GRAY DAVIS, et al., <br><br> Defendants. | No.: C94 2307 CW <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' REPLY TO PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS |

     Magistrate Judge Phyllis J. Hamilton filed the Report and Recommendation Re Motion to Compel Payment of Attorney's Fees on December 17, 1999. On January 7, 2000, Plaintiffs filed Objections to Magistrate Judge Hamilton's Report and Recommendation RE: Motion to compel Payment of Attorney's Fees.

     Due to a misreading of the local rules, Defendants' need two additional days to file a Reply to Plaintiffs' Objections.

///
///
///

Pursuant to Local Rule 7-8 the parties stipulate and agree as follows:

1. Defendants may file their Reply to Plaintiff's Objections to Magistrate Judge Hamilton's Report and Recommendation, on or before February 3, 2000.

DATED: February 2, 2000        BY: /s/ Jessica B.

JESSICA N. BLONIEN
DEPUTY ATTORNEY GENERAL
Attorneys for Defendants

DATED: February 1, 2000        BY: /s/ William H.D. Fernholz

WILLIAM H.D. FERNHOLZ
ROSEN, BIEN & ASARO
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: FEB - 3 2000           /s/ Claudia Wilken

CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

STIP & ORDER RE DEFS' REPLY TO PLTF'S
OBJECT TO MAG REPORT C94 2307 CW                    2

TOTAL P.03

# DECLARATION OF SERVICE

Case Name: **JOHN ARMSTRONG, et al., v. GRAY DAVIS, et al.,**

No.: **C94 2307 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 2, 2000, I placed the attached

**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' REPLY TO PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS**

in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

William H.D. Fernholz, Esq.
ROSEN, BIEN & ASARO, LLP
155 Montgomery Street, 8th Floor
San Francisco, California 94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 2, 2000**, at San Francisco, California.

Charlotte E. Coloyan                               *Charlotte E. Coloyan*
                                                              Signature

AG Mail Room