BILL LOCKYER
Attorney General
DAVID P. DRULINER
Chief Assistant Attorney General
PAUL D. GIFFORD
Senior Assistant Attorney General
JAMES M. HUMES
Senior Supervising Deputy Attorney General
FRANCES T. GRUNDER, SBN 163804
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Telephone: (415) 703-5723
Facsimile: (415) 703-5843

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>GRAY DAVIS, et al.,<br><br>　　　　　　　　Defendants. | No. C 94-02307 CW<br><br>**STIPULATION AND ORDER TAKING MOTION OFF CALENDAR**<br><br>Hrg. Date: June 9, 2000<br>Time: 10 a.m.<br>Place: Courtroom 2, 4th Fl., Federal Courthouse, Oakland |

    This Court is scheduled on June 9, 2000, at 10 a.m. to hear defendants' Motion for Extension of Time to Comply with the Provisions of the Injunction Regarding Training. The parties in the above case stipulate to take the above noticed motion off the hearing calendar until

///
///
///
///
///
///

1

94-02307 CW, ARMSTRONG V. DAVIS
STIPULATION AND ORDER TAKING MOTION OFF CALENDAR

1  it is re-noticed. The parties are attempting an informal resolution of the matter. If the parties do
2  not resolve the matter informally, defendants will re-notice the motion for hearing.

Respectfully Submitted,

BILL LOCKYER
Attorney General of the State of California

DATED: May 22, 2000          By:  FRANCES T. GRUNDER
                                  Deputy Attorney General

                                  Attorneys for Defendants

PRISON LAW OFFICE

DATED: May 18, 2000          By:  DON SPECTER
                                  Attorney for Plaintiffs

IT IS SO ORDERED.

DATED: MAY 23 2000

                                  CLAUDIA WILKEN
                                  United States District Judge

2

94-02307 CW, ARMSTRONG V. DAVIS
STIPULATION AND ORDER TAKING MOTION OFF CALENDAR

DECLARATION OF SERVICE

Case Name: _John Armstrong, et al. v. Gray Davis, et al._    Case No.   C-94-2307-CW

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 22, 2000, I placed the attached

STIPULATION AND ORDER TAKING MOTION OFF CALENDAR

in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Room 11000, San Francisco, California 94102, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage fully postpaid, addressed as follows:

DONALD SPECTER
PRISON LAW OFFICE
GENERAL DELIVERY
SAN QUENTIN, CA  94964

ROSEN BIEN & ASARO
MICHAEL W. BIEN
155 MONTGOMERY ST. 8TH FL.
SAN FRANCISCO, CA  94104

ELAINE B. FIENGOLD
1524 SCENIC AVENUE
BERKELEY, CA  94708

McCUTCHEN DOYLE BROWN & ENERSEN
WARREN E. GEORGE
THREE EMBARCADERO CENTER
SAN FRANCISCO, CA  94111

ARLENE MAYERSON
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
2212 SIXTH STREET
BERKELEY  CA  94710

CAROLINE MITCHELL
PILLSBURY MADISON & SUTRO LLP
P. O. BOX 7880
SAN FRANCISCO, CA  94120-7880

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on May 22, 2000 at San Francisco, California.

Signature