PRISON LAW OFFICE
DONALD SPECTER, #83925
SARA NORMAN, #189536
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144

DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
ARLENE MAYERSON, #79310
2212 6th Street
Berkeley, CA 94710
Telephone: (510) 644-2555

LAW OFFICES OF ELAINE B.
FEINGOLD
ELAINE B. FEINGOLD, #99226
1524 Scenic Ave.
Berkeley, CA 94708
Telephone: (510) 848-8125

McCUTCHEN DOYLE BROWN
&ENERSEN
WARREN E. GEORGE, #53588
JENNIFER A. JONAK, #191323
Three Embarcadero Center
San Francisco, CA 94111-4066
Telephone: (415) 393-2000

ROSEN, BIEN & ASARO
MICHAEL W. BIEN, #96891
WILLIAM FERNHOLZ, #168278
155 Montgomery St., 8th Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

Attorneys for Plaintiffs

FILED
MAR - 2 2001
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

    v.

GRAY DAVIS, et al.,

    Defendants.

No. C-94-2307-CW

**PLAINTIFFS' RESERVATIONS TO AMENDED REMEDIAL PLAN**

    Plaintiffs agree that the revised Remedial Plan defendants submitted to the Court on February 26, 2001, fulfills defendants' obligations set forth in the Order Regarding Further Proceedings in the CDC Portion of the Case of July 25, 2000, with one exception. Plaintiffs take the position that the Plan must outline specific accommodations to be made to ensure effective

1 | communication with learning disabled class members. Defendants have committed to seeking
2 | funding for such accommodations. See letter of Steven Cambra, January 16, 2001, attached as
3 | Exhibit A. At such time as the funding has been obtained, the parties have agreed that specific
4 | agreed-upon language will be incorporated into the Plan. *Id.* If defendants do not obtain the
5 | necessary funds in the state's Fiscal Year 2001/2002 budget, plaintiffs reserve their right to
6 | challenge the Plan as inadequate under the Remedial Order filed September 20, 1996.

Dated: February 28, 2001

*[signature]*
DONALD SPECTER
Attorney for plaintiffs

# EXHIBIT A

Legal Tabs Co. 1-800-322-3022         Recycled    Stock # EXA-10-B

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY GRAY DAVIS, Governor

**DEPARTMENT OF CORRECTIONS**
P.O. Box 942883
Sacramento, CA 94283-0001



January 16, 2001


RECEIVED
JAN 18 2001
BY:_____

Donald Specter, Esq.
Sara Norman, Esq.
Prison Law Office
General Delivery
San Quentin, CA 94964-0001

Michael W. Bien, Esq.
Rosen, Bien & Asaro
155 Montgomery Street, Eighth Floor
San Francisco, CA 94104

Michael German, Esq.
Deputy Attorney General
Correctional Law Unit
Department of Justice
455 Golden Gate Avenue, Room 11000
San Francisco, CA 94102

Dear Counsel:

REVISED *ARMSTRONG* REMEDIAL PLAN

We are transmitting to you under this cover the approved *Armstrong* Remedial Plan (ARP) of the California Department of Corrections (CDC), revised pursuant to the order of the Ninth Circuit Court of Appeals, issued April 11, 2000. This revised ARP incorporates all those amendments that were the subject of the extended meet and confer between the parties, which continued over much of the last year. We are very pleased that all of the issues were resolved in a manner that benefits both the disabled inmate population of CDC and the efficient, effective administration of the State prison system.

As CDC counsel and program staff have discussed with you, there is one additional area of the program in which we have a meeting of the minds as to appropriate policy, but we cannot commit to it now because of the associated costs. We support the need for special attention to communications with learning disabled inmates in the context of medical consultations and due process. Special care should be taken with inmates who score 4.0 or less on the reading portion of the Test of Adult Basic Education (TABE), to ensure and to document that the inmate is understanding the information sought to be communicated. However, the official policy approval and resources related to the final policy are subject to the approval of outside agencies.

REVISED *ARMSTRONG* REMEDIAL PLAN
Page 2

As you know, the additional workload created by an extension of that policy to all inmates with a TABE score of 4.0 or less has a substantial price tag. CDC must therefore seek the prior approval of the control agencies and funding from the Legislature. We commit to you our best efforts to obtain that approval and funding, and then to adopt the approved version of the policy in the sections captioned "Effective Communication" and "Disciplinary Process," previously articulated in the December 13, 2000 draft of the revised ARP. The enclosed final version reserves space for the additional language.

We invite you to contact CDC Staff Counsel John van de Erve at (916) 323-7097, or William B. Anderson, Chief, Institutions Services Unit, at (916) 322-8874 if you have any questions.

Sincerely,

STEVEN CAMBRA, JR.
Director (A)
Department of Corrections


JOHN H. SUGIYAMA
Deputy Director
Legal Affairs Division

Enclosure

cc:  William Anderson
     Matthew Thomas
     Judith Harper
     John van de Erve

# DECLARATION OF SERVICE BY MAIL

Case Name:   Armstrong v. Davis          USDC No. C-94-2307-CW

I am employed in the County of Marin, California. I am over the age of 18 years and not a party to the within entitled cause: my business address is Prison Law Office, General Delivery, San Quentin, California 94964.

On February 28, 2001, I served the attached

**PLAINTIFFS' RESERVATIONS TO AMENDED REMEDIAL PLAN**

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Rafael, California, addressed as follows:

Michael German, DAG
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-3664

Attorney for Defendants

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Rafael, California on February 28, 2001.

_____
Edie DeGraff