ORIGINAL

BILL LOCKYER
Attorney General
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAUL D. GIFFORD
Senior Assistant Attorney General
ALLEN R. CROWN
Supervising Deputy Attorney General
G. MICHAEL GERMAN, #103312
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664
Telephone:   (415) 703-5629
Fax:          (415) 703-5843
Attorneys for Defendants

RECEIVED
DEC - 5 2001
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
FEB - 6 2002
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA- OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br> Plaintiffs, <br> v. <br> GRAY DAVIS, et al., <br> Defendants. | No.: C-94-2307 CW <br><br> INDIVIDUAL INSTITUTIONS' REVISED REMEDIAL PLANS & ~~PROPOSED~~ ORDER FOR IMPLEMENTATION |

Defendants hereby submit the Individual Institutions Revised Remedial Plans to the Court, as Exhibits A through GG attached hereto. Defendants await the Court's approval of these Plans so they may begin implementing them at the Individual Institutions at their earliest opportunity.

Dated: December 4, 2001

BILL LOCKYER
Attorney General

By: *G. Michael German*
G. MICHAEL GERMAN
Deputy Attorney General
Attorney for Defendants

### ORDER

Defendants' Individual Institutions' Revised Remedial Plans are hereby APPROVED and Defendants shall begin implementing them at the Individual Institutions forthwith.

Dated: FEB - 6 2002

*[signature]*
UNITED STATES DISTRICT JUDGE

F I L E   C O P Y

scc

United States District Court
for the
Northern District of California
February 6, 2002

\* \* CERTIFICATE OF SERVICE \* \*

Case Number:4:94-cv-02307

Armstrong

vs

Davis

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Caroline N. Mitchell, Esq.
Pillsbury Winthrop LLP
50 Fremont St
5th Flr
San Francisco, CA  94105

Shawn A. Hanson, Esq.
Pillsbury Winthrop LLP
50 Fremont St
5th Flr
San Francisco, CA  94105

Arlene B. Mayerson, Esq.
Disability Rights Education & Defense Fund, Inc
2212 Sixth Street
Berkeley, CA  94710

Donald Specter, Esq.
Prison Law Office
General Delivery
San Quentin, CA  94964

Morris Lenk, Esq.
CA State Attorney General's Office
455 Golden Gate Ave

Suite 11000
San Francisco, CA  94102-7004

G Michael German
George D. Prince, Esq.
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA  94102-7004

Danette E. Valdez, Esq.
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA  94102-7004

James M. Humes, Esq.
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA  94102-7004

David P. Druliner, Esq.
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA  94102-7004

Frances T. Grunder, Esq.
CA State Attorney General's Office
455 Golden Gate Ave
Suite 11000
San Francisco, CA  94102-7004

Warren E. George, Esq.
McCutchen Doyle Brown & Enersen LLP
Three Embarcadero Ctr
Ste 1800
San Francisco, CA  94111

Jennifer A. Jonak, Esq.
McCutchen Doyle Brown & Enersen LLP
Three Embarcadero Ctr
Ste 1800
San Francisco, CA  94111

Michael W. Bien, Esq.
Rosen Bien & Asaro
155 Montgomery St 8th Flr
San Francisco, CA  94104

William Fernholz, Esq.
Rosen Bien & Asaro
155 Montgomery St 8th Flr
San Francisco, CA  94104

Elaine Feingold, Esq.
Elaine B. Feingold Law Offices
1524 Scenic Avenue
Berkeley, CA  94708

Richard W. Wieking, Clerk

BY: _____
Deputy Clerk