PRISON LAW OFFICE
DONALD SPECTER, #83925
SARA NORMAN, #189536
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144

DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
ARLENE MAYERSON, #79310
2212 6th Street
Berkeley, CA 94710
Telephone: (510) 644-2555

LAW OFFICES OF ELAINE B.
FEINGOLD
ELAINE B. FEINGOLD, #99226
1524 Scenic Ave.
Berkeley, CA 94708
Telephone: (510) 848-8125

McCUTCHEN DOYLE BROWN &
ENERSEN
WARREN E. GEORGE, #53588
Three Embarcadero Center
San Francisco, CA 94111-4066
Telephone: (415) 393-2000

ROSEN BIEN & ASARO
MICHAEL W. BIEN, #96891
155 Montgomery St., 8th Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GRAY DAVIS, et al., <br><br> Defendants. | No. C-94-2307-CW <br><br> [PLAINTIFFS' PROPOSED] <br> ORDER REQUIRING DEFENDANTS TO MAKE PRISON FACILITIES STRUCTURALLY ACCESSIBLE |

Good cause being found, IT IS HEREBY ORDERED that within 120 days of the date of this Order, defendants shall remove each barrier to access identified by Peter Robertson at the fifteen prisons and Reception Centers designated to house prisoners whose disabilities impact their placement, unless defendants submit to the Court a written report within 90 days of the date of this Order explaining why (a) a barrier does not

1  prevent access to programs, services, or activities for class members or (b) the identified
2  barrier does in fact comply with applicable accessibility guidelines (with appropriate
3  citations to the relevant federal accessibility guidelines). If instead of removing a barrier
4  defendants choose to supply an explanation as to why the identified barrier does comply
5  with applicable accessibility guidelines, that explanation must be in the form of sworn
6  testimony by a person with expertise in accessibility standards who is competent to make
7  such a determination.
8      This Order is narrowly drawn, extends no further than necessary to correct the
9  violation of the rights at issue and is the least intrusive means necessary to correct the
10 violation of the rights.

13  IT IS SO ORDERED.

15  Dated: FEB - 8 2002

17  CLAUDIA WILKEN
    U.S. DISTRICT JUDGE