ORIGINAL

| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, #83925<br>SARA NORMAN, #189536<br>General Delivery<br>San Quentin, CA 94964<br>Telephone: (415) 457-9144 | McCUTCHEN DOYLE BROWN<br>&ENERSEN<br>WARREN E. GEORGE, #53588<br>JENNIFER A. JONAK, #191323<br>Three Embarcadero Center<br>San Francisco, CA 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>ARLENE MAYERSON, #79310<br>2212 6th Street<br>Berkeley, CA 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & ASARO<br>MICHAEL W. BIEN, #96891<br>WILLIAM FERNHOLZ, #168278<br>155 Montgomery St., 8th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-6830 |
| PILLSBURY, MADISON & SUTRO LLP<br>SHAWN A. HANSON, #109321<br>CAROLINE MITCHELL, #143124<br>50 Fremont Street<br>San Francisco, CA 94105<br>Telephone: (415) 983-1000 | LAW OFFICES OF ELAINE B.<br>FEINGOLD<br>ELAINE B. FEINGOLD, #99226<br>1524 Scenic Ave.<br>Berkeley, CA 94708<br>Telephone: (510) 848-8125 |

Attorneys for Plaintiffs

RECEIVED FEB - 6 2002
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED FEB 11 2002
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GRAY DAVIS, et al.,<br><br>    Defendants. | No. C-94-2307-CW<br><br>**STIPULATION AND ORDER ON CLASS CERTIFICATION** |

Pursuant to the Court's Order of January 29, 2002, the parties have met and conferred regarding a revision of the class certification order to meet the requirements stated by the Ninth Circuit in *Armstrong v. Davis*, 275 F.3d 849 (9th Cir. 2001).

1   The parties stipulate that the class certification order should be revised to include the
2   following language: "The BPT's policies, practices, and responsibilities in dealing with sexually
3   violent predator (SVP) parole proceedings and mentally disordered offender (MDO) parole
4   proceedings in the specific context of this case are sufficiently similar to the BPT's policies,
5   practices, and responsibilities in dealing with life prisoner and parole revocation parole
6   proceedings to allow fair representation of the SVP and MDO class members by the present
7   named plaintiffs."

9   IT IS SO STIPULATED.

10
11  Dated: February 5, 2002

    _____
    SARA NORMAN
    Attorney for plaintiffs

14  Dated: February 6, 2002

    _____
    FRANCES GRUNDER
    Attorney for defendants

17  IT IS SO ORDERED.

18  Dated: FEB 11 2002

    _____
    CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE

Stip. & Order on Class Cert.
Armstrong v. Davis, No. C-94-2307-CW

2