| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone:  (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>FRANK B. KENNAMER – 157844<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone:  (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone:  (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS ON THE FOURTH QUARTERLY STATEMENT OF 2006** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS ON THE FOURTH QUARTERLY STATEMENT OF 2006** |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their Fourth Quarterly Statement for 2006 to defendants on February 1, 2007. The parties completed their meet and confer on April 5, 2007.

As a result of the April 5, 2007 agreement, the parties are able to agree to the payment of $75,730.16 in fees and costs incurred during the Fourth Quarter of 2006. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Fourth Quarter of 2006, which is collectable forty-five days from the entry of this Order.

Interest on these fees and costs will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

//

//

//

WHEREFORE, IT IS CONFIRMED that $75,730.16 becomes collectable and legal interest begins accruing on such sum as of the date this Order is entered.

IT IS SO ORDERED.

Dated: 4/11/07

Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

*/s/ Jennifer Nygaard*   DATED: 4/5/07

Jennifer Nygaard
Deputy Attorney General
Attorney for Defendants

*/s/ Holly M. Baldwin*   DATED: 4/5/07

Ernest Galvan
Holly M. Baldwin
Rosen Bien & Galvan
Attorneys for Plaintiffs

-2-   ORDER CONFIRMING UNDISPUTED DAPO ATTORNEYS' FEES & COSTS ON THE FOURTH QUARTER 2006