| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER – 83925 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588 |
| 2 | SARA NORMAN – 189536<br>General Delivery | FRANK B. KENNAMER – 157844<br>Three Embarcadero Center |
| 3 | San Quentin, California 94964<br>Telephone: (415) 457-9144 | San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| 4 | | |
| 5 | DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC. | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891 |
| 6 | LINDA KILB<br>2212 6th Street | ERNEST GALVAN – 196065<br>HOLLY M. BALDWIN – 191317 |
| 7 | Berkeley, California 94710<br>Telephone: (510) 644-2555 | 315 Montgomery Street, 10th Floor<br>San Francisco, California 94104 |
| 8 | | Telephone (415) 433-6830 |
| 9 | JONES DAY<br>CAROLINE N. MITCHELL - 143124 | |
| 10 | 555 California Street, 25th Floor<br>San Francisco, CA 94104 | |
| 11 | Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS ON THE FOURTH QUARTERLY STATEMENT OF 2006** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C 94 2307 CW |
| Plaintiffs, | **ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS ON THE FOURTH QUARTERLY STATEMENT OF 2006** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On March 21, 2001, the District Court ordered all further fee and expense requests and disputes in the Board of Parole Hearing (BPH)[1] portion of the case shall be resolved through the periodic fee process established by this Court's March 26, 1997 order.

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their Fourth Quarterly Statement for 2006 to defendants on February 1, 2007. The parties completed their meet and confer on April 2, 2007.

As a result of the April 2, 2007 agreement, the parties are able to agree to the payment of $143,186.07 in fees and costs incurred during the Fourth Quarter of 2006. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Fourth

---

[1] The former Board of Prison Terms (BPT) was part of a state government reorganization effective July 1, 2005, and is now known as the Board of Parole Hearings (BPH).

1   Quarter of 2006, which is collectable forty-five days from the entry of this Order.

2           Interest on these fees and costs will run from the date this Order is entered, accruing at the
3   rate provided by 28 U.S.C. § 1961.

4           WHEREFORE, IT IS CONFIRMED that $143,186.07 becomes collectable and legal
5   interest begins accruing on such sum as of the date this Order is entered.

7   IT IS SO ORDERED.

8           4/11/07

9   Dated:_____

10                                                  Claudia Wilken
                                                    United States District Judge

12  APPROVED AS TO FORM:

14      _/s/ Jennifer Nygaard_                      DATED:    4/5/07

15  Jennifer Nygaard
16  Deputy Attorney General
    Attorney for Defendants

18      _/s/ Holly M. Baldwin_                      DATED:    4/5/07

19  Ernest Galvan
20  Holly M. Baldwin
    Rosen Bien & Galvan
21  Attorneys for Plaintiffs