| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB -- 136101<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS  ATTORNEYS' FEES AND COSTS ON THE  FOURTH QUARTERLY STATEMENT OF 2006** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARNOLD SCHWARZENEGGER, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. C 94 2307 CW <br><br> **ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE FOURTH QUARTERLY STATEMENT OF 2006** |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs overnight delivered their Fourth Quarterly Statement for 2006 to defendants on February 1, 2007. Defendants submitted their objections to plaintiffs' statement on March 2, 2007. The parties completed their meet and confer on March 29, 2007, and reached an agreement, as reflected in Exhibit A.

Defendants do not dispute the balance of $837,134.52 in fees and expenses for monitoring and fee collection activities in the California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (hereafter CDCR/AOAP)[1] portion of the case for the Fourth

---

[1] The former California Department of Corrections (CDC) was part of a state government reorganization in July 2005, and is now known as California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (CDCR/AOAP).

1 | Quarterly Statement for 2006, which will become due and owing forty-five days from the entry of
2 | this Order. Interest on these fees and costs will run from the date this Order is entered, accruing at
3 | the rate provided by 28 U.S.C. § 1961.

4 |     The parties were not able to agree on $8,464.31, which remains in dispute. The parties
5 | agree to the total payment of $837,134.52 in undisputed fees and costs for the Fourth Quarter of
6 | 2006. Attached hereto as Exhibit A is a chart setting forth the balance due.

7 |     WHEREFORE, IT IS CONFIRMED that $837,134.52 becomes collectable and legal
8 | interest begins accruing on such sum as of the date this Order is entered.

10 | IT IS SO ORDERED.
11 |     4/11/07
12 | Dated:_____

*[Signature: Claudia Wilken]*

Claudia Wilken
United States District Judge

14 | APPROVED AS TO FORM:

16 | Dated:_____     **/S/ Jennifer J. Nygaard**
17 |     Jennifer J. Nygaard
    Deputy Attorney General
18 |     Attorneys for Defendants

20 | Dated:_____     **/S/ Gay C. Grunfeld**
    Gay C. Grunfeld
21 |     Ernest Galvan
    Rosen Bien & Galvan
22 |     Attorneys for Plaintiffs