IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.<br>_____/ | No. C 94-2307 CW<br><br>ORDER TO SHOW CAUSE RE: APPOINTMENT OF COURT EXPERT |

On April 19, 2006, the undersigned attended a conference with the judges and court representatives for Coleman v. Schwarzenegger, 90-0520 (E.D. Cal.), Plata v. Schwarzenegger, 01-1351 (N.D. Cal.), and Perez v. Tilton, 05-5241 (N.D. Cal.) to discuss coordination of the remedial processes underway in each case. Based upon that meeting and concerns expressed by the parties at the March 23, 2007 status conference, the Court believes that it would be useful to appoint an expert to facilitate coordination with the Special Master in Coleman, the Receiver in Plata and the Court Experts in

Perez. The court representatives in those cases are scheduled to meet again on May 15, 2007.

Accordingly, the Court orders the parties to meet and confer and to submit their respective positions on this issue by April 30, 2007. The parties may offer alternatives to the appointment of a Court Expert and shall submit a proposal for an appropriate process to select a court representative.

IT IS SO ORDERED.

Dated: 4/20/07

CLAUDIA WILKEN
United States District Judge

2