IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | No. C 94-2307 CW |
|     Plaintiffs, | |
|   v. | ORDER RE: SUPPLEMENTAL BRIEFING |
| ARNOLD SCHWARZENEGGER, et al., | |
|     Defendants. | |

On June 7, 2007, the Court will hear argument on Plaintiffs' motion that the Court request a three-judge panel be convened to consider limiting the prison population of inmates with disabilities pursuant to 18 U.S.C. § 3626(a)(3). In preparation for that hearing the Court now orders the parties to file supplemental briefing addressing the factual basis for their arguments in support of or opposition to the motion. In particular, the parties should address the following issues, to the extent the information is available: (1) the number of class

members broken down by type(s) of disability, location and administrative classification; (2) the number and location of accessible beds and other necessary accommodations for each type of disability available in the various levels of administrative classifications, (3) statistics on the prevalence of ADA and Section 504 violations, (4) a summary of past, current and planned remedial efforts, (5) specific examples, if any, of the effect of crowding on ADA and Section 504 compliance, and (6) barriers to the implementation of the remedial orders thus far in this case.

Plaintiffs shall file a supplemental brief of twenty-five pages or less in support of their motion by May 9, 2007. Defendants shall file a supplemental brief of twenty-five pages or less in opposition by May 21, 2007. Plaintiffs supplemental reply of ten pages or less, if any, shall be due by May 28, 2007.

IT IS SO ORDERED.

Dated: 4/27/07

CLAUDIA WILKEN
United States District Judge

2