IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | No. C 94-2307 CW |
|     Plaintiffs, | |
|   v. | ORDER RE: APPOINTMENT OF COURT EXPERT |
| ARNOLD SCHWARZENEGGER, et al., | |
|     Defendants. | |

On April 20, 2007, the Court entered an order to show cause regarding appointment of a Court Expert to facilitate coordination of the remedial processes in this case, Coleman v. Schwarzenegger, 90-0520 (E.D. Cal.), Plata v. Schwarzenegger, 01-1351 (N.D. Cal.), and Perez v. Tilton, 05-5241 (N.D. Cal.).  The parties have met and conferred and filed their respective positions.

Defendants agree that appointment of a representative is appropriate but suggest that the Court appoint a Special Master instead of a Court Expert.  Plaintiffs argue, and the Court agrees,

that appointment of a Special Master is not appropriate and would not be effective given the restrictions placed on them by the Prison Reform Litigation Act.  See 18 U.S.C. 3626(f)(6). Plaintiffs support the appointment of a Court Expert.

    The parties shall meet and confer regarding candidates for the position, a proposal for briefing the Court Expert on the case and a proposed order outlining the Court Expert's duties.  If the parties are unable to agree on an individual for the position, each party shall submit the names of three potential candidates to the other party, each party will have the opportunity to strike one name from the opposing party's list, and the remaining four names will be submitted to the Court for final selection.  The parties shall file a joint statement within thirty days of the date of this order.

    IT IS SO ORDERED.

Dated: 4/30/07

CLAUDIA WILKEN
United States District Judge