1  PRISON LAW OFFICE
   DONALD SPECTER – 83925
2  SARA NORMAN – 189536
   General Delivery
3  San Quentin, California 94964
   Telephone: (415) 457-9144
4

5  DISABILITY RIGHTS EDUCATION &
   DEFENSE FUND, INC.
6  LINDA KILB
   2212 6th Street
7  Berkeley, California 94710
   Telephone: (510) 644-2555
8

9  JONES DAY
   CAROLINE N. MITCHELL - 143124
10 555 California Street, 25th Floor
   San Francisco, CA 94104
11 Telephone: (415) 875-5712

   BINGHAM McCUTCHEN, LLP
   WARREN E. GEORGE – 53588
   FRANK B. KENNAMER – 157844
   Three Embarcadero Center
   San Francisco, California 94111-4066
   Telephone: (415) 393-2000

   ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
   GAY C. GRUNFELD – 121944
   HOLLY M. BALDWIN – 191317
   315 Montgomery Street, 10th Floor
   San Francisco, California 94104
   Telephone (415) 433-6830

12
   Attorneys for Plaintiffs
13

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C 94 2307 CW |
| Plaintiffs, | **ORDER CONFIRMING PAYMENT OF THE REMAINING BOARD OF PAROLE HEARINGS AND DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2006** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C 94 2307 CW |
| Plaintiffs, | **ORDER CONFIRMING PAYMENT OF THE REMAINING BOARD OF PAROLE HEARINGS AND DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2006** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On March 21, 2001, the District Court ordered all further fee and expense requests and disputes in the Board of Parole Hearing (BPH)[1] portion of the case shall be resolved through the periodic fee process established by this Court's March 26, 1997 order.

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

There were fees and costs remaining in dispute for the third quarter of 2006. The parties completed their meet and confer on these disputed items on May 16, 2007, and have agreed to resolve the dispute by payment of $3,679.60 on the previously disputed items.

Interest on these fees and costs will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

---

[1] The former Board of Prison Terms (BPT) was part of a state government reorganization effective July 1, 2005, and is now known as the Board of Parole Hearings (BPH).

WHEREFORE, IT IS CONFIRMED that $3,679.00, plus interest, becomes due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO ORDERED.

Dated: 5/21/07

*Claudia Wilken*
Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

*/s/ Jennifer Nygaard*         DATED: 5/17/07

Jennifer Nygaard
Deputy Attorney General
Attorney for Defendants

*/s/ Holly Baldwin*         DATED: 5/17/07

Holly M. Baldwin
Rosen Bien & Galvan, LLP
Attorneys for Plaintiffs

-2-  ORDER CONFIRMING PAYMENT OF THE REMAINING BPH & DAPO ATTORNEYS' FEES & COSTS FOR THE 3RD QS OF 2006