| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>FRANK B. KENNAMER – 157844<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944<br>HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING PAYMENT OF CERTAIN DISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS FROM 2005-2006** |

1  On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, certain fees and costs remained in dispute from the fourth quarter of 2005, and the first, second, third and fourth quarters of 2006. The parties completed their meet and confer on these disputed items on May 21, 2007, and have agreed to resolve the dispute by payment of $40,420.00 on the previously disputed items (the "settlement"), with the exception of fees incurred in connection with Plaintiffs' Motion to Convene a Three-Judge Panel, as described below. This settlement shall not preclude either party from raising in future fee and cost disputes any arguments presented during the meet and confer discussions leading up to this settlement.

Disputed fees of $7,508.50 incurred in connection with Plaintiffs' Motion to Convene a Three-Judge Panel shall be carried over into calendar year 2007, shall continue to remain in dispute unless otherwise resolved, and shall be subject to and resolved under Paragraph 4 of the 1997 Periodic Order re Fees.

Interest on the resolved amount of $40,420.00 fees and costs will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

WHEREFORE, IT IS CONFIRMED that $40,420.00, plus interest, becomes due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO ORDERED.

DATED: 5/30/07

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

 /s/ Jose Zelidon Zepeda          DATED: May 25, 2007
Jose Zelidon Zepeda
Deputy Attorney General
Attorney for Defendants


 /s/ Gay Crosthwait Grunfeld      DATED: May 25, 2007
Gay Crosthwait Grunfeld
Rosen Bien & Galvan, LLP

-1-  ORDER CONFIRMING PAYMENT OF CERTAIN DISPUTED CDCR/AOAP ATTORNEYS' FEES AND COSTS FROM 2005-2006

1  Attorneys for Plaintiffs

-2- ORDER CONFIRMING PAYMENT OF CERTAIN DISPUTED CDCR/AOAP ATTORNEYS' FEES AND COSTS FROM 2005-2006