1   PRISON LAW OFFICE
    DONALD SPECTER – 83925
2   SARA NORMAN – 189536
    General Delivery
3   San Quentin, California 94964
    Telephone: (415) 457-9144
4

5   DISABILITY RIGHTS EDUCATION &
    DEFENSE FUND, INC.
6   LINDA KILB
    2212 6ᵗʰ Street
7   Berkeley, California 94710
    Telephone: (510) 644-2555
8

9   JONES DAY
    CAROLINE N. MITCHELL - 143124
10  555 California Street, 25th Floor
    San Francisco, CA 94104
11  Telephone: (415) 875-5712

12

    Attorneys for Plaintiffs
13

                    BINGHAM McCUTCHEN, LLP
                    WARREN E. GEORGE – 53588
                    FRANK B. KENNAMER – 157844
                    Three Embarcadero Center
                    San Francisco, California 94111-4066
                    Telephone: (415) 393-2000

                    ROSEN, BIEN & GALVAN, LLP
                    MICHAEL W. BIEN – 096891
                    ERNEST GALVAN – 196065
                    HOLLY M. BALDWIN – 191317
                    315 Montgomery Street, 10th Floor
                    San Francisco, California 94104
                    Telephone (415) 433-6830

                IN THE UNITED STATES DISTRICT COURT
14

                NORTHERN DISTRICT OF CALIFORNIA
15

16  JOHN ARMSTRONG, et al.,                  )   Case No. C 94 2307 CW
                                             )
17          Plaintiffs,                      )   **ORDER CONFIRMING UNDISPUTED**
                                             )   **DIVISION OF ADULT PAROLE**
18  v.                                       )   **OPERATIONS ATTORNEYS' FEES AND**
                                             )   **COSTS FOR THE FIRST QUARTER OF**
19  ARNOLD SCHWARZENEGGER, et al.,           )   **2007**
                                             )
20          Defendants.                      )
    ─────────────────────────────────────── )
21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8  | JOHN ARMSTRONG, et al.,

9  |      Plaintiffs,

10 | v.

11 | ARNOLD SCHWARZENEGGER, et al.,

12 |      Defendants.

13

| | |
|---|---|
| Case No. C 94 2307 CW | |

**ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2007**

14      On March 26, 1997, the District Court established procedures by which plaintiffs are to

15 collect periodic attorneys' fees and costs in connection with their work monitoring defendants'

16 compliance with the Court's Orders and collecting fees.

17      Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their First

18 Quarterly Statement for 2007 to defendants on May 4, 2007.  The parties completed their meet and

19 confer on June 15, 2007.

20      As a result of the June 15, 2007 agreement, the parties are able to agree to the payment of

21 $86,579.30 in fees and costs incurred during the First Quarter of 2007.  Attached hereto as Exhibit

22 A are charts setting forth the undisputed fees and costs due and owing for the First Quarter of 2007,

23 which is collectable forty-five days from the entry of this Order.

24      Interest on these fees and costs will run from the date this Order is entered, accruing at the

25 rate provided by 28 U.S.C. § 1961.

26 //

27 //

28 //

ORDER CONFIRMING UNDISPUTED DAPO
ATTORNEYS' FEES & COSTS FOR THE  FIRST
QUARTER 2007

1    WHEREFORE, IT IS CONFIRMED that $86,579.30 becomes collectable and legal interest

2   begins accruing on such sum as of the date this Order is entered.

3

4   IT IS SO ORDERED.

5            6/20/07

6   Dated:_____            _____

7                                    Claudia Wilken
                                     United States District Judge
8

9

10  APPROVED AS TO FORM:

11

12       _/s/ Jennifer Nygaard_            DATED:____6/19/07_____

13  Jennifer Nygaard
    Deputy Attorney General
    Attorney for Defendants

14

15       _/s/ Holly Baldwin_              DATED:____6/19/07_____

16  Ernest Galvan
    Holly M. Baldwin
17  Rosen Bien & Galvan
    Attorneys for Plaintiffs
18

19

20

21

22

23

24

25

26

27

28

ORDER CONFIRMING UNDISPUTED DAPO
ATTORNEYS' FEES & COSTS FOR THE  FIRST
QUARTER 2007