PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144
Fax: (415) 457-9151

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB - 136101
2212 6th Street
Berkeley, California 94710
Telephone: (510) 644-2555
Fax: (510) 841-8645

JONES DAY
CAROLINE MITCHELL - 143124
Caroline N. Mitchell, Esq.
555 California St., 25th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712
Fax: (415) 680-2344

BINGHAM McCUTCHEN
WARREN E. GEORGE – 53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Fax: (415) 393-2286

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
HOLLY M. BALDWIN – 191317
ANNE H. MANIA – 218766
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br>    Defendants | Case No. C94 2307 CW <br><br> **STIPULATION AND ORDER TO RESET HEARING DATE ON PLAINTIFFS' MOTION TO ENFORCE COMPLIANCE WITH THE MAY 30, 2006 ORDER** |

1  Subject to the Court's approval, the parties stipulate to continuing the hearing on
2  Plaintiffs' motion to enforce the May 30, 2006 Order one week after the originally scheduled
3  date. The briefing schedule is revised in accordance with the local rules as follows:

4  1. The hearing on Plaintiffs' motion is reset from July 26, 2007 to August 2, 2007 at
5  2:00 p.m.
6  2. Defendants' opposition is due July 12, 2007; and
7  3. Plaintiffs' reply is due July 19, 2007

**SO STIPULATED**

Dated:   June 25, 2007               By:  /s/ *Anne Mania*
                                          Michael W. Bien
                                          Gay C. Grunfeld
                                          Holly M. Baldwin
                                          Anne H. Mania

                                          Attorneys for  Plaintiffs

Dated:   June 25, 2007

                                     By:  */s/  Jennifer Nygaard*
                                          Jennifer Nygaard
                                          Deputy Attorney General

                                          Attorneys for  Defendants

**IT IS SO ORDERED.**

**6/29/07**

DATED: _____        By:  _____
                                          The Honorable Claudia Wilken
                                          United States District Judge

---

1

Stipulation and order to reset hearing date on Plaintiffs' motion to enforce compliance with the May 30, 2006 order, Case No. C94 2307 CW