| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB -- 136101<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE FIRST QUARTERLY STATEMENT OF 2007** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE FIRST QUARTERLY STATEMENT OF 2007** |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs overnight delivered their First Quarterly Statement for 2007 to defendants on May 4, 2007. Defendants submitted their objections to plaintiffs' statement on June 4, 2007. The parties completed their meet and confer on July 12, 2007, and reached an agreement, as reflected in Exhibit A.

Defendants do not dispute the balance of $805,762.80 in fees and expenses for monitoring and fee collection activities in the California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (hereafter CDCR/AOAP)[1] portion of the case for the First

---

[1] The former California Department of Corrections (CDC) was part of a state government reorganization in July 2005, and is now known as California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (CDCR/AOAP).

-1- ORDER CONFIRMING UNDISPUTED CDCR/AOAP ATTORNEYS' FEES & COSTS ON THE FIRST QUARTER 2007

Quarterly Statement for 2007, which will become due and owing forty-five days from the entry of this Order. Interest on these fees and costs will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

The parties were not able to agree on $4,090.00, which remains in dispute. The parties agree to the total payment of $805,762.80 in undisputed fees and costs for the First Quarter of 2007. Attached hereto as Exhibit A is a chart setting forth the balance due.

WHEREFORE, IT IS CONFIRMED that $805,762.80 becomes collectable and legal interest begins accruing on such sum as of the date this Order is entered.

IT IS SO ORDERED.

7/25/07

Dated:_____

*[signature: Claudia Wilken]*

Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

Dated: July 17, 2007            /S/ Jennifer J. Nygaard
                                 Jennifer J. Nygaard
                                 Deputy Attorney General
                                 Attorneys for Defendants

Dated: July 19, 2007            /S/ Gay C. Grunfeld
                                 Gay C. Grunfeld
                                 Ernest Galvan
                                 Rosen Bien & Galvan
                                 Attorneys for Plaintiffs