Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104

Invoice submitted to:
Armstrong

September 12, 2007

Invoice #14938

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/1/2007 | Review and edit minutes from July meeting. | 0.40<br>450.00/hr | 180.00 |
| 8/2/2007 | Meeting with Receiver's office, counsel for defendants, CDCR staff. Discuss training issues. Meeting with Hagar to discuss IT, telemedicine, construction issues. Meeting with Susan Lew re contracting. Travel to and from Sacramento for meetings. | 5.00<br>450.00/hr | 2,250.00 |
| 8/6/2007 | Review revised minutes. Contact court re update. Arrange meeting with telemedicine contact. | 0.30<br>450.00/hr | 135.00 |
| 8/8/2007 | Review files in advance of call to court. Call to court with update. | 0.70<br>450.00/hr | 315.00 |
| 8/10/2007 | Print new filings from docket | 0.20<br>100.00/hr | 20.00 |
| 8/13/2007 | Review information from receiver, parties re upcoming coordination meeting. Arrange meeting with teleconference expert. | 0.50<br>450.00/hr | 225.00 |
| 8/14/2007 | Preparation for meeting with counsel. | 0.30<br>450.00/hr | 135.00 |
|  | Meeting with counsel in advance of coordination meeting. | 1.60<br>450.00/hr | 720.00 |
| 8/16/2007 | Court hearing on status conference. Meet with parties after court. Travel to and from court for status conference. | 3.60<br>450.00/hr | 1,620.00 |

|            |                                                                                                                                                      | Hrs/Rate         | Amount      |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-------------|
| 8/16/2007  | Draft memo to Receiver re agenda items. Draft email to Receiver re modification to one-pager.                                                        | 0.30 450.00/hr   | 135.00      |
| 8/17/2007  | Review and respond to emails from Hummel, court. Contact Hagar re IT statement.                                                                      | 0.20 450.00/hr   | 90.00       |
|            | Phone call to court.                                                                                                                                 | 0.30 450.00/hr   | 135.00      |
| 8/19/2007  | Preparation for coordination meetings. Review emails, print up documents, review agenda and minutes.                                                 | 0.60 450.00/hr   | 270.00      |
| 8/20/2007  | Meeting with court representatives. Meeting with HITEC committee. Conference with court re meetings. Travel to and from meetings.                    | 9.20 450.00/hr   | 4,140.00    |
| 8/21/2007  | Meeting with judges, court representatives. Meeting with Receiver's Medical IT expert re telemedicine, DECS. Travel to and from meeting.             | 5.70 450.00/hr   | 2,565.00    |
| 8/22/2007  | Review and respond to emails from Receiver's office, counsel. Contact counsel re conference call.                                                    | 0.20 450.00/hr   | 90.00       |
| 8/24/2007  | Preparation for meeting/call with counsel.                                                                                                           | 0.40 450.00/hr   | 180.00      |
|            | Meeting/conference call with counsel re coordination meetings, HITEC meeting, next steps.                                                            | 1.30 450.00/hr   | 585.00      |
|            | Phone call from AG re construction expert.                                                                                                           | 0.20 450.00/hr   | 90.00       |
|            | Conference with associate re case, matters to address in my absence.                                                                                 | 0.30 450.00/hr   | 135.00      |
|            | Draft administrative motion for payment                                                                                                              | 0.40 275.00/hr   | 110.00      |
| 8/27/2007  | Travel to court and attend hearing in Plata                                                                                                          | 2.40 275.00/hr   | 660.00      |
|            | Finalize & file motion re payment                                                                                                                    | 0.20 275.00/hr   | 55.00       |
|            | For professional services rendered                                                                                                                   | 34:18:00         | $14,840.00  |
|            | Additional Charges :                                                                                                                                 |                  |             |
| 8/31/2007  | Sacramento 7/11                                                                                                                                      |                  | 8.00        |
|            | Total additional charges                                                                                                                             |                  | $8.00       |

|                          | Amount      |
| ------------------------ | ----------- |
| Total amount of this bill | $14,848.00 |