IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

No. C 94-2307 CW

ORDER REGARDING PLAINTIFFS' OCTOBER 2, 2007 LETTER TO THE COURT

On October 2, 2007, Plaintiffs filed a letter to the Court seeking an order codifying their proposal for monitoring whether class members housed in out-of-state prison facilities are receiving appropriate disability accommodations. Civil Local Rule 7-1 requires that parties file a properly noticed motion for "[a]ny written request to the Court for an order." Plaintiffs shall file a properly noticed motion in support of their request by October 15, 2007.[1] That motion shall include argument in support of their

---

[1] Defendants have filed a letter to the Court in which they state that they "move to strike" Plaintiffs' letter. Although Defendants' request is made moot by this order, Defendants are also reminded that they must file a properly noticed motion when seeking

proposal as well as an estimate of the costs associated with their proposal.  See August 16, 2007 Hearing Transcript at 27. Defendants shall file an opposition, including any argument in support of their counter-proposal by October 22, 2007.  Plaintiffs may file any reply by October 26, 2007.  If the Court has questions regarding the proposals, they will be raised at the October 30, 2007 status conference.  Otherwise, the matter will be submitted on the papers.

IT IS SO ORDERED.

Dated: 10/10/07

CLAUDIA WILKEN
United States District Judge

---

an order from the Court.