Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104

Invoice submitted to:
Armstrong


October 09, 2007

Invoice #14998


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/3/2007 | Review emails from counsel, court representatives. | 0.20<br>450.00/hr | 90.00 |
| 9/6/2007 | Refile motion for payment | 0.20<br>275.00/hr | NO CHARGE |
| 9/7/2007 | Phone call to counsel in Plata. Contact counsel re construction expert. | 0.20<br>450.00/hr | 90.00 |
| 9/9/2007 | Review and edit construction one-pager. | 0.30<br>450.00/hr | 135.00 |
| 9/10/2007 | Review and respond to emails from counsel. Review and respond to emails from receiver. | 0.30<br>450.00/hr | 135.00 |
| 9/11/2007 | Phone call to court re structural access expert. | 0.30<br>450.00/hr | 135.00 |
| 9/12/2007 | Review and edit minutes. Contact parties re construction issue. | 0.50<br>450.00/hr | 225.00 |
| 9/14/2007 | Review training schedule and respond to counsel. Review HiTEC cmte meeting info and respond. Call to Perez reps. Contact counsel re post orders. | 0.40<br>450.00/hr | 180.00 |
| 9/16/2007 | Review and comment on agenda. Review out-of-state contracts and amendments. Review reports in Coleman, Plata. Submit proposal re IT one-pager to Hagar. Contact counsel re meeting. | 1.40<br>450.00/hr | 630.00 |
| 9/17/2007 | Review information from Perez representatives. Confer with Perez reps re out of state contracts. | 0.70<br>450.00/hr | 315.00 |

|            |                                                                                                                                                                                                                              | Hrs/Rate           | Amount   |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|----------|
| 9/18/2007  | Review emails and forward relevant sections to counsel in advance of meeting.                                                                                                                                                | 0.20 450.00/hr     | 90.00    |
| 9/19/2007  | Preparation for meeting with counsel.                                                                                                                                                                                        | 0.60 450.00/hr     | 270.00   |
|            | Meeting with counsel to discuss upcoming coordination meeting.                                                                                                                                                               | 1.80 450.00/hr     | 810.00   |
|            | Review material from counsel, Receiver.                                                                                                                                                                                      | 0.20 450.00/hr     | 90.00    |
| 9/20/2007  | Meeting with court representatives for monthly coordination meeting.                                                                                                                                                         | 3.60 450.00/hr     | 1,620.00 |
|            | Preparation for coordination meeting.                                                                                                                                                                                        | 0.40 450.00/hr     | 180.00   |
|            | Travel to and from court for coordination meeting.                                                                                                                                                                           | 1.00 450.00/hr     | 450.00   |
| 9/23/2007  | Review and respond to letter from AG re contact with counsel.                                                                                                                                                                | 0.50 450.00/hr     | 225.00   |
| 9/24/2007  | Review and finalize letter. Review construction experts and contact Receiver.                                                                                                                                                | 0.40 450.00/hr     | 180.00   |
|            | Phone call to Dr. Terry Hill re ADA construction expert.                                                                                                                                                                     | 0.20 450.00/hr     | 90.00    |
|            | Review notes of meetings with representatives, counsel. Identify outstanding tasks, issues to review with court. Review info from HITec committee. Review correspondence between Receiver and CDCR re AB 900. Respond to inquiry from Hitec cmte. | 0.80 450.00/hr     | 360.00   |
|            | Reviewed correspondence re: ex parte communications.                                                                                                                                                                         | 0.20 325.00/hr     | 65.00    |
|            | Review letter to counsel                                                                                                                                                                                                     | 0.20 275.00/hr     | 55.00    |
| 9/26/2007  | Phone call to Terry Hill re construction expert.                                                                                                                                                                             | 0.30 450.00/hr     | 135.00   |
| 9/27/2007  | Phone call to court re construction expert.                                                                                                                                                                                  | 0.30 450.00/hr     | 135.00   |
|            | Conference with associate re Hitec mtg. Contact counsel re DECS rep. Draft email to court re construction experts and forward resumes.                                                                                       | 0.50 450.00/hr     | 225.00   |

Armstrong

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 9/28/2007 | Phone call from receiver re construction expert. | 0.20<br>450.00/hr | 90.00 |
|  | For professional services rendered | 15:54:00 | $7,005.00 |
|  | Additional Charges : |  |  |
| 9/27/2007 | Western Messenger 9/18 |  | 17.30 |
|  | FedEx 8/27 |  | 14.19 |
|  | Western Messenger 9/6 |  | 28.60 |
|  | Total additional charges |  | $60.09 |
|  | Total amount of this bill |  | $7,065.09 |