| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>FRANK B. KENNAMER – 157844<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS ON THE SECOND QUARTERLY STATEMENT OF 2007** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ARNOLD SCHWARZENEGGER, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. C 94 2307 CW <br><br> **ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS ON THE SECOND QUARTERLY STATEMENT OF 2007** |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their Second Quarterly Statement for 2007 to defendants on August 9, 2007. The parties completed their meet and confer on October 22, 2007.

As a result of the October 22, 2007 agreement, the parties are able to agree to the payment of $90,599.88 in fees and costs incurred during the Second Quarter of 2007. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Second Quarter of 2007, which is collectable forty-five days from the entry of this Order.

Interest on these fees and costs will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

//

//

//

1  WHEREFORE, IT IS CONFIRMED that $90,599.88 becomes collectable and legal interest
2  begins accruing on such sum as of the date this Order is entered.

4  IT IS SO ORDERED.
5       10/25/07
6  Dated:_____

7                                    Claudia Wilken
                                     United States District Judge
8

9  APPROVED AS TO FORM:
10

11
        /s/ Jennifer Nygaard              DATED:    10/23/07
12
   Jennifer Nygaard
13 Deputy Attorney General
   Attorney for Defendants
14

15
        /s/ Holly Baldwin                 DATED:    10/23/07
16
   Holly M. Baldwin
17 Rosen Bien & Galvan
   Attorneys for Plaintiffs
18