| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>FRANK B. KENNAMER – 157844<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

Case No. C 94 2307 CW

**ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2007**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., ) | Case No. C 94 2307 CW |
| Plaintiffs, ) | **ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2007** |
| v. ) | |
| ARNOLD SCHWARZENEGGER, et al., ) | |
| Defendants. ) | |

On March 21, 2001, the District Court ordered all further fee and expense requests and disputes in the Board of Parole Hearing (BPH)[1] portion of the case shall be resolved through the periodic fee process established by this Court's March 26, 1997 order.

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their Second Quarterly Statement for 2007 to defendants on August 9, 2007. The parties completed their meet and confer on October 22, 2007.

As a result of the October 22, 2007 agreement, the parties are able to agree to the payment of $214,454.50 in fees and costs incurred during the Second Quarter of 2007. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Second

---

[1] The former Board of Prison Terms (BPT) was part of a state government reorganization effective July 1, 2005, and is now known as the Board of Parole Hearings (BPH).

-1-   ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2007

Quarter of 2007, which is collectable forty-five days from the entry of this Order.

Interest on these fees and costs will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

WHEREFORE, IT IS CONFIRMED that $214,454.50 becomes collectable and legal interest begins accruing on such sum as of the date this Order is entered.

IT IS SO ORDERED.

Dated: 10/25/07

*/s/ Claudia Wilken*

Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

  */s/ Jennifer Nygaard*                    DATED:    10/23/07

Jennifer Nygaard
Deputy Attorney General
Attorney for Defendants


  */s/ Holly Baldwin*                       DATED:    10/23/07

Holly M. Baldwin
Rosen Bien & Galvan
Attorneys for Plaintiffs