| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB -- 136101<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>     Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE SECOND QUARTERLY STATEMENT OF 2007** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C 94 2307 CW |
| Plaintiffs, | **ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE SECOND QUARTERLY STATEMENT OF 2007** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs overnight delivered their Second Quarterly Statement for 2007 to defendants on August 9, 2007. Defendants submitted their objections to plaintiffs' statement on September 17, 2007. The parties completed their meet and confer on October 24, 2007, and reached an agreement, as reflected in Exhibit A.

Defendants do not dispute the balance of $882,803.18 in fees and expenses for monitoring and fee collection activities in the California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (hereafter CDCR/AOAP)[1] portion of the case for the Second

---

[1] The former California Department of Corrections (CDC) was part of a state government reorganization in July 2005, and is now known as California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (CDCR/AOAP).

1  Quarterly Statement for 2007, which will become due and owing forty-five days from the entry of
2  this Order. Interest on these fees and costs will run from the date this Order is entered, accruing at
3  the rate provided by 28 U.S.C. § 1961.
4        The parties were not able to agree on $97,586.50, which remains in dispute. The parties
5  agree to the total payment of $882,803.18 in undisputed fees and costs for the Second Quarter of
6  2007. Attached hereto as Exhibit A is a chart setting forth the balance due.
7        WHEREFORE, IT IS CONFIRMED that $882,803.18 becomes collectable and legal
8  interest begins accruing on such sum as of the date this Order is entered.

10  IT IS SO ORDERED.
11       10/31/07
12  Dated:_____
            Claudia Wilken
13          United States District Judge

14  APPROVED AS TO FORM:

16  Dated:  10/26/07                    /S/ Jennifer J. Nygaard
17                                  Jennifer J. Nygaard
                                    Deputy Attorney General
18                                  Attorneys for Defendants

20  Dated:  10/26/07                    /S/ Gay C. Grunfeld
                                    Gay C. Grunfeld
                                    Rosen Bien & Galvan
21                                  Attorneys for Plaintiffs

-2-   ORDER CONFIRMING UNDISPUTED CDCR/AOAP
      ATTORNEYS' FEES & COSTS ON THE SECOND
      QUARTER 2007