Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104

Invoice submitted to:
Armstrong

November 13, 2007

Invoice #15071

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/1/2007 | Phone call to Weston. Review HITEC meeting info. Review and edit construction one-pager. Respond to email from counsel re con call. | 0.80 450.00/hr | 360.00 |
| 10/2/2007 | Review plaintiffs' submission, proposed order re monitoring. | 0.30 450.00/hr | 135.00 |
|  | Review material in advance of DECS call. Call to court. | 0.50 450.00/hr | 225.00 |
|  | Conference call with counsel re DECS. Call with parties re contract modification. | 0.70 450.00/hr | 315.00 |
|  | Conference call with Hitec committee. | 2.10 450.00/hr | 945.00 |
| 10/9/2007 | Review comments on one-pager and on post order. Contact counsel for comments. | 0.20 450.00/hr | 90.00 |
| 10/11/2007 | Review filings re status conference. | 0.30 450.00/hr | 135.00 |
| 10/14/2007 | Review and respond to inquiry re construction one-pager. | 0.20 450.00/hr | 90.00 |
| 10/23/2007 | Review requests re HITEC committee, teleconferencing committee, filings from parties. Review report from Perez reps. Contact Perez reps and Receiver's office. | 0.60 450.00/hr | 270.00 |
| 10/24/2007 | Review Perez report. Call to court. | 0.30 450.00/hr | 135.00 |

Armstrong                                                                                                Page    2

|            |                                                                                      | Hrs/Rate       | Amount     |
|------------|--------------------------------------------------------------------------------------|----------------|------------|
| 10/24/2007 | Preparation of filing re Perez matters.                                              | 0.20 450.00/hr | 90.00      |
| 10/25/2007 | Draft and file notice re: Perez pleadings; conference ES re Perez appearance         | 0.40 275.00/hr | 110.00     |
|            | Conference with associate re Perez filing, Perez appearance.                         | 0.20 450.00/hr | 90.00      |
| 10/26/2007 | Attend hearing in Perez case; travel to court                                        | 1.80 275.00/hr | 495.00     |
|            | Phone call from Perez representatives. Update from associate.                        | 0.20 450.00/hr | 90.00      |
| 10/28/2007 | Preparation of documents for review.                                                 | 0.20 450.00/hr | 90.00      |
| 10/30/2007 | Review joint status statements, attachments. Review opposition to motion to reconsider. | 1.20 450.00/hr | 540.00     |
|            | For professional services rendered                                                   | 10.20          | $4,205.00  |

Additional Charges :

| 10/30/2007 | Western Messenger 10/17 | 50.20     |
|------------|-------------------------|-----------|
| 10/31/2007 | Conference Call 10/2    | 4.20      |
|            | Total additional charges | $54.40   |
|            | Total amount of this bill | $4,259.40 |