IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | | |
| | Plaintiffs, | No. CIV S-90-0520 LKK JFM P (E.D. Cal.) |
| vs. | | |
| ARNOLD SCHWARZENEGGER, et al., | | |
| | Defendants. | |
| MARCIANO PLATA, et al., | | |
| | Plaintiffs, | No. C 01-1351 TEH (N.D. Cal.) |
| vs. | | |
| ARNOLD SCHWARZENEGGER, et al., | | |
| | Defendants. | |
| CARLOS PEREZ, et al., | | |
| | Plaintiffs, | No. C 05-05241 JSW (N.D. Cal.) |
| vs. | | |
| JAMES TILTON, et al., | | |
| | Defendants. | |

1

1  JOHN ARMSTRONG, et al.,
2       Plaintiffs,                    No. C 94-2307 CW (N.D. Cal.)
3       v.
4  ARNOLD SCHWARZENEGGER,              ORDER
   et al.,
5
        Defendants.
6  _____/

7       The parties to the above-captioned cases have all responded to the order to show
8  cause filed November 13, 2007, concerning an agreement reached by the Receiver in <u>Plata</u>, the
9  Special Master in <u>Coleman</u>, and the Court Representatives in <u>Perez</u> and <u>Armstrong</u> and presented
10 to the undersigned for review and approval.
11      At the Receiver's request, IT IS HEREBY ORDERED that within fifteen days
12 from the date of this order the Receiver in <u>Plata</u> shall file and serve a response to the responses
13 filed by the parties. Thereafter, the matter will be taken under submission for individual
14 consideration by the undersigned.

16 DATED: 11/30/07

17                                     _____
                                       LAWRENCE K. KARLTON
18                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
                                       EASTERN DISTRICT OF CALIFORNIA

20 DATED: 11/30/07

21                                     _____
                                       THELTON E. HENDERSON
                                       UNITED STATES DISTRICT JUDGE
22                                     NORTHERN DISTRICT OF CALIFORNIA

24 DATED: 11/30/07

25                                     _____
                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE
26                                     NORTHERN DISTRICT OF CALIFORNIA

1
2   DATED:   11/30/07
3
                                            _____
                                            CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE
4                                           NORTHERN DISTRICT OF CALIFORNIA
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26