Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104


Invoice submitted to:
Armstrong


December 12, 2007


Invoice #15146


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/2007 | Review, finalize and forward IT one-pager. | 0.60<br>450.00/hr | 270.00 |
| 11/7/2007 | Review pleadings. Review and edit minutes. Circulate to other court representatives. | 0.80<br>450.00/hr | 360.00 |
| 11/8/2007 | Phone call re minutes. | 0.20<br>450.00/hr | 90.00 |
| 11/15/2007 | Correspondence with Receiver's office re post orders. Review construction one pager, modified IT one pager. | 0.50<br>450.00/hr | 225.00 |
|  | Travel to and from court for status conference. Status conference. Set up meeting with counsel after status conference. | 3.50<br>450.00/hr | 1,575.00 |
|  | Review revised minutes and respond. Respond re one-pager. Communicate with other court representatives. Review proposed agenda. Forward agenda items to coordinator. | 0.40<br>450.00/hr | 180.00 |
| 11/18/2007 | Review and respond to emails from counsel, court representatives. Prepare documents from receiver for review. | 0.30<br>450.00/hr | 135.00 |
| 11/19/2007 | Review minute order. Call to court. Organize file. Review final minutes of 9/07 mtg. | 0.40<br>450.00/hr | 180.00 |
| 11/20/2007 | Review action items list in advance of meeting. Contact coordinator re list. | 0.20<br>450.00/hr | 90.00 |
| 11/26/2007 | Meeting with counsel in advance of coordination meeting. | 1.20<br>450.00/hr | 540.00 |

Armstrong                                                                                               Page    2

|            |                                                                                                                                                                    | Hrs/Rate        | Amount      |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-------------|
| 11/26/2007 | Review material in advance of meeting with parties. Review recent filings re one-pager. Communicate with Receiver re ADA expert.                                   | 0.70 450.00/hr  | 315.00      |
| 11/27/2007 | Review documents in preparation for coordination meeting.                                                                                                          | 0.70 450.00/hr  | 315.00      |
|            | Travel to and from coordination meeting.                                                                                                                           | 1.00 450.00/hr  | 450.00      |
|            | Meeting with court representatives.                                                                                                                                | 4.50 450.00/hr  | 2,025.00    |
|            | Conference with court.                                                                                                                                             | 0.20 450.00/hr  | 90.00       |
| 11/28/2007 | Meeting with judges, court representatives. Meeting afterwards with court representatives.                                                                         | 1.70 450.00/hr  | 765.00      |
|            | Travel to and from court for judges' coordination meeting.                                                                                                         | 1.00 450.00/hr  | 450.00      |
|            | Phone call to court. Review info re HITEC, teleconference meetings.                                                                                                | 0.20 450.00/hr  | 90.00       |
| 11/29/2007 | Phone call to court with update.                                                                                                                                   | 0.60 450.00/hr  | 270.00      |
|            | Meeting with teleconference group. Meeting with receiver's staff re teleconferencing. Meeting with HITEC committee. Travel to and from Sacramento for meetings.    | 6.80 450.00/hr  | 3,060.00    |
| 11/30/2007 | Review notes in prep for conference call. Conference call with parties re coordination meetings, requests for information.                                         | 0.70 450.00/hr  | 315.00      |
|            | For professional services rendered                                                                                                                                 | 26.20           | $11,790.00  |
|            | Additional Charges :                                                                                                                                               |                 |             |
| 11/26/2007 | Western Messenger 10/26                                                                                                                                            |                 | 34.60       |
|            | Total additional charges                                                                                                                                           |                 | $34.60      |
|            | Total amount of this bill                                                                                                                                          |                 | $11,824.60  |