| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB -- 136101<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94-2307 CW<br><br>**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AS MODIFIED** |

1 | WHEREAS, on November 15, 2007, this Court ordered Plaintiffs John Armstrong, *et al.*, and Defendants Arnold Schwarzenegger, *et al.* ("the parties") to appear for a further Case Management Conference to monitor the progress of compliance with the Court's Orders on January 15, 2008 at 2:00 p.m.; and

WHEREAS, the parties have committed to meet and confer regarding a number of outstanding issues in this action, to occur by February 1, 2008;

IT IS HEREBY STIPULATED and AGREED, by and between the parties, through their respective counsel, that the Case Management Conference previously scheduled for January 15, 2008 shall occur on February 14, 2008, at 2:00 p.m. if the Court so orders.

Dated: January 7, 2008

*/s/ Jay C. Russell*
Jay C. Russell
Jennifer J. Nygaard
Deputy Attorney General
Attorneys for Defendants

Dated: January 7, 2008

*/s/ Holly M. Baldwin*
Gay Crosthwait Grunfeld
Holly M. Baldwin
Rosen Bien & Galvan, LLP
Attorneys for Plaintiffs

ORDER

Having reviewed the above Stipulation of the parties, it is hereby ORDERED that the Case Management Conference previously scheduled for January 15, 2008 shall occur **February 26, 2008, at 2:00 p.m**.

Dated: 1/8/07

Claudia Wilken
United States District Judge