Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104


Invoice submitted to:
Armstrong


January 15, 2008


Invoice #15202


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/3/2007 | EWS | Review court order. Review draft agreements from parties. Respond to inquiry from Perez reps. Inquire of Receiver regarding upcoming meeting. Solicit from Perez reps comments on one-pager. Request info from Receiver re upcoming meeting, contracts w/ facilities, protocol for monitoring facilities. | 0.90 450.00/hr | 405.00 |
|  | EWS | Review and respond to inquiries from Perez reps, Receiver, counsel. | 0.20 450.00/hr | 90.00 |
| 12/4/2007 | EWS | Review and respond to requests for information from Perez reps. Finalize IT one pager and send around to other court representatives for comment and adoption. | 0.50 450.00/hr | 225.00 |
| 12/10/2007 | EWS | Phone call to Dr. Terry Hill. Discuss receiver's ADA coordinator, next steps in coordinating efforts. Review task list from coordinating committee. | 0.40 450.00/hr | 180.00 |
| 12/20/2007 | EWS | Review and respond to inquiries from Receiver re effective communication training. | 0.20 450.00/hr | 90.00 |
| 12/21/2007 | EWS | Review and respond to inquires from Receiver. | 0.20 450.00/hr | 90.00 |
| 12/27/2007 | EWS | Review and respond to inquiries from Receiver. Edit minutes and return comments. | 0.70 450.00/hr | 315.00 |
|  |  | For professional services rendered | 3.10 | $1,395.00 |

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 12/18/2007 | Conference Call 11/30 | 26.78 |
|  | Western Messenger 11/20 | 34.60 |
|  | Total additional charges | $61.38 |
|  | Total amount of this bill | $1,456.38 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward W. Swanson | 3.10 | 450.00 | $1,395.00 |