1  PRISON LAW OFFICE
   DONALD SPECTER – 83925
2  SARA NORMAN – 189536
   General Delivery
3  San Quentin, California 94964
   Telephone:  (415) 457-9144
4

5  DISABILITY RIGHTS EDUCATION &
   DEFENSE FUND, INC.
6  LINDA KILB
   2212 6th Street
7  Berkeley, California 94710
   Telephone:  (510) 644-2555
8

9  JONES DAY
   CAROLINE N. MITCHELL - 143124
10 555 California Street, 25th Floor
   San Francisco, CA 94104
11 Telephone:  (415) 875-5712

12

   Attorneys for Plaintiffs
13
                    IN THE UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 JOHN ARMSTRONG, et al.,          )  Case No. C 94 2307 CW
                                    )
17       Plaintiffs,                )  **ORDER CONFIRMING UNDISPUTED**
                                    )  **DIVISION OF ADULT PAROLE**
18 v.                               )  **OPERATIONS ATTORNEYS' FEES AND**
                                    )  **COSTS ON THE THIRD QUARTERLY**
19 ARNOLD SCHWARZENEGGER, et al.,   )  **STATEMENT OF 2007**
                                    )
20       Defendants.                )
                                    )
21
   ─────────────────────────────────

22

23

24

25

26

27

28

BINGHAM McCUTCHEN, LLP
WARREN E. GEORGE – 53588
FRANK B. KENNAMER – 157844
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone:  (415) 393-2000


ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
HOLLY M. BALDWIN – 191317
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone (415) 433-6830

7

8

9

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ARMSTRONG, et al., | ) | Case No. C 94 2307 CW |
| | ) | |
|     Plaintiffs, | ) | **ORDER CONFIRMING UNDISPUTED** |
| | ) | **DIVISION OF ADULT PAROLE** |
| v. | ) | **OPERATIONS ATTORNEYS' FEES AND** |
| | ) | **COSTS ON THE THIRD QUARTERLY** |
| ARNOLD SCHWARZENEGGER, et al., | ) | **STATEMENT OF 2007** |
| | ) | |
|     Defendants. | ) | |
| | ) | |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their Third Quarterly Statement for 2007 to defendants on November 15, 2007. Defendants submitted their objections to plaintiffs' statement on December 26, 2007. The parties completed their meet and confer on January 18, 2008.

As a result of the January 18, 2008 agreement, the parties are able to agree to the payment of $64,082.07 in fees and costs incurred during the Third Quarter of 2007. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Third Quarter of 2007, which are collectable forty-five days from the entry of this Order.

IT IS HEREBY ORDERED that plaintiffs' fees and costs of $64,082.07, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees

ORDER CONFIRMING UNDISPUTED DAPO
ATTORNEYS' FEES & COSTS ON THE THIRD
QUARTER 2007

and costs will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: _____    1/30/08

_____
Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

_____/S/ Jennifer J. Nygaard_____        DATED: 01/28/08

Jennifer Nygaard
Deputy Attorney General
Attorney for Defendants

_____/S/ Holly M. Baldwin_____        DATED: 01/28/08

Holly M. Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

ORDER CONFIRMING UNDISPUTED DAPO
ATTORNEYS' FEES & COSTS ON THE THIRD
QUARTER 2007