| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>FRANK B. KENNAMER – 157844<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2007** |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | IN THE UNITED STATES DISTRICT COURT |
| 6 | NORTHERN DISTRICT OF CALIFORNIA |
| 7 | |

| | | |
|---|---|---|
| 8 | JOHN ARMSTRONG, et al., ) | Case No. C 94 2307 CW |
| 9 | Plaintiffs, ) | **ORDER CONFIRMING UNDISPUTED** |
| | ) | **BOARD OF PAROLE HEARINGS** |
| 10 | v. ) | **ATTORNEYS' FEES AND COSTS FOR** |
| | ) | **THE THIRD QUARTER OF 2007** |
| 11 | ARNOLD SCHWARZENEGGER, et al., ) | |
| 12 | Defendants. ) | |

On March 21, 2001, the District Court ordered all further fee and expense requests and disputes in the Board of Parole Hearing (BPH)[1] portion of the case shall be resolved through the periodic fee process established by this Court's March 26, 1997 order.

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their Third Quarterly Statement for 2007 to defendants on November 15, 2007. Defendants submitted their objections to plaintiffs' statement on December 26, 2007. The parties completed their meet and confer on January 24, 2008.

As a result of the January 24, 2008 agreement, the parties are able to agree to the payment of $267,170.79 in fees and costs incurred during the Third Quarter of 2007. Attached hereto as

---

[1] The former Board of Prison Terms (BPT) was part of a state government reorganization effective July 1, 2005, and is now known as the Board of Parole Hearings (BPH).

| | |
|---|---|
| 1 | Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Third Quarter |
| 2 | of 2007 which are collectable forty-five days from the entry of this Order. |

IT IS HEREBY ORDERED that plaintiffs' fees and costs of $267,170.79, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

1/30/08

Dated:_____

Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

  /S/ Jennifer J. Nygaard                DATED: 01/28/08

Jennifer Nygaard
Deputy Attorney General
Attorney for Defendants


  /S/ Holly M. Baldwin                    DATED: 01/28/08

Holly M. Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs