Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 9410

Invoice submitted to:
Armstrong


February 12, 2008


Invoice #15258


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/1/2008 | EWS | Review filings. Contact AG re information request. Review information from Perez counsel. | 0.20<br>450.00/hr | 90.00 |
| 1/7/2008 | EWS | Review and respond to inquiries from other court representatives. | 0.30<br>450.00/hr | 135.00 |
| 1/9/2008 | EWS | Draft email with items for agenda. Review proposed agenda. | 0.30<br>450.00/hr | 135.00 |
| 1/10/2008 | EWS | Review and respond to inquiry from court. Review filings from Receiver's contractors, documents to be reviewed at coordination meeting. Review information from court coordinators. Respond to inquiries from Receiver. Forward information to court. | 1.10<br>450.00/hr | 495.00 |
| 1/11/2008 | EWS | Review minutes, post order comments from Receiver and Perez. Review additional documents for coordination meeting. | 0.40<br>450.00/hr | 180.00 |
| 1/13/2008 | EWS | Review docs in preparation for coordination meeting. Contact counsel re pre-meeting. Contact Receiver's office re ADA coordinator, DECS issues. | 0.50<br>450.00/hr | 225.00 |
| 1/14/2008 | EWS | Review and respond to emails from Receiver's office, counsel. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Conference with counsel. Call to assistant re one pager. | 0.40<br>450.00/hr | 180.00 |
|  | SP | Compare Ed's suggestions for the agenda with the final agenda. | 0.20<br>100.00/hr | 20.00 |

Armstrong

Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2008 | EWS | Coordination meeting with court representatives. Meeting with Receiver's IT staff following coordination meeting. Travel to and from Sacramento for meeting. | 8.50<br>450.00/hr | 3,825.00 |
| 1/16/2008 | APG | Conference call (HITEC meeting) | 1.30<br>275.00/hr | 357.50 |
| 1/18/2008 | EWS | Phone call with Terry Hill re ADA expert. | 0.20<br>450.00/hr | 90.00 |
| 1/22/2008 | EWS | Review and respond to emails from counsel, Receiver's office. | 0.30<br>450.00/hr | 135.00 |
| 1/23/2008 | EWS | Phone call from Receiver's office. Review info from Receiver. | 0.30<br>450.00/hr | 135.00 |
| 1/27/2008 | EWS | Review information from Receiver. Review IT one-pager redline and final. | 0.20<br>450.00/hr | 90.00 |
| 1/28/2008 | AOG | Compare original and revised IT agreements | 0.40<br>100.00/hr | 40.00 |
|  | EWS | Review and forward one-pager. Review action item list. | 0.30<br>450.00/hr | 135.00 |
| 1/29/2008 | EWS | Draft email to counsel re meeting/con call. Review info from Receiver. Outline topics for counsel meeting. | 0.20<br>450.00/hr | 90.00 |
| 1/30/2008 | EWS | Review information from court. Contact court re schedule. Review IT one pager correspondence, CEO one-pager. | 0.30<br>450.00/hr | 135.00 |
|  |  | For professional services rendered | 15.60 | $6,582.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anne Griffith | 0.40 | 100.00 | $40.00 |
| August P. Gugelmann | 1.30 | 275.00 | $357.50 |
| Edward W. Swanson | 13.70 | 450.00 | $6,165.00 |
| Samantha Potts | 0.20 | 100.00 | $20.00 |