Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  9410


Invoice submitted to:
Armstrong



March 11, 2008


Invoice #15324


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2008 | EWS | Meeting with Paul Carlisle re ADA issues in new institutions. | 2.50<br>450.00/hr | 1,125.00 |
|  | EWS | Review requests from Receiver, court rep, and respond with info. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Conference call and meeting with counsel. | 0.80<br>450.00/hr | 360.00 |
| 2/13/2008 | EWS | Conference call with parties. Call from court. | 0.30<br>450.00/hr | 135.00 |
|  | APG | Conference call re: appeals. | 1.70<br>275.00/hr | 467.50 |
| 2/19/2008 | EWS | Review and sign stip. Contact client re property. | 0.20<br>450.00/hr | 90.00 |
| 2/22/2008 | EWS | Review and edit minutes of coordination meeting. | 0.30<br>450.00/hr | 135.00 |
| 2/27/2008 | EWS | Phone call to representative re agenda. | 0.10<br>450.00/hr | 45.00 |
| 2/28/2008 | EWS | Review and respond to information from court representatives. Discuss post-order. | 0.70<br>450.00/hr | 315.00 |
|  | EWS | Review information from AG, from ADA expert for Plata. Review minutes, agenda. Review HITEC agenda. Review joint status conference statement. Contact counsel re meeting. Prepare agenda for meeting. | 1.30<br>450.00/hr | 585.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/29/2008 EWS | Review and respond to emails. Review revised agenda for coordination meeting. Prepare material for meetings. Call from Receiver's office. | 0.40<br>450.00/hr | 180.00 |
|  | For professional services rendered | 8.50 | $3,527.50 |

Additional Charges :

| 2/29/2008 | Western Messenger 1/29 | 34.60 |
|---|---|---|
|  | Western Messenger 1/30 | 34.60 |
|  | Conference call 2/1 | 51.19 |
|  | Total additional charges | $120.39 |
|  | Total amount of this bill | $3,647.89 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann | 1.70 | 275.00 | $467.50 |
| Edward W. Swanson | 6.80 | 450.00 | $3,060.00 |