PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

BINGHAM McCUTCHEN, LLP
WARREN E. GEORGE – 53588
FRANK B. KENNAMER – 157844
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB
2212 6th Street
Berkeley, California 94710
Telephone: (510) 644-2555

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
HOLLY M. BALDWIN – 191317
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone (415) 433-6830

JONES DAY
CAROLINE N. MITCHELL - 143124
555 California Street, 25th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

  Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

  Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. C 94 2307 CW

**ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS ON THE FOURTH QUARTERLY STATEMENT OF 2007**

1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT
8        NORTHERN DISTRICT OF CALIFORNIA
9
JOHN ARMSTRONG, et al.,                    )  Case No. C 94 2307 CW
10                                              )
         Plaintiffs,                       )  **ORDER CONFIRMING UNDISPUTED**
11                                              )  **DIVISION OF ADULT PAROLE**
v.                                         )  **OPERATIONS ATTORNEYS' FEES AND**
12                                              )  **COSTS ON THE FOURTH QUARTERLY**
ARNOLD SCHWARZENEGGER, et al.,             )  **STATEMENT OF 2007**
13                                              )
         Defendants.                       )
14  _____)

15
16
17        On March 26, 1997, the District Court established procedures by which plaintiffs are to

18  collect periodic attorneys' fees and costs in connection with their work monitoring defendants'

19  compliance with the Court's Orders and collecting fees.

20        Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their Fourth

21  Quarterly Statement for 2007 to defendants on February 11, 2008.  Defendants submitted their

22  objections to plaintiffs' statement on March 19, 2008. The parties completed their meet and confer

23  on April 2, 2008.

24        As a result of the April 2, 2008 agreement, the parties are able to agree to the payment of

25  $53,877.86 in fees and costs incurred during the Fourth Quarter of 2007.  Attached hereto as

26  Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Fourth

27  Quarter of 2007, which are collectable forty-five days from the entry of this Order.

28

ORDER CONFIRMING UNDISPUTED DAPO
                                                 ATTORNEYS' FEES & COSTS ON THE  FOURTH
                                                 QUARTER 2007

[70990-1]

1        IT IS HEREBY ORDERED that plaintiffs' fees and costs of $53,877.86, plus interest, are

2   due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3   and costs will run from March 13, 2008 accruing at the rate provided by 28 U.S.C. section 1961.

4   IT IS SO ORDERED.

5                 4/14/08

6   Dated:_____

7                                Claudia Wilken
                                 United States District Judge

8

9

10  APPROVED AS TO FORM:

11

12      /S/ Jennifer Nygaard                  DATED:  April 9, 2008

13  Jennifer Nygaard
    Deputy Attorney General
    Attorney for Defendants

14

15

16      /S/ Holly M. Baldwin                  DATED:  April 4, 2008

17  Holly M. Baldwin
    Rosen, Bien & Galvan, LLP
    Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

ORDER CONFIRMING UNDISPUTED DAPO
ATTORNEYS' FEES & COSTS ON THE  FOURTH
QUARTER 2007

[70990-1]