| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>FRANK B. KENNAMER – 157844<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2007** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2007** |

On March 21, 2001, the District Court ordered all further fee and expense requests and disputes in the Board of Parole Hearing (BPH)[1] portion of the case shall be resolved through the periodic fee process established by this Court's March 26, 1997 order.

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their Fourth Quarterly Statement for 2007 to defendants on February 11, 2008.  Defendants submitted their objections to plaintiffs' statement on March 19, 2008. The parties completed their meet and confer on April 4, 2008.

As a result of the April 4, 2008 agreement, the parties are able to agree to the payment of $202,228.86 in fees and costs incurred during the Fourth Quarter of 2007.  Attached hereto as

---

[1] The former Board of Prison Terms (BPT) was part of a state government reorganization effective July 1, 2005, and is now known as the Board of Parole Hearings (BPH).

1 | Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Fourth
2 | Quarter of 2007 which are collectable forty-five days from the entry of this Order.
3 |   IT IS HEREBY ORDERED that plaintiffs' fees and costs of $202,228.86, plus interest, are
4 | due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees
5 | and costs will run from March 13, 2008 accruing at the rate provided by 28 U.S.C. section 1961.
6 | IT IS SO ORDERED.

    4/14/08

Dated:_____

Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

 */S/ Jennifer Nygaard*      DATED: April 9, 2008

Jennifer Nygaard
Deputy Attorney General
Attorney for Defendants

 */S/ Holly M. Baldwin*      DATED: April 4, 2008

Holly M. Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs