| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>General Delivery<br>San Quentin, California 94964<br>Telephone:  (415) 457-9144 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone:  (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB -- 136101<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone:  (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS  ATTORNEYS' FEES AND COSTS ON THE  FOURTH QUARTERLY STATEMENT OF 2007** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE FOURTH QUARTERLY STATEMENT OF 2007** |

　　　　On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

　　　　Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their Fourth Quarterly Statement for 2007 to defendants on February 11, 2008.  Defendants submitted their objections to plaintiffs' statement on March 19, 2008.  The parties completed their meet and confer on April 4, 2008, and reached an agreement, as reflected in Exhibit A.

　　　　Defendants do not dispute the balance of $523,478.85 in fees and expenses for monitoring and fee collection activities in the California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (hereafter CDCR/AOAP)[1] portion of the case for the Fourth

---

[1] The former California Department of Corrections (CDC) was part of a state government reorganization in July 2005, and is now known as California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (CDCR/AOAP).

1  Quarterly Statement for 2007, which will become due and owing forty-five days from the entry of
2  this Order.
3      The parties were not able to agree on $9,571.50, which remains in dispute. The parties
4  agree to the total payment of $523,478.85 in undisputed fees and costs for the Fourth Quarter of
5  2007. Attached hereto as Exhibit A is a chart setting forth the balance due.
6      WHEREFORE, IT IS CONFIRMED that $523,478.85 becomes collectable and legal
7  interest begins accruing on March 13, 2008 accruing at the rate provided by 28 U.S.C. §1961.

9  IT IS SO ORDERED.
10     4/15/08
11  Dated:_____
                                                    Claudia Wilken
12                                                  United States District Judge

13  APPROVED AS TO FORM:

15  Dated:  April 9, 2008                           /s/ *Jennifer J. Nygaard*
16                                                  Jennifer J. Nygaard
                                                    Deputy Attorney General
17                                                  Attorneys for Defendants

19  Dated:  April 4, 2008                           /s/ *Gay C. Grunfeld*
                                                    Gay C. Grunfeld
20                                                  Rosen, Bien & Galvan, LLP
                                                    Attorneys for Plaintiffs

-2-    ORDER CONFIRMING UNDISPUTED CDCR/AOAP
       ATTORNEYS' FEES & COSTS ON THE FOURTH
       QUARTER 2007