Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309

Invoice submitted to:
Armstrong

April 15, 2008

Invoice #15384

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2008 | EWS | Meeting with counsel in advance of coordination meeting. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Review post order changes. Prepare for meeting. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review post-orders. Review agenda items in advance of meeting with counsel. Contact ADA construction expert. | 0.70<br>450.00/hr | 315.00 |
| 3/4/2008 | EWS | Travel to and from Sacramento for coordination meeting. Meeting with court representatives. Travel to and attend meeting with Bovis representatives. Follow up calls, and review of agenda for meeting with judges. | 9.00<br>450.00/hr | 4,050.00 |
| 3/5/2008 | EWS | Preparation for meeting with court. Court coordination meeting. Meeting with Judge Wilken, Elizabeth Eng. Travel to and from court for meeting. | 3.20<br>450.00/hr | 1,440.00 |
|  | EWS | Meeting with HITEC cmte. | 2.00<br>450.00/hr | 900.00 |
| 3/7/2008 | EWS | Conference call with counsel. Obtain notes for conference call. | 0.60<br>450.00/hr | 270.00 |
| 3/11/2008 | EWS | Court Appearance for status conference. Travel to and from court. | 3.70<br>450.00/hr | 1,665.00 |
|  | EWS | Contact Paul Carlisle. Contact counsel. | 0.20<br>450.00/hr | 90.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/12/2008 | EWS | Phone call from construction supervisor for Receiver. Review order in Perez. | 0.50 450.00/hr | 225.00 |
| 3/13/2008 | EWS | Review and respond the Receiver's scheduling requests. | 0.10 450.00/hr | 45.00 |
| 3/18/2008 | EWS | Preparation for meeting with Carlisle, counsel. | 0.30 450.00/hr | 135.00 |
|  | EWS | Meeting with Carlisle. Meeting with Carlisle and counsel. | 1.80 450.00/hr | 810.00 |
| 3/19/2008 | EWS | Conference with associate. Review and respond to email, information from ADA expert. | 0.40 450.00/hr | 180.00 |
| 3/31/2008 | EWS | Review communications from Receiver. Contact Receiver's office re scheduling. | 0.50 450.00/hr | 225.00 |
|  |  | For professional services rendered | 24.80 | $11,160.00 |

Additional Charges :

| | | |
|---|---|---|
| 3/19/2008 | Sacramento parking fare 3/4/08 | 15.00 |
| 3/27/2008 | Western Messenger 3.13 | 34.60 |
|  | Western Messenger 2.27 | 50.20 |
|  | Conference call 3.7.08 | 72.45 |
| 3/31/2008 | In-house copies March | 1.90 |
|  | Total additional charges | $174.15 |
|  | Total amount of this bill | $11,334.15 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 24.80 | 450.00 | $11,160.00 |