Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309

Invoice submitted to:
Armstrong

May 08, 2008

Invoice #15447

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2008 | EWS | Draft request to Reciever. Respond to counsel. Contact Receiver's office re HITEC meeting. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Meeting of HITEC Committee. | 2.00<br>450.00/hr | 900.00 |
| 4/7/2008 | EWS | Review emails from Receiver. Respond re meetings. Call re contract scheduling. | 0.40<br>450.00/hr | 180.00 |
| 4/8/2008 | EWS | Review and respond to inquiries from court representatives, Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 4/9/2008 | EWS | Review minutes, task list from Receiver, respond with edits. Contact Receiver's legal counsel re contracts. Review information from counsel re accountability; arrange conference call with counsel. Review information from Perez representatives. Call to Carlisle re meetings, information requests. Forward information to court representatives. | 1.50<br>450.00/hr | 675.00 |
| 4/10/2008 | EWS | Phone call to Receiver's legal counsel. Communicate with Perez reps. Preparation for conference call with counsel. | 0.80<br>450.00/hr | 360.00 |
|  | EWS | Conference call with counsel. | 1.00<br>450.00/hr | 450.00 |
| 4/15/2008 | EWS | Phone call from court. Review information from AG re accountability. Contact parties, Receiver's office. Contact CDCR re DECS meeting. Respond to Perez inquiry. Respond to Coleman message. | 0.80<br>450.00/hr | 360.00 |

Armstrong

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/17/2008 | EWS | Meeting with URS Bovis directors, Receiver representative, Carlisle to discuss integration of Armstrong/ADA issues into construction. Travel to and from meeting. | 4.50<br>450.00/hr | 2,025.00 |
| 4/18/2008 | EWS | Preparation for meeting with Court. Meeting with Court to update law clerks. Travel to and from meeting. | 2.80<br>450.00/hr | 1,260.00 |
| 4/22/2008 | EWS | Draft message to counsel re Carlisle meeting. Conference call with CDCR re DECS, SOMS, HITEC. | 0.90<br>450.00/hr | 405.00 |
| 4/24/2008 | EWS | Review material for URS-Bovis meeting. Presentation by URS-Bovis. Confer with counsel, court reps after meeting. Travel to and from meeting. | 5.50<br>450.00/hr | 2,475.00 |
|  | EWS | Review and respond to emails re construction meeting. | 0.20<br>450.00/hr | 90.00 |
| 4/25/2008 | EWS | Review and respond to emails re meeting. | 0.10<br>450.00/hr | 45.00 |
| 4/30/2008 | EWS | Draft email to Receiver re HITEC/IT project. Call Receiver's office re construction issues. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Meeting with Carlisle, counsel, CDCR staff re new construction issues. | 1.20<br>450.00/hr | 540.00 |
|  |  | For professional services rendered | 22.60 | $10,170.00 |

Additional Charges :

| 4/29/2008 | Conference call 4/10 | 90.83 |
|---|---|---|
|  | Sacramento parking 3/4 | 15.00 |
|  | Total additional charges | $105.83 |
|  | Total amount of this bill | $10,275.83 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 22.60 | 450.00 | $10,170.00 |