Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: eswanson@smhlegal.com

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARNOLD SCHWARZENEGGER,<br><br>          Defendant. | Case No. C 94-2307 CW<br><br>**ORDER FOR PAYMENT** |

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment to court expert Edward Swanson per the court expert's invoice dated May 8, 2008.

Dated: 5/19/08

*[signature: Claudia Wilken]*

HON. CLAUDIA WILKEN
United States District Court

ORDER FOR PAYMENT
*Armstrong v. Schwarzenegger,* C 94-2307 CW