1

2  PRISON LAW OFFICE
   DONALD SPECTER – 83925

3  SARA NORMAN – 189536
   1917 Fifth Street

4  Berkeley, CA 94710-1916
   Telephone: (510) 280-2621

5  DISABILITY RIGHTS EDUCATION &
   DEFENSE FUND, INC.

6  LINDA KILB
   2212 Sixth Street

7  Berkeley, CA 94710
   Telephone: (510) 644-2555

8

9  JONES DAY
   CAROLINE N. MITCHELL - 143124

10 555 California Street, 25th Floor
   San Francisco, CA 94104

11 Telephone: (415) 875-5712

12

   Attorneys for Plaintiffs
13

   BINGHAM McCUTCHEN, LLP
   WARREN E. GEORGE – 53588
   FRANK B. KENNAMER – 157844
   Three Embarcadero Center
   San Francisco, CA 94111-4066
   Telephone: (415) 393-2000

   ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
   GAY C. GRUNFELD – 121944
   HOLLY M. BALDWIN – 191317
   315 Montgomery Street, 10th Floor
   San Francisco, CA 94104
   Telephone (415) 433-6830

IN THE UNITED STATES DISTRICT COURT

14

15            NORTHERN DISTRICT OF CALIFORNIA

16 JOHN ARMSTRONG, et al.,              )  Case No. C 94 2307 CW
                                        )
17         Plaintiffs,                  )  **ORDER CONFIRMING PAYMENT OF**
                                        )  **CERTAIN DISPUTED CALIFORNIA**
18 v.                                   )  **DEPARTMENT OF CORRECTIONS AND**
                                        )  **REHABILITATION, ADULT**
19 ARNOLD SCHWARZENEGGER, et al.,       )  **OPERATIONS AND ADULT PROGRAMS**
                                        )  **ATTORNEYS' FEES AND COSTS FROM**
20         Defendants.                  )  **2006-2007**
                                        )
21 _____

22

23

24

25

26

27

28

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                            NORTHERN DISTRICT OF CALIFORNIA

8

9   JOHN ARMSTRONG, et al.,               )   Case No. C 94 2307 CW
                                          )
10        Plaintiffs,                      )   **ORDER CONFIRMING PAYMENT OF**
                                          )   **CERTAIN DISPUTED CALIFORNIA**
11   v.                                    )   **DEPARTMENT OF CORRECTIONS AND**
                                          )   **REHABILITATION, ADULT**
12   ARNOLD SCHWARZENEGGER, et al.,        )   **OPERATIONS AND ADULT PROGRAMS**
                                          )   **ATTORNEYS' FEES AND COSTS FROM**
13        Defendants.                      )   **2006-2007**
                                          )
14

15        On March 26, 1997, the District Court established procedures by which plaintiffs are to collect

16   periodic attorneys' fees and costs in this case in connection with their work monitoring defendants'

17   compliance with the Court's Orders and collecting fees.

18        Pursuant to these procedures, certain fees and costs remained in dispute from the second and

19   fourths quarter of 2006, and the first, second, third and fourth quarters of 2007.  The parties completed

20   their meet and confer on these disputed items on May 23, 2008, and have agreed to resolve the dispute

21   by payment of $98,000 on the previously disputed items.

22        Interest on the resolved amount of $98,000 fees and costs will run from the date this Order is

23   entered, accruing at the rate provided by 28 U.S.C. § 1961.

24   ///

25   ///

26   ///

27   ///

28   ///

[214138-3]

1    WHEREFORE, IT IS CONFIRMED that $98,000, plus interest, becomes due and collectable

2   as of forty-five days from the date of entry of this Order.

3    IT IS SO ORDERED.

4

5   DATED:_____6/11/08_____        _____

6                                         THE HONORABLE CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE
7

8   APPROVED AS TO FORM:

     _/s/ Jennifer Nygaard_____        DATED:  May 28, 2008
9   Jennifer Nygaard
    Deputy Attorney General
10  Attorney for Defendants

11

12   _/s/ Gay Crosthwait Grunfeld_____        DATED:  May 27, 2008
    Gay Crosthwait Grunfeld
13  Rosen Bien & Galvan, LLP
    Attorneys for Plaintiffs
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-    ORDER CONFIRMING PAYMENT OF CERTAIN
       DISPUTED CDCR/AOAP ATTORNEYS' FEES AND
       COSTS FROM 2006-2007

[214138-3]