Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309

Invoice submitted to:
Armstrong

June 06, 2008

Invoice #15519

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2008 | EWS | Review docs in advance of status conference. | 0.30<br>450.00/hr | 135.00 |
| 5/8/2008 | EWS | Phone call to Receiver's office re remedial construction. | 0.20<br>450.00/hr | 90.00 |
| 5/12/2008 | EWS | Review agenda, prepare for con call with counsel. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Conference call with counsel. | 0.60<br>450.00/hr | 270.00 |
|  | EWS | Phone call to Receiver's office re post order. | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Conference call with HITEC cmte. | 0.90<br>450.00/hr | 405.00 |
| 5/13/2008 | EWS | Meeting of coordination committee. Meeting with representatives following coordination meeting. | 3.50<br>450.00/hr | 1,575.00 |
|  | EWS | Phone call to Receiver's staff. Call to Carlisle. Call to counsel in advance of coordination meeting. Review documents in advance of coordination meeting. Travel to and from meeting. | 3.70<br>450.00/hr | 1,665.00 |
| 5/15/2008 | EWS | Phone call from court representative. | 0.10<br>450.00/hr | 45.00 |
| 5/19/2008 | EWS | Review and respond to email from counsel. | 0.10<br>450.00/hr | 45.00 |

Armstrong

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/20/2008 | EWS | Phone call from court representative re meeting schedule. | 0.10<br>450.00/hr | 45.00 |
| 5/21/2008 | EWS | Review material in advance of con call. Conference call with counsel. | 0.90<br>450.00/hr | 405.00 |
| 5/22/2008 | EWS | Review and respond to email from ADA expert. | 0.10<br>450.00/hr | 45.00 |
| 5/23/2008 | EWS | Phone call to court re coordination meetings. Preparation for meeting. | 0.30<br>450.00/hr | 135.00 |
| | EWS | Meeting with reps from Receiver, CDCR re integration of DECS into new CDCR and Receiver IT systems. Travel to and from meeting. | 5.80<br>450.00/hr | 2,610.00 |
| 5/28/2008 | EWS | Meeting with counsel, Carlisle re construction issues. | 0.60<br>450.00/hr | 270.00 |

For professional services rendered          17.70     $7,965.00

Additional Charges :

| | | |
|---|---|---|
| 5/29/2008 | Western Messenger 5/19 | 50.20 |
| | Western Messenger 4/21 | 34.60 |
| 5/30/2008 | Conference call 5/12 | 44.36 |

Total additional charges          $129.16

Total amount of this bill          $8,094.16

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 17.70 | 450.00 | $7,965.00 |