PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

BINGHAM McCUTCHEN, LLP
WARREN E. GEORGE – 53588
FRANK B. KENNAMER – 157844
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB
2212 6th Street
Berkeley, California 94710
Telephone: (510) 644-2555

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
HOLLY M. BALDWIN – 191317
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone (415) 433-6830

JONES DAY
CAROLINE N. MITCHELL - 143124
555 California Street, 25th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. C 94 2307 CW <br><br> **ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS ON THE FIRST QUARTERLY STATEMENT OF 2008** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., ) | Case No. C 94 2307 CW |
| Plaintiffs, ) | |
| ) | **ORDER CONFIRMING UNDISPUTED** |
| v. ) | **DIVISION OF ADULT PAROLE** |
| ) | **OPERATIONS ATTORNEYS' FEES AND** |
| ARNOLD SCHWARZENEGGER, et al., ) | **COSTS ON THE FIRST QUARTERLY** |
| ) | **STATEMENT OF 2008** |
| Defendants. ) | |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their First Quarterly Statement for 2008 to defendants on April 25, 2008. Defendants submitted their objections to plaintiffs' statement on June 3, 2008. The parties completed their meet and confer on June 18, 2008, and reached an agreement.

The parties have agreed to resolve the dispute by payment of $69,852.21 on the previously disputed fees and expenses, for monitoring and fee collection activities in the DAPO portion of the case for the First Quarterly Statement for 2008, which will become due and owing forty-five days from the entry of this Order. Exhibit A hereto is a chart summarizing the fees and costs.

///

///

-1-    ORDER CONFIRMING UNDISPUTED DAPO ATTORNEYS' FEES & COSTS ON THE FIRST QUARTER 2008

[218450-1]

1      IT IS HEREBY ORDERED that plaintiffs' fees and costs of $69,852.21, plus interest, are
2  due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3  and costs will run from May 26, 2008 accruing at the rate provided by 28 U.S.C. section 1961.
4      IT IS SO ORDERED.
5          6/27/08
6  Dated:_____

7                                                                 Claudia Wilken
8                                                                 United States District Judge

9  APPROVED AS TO FORM:
10

11
    _/s/ Jennifer Nygaard_____              DATED:  June 19, 2008
12
   Jennifer Nygaard
13 Deputy Attorney General
   Attorney for Defendants
14

15
    _/s/ Holly M. Baldwin_____              DATED:  June 19, 2008
16
   Holly M. Baldwin
17 Rosen, Bien & Galvan, LLP
   Attorneys for Plaintiffs
18