| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Telephone: (510) 280-2621 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588<br>FRANK B. KENNAMER – 157844<br>Three Embarcadero Center<br>San Francisco, CA 94111-4066<br>Telephone:  (415) 393-2000 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB<br>2212 Sixth Street<br>Berkeley, CA 94710<br>Telephone:  (510) 644-2555 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944<br>HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA  94104<br>Telephone (415) 433-6830 |
| JONES DAY<br>CAROLINE N. MITCHELL - 143124<br>555 California Street, 25th Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING PAYMENT OF UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS FOR QUARTER ONE OF 2008** |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING PAYMENT OF UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS FOR QUARTER ONE OF 2008** |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight Federal Express their First Quarterly Statement for 2008 to defendants on April 25, 2008. Defendants submitted their objections to plaintiffs' statement on June 2, 2008. The parties completed their meet and confer on June 18, 2008, and reached an agreement.

The parties have agreed to resolve the dispute by payment of $559,673.36 on the previously disputed fees and expenses, for monitoring and fee collection activities in the California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (hereafter CDCR/AOAP)[1] portion of the case for the First Quarterly Statement for 2008, which will become due and owing forty-five days from the entry of this Order. Exhibit A hereto are charts summarizing the fees and costs.

---

[1] The former California Department of Corrections (CDC) was part of a state government reorganization in July 2005, and is now known as California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (CDCR/AOAP).

| | |
|---|---|
| 1 | WHEREFORE, IT IS CONFIRMED that $559,673.36 becomes collectable and legal interest begins accruing on May 26, 2008 at the rate provided by 28 U.S.C. §1961. |

IT IS SO ORDERED.

DATED: 6/27/08

*[signature]*

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*/s/ Jennifer Nygaard*                                       DATED: June 19, 2008
Jennifer Nygaard
Deputy Attorney General
Attorney for Defendants


*/s/ Gay Crosthwait Grunfeld*                         DATED: June 19, 2008
Gay Crosthwait Grunfeld
Rosen Bien & Galvan, LLP
Attorneys for Plaintiffs