Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309

Invoice submitted to:
Armstrong

July 10, 2008

Invoice #15582

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2008 | EWS | Review action items. Contact counsel re outstanding issues. Review and comment on minutes. | 0.80<br>450.00/hr | 360.00 |
| 6/4/2008 | EWS | Review and respond to emails from counsel. Contact from court. | 0.20<br>450.00/hr | 90.00 |
| 6/5/2008 | EWS | Phone call to expert. Prepare for Sacto meeting. | 0.20<br>450.00/hr | 90.00 |
| 6/6/2008 | SP | Look for Remedial Plan on docket. Draft email to Norman and Russell. | 0.20<br>100.00/hr | 20.00 |
|  | EWS | Phone calls to Receiver's office re remedial construction projects. | 0.50<br>450.00/hr | 225.00 |
| 6/10/2008 | EWS | Phone call to Logan Hopper. Review and respond to emails from counsel. | 0.40<br>450.00/hr | 180.00 |
| 6/13/2008 | EWS | Meeting with counsel; CDCR staff re accountability, other issues | 1.40<br>450.00/hr | 630.00 |
|  | EWS | Review and respond to emails. | 0.60<br>450.00/hr | 270.00 |
| 6/16/2008 | EWS | Review correspondence and propose Armstrong agenda items. | 0.30<br>450.00/hr | 135.00 |
| 6/17/2008 | EWS | Draft emails to Receiver re accountability, training. | 0.30<br>450.00/hr | 135.00 |

|            |     |                                                                                                                                                                                 | Hrs/Rate        | Amount    |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-----------|
| 6/17/2008  | EWS | Review and respond to emails from Receiver, court experts.                                                                                                                      | 0.40 450.00/hr  | 180.00    |
| 6/20/2008  | EWS | Conference with counsel in advance of coordination meeting.                                                                                                                     | 0.90 450.00/hr  | 405.00    |
|            | EWS | Preparation for call with ADA construction experts. Con call with experts. Contact CMO for Receiver.                                                                            | 0.50 450.00/hr  | 225.00    |
| 6/23/2008  | EWS | Review reports from Receiver, Coleman. Forward information to Receiver. Review agenda, prepare for coordination meeting. Contact Receiver re training. Review information for HITEC meeting. Phone call to court. | 1.40 450.00/hr  | 630.00    |
|            | EWS | Conference call: HITEC meeting.                                                                                                                                                 | 1.90 450.00/hr  | 855.00    |
|            | EWS | Conference call with Terry Hill, Paul Carlisle.                                                                                                                                 | 0.30 450.00/hr  | 135.00    |
|            | SP  | Review Perez reports for ADA related issues.                                                                                                                                    | 0.50 100.00/hr  | 50.00     |
| 6/24/2008  | EWS | Travel to and from Sacto for meetings.                                                                                                                                          | 3.20 450.00/hr  | 1,440.00  |
|            | EWS | Meeting with Betsy Ha re training.                                                                                                                                              | 0.50 450.00/hr  | 225.00    |
|            | EWS | Meeting with court representatives.                                                                                                                                             | 2.70 450.00/hr  | 1,215.00  |
| 6/25/2008  | EWS | Travel to and from judges' meeting.                                                                                                                                             | 0.90 450.00/hr  | 405.00    |
|            | EWS | Preparation for judges' meeting; prepare presentation on Armstrong status.                                                                                                      | 0.60 450.00/hr  | 270.00    |
|            | EWS | Meeting with judges, court representatives.                                                                                                                                     | 1.30 450.00/hr  | 585.00    |
|            | EWS | Phone calls to arrange Avenal visit.                                                                                                                                            | 0.20 450.00/hr  | 90.00     |
| 6/26/2008  | EWS | Preparation for Avenal trip. Review and respond to emails.                                                                                                                      | 0.20 450.00/hr  | 90.00     |
|            | EWS | Travel to and from Avenal with Paul Carlisle. Visit Avenal facilities.                                                                                                          | 9.00 450.00/hr  | 4,050.00  |
|            |     | For professional services rendered                                                                                                                                              | 29.40           | $12,985.00|

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 6/27/2008 | Sacramento parking 5/23 | 6.50 |
|  | Conference call 5/21 | 69.83 |
|  | Western Messenger 6/12 | 34.60 |
| 6/30/2008 | Conference call 6/13 | 80.06 |
|  | Total additional charges | $190.99 |
|  | Total amount of this bill | $13,175.99 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward W. Swanson - Partner | 28.70 | 450.00 | $12,915.00 |
| Samantha Potts - Paralegal | 0.70 | 100.00 | $70.00 |