Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309

Invoice submitted to:
Armstrong

July 10, 2008

Invoice #15582

Professional Services

|   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2008 | EWS | Review action items. Contact counsel re outstanding issues. Review and comment on minutes. | 0.80<br>450.00/hr | 360.00 |
| 6/4/2008 | EWS | Review and respond to emails from counsel. Contact from court. | 0.20<br>450.00/hr | 90.00 |
| 6/5/2008 | EWS | Phone call to expert. Prepare for Sacto meeting. | 0.20<br>450.00/hr | 90.00 |
| 6/6/2008 | SP | Look for Remedial Plan on docket. Draft email to Norman and Russell. | 0.20<br>100.00/hr | 20.00 |
|  | EWS | Phone calls to Receiver's office re remedial construction projects. | 0.50<br>450.00/hr | 225.00 |
| 6/10/2008 | EWS | Phone call to Logan Hopper. Review and respond to emails from counsel. | 0.40<br>450.00/hr | 180.00 |
| 6/13/2008 | EWS | Meeting with counsel; CDCR staff re accountability, other issues | 1.40<br>450.00/hr | 630.00 |
|  | EWS | Review and respond to emails. | 0.60<br>450.00/hr | 270.00 |
| 6/16/2008 | EWS | Review correspondence and propose Armstrong agenda items. | 0.30<br>450.00/hr | 135.00 |
| 6/17/2008 | EWS | Draft emails to Receiver re accountability, training. | 0.30<br>450.00/hr | 135.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/17/2008 | EWS | Review and respond to emails from Receiver, court experts. | 0.40 450.00/hr | 180.00 |
| 6/20/2008 | EWS | Conference with counsel in advance of coordination meeting. | 0.90 450.00/hr | 405.00 |
|  | EWS | Preparation for call with ADA construction experts. Con call with experts. Contact CMO for Receiver. | 0.50 450.00/hr | 225.00 |
| 6/23/2008 | EWS | Review reports from Receiver, Coleman. Forward information to Receiver. Review agenda, prepare for coordination meeting. Contact Receiver re training. Review information for HITEC meeting. Phone call to court. | 1.40 450.00/hr | 630.00 |
|  | EWS | Conference call: HITEC meeting. | 1.90 450.00/hr | 855.00 |
|  | EWS | Conference call with Terry Hill, Paul Carlisle. | 0.30 450.00/hr | 135.00 |
|  | SP | Review Perez reports for ADA related issues. | 0.50 100.00/hr | 50.00 |
| 6/24/2008 | EWS | Travel to and from Sacto for meetings. | 3.20 450.00/hr | 1,440.00 |
|  | EWS | Meeting with Betsy Ha re training. | 0.50 450.00/hr | 225.00 |
|  | EWS | Meeting with court representatives. | 2.70 450.00/hr | 1,215.00 |
| 6/25/2008 | EWS | Travel to and from judges' meeting. | 0.90 450.00/hr | 405.00 |
|  | EWS | Preparation for judges' meeting; prepare presentation on Armstrong status. | 0.60 450.00/hr | 270.00 |
|  | EWS | Meeting with judges, court representatives. | 1.30 450.00/hr | 585.00 |
|  | EWS | Phone calls to arrange Avenal visit. | 0.20 450.00/hr | 90.00 |
| 6/26/2008 | EWS | Preparation for Avenal trip. Review and respond to emails. | 0.20 450.00/hr | 90.00 |
|  | EWS | Travel to and from Avenal with Paul Carlisle. Visit Avenal facilities. | 9.00 450.00/hr | 4,050.00 |
|  |  | For professional services rendered | 29.40 | $12,985.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 6/27/2008 | Sacramento parking 5/23 | 6.50 |
| | Conference call 5/21 | 69.83 |
| | Western Messenger 6/12 | 34.60 |
| 6/30/2008 | Conference call 6/13 | 80.06 |
| | Total additional charges | $190.99 |
| | Total amount of this bill | $13,175.99 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 28.70 | 450.00 | $12,915.00 |
| Samantha Potts - Paralegal | 0.70 | 100.00 | $70.00 |