Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309

Invoice submitted to:
Armstrong


August 12, 2008

Invoice #15649


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2008 | EWS | Preparation for meeting with counsel. Meeting and conference call with counsel. | 1.40<br>450.00/hr | 630.00 |
| 7/2/2008 | EWS | Draft email and forward Receiver's information to counsel. Contact Receiver's office re post order. Organize file. | 0.50<br>450.00/hr | 225.00 |
| 7/9/2008 | EWS | Review and respond to info from Receiver, Receiver's ADA coordinator. | 0.20<br>450.00/hr | 90.00 |
| 7/10/2008 | EWS | Conference call with counsel. | 0.30<br>450.00/hr | 135.00 |
| 7/11/2008 | EWS | Phone call from Receiver's attorney. | 0.20<br>450.00/hr | 90.00 |
| 7/14/2008 | EWS | Review documents from Receiver's office. Conference call with counsel. | 0.70<br>450.00/hr | 315.00 |
| 7/15/2008 | EWS | Review information from counsel. Conference call with counsel. Call from Logan Hopper. | 0.30<br>450.00/hr | 135.00 |
| 7/16/2008 | EWS | Respond to inquiry from Receiver ADA expert. Review joint status conference statement. Contact Receiver's counsel. | 0.30<br>450.00/hr | 135.00 |
| 7/21/2008 | EWS | Review and respond to emails re post orders, accountability, out of state monitoring. | 0.60<br>450.00/hr | 270.00 |
| 7/22/2008 | EWS | Draft email to counsel. Phone call with court. | 0.20<br>450.00/hr | 90.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 7/22/2008 EWS | Travel to and from court for status conference. | 1.20 450.00/hr | 540.00 |
| EWS | Court Appearance at status conference. Meeting with counsel after court. | 2.10 450.00/hr | 945.00 |
| 7/23/2008 EWS | Review information from Perez rep. Review list of action items. Contact Receiver re post order. | 0.20 450.00/hr | 90.00 |
| 7/24/2008 EWS | Review material from receiver's office. | 0.60 450.00/hr | 270.00 |
| | For professional services rendered | 8.80 | $3,960.00 |

Additional Charges :

| | | |
|---|---|---:|
| 7/23/2008 | Western Messenger 7/15 | 34.60 |
| | Conference call 6/20 | 40.43 |
| | Conference call 7/1 | 66.66 |
| | Conference call 7/10 | 17.33 |
| | Total additional charges | $159.02 |
| | Total amount of this bill | $4,119.02 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward W. Swanson - Partner | 8.80 | 450.00 | $3,960.00 |