Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


September 05, 2008


Invoice #15733


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 8/7/2008 | EWS | Review and comment on minutes, agenda. Review correspondence from court representatives. | 0.40<br>450.00/hr | 180.00 |
| 8/10/2008 | APG | Phone call with ES and email to counsel re: conference call | 0.10<br>275.00/hr | 27.50 |
| 8/11/2008 | EWS | Preparation for conference call. Conference with associate. Call to Receiver and staff. Preparation for coordination meeting. | 0.60<br>450.00/hr | 270.00 |
|  | EWS | Conference call with counsel. Call to Paul Carlisle. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Preparation for HITEC meeting. HITEC meeting. Follow-up call with Receiver's staff. | 1.90<br>450.00/hr | 855.00 |
| 8/12/2008 | EWS | Travel to and from Sacto for meeting. Calls with Receiver's staff. | 3.00<br>450.00/hr | 1,350.00 |
|  | EWS | Meeting with court representatives. Separate meetings with Receiver's staff re training, Receiver's IT staff re DECS. | 4.00<br>450.00/hr | 1,800.00 |
| 8/13/2008 | EWS | Meeting re construction of 10,000 beds (via phone). | 1.60<br>450.00/hr | 720.00 |
| 8/18/2008 | EWS | Review and respond to emails from court representatives. Contact Receiver's ADA coordinator. | 0.20<br>450.00/hr | 90.00 |
| 8/19/2008 | EWS | Phone call to Receiver's ADA expert. Contact parties re meeting. | 0.30<br>450.00/hr | 135.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2008 | EWS | Review material in advance of meeting with Carlisle and counsel. | 0.20 450.00/hr | 90.00 |
|  | EWS | Meeting with Carlisle and counsel. | 1.50 450.00/hr | 675.00 |
|  | EWS | Review material re remedial plan. | 0.30 450.00/hr | 135.00 |
| 8/21/2008 | EWS | Review and respond to emails from Reciever, court representatives. | 0.80 450.00/hr | 360.00 |
| 8/22/2008 | EWS | Review and respond to emails from counsel, Receiver's staff, court representatives. Call from consultant. | 0.20 450.00/hr | 90.00 |
| 8/29/2008 | SP | Phone call to Richard Mallory | 0.10 100.00/hr | 10.00 |
|  |  | For professional services rendered | 15.70 | $7,012.50 |

Additional Charges :

| | | |
|---|---|---|
| 8/27/2008 | Western Messenger 8/14 | 50.20 |
|  | Conference call 8/12 | 29.66 |
|  | Conference call 8/11 | 32.29 |
|  | Total additional charges | $112.15 |
|  | Total amount of this bill | $7,124.65 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 0.10 | 275.00 | $27.50 |
| Edward W. Swanson - Partner | 15.50 | 450.00 | $6,975.00 |
| Samantha Potts - Paralegal | 0.10 | 100.00 | $10.00 |