1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | ROCHELLE C. EAST
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Senior Assistant Attorney General
5 | JAY C. RUSSELL, State Bar No. 122626
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
7 |  Telephone:  (415) 703-5717
 Fax:  (415) 703-5843
8 |  Email:  Jay.Russell@doj.ca.gov

9 | Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,** | Case No. C 94 2307 CW |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| **SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On July 22, 2008, this Court ordered Plaintiffs John Armstrong, et al., and Defendants Arnold Schwarzenegger, et al. (the parties) to appear on October 7, 2008 for a further Status Conference to monitor the progress of compliance with the Court's Orders.

Because proceedings in *Clark v. California*, N.D. Cal. No. C 96-1486 FMS are scheduled for October 7, 2008 which require Defendants' representatives' attendance,

IT IS STIPULATED and AGREED by the parties, through their respective counsel, that the Status Conference previously scheduled for October 7, 2008 shall occur on October 14, 2008 at 2:00 p.m. if the Court so orders.  It is further stipulated and agreed by the parties that the Joint

Status Conference Statement to be filed prior the Status Conference shall be filed on October 7, 2008, if the Court so orders.

Dated: September 18, 2008    /s/ Jay C. Russell

Jay C. Russell
Deputy Attorney General
Attorneys for Defendants

Dated: September 19, 2008    /s/ Anne H. Mania

Anne H. Mania
Rosen Bien & Galvan, LLP
Attorneys for Plaintiffs

Dated: September 19, 2008    /s/ Sara Norman

Sara Norman
Prison Law Office
Attorneys for Plaintiffs

**ORDER**

Having reviewed the above Stipulation of the parties, and good cause appearing,

It is ORDERED that the Status Conference previously scheduled for October 7, 2008 shall occur October 14, 2008, at 2:00 p.m.  A Joint Status Conference Statement shall be filed on or before October 7, 2008.

9/22/08
Dated: _____    _____
Hon. Claudia Wilken
United States District Judge

20146537.wpd

CF1997CS0005