1

2   PRISON LAW OFFICE                          BINGHAM McCUTCHEN, LLP
    DONALD SPECTER – 83925                     WARREN E. GEORGE – 53588
    SARA NORMAN – 189536                       FRANK B. KENNAMER – 157844
3   1917 Fifth Street                          Three Embarcadero Center
    Berkeley, CA 94710-1916                    San Francisco, CA 94111-4066
4   Telephone: (510) 280-2621                  Telephone:  (415) 393-2000

5   DISABILITY RIGHTS EDUCATION &              ROSEN, BIEN & GALVAN, LLP
    DEFENSE FUND, INC.                         MICHAEL W. BIEN – 096891
6   LINDA KILB - 136101                        ERNEST GALVAN – 196065
    2212 Sixth Street                          GAY C. GRUNFELD – 121944
7   Berkeley, CA 94710                         HOLLY M. BALDWIN – 191317
    Telephone:  (510) 644-2555                 315 Montgomery Street, 10th Floor
8                                              San Francisco, CA  94104
                                               Telephone (415) 433-6830
9   JONES DAY
    CAROLINE N. MITCHELL - 143124
10  555 California Street, 25th Floor
    San Francisco, CA 94104
11  Telephone:  (415) 875-5712

12

13  Attorneys for Plaintiffs

14              IN THE UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16  JOHN ARMSTRONG, et al.,          )   Case No. C94 2307 CW
                                     )
17          Plaintiffs,              )   ORDER CONFIRMING UNDISPUTED
                                     )   CALIFORNIA DEPARTMENT OF
18  vs.                             )   CORRECTIONS AND REHABILITATION,
                                     )   ADULT OPERATIONS AND ADULT
19  ARNOLD SCHWARZENEGGER, et al.,   )   PROGRAMS  ATTORNEYS' FEES AND
                                     )   COSTS ON THE  SECOND QUARTERLY
20          Defendants               )   STATEMENT OF 2008
                                     )
21  _____

22

23

24

25

26

27

28

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8

9   JOHN ARMSTRONG, et al.,                 )   Case No. C 94 2307 CW
                                            )
10          Plaintiffs,                      )   ORDER CONFIRMING UNDISPUTED
                                            )   CALIFORNIA DEPARTMENT OF
11  v.                                       )   CORRECTIONS AND REHABILITATION,
                                            )   ADULT OPERATIONS AND ADULT
12  ARNOLD SCHWARZENEGGER, et al.,           )   PROGRAMS  ATTORNEYS' FEES AND
                                            )   COSTS ON THE  SECOND QUARTERLY
13          Defendants.                      )   STATEMENT OF 2008
                                            )
14  _____)

15          On March 26, 1997, the District Court established procedures by which plaintiffs are to

16  collect periodic attorneys' fees and costs in this case in connection with their work monitoring

17  defendants' compliance with the Court's Orders and collecting fees.

18          Pursuant to these procedures, plaintiffs delivered by hand their Second Quarterly Statement

19  for 2008 to defendants on July 16, 2008.  Defendants submitted their objections to plaintiffs'

20  statement on August 29, 2008.  The parties completed their meet and confer on September 26,

21  2008, and reached an agreement, as reflected in Exhibit A.

22          Defendants do not dispute the balance of $779,214.44 in fees and expenses for monitoring

23  and fee collection activities in the California Department of Corrections and Rehabilitation, Adult

24  Operations and Adult Programs (hereafter CDCR/AOAP)[1] portion of the case for the Second

25  Quarterly Statement for 2008, which will become due and owing forty-five days from the entry of

26  this Order.

27  _____

28  [1] The former California Department of Corrections (CDC) was part of a state government
    reorganization in July 2005, and is now known as California Department of Corrections and
    Rehabilitation, Adult Operations and Adult Programs (CDCR/AOAP).

1    The parties agree to the total payment of $779,214.44 in undisputed fees and costs for the

2    Second Quarter of 2008.  Attached hereto as Exhibit A is a chart setting forth the balance due.

3    WHEREFORE, IT IS CONFIRMED that $779,214.44 becomes collectable and legal

4    interest begins accruing on the sum of these fees and costs on the date this Order is entered at the

5    rate provided by 28 U.S.C. §1961.

6    IT IS SO ORDERED.

7

8    DATED:_____10/1/08_____          _____

9                                             THE HONORABLE CLAUDIA WILKEN
                                             UNITED STATES DISTRICT JUDGE
10

11

12   APPROVED AS TO FORM:

13

      _/s/ Jay C. Russell_____          DATED:      9/30/08
14
     Jay C. Russell
15   Deputy Attorney General
     Attorney for Defendants
16

17    _/s/ Gay Crosthwait Grunfeld_____          DATED:      9/30/08

18   Gay Crosthwait Grunfeld
19   Rosen, Bien & Galvan, LLP
     Attorneys for Plaintiffs
20

21

22

23

24

25

26

27

28