| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER – 83925 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588 |
| 2 | SARA NORMAN – 189536<br>1917 Fifth Street | FRANK B. KENNAMER – 157844<br>Three Embarcadero Center |
| 3 | Berkeley, California 94710-1916<br>Telephone:  (510) 280-2621 | San Francisco, California 94111-4066<br>Telephone:  (415) 393-2000 |
| 4 | | |
| 5 | DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC. | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891 |
| 6 | LINDA KILB – 136101<br>2212 6th Street | ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944 |
| 7 | Berkeley, California 94710<br>Telephone:  (510) 644-2555 | HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor |
| 8 | | San Francisco, CA  94104<br>Telephone (415) 433-6830 |
| 9 | JONES DAY<br>CAROLINE N. MITCHELL - 143124 | |
| 10 | 555 California Street, 25th Floor<br>San Francisco, CA 94104 | |
| 11 | Telephone:  (415) 875-5712 | |
| 12 | Attorneys for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ARMSTRONG, et al., | ) | Case No. C 94 2307 CW |
| Plaintiffs, | )<br>) | **ORDER CONFIRMING UNDISPUTED** |
| v. | )<br>) | **DIVISION OF ADULT PAROLE**<br>**OPERATIONS ATTORNEYS' FEES AND** |
| ARNOLD SCHWARZENEGGER, et al., | )<br>) | **COSTS ON THE SECOND QUARTERLY**<br>**STATEMENT OF 2008** |
| Defendants. | )<br>) | |

[242152-1]

PROPOSED ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS'
FEES AND COSTS FOR THE SECOND QUARTER OF 2008 - CASE NO. C 94 2307 CW

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS ON THE SECOND QUARTERLY STATEMENT OF 2008** |

    On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

    Pursuant to these procedures, plaintiffs delivered by hand their Second Quarterly Statement for 2008 to defendants on July 16, 2008. Defendants submitted their objections to plaintiffs' statement on August 29, 2008. The parties completed their meet and confer on September 23, 2008, and reached an agreement.

    The parties agree to the total payment of $64,640.37 in undisputed fees and costs, for monitoring and fee collection activities in the DAPO portion of the case for the Second Quarterly Statement for 2008, which will become due and owing forty-five days from the entry of this Order. Attached hereto as Exhibit A is a chart setting forth the balance due.

///

///

///

1

ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2008 – CASE NO. C 94 2307 CW

[242152-1]

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $64,640.37, plus interest, are
2    due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3    and costs will run from August 16, 2008 accruing at the rate provided by 28 U.S.C. section 1961.
4    IT IS SO ORDERED.
5    10/1/08
6    Dated:_____

   Claudia Wilken
   United States District Judge

9    APPROVED AS TO FORM:

11    _/s/ Jay C. Russell_____        DATED:    9/30/08
12
   Jay C. Russell
13   Deputy Attorney General
   Attorney for Defendants

15
16    _/s/ Holly M. Baldwin_____       DATED:    9/30/08
   Holly M. Baldwin
17   Rosen, Bien & Galvan, LLP
   Attorneys for Plaintiffs