IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | No. C 94-2307 CW |
|     Plaintiffs, | |
|   v. | ORDER CONCERNING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF BILLING STATEMENTS IN ELECTRONIC FORM |
| ARNOLD SCHWARZENEGGER, et al., | |
|     Defendants. | |
| _____/ | |

    Defendants have filed a motion to compel Plaintiffs to produce their billing statements in electronic form.  Although the motion is scheduled for hearing on November 6, 2008, Plaintiffs should be prepared to respond to the motion at the status conference on October 14, 2008.

    IT IS SO ORDERED.

Dated: 10/10/08

CLAUDIA WILKEN
United States District Judge