Swanson, McNamara & Haller LLP  
300 Montgomery Street  
Suite 1100  
San Francisco, CA 94104  
EIN: 94-3309866

Invoice submitted to:  
Armstrong

October 14, 2008

Invoice #15864

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/3/2008 | EWS | Phone call to Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 9/5/2008 | EWS | Phone call from Receiver re contractor. | 0.10<br>450.00/hr | 45.00 |
| 9/7/2008 | EWS | Review information from Receiver. | 0.20<br>450.00/hr | 90.00 |
| 9/8/2008 | EWS | Review info from HITEC committee. | 0.10<br>450.00/hr | 45.00 |
| 9/9/2008 | EWS | Review and edit minutes. Contact Receiver's ADA rep. | 0.40<br>450.00/hr | 180.00 |
| 9/16/2008 | EWS | Phone call from counsel for court rep. Review agenda for judges' meeting. Call to court to update. Contact court rep re agenda. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Review Receiver's report. | 1.00<br>450.00/hr | 450.00 |
| 9/17/2008 | EWS | Phone call to Receiver's ADA coordinator. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Judges' coordination meeting. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Travel to and from court for judges' meeting. | 1.00<br>450.00/hr | 450.00 |

Armstrong

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/18/2008 | EWS | Review material in advance of con call with consultants. Con call with Receiver's consultants. | 1.40 450.00/hr | 630.00 |
| 9/22/2008 | EWS | HITEC meeting. | 1.00 450.00/hr | 450.00 |
| | EWS | Review and respond to emails from counsel, Receiver. | 0.20 450.00/hr | 90.00 |
| 9/23/2008 | EWS | Phone calls with Carlisle, Receiver's contracting official. Review and respond to one-pager. | 0.40 450.00/hr | 180.00 |
| 9/25/2008 | EWS | Preparation for meeting with counsel. Conference call with counsel. | 0.70 450.00/hr | 315.00 |
| | EWS | Phone call from Logan Hopper. | 0.70 450.00/hr | 315.00 |
| | EWS | Draft and respond to emails from Receiver, counsel. | 0.20 450.00/hr | 90.00 |
| 9/29/2008 | EWS | Review and respond to emails from court reps. Review court filings. | 0.30 450.00/hr | 135.00 |
| 9/30/2008 | EWS | Phone call to Receiver's ADA expert. | 0.20 450.00/hr | 90.00 |
| | | For professional services rendered | 10.60 | $4,770.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 9/24/2008 | Western Messenger 9/11 | 34.60 |
| 9/30/2008 | Parking in Sacramento 8/12 | 14.00 |
| | Total additional charges | $48.60 |
| | Total amount of this bill | $4,818.60 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 10.60 | 450.00 | $4,770.00 |