Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

November 10, 2008

Invoice #15960

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2008 | EWS | Review and respond to information re DECS. Contact Receiver's office. | 0.40<br>450.00/hr | 180.00 |
| 10/6/2008 | EWS | Phone call with Carlisle. Contact counsel re post-order language. Contact receiver re accountability guidelines. | 0.40<br>450.00/hr | 180.00 |
| 10/9/2008 | EWS | Conference with assistant re documents for meeting with Receiver's office. Review filings. | 0.30<br>450.00/hr | 135.00 |
| 10/10/2008 | EWS | Travel to meeting with Hagar. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Preparation for meeting with Hagar. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Travel to meeting at URS/Bovis. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Meeting at URS/Bovis with Hopper, Carlisle, Receiver's staff, URS staff. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Travel from URS/Bovis to office. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Meeting with Hagar re accountability, appeals. | 0.80<br>450.00/hr | 360.00 |
| 10/13/2008 | EWS | Review filings of parties. | 0.40<br>450.00/hr | 180.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/14/2008 | EWS | Review material from meeting with Receiver's office. Call to court. Review material from Carlisle. Respond to post order issues. Review material in advance of status conference. | 1.30 450.00/hr | 585.00 |
|  | EWS | Court appearance. Meeting with judge following appearance. Travel to and from court. | 2.50 450.00/hr | 1,125.00 |
| 10/15/2008 | EWS | Review and respond to inquiry from parties. | 0.30 450.00/hr | 135.00 |
| 10/20/2008 | EWS | Meeting of HITEC committee (by conference call). Call from court. | 0.80 450.00/hr | 360.00 |
|  | EWS | Review and respond to emails from Receiver's staff re HITEC, coordination meeting, one-page agreements. Review and respond to emails from court representatives. Review and respond to emails from parties. | 1.20 450.00/hr | 540.00 |
| 10/21/2008 | EWS | Review and respond to emails from Receiver. Confer with assistant re request from court reps. | 0.20 450.00/hr | 90.00 |
|  | EWS | Review and respond to email from Receiver's staff. | 0.10 450.00/hr | 45.00 |
| 10/22/2008 | EWS | Conference call with counsel. | 0.90 450.00/hr | 405.00 |
| 10/23/2008 | EWS | Review and respond to emails from Receiver. | 0.20 450.00/hr | 90.00 |
| 10/24/2008 | EWS | Review information before call with Hagar. Call with Hagar. Call with Carlisle. Coordination meeting. | 2.30 450.00/hr | 1,035.00 |
|  | EWS | Phone call to Receiver's staff to discuss DECS integration. | 0.50 450.00/hr | 225.00 |
| 10/26/2008 | EWS | Review and respond to emails. | 0.10 450.00/hr | 45.00 |
| 10/27/2008 | EWS | Preparation for conference call. Conference call with counsel. | 0.40 450.00/hr | 180.00 |
|  | EWS | Review information from counsel. | 0.30 450.00/hr | 135.00 |
| 10/31/2008 | EWS | Phone call to Receiver, Receiver's expert. Contact counsel. | 0.20 450.00/hr | 90.00 |
|  |  | For professional services rendered | 18.90 | $8,505.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 10/30/2008 | Western Messenger 10/16 | 34.60 |
| | Conference call 9/25 | 42.50 |
| | Total additional charges | $77.10 |
| | Total amount of this bill | $8,582.10 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 18.90 | 450.00 | $8,505.00 |