IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,           No. CIV S-90-0520 LKK JFM P (E.D. Cal.)

   v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

MARCIANO PLATA, et al.,

    Plaintiffs,           No. C 01-1351 TEH (N.D. Cal.)

   v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

CARLOS PEREZ, et al.,

    Plaintiffs,           No. C 05-5241 JSW (N.D. Cal.)

   v.

MATTHEW CATE, et al.,

    Defendants.
_____/

1

1  JOHN ARMSTRONG, et al.,
2       Plaintiffs,                    No. C 94-2307 CW (N.D. Cal.)
3       v.
4  ARNOLD SCHWARZENEGGER,              ORDER MODIFYING REPORTING
   et al.,                             REQUIREMENTS
5
6       Defendants.
                                    /
7

8       Prior coordination orders have required the Receiver in <u>Plata</u> to file quarterly reports in
9  each of the above four cases.  The <u>Plata</u> court has recently changed the reporting requirements in
10 <u>Plata</u> to every four months, rather than quarterly.  With good cause appearing, IT IS HEREBY
11 ORDERED that the coordination reports shall be filed on the same schedule and shall now be
12 due on or before January 15, May 15, and September 15 of each year.  The next such report shall
13 be filed on or before January 15, 2009.

14

15 **IT IS SO ORDERED.**

16

17 DATED:  11/19/08                    _____
                                       LAWRENCE K. KARLTON
18                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
19                                     EASTERN DISTRICT OF CALIFORNIA

20

21

22 DATED:  11/19/08                    _____
                                       THELTON E. HENDERSON
23                                     UNITED STATES DISTRICT JUDGE
                                       NORTHERN DISTRICT OF CALIFORNIA
24

25

26

```
 1
 2
 3   DATED:  11/19/08                    _____
                                         JEFFREY S. WHITE
 4                                       UNITED STATES DISTRICT JUDGE
                                         NORTHERN DISTRICT OF CALIFORNIA
 5
 6
 7   DATED:  11/19/08                    _____
                                         CLAUDIA WILKEN
 8                                       UNITED STATES DISTRICT JUDGE
                                         NORTHERN DISTRICT OF CALIFORNIA
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```