Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

December 05, 2008

Invoice #15972

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/5/2008 | EWS | Phone call to Carlisle. Review and respond to info from Receiver. | 0.20<br>450.00/hr | 90.00 |
| 11/6/2008 | EWS | Travel to and from San Quentin. | 1.20<br>450.00/hr | 540.00 |
|  | EWS | Meeting with Carlisle. Visit to San Quentin. | 3.50<br>450.00/hr | 1,575.00 |
| 11/10/2008 | EWS | Review and respond to emails from Receiver's office. Review defendants' objection to one-pager. | 0.30<br>450.00/hr | 135.00 |
| 11/12/2008 | EWS | Review and respond to emails from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 11/16/2008 | EWS | Review correspondence from Receiver. Review and edit one-pager, minutes. Review correspondence from counsel. | 0.80<br>450.00/hr | 360.00 |
| 11/17/2008 | EWS | Review filing by Receiver. | 0.10<br>450.00/hr | 45.00 |
| 11/18/2008 | EWS | Conference call w/ HITEC Cmte. | 1.00<br>450.00/hr | 450.00 |
| 11/19/2008 | EWS | Review material in advance of conference call. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Conference call re DECS. Review and edit one-pager. | 0.40<br>450.00/hr | 180.00 |

Armstrong

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 11/20/2008 | EWS Review and edit one pager. Respond to Receiver's office. | 0.40<br>450.00/hr | 180.00 |
| | For professional services rendered | 8.30 | $3,735.00 |

Additional Charges :

| Date | Description | | Amount |
|---|---|---|---|
| 11/24/2008 | Western Messenger 11/12 | | 34.60 |
| | Conference call 10/22 | | 75.08 |
| | Total additional charges | | $109.68 |
| | Total amount of this bill | | $3,844.68 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 8.30 | 450.00 | $3,735.00 |