PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.
LINDA KILB – 136101
2212 6th Street
Berkeley, California 94710
Telephone: (510) 644-2555

JONES DAY
CAROLINE N. MITCHELL - 143124
555 California Street, 25th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712

BINGHAM McCUTCHEN, LLP
WARREN E. GEORGE – 53588
FRANK B. KENNAMER - 157844
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
HOLLY M. BALDWIN – 191317
MARK FEESER - 252968
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone (415) 433-6830

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

Plaintiffs,

vs.

GRAY DAVIS, et al.,

Defendants

Case No. C94 2307 CW

**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE THIRD QUARTERLY STATEMENT OF 2008**

[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE THIRD QUARTERLY STATEMENT OF 2008

[269054-1]

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. C 94 2307 CW<br><br>ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE THIRD QUARTERLY STATEMENT OF 2008 |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight delivery their Third Quarterly Statement for 2008 to defendants on November 6, 2008. Defendants submitted their objections to plaintiffs' statement on December 16, 2008. The parties completed their meet and confer on January 8, 2009, and reached an agreement, as reflected in Exhibit A.

Defendants do not dispute the balance of $672,219.54 in fees and expenses for monitoring and fee collection activities in the California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (hereafter CDCR/AOAP)[1] portion of the case for the Third Quarterly Statement for 2008, which will become due and owing forty-five days from the entry of this Order.

[1] The former California Department of Corrections (CDC) was part of a state government reorganization in July 2005, and is now known as California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs (CDCR/AOAP).

The parties agree to the total payment of $672,219.54 in undisputed fees and costs for the Third Quarter of 2008. Attached hereto as Exhibit A is a chart setting forth the balance due.

IT IS HEREBY ORDERED that plaintiffs' fees and costs of $672,219.54, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 8, 2008 accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO ORDERED.

DATED: 1/12/09

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*/s/ Jay C. Russell* DATED: 1/9/09

Jay C. Russell
Deputy Attorney General
Attorney for Defendants

*/s/ Gay Crosthwait Grunfeld* DATED: 1/8/09

Gay Crosthwait Grunfeld
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

[269054-1] [PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEYS' FEES AND COSTS ON THE THIRD QUARTERLY STATEMENT OF 2008