| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER – 83925 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588 |
| 2 | SARA NORMAN – 189536<br>1917 Fifth Street | FRANK B. KENNAMER – 157844<br>Three Embarcadero Center |
| 3 | Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| 4 | | |
| 5 | DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC. | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891 |
| 6 | LINDA KILB – 136101<br>2212 6th Street | ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944 |
| 7 | Berkeley, California 94710<br>Telephone: (510) 644-2555 | HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor |
| 8 | | San Francisco, CA 94104<br>Telephone (415) 433-6830 |
| 9 | JONES DAY<br>CAROLINE N. MITCHELL - 143124 | |
| 10 | 555 California Street, 25th Floor<br>San Francisco, CA 94104 | |
| 11 | Telephone: (415) 875-5712 | |
| 12 | Attorneys for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN ARMSTRONG, et al., | ) | Case No. C 94 2307 CW |
| Plaintiffs, | )<br>) | **ORDER CONFIRMING UNDISPUTED** |
| v. | )<br>) | **DIVISION OF ADULT PAROLE<br>OPERATIONS ATTORNEYS' FEES AND** |
| ARNOLD SCHWARZENEGGER, et al., | )<br>) | **COSTS ON THE THIRD QUARTERLY<br>STATEMENT OF 2008** |
| Defendants. | )<br>) | |

[268633-1]

PROPOSED ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS'
FEES AND COSTS FOR THE THIRD QUARTER OF 2008 - CASE NO. C 94 2307 CW

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C 94 2307 CW |
| Plaintiffs, | **ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS ON THE THIRD QUARTERLY STATEMENT OF 2008** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by hand their Third Quarterly Statement for 2008 to defendants on November 6, 2008. Defendants submitted their objections to plaintiffs' statement on December 16, 2008. The parties completed their meet and confer on January 6, 2009, and reached an agreement.

The parties agree to the total payment of $73,977.79 in undisputed fees and costs, for monitoring and fee collection activities in the DAPO portion of the case for the Third Quarterly Statement for 2008, which will become due and owing forty-five days from the entry of this Order. Attached hereto as Exhibit A is a chart setting forth the balance due.

///

///

///

1

ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2008 – CASE NO. C 94 2307 CW

[268633-1]

1    IT IS HEREBY ORDERED that plaintiffs' fees and costs of $73,977.79, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 8, 2008 accruing at the rate provided by 28 U.S.C. §1961.

IT IS SO ORDERED.

Dated: 1/12/09

*/s/ Claudia Wilken/*

Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

   */s/ Jay C. Russell*          DATED:   1/9/09

Jay C. Russell
Deputy Attorney General
Attorney for Defendants

   */s/Holly Baldwin*            DATED:   1/9/09

Holly M. Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

2

ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2008 – CASE NO. C 94 2307 CW

[268633-1]