| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER – 83925 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588 |
| 2 | SARA NORMAN – 189536<br>1917 Fifth Street | FRANK B. KENNAMER – 157844<br>Three Embarcadero Center |
| 3 | Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | San Francisco, California 94111-4066<br>Telephone: (415) 393-2000 |
| 4 | | |
| 5 | DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC. | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891 |
| 6 | LINDA KILB – 136101<br>2212 6th Street | ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944 |
| 7 | Berkeley, California 94710<br>Telephone: (510) 644-2555 | HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, 10th Floor |
| 8 | | San Francisco, CA 94104<br>Telephone (415) 433-6830 |
| 9 | JONES DAY<br>CAROLINE N. MITCHELL - 143124 | |
| 10 | 555 California Street, 25th Floor<br>San Francisco, CA 94104 | |
| 11 | Telephone: (415) 875-5712 | |
| 12 | Attorneys for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

Case No. C 94 2307 CW

**ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2008**

[268522-1]

PROPOSED ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS'
FEES AND COSTS FOR THE THIRD QUARTER OF 2008 - CASE NO. C 94 2307 CW

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., ) | Case No. C 94 2307 CW |
| Plaintiffs, ) | **ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2008** |
| v. ) | |
| ARNOLD SCHWARZENEGGER, et al., ) | |
| Defendants. ) | |

On March 21, 2001, the District Court ordered all further fee and expense requests and disputes in the Board of Parole Hearing (BPH)[1] portion of the case shall be resolved through the periodic fee process established by this Court's March 26, 1997 order.

On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs delivered by overnight delivery their Third Quarterly Statement for 2008 to defendants on November 6, 2008. Defendants submitted their objections to plaintiffs' statement on December 16, 2008. The parties completed their meet and confer on January 6, 2009, and reached an agreement.

The parties agree to the total payment of $149,529.89 in undisputed fees and costs, for monitoring and fee collection activities in the BPH portion of the case for the Third Quarterly

---

[1] The former Board of Prison Terms (BPT) was part of a state government reorganization effective July 1, 2005, and is now known as the Board of Parole Hearings (BPH).

1

ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2008 – CASE NO. C 94 2307 CW

[268522-1]

1  Statement for 2008, which will become due and owing forty-five days from the entry of this Order.
2  Attached hereto as Exhibit A is a chart setting forth the balance due.
3       IT IS HEREBY ORDERED that plaintiffs' fees and costs of $149,529.89, plus interest, are
4  due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees
5  and costs will run from December 8, 2008 accruing at the rate provided by 28 U.S.C. §1961.
6       IT IS SO ORDERED.
7       1/12/09
8  Dated:_____          _____
9                                    Claudia Wilken
                                     United States District Judge
10

11
    APPROVED AS TO FORM:
12

13
       /s/ Jay C. Russell                 DATED:    1/9/09
14
    Jay C. Russell
15  Deputy Attorney General
    Attorney for Defendants
16

17
       /s/Holly Baldwin                   DATED:    1/9/09
18
    Holly M. Baldwin
19  Rosen, Bien & Galvan, LLP
    Attorneys for Plaintiffs
20

21

22

23

24

25

26

27

28

2
ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEYS' FEES AND
COSTS FOR THE THIRD QUARTER OF 2008 – CASE NO. C 94 2307 CW

[268522-1]