IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,            No. C 94-2307 CW

    Plaintiffs,                 NOTICE OF INTENT
                                   TO RECONSIDER
   v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

The Court, on its own motion, hereby gives notice of its intent to reconsider its protective order dated November 10, 2008, as to which Defendants have filed a notice of appeal (COA No. 08-17664). Within five days of the date of this order, Defendants shall file a brief not exceeding seven pages setting forth the basis for any objections they have to the proposed modified protective order that was submitted by Plaintiffs on January 13, 2009. Plaintiffs may file a reply three days thereafter.

IT IS SO ORDERED.

Dated: 1/26/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARMSTRONG, ET AL,

         Plaintiff,

  v.

DAVIS, ET AL et al,

         Defendant.

Case Number: CV94-02307 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clerk
U.S. Court of Appeals
 for the Ninth Circuit
P.O. Box 193939
San Francisco, CA  94119-3939

Dated: January 26, 2009

                                  Richard W. Wieking, Clerk
                                  By: Sheilah Cahill, Deputy Clerk