Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

January 13, 2009

Invoice #16029

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2008 | EWS | Review order re coordination one-pager; email from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 12/8/2008 | EWS | Review letter from Receiver. Review and respond to emails from Receiver. | 0.20<br>450.00/hr | 90.00 |
| 12/16/2008 | EWS | Court Appearance for CMC conference. Travel to and from court. | 2.50<br>450.00/hr | 1,125.00 |
|  | SP | Print joint Status Conference Statement | 0.10<br>100.00/hr | 10.00 |
| 12/20/2008 | EWS | Review and respond to email from court expert. | 0.10<br>450.00/hr | 45.00 |

| | For professional services rendered | 3.00 | $1,315.00 |
|---|---|---|---|

Additional Charges :

| 12/31/2008 | Western Messenger 12/12 | 34.60 |
|---|---|---|
| | Total additional charges | $34.60 |
| | Total amount of this bill | $1,349.60 |

Amount

| Name | Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|---|
| Edward W. Swanson - Partner | | 2.90 | 450.00 | $1,305.00 |
| Samantha Potts - Paralegal | | 0.10 | 100.00 | $10.00 |