Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


February 10, 2009


Invoice #16086


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/7/2009 | EWS | Review documents from court experts. Review and respond to emails from court representatives, receiver's office. | 1.40 450.00/hr | 630.00 |
| 1/8/2009 | EWS | Review documents prepared by Receiver's office. Contact counsel re conference call. Call with Carlisle. Preparation for meeting with counsel. Contact Receiver's IT staff re DECS. | 2.50 450.00/hr | 1,125.00 |
| | EWS | Conference with parties re upcoming meetings, status. Forward agenda items to Receiver. Review material from counsel; forward to Receiver. Review additional information from Receiver, court representatives. | 1.50 450.00/hr | 675.00 |
| 1/9/2009 | EWS | Phone call from Receiver's office. | 0.10 450.00/hr | 45.00 |
| 1/12/2009 | EWS | Review and respond to inquiries from Receiver. Prepare for meetings. | 0.60 450.00/hr | 270.00 |
| | EWS | Travel to and from Sacramento for meetings. | 1.50 450.00/hr | 675.00 |
| | EWS | HITEC meeting. Meetings with representatives of Receiver's staff. Meeting with counsel, court representatives. | 3.00 450.00/hr | 1,350.00 |
| 1/13/2009 | EWS | Travel to and from Sacto for coordination meeting. | 3.30 450.00/hr | 1,485.00 |
| | EWS | Meeting with court representatives. | 3.70 450.00/hr | 1,665.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2009 | EWS | Phone call to court with update. | 0.50 450.00/hr | 225.00 |
| 1/14/2009 | EWS | Travel to and from court for meeting with judges.  Meeting, and separate meeting afterwards. | 2.80 450.00/hr | 1,260.00 |
| 1/21/2009 | EWS | Phone call from Receiver's office. | 0.10 450.00/hr | 45.00 |
| | EWS | Phone call from Receiver's staff. | 0.20 450.00/hr | 90.00 |
| | EWS | Review information from Receiver's contractors. | 0.20 450.00/hr | 90.00 |
| 1/22/2009 | EWS | Conference call with Receiver's Armstrong/ADA group. | 1.20 450.00/hr | 540.00 |
| 1/25/2009 | EWS | Review and respond to emails from Receiver's office.  Review information from court representatives. | 0.40 450.00/hr | 180.00 |
| 1/26/2009 | EWS | Review filings by parties, OSCs by court. | 0.20 450.00/hr | 90.00 |
| | EWS | Review and respond to inquiry from Receiver's office.  Reschedule meeting. | 0.20 450.00/hr | 90.00 |
| 1/27/2009 | EWS | Preparation for meeting.  Meeting with counsel. | 0.70 450.00/hr | 315.00 |
| 1/28/2009 | EWS | Draft emails to Receiver's office re meeting with counsel, DECS meeting, post order. | 0.40 450.00/hr | 180.00 |
| 1/29/2009 | EWS | Review information re Receiver.  Contact Receiver's office. | 0.30 450.00/hr | 135.00 |
| | | For professional services rendered | 24.80 | $11,160.00 |

Additional Charges :

| 1/29/2009 | Western Messenger 1/15 | | 35.88 |
|---|---|---|---|
| | Conference call 1/8/09 | | 30.05 |
| | Total additional charges | | $65.93 |
| | Total amount of this bill | | $11,225.93 |

□

Armstrong

Amount

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 24.80 | 450.00 | $11,160.00 |