IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

       Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.
_____/

No. C 94-2307 CW

ORDER

    The parties are hereby ordered to review the attached draft protective order.  They should be prepared to discuss any objections they may have to the proposed order at the status conference tomorrow.

    IT IS SO ORDERED.

Dated: 2/23/09

                               CLAUDIA WILKEN
                               United States District Judge