**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

No. C 94-2307 CW

DRAFT PROTECTIVE ORDER

IT IS HEREBY ORDERED THAT:

    1.   Plaintiffs' counsel may redact any time record information that contains confidential attorney-client communications, attorney work product or inmate and parolee personal information ("Confidential Information") prior to producing their time records to Defendants under the Order dated March 26, 1997.

    2.   If Defendants' counsel or Plaintiffs' counsel, at any time, discovers that time record information containing Confidential Information has been inadvertently disclosed to Defendants, the party discovering such disclosure shall notify the

other party immediately.  Upon notice of such disclosure, Plaintiffs' counsel shall promptly provide Defendants with replacement copies of the inadvertently disclosed time records, properly redacted of all Confidential Information.  Defendants shall promptly return to Plaintiffs' counsel all electronic and paper copies containing Confidential Information, or destroy all such copies and inform Plaintiffs' counsel in writing that they have done so.

    3.    Pursuant to the Court's October 20, 2008 Order Granting Defendants' Motion to Compel Production of Billing Statements in Electronic Form (Docket No. 1380), Plaintiffs' counsel shall submit, as part of the periodic fee process, their claims for any additional fees and costs that may result from any additional work and expenses reviewing and providing their time records redacted of all metadata and of confidential attorney-client communications, attorney work product, inmate and parolee personal information and other confidential information.  If any such fees or costs are claimed, Defendants shall pay them, if they are reasonable and appropriate.

    4.    This order vacates the Protective Order dated November 10, 2008 (Docket No. 1386).

    IT IS SO ORDERED.

Dated:

CLAUDIA WILKEN
United States District Judge