Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

March 10, 2009

Invoice #16147

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/1/2009 EWS | Review pleadings filed by parties. Organize files. | 2.30<br>450.00/hr | 1,035.00 |
| 2/2/2009 EWS | Review info from Receiver's ADA group. Review FPS. Review filings by state. | 1.30<br>450.00/hr | 585.00 |
| 2/3/2009 EWS | Review submission by Receiver. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review filings by Receiver. | 0.20<br>450.00/hr | 90.00 |
| 2/4/2009 EWS | Review filing by plaintiffs, info from Receiver. Contact from court representative. | 0.50<br>450.00/hr | 225.00 |
| EWS | Meeting with court representative. | 1.10<br>450.00/hr | 495.00 |
| 2/5/2009 EWS | Meeting with DECS personnel from Receiver's office, CDCR. Meeting with Reciever's staff. Travel to and from meetings. | 5.10<br>450.00/hr | 2,295.00 |
| EWS | Draft email and forward report and queries to parties. Review housing report by Receiver and make comments. | 0.70<br>450.00/hr | 315.00 |
| 2/9/2009 EWS | Review filings by court, Receiver, parties. Contact parties. | 0.70<br>450.00/hr | 315.00 |
| 2/10/2009 EWS | Review filing by defendants, email from Receiver. | 0.10<br>450.00/hr | 45.00 |

Armstrong
Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2009 | EWS | Review filing. Contact Receiver's ADA rep. Contact parties. | 0.80 450.00/hr | 360.00 |
| | EWS | Review and respond to email from Receiver's ADA coordinator. Review and respond to inquiry from Receiver's counsel. | 0.30 450.00/hr | 135.00 |
| 2/11/2009 | EWS | Draft email to counsel. Contact Receiver's counsel. | 0.40 450.00/hr | 180.00 |
| 2/12/2009 | EWS | Review filings, notices from Receiver. | 0.30 450.00/hr | 135.00 |
| 2/13/2009 | EWS | Review information re Receiver. | 0.30 450.00/hr | 135.00 |
| 2/15/2009 | EWS | Review information from Receiver. | 0.10 450.00/hr | 45.00 |
| 2/17/2009 | EWS | Review information from Receiver. Contact court representative. | 0.30 450.00/hr | 135.00 |
| 2/18/2009 | EWS | Review and respond to emails from court representatives, Receiver, counsel. | 0.30 450.00/hr | 135.00 |
| 2/23/2009 | EWS | Review documents in preparation for call with attys. Call from Lopes. | 0.70 450.00/hr | 315.00 |
| | EWS | Conference call with counsel. Call to court. | 0.40 450.00/hr | 180.00 |
| | EWS | Review court order, inquiry from Receiver. Contact counsel. Review CMC statement. | 0.30 450.00/hr | 135.00 |
| 2/24/2009 | EWS | Review CMC statement. | 0.30 450.00/hr | 135.00 |
| | EWS | Court Appearance for CMC. Meeting with counsel after court. Travel to and from court. | 2.50 450.00/hr | 1,125.00 |
| 2/25/2009 | EWS | Travel to Sacto for meeting. | 1.70 450.00/hr | 765.00 |
| | EWS | Meeting with Receiver's ADA Taskforce, reps from CDCR, counsel. | 2.20 450.00/hr | 990.00 |
| | EWS | Travel to SF from Sacto meeting. | 1.60 450.00/hr | 720.00 |
| For professional services rendered | | | 24.70 | $11,115.00 |

Armstrong

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 2/27/2009 | Western Messenger 2.2 | 17.94 |
| | Parking Sacramento | 9.50 |
| | Parking Sacramento | 14.00 |
| | Total additional charges | $41.44 |
| | Total amount of this bill | $11,156.44 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 24.70 | 450.00 | $11,115.00 |