Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

April 07, 2009

Invoice #16198

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2009 | EWS | Review and respond to contacts from Receiver, court representatives. Edit meeting minutes. | 0.80<br>450.00/hr | 360.00 |
| 3/2/2009 | EWS | Review and respond to emails. Review document from Receiver. | 0.50<br>450.00/hr | 225.00 |
| 3/3/2009 | EWS | Conference with court representatives. | 0.60<br>450.00/hr | 270.00 |
| | EWS | Court Appearance by court call. | 1.50<br>450.00/hr | 675.00 |
| | EWS | Review and respond to emails from Receiver. | 0.20<br>450.00/hr | 90.00 |
| 3/8/2009 | EWS | Review new filing in Coleman. | 0.20<br>450.00/hr | 90.00 |
| 3/9/2009 | EWS | Review and respond to emails from Receiver's staff. Review minutes, progress reports. | 0.30<br>450.00/hr | 135.00 |
| 3/10/2009 | EWS | Review pleadings by parties. | 0.30<br>450.00/hr | 135.00 |
| | SP | Print reply to motion re receiver | 0.10<br>100.00/hr | 10.00 |
| 3/11/2009 | EWS | Conference with Receiver's staff re post order, out-of-state monitoring. | 0.50<br>450.00/hr | 225.00 |

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2009 | EWS | Review and respond to emails from Receiver re out of state monitoring. Review and forward post order. | 0.30<br>450.00/hr | 135.00 |
| 3/12/2009 | EWS | Review and respond to emails from Receiver. | 0.20<br>450.00/hr | 90.00 |
| 3/16/2009 | EWS | Phone call to Receiver's staff. | 0.30<br>450.00/hr | 135.00 |
| 3/17/2009 | EWS | Review correspondence re meeting agenda. Draft agenda items. Contact Receiver's staff. Prepare for meeting with counsel. | 0.90<br>450.00/hr | 405.00 |
| | EWS | Phone call to court representative. Review Receiver info. | 0.20<br>450.00/hr | 90.00 |
| 3/18/2009 | EWS | Preparation for meeting with counsel. Meeting/call with counsel. Contact staff re agenda. | 0.80<br>450.00/hr | 360.00 |
| 3/20/2009 | EWS | Preparation for con call with Receiver's staff. Con call. | 0.90<br>450.00/hr | 405.00 |
| | EWS | Phone call to Receiver. | 0.10<br>450.00/hr | 45.00 |
| 3/23/2009 | EWS | Conference call: HITEC meeting. | 0.90<br>450.00/hr | 405.00 |
| | EWS | Preparation for coordination meeting. | 0.30<br>450.00/hr | 135.00 |
| 3/24/2009 | EWS | Travel to and from Sacto for coordination meeting. | 3.30<br>450.00/hr | 1,485.00 |
| | EWS | Meeting with court reps. Meeting with Receiver. | 3.00<br>450.00/hr | 1,350.00 |
| 3/25/2009 | EWS | Travel to court for meeting. | 0.60<br>450.00/hr | 270.00 |
| | EWS | Court coordination meeting. | 1.60<br>450.00/hr | 720.00 |
| | EWS | Travel from court to office. | 0.60<br>450.00/hr | 270.00 |
| 3/27/2009 | EWS | Review and respond to email from Receiver's office. Preparation for meeting with counsel. | 0.50<br>450.00/hr | 225.00 |
| | EWS | Conference with counsel; AG not present. Contact counsel. | 0.30<br>450.00/hr | 135.00 |

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2009 | EWS | Conference with counsel for update. | 0.40<br>450.00/hr | 180.00 |
| 3/29/2009 | EWS | Draft task list following meetings. | 0.10<br>450.00/hr | 45.00 |
| | | For professional services rendered | 20.30 | $9,100.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 3/2/2009 | Western Messenger 2/13 | 29.63 |
| 3/30/2009 | Western Messenger 3/12 | 35.88 |
| | Parking - Sacramento 2.5 | 5.00 |
| | Parking - Sacramento 2.25 | 8.00 |
| 3/31/2009 | Conference call 3/18 | 29.49 |
| | Total additional charges | $108.00 |
| | Total amount of this bill | $9,208.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 20.20 | 450.00 | $9,090.00 |
| Samantha Potts - Paralegal | 0.10 | 100.00 | $10.00 |