PRISON LAW OFFICE
DONALD SPECTER–83925
SARA NORMAN–189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB–136101
2212 6th Street
Berkeley, California 94710
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

JONES DAY
CAROLINE MITCHELL–143124
555 California St., 25th Floor
San Francisco, CA 94104
Telephone: (415) 875-5712
Facsimile: (415) 680-2344

BINGHAM McCUTCHEN
WARREN E. GEORGE–53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN–096891
ERNEST GALVAN–196065
GAY CROSTHWAIT GRUNFELD–121944
315 Montgomery Street, Tenth Floor
San Francisco, California 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | Case No. C94 2307 CW <br><br> **STIPULATION AND ORDER EXTENDING TIME IN WHICH PLAINTIFFS MAY MOVE TO COMPEL CERTAIN DISPUTED ATTORNEYS' FEES AND COSTS INCURRED IN 2008** |

[296172-1]

STIPULATION AND ORDER EXTENDING TIME IN WHICH PLAINTIFFS MAY MOVE TO COMPEL CERTAIN DISPUTED ATTORNEYS' FEES AND COSTS INCURRED IN 2008, CASE NO. C94 2307 CW

1  On March 26, 1997, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees (the "Periodic Fees Order").

Pursuant to the Periodic Fees Order, certain fees and costs remain in dispute from the third and fourth quarters of 2008. The parties completed their meet and confer on the disputed items regarding the Division of Adult Parole Operations on March 27, 2009, and on the disputed items regarding the California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs and Board of Parole Hearings, on April 6, 2009, but some issues remain in dispute.

WHEREAS, pursuant to the Periodic Fees Order, motions to compel disputed fees are generally due sixty (60) days after the completion of the fourth quarter meet and confer; and

WHEREAS, Defendants have filed an appeal to the Ninth Circuit Court of Appeals, Docket No. 07-17342, regarding this Court's Denial of Reconsideration with respect to a Motion to Enforce the September 11, 2007 Enforcement Order (the "BPH appeal"), which is still pending; and

WHEREAS, Plaintiffs have incurred and claimed certain fees and costs as a result of the BPH appeal, which Defendants dispute; and

WHEREAS, the Motion to Compel 2008 disputed fees and costs for the Division of Adult Parole Operations Costs is currently due to be filed on or about May 26, 2009, while the Board of Parole Hearings and Adult Operations and Adult Programs Motion to Compel 2008 Disputed Fees and Costs is due to be filed on or about June 5, 2009; and

WHEREAS, the parties seek to resolve their differences in the most efficient manner possible and reduce the burden on the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. All disputes regarding 2008 fees and costs incurred by Plaintiffs with regard to the BPH appeal shall be held in abeyance and all deadlines on motions to compel these fees and costs shall be tolled and not run until sixty (60) days after the Ninth Circuit issues the mandate in the BPH appeal; and

2. All motions to compel regarding 2008 disputed fees and costs incurred by Plaintiffs except those incurred for the BPH appeal shall be due to be filed on or before June 5, 2009.

Dated: May 19, 2009                     ROSEN, BIEN & GALVAN, LLP

                                        By: /s/ Gay Crosthwait Grunfeld
                                            Gay Crosthwait Grunfeld
                                            Attorneys for Plaintiffs

Dated: May 19, 2009

                                        By: /s/ Jay Russell
                                            Jay Russell
                                            Attorneys for Defendants

IT IS SO ORDERED:

        5/21
Dated: _____ 2009             _____
                                        The Honorable Claudia Wilken
                                        United States District Judge