EDMUND G. BROWN JR.
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
State Bar No. 122626
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5717
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | C 94 2307 CW<br><br>**STIPULATION AND ORDER** |

During a Status Conference held April 28, 2009, Plaintiffs advised the Court that they intended to file a motion concerning Defendants implementation of policies concerning class members housed in county facilities.  The Court ordered that any such motion be filed on or before May 28, 2009, and that Defendants' opposition be filed on or before June 12, 2009, and that Plaintiffs' reply be filed on or before June 18, 2009.

Plaintiffs filed their Motion to Require Defendants to Track and Accommodate Needs of *Armstrong* Class Members Housed in County Jails and Ensure Access to a Workable Grievance Procedure on May 28, 2009.  Defendants requested additional time to oppose the motion.

1

Stipulation and [Proposed] Order re: Opp'n to Mot. to Require Defs.' to Track,  etc.   (C 94 2307 CW)

[299329-1]

IT IS STIPULATED and AGREED by the parties, through their respective counsel, that Plaintiffs have no objection to a new briefing schedule, as follows:  Defendants may file their opposition to this motion on or before June 25, 2009.  Plaintiffs' reply to that opposition shall be filed on or before July 2, 2009.

Dated: June 5, 2009                     */s/ Jay C. Russell*
                                        Jay C. Russell
                                        Deputy Attorney General
                                        Attorneys for Defendants

Dated: June 8, 2009                     */s/ Gay C. Grunfeld*
                                        Gay C. Grunfeld, Attorney at Law
                                        Rosen Bien & Galvan, LLP
                                        Attorneys for Plaintiffs

Dated: June 8, 2009                     */s/ Megan Hagler*
                                        Megan Hagler
                                        Prison Law Office
                                        Attorneys for Plaintiffs

## ORDER

Having reviewed the above Stipulation of the parties, and good cause appearing,

It is ORDERED that Defendants opposition to Plaintiffs' Motion to Require Defendants to Track and Accommodate Needs of *Armstrong* Class Members Housed in County Jails and Ensure Access to a Workable Grievance Procedure may be filed and served on or before June 25, 2009. Any reply to that opposition may be filed and served on or before July 2, 2009.

Dated: 6/11/09                          _____
                                        Hon. Claudia Wilken

2

Stipulation and [Proposed] Order re: Opp'n to Mot. to Require Defs.' to Track,  etc.   (C 94 2307 CW)

[299329-1]