Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

June 10, 2009

Invoice #16373

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2009 | EWS | Conference with court representatives. | 1.00 450.00/hr | 450.00 |
| 5/14/2009 | EWS | Phone call from court representative.  Review and respond to emails. | 0.50 450.00/hr | 225.00 |
| 5/15/2009 | EWS | Review information from Receiver. | 0.40 450.00/hr | 180.00 |
| | EWS | Conference call with court representatives.  Call to court. | 0.60 450.00/hr | 270.00 |
| | EWS | Conference call with judges. | 0.60 450.00/hr | 270.00 |
| 5/18/2009 | EWS | Conference call with court representatives. | 0.60 450.00/hr | 270.00 |
| | EWS | Review and respond to email from Receiver's staff. | 0.20 450.00/hr | 90.00 |
| 5/19/2009 | EWS | Review and respond to emails from Receiver's office. | 0.10 450.00/hr | 45.00 |
| 5/21/2009 | EWS | Conference with Receiver's ADA coordinator. | 0.80 450.00/hr | 360.00 |
| 5/26/2009 | EWS | Review and respond to emails from Receiver's staff. | 0.10 450.00/hr | 45.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2009 | EWS | Review and respond to emails from counsel.  Edit meeting minutes.  Send action items. | 0.50<br>450.00/hr | 225.00 |
| 5/28/2009 | EWS | Travel to Receiver's ADA Cmte meeting.  Outline agenda for meeting. | 1.50<br>450.00/hr | 675.00 |
| | EWS | Meeting wtih Receiver's ADA cmte. | 2.00<br>450.00/hr | 900.00 |
| | EWS | Travel from Sacto. | 1.70<br>450.00/hr | 765.00 |
| | EWS | Review and respond to emails from Receiver's office.  Review recent filings. | 0.50<br>450.00/hr | 225.00 |
| 5/29/2009 | EWS | Review and respond to emails from Receiver.  Review progress reports. | 0.20<br>450.00/hr | 90.00 |
| | | For professional services rendered | 11.30 | $5,085.00 |

Additional Charges :

| 5/28/2009 | Western Messenger 5/18 | 35.88 |
|---|---|---|
| | Total additional charges | $35.88 |
| | Total amount of this bill | $5,120.88 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 11.30 | 450.00 | $5,085.00 |