Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

May 06, 2009

Invoice #16260

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/2/2009 EWS | Review and respond to email from counsel. | 0.10<br>450.00/hr | 45.00 |
| 4/13/2009 EWS | Phone call to court representative. Contact counsel in response to emails. | 0.30<br>450.00/hr | 135.00 |
| 4/14/2009 EWS | Review and respond to emails from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 4/15/2009 EWS | Review emails re coordination call. | 0.10<br>450.00/hr | 45.00 |
| 4/17/2009 EWS | Conference call with court representatives. | 0.70<br>450.00/hr | 315.00 |
| 4/20/2009 EWS | Review filings by Receiver, court filings in related cases. Contact Receiver's office. | 0.40<br>450.00/hr | 180.00 |
| 4/21/2009 EWS | Review material in advance of con call. Con call with ADA cmte. | 1.50<br>450.00/hr | 675.00 |
| 4/23/2009 EWS | Review parties' CMC filing. | 0.40<br>450.00/hr | 180.00 |
| EWS | Review documents from Receiver, ADA Cmte. Call to Carlisle. | 0.40<br>450.00/hr | 180.00 |
| 4/27/2009 EWS | Conference with court representatives re construction. | 0.70<br>450.00/hr | 315.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2009 | EWS | Review memos from Receiver. Forward post order memo to counsel. Respond to Receiver's staff. | 0.20 450.00/hr | 90.00 |
| 4/28/2009 | EWS | Travel to and from court for status conference. Meeting with counsel during break. Status conference. Meeting with law clerk following conference. | 2.90 450.00/hr | 1,305.00 |

For professional services rendered

7.80   $3,510.00

Additional Charges :

| 4/29/2009 | Western Messenger 4/14 | 17.94 |
|---|---|---|
|  | Parking - Sacramento 3/24 | 9.50 |
|  | Conference call 3/27 | 29.49 |

Total additional charges

$56.93

Total amount of this bill

$3,566.93

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 7.80 | 450.00 | $3,510.00 |