Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


June 10, 2009


Invoice #16373


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/4/2009 EWS | Conference with court representatives. | 1.00<br>450.00/hr | 450.00 |
| 5/14/2009 EWS | Phone call from court representative. Review and respond to emails. | 0.50<br>450.00/hr | 225.00 |
| 5/15/2009 EWS | Review information from Receiver. | 0.40<br>450.00/hr | 180.00 |
| EWS | Conference call with court representatives. Call to court. | 0.60<br>450.00/hr | 270.00 |
| EWS | Conference call with judges. | 0.60<br>450.00/hr | 270.00 |
| 5/18/2009 EWS | Conference call with court representatives. | 0.60<br>450.00/hr | 270.00 |
| EWS | Review and respond to email from Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 5/19/2009 EWS | Review and respond to emails from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 5/21/2009 EWS | Conference with Receiver's ADA coordinator. | 0.80<br>450.00/hr | 360.00 |
| 5/26/2009 EWS | Review and respond to emails from Receiver's staff. | 0.10<br>450.00/hr | 45.00 |

Armstrong

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2009 | EWS | Review and respond to emails from counsel. Edit meeting minutes. Send action items. | 0.50<br>450.00/hr | 225.00 |
| 5/28/2009 | EWS | Travel to Receiver's ADA Cmte meeting. Outline agenda for meeting. | 1.50<br>450.00/hr | 675.00 |
| | EWS | Meeting wtih Receiver's ADA cmte. | 2.00<br>450.00/hr | 900.00 |
| | EWS | Travel from Sacto. | 1.70<br>450.00/hr | 765.00 |
| | EWS | Review and respond to emails from Receiver's office. Review recent filings. | 0.50<br>450.00/hr | 225.00 |
| 5/29/2009 | EWS | Review and respond to emails from Receiver. Review progress reports. | 0.20<br>450.00/hr | 90.00 |

For professional services rendered   11.30   $5,085.00

Additional Charges :

| | | |
|---|---|---|
| 5/28/2009 | Western Messenger 5/18 | 35.88 |

Total additional charges   $35.88

Total amount of this bill   $5,120.88

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 11.30 | 450.00 | $5,085.00 |