Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


July 07, 2009


Invoice #16386


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2009 | AOG | Prepare binder of 11th Annual Receiver's report | 0.70<br>100.00/hr | 70.00 |
|  | EWS | Conference call with Receiver, parties. | 1.20<br>450.00/hr | 540.00 |
|  | EWS | Conference with Receiver's representative re out of state supervision. | 0.40<br>450.00/hr | 180.00 |
| 6/5/2009 | EWS | Preparation for meeting. | 0.20<br>450.00/hr | 90.00 |
| 6/7/2009 | EWS | Review filings. | 0.20<br>450.00/hr | 90.00 |
| 6/8/2009 | EWS | Review material in advance of meeting. Call to Carlisle. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Travel to Sacto for meeting at Receiver's. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Meeting at Receiver's with ADA Cmte. | 1.00<br>450.00/hr | 450.00 |
|  | EWS | Travel from Sacto to office. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Review plaintiffs' proposed agenda. Conference call with counsel. | 0.80<br>450.00/hr | 360.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2009 | EWS | Travel to coordination meeting. | 1.60<br>450.00/hr | 720.00 |
| | EWS | Meeting with court representatives. | 3.80<br>450.00/hr | 1,710.00 |
| | EWS | Travel from Sacto to office. | 1.70<br>450.00/hr | 765.00 |
| | EWS | Conference with court. Conference with associate. | 0.50<br>450.00/hr | 225.00 |
| | EWS | Review and respond to emails from court reps. | 0.30<br>450.00/hr | 135.00 |
| 6/10/2009 | APG | Meeting with judges, court representatives | 1.20<br>275.00/hr | 330.00 |
| | EWS | Meeting with associate re court meeting. Communication w/ Receiver's office. | 0.30<br>450.00/hr | 135.00 |
| | APG | Travel to meeting | 0.90<br>275.00/hr | 247.50 |
| 6/12/2009 | EWS | Phone call from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 6/15/2009 | EWS | Phone call with client. Review and respond to emails. | 0.60<br>450.00/hr | 270.00 |
| 6/17/2009 | EWS | Phone call from Receiver re con call. | 0.10<br>450.00/hr | 45.00 |
| 6/18/2009 | EWS | Review material from Receiver. Preparation for meeting. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Travel to Sacto for meeting w/ ADA Cmte, counsel. | 1.70<br>450.00/hr | 765.00 |
| | EWS | Meeting with ADA Cmte, counsel. Further meeting with Receiver's staff. | 2.50<br>450.00/hr | 1,125.00 |
| | EWS | Travel from Sacto to office. | 2.00<br>450.00/hr | 900.00 |
| 6/19/2009 | EWS | Review filings re Coleman. Contact counsel re meeting. | 0.40<br>450.00/hr | 180.00 |
| 6/22/2009 | EWS | Review and respond to email from Receiver's office. | 0.10<br>450.00/hr | 45.00 |

Armstrong                                                                                                          Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/22/2009 | EWS | Conference call with court representatives. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Conference with HiTec Cmte. | 1.00<br>450.00/hr | 450.00 |
| 6/23/2009 | EWS | Conference call with Receiver's office. | 0.60<br>450.00/hr | 270.00 |
| 6/24/2009 | EWS | Preparation for meeting with counsel. Conference call with counsel re status. | 1.00<br>450.00/hr | 450.00 |
| 6/25/2009 | EWS | Review correspondence with Receiver. Conference with court. | 0.40<br>450.00/hr | 180.00 |
| 6/29/2009 | EWS | Review material from Receiver. Contact Receiver's office. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review information from Receiver. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Conference call with court representatives. | 0.80<br>450.00/hr | 360.00 |
| 6/30/2009 | EWS | Conference with associate. | 0.10<br>450.00/hr | 45.00 |
|  |  | For professional services rendered | 31.90 | $13,742.50 |

Additional Charges :

| 6/30/2009 | Western Messenger 6/12 | 35.88 |
|---|---|---:|
|  | Parking - Sacramento 5/28 | 6.50 |
|  | Conference call 6/8 | 33.73 |
|  | Total additional charges | $76.11 |
|  | Total amount of this bill | $13,818.61 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anne Griffith - Legal Assistant | 0.70 | 100.00 | $70.00 |
| August P. Gugelmann - Associate | 2.10 | 275.00 | $577.50 |
| Edward W. Swanson - Partner | 29.10 | 450.00 | $13,095.00 |