| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | BINGHAM McCUTCHEN<br>WARREN E. GEORGE – 53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB – 136101<br>2212 6th Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555<br>Facsimile: (510) 841-8645 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY CROSTHWAIT GRUNFELD – 121944<br>HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104 |
| JONES DAY<br>CAROLINE MITCHELL – 143124<br>555 California St., 25th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-5712<br>Facsimile: (415) 680-2344 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants | Case No. C94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED ATTORNEY'S FEES AND COSTS FOR THE FIRST QUARTER OF 2009** |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, Plaintiffs delivered by overnight delivery their First Quarterly Statement for 2009 to Defendants on April 27, 2009. Defendants submitted their

1

objections to Plaintiffs' statement on May 28, 2009. The parties completed their meet-and-confer process on August 4, 2009.

As a result of the August 4, 2009 agreement, the parties are able to agree to the payment of $925,000.00 for fees and costs incurred during the First Quarter of 2009, for monitoring and fee collection activities in all portions of this action, including the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs, Board of Parole Hearings, and the Division of Adult Parole Operations. Attached hereto as Exhibit A are charts setting forth the fees and costs claimed by Plaintiffs for the First Quarter of 2009, and the amounts originally in dispute. In addition, the parties have agreed that for the Second, Third, and Fourth Quarters of 2009, to the extent that fee disputes can be resolved through negotiation, Plaintiffs' hourly fees will be charged at the 2008 rates indicated in Exhibit A. The parties have agreed that for fees that cannot be resolved through negotiation, Plaintiffs will have the right to seek fees at Plaintiffs' 2009 rates.

IT IS HEREBY ORDERED that $925,000.00 is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from May 28, 2009, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

DATED: ___8/17/09_____

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*/s/ Jay C. Russell*
Jay C. Russell                                          DATED: August 6, 2009
Deputy Attorney General
Attorney for Defendants

*/s/ Holly M. Baldwin*
Holly M. Baldwin                                        DATED: August 6, 2009
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs