Swanson, McNamara & Haller LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

August 13, 2009

Invoice #16446

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2009 | EWS | Travel to Sacto for meeting with IT staff, Carlisle. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Meeting with Mangrum and Carlisle. Meeting with Carlisle. | 1.10<br>450.00/hr | 495.00 |
|  | EWS | Travel from Sacto to SF. | 1.50<br>450.00/hr | 675.00 |
| 7/7/2009 | EWS | Review and edit minutes, agenda items. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Review filings by parties. | 0.30<br>450.00/hr | 135.00 |
| 7/8/2009 | EWS | Meeting with Receiver's staff, consultant re health care scheduling. | 2.70<br>450.00/hr | 1,215.00 |
|  | EWS | Travel to Sacto for meeting. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Travel from Sacto following meeting. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Draft and send email to Receiver's IT staff. | 0.20<br>450.00/hr | 90.00 |
| 7/9/2009 | EWS | Court hearing on CMC. Meeting with judge before court. Travel to and from court. | 3.00<br>450.00/hr | 1,350.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2009 | EWS | Review and respond to emails from Receiver's office. | 0.30<br>450.00/hr | 135.00 |
| 7/20/2009 | EWS | Conference with court representatives. | 2.10<br>450.00/hr | 945.00 |
|  | EWS | Review material in preparation for meeting. Contact court representatives. | 0.30<br>450.00/hr | 135.00 |
| 7/21/2009 | EWS | Review and respond to emails from court rep. Contact parties. | 0.20<br>450.00/hr | 90.00 |
| 7/23/2009 | EWS | Preparation for con call with counsel. Con call. | 0.40<br>450.00/hr | 180.00 |
| 7/26/2009 | EWS | Review and respond to emails from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 7/27/2009 | EWS | Phone call from Receiver's office. Review and respond to email from court representative. Review recent filings from Receiver. | 0.50<br>450.00/hr | 225.00 |
| 7/28/2009 | EWS | Conference call with court representatives. Further call with court representatives. Contact parties re SVSP issue. | 1.30<br>450.00/hr | 585.00 |
|  | EWS | Review and respond to email from client. | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Review information from Receiver. Respond with comments to draft document. | 0.40<br>450.00/hr | 180.00 |
| 7/29/2009 | EWS | Review notes, contact Receiver's office. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Conference with counsel. Contact Coleman court rep. | 0.80<br>450.00/hr | 360.00 |
|  | EWS | Phone call to Receiver's ADA coordinator. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Phone call to Coleman rep. Draft email to Coleman rep. | 0.30<br>450.00/hr | 135.00 |
| 7/30/2009 | EWS | Review emails from Receiver, court representative. | 0.20<br>450.00/hr | 90.00 |
|  |  | For professional services rendered | 21.80 | $9,810.00 |

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 7/28/2009 | Western Messenger 7/9 | 29.63 |
|  | Parking - Sacramento 6/8 | 3.75 |
|  | Parking - Sacramento 6/9 | 14.00 |
|  | Parking - Sacramento 6/18 | 8.00 |
|  | Parking - Sacramento 7/1 | 3.75 |
| 7/31/2009 | Parking - Sacramento 7/8 | 8.00 |
|  | Total additional charges | $67.13 |
|  | Total amount of this bill | $9,877.13 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward W. Swanson - Partner | 21.80 | 450.00 | $9,810.00 |