IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. <br> _____/ | No. C 94-2307 CW <br><br> ORDER DIRECTING DEFENDANTS TO COMPLY WITH JULY 10, 2009 ORDER OR SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT |

On July 10, 2009, the Court directed Defendants to deposit the sum of $100,000 with the Clerk of the Court as funds for compensation of the Court-appointed expert in this case. Defendants have not complied with this order.  By August 26, 2009, Defendants shall either comply with the July 10 order or file a brief and declarations showing cause why they should not be held in contempt.

IT IS SO ORDERED.

Dated: 8/20/09

CLAUDIA WILKEN
United States District Judge