EDMUND G. BROWN JR.
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
State Bar No. 122626
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5717
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,** | C 94 2307 CW |
| Plaintiffs, | **STIPULATION AND ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On August 14, 2008, Plaintiffs filed a Motion for Enforcement and Further Remedial Orders.  Defendants have requested additional time to oppose the motion.

IT IS STIPULATED and AGREED by the parties, through their respective counsel, that Plaintiffs have no objection to a new briefing schedule, as follows:  Defendants may file their opposition to the motion on or before September 15, 2009.  Plaintiffs' reply to that opposition shall be filed on or before September 29, 2009.  The parties further agree that the motion may be heard on October 13, 2009 at 2:30 p.m., and that the Status Conference presently scheduled for September 22, 2009 may likewise be held on October 13, 2009 at 2:30 p.m.

1

Stipulation and [Proposed] Order re: Opp'n to Mot. for Enforcement and Further Remedial Orders   (C 94 2307 CW)

[299329-1]

| | | |
|---|---|---|
| 1 | Dated: August 27, 2009 | */s/ Jay C. Russell* |
| 2 | | Jay C. Russell |
| | | Deputy Attorney General |
| 3 | | Attorneys for Defendants |
| 4 | Dated: August 27, 2009 | */s/ Gay C. Grunfeld* |
| | | Gay C. Grunfeld, Attorney at Law |
| 5 | | Rosen Bien & Galvan, LLP |
| 6 | | Attorneys for Plaintiffs |
| 7 | Dated: August 29, 2009 | */s/ Sara Norman* |
| | | Sara Norman |
| 8 | | Prison Law Office |
| | | Attorneys for Plaintiffs |

**ORDER**

Having reviewed the above Stipulation of the parties, and good cause appearing,

It is ORDERED that Defendants' opposition to Plaintiffs' Motion for Enforcement and Further Remedial Orders may be filed and served on or before September 15, 2009. Any reply to that opposition may be filed and served on or before September 29, 2009. The motion, and the Status Conference presently scheduled for hearing on September 22, 2009, shall both be heard October 13, 2009 beginning at 2:30 p.m.

Dated: 9/1/09

_____
Hon. Claudia Wilken

2

Stipulation and [Proposed] Order re: Opp'n to Mot. for Enforcement and Further Remedial Orders   (C 94 2307 CW)

[299329-1]