Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


September 15, 2009


Invoice #16491


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/9/2009 | EWS | Review reports from Receiver. Review report from Coleman Special Master. Review emails from court representatives. | 1.00<br>450.00/hr | 450.00 |
| 8/10/2009 | EWS | Review article re order. Contact Carlisle. | 0.40<br>450.00/hr | 180.00 |
| 8/11/2009 | EWS | Phone call with court. Review and respond to emails. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Review and edit minutes. Contact court rep in Coleman. | 0.90<br>450.00/hr | 405.00 |
| 8/12/2009 | EWS | Review and respond to correspondence from staff. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Phone call from court representative. Call to Receiver. | 0.40<br>450.00/hr | 180.00 |
| 8/17/2009 | EWS | Review and respond to emails. Call with Bonnie Noble. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Preparation for meeting | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Preparation for conference call. Conference with counsel. | 0.70<br>450.00/hr | 315.00 |
|  | EWS | Conference call for HITEC meeting. | 0.80<br>450.00/hr | 360.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/17/2009 | EWS | Review articles. | 0.20 450.00/hr | 90.00 |
| | EWS | Review and respond to emails from court reps. | 0.20 450.00/hr | 90.00 |
| 8/18/2009 | EWS | Preparation for coordination meeting. Coordination meeting. | 2.50 450.00/hr | 1,125.00 |
| | EWS | Travel to Sacto for meeting. | 1.70 450.00/hr | 765.00 |
| | EWS | Travel from Sacto to office. | 2.00 450.00/hr | 900.00 |
| 8/20/2009 | EWS | Travel to Sacto for presentation re scheduling. | 1.70 450.00/hr | 765.00 |
| | EWS | Meeting in Sacto w/ Receiver's staff re health care scheduling. | 3.00 450.00/hr | 1,350.00 |
| | EWS | Travel from Sacto to office following meeting. | 1.80 450.00/hr | 810.00 |
| 8/21/2009 | EWS | Preparation for conference call. | 0.20 450.00/hr | 90.00 |
| | EWS | Conference call with counsel. Call to Rapheal Frazier. Contact staff re change to minutes. | 0.60 450.00/hr | 270.00 |
| 8/28/2009 | EWS | Conference with current and incoming law clerks. | 1.20 450.00/hr | 540.00 |

For professional services rendered      20.40      $9,180.00

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 8/31/2009 | Western Messenger 8/18 | 35.88 |
| | Conference call 7.29 | 55.61 |
| | Conference call 7/23 | 22.25 |
| | In-house copies August 2009 | 6.40 |

Total additional charges      $120.14

Total amount of this bill      $9,300.14

| Name | Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|---|
| Edward W. Swanson - Partner | | 20.40 | 450.00 | $9,180.00 |