1  EDMUND G. BROWN JR.
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  JOSE A. ZELIDON-ZEPEDA
   Deputy Attorney General
4  State Bar No. 227108
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5781
6   Fax:  (415) 703-5843
    E-mail:  Jose.ZelidonZepeda@doj.ca.gov
7  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,** | C 94 2307 CW |
| Plaintiffs, | **STIPULATION SHORTENING TIME ON DEFENDANTS' MOTION TO STAY SEPTEMBER 16, 2009 ORDER PENDING APPEAL;  ORDER** |
| v. | |
| **SCHWARZENEGGER, et al.,** | |
| Defendants. | Date:  October 13, 2009<br>Time:  2:30 p.m.<br>Courtroom:  2<br>Judge:  The Honorable Claudia Wilken |

In accordance with Northern District Civil Local Rule 6-1(b), the parties stipulate to shorten time for Defendants' Motion to Stay the Court's September 16, 2009 Order in this case. Defendants shall file their motion on Wednesday, September 30, 2009.  Plaintiffs shall file their response on or before Wednesday, October 7, 2009.  Defendants waive their reply.

/ / /

/ / /

1

Stip. Short. Time Defs.' Stay Mot.; [Prop.] Ord.  (C 94 2307 CW)

Additionally, the parties request that the hearing on Defendants' stay motion be held on October 13, 2009, to coincide with the hearing on other matters pending in this case.

9/30/09
Dated

/s/ *Gay Grunfeld*
Gay Grunfeld
Rosen, Bien and Galvan
Attorneys for Plaintiffs

9/30/09
Dated

/s/ *Jose A. Zelidon-Zepeda*
Jose A. Zelidon-Zepeda
California Attorney General's Office
Attorneys for Defendants

Pursuant to the parties' stipulation, it is so ordered.

10/2/09
_____
Dated

_____
The Honorable Claudia Wilken
United States District Judge

CF1997CS0005
20224731.doc

2

Stip. Short. Time Defs.' Stay Mot.; [Prop.] Ord. (C 94 2307 CW)