Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

October 08, 2009

Invoice #16537

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2009 | EWS | Phone call to court representative. | 0.10<br>450.00/hr | 45.00 |
| 9/15/2009 | EWS | Review filing by defendants. Contact ADA coordinator. Review info from Receiver's office. | 0.80<br>450.00/hr | 360.00 |
| 9/16/2009 | EWS | Phone call with Gabe Williams. Call with Mohamedu Jones. Further call with Williams. Call to Bonnie Nobel. Contact parties. Contact OCC. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Phone call to counsel. | 0.10<br>450.00/hr | 45.00 |
| 9/17/2009 | EWS | Review and respond to emails from Receiver, court representative. Preparation for meeting with counsel. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Phone call to Receiver's office. Contact court representative. Review and comment on action items, agenda, minutes. | 0.90<br>450.00/hr | 405.00 |
| 9/18/2009 | EWS | Conference call with counsel. | 0.60<br>450.00/hr | 270.00 |
| 9/21/2009 | EWS | Phone call with Receiver's staff re appeals, accountability. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Phone call to Receiver's staff re appeals. Preparation for meeting. Organize documents, review agenda, minutes, attachments. | 1.10<br>450.00/hr | 495.00 |
| 9/22/2009 | EWS | Meeting with court representatives. Separate meeting with Receiver's staff. | 3.10<br>450.00/hr | 1,395.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/22/2009 | EWS | Travel from Sacto to office. | 1.60<br>450.00/hr | 720.00 |
| | EWS | Travel to Sacto for coordination meeting. | 1.50<br>450.00/hr | 675.00 |
| 9/23/2009 | EWS | Travel to and from court for coordination meeting. | 1.20<br>450.00/hr | 540.00 |
| | EWS | Court coordination meeting. | 1.00<br>450.00/hr | 450.00 |
| | EWS | Draft email to Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 9/24/2009 | EWS | Review and respond to emails from Receiver. Call Receiver's staff. | 0.60<br>450.00/hr | 270.00 |
| | EWS | Draft email to counsel requesting information. | 0.20<br>450.00/hr | 90.00 |
| 9/25/2009 | EWS | Conference with associate re hearing. | 0.40<br>450.00/hr | 180.00 |
| | APG | Conference with ES | 0.40<br>275.00/hr | 110.00 |
| | APG | Conference call Re construction update | 1.40<br>275.00/hr | 385.00 |
| 9/28/2009 | EWS | Review filings. Respond to inquiry from Receiver's staff. Contact Receiver with accountability documents. | 0.40<br>450.00/hr | 180.00 |
| 9/29/2009 | EWS | Review and respond to emails from Receiver's staff. Communicate with counsel. Provide information to court reps. | 0.90<br>450.00/hr | 405.00 |
| 9/30/2009 | EWS | Phone call with Receiver's ADA coordinator. Review and respond to emails from Receiver's staff. | 0.50<br>450.00/hr | 225.00 |
| | | For professional services rendered | 19.10 | $8,280.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 9/30/2009 | parking 8/18 | 9.50 |
| | Conference call 8/21 | 20.25 |
| | Conference call 9/18 | 50.78 |
| | Total additional charges | $80.53 |

☐

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 1.80 | 275.00 | $495.00 |
| Edward W. Swanson - Partner | 17.30 | 450.00 | $7,785.00 |