Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


November 04, 2009


Invoice #16589


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/3/2009 EWS | Review party filings. | 0.20<br>450.00/hr | 90.00 |
| 10/6/2009 EWS | Preparation for call with counsel. Call with counsel. | 0.40<br>450.00/hr | 180.00 |
| 10/7/2009 EWS | Phone call from court clerk. | 0.10<br>450.00/hr | 45.00 |
| 10/13/2009 EWS | Travel to and from court. | 1.20<br>450.00/hr | 540.00 |
| EWS | Court appearance: CMC. Meeting with judge. | 1.50<br>450.00/hr | 675.00 |
| EWS | Review and respond to email from Receiver's office. Review court filings. | 0.40<br>450.00/hr | 180.00 |
| 10/14/2009 EWS | Phone call to court. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review and respond to inquiry from court. | 0.10<br>450.00/hr | 45.00 |
| 10/19/2009 EWS | Phone call from Receiver's ADA coordinator. | 0.40<br>450.00/hr | 180.00 |
| 10/20/2009 EWS | Review court order, information from Receiver's office. | 0.20<br>450.00/hr | 90.00 |

Armstrong

Page 2

|  |  | Hours | Amount |
|---|---|---|---|
|  | For professional services rendered | 4.70 | $2,115.00 |
|  | Additional Charges : |  |  |
| 10/30/2009 | Conference call 10/6 |  | 28.28 |
|  | Western Messenger 10/13 |  | 29.63 |
|  | Parking - Sacramento 9/22 |  | 11.00 |
|  | Western Messenger 9/24 |  | 35.88 |
|  | Total additional charges |  | $104.79 |
|  | Total amount of this bill |  | $2,219.79 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 4.70 | 450.00 | $2,115.00 |