# EXHIBIT A

# Armstrong v. Schwarzenegger

**Second Quarterly Statement of 2009**
**April 1, 2009 through June 30, 2009**

**CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING WORK | $ 814,715.50 | $ 24,049.05 |
| CDCR/AOAP FEES WORK | $ 75,894.00 | $ 717.88 |
| **TOTALS** | **$ 890,609.50** | **$ 24,766.93** |

**GRAND TOTAL CLAIM:** $ 915,376.43

**TOTAL UNDISPUTED FEES AND COSTS NOW OWING AFTER NEGOTIATED 8% REDUCTION OF CLAIM:** $ 842,146.31