# EXHIBIT A

# Armstrong v. Schwarzenegger

**Second Quarterly Statement of 2009**
**April 1, 2009 through June 30, 2009**

**BPH SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| BPH MONITORING | $ 318,679.00 | $ 8,917.78 |
| BPH FEES | $ 6,530.50 | $ - |
| **TOTALS** | **$ 325,209.50** | **$ 8,917.78** |
| | GRAND TOTAL CLAIM: | $ 334,127.28 |
| **TOTAL UNDISPUTED FEES AND COSTS NOW OWING AFTER NEGOTIATED 8% REDUCTION OF CLAIM:** | | **$ 307,397.09** |