# EXHIBIT A

## Armstrong v. Schwarzenegger

**Second Quarterly Statement of 2009**
**April 1, 2009 through June 30, 2009**

**DAPO SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| DAPO MONITORING | $ 59,573.00 | $ 2,731.63 |
| DAPO FEES | $ 1,858.00 | $ 136.00 |
| **TOTALS** | **$ 61,431.00** | **$ 2,867.63** |
| | **GRAND TOTAL CLAIM:** | **$ 64,298.63** |
| **TOTAL UNDISPUTED FEES AND COSTS NOW OWING AFTER NEGOTIATED 8% REDUCTION OF CLAIM:** | | **$ 59,154.74** |