Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


December 04, 2009


Invoice #16642


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2009 | EWS | Review and edit minutes, action items. | 0.40<br>450.00/hr | 180.00 |
| 11/4/2009 | EWS | Review and respond to email from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 11/15/2009 | EWS | Review and respond to emails from Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 11/16/2009 | EWS | Review material for meetings. Contact Receiver's staff re meeting. Review appeals information. | 0.60<br>450.00/hr | 270.00 |
| 11/17/2009 | EWS | Meeting of court representatives (attend by phone). | 2.60<br>450.00/hr | 1,170.00 |
|  | EWS | Conference re building project (attend by phone). | 1.20<br>450.00/hr | 540.00 |
| 11/18/2009 | SP | Read working group agendas and plans to ES. | 0.20<br>100.00/hr | 20.00 |
|  | EWS | Conference call w/ Receiver's ADA committee. | 1.30<br>450.00/hr | 585.00 |
|  | EWS | Preparation for meeting w/ Receiver's office. | 0.50<br>450.00/hr | 225.00 |
| 11/20/2009 | EWS | Conference call with counsel. | 0.40<br>450.00/hr | 180.00 |

|            |     |                                                                              | Hrs/Rate        | Amount   |
|------------|-----|------------------------------------------------------------------------------|-----------------|----------|
| 11/22/2009 | EWS | Review and respond to email from court representatives. Review party filing. | 0.20 450.00/hr  | 90.00    |
| 11/23/2009 | EWS | Review and respond to emails from court reps.                                | 0.10 450.00/hr  | 45.00    |
|            | EWS | Conference call with court representatives.                                  | 0.20 450.00/hr  | 90.00    |
| 11/24/2009 | EWS | Phone call from Receiver's staff.                                            | 0.20 450.00/hr  | 90.00    |
| 11/25/2009 | EWS | Review letter from counsel. Contact counsel.                                 | 0.20 450.00/hr  | 90.00    |

|                                   | Hours | Amount     |
|-----------------------------------|-------|------------|
| For professional services rendered | 8.40  | $3,710.00  |

Additional Charges :

|            |                       |        |
|------------|-----------------------|--------|
| 11/30/2009 | Western Messenger 11/12 | 29.63 |

| Total additional charges | $29.63 |
|--------------------------|--------|

| Total amount of this bill | $3,739.63 |
|---------------------------|-----------|

### Timekeeper Summary

| Name                          | Hours | Rate   | Amount     |
|-------------------------------|-------|--------|------------|
| Edward W. Swanson - Partner   | 8.20  | 450.00 | $3,690.00  |
| Samantha Potts - Paralegal    | 0.20  | 100.00 | $20.00     |