Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


December 04, 2009


Invoice #16642


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2009 | EWS | Review and edit minutes, action items. | 0.40<br>450.00/hr | 180.00 |
| 11/4/2009 | EWS | Review and respond to email from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 11/15/2009 | EWS | Review and respond to emails from Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 11/16/2009 | EWS | Review material for meetings. Contact Receiver's staff re meeting. Review appeals information. | 0.60<br>450.00/hr | 270.00 |
| 11/17/2009 | EWS | Meeting of court representatives (attend by phone). | 2.60<br>450.00/hr | 1,170.00 |
|  | EWS | Conference re building project (attend by phone). | 1.20<br>450.00/hr | 540.00 |
| 11/18/2009 | SP | Read working group agendas and plans to ES. | 0.20<br>100.00/hr | 20.00 |
|  | EWS | Conference call w/ Receiver's ADA committee. | 1.30<br>450.00/hr | 585.00 |
|  | EWS | Preparation for meeting w/ Receiver's office. | 0.50<br>450.00/hr | 225.00 |
| 11/20/2009 | EWS | Conference call with counsel. | 0.40<br>450.00/hr | 180.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 11/22/2009 EWS | Review and respond to email from court representatives. Review party filing. | 0.20 450.00/hr | 90.00 |
| 11/23/2009 EWS | Review and respond to emails from court reps. | 0.10 450.00/hr | 45.00 |
| EWS | Conference call with court representatives. | 0.20 450.00/hr | 90.00 |
| 11/24/2009 EWS | Phone call from Receiver's staff. | 0.20 450.00/hr | 90.00 |
| 11/25/2009 EWS | Review letter from counsel. Contact counsel. | 0.20 450.00/hr | 90.00 |
| | For professional services rendered | 8.40 | $3,710.00 |

Additional Charges :

| 11/30/2009 | Western Messenger 11/12 | 29.63 |
|---|---|---:|
| | Total additional charges | $29.63 |
| | Total amount of this bill | $3,739.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward W. Swanson - Partner | 8.20 | 450.00 | $3,690.00 |
| Samantha Potts - Paralegal | 0.20 | 100.00 | $20.00 |