Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

January 12, 2010

Invoice #16681

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2009 EWS | Conference re accountability issues. | | 0.20 450.00/hr | 90.00 |
| EWS | Phone calls to Receiver's staff. | | 0.20 450.00/hr | 90.00 |
| 12/2/2009 EWS | Phone call from Receiver's office. Preparation for meeting. | | 0.40 450.00/hr | 180.00 |
| EWS | Conference with counsel. | | 0.70 450.00/hr | 315.00 |
| 12/6/2009 EWS | Review and respond to emails from court representatives. | | 0.10 450.00/hr | 45.00 |
| 12/7/2009 EWS | Draft email to counsel. Contact Receiver's staff, Coleman representatives re various issues. Edit minutes of last meeting. Review action items. Forward material to coordination group. | | 1.20 450.00/hr | 540.00 |
| 12/8/2009 EWS | Travel to and from Sacto for meetings. | | 3.20 450.00/hr | 1,440.00 |
| EWS | Meeting of ADA Appeals group. Meeting of bed plan group. Separate meetings with Receiver's staff. | | 4.20 450.00/hr | 1,890.00 |
| EWS | Review and respond to emails, meeting notices from Receiver's office. | | 0.20 450.00/hr | 90.00 |
| 12/9/2009 EWS | Review and respond to emails from counsel, Receiver's office. | | 0.10 450.00/hr | 45.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 12/10/2009 | EWS | Review and edit new draft of minutes.  Review agenda. | 0.20 450.00/hr | 90.00 |
| 12/11/2009 | EWS | Review documents re coordination meeting, court appearance. Conference call with court representatives. | 0.90 450.00/hr | 405.00 |
| 12/14/2009 | EWS | Phone call to Receiver's office. | 0.30 450.00/hr | 135.00 |
| | APG | Conference with ES | 0.20 275.00/hr | 55.00 |
| 12/15/2009 | EWS | Travel to Sacto for coordination meeting. | 1.50 450.00/hr | 675.00 |
| | EWS | Meeting with court representatives.  Further meeting with Receiver's staff. | 2.40 450.00/hr | 1,080.00 |
| | EWS | Travel from Sacto to court. | 1.50 450.00/hr | 675.00 |
| | EWS | Court Appearance:  CMC.  Call to court clerk before court.  Meeting with parties after court. | 1.40 450.00/hr | 630.00 |
| | EWS | Travel from court to office. | 0.70 450.00/hr | 315.00 |
| 12/16/2009 | EWS | Conference with court reps, state. | 0.60 450.00/hr | 270.00 |
| 12/29/2009 | EWS | Review and approve minutes. | 0.10 450.00/hr | 45.00 |
| | | For professional services rendered | 20.30 | $9,100.00 |

Additional Charges :

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/2009 | Western Messenger 12/8 | 29.63 |
| | Conference call 12/2/09 | 49.40 |
| | Total additional charges | $79.03 |
| | Total amount of this bill | $9,179.03 |

Armstrong

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 0.20 | 275.00 | $55.00 |
| Edward W. Swanson - Partner | 20.10 | 450.00 | $9,045.00 |