PRISON LAW OFFICE
DONALD SPECTER–83925
SARA NORMAN–189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

BINGHAM McCUTCHEN
WARREN E. GEORGE–53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB–136101
2212 Sixth Street
Berkeley, California 94710-2219
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN–096891
ERNEST GALVAN–196065
GAY CROSTHWAIT GRUNFELD–121944
HOLLY M. BALDWIN - 191317
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEY'S FEES AND COSTS FOR THE THIRD QUARTER OF 2009** |

1
ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEY'S FEES AND COSTS FOR THE THIRD QUARTER OF 2009 CASE NO. C94 2307 CW

[345667-1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, Plaintiffs served by overnight delivery their Third Quarterly Statement for 2009 on Defendants on November 18, 2009. Defendants responded on December 24, 2009. The parties completed their meet-and-confer process on January 26, 2010.

As a result of the January 26, 2010 agreement, the parties are able to agree to a settlement of $694,658.92 for fees and costs incurred during the Third Quarter of 2009, for monitoring and fee collection activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (hereafter CDCR/AOAP) portion of the case. Attached hereto as Exhibit A is a chart setting forth the fees and costs claimed by Plaintiffs for the Third Quarter of 2009, and the amounts agreed to by the parties to settle these claims.

IT IS HEREBY ORDERED that $694,658.92 is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 19, 2009, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

DATED: __2/3/10_____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*Jay C. Russell*_____
Jay C. Russell                         DATED: February 2, 2010
Deputy Attorney General
Attorney for Defendants

*Holly M. Baldwin*_____
Holly M. Baldwin                    DATED: February 2, 2010
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

2
ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEY'S FEES AND COSTS FOR THE THIRD QUARTER OF 2009  CASE NO. C94 2307 CW

[345667-1]