# EXHIBIT A

# Armstrong v. Schwarzenegger

**Third Quarterly Statement of 2009**
**July 1, 2009 through September 30, 2009**

**CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING WORK | $ 669,710.50 | $ 18,639.76 |
| CDCR/AOAP FEES WORK | $ 57,676.50 | $ 918.32 |
| **TOTALS** | **$ 727,387.00** | **$ 19,558.08** |

**GRAND TOTAL CLAIM:** $ 746,945.08

**TOTAL UNDISPUTED FEES AND COSTS NOW OWING AFTER NEGOTIATED 7% REDUCTION OF CLAIM:** $ 694,658.92