| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER–83925<br>SARA NORMAN–189536<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | BINGHAM McCUTCHEN<br>WARREN E. GEORGE–53588<br>Three Embarcadero Center<br>San Francisco, California 94111-4066<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB–136101<br>2212 Sixth Street<br>Berkeley, California 94710-2219<br>Telephone: (510) 644-2555<br>Facsimile: (510) 841-8645 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN–096891<br>ERNEST GALVAN–196065<br>GAY CROSTHWAIT GRUNFELD–121944<br>HOLLY M. BALDWIN - 191317<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEY'S FEES AND COSTS FOR THE THIRD QUARTER OF 2009** |

1

ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEY'S FEES AND COSTS FOR THE THIRD QUARTER OF 2009  CASE NO. C94 2307 CW

[345668-1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, Plaintiffs served by overnight delivery their Third Quarterly Statement for 2009 on Defendants on November 18, 2009. Defendants responded on December 24, 2009. The parties completed their meet-and-confer process on January 26, 2010.

As a result of the January 26, 2010 agreement, the parties are able to agree to a settlement of $309,748.97 for fees and costs incurred during the Third Quarter of 2009, for monitoring and fee collection activities in the Board of Parole Hearing's portion of the case. Attached hereto as Exhibit A is a chart setting forth the fees and costs claimed by Plaintiffs for the Third Quarter of 2009, and the amounts agreed to by the parties to settle these claims.

IT IS HEREBY ORDERED that $309,748.97 is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 19, 2009, accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED

DATED: 2/3/10

*(signed)* Claudia Wilken
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*Jay C. Russell*
Jay C. Russell
Deputy Attorney General
Attorney for Defendants

DATED: February 2, 2010

*Holly M. Baldwin*
Holly M. Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

DATED: February 2, 2010

2
ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEY'S FEES AND COSTS FOR THE THIRD QUARTER OF 2009   CASE NO. C94 2307 CW

[345668-1]