# EXHIBIT A

# Armstrong v. Schwarzenegger

**Third Quarterly Statement of 2009**
**July 1, 2009 through September 30, 2009**

**BPH SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| BPH MONITORING | $ 322,779.50 | $ 7,946.41 |
| BPH FEES | $ 2,337.50 | $ - |
| **TOTALS** | **$ 325,117.00** | **$ 7,946.41** |
| | GRAND TOTAL CLAIM: | $ 333,063.41 |
| **TOTAL UNDISPUTED FEES AND COSTS NOW OWING AFTER NEGOTIATED 7% REDUCTION OF CLAIM:** | | **$ 309,748.97** |