**EXHIBIT A**

## Armstrong v. Schwarzenegger

**Third Quarterly Statement of 2009**
**July 1, 2009 through September 30, 2009**

**DAPO SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| DAPO MONITORING | $ 36,851.00 | $ 2,981.08 |
| DAPO FEES | $ 1,530.00 | $ - |
| **TOTALS** | **$ 38,381.00** | **$ 2,981.08** |
| | **GRAND TOTAL CLAIM:** | **$ 41,362.08** |
| **TOTAL UNDISPUTED FEES AND COSTS NOW OWING AFTER NEGOTIATED 7% REDUCTION OF CLAIM:** | | **$ 38,466.73** |