Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


February 05, 2010


Invoice #16717


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2010 | EWS | Review information re Stark visit. Review court filings, party filings. Draft section of minutes. Correspond with Receiver's office, court representatives. | 1.20<br>450.00/hr | 540.00 |
| 1/4/2010 | EWS | Review documents from Receiver; preparation for travel. | 0.20<br>450.00/hr | 90.00 |
| 1/5/2010 | EWS | Travel to Stark for prison visit. Review documents from Receiver, counsel in transit. | 3.00<br>450.00/hr | 1,350.00 |
|  | EWS | Meeting at Stark for prison visit. | 3.00<br>450.00/hr | 1,350.00 |
|  | EWS | Travel from Stark to office. Review pleadings by counsel in transit. | 3.20<br>450.00/hr | 1,440.00 |
|  | EWS | Review filings by special master, emails from Receiver's office. | 0.30<br>450.00/hr | 135.00 |
| 1/6/2010 | EWS | Phone call to Receiver's staff re meeting. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Phone call to Receiver's staff. | 0.30<br>450.00/hr | 135.00 |
| 1/8/2010 | EWS | Review information from Receiver's office re classification system, Stark. Respond to emails re meeting times. Edit meeting minutes. | 0.70<br>450.00/hr | 315.00 |
| 1/9/2010 | EWS | Review filings, court order in Coleman. | 0.30<br>450.00/hr | 135.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/17/2010 | EWS | Review agenda for upcoming meeting, parties' filings, information from Receiver. | 0.50<br>450.00/hr | 225.00 |
| 1/19/2010 | EWS | Travel to Sacramento for meetings. | 1.70<br>450.00/hr | 765.00 |
| | EWS | Meeting with Armstrong Interdisciplinary group. Meeting with building group. | 3.00<br>450.00/hr | 1,350.00 |
| | EWS | Travel from Sacramento to office. | 1.80<br>450.00/hr | 810.00 |
| 1/20/2010 | EWS | Conference with Receiver's staff, court representatives. | 0.70<br>450.00/hr | 315.00 |
| | | For professional services rendered | 20.10 | $9,045.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson - Partner | 20.10 | 450.00 | $9,045.00 |