Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


March 09, 2010


Invoice #16770


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2010 EWS | Phone call from Receiver's office. Review and respond to requests from Receiver's office. Review draft accountability guidelines. | | 0.90 450.00/hr | 405.00 |
| 2/3/2010 EWS | Review and respond to requests from Receiver's office. | | 0.20 450.00/hr | 90.00 |
| 2/4/2010 EWS | Phone call to Receiver's staff re outstanding issues. Contact court with update. | | 0.70 450.00/hr | 315.00 |
| EWS | Review and respond to emails from Receiver re HITEC. Respond to email from counsel. | | 0.20 450.00/hr | 90.00 |
| 2/8/2010 EWS | Conference with Receiver's staff re MHCB issue. | | 0.80 450.00/hr | 360.00 |
| EWS | Preparation for call with counsel. Call with counsel. | | 0.80 450.00/hr | 360.00 |
| SP | Phone call from ES | | 0.10 100.00/hr | 10.00 |
| EWS | Phone call to Receiver's office re MHCB issue. Review files on issue. Contact Meyers. | | 0.60 450.00/hr | 270.00 |
| EWS | Review material in advance of contact with Receiver. | | 0.10 450.00/hr | 45.00 |
| 2/9/2010 EWS | Review information in preparation for meeting. Contact court representative. | | 0.30 450.00/hr | 135.00 |

Armstrong

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2010 | EWS | Review and respond to emails from Receiver's office. Review information from counsel. | 0.20 450.00/hr | 90.00 |
| 2/10/2010 | EWS | Travel to Sacto for meeting. Review documents in advance of meeting. | 1.60 450.00/hr | 720.00 |
| | EWS | Meeting with court coordinating committee. | 3.00 450.00/hr | 1,350.00 |
| | EWS | Travel from Sacto to office. | 1.70 450.00/hr | 765.00 |
| | EWS | Phone call to court. Respond to inquiries from court representative. | 0.10 450.00/hr | 45.00 |
| | EWS | Conference with appeals working group. | 0.40 450.00/hr | 180.00 |
| | EWS | Phone call to arrange call-in to conference. Call to court with update. | 0.50 450.00/hr | 225.00 |
| 2/11/2010 | EWS | Conference call with courts, representatives. | 1.00 450.00/hr | 450.00 |
| 2/12/2010 | EWS | Conference with counsel re coordination meeting, next steps. | 0.50 450.00/hr | 225.00 |
| | SP | Send around emails re conference call. | 0.20 100.00/hr | 20.00 |
| 2/17/2010 | EWS | Draft emails re upcoming meetings. | 0.20 450.00/hr | 90.00 |
| 2/18/2010 | EWS | Phone calls to and from Receiver's office re MHCB issue. | 0.20 450.00/hr | 90.00 |
| 2/22/2010 | EWS | Conference with Receiver, court rep re construction. Call from Receiver's staff. | 0.90 450.00/hr | 405.00 |
| | EWS | Review information from Receiver's office. Prepare for meeting with staff; draft email to Receiver's office re accountability plan. | 0.90 450.00/hr | 405.00 |
| 2/23/2010 | EWS | Phone call with Receiver's office re accountability guidelines. | 0.30 450.00/hr | 135.00 |
| | EWS | Meeting with HITEC Committee. | 1.00 450.00/hr | 450.00 |
| | EWS | Meeting with Interdisciplinary group. Further meeting with Receiver's staff. | 1.70 450.00/hr | 765.00 |

□

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/23/2010 | EWS | Travel to Sacto for meeting. | 1.70 450.00/hr | 765.00 |
| | EWS | Travel from Sacto to office following meetings. | 2.00 450.00/hr | 900.00 |
| | EWS | Review information from Receiver's office.  Contact counsel. | 0.30 450.00/hr | 135.00 |
| 2/24/2010 | EWS | Conference with court representatives re therapeutic modules. | 0.80 450.00/hr | 360.00 |
| | EWS | Travel to and from court. | 1.20 450.00/hr | 540.00 |
| | EWS | Court Appearance on CMC.  Confer with counsel following appearance. | 0.50 450.00/hr | 225.00 |
| | EWS | Preparation for CMC; review statement. | 0.30 450.00/hr | 135.00 |
| 2/25/2010 | EWS | Phone call to Receiver's office. | 0.20 450.00/hr | 90.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 26.10 | $11,640.00 |

Additional Charges :

| | | |
|---|---|---|
| 2/26/2010 | Western Messenger 2/12 | 29.63 |
| | Flight to/from Ontario, CA 1/5/10 | 307.40 |
| | Rental car in Ontario, CA 1/5/10 | 85.56 |
| | Parking in Oakland during travel 1/5/10 | 22.00 |
| | Parking Sacramento | 11.00 |
| | Western Messenger 1/29 | 29.63 |
| | Conference call 2/12 | 29.73 |
| 2/28/2010 | Parking in Sacramento 12/8/09 | 14.00 |
| | Parking in Sacramento 12/15/09 | 9.50 |
| | Parking in Oakland 12/15/09 | 3.75 |

| | |
|---|---|
| Total additional charges | $542.20 |

□

Armstrong

Amount
_____

Total amount of this bill

$12,182.20

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Edward W. Swanson - Partner | 25.80 | 450.00 | $11,610.00 |
| Samantha Potts - Paralegal | 0.30 | 100.00 | $30.00 |