Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

April 08, 2010

Invoice #16825

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2010 | EWS | Review letter from counsel.  Contact counsel. | 0.20<br>450.00/hr | 90.00 |
| 3/4/2010 | EWS | Draft and respond to emails from counsel. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Review and respond to emails re EOP. | 0.20<br>450.00/hr | 90.00 |
| 3/7/2010 | EWS | Review and edit minutes and action items. | 0.50<br>450.00/hr | 225.00 |
| 3/9/2010 | EWS | Phone call from Receiver's staff. | 0.10<br>450.00/hr | 45.00 |
| 3/10/2010 | EWS | Review and respond to information from court representative.  Call from Receiver re scheduling. | 0.20<br>450.00/hr | 90.00 |
| 3/11/2010 | EWS | Review accountability guidelines, agendas, emails from Receiver. | 0.40<br>450.00/hr | 180.00 |
| 3/14/2010 | EWS | Draft email to court representative.  Organize documents for meeting. | 0.20<br>450.00/hr | 90.00 |
| 3/16/2010 | APG | Review case status | 0.20<br>275.00/hr | 55.00 |
| | EWS | Travel to Sacto for meetings.  Confer with Receiver's staff in transit. | 1.60<br>450.00/hr | 720.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2010 | EWS | Meetings with Receiver's staff re appeals.  Meeting with Interagency group. | 2.50 450.00/hr | 1,125.00 |
| | EWS | Travel from Sacto to office. | 1.80 450.00/hr | 810.00 |
| 3/17/2010 | EWS | Conference call re construction. | 0.80 450.00/hr | 360.00 |
| 3/22/2010 | EWS | Meeting with C. Meyers, R. Kirkland, B. Epperly-Ellis. | 1.50 450.00/hr | 675.00 |
| | EWS | Travel from Sacto to office. | 1.80 450.00/hr | 810.00 |
| | EWS | Travel to meeting with Receiver's staff. | 1.80 450.00/hr | 810.00 |
| | EWS | Phone call to Receiver's office.  Review material from court representatives. | 0.20 450.00/hr | 90.00 |
| 3/23/2010 | EWS | Review information from Receiver, court reps. | 0.20 450.00/hr | 90.00 |
| 3/24/2010 | EWS | Review letter from counsel.  Call to Receiver's office.  Draft email to counsel. | 0.80 450.00/hr | 360.00 |
| 3/26/2010 | EWS | Review and respond to emails from Receiver's office. | 0.10 450.00/hr | 45.00 |
| 3/28/2010 | EWS | Review information from counsel. | 0.10 450.00/hr | 45.00 |
| 3/29/2010 | EWS | Review information from Receiver's office re upcoming meetings. | 0.20 450.00/hr | 90.00 |
| | EWS | Travel to Sacto for ADA meeting. | 1.60 450.00/hr | 720.00 |
| | EWS | Meeting with Receiver's ADA committee.  Meeting with counsel. | 1.70 450.00/hr | 765.00 |
| | EWS | Travel from Sacto to office. | 1.60 450.00/hr | 720.00 |
| | EWS | Preparation for court coordination meeting.  Review information from Receiver's office. | 0.70 450.00/hr | 315.00 |
| 3/30/2010 | EWS | Travel to coordination meeting. | 1.50 450.00/hr | 675.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/30/2010 | EWS | Meeting with court representatives re coordination issues. | 2.70 450.00/hr | 1,215.00 |
| | EWS | Travel from Sacto to office.  Call with counsel. | 1.70 450.00/hr | 765.00 |
| 3/31/2010 | EWS | Review information from court rep. | 0.10 450.00/hr | 45.00 |
| | | For professional services rendered | 27.10 | $12,160.00 |

Additional Charges :

| | | |
|---|---|---|
| 3/31/2010 | Western Messenger 3/16 | 29.63 |
| | Ed Swanson parking in Sacramento 2/10 | 12.56 |
| | parking in Sacramento 2/23 | 8.00 |
| | parking in Oakland 2/24 | 3.75 |
| | Conference call 2/8 | 14.50 |
| | Total additional charges | $68.44 |
| | Total amount of this bill | $12,228.44 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 0.20 | 275.00 | $55.00 |
| Edward W. Swanson | 26.90 | 450.00 | $12,105.00 |