PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704

BINGHAM McCUTCHEN
WARREN E. GEORGE – 53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB – 136101
2212 Sixth Street
Berkeley, California 94710-2219
Telephone:  (510) 644-2555
Facsimile:   (510) 841-8645

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
HOLLY M. BALDWIN - 191317
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | Case No. C94 2307 CW<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEY'S FEES AND COSTS FOR THE FOURTH QUARTER OF 2009** |

1

[365007-1]

1       On March 26, 1997, the District Court established procedures by which Plaintiffs are to

2 collect periodic attorneys' fees and costs in this case in connection with their work monitoring

3 Defendants' compliance with the Court's Orders and collecting fees.

4       Pursuant to these procedures, Plaintiffs served by overnight delivery their Fourth

5 Quarterly Statement for 2009 on Defendants on February 12, 2010.  Defendants responded on

6 March 24, 2010.  The parties completed their meet-and-confer process on April 8, 2010.

7       As a result of the April 8, 2010 agreement, the parties are able to agree to a settlement

8 of $235,891.62 for fees and costs incurred during the Fourth Quarter of 2009, for monitoring

9 and fee collection activities in the Board of Parole Hearings portion of the case.  Attached

10 hereto as Exhibit A is a chart setting forth the fees and costs claimed by Plaintiffs for the

11 Fourth Quarter of 2009, and the amounts agreed to by the parties to settle these claims.

12       IT IS HEREBY ORDERED that $235,891.62 is due and collectable as of forty-five

13 days from the date of entry of this Order.  Interest on these fees and costs will run from

14 March 19, 2010, accruing at the rate provided by 28 U.S.C. § 1961.

15       IT IS SO ORDERED.

16

17 DATED: _____

      _____

18       THE HONORABLE CLAUDIA WILKEN

      UNITED STATES DISTRICT JUDGE

19 APPROVED AS TO FORM:

20

*/s/ Jay C. Russell*

21 _____       DATED:  April 21, 2010

Jay C. Russell

Deputy Attorney General

22 Attorney for Defendants

23

*/s/ Holly M. Baldwin*

24 _____       DATED:  April 21, 2010

Holly M. Baldwin

Rosen, Bien & Galvan, LLP

25 Attorneys for Plaintiffs

26

27

28

[365007-1]

# EXHIBIT A

## Armstrong v. Schwarzenegger

**Undisputed Fees - 4th Quarterly Statement of 2009**
**October 1, 2009 through December 31, 2009**

**SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | FEES | COSTS |
|---|---|---|
| BPH MONITORING WORK | $ 223,332.75 | $ 9,573.34 |
| BPH FEES WORK | $ 2,977.00 | $ 8.53 |
| **TOTALS:** | **$ 226,309.75** | **$ 9,581.87** |
| | **GRAND TOTAL:** | **$ 235,891.62** |

**Armstrong v. Schwarzenegger**
Summary of Disputed and Undisputed Fees
4th Quarter - October 1, 2009 through December 31, 2009
**BPH Monitoring Work**

| 581-4<br>Attorney/Law Firm | Actual<br>Hours | Claimed<br>Hours | Claimed<br>Fees | Hours<br>Originally<br>In Dispute | Hours<br>Withdrawn<br>By Pltfs | Undisputed<br>Hours | 2008<br>Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | |
| Michael W. Bien (MWB) | 22.50 | 22.50 | $ 14,400.00 | 1.30 | 0.39 | 22.11 | $640 | $ 14,150.40 |
| Gay C Grunfeld (GCG) | 53.00 | 52.70 | $ 25,032.50 | 12.60 | 3.78 | 48.92 | 475 | $ 23,237.00 |
| Ernest Galvan (EG) | 2.80 | 2.80 | $ 1,260.00 | 1.60 | 0.48 | 2.32 | 450 | $ 1,044.00 |
| Tom Nolan (TN) | 54.00 | 54.00 | $ 23,760.00 | 0.00 | 0.00 | 54.00 | 440 | $ 23,760.00 |
| Holly M. Baldwin (HMB) | 64.50 | 64.50 | $ 27,412.50 | 22.00 | 6.60 | 57.90 | 425 | $ 24,607.50 |
| Maria Morris (MVM) | 0.70 | 0.70 | $ 259.00 | 0.70 | 0.21 | 0.49 | 370 | $ 181.30 |
| Anne H. Mania (AHM) | 15.50 | 15.50 | $ 5,735.00 | 1.80 | 0.54 | 14.96 | 370 | $ 5,535.20 |
| Shirley Huey (SH) | 35.70 | 35.70 | $ 12,852.00 | 0.70 | 0.21 | 35.49 | 360 | $ 12,776.40 |
| Kenneth M. Walczak (KMW) | 33.00 | 32.50 | $ 11,050.00 | 0.00 | 0.00 | 32.50 | 340 | $ 11,050.00 |
| Lisa Ells (LAE) | 13.70 | 13.40 | $ 3,953.00 | 12.50 | 3.75 | 9.65 | 295 | $ 2,846.75 |
| R. Blake Thompson (RBT) | 101.00 | 100.90 | $ 27,243.00 | 46.40 | 13.92 | 86.98 | 270 | $ 23,484.60 |
| Mark Feeser (MRF) | 0.80 | 0.80 | $ 216.00 | 0.80 | 0.24 | 0.56 | 270 | $ 151.20 |
| Karen Stilber (KES) | 27.10 | 25.50 | $ 5,355.00 | 0.10 | 0.03 | 25.47 | 210 | $ 5,348.70 |
| Sofia Millham (SAM) | 3.60 | 3.20 | $ 576.00 | 2.20 | 0.66 | 2.54 | 180 | $ 457.20 |
| Matt Harrison (MRH) | 54.50 | 41.10 | $ 6,987.00 | 12.40 | 3.72 | 37.38 | 170 | $ 6,354.60 |
| Ritika Aggarwal (RSA) | 53.90 | 42.60 | $ 7,242.00 | 11.10 | 3.33 | 39.27 | 170 | $ 6,675.90 |
| Haruka Roudebush (HR) | 6.10 | 3.80 | $ 646.00 | 0.00 | 0.00 | 3.80 | 170 | $ 646.00 |
| Claire Hoffmann (CAH) | 2.30 | 0.00 | $ - | 0.00 | 0.00 | 0.00 | 160 | $ - |
| Adrienne Wilson (AGW) | 0.20 | 0.00 | $ - | 0.00 | 0.00 | 0.00 | 160 | $ - |
| **TOTAL RBG** | **544.90** | **512.20** | **$ 173,979.00** | **126.20** | **37.86** | **474.34** | | **$ 162,306.75** |
| | | | | | | | | |
| **Bingham, McCutchen** | | | | | | | | |
| Geoffrey Holtz (GH) | 0.20 | 0.20 | $ 117.00 | 0.00 | | 0.20 | 585 | $ 117.00 |
| Tracey Berger (TB) | 31.90 | 31.90 | $ 11,005.50 | 0.00 | | 31.90 | 345 | $ 11,005.50 |
| Frank Busch (FB) | 37.10 | 37.10 | $ 10,573.50 | 0.00 | | 37.10 | 285 | $ 10,573.50 |
| **TOTAL PLO** | **69.20** | **69.20** | **$ 21,696.00** | **0.00** | **0.00** | **69.20** | | **$ 21,696.00** |
| | | | | | | | | |
| **Prison Law Office** | | | | | | | | |
| Susan Christian (SDC) | 82.80 | 82.80 | $ 39,330.00 | 0.00 | 0.00 | 82.80 | $475 | $ 39,330.00 |
| **TOTAL DREDF** | **82.80** | **82.80** | **$ 39,330.00** | **0.00** | **0.00** | **82.80** | | **$ 39,330.00** |
| | | | | | | | | |
| | | | | | | | | |
| **Total Monitoring - All Offices** | **614.10** | **581.40** | **$ 235,005.00** | **126.20** | **37.86** | **543.54** | | **$ 223,332.75** |

**Armstrong v. Schwarzenegger**

Summary of Disputed and Undisputed Fees
4th Quarter - October 1, 2009 through December 31, 2009

**BPH Fees Work**

| 581-4A<br>Attorney/Law Firm | Actual<br>Hours | Claimed<br>Hours | Claimed<br>Fees | Undisputed<br>Hours | 2008<br>Rate | Fees Now<br>Owing |
|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | |
| Holly M. Baldwin (HMB) | 3.2 | 3.2 | $ 1,360.00 | 3.20 | $425 | $ 1,360.00 |
| Sofia Millham (SAM) | 2.30 | 2.30 | $ 414.00 | 2.30 | 180 | $ 414.00 |
| TOTAL RBG | **2.30** | **2.30** | **$ 414.00** | **2.30** | | **$ 1,774.00** |
| | | | | | | |
| **Bingham, McCutchen** | | | | | | |
| Geoffrey Holtz (GH) | 1.80 | 1.80 | $ 1,053.00 | 1.80 | 585 | $ 1,053.00 |
| TOTAL Bingham | **1.80** | **1.80** | **$ 1,053.00** | **1.80** | | **$ 1,053.00** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Edie DeGraff (ED) | 1.00 | 1.00 | $ 150.00 | 1.00 | 150 | $ 150.00 |
| TOTAL PLO | **1.00** | **1.00** | **$ 150.00** | **1.00** | | **$ 150.00** |
| | | | | | | |
| | | | | | | |
| **Total Fees - All Offices** | **3.30** | **3.30** | **$ 564.00** | **3.30** | | **$ 2,977.00** |

**Armstrong v. Schwarzenegger**

**Fourth Quarterly Statement of 2009**
**October 1, 2009 through December 31, 2009**

**Undisputed Costs**

*Matter:  BPH Merits/Monitoring*

| Rosen, Bien & Galvan (581-4) | | Claimed Costs | | Disputed Costs | | Undisputed Costs | | Disputed Costs |
|---|---|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ | 3,149.80 | $ | - | $ | 3,149.80 | $ | - |
| Photocopying (outside) | $ | 481.65 | $ | - | $ | 481.65 | | |
| Postage & Delivery | $ | 625.33 | $ | - | $ | 625.33 | $ | - |
| Travel - Mileage, Tolls, Food | $ | 3,655.67 | $ | - | $ | 3,655.67 | $ | - |
| Westlaw | $ | 304.66 | $ | - | $ | 304.66 | $ | - |
| Online Research - PACER | $ | 13.68 | $ | - | $ | 13.68 | $ | - |
| Telephone | $ | 4.62 | $ | - | $ | 4.62 | $ | - |
| **Total RBG Costs:** | **$** | **8,235.41** | **$** | **-** | **$** | **8,235.41** | **$** | **-** |

| Bingham, McCutchen | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Travel - Mileage, Tolls, Food | $ | 592.22 | $ | - | $ | 592.22 | $ | - |
| | **$** | **592.22** | **$** | **-** | **$** | **592.22** | **$** | **-** |

| Prison Law Office | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sue Christian Travel Expenses | $ | 745.71 | $ | - | $ | 745.71 | $ | - |
| **Total DREDF Costs:** | **$** | **745.71** | **$** | **-** | **$** | **745.71** | **$** | **-** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TOTAL UNDISPUTED BPH MONITORING COSTS** | **$** | **9,573.34** | | | **$** | **9,573.34** | | |

**TOTAL UNDISPUTED**

*Matter:  BPH Fees*

| Rosen, Bien & Galvan (581-4A) | | Claimed Costs | | Disputed Costs | | Undisputed Costs | | Disputed Costs |
|---|---|---|---|---|---|---|---|---|
| Postage and Delivery | $ | 8.53 | | | $ | 8.53 | $ | - |
| **Total RBG Costs:** | **$** | **8.53** | **$** | **-** | **$** | **8.53** | **$** | **-** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TOTAL UNDISPUTED BPH FEES COSTS** | **$** | **9,581.87** | **$** | **-** | **$** | **9,581.87** | **$** | **-** |