Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


May 11, 2010


Invoice #16890


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2010 | EWS | Draft email to Receiver's office re construction.  Call Receiver's office. | 0.20 450.00/hr | 90.00 |
| 4/11/2010 | EWS | Review and respond to email from Receiver's staff. | 0.10 450.00/hr | 45.00 |
| 4/14/2010 | EWS | Travel to Sacto for meeting.  Review letter from plaintiffs' counsel.  Contact Receiver's office. | 1.70 450.00/hr | 765.00 |
| | EWS | Meeting with Receiver's staff re appeals process.  Further meeting with Receiver's staff. | 1.50 450.00/hr | 675.00 |
| | EWS | Travel from Sacto to office.  Call to Receiver's staff. | 1.50 450.00/hr | 675.00 |
| | EWS | Review information from Receiver.  Respond to inquiry from counsel. | 0.20 450.00/hr | 90.00 |
| 4/19/2010 | EWS | Draft email to Receiver's office re meeting with counsel. | 0.10 450.00/hr | 45.00 |
| | EWS | Phone call from Receiver's office re meeting. | 0.20 450.00/hr | 90.00 |
| 4/20/2010 | EWS | Phone call to Receiver's office. | 0.10 450.00/hr | 45.00 |
| 4/21/2010 | EWS | Phone call with Receiver's staff.  Contact counsel. | 0.30 450.00/hr | 135.00 |

Armstrong

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2010 | EWS | Phone calls to and from Receiver's staff. | 0.30 450.00/hr | 135.00 |
| | EWS | Conference with associate. Call to AUSA. | 0.30 450.00/hr | 135.00 |
| 4/26/2010 | EWS | Phone call with Receiver's office re scheduling. | 0.10 450.00/hr | 45.00 |
| 4/27/2010 | EWS | Draft emails to Receiver's office. Communicate w/ Receiver's office, counsel. Review CMC statement. | 0.50 450.00/hr | 225.00 |
| | EWS | Review notes in advance of con call. | 1.00 450.00/hr | 450.00 |
| | EWS | Travel to and from San Quentin. Meeting with Receiver's staff, Coleman reps re MHCB issue. | 2.60 450.00/hr | 1,170.00 |
| 4/29/2010 | EWS | Review material; preparation for meetings. | 0.40 450.00/hr | 180.00 |
| | EWS | Travel to Sacto for meetings. | 1.70 450.00/hr | 765.00 |
| | EWS | Meeting with CDCR/Receiver's staff and counsel re construction. Travel to meeting. Meeting with Receiver's staff re accountability. | 3.10 450.00/hr | 1,395.00 |
| | EWS | Travel from Sacto to office. | 1.70 450.00/hr | 765.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 17.60 | $7,920.00 |

Additional Charges :

| | | |
|---|---|---|
| 4/29/2010 | Western Messenger 4/14 | 29.63 |
| | Conference call 3/30 | 2.40 |
| | parking 3/16 | 9.50 |
| | parking 3/29 | 8.00 |
| | parking 3/30 | 9.50 |
| Total additional charges | | $59.03 |

| | |
|---|---|
| Total amount of this bill | $7,979.03 |

Armstrong

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Edward W. Swanson | 17.60 | 450.00 | $7,920.00 |