Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

June 08, 2010

Invoice #16941

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2010 | EWS | Review and respond to emails from Receiver's staff. Review email from counsel. | 0.20 450.00/hr | 90.00 |
|  | EWS | Conference with counsel. Preparation for conference call. Contact Receiver's office re information request. | 0.60 450.00/hr | 270.00 |
|  | EWS | Phone calls to ADA coordinators. Review information from Perez reps. | 0.40 450.00/hr | 180.00 |
|  | EWS | Review court ruling. Review and respond to email from Receiver's staff. Review email from counsel. | 0.40 450.00/hr | 180.00 |
|  | EWS | Review and edit minutes. Review plaintiffs' proposed minutes. Review and respond to emails from Receiver's staff. Contact Coleman special master. Meet with paralegal re EOP issue. | 1.10 450.00/hr | 495.00 |
|  | SP | Phone calls to prisons re ADA coordinator. Look up Plata decision. | 0.40 100.00/hr | 40.00 |
| 5/4/2010 | EWS | Court Appearance on CMC. Meeting with court clerk. | 1.00 450.00/hr | 450.00 |
|  | EWS | Travel from Oakland courthouse to office. | 0.70 450.00/hr | 315.00 |
|  | SP | Look for report re cancellations of dental appts due to lack of ASL interpreters. | 0.30 100.00/hr | 30.00 |
|  | EWS | Travel from Sacto to Oakland for court appearance. | 1.50 450.00/hr | 675.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2010 | EWS | Travel to coordination meeting. | 1.50 450.00/hr | 675.00 |
| | EWS | Meeting of coordination committee. Meeting with individuals before meeting. | 2.20 450.00/hr | 990.00 |
| 5/5/2010 | EWS | Travel to and from court for meeting. | 1.20 450.00/hr | 540.00 |
| | EWS | Court coordination meeting with judges. Confer after meeting. | 1.00 450.00/hr | 450.00 |
| 5/6/2010 | EWS | Review information from Receiver. | 0.30 450.00/hr | 135.00 |
| 5/9/2010 | EWS | Review information from court experts, plaintiffs. Forward information to Receiver's staff. | 0.30 450.00/hr | 135.00 |
| 5/10/2010 | EWS | Travel from Sacto to office. | 1.70 450.00/hr | 765.00 |
| | EWS | Meeting with ADA Committee. Meeting with counsel. | 1.70 450.00/hr | 765.00 |
| | EWS | Travel to Sacto for ADA Cmte meeting. | 1.60 450.00/hr | 720.00 |
| | EWS | Preparation for ADA Cmte meeting. Emails to and from Receiver. | 0.40 450.00/hr | 180.00 |
| 5/11/2010 | EWS | Review information from Receiver's office re accessibility requirements. | 0.20 450.00/hr | 90.00 |
| 5/14/2010 | EWS | Review and respond to Receiver, review email from counsel. Review information from court expert. | 0.30 450.00/hr | 135.00 |
| 5/25/2010 | EWS | Draft email to Receiver's staff. | 0.10 450.00/hr | 45.00 |
| 5/26/2010 | EWS | Travel to Sacto for HITEC meeting. | 1.50 450.00/hr | 675.00 |
| | EWS | Meeting with HITEC cmte. Meeting with members of cmte following group meeting to discuss DECS issues. | 1.80 450.00/hr | 810.00 |
| | EWS | Travel from Sacto to SF. Phone calls with court representative. | 1.70 450.00/hr | 765.00 |
| 5/27/2010 | EWS | Review and respond to emails from Receiver's staff. | 0.10 450.00/hr | 45.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/28/2010 EWS | Review and respond to emails from Receiver's office. | 0.20 450.00/hr | 90.00 |
| | For professional services rendered | 24.40 | $10,735.00 |

Additional Charges :

| | | |
|---|---|---|
| 5/31/2010 | parking fee in Sacramento | 5.00 |
| | parking fee in Sacramento | 3.75 |
| | Conference call 5/3 | 1.85 |
| | Total additional charges | $10.60 |
| | Total amount of this bill | $10,745.60 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 23.70 | 450.00 | $10,665.00 |
| Samantha Potts - Paralegal | 0.70 | 100.00 | $70.00 |