IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,            No. C 94-2307 CW

     Plaintiffs,                    ORDER CONTINUING
                                        STATUS CONFERENCE
   v.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants.
_____/

The parties will be meeting on July 27, 2010 at 10:00 a.m. to discuss many of the issues raised in their joint status conference statement.  Accordingly, the Court continues the status conference, currently scheduled for July 20, 2010 at 1:30 p.m., to September 7, 2010 at 1:30 p.m.  If this date conflicts with the schedules of counsel, the parties shall stipulate to an alternative date.

    IT IS SO ORDERED.

Dated: July 19, 2010

                                                   CLAUDIA WILKEN
                                                   United States District Judge