Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


July 16, 2010


Invoice #17030


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2010 | EWS | Review material in advance of call. | 0.30 450.00/hr | 135.00 |
|  | EWS | Phone call to D. Runnels. | 0.30 450.00/hr | 135.00 |
|  | EWS | Conference re therapeutic modules. | 0.30 450.00/hr | 135.00 |
|  | EWS | Review information in advance of call with R. Kirkland. Call with Kirkland. Contact counsel. | 0.70 450.00/hr | 315.00 |
| 6/2/2010 | EWS | Phone call with Receiver's staff. Contact counsel. | 0.30 450.00/hr | 135.00 |
| 6/3/2010 | EWS | Draft instructions to associate re review of orders. | 0.10 450.00/hr | 45.00 |
|  | APG | Research re prior orders | 0.70 275.00/hr | 192.50 |
|  | EWS | Phone call to Receiver's office. | 0.10 450.00/hr | 45.00 |
|  | EWS | Conference with counsel, Receiver and CDCR staff. Call to Kirkland. | 0.60 450.00/hr | 270.00 |
| 6/7/2010 | EWS | Travel to Sacto for meeting with Receiver's staff. | 1.80 450.00/hr | 810.00 |

|            |     |                                                                                              | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------------------|--------|
| 6/7/2010   | EWS | Meeting with Receiver and CDCR staff. Further meeting with Receiver's staff.                 | 1.10<br>450.00/hr | 495.00 |
|            | EWS | Travel from Sacto to office.                                                                 | 1.60<br>450.00/hr | 720.00 |
| 6/9/2010   | EWS | Conference with Receiver, CDCR.                                                              | 1.20<br>450.00/hr | 540.00 |
| 6/11/2010  | EWS | Review and edit minutes, action items. Review info from Receiver re appeals.                 | 0.50<br>450.00/hr | 225.00 |
|            | EWS | Review order re ADA coordinators.                                                            | 0.10<br>450.00/hr | 45.00  |
| 6/16/2010  | EWS | Review and respond to emails from Receiver's office.                                         | 0.30<br>450.00/hr | 135.00 |
| 6/17/2010  | EWS | Phone call from Receiver's office to schedule meeting with Meyer.                            | 0.10<br>450.00/hr | 45.00  |
| 6/26/2010  | EWS | Review and respond to emails from Receiver, counsel.                                         | 0.40<br>450.00/hr | 180.00 |
| 6/28/2010  | EWS | Conference with counsel, Receiver's staff, CDCR staff re DPW bed issues.                     | 1.00<br>450.00/hr | 450.00 |
|            | EWS | Travel to Sacto for meeting.                                                                 | 1.60<br>450.00/hr | 720.00 |
|            | EWS | Travel from Sacto to office.                                                                 | 1.60<br>450.00/hr | 720.00 |
|            | EWS | Review and respond to emails from Receiver's office.                                         | 0.10<br>450.00/hr | 45.00  |
| 6/29/2010  | EWS | Review and respond to emails from Receiver's office.                                         | 0.20<br>450.00/hr | 90.00  |
|            | EWS | Travel to Sacto for meetings.                                                                | 1.50<br>450.00/hr | 675.00 |
|            | EWS | Meeting with Receiver's staff, CDCR re appeals issues.                                       | 1.50<br>450.00/hr | 675.00 |
|            | EWS | Travel to meeting with Chris Meyers.                                                         | 0.50<br>450.00/hr | 225.00 |
|            | EWS | Meeting with Chris Meyers.                                                                   | 0.50<br>450.00/hr | 225.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 6/29/2010 | EWS  Travel from Meyers' office to SF. | 1.70<br>450.00/hr | 765.00 |
|  | For professional services rendered | 20.70 | $9,192.50 |
|  | Additional Charges : |  |  |
| 6/30/2010 | Parking in Sacramento |  | 8.00 |
|  | Parking |  | 3.75 |
|  | parking |  | 8.00 |
|  | Parking |  | 6.50 |
|  | Conference call 6/3 |  | 12.37 |
|  | Total additional charges |  | $38.62 |
|  | Total amount of this bill |  | $9,231.12 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| August P. Gugelmann - Associate | 0.70 | 275.00 | $192.50 |
| Edward W. Swanson | 20.00 | 450.00 | $9,000.00 |