PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

BINGHAM McCUTCHEN
WARREN E. GEORGE – 53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB – 136101
2212 Sixth Street
Berkeley, California 94710-2219
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
HOLLY M. BALDWIN - 191317
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXTENDING TIME IN WHICH<br>PLAINTIFFS MAY MOVE TO COMPEL<br>COMPENSATION AT 2010 RATES** |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees (the "Periodic Fees Order").

Pursuant to the Periodic Fees Order, certain fees remain in dispute from the First Quarter of 2010. The parties completed their meet-and-confer process on July 7, 2010 as to the number of hours and costs incurred, but not as to 2010 hourly rates for Plaintiffs' counsel.

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH PLAINTIFFS MAY MOVE TO COMPEL COMPENSATION AT 2010 RATES  CASE NO. C94 2307 CW

[389661-1]

WHEREAS, pursuant to the Periodic Fees Order, motions to compel disputed rates are generally due thirty days after the completion of the First Quarter meet and confer; and

WHEREAS, Plaintiffs' Motion to Compel Compensation at 2010 Rates is currently due to be filed on or about August 6, 2010;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Plaintiffs' Motion to Compel Compensation at 2010 Rates shall be filed on or before August 20, 2010.

Dated:  July 26, 2010    ROSEN, BIEN & GALVAN, LLP

By:  /s/ Holly M. Baldwin
     Holly M. Baldwin
     Attorneys for Plaintiffs

Dated:  July 28, 2010

By:  /s/ Jay Russell
     Jay Russell
     Attorneys for Defendants

**IT IS SO ORDERED.**

DATED:  7/30/2010

THE HONORABLE CLAUDIA WILKEN
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH PLAINTIFFS MAY MOVE TO COMPEL COMPENSATION AT 2010 RATES  CASE NO. C94 2307 CW

[389661-1]