Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

August 18, 2010

Invoice #17141

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/12/2010 | EWS | Review and respond to emails re meeting. Review emails re wheelchair module. | 0.10<br>450.00/hr | 45.00 |
| 7/13/2010 | EWS | Review information from counsel. Contact counsel, Receiver's office. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review CMC statement. Review documents from Receiver provided in advance of ADA Cmte meeting. | 0.50<br>450.00/hr | 225.00 |
| 7/15/2010 | EWS | Meeting with ADA Committee. Meeting with sub-group following meeting. | 2.50<br>450.00/hr | 1,125.00 |
|  | EWS | Travel to Sacto for meeting. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Travel from Sacto to office following meeting. | 1.70<br>450.00/hr | 765.00 |
| 7/20/2010 | EWS | Review agenda, minutes, action items. Contact Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 7/21/2010 | EWS | Review proposal for documented effective communication. | 0.30<br>450.00/hr | 135.00 |
| 7/22/2010 | EWS | Phone call to D. Runnels. Contact counsel by email. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Phone call to Receiver's staff re EC tracking. | 0.30<br>450.00/hr | 135.00 |

Armstrong

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2010 | EWS | Review minutes of ADA Cmte meeting. Review proposed agenda items. Review emails between counsel. Contact counsel. | 0.30 450.00/hr | 135.00 |
| 7/26/2010 | EWS | Preparation for conference call. Conference call with counsel. | 0.60 450.00/hr | 270.00 |
| 7/27/2010 | EWS | Travel to Sacto meeting. | 1.50 450.00/hr | 675.00 |
| | EWS | Travel from Sacto to office. | 1.70 450.00/hr | 765.00 |
| | EWS | Meeting with court representatives. | 2.60 450.00/hr | 1,170.00 |
| | EWS | Review and respond to emails from Receiver's office. | 0.10 450.00/hr | 45.00 |
| 7/29/2010 | EWS | Review material for call to Receiver's staff. Call to staff. | 0.10 450.00/hr | 45.00 |
| | | For professional services rendered | 14.90 | $6,705.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 7/9/2010 | Western Messenger | 29.63 |
| 7/19/2010 | Western Messenger. 7/19/2010. ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT, e-filed 7/16/2010. | 35.88 |
| 7/27/2010 | Sacramento parking. | 9.50 |
| 7/31/2010 | Sacramento parking. 6/28/2010 | 5.00 |
| | Sacramento parking. 6/29/2010. | 5.00 |
| | Total additional charges | $85.01 |
| | Total amount of this bill | $6,790.01 |

| Name | Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|---|
| Edward W. Swanson | | 14.90 | 450.00 | $6,705.00 |