| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>REBEKAH EVENSON – 207825<br>PENNY GODBOLD – 226925<br>MEGAN HAGLER – 230628<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621<br><br>DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB – 136101<br>2212 Sixth Street<br>Berkeley, California 94710<br>Telephone: (510) 644-2555<br><br>ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California 94104-1823<br>Telephone: (415) 433-6830<br><br>Attorneys for Plaintiffs | EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL – 122626<br>Supervising Deputy Attorney General<br>SCOTT J. FEUDALE – 242671<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5717<br>Email: Jay.Russell@doj.ca.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**STIPULATION REGARDING UPCOMING CASE MANAGEMENT CONFERENCE**<br><br>Date:  September 7, 2010<br>Time:  1:30 p.m.<br>Dept:  Courtroom 2, Fourth Floor<br>Judge: Honorable Claudia Wilken |

This case is currently set for a Case Management Conference on September 7, 2010. In an attempt to resolve disputed issues short of Court intervention, defendants have requested that plaintiffs agree to postpone the September 7 date. Based on recent productive meetings which have served to advance the resolution of disputed issues, plaintiffs have agreed. Accordingly the parties hereby stipulate to vacate the September 7 Case Management

1

STIPULATION REGARDING UPCOMING CASE MANAGEMENT CONFERENCE – CASE NO. C94 2307 CW

1 Conference. The parties further request that the Court set the next Case Management
2 Conference for Tuesday, November 9, at 1:30 p.m., or Tuesday, November 16, at 1:30 p.m.
3        IT IS SO STIPULATED.
4 Dated: August 23, 2010                    PRISON LAW OFFICE

                                           /s/
                                           By:  Sara Norman
                                                Attorneys for Plaintiffs


                                           EDMUND G. BROWN JR.,
                                           Attorney General of the State of California

                                           /s/
                                           By:  Jay C. Russell
                                                Deputy Attorney General
                                                Attorneys for Defendants


**IT IS SO ORDERED.** The next Case Management Conference will be
Tuesday, November 16, 2010 .


Dated:  8/24/2010           By:  [signature: Claudia Wilken]
                                 THE HONORABLE CLAUDIA WILKEN
                                 UNITED STATES DISTRICT JUDGE