EDMUND G. BROWN JR.
Attorney General of California
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
DANIELLE F. O'BANNON
Deputy Attorney General
State Bar No. 207095
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5735
 Fax:  (415) 703-5843
 E-mail:  Danielle.OBannon@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER et. al.,**<br><br>Defendants. | C 94 2307 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO COMPEL**<br><br>Date:         September 30, 2010<br>Time:        2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Judge        The Honorable Claudia Wilken |

The hearing on Plaintiffs' Motion to Compel Compensation at 2010 rates is set for September 30, 2010.  In an attempt to resolve the disputed issues short of Court intervention, the parties have agreed to participate in mediation.  Accordingly, the parties stipulate that the September 30, 2010 hearing may be continued, and request that the Court set a new hearing date of October 28, 2010.  Defendants' opposition to Plaintiffs' motion shall be due on or before October 7, 2010, and any reply may be filed on or before October 14, 2010.

**IT IS SO STIPULATED.**

1

Stip. Continue Hearing Mot. Compel Compensation  (C 94 2307 CW)

| | | |
|---|---|---|
| 1 | Dated:  September 9, 2010 | EDMUND G. BROWN JR.<br>Attorney General of California |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Jay Russell<br>JAY C. RUSSELL<br>Attorneys for Defendants |
| 5 | | |
| 6 | | |
| 7 | Dated:  September 9, 2010 | ROSEN, BIEN & GALVAN, LLP |
| 8 | | |
| 9 | | By:/s/ Ernest Galvan<br>Ernest Galvan<br>Attorneys for Defendants |

**IT IS SO ORDERED, except that the hearing is continued to 11/16/10 at 1:30 p.m.**

DATED:  9/13/2010                    _____
                                     THE HONORABLE CLAUDIA WILKEN
                                     United States District Judge

CF1997CS0005
40462075.doc

2

Stip. Continue Hearing Mot. Compel Compensation  (C 94 2307 CW)