Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


September 16, 2010


Invoice #17267


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 8/1/2010 EWS | Review and respond to emails from Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 8/3/2010 EWS | Review response from plaintiffs re appeal procedures. | 0.30<br>450.00/hr | 135.00 |
| EWS | Meeting with K. Webb re appeals, shower issues. | 0.70<br>450.00/hr | 315.00 |
| EWS | Travel to meeting with Webb (remainder of time billed to other client). | 1.00<br>450.00/hr | 450.00 |
| 8/9/2010 EWS | Review and respond to emails from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 8/17/2010 EWS | Conference with HITEC Cmte. | 1.60<br>450.00/hr | 720.00 |
| 8/23/2010 EWS | Review and file documents. Outline outstanding items. | 0.50<br>450.00/hr | 225.00 |
| 8/24/2010 EWS | Review and respond to emails from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 8/26/2010 EWS | Review and respond to emails from Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 8/31/2010 EWS | Conference with Receiver's office. | 0.90<br>450.00/hr | 405.00 |

Armstrong

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/31/2010 | EWS | Review and respond to emails from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| | | For professional services rendered | 5.70 | $2,565.00 |
| | | Additional Charges : | | |
| 8/23/2010 | | Western Messenger. Administrative Motion and [Proposed] Order for Payment. | | 53.81 |
| | | Total additional charges | | $53.81 |
| | | Total amount of this bill | | $2,618.81 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 5.70 | 450.00 | $2,565.00 |