PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

BINGHAM McCUTCHEN
WARREN E. GEORGE – 53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA D. KILB – 136101
2212 Sixth Street
Berkeley, California 94710-2219
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants. | Case No. C94 2307 CW<br><br>**STIPULATION AND ORDER CONTINUING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL COMPENSATION**<br><br>Date: November 16, 2010<br>Time: 2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Judge: The Honorable Claudia Wilken |

STIPULATION AND ORDER CONTINUING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL COMPENSATION, CASE NO. C94 2307 CW

[404883-1]

The hearing on Plaintiffs' Motion to Compel Compensation at 2010 rates is set for November 16, 2010.  Defendants' opposition brief is due to be filed on October 7, 2010, and Plaintiffs' reply, if any, is due to be filed on October 14, 2010.   In an attempt to resolve the disputed issues short of Court intervention, the parties have agreed to participate in mediation.  Accordingly, the parties stipulate that the November 16, 2010 hearing may be continued, and request that the Court set a new hearing date of February 24, 2011. Defendants' opposition to Plaintiffs' motion shall be filed no later than January 7, 2011, and any reply may be filed no later than January 20, 2011.

IT IS SO STIPULATED.

Dated:  September 28, 2010         ROSEN, BIEN & GALVAN, LLP

By:   */s/ Maria V. Morris*
    Maria V. Morris
    Attorneys for Plaintiffs

Dated:  September 27, 2010

By:   */s/ Jay Russell*
    Jay Russell
    Attorneys for Defendants

**IT IS SO ORDERED.**

DATED:  **10/4/2010**

THE HONORABLE CLAUDIA WILKEN
United States District Judge

---

1
STIPULATION AND ORDER CONTINUING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL COMPENSATION,

[404883-1]