IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

No. C 94-2307 CW

ORDER ON BRIEFING FOR ATTORNEYS' FEES INCURRED ON APPEAL

    The Ninth Circuit has granted the requests of Plaintiffs John Armstrong, et al., to transfer consideration of attorneys' fees and expenses in Case Nos. 07-17342 and 09-16716 to this Court.

    Accordingly, within twenty-one days of the date of this Order, Plaintiffs shall file, in a consolidated motion, their request for attorneys' fees and expenses incurred in Case Nos. 07-17342 and 09-16716.  The opposition of Defendants Arnold Schwarzenegger, et al., shall be due fourteen days thereafter, and any reply shall be due seven days after that.  Plaintiffs' consolidated motion will be taken under submission on the papers.

    IT IS SO ORDERED.

Dated: 10/7/2010

                              CLAUDIA WILKEN
                              United States District Judge