Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


October 08, 2010


Invoice #17370


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2010 | EWS | Review and edit minutes. Review draft agenda, proposed agenda. | 0.40<br>450.00/hr | 180.00 |
| 9/3/2010 | EWS | Draft email to counsel re meeting. Draft emails to coordinators re scheduling. Draft emails to Receiver's office re meetings, information requests. | 0.60<br>450.00/hr | 270.00 |
| 9/7/2010 | EWS | Review and respond to emails from Receiver's office. Prepare for call with counsel. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Travel to Sacto for coordination meeting. Call with counsel, CDCR. Call to Receiver's office. | 2.00<br>450.00/hr | 900.00 |
|  | EWS | Meeting of court coordination committee. Meeting afterwards with Receiver's staff. | 2.60<br>450.00/hr | 1,170.00 |
|  | EWS | Travel from Sacto to office. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Review 9th Cir. decision. Contact court re meeting. Contact court reps. | 0.50<br>450.00/hr | 225.00 |
| 9/8/2010 | EWS | Travel to court for court coordination meeting. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Review news on decision. Review Perez decision. Confer with court clerk. Prepare for meeting. | 0.60<br>450.00/hr | 270.00 |
|  | EWS | Court coordination meeting. Confer with court reps. | 0.80<br>450.00/hr | 360.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 9/8/2010 | EWS | Travel from meeting to office. | 0.50<br>450.00/hr | 225.00 |
| 9/9/2010 | EWS | Draft and respond to emails from Receiver's office, counsel. | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Phone call to K. Webb. Call to K. Baker. | 0.60<br>450.00/hr | 270.00 |
| 9/10/2010 | EWS | Review and respond to emails from Receiver's staff. | 0.10<br>450.00/hr | 45.00 |
| 9/14/2010 | EWS | Phone call with HITEC staff. | 0.60<br>450.00/hr | 270.00 |
| 9/15/2010 | EWS | Phone call from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Conference with Receiver's staff, consultants. | 1.10<br>450.00/hr | 495.00 |
| 9/16/2010 | EWS | Review and forward information to Receiver. | 0.10<br>450.00/hr | 45.00 |
| 9/20/2010 | EWS | Draft and respond to emails from Receiver re meetings. | 0.20<br>450.00/hr | 90.00 |
| 9/21/2010 | EWS | Review material in advance of Abt call. Abt call. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Conference with Receiver's staff re ADA meeting. | 0.90<br>450.00/hr | 405.00 |
| 9/22/2010 | EWS | Travel to Sacto for meetings with counsel, Receiver's office. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Meeting with Receiver, CDCR staff re CCFs. | 1.00<br>450.00/hr | 450.00 |
|  | EWS | Meeting with ADA disability committee. | 2.00<br>450.00/hr | 900.00 |
|  | EWS | Travel from Sacto to office. Conference call with Receiver's staff. Call with K. Webb. | 1.60<br>450.00/hr | 720.00 |
| 9/28/2010 | EWS | Conference with associate re protective order. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review information from special master. Review and respond to emails re survey. | 0.20<br>450.00/hr | 90.00 |

Armstrong

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 22.60 | $10,170.00 |

Additional Charges :

| | | |
|---|---|---|
| 9/20/2010 Western Messenger. | | 29.63 |
| Total additional charges | | $29.63 |
| Total amount of this bill | | $10,199.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 22.60 | 450.00 | $10,170.00 |