PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA D. KILB – 136101
2212 Sixth Street
Berkeley, California 94710-2219
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

BINGHAM McCUTCHEN
WARREN E. GEORGE – 53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
HOLLY M. BALDWIN – 191317
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. C94 2307 CW <br><br> **STIPULATION AND ORDER RE PROCEDURE FOR RESOLVING ATTORNEY'S FEES INCURRED ON APPEAL** |

WHEREAS, on March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees (the "Periodic Fees Order");

WHEREAS, Defendants filed an appeal to the Ninth Circuit Court of Appeals, Case No. 07-17342, regarding this Court's Denial of Reconsideration with respect to a Motion to Enforce the September 11, 2007 Enforcement Order, which was resolved by the Ninth Circuit's Memorandum Order issued on September 7, 2010;

WHEREAS, Defendants filed an appeal to the Ninth Circuit Court of Appeals, Case No. 09-16716, regarding this Court's July 9, 2010 minute order concerning the modification of local operating procedures for the provision of accommodations to hearing impaired prisoners at individual institutions of the California Department of Corrections and Rehabilitation, which was resolved by the Ninth Circuit's Memorandum Order issued on August 12, 2010;

WHEREAS, the Ninth Circuit has granted Plaintiffs' requests to transfer consideration of attorney's fees and expenses in Case Nos. 07-17342 and 09-16716 to this Court;

WHEREAS, on October 7, 2010 this Court issued an Order on Briefing for Attorneys' Fees Incurred on Appeal (Docket No. 1785), setting a schedule for consolidated briefing on Plaintiffs' request for attorney's fees and expenses incurred in Case Nos. 07-17342 and 09-16716; and

WHEREAS, the parties seek to resolve their differences in the most efficient manner possible and reduce the burden on the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The briefing schedule set in this Court's Order on Briefing for Attorneys' Fees Incurred on Appeal (Docket No. 1785) shall be vacated;

2. Plaintiffs shall seek their attorney's fees and expenses incurred in Case Nos. 07-17342 and 09-16716 by submitting them to Defendants as part of the quarterly periodic fees process pursuant to the Periodic Fees Order;

1
STIPULATION AND ORDER RE PROCEDURE FOR RESOLVING ATTORNEY'S FEES INCURRED ON APPEAL, CASE NO. C94 2307 CW
[408360-1]

3. Pursuant to the Periodic Fees Order, Defendants shall have an opportunity to object to Plaintiffs' claimed fees and expenses, and the parties will attempt to resolve any disputes regarding Plaintiffs' claims;

4. If the parties are unable to resolve disputes regarding Plaintiffs' claims for attorney's fees and expenses incurred in Case Nos. 07-17342 and 09-16716, then Plaintiffs may file a motion to compel before this Court, within 60 days after completion of the parties' meet-and-confer process; and

5. The previously set deadline on motions to compel regarding 2008 fees and costs pursuant to the Stipulation and Order entered on May 21, 2009 (Docket No. 1480) shall be superseded by this Stipulation and Order.

Dated: October 18, 2010                ROSEN, BIEN & GALVAN, LLP

                                       By: */s/ Holly M. Baldwin*
                                           Holly M. Baldwin
                                           Attorneys for Plaintiffs

Dated: October 18, 2010                EDMUND G. BROWN JR.,
                                       Attorney General of the State of California

                                       By: */s/ Jay C. Russell*
                                           Jay C. Russell
                                           Deputy Attorney General
                                           Attorneys for Defendants

IT IS SO ORDERED.

Dated: **10/25/2010**

                                       _____
                                       The Honorable Claudia Wilken
                                       United States District Judge