PRISON LAW OFFICE
DONALD SPECTER–83925
SARA NORMAN–189536
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704

BINGHAM McCUTCHEN
WARREN E. GEORGE–53588
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB–136101
2212 Sixth Street
Berkeley, California  94710-2219
Telephone:  (510) 644-2555
Facsimile:   (510) 841-8645

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN–096891
ERNEST GALVAN–196065
GAY CROSTHWAIT GRUNFELD–121944
HOLLY M. BALDWIN–191317
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEY'S FEES AND COSTS FOR THE SECOND QUARTER OF 2010** |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, Plaintiffs served by overnight delivery their Second Quarterly Statement for 2010 on Defendants on August 17, 2010.  Defendants responded on September 23, 2010.  The parties completed their meet-and-confer process on October 6, 2010 as to number of hours and costs incurred, but not as to Plaintiffs' claim to 2010 hourly rates.

1

ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEY'S FEES AND COSTS FOR THE SECOND QUARTER OF 2010  CASE NO. C94 2307 CW

[407898-1]

Subject to resolution of the rates dispute, the parties agree that $639,491.37 of fees and costs incurred during the Second Quarter of 2010 are undisputed in the California Department of Corrections and Rehabilitation, Adult Operations and Adult Programs portion of the case. Attached hereto as Exhibit A is a chart setting forth the balance due for the Second Quarter of 2010, which will become due and owing forty-five days from the entry of this Order. Exhibit A also reflects the claimed fees that remain in dispute.

IT IS HEREBY ORDERED that $639,491.37 is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from September 18, 2010, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: **10/26/2010**

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*/s/ Jay C. Russell*                    DATED: October 12, 2010
Jay C. Russell
Deputy Attorney General
Attorney for Defendants

*/s/ Holly M. Baldwin*                  DATED: October 12, 2010
Holly M. Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

2
ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ADULT OPERATIONS AND ADULT PROGRAMS ATTORNEY'S FEES AND COSTS FOR THE SECOND QUARTER OF 2010  CASE NO. C94 2307 CW

[407898-1]