| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>SARA NORMAN – 189536<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:  (510) 280-2621<br>Facsimile:   (510) 280-2704 | BINGHAM McCUTCHEN<br>WARREN E. GEORGE – 53588<br>Three Embarcadero Center<br>San Francisco, California  94111-4066<br>Telephone:  (415) 393-2000<br>Facsimile:   (415) 393-2286 |
| DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB – 136101<br>2212 Sixth Street<br>Berkeley, California  94710-2219<br>Telephone:  (510) 644-2555<br>Facsimile:   (510) 841-8645 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY CROSTHWAIT GRUNFELD – 121944<br>HOLLY M. BALDWIN – 191317<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:  (415) 433-6830<br>Facsimile:   (415) 433-7104 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEY'S FEES AND COSTS FOR THE SECOND QUARTER OF 2010** |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, Plaintiffs served by overnight delivery their Second Quarterly Statement for 2010 on Defendants on August 17, 2010.  Defendants responded on September 23, 2010.  The parties completed their meet-and-confer process on October 6, 2010 as to number of hours and costs incurred, but not as to Plaintiffs' claim to 2010 hourly rates.

1
ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEY'S FEES AND COSTS FOR THE SECOND QUARTER OF 2010  CASE NO. C94 2307 CW

[407909-1]

1  Subject to resolution of the rates dispute, the parties agree that $127,388.29 for fees and
2  costs incurred during the Second Quarter of 2010 in the Board of Parole Hearings portion of
3  the case are undisputed. Attached hereto as Exhibit A is a chart setting forth the balance due
4  for the Second Quarter of 2010, which will become due and owing forty-five days from the
5  entry of this Order. Exhibit A also reflects the claimed fees that remain in dispute.

6  IT IS HEREBY ORDERED that $127,388.29 is due and collectable as of forty-five
7  days from the date of entry of this Order. Interest on these fees and costs will run from
8  September 18, 2010, accruing at the rate provided by 28 U.S.C. § 1961.

9  IT IS SO ORDERED.

11  DATED: **10/26/2010**  _____

   THE HONORABLE CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

13  APPROVED AS TO FORM:

15  */s/ Jay C. Russell*                        DATED:  October 12, 2010
   Jay C. Russell
   Deputy Attorney General
16  Attorney for Defendants

18  */s/ Holly M. Baldwin*                    DATED:  October 12, 2010
   Holly M. Baldwin
   Rosen, Bien & Galvan, LLP
19  Attorneys for Plaintiffs

2
ORDER CONFIRMING UNDISPUTED BOARD OF PAROLE HEARINGS ATTORNEY'S FEES AND COSTS FOR THE SECOND QUARTER OF 2010  CASE NO. C94 2307 CW

[407909-1]