1

PRISON LAW OFFICE
DONALD SPECTER – 83925
2  SARA NORMAN – 189536
1917 Fifth Street
3  Berkeley, California  94710-1916
Telephone:  (510) 280-2621
4  Facsimile:   (510) 280-2704

5  DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
6  LINDA KILB – 136101
2212 Sixth Street
7  Berkeley, California  94710-2219
Telephone:  (510) 644-2555
8  Facsimile:   (510) 841-8645

9  Attorneys for Plaintiffs

BINGHAM McCUTCHEN
WARREN E. GEORGE – 53588
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
HOLLY M. BALDWIN – 191317
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104

10

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA

13  OAKLAND DIVISION

14  JOHN ARMSTRONG, et al.,

15          Plaintiffs,

16  v.

17  ARNOLD SCHWARZENEGGER, et al.,

18          Defendants.

19

Case No. C94 2307 CW

**ORDER CONFIRMING UNDISPUTED
DIVISION OF ADULT PAROLE
OPERATIONS ATTORNEY'S FEES
AND COSTS FOR THE SECOND
QUARTER OF 2010**

20          On March 26, 1997, the District Court established procedures by which Plaintiffs are to

21  collect periodic attorneys' fees and costs in this case in connection with their work monitoring

22  Defendants' compliance with the Court's Orders and collecting fees.

23          Pursuant to these procedures, Plaintiffs served by overnight delivery their Second

24  Quarterly Statement for 2010 on Defendants on August 17, 2010.  Defendants responded on

25  September 23, 2010.  The parties completed their meet-and-confer process on October 6, 2010

26  as to number of hours and costs incurred, but not as to Plaintiffs' claim to 2010 hourly rates.

27

28

1

[407915-1]

1  Subject to resolution of the rates dispute, the parties agree that $58,504.00 for fees and

2  costs incurred during the Second Quarter of 2010 in the Division of Adult Parole Operations

3  portion of the case are undisputed.  Attached hereto as Exhibit A is a chart setting forth the

4  balance due for the Second Quarter of 2010, which will become due and owing forty-five days

5  from the entry of this Order.  Exhibit A also reflects the claimed fees that remain in dispute.

6  IT IS HEREBY ORDERED that $58,504.00 is due and collectable as of forty-five days

7  from the date of entry of this Order.  Interest on these fees and costs will run from

8  September 18, 2010, accruing at the rate provided by 28 U.S.C. § 1961.

9  IT IS SO ORDERED.

10

11  DATED: **10/26/2010**

12  THE HONORABLE CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

13  APPROVED AS TO FORM:

14

15  /s/ Jay C. Russell                              DATED:  October 12, 2010
   Jay C. Russell
16  Deputy Attorney General
   Attorney for Defendants

17

18  /s/ Holly M. Baldwin                         DATED:  October 12, 2010
   Holly M. Baldwin
19  Rosen, Bien & Galvan, LLP
   Attorneys for Plaintiffs

20

21

22

23

24

25

26

27

28

ORDER CONFIRMING UNDISPUTED DIVISION OF ADULT PAROLE OPERATIONS ATTORNEY'S FEES AND COSTS FOR THE SECOND
QUARTER OF 2010  CASE NO. C94 2307 CW

[407915-1]