Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

November 05, 2010

Invoice #17476

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/6/2010 | EWS | Review minutes and action items. Respond to emails re meetings. | 0.30<br>450.00/hr | 135.00 |
| 10/7/2010 | EWS | Review information from Receiver re CCFs. Respond with additional requests. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Conference with Receiver, Abt. | 1.30<br>450.00/hr | 585.00 |
| 10/8/2010 | EWS | Review and respond to emails from plaintiff, CDCR, Receiver. | 0.30<br>450.00/hr | 135.00 |
| 10/13/2010 | EWS | Review and respond to emails from court experts. | 0.10<br>450.00/hr | 45.00 |
| 10/14/2010 | EWS | Review and respond to emails from counsel, Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 10/17/2010 | EWS | Review and respond to emails from Receiver, court expert. | 0.20<br>450.00/hr | 90.00 |
| 10/20/2010 | EWS | Review and respond to emails from Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 10/22/2010 | EWS | Phone call from Receiver's staff re appeals, accountability, DECS. Contact counsel. | 0.80<br>450.00/hr | 360.00 |
|  | EWS | Preparation for meeting with counsel. Review and respond to emails from Receiver. | 0.20<br>450.00/hr | 90.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/24/2010 | EWS | Review material from Receiver's staff. Review action items, agenda. Prepare for call and meetings with staff. | 0.60<br>450.00/hr | 270.00 |
| 10/25/2010 | EWS | Preparation for meetings with Receiver. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Travel to Sacto for meetings. Confer with Receiver's staff. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Meeting re CCFs. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Conference with counsel. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Travel to meeting with Chris Meyers. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Meeting with Chris Meyers, ADA coordinator. | 1.00<br>450.00/hr | 450.00 |
|  | EWS | Travel from Sacto to office. | 1.70<br>450.00/hr | 765.00 |
|  | SP | Review Norman ltr, ARP. | 0.30<br>100.00/hr | 30.00 |
| 10/26/2010 | EWS | Travel to Central Fill for meeting. | 1.80<br>450.00/hr | 810.00 |
|  | EWS | Meeting with court representatives. Meeting with staff of HRC. Meeting with Receiver's staff. | 4.10<br>450.00/hr | 1,845.00 |
|  | EWS | Travel from Sacto to office. | 1.70<br>450.00/hr | 765.00 |
|  | SP | Scan in, OCR and forward excerpts of ARP to ES. | 0.10<br>100.00/hr | 10.00 |
| 10/27/2010 | EWS | Draft email to counsel. Review and respond to emails from Receiver re CCFs. | 0.60<br>450.00/hr | 270.00 |
|  |  | For professional services rendered | 18.70 | $8,275.00 |
|  |  | Additional Charges : |  |  |
| 10/13/2010 |  | Western Messenger |  | 29.63 |
| 10/31/2010 |  | Parking fee. 9/10/2010 |  | 11.00 |

|            |                         | Amount      |
|------------|-------------------------|-------------|
| 10/31/2010 | Parking fee. 9/22/2010  | 15.00       |
|            | Total additional charges | $55.63     |
|            | Total amount of this bill | $8,330.63 |
|            | Balance due             | $8,330.63   |

## Timekeeper Summary

| Name                       | Hours | Rate   | Amount    |
|----------------------------|-------|--------|-----------|
| Edward W. Swanson          | 18.30 | 450.00 | $8,235.00 |
| Samantha Potts - Paralegal | 0.40  | 100.00 | $40.00    |