Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


December 03, 2010


Invoice #17572


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2010 | EWS | Review and respond to emails from Receiver's staff re scheduling issues. | 0.20<br>450.00/hr | 90.00 |
| 11/2/2010 | EWS | Review material in advance of call with counsel. Conference call with counsel. | 0.80<br>450.00/hr | 360.00 |
| 11/3/2010 | EWS | Conference with CDCR, special master. | 0.30<br>450.00/hr | 135.00 |
| 11/5/2010 | EWS | Conference with counsel. Confer with office. | 0.20<br>450.00/hr | 90.00 |
| 11/9/2010 | EWS | Review CMC. Review CPHCS accountability proposal and plaintiffs' response. | 0.40<br>450.00/hr | 180.00 |
| 11/10/2010 | EWS | Conference with Receiver's office re ADA meeting. | 0.50<br>450.00/hr | 225.00 |
| 11/12/2010 | EWS | Conference with CDCR, Receiver re CCFs. Send info to Receiver. Send background docs to ADA facilities expert. | 0.70<br>450.00/hr | 315.00 |
| 11/15/2010 | EWS | Preparation for meetings. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Travel to Sacto for meetings. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Meeting with ADA committee. Meeting with Receiver's staff. Meeting w/ IT staff. | 2.80<br>450.00/hr | 1,260.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/15/2010 EWS | Travel to office from Sacto. Confer with staff re docs to Receiver's office. | 1.70<br>450.00/hr | 765.00 |
| 11/16/2010 EWS | Meeting with court. Email to counsel. | 0.60<br>450.00/hr | 270.00 |
| 11/18/2010 EWS | Review and respond to email from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 11/23/2010 EWS | Review and respond to emails from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 11/27/2010 EWS | Review information from special master. | 0.10<br>450.00/hr | 45.00 |
|  | For professional services rendered | 10.40 | $4,680.00 |

Additional Charges :

| | | |
|---|---|---|
| 11/10/2010 | Western Messenger. | 37.88 |
| 11/30/2010 | Parking on 10/25/2010 | 9.50 |
|  | Total additional charges | $47.38 |
|  | Total amount of this bill | $4,727.38 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 10.40 | 450.00 | $4,680.00 |