PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

BINGHAM McCUTCHEN
WARREN E. GEORGE – 53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB – 136101
2212 Sixth Street
Berkeley, California 94710-2219
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
HOLLY M. BALDWIN – 191317
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No. C94 2307 CW <br><br> **ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE THIRD QUARTER OF 2010, AND CONFIRMING RESOLUTION OF CERTAIN ATTORNEY'S FEES AND COSTS INCURRED ON APPEAL** |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on October 15, 2010 Plaintiffs served on Defendants their Third Quarterly Statement for 2010, by overnight delivery. Defendants responded on

1

[PROPOSED] ORDER CONFIRMING UNDISPUTED CDCR ATTORNEY'S FEES & COSTS FOR 3D QUARTER OF 2010, & CONFIRMING RESOLUTION OF CERTAIN ATTORNEY'S FEES & COSTS INCURRED ON APPEAL, CASE NO. C94 2307 CW

[452589-1]

December 9, 2010. The parties completed their meet-and-confer process on December 13, 2010 as to the number of hours and costs incurred, but not as to Plaintiffs' claim to 2010 hourly rates.

Pursuant to the Stipulation and Order Re Procedure for Resolving Attorney's Fees Incurred on Appeal (Docket No. 1794, entered October 25, 2010), on December 13, 2010 the parties also met and conferred regarding Plaintiffs' claims to fees and expenses incurred in Ninth Circuit Case Nos. 07-17342 and 09-16716, which were transferred to this Court.

As a result of the December 13, 2010 agreement, the parties agree to the following:

The parties agree to the payment of $571,972.64 for undisputed fees and costs incurred during the Third Quarter of 2010, for monitoring and fee collection activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims. Remaining in dispute is the difference between Plaintiffs' 2008 and 2010 rates for the undisputed hours incurred in Quarter Three of 2010, also reflected on Exhibit A.

The parties agree to the payment of $161,346.60 for undisputed fees and costs incurred during the Third Quarter of 2010, for monitoring and fee collection activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims. Remaining in dispute is the difference between Plaintiffs' 2008 and 2010 rates for the undisputed hours incurred in Quarter Three of 2010, also reflected on Exhibit B.

The parties agree to the payment of $59,381.45 for undisputed fees and costs incurred during the Third Quarter of 2010, for monitoring and fee collection activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims. Remaining in dispute is the difference between Plaintiffs' 2008 and 2010 rates for the undisputed hours incurred in Quarter Three of 2010, also reflected on Exhibit C.

2

[PROPOSED] ORDER CONFIRMING UNDISPUTED CDCR ATTORNEY'S FEES & COSTS FOR 3D QUARTER OF 2010, & CONFIRMING RESOLUTION OF CERTAIN ATTORNEY'S FEES & COSTS INCURRED ON APPEAL, CASE NO. C94 2307 CW

[452589-1]

The parties agree to the payment of $209,000.00 for the resolution of Plaintiffs' claims for Case Nos. 07-17342 and 09-16716.

The parties also agree that the amount of $12,119.38 in fees incurred during the Second Quarter of 2010 was undisputed as a result of the parties' Second Quarter meet-and-confer process, but that this amount was inadvertently omitted from the Second Quarter Orders due to a calculation error and shall now be paid.

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from November 18, 2010, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: **12/22/2010**

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*/s/ Jay C. Russell*                          DATED:  December 20, 2010
Jay C. Russell
Deputy Attorney General
Attorney for Defendants


*/s/ Holly M. Baldwin*                        DATED:  December 20, 2010
Holly M. Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

3

[PROPOSED] ORDER CONFIRMING UNDISPUTED CDCR ATTORNEY'S FEES & COSTS FOR 3D QUARTER OF 2010, & CONFIRMING RESOLUTION OF CERTAIN ATTORNEY'S FEES & COSTS INCURRED ON APPEAL, CASE NO. C94 2307 CW

[452589-1]