Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


January 06, 2011


Invoice #17672


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/2/2010 EWS | Conference call with counsel re CCFs. Review agenda items from counsel. Draft email to counsel. | 0.50<br>450.00/hr | 225.00 |
| 12/6/2010 EWS | Review and respond to emails from counsel, special master's staff. | 0.40<br>450.00/hr | 180.00 |
| 12/8/2010 EWS | Conference with HITEC committee. | 1.50<br>450.00/hr | 675.00 |
| 12/9/2010 EWS | Phone call with Receiver's staff. | 0.30<br>450.00/hr | 135.00 |
| 12/13/2010 EWS | Phone call to HITEC staff. | 0.40<br>450.00/hr | 180.00 |
| 12/17/2010 EWS | Phone call with Receiver's staff re audit tool. | 0.30<br>450.00/hr | 135.00 |
| 12/19/2010 EWS | Review Abt report. Edit and send comments. | 1.10<br>450.00/hr | 495.00 |
| 12/22/2010 EWS | Review information from Receiver's office, CDCR. | 0.20<br>450.00/hr | 90.00 |
| 12/23/2010 EWS | Conference with counsel re motions. | 0.50<br>450.00/hr | 225.00 |
| 12/29/2010 EWS | Review and respond to emails from Receiver's office. | 0.10<br>450.00/hr | 45.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 5.30 | $2,385.00 |

Additional Charges :

| | | |
|---|---|---|
| 12/31/2010 Parking on 11/15/2010. | | 8.00 |
| Conference call on 11/2/2010. | | 11.63 |
| Total additional charges | | $19.63 |
| Total amount of this bill | | $2,404.63 |
| Balance due | | $2,404.63 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 5.30 | 450.00 | $2,385.00 |