KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DANIELLE O'BANNON
Deputy Attorney General
SCOTT J. FEUDALE
Deputy Attorney General
State Bar No. 242671
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5871
 Fax:  (415) 703-5843
 E-mail:  Scott.Feudale@doj.ca.gov
*Attorneys for Defendants*

PRISON LAW OFFICE
REBEKAH EVENSON—207825
PENNY GODBOLD—226925
MEGAN HAGLER—230628
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL BIEN—096891
GAY C. GRUNFELD—121944
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR. et. al., <br><br> Defendants. | CASE NO. C 94 2307 CW <br><br> **STIPULATION TO CONTINUE THE JANUARY 25, 2011 STATUS CONFERENCE** <br><br> Date: January 25, 2011 <br> Time: 2:00 p.m. <br> Department: Courtroom 2, Fourth Floor <br> Judge: The Honorable Claudia Wilken |

A Status Conference is presently scheduled on January 25, 2010 at 2:00 p.m. In an attempt to resolve disputed issues short of Court intervention, the parties have agreed to meet and confer before the next Status Conference. Accordingly, the parties stipulate to continue the January 25, 2011 Status Conference for thirty days—until March 1, 2011 at 1:30 p.m.— or as

///

///

///

///

///

1

Stip. Cont. Case Management Conf. (C 94 2307 CW)

1  soon thereafter as the Court's calendar permits.

2  IT IS SO STIPULATED:

3  Dated: January 14, 2011                                KAMALA D. HARRIS
                                                         Attorney General of California
4

5                                                        /s/

6                                                        SCOTT J. FEUDALE
                                                         Deputy Attorney General
7                                                        *Attorneys for Defendants*

8

9  Dated: January 14, 2011                               PRISON LAW OFFICE

10

11                                                       /s/

12                                                       MEGAN HAGLER
                                                         *Attorneys for Plaintiffs*

13

14

15  IT IS SO ORDERED: The January 25, 2011 Status Conference is vacated. The next Status
    Conference will be held on **March 1, 2011 at 1:30 p.m.**

16

17

18  Dated: 1/19/2011                                     [signature]
                                                         THE HONORABLE CLAUDIA WILKEN
19                                                       United States District Judge

20

21  CF1997CS0005
    40478173.doc

22

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

Case Name:  **J. Armstrong v. Schwarzenegger, et al.**    No.    **C 94 2307 CW**

I hereby certify that on **January 14, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO CONTINUE THE JANUARY 25, 2011 STATUS CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 14, 2011,** at San Francisco, California.

|  M. Luna  |  /s/ M. Luna  |
|---|---|
| Declarant | Signature |

40478501.doc