PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

BINGHAM McCUTCHEN
WARREN E. GEORGE – 53588
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA D. KILB – 136101
3075 Adeline Street, Suite 210
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
HOLLY M. BALDWIN – 191317
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER RE PROCEDURE FOR RESOLVING ATTORNEY'S FEES INCURRED ON APPEAL** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants.[1] | |

---

[1] The names of Defendants currently serving and their capacities have been substituted pursuant to Fed. R. Civ. P. 25.

WHEREAS, on March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees (the "Periodic Fees Order");

WHEREAS, Defendants filed an appeal to the Ninth Circuit Court of Appeals, Case No. 09-17144, regarding this Court's Order requiring that Defendants develop a plan to track and accommodate *Armstrong* class members housed in county jails, which was resolved by the Ninth Circuit's Memorandum Order issued on September 7, 2010 and the Ninth Circuit's denial of Defendants' petition for rehearing en banc issued on December 28, 2010;

WHEREAS, the Ninth Circuit has granted Plaintiffs' request to transfer consideration of attorney's fees and expenses in Case No. 09-17144 to this Court; and

WHEREAS, the parties seek to resolve their differences in the most efficient manner possible and reduce the burden on the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiffs shall seek their claimed attorney's fees and expenses incurred in Case No. 09-17144 by submitting their claim to Defendants as part of the quarterly periodic fees process pursuant to the Periodic Fees Order;

2. Pursuant to the Periodic Fees Order, Defendants shall have an opportunity to object to Plaintiffs' claimed fees and expenses, and the parties will attempt to resolve any disputes regarding Plaintiffs' claims;

3. Defendants do not waive any objections to Plaintiffs' claimed expenses or costs based on the Ninth Circuit's order that each side shall bear its own costs; and

4. If the parties are unable to resolve disputes regarding Plaintiffs' claims for attorney's fees and expenses incurred in Case No. 09-17144, then Plaintiffs may file a motion

///
///
///
///

to compel before this Court, within 60 days after completion of the parties' meet-and-confer process.

Dated: January 18, 2011

ROSEN, BIEN & GALVAN, LLP

By: */s/ Holly M. Baldwin*
Holly M. Baldwin
Attorneys for Plaintiffs

Dated: January 18, 2011

KAMALA D. HARRIS,
Attorney General of the State of California

By: */s/ Jay C. Russell*
Jay C. Russell
Deputy Attorney General
Attorneys for Defendants

IT IS SO ORDERED.

Dated: **1/19/2011**

The Honorable Claudia Wilken
United States District Judge