IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>        Defendants.<br>_____/ | No. C 94-2307 CW<br><br>ORDER GRANTING IN PART PLAINTIFFS' MOTION TO SHORTEN TIME, GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT REPLY AND DENYING PLAINTIFFS' REQUEST FOR TELEPHONIC STATUS CONFERENCE (Docket Nos. 1828, 1833 and 1834) |

    Plaintiffs John Armstrong, et al., move to shorten time on the impending motion to compel of Defendants Edmund G. Brown, Jr., et al.[1]  Defendants oppose Plaintiffs' motion to shorten time. Plaintiffs also move for leave to file a reply in support of their motion to shorten time and for a telephonic status conference.

    The Court GRANTS Plaintiffs' motion to file a reply in support of their motion to shorten time (Docket No. 1833) and GRANTS in part their motion to shorten time (Docket No. 1828).  If Defendants wish to file a motion to compel, they must do so by February 16, 2011 in a brief not to exceed five pages.  Plaintiffs' opposition to Defendants' motion to compel and their cross-motion for a protective order, if they wish to so move, shall be due February

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk shall substitute Governor Edmund G. Brown, Jr. for former governor Arnold Schwarzenegger in this action.  Brown has succeeded Schwarzenegger as Governor of California.

22, 2011 and be contained in a brief not to exceed five pages. Defendants' reply in support of their motion to compel and opposition to any cross-motion for a protective order shall be due February 24, 2011 and be contained in a brief not to exceed two pages. The motions will not be referred to a magistrate judge; the Court will decide the motions on the papers.

In accordance with the Court's Order of January 5, 2011, Defendants' opposition to Plaintiffs' Motion to Compel Compensation at Plaintiffs' Counsel's Reasonable 2010 Hourly Rates is due March 8, 2011. This deadline will not be extended. If necessary and if they are granted additional discovery, Defendants will be allowed to supplement their opposition. Plaintiffs' reply is due March 21, 2011. This motion will be decided on the papers.

The Court DENIES Plaintiffs' motion for a telephonic status conference regarding the parties' current discovery disputes. (Docket No. 1834.) A status conference will be held March 1, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 2/10/2011

CLAUDIA WILKEN
United States District Judge

2