Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


February 04, 2011


Invoice #17766


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2011 | EWS | Review and edit minutes.  Send items for agenda.  Review info re construction. | 0.50<br>450.00/hr | 225.00 |
| 1/10/2011 | EWS | Review documents in advance of coordination meeting. | 0.30<br>450.00/hr | 135.00 |
| 1/11/2011 | EWS | Review Abt study. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Travel to coordination meeting. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Meeting with Receiver's staff before and after coordination meeting.  Coordination meeting. | 2.60<br>450.00/hr | 1,170.00 |
|  | EWS | Travel from Sacto to office. | 1.90<br>450.00/hr | 855.00 |
| 1/12/2011 | EWS | Travel to court for meeting. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Conference with court.  Further conference with staff. | 1.10<br>450.00/hr | 495.00 |
|  | EWS | Travel from court to office. | 0.60<br>450.00/hr | 270.00 |
| 1/13/2011 | EWS | Review and respond to email from counsel.  Prepare for call w/ Receiver's office. | 0.40<br>450.00/hr | 180.00 |

|            |     |                                                                                         | Hrs/Rate        | Amount    |
|------------|-----|-----------------------------------------------------------------------------------------|-----------------|-----------|
| 1/13/2011  | EWS | Phone call to Receiver's office.                                                        | 0.60 450.00/hr  | 270.00    |
| 1/14/2011  | EWS | Review and respond to emails from counsel, Receiver's office.                           | 0.10 450.00/hr  | 45.00     |
| 1/20/2011  | EWS | Conference with call with counsel.                                                      | 0.40 450.00/hr  | 180.00    |
| 1/25/2011  | EWS | Review and respond to ADA Cmte mailing from K. Webb. Call from K. Webb.                 | 0.40 450.00/hr  | 180.00    |
|            | EWS | Review and respond to email re monitoring questions.                                    | 0.10 450.00/hr  | 45.00     |
| 1/28/2011  | EWS | Review and respond to emails from Receiver's office.                                    | 0.30 450.00/hr  | 135.00    |
| 1/29/2011  | EWS | Review and edit minutes, action items.                                                  | 0.30 450.00/hr  | 135.00    |
| 1/31/2011  | EWS | Review response to questions from Receiver's staff.                                     | 0.20 450.00/hr  | 90.00     |

| For professional services rendered | 12.30 | $5,535.00 |
|---|---|---|

Additional Charges :

| 1/12/2011 | Western Messenger. Administrative Motion and [Proposed] Order for Payment. | 29.63 |
|---|---|---|

| Total additional charges | $29.63 |
|---|---|

| Total amount of this bill | $5,564.63 |
|---|---|

Accounts receivable transactions

| 1/18/2011 | Credit to correct billing error. Slip on 12/23/2010: "Conference with counsel re motions" was billed in error. | ($225.00) |
|---|---|---|

| Balance due | $5,339.63 |
|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 12.30 | 450.00 | $5,535.00 |