| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>SCOTT J. FEUDALE<br>Deputy Attorney General<br>State Bar No. 242671<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-5871<br>  Fax: (415) 703-5843<br>  E-mail: Scott.Feudale@doj.ca.gov<br>*Attorneys for Defendants* | SANFORD JAY ROSEN<br>ROSEN, BIEN, & GALVAN, LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-6380<br>Fax: (415) 433-7104<br>Email: srosen@rbg-law.com<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>                                        Plaintiffs,<br><br>         v.<br><br>**EDMUND G. BROWN JR. et. al.,**<br><br>                                        Defendants. | Case No. C 94 2307 CW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING THE BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO COMPEL COMPENSATION** |

On January 3, 2011, the Court granted Defendants' request for a sixty-day extension of time to file their opposition to Plaintiffs' motion to compel compensation so that they may conduct discovery. (Docket No. 1817)  Defendants' opposition is currently due on March 8, 2011 and Plaintiffs' reply on March 21, 2011. (*Id.*)  After the filing of Plaintiffs' reply, the motion shall be submitted on the papers. (*Id.*)

During the month of February, Defendants filed a motion to compel further discovery responses and Plaintiffs moved for a protective order prohibiting further discovery. (Docket Nos.

1

1840, 1844.) On March 1, 2011, a case management conference was held. During the conference, the Court stated that it was denying Defendants' motion to compel discovery and granting Plaintiffs' motion for a protective order. The Court further stated that it would allow Plaintiffs leave to supplement the declarations supporting their fees motion, and that if Plaintiffs filed such supplemental declarations they might provide Defendants a reasonable extension of time to review the new evidence and supplement their opposition accordingly. Following the conference, the Court issued an order requiring Plaintiffs to file and serve any supplemental declarations no later than March 4, 2011. (Docket No. 1847.)

Plaintiffs intend to supplement their evidence in accordance with the Court's order. In light of their decision, the parties agree to extend the briefing schedule as follows: Defendants' opposition shall be filed on or before March 22, 2011. Plaintiffs' reply, if any, shall be filed on or before April 11, 2011. Following the expiration of deadline for the filing of Plaintiffs' reply, the motion will be deemed submitted and shall be decided on the papers.

IT IS SO STIPULATED:

[481466-1]

| | | |
|---|---|---|
| 1 | Dated:  March 4, 2011 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | | |
| 3 | | /s/<br>SCOTT J. FEUDALE |
| 4 | | Deputy Attorney General<br>*Attorneys for Defendants* |
| 5 | | |
| 6 | Dated: March 3, 2011 | ROSEN, BIEN, & GALVAN, LLP |

By:_____/s/_____
  SANFORD J. ROSEN
  *Attorneys for Plaintiffs*

IT IS SO ORDERED:

Dated: March 4, 2011

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge

CF1997CS0005
40486463.doc