PRISON LAW OFFICE
DONALD SPECTER – 83925
SARA NORMAN – 189536
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:  (510) 280-2704

BINGHAM McCUTCHEN
WARREN E. GEORGE – 53588
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB – 136101
2212 Sixth Street
Berkeley, California  94710-2219
Telephone:  (510) 644-2555
Facsimile:  (510) 841-8645

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
HOLLY M. BALDWIN – 191317
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FOURTH QUARTER OF 2010, AND CONFIRMING RESOLUTION OF CERTAIN ATTORNEY'S FEES AND COSTS INCURRED ON APPEAL** |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on January 26, 2011 Plaintiffs served on Defendants their Fourth Quarterly Statement for 2010, by overnight delivery. The parties completed their meet-

1

[PROPOSED] ORDER CONFIRMING UNDISPUTED CDCR ATTORNEY'S FEES & COSTS FOR FOURTH QUARTER 2010, & CONFIRMING RESOLUTION OF CERTAIN ATTORNEY'S FEES & COSTS INCURRED ON APPEAL, CASE NO. C94 2307 CW

[481484-1]

1  and-confer process on March 3, 2011 as to the number of hours and costs incurred, but not as
2  to Plaintiffs' claim to 2010 hourly rates.

3      Pursuant to the Stipulation and Order Re Procedure for Resolving Attorney's Fees
4  Incurred on Appeal (Docket No. 1827, entered January 19, 2011), on March 3, 2011 the parties
5  also met and conferred regarding Plaintiffs' claims to fees and expenses incurred in Ninth
6  Circuit Case No. 09-17144, which were transferred to this Court.

7      As a result of the March 3, 2011 agreement, the parties agree to the following:

8      The parties agree to the payment of $624,143.97 for undisputed fees and costs incurred
9  during the Fourth Quarter of 2010, for monitoring and fee collection activities in the California
10 Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs
11 (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the
12 fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these
13 claims. Remaining in dispute is the difference between Plaintiffs' 2008 and 2010 rates for the
14 undisputed hours incurred in Quarter Four of 2010, also reflected on Exhibit A.

15      The parties agree to the payment of $197,340.35 for undisputed fees and costs incurred
16 during the Fourth Quarter of 2010, for monitoring and fee collection activities in the Board of
17 Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting
18 forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle
19 these claims. Remaining in dispute is the difference between Plaintiffs' 2008 and 2010 rates
20 for the undisputed hours incurred in Quarter Four of 2010, also reflected on Exhibit B.

21      The parties agree to the payment of $49,025.00 for undisputed fees and costs incurred
22 during the Fourth Quarter of 2010, for monitoring and fee collection activities in the Division
23 of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are
24 charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the
25 parties to settle these claims. Remaining in dispute is the difference between Plaintiffs' 2008
26 and 2010 rates for the undisputed hours incurred in Quarter Four of 2010, also reflected on
27 Exhibit C.
28

[PROPOSED] ORDER CONFIRMING UNDISPUTED CDCR ATTORNEY'S FEES & COSTS FOR FOURTH QUARTER 2010, & CONFIRMING RESOLUTION OF CERTAIN ATTORNEY'S FEES & COSTS INCURRED ON APPEAL, CASE NO. C94 2307 CW

[481484-1]

The parties agree to the payment of $250,000.00 for the resolution of Plaintiffs' claims for Ninth Cir. Case No. 09-17144.

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from February 28, 2011, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: __3/09/2011_____   _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*/s/ Jay C. Russell*                           DATED:  March 4, 2011
Jay C. Russell
Deputy Attorney General
Attorney for Defendants


*/s/ Holly M. Baldwin*                        DATED:  March 4, 2011
Holly M. Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs