Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


March 04, 2011


Invoice #17896


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2011 | EWS | Conference call with coordinating group, Receiver's staff. | 0.60<br>450.00/hr | 270.00 |
| 2/10/2011 | EWS | Review agenda items. Conference call with counsel. | 0.70<br>450.00/hr | 315.00 |
| 2/15/2011 | EWS | Review material in advance of con call. Contact counsel. Court coordination meeting. | 1.40<br>450.00/hr | 630.00 |
|  | EWS | Phone call from Coleman special master. | 0.20<br>450.00/hr | 90.00 |
| 2/16/2011 | EWS | Preparation for call w/ Receiver's staff. Call to Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review and respond to emails from Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 2/19/2011 | EWS | Review and respond to email from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 2/21/2011 | EWS | Draft email to counsel. Review reports, info from Receiver and special master. | 0.40<br>450.00/hr | 180.00 |
| 2/22/2011 | EWS | Review CMC stmt. Confer with Receiver, counsel. | 0.40<br>450.00/hr | 180.00 |
| 2/23/2011 | EWS | Review and respond to emails from Receiver. | 0.10<br>450.00/hr | 45.00 |

Armstrong

Page    2

|  | Hours | Amount |
|---|---:|---:|
| For professional services rendered | 4.30 | $1,935.00 |

Additional Charges :

| | | |
|---|---|---:|
| 2/15/2011 | Western Messenger. | 37.88 |
| 2/28/2011 | Parking charge on 1/12/2011. | 13.00 |
| | Total additional charges | $50.88 |
| | Total amount of this bill | $1,985.88 |
| | Balance due | $1,985.88 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward W. Swanson | 4.30 | 450.00 | $1,935.00 |