PRISON LAW OFFICE
DONALD SPECTER – 83925
REBEKAH EVENSON – 207825
PENNY GODBOLD – 226925
MEGAN HAGLER – 230628
1917 Fifth Street
Berkeley, California  94710
Telephone:  (510) 280-2621

DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
LINDA KILB – 136101
2212 Sixth Street
Berkeley, California  94710
Telephone:  (510) 644-2555

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830

Attorneys for Plaintiffs

KAMALA D. HARRIS
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
JAY C. RUSSELL – 122626
Supervising Deputy Attorney General
SCOTT J. FEUDALE – 242671
Deputy Attorney General
DANIELLE F. O'BANNON – 207095
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California  94102-7004
Telephone:  (415) 703-5717
Email: Jay.Russell@doj.ca.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR. et al.,[1]<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**STIPULATION AND ORDER REGARDING JOINT FILING OF PERIODIC STATUS STATEMENTS** |

---

[1] The names of Defendants currently serving and their capacities have been substituted pursuant to Fed. R. Civ. P. 25.

1

[482722-2]

1    WHEREAS, on January 18, 2007, the Court issued an order requiring periodic status

2    conferences at 60 day intervals to monitor compliance with the January 18, 2007 Injunction

3    and prior orders.  Docket No. 1045, Injunction, at 5.

4    WHEREAS, the January 18, 2007 Injunction also ordered the parties to file joint

5    statements describing defendants' progress on issues, perceived barriers to future compliance,

6    and suggested methods of overcoming those barriers prior to each status conference.  Docket

7    No. 1045, Injunction, at 5.

8    WHEREAS, at the present time the Court will not require that the parties appear before

9    the Court to provide updates on the status of defendants' progress regarding compliance with

10   orders.

11   NOW THEREFORE, IT IS HERBY STIPULATED AND AGREED AS FOLLOWS:

12   The parties will file  periodic joint statements describing the status of the litigation.  The

13   joint statements will be filed on the fifteenth day of every other month (or the first business day

14   thereafter), beginning on May 16, 2011.  The parties separately or jointly may request that the

15   Court set further status conferences on an as needed basis.

16

17   Dated:  March 24, 2011                    PRISON LAW OFFICE

18                                                          */s/ Rebekah Evenson*
                                                      By:  Rebekah Evenson
19                                                          Attorneys for Plaintiffs

20
     Dated:  March _24, 2011                  KAMALA D. HARRIS,
21                                                   Attorney General of the State of California

22                                                         */s/ Jay C. Russell*
                                                      By:  Jay C. Russell
23                                                         Supervising Deputy Attorney General
                                                           Attorneys for Defendants
24

25   IT IS SO ORDERED.

26   Dated: **3/28/2011**

27                                                   The Honorable Claudia Wilken
                                                     United States District Judge
28

2

[482722-2]

Pursuant to Northern District General Order 45(X)(B), I hereby attest that I have on file approvals for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  March 24, 2011                    Respectfully submitted,

                                          PRISON LAW OFFICE

                                              */s/ Rebekah Evenson*
                                          By:  Rebekah Evenson
                                               Attorneys for Plaintiffs

STIPULATION AND ORDER REGARDING JOINT FILING OF PERIODIC STATUS STATEMENTS– CASE NO. C94 2307 CW

[482722-2]