Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


April 07, 2011


Invoice #18006


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2011 | EWS | Review and respond to emails from Receiver's staff. Review material in advance of CMC. | 0.30 450.00/hr | 135.00 |
|  | EWS | Conference with counsel before court. Court hearing. Meeting with court following hearing. | 1.10 450.00/hr | 495.00 |
|  | EWS | Travel to and from court for appearance. Review material related to hearing in transit. | 1.20 450.00/hr | 540.00 |
|  | EWS | Phone call to Receiver's office. | 0.10 450.00/hr | 45.00 |
| 3/2/2011 | EWS | Phone call from special master's office. | 0.10 450.00/hr | 45.00 |
| 3/3/2011 | EWS | Conference with Receiver's office. | 0.20 450.00/hr | 90.00 |
| 3/4/2011 | EWS | Conference with Coleman staff. | 0.40 450.00/hr | 180.00 |
|  | EWS | Phone call with Receiver's staff. Email to Receiver's staff. | 0.50 450.00/hr | 225.00 |
| 3/7/2011 | EWS | Preparation for meeting with Receiver's staff. | 0.20 450.00/hr | 90.00 |
| 3/8/2011 | EWS | Meeting with Chris Meyers. | 1.10 450.00/hr | 495.00 |

Armstrong
Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2011 | EWS | Travel to meeting with Meyers. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Travel from Sacto to office. Calls to Receiver's office. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Conference with HITEC Cmte. | 1.30<br>450.00/hr | 585.00 |
|  | EWS | Review and respond to emails from Receiver's staff. Review monitoring reports; forward to counsel. | 0.50<br>450.00/hr | 225.00 |
| 3/9/2011 | EWS | Travel to Sacto for ADA Cmte meeting. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Travel from meeting to office. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Meeting with ADA Committee. Meeting afterwards w/ Receiver's staff. | 2.70<br>450.00/hr | 1,215.00 |
| 3/12/2011 | EWS | Draft emails to counsel, Receiver. | 0.30<br>450.00/hr | 135.00 |
| 3/14/2011 | EWS | Review appeals guildeines. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Review appeals guidelines further. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Draft and circulate comments on appeals guidelines. | 0.40<br>450.00/hr | 180.00 |
| 3/17/2011 | EWS | Conference with Receiver, counsel re training. | 0.70<br>450.00/hr | 315.00 |
| 3/21/2011 | EWS | Review and respond to emails from special master. | 0.10<br>450.00/hr | 45.00 |
| 3/23/2011 | EWS | Phone call to Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 3/28/2011 | EWS | Review and edit minutes. Review and respond to emails from Special Master, Receiver's office. Review action items. Review plaintiffs' proposed agenda items. Call from Special Master's office. | 1.30<br>450.00/hr | 585.00 |
|  | EWS | Conference with counsel. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review and respond to emails from Coleman team. | 0.10<br>450.00/hr | 45.00 |

Armstrong

Armstrong                                                                                                   Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 3/29/2011 EWS | Conference with coordination committee. | 1.20<br>450.00/hr | 540.00 |
|  | EWS   Review and respond to emails from counsel, Receiver's office. | 0.20<br>450.00/hr | 90.00 |
|  | For professional services rendered | 21.80 | $9,810.00 |
|  | Additional Charges : |  |  |
| 3/10/2011 | Western Messenger |  | 29.63 |
|  | Total additional charges |  | $29.63 |
|  | Total amount of this bill |  | $9,839.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward W. Swanson | 21.80 | 450.00 | $9,810.00 |