| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DANIELLE F. O'BANNON<br>Deputy Attorney General<br>SCOTT J. FEUDALE<br>Deputy Attorney General<br>State Bar No. 242671<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-5871<br>  Fax: (415) 703-5843<br>  E-mail: Scott.Feudale@doj.ca.gov<br>*Attorneys for Defendants* | ROSEN, BIEN, & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY C. GRUNFELD - 121944<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-6380<br>Fax: (415) 433-7104<br>Email: bthompson@rbg-law.com<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>                      Plaintiffs,<br><br>    v.<br><br>**EDMUND G. BROWN JR., et. al.,**<br><br>                      Defendants. | Case No. C 94 2307 CW<br><br>**STIPULATION AND ORDER SHORTENING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO QUASH AND FOR A PROTECTIVE ORDER** |

On April 15, 2011, Plaintiffs served Defendants with a notice of deposition for the person most knowledgeable concerning various subjects related to Defendants' county-jail plan. Plaintiffs also served Defendants with related requests for production of documents. Currently, the first person most knowledgeable deposition is set for May 31, 2011, with depositions to continue day to day thereafter. Defendants will move to quash Plaintiffs' discovery requests and request a protective order preventing further discovery until the parties have attempted to informally resolve this issue.

1

Stip. & Order Shortening Br. Schedule Re: Defs.' Mot. Quash & Protective Order  (C 94 2307 CW)

In an effort to resolve this discovery dispute without interfering with the current deposition schedule, the parties agree to shorten the briefing schedule on Defendants' motion to quash and for a protective order as follows: Defendants' motion shall be filed on May 9, 2011. Plaintiffs' opposition shall be filed on or before May 16, 2011.  Defendants' reply, if any, shall be filed on or before May 20, 2011.  The matter will be heard on May 26, 2011 at 2:00 p.m.

SO STIPULATED:

Dated:  May 9, 2011

KAMALA D. HARRIS
Attorney General of California

     */s/*
JAY C. RUSSELL
Supervising Deputy Attorney General
*Attorneys for Defendants*

Dated:  May 9, 2011

ROSEN, BIEN, & GALVAN, LLP

By:_____*/s/*_____
BLAKE THOMPSON
*Attorneys for Plaintiffs*

IT IS SO ORDERED:  Briefing schedule is accepted by the Court.  Once all briefs have been submitted, the motion will be taken under submission on the papers by the Court.

Dated: 5/11/2011

THE HONORABLE CLAUDIA WILKEN
United States District Judge

CF1997CS0005
20449065.doc

2

Stip. & Order Shortening Br. Schedule Re: Defs.' Mot. Quash & Protective Order  (C 94 2307 CW)