Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


May 06, 2011


Invoice #18122


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/1/2011 EWS | Phone call to Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 4/3/2011 EWS | Review information from court experts. | 0.20<br>450.00/hr | 90.00 |
| 4/4/2011 EWS | Review and respond to emails from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 4/5/2011 EWS | Phone call with Receiver's staff. | 0.30<br>450.00/hr | 135.00 |
| 4/13/2011 EWS | Review material from experts, Receiver. | 0.20<br>450.00/hr | 90.00 |
| 4/24/2011 EWS | Review agenda, action items, minutes. Review dashboard. Review plaintiffs' agenda. Review ADA minutes. Communicate with counsel, Receiver's staff, expert. | 1.40<br>450.00/hr | 630.00 |
| 4/25/2011 EWS | Review and respond to emails from Receiver/CDCR staff, court. | 0.20<br>450.00/hr | 90.00 |
| 4/26/2011 EWS | Travel to Sacto for coordination meeting. Conference with counsel. | 1.70<br>450.00/hr | 765.00 |
| EWS | Conference with court. | 0.30<br>450.00/hr | 135.00 |
| EWS | Conference with Receiver's staff in advance of meeting. | 0.40<br>450.00/hr | 180.00 |

Armstrong Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/26/2011 | EWS | Meeting of coordination committee. | 2.80 450.00/hr | 1,260.00 |
| | EWS | Travel to office from meeting. | 1.60 450.00/hr | 720.00 |
| 4/27/2011 | EWS | Travel to and from court for coordination meeting. | 0.90 450.00/hr | 405.00 |
| | EWS | Meeting of court representatives, judges. | 0.90 450.00/hr | 405.00 |
| 4/28/2011 | EWS | Review report from Receiver. Contact Receiver's staff. | 0.20 450.00/hr | 90.00 |
| 4/29/2011 | EWS | Review and respond to emails from Receiver, special master's offices. | 0.10 450.00/hr | 45.00 |
| | EWS | Preparation for conference call. | 0.50 450.00/hr | 225.00 |
| | EWS | Conference with Receiver, counsel. Contact counsel. | 0.80 450.00/hr | 360.00 |
| | | For professional services rendered | 12.80 | $5,760.00 |

Additional Charges :

| | | |
|---|---|---|
| 4/12/2011 | Western Messenger | 35.88 |
| 4/30/2011 | Parking in Sacramento for meeting on 3/9/2011. | 9.50 |
| | Total additional charges | $45.38 |
| | Total amount of this bill | $5,805.38 |

                                                Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 12.80 | 450.00 | $5,760.00 |