Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

June 03, 2011

Invoice #18218

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2011 | EWS | Review and respond to emails from Special Master, counsel. | 0.20<br>450.00/hr | 90.00 |
| 5/3/2011 | EWS | Review and respond to emails from experts, special master's staff. Review CPHCS report. Review proposed minutes. | 0.30<br>450.00/hr | 135.00 |
| 5/4/2011 | EWS | Travel to Sacto for meetings with Receiver's staff. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Meeting with Receiver's staff re med records. | 1.00<br>450.00/hr | 450.00 |
|  | EWS | Meeting with Receiver's staff re dashboard, related issues. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Travel from Sacto to office. | 1.50<br>450.00/hr | 675.00 |
| 5/5/2011 | EWS | Review and respond to email from Special Master's staff. Review and approve minutes, action items. | 0.20<br>450.00/hr | 90.00 |
| 5/6/2011 | EWS | Conference with counsel re update on issues. | 0.40<br>450.00/hr | 180.00 |
| 5/11/2011 | EWS | Travel to ADA Cmte meeting. | 1.60<br>450.00/hr | 720.00 |
|  | EWS | Meeting of ADA Committee. Meeting with counsel afterwards. | 2.70<br>450.00/hr | 1,215.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/11/2011 EWS | Travel from meeting to office. | 1.50<br>450.00/hr | 675.00 |
| 5/23/2011 EWS | Review information re Supreme Court decision. | 0.30<br>450.00/hr | 135.00 |
| 5/24/2011 EWS | Review court filing. | 0.10<br>450.00/hr | 45.00 |
|  | For professional services rendered | 12.90 | $5,805.00 |

Additional Charges :

| | |
|---|---|
| 5/6/2011 Conference call. | 9.34 |
| 5/13/2011 Western Messenger. Administrative Motion and Proposed Order for Payment, and invoice. | 29.63 |
| 5/31/2011 Parking on 4/26/2011 | 9.50 |
| Parking on 4/27/2011 | 5.00 |
| Total additional charges | $53.47 |
| Total amount of this bill | $5,858.47 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 12.90 | 450.00 | $5,805.00 |