Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

July 06, 2011

Invoice #18324

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/6/2011 | EWS | Conference with associate. Review agenda from Special Master, from Receiver. Review notes from meeting. | 0.30<br>450.00/hr | 135.00 |
| | BE | Attend conference call on behalf of E. Swanson regarding court coordination. | 1.00<br>275.00/hr | 275.00 |
| 6/7/2011 | EWS | Review emails from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 6/9/2011 | EWS | Review and respond to emails from Receiver's staff re appeals training, glasses. | 0.20<br>450.00/hr | 90.00 |
| 6/14/2011 | EWS | Review emails between counsel. | 0.10<br>450.00/hr | 45.00 |
| 6/20/2011 | EWS | Review and respond to email re appeals training. Review and respond to correspondence re appeals training. Review appeals data. | 0.60<br>450.00/hr | 270.00 |
| | EWS | Review and respond to email from counsel. | 0.10<br>450.00/hr | 45.00 |
| 6/21/2011 | EWS | Review email from counsel. Contact Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 6/24/2011 | EWS | Review emails re meetings. Call to Receiver's office. | 0.50<br>450.00/hr | 225.00 |
| 6/26/2011 | EWS | Review emails from counsel. Draft email proposing new meeting approach. | 0.20<br>450.00/hr | 90.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/30/2011 | EWS Review reports from plaintiffs. Review email from Receiver's office. | 0.30<br>450.00/hr | 135.00 |
| | For professional services rendered | 3.50 | $1,400.00 |
| | Additional Charges : | | |
| 6/14/2011 | Western Messenger to Oakland District Court. | | 37.88 |
| 6/30/2011 | Parking on 5/4/2011 | | 14.00 |
| | Parking on 5/11/2011. | | 11.00 |
| | Total additional charges | | $62.88 |
| | Total amount of this bill | | $1,462.88 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Britt Evangelist - Associate | 1.00 | 275.00 | $275.00 |
| Edward W. Swanson | 2.50 | 450.00 | $1,125.00 |