1    KAMALA D. HARRIS
     Attorney General of California
2    JAY C. RUSSELL
     Supervising Deputy Attorney General
3    DANIELLE O'BANNON
     Deputy Attorney General
4    SCOTT J. FEUDALE
     Deputy Attorney General
5    State Bar No. 242671
      455 Golden Gate Avenue, Suite 11000
6     San Francisco, CA  94102-7004
     Telephone:  (415) 703-5871
7    Fax:  (415) 703-5843
     E-mail:  Scott.Feudale@doj.ca.gov
8    *Attorneys for Defendants*

PRISON LAW OFFICE
REBEKAH EVENSON, ESQ.
PENNY GOLDBOLD, ESQ.
1917 Fifth Street
Berkeley, CA 94107
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
GAY GRUNFELD, ESQ.
MICHAEL FREEDMAN, ESQ.
BLAKE THOMPSON, ESQ.
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>                        Plaintiffs,<br><br>     **v.**<br><br>**EDMUND G. BROWN, JR., et. al.,**<br><br>                     Defendants. | CASE NO. C 94 2307 CW<br><br>**STIPULATION AND ORDER TO CHANGE THE TIME TO FILE THE JOINT STATUS STATEMENT** |

      Under the March 28, 2011, stipulation and order regarding the joint filing of periodic status statements, the parties shall file joint statements describing the status of the litigation on the fifteenth day of every month.  Stip. & Order Re: Joint Filing Periodic Status Stmts. 2.   The next joint status statement is due on July 15, 2011.  In an attempt to resolve disputed issues short of Court intervention, the parties have agreed to meet and confer before each status statement is due. Due to scheduling conflicts, and upon request of Defendants, the parties were unable to meet and confer before July 13, 2011.  To allow the parties sufficient time to prepare a joint statement following their meeting, the parties stipulate to a one-week extension of time to prepare and file

1

1  their joint status statement.  The joint status statement shall be due on or before July 22, 2011.

2

3  IT IS SO STIPULATED:

4  DATED:  July 11, 2011                          KAMALA D. HARRIS
                                                  Attorney General of California
5                                                 JAY C. RUSSELL
                                                  Supervising Deputy Attorney General
6                                                 DANIELLE O'BANNON
                                                  Deputy Attorney General
7

8                                                 /s/

9                                                 SCOTT J. FEUDALE
                                                  Deputy Attorney General
10                                                *Attorneys for Defendants*

11

12 DATED: July 11, 2011                           PRISON LAW OFFICE

13

14                                                /s/

15                                                REBEKAH EVENSON
                                                  *Attorneys for Plaintiffs*

16

17 IT IS SO ORDERED:

18

19 Dated:  __7/13/2011__

20                                                THE HONORABLE CLAUDIA WILKEN
                                                  United States District Judge

21

22 CF1997CS0005
   20485617.doc
23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

Case Name: **Armstrong v. Edmund G. Brown, Jr., et al.**    No.    **C 94 2307 CW**

I hereby certify that on **July 11, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND ORDER TO CHANGE THE TIME TO FILE THE JOINT STATUS STATEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 11, 2011**, at San Francisco, California.

| M. Luna | /s/ M. Luna |
|---------|-------------|
| Declarant | Signature |

20486198.doc