DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

MICHAEL W. BIEN – 096891
KENNETH M. WALCZAK – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants.[1] | Case No. C94 2307 CW <br><br> **ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FIRST QUARTER OF 2011** |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on April 21, 2011 Plaintiffs served on Defendants their First Quarterly Statement for 2011, by overnight delivery. The parties completed their meet-and-confer process on July 22, 2011 as to the number of hours and costs incurred on all matters save the litigation concerning Plaintiffs' claim to 2011 hourly rates.

---

[1] The names of Defendants currently serving and their capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[518859-1]

1                                           C94 2307 CW

[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FIRST QUARTER OF 2011

1   As a result of the July 22, 2011 agreement, the parties agree to the following:

2   The parties agree to the payment of $556,248.13 for undisputed fees and costs
3   incurred during the First Quarter of 2011, for monitoring and fee collection activities in the
4   California Department of Corrections of Rehabilitation Division of Adult Operations and
5   Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are
6   charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by
7   the parties to settle these claims.  Remaining in dispute is the difference between Plaintiffs'
8   2008 and 2011 rates for the undisputed hours incurred in Quarter One of 2011, and the
9   time spent by Plaintiffs to litigate the pending rates dispute, also reflected on Exhibit A.

10   The parties agree to the payment of $199,996.91 for undisputed fees and costs
11   incurred during the First Quarter of 2011, for monitoring and fee collection activities in the
12   Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are
13   charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by
14   the parties to settle these claims.  Remaining in dispute is the difference between Plaintiffs'
15   2008 and 2011 rates for the undisputed hours incurred in Quarter One of 2011, also
16   reflected on Exhibit B.

17   The parties agree to the payment of $70,667.51 for undisputed fees and costs
18   incurred during the First Quarter of 2011, for monitoring and fee collection activities in the
19   Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as
20   **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts
21   agreed to by the parties to settle these claims.  Remaining in dispute is the difference
22   between Plaintiffs' 2008 and 2011 rates for the undisputed hours incurred in Quarter One
23   of 2011, also reflected on Exhibit C.

24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from May 23, 2011, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: __7/29/2011_____

                                                              _____
                                                              THE HONORABLE CLAUDIA WILKEN
                                                              UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*/s/ Scott Feudale*                                   DATED: July 28, 2011

Scott Feudale
Deputy Attorney General
Attorney for Defendants


*/s/ Kenneth M. Walczak*                      DATED: July 28, 2011

Kenneth M. Walczak
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

[518859-1]

3                                                                                                       C94 2307 CW
[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FIRST QUARTER OF 2011