DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:    (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:   (415) 393-2000
Facsimile:    (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:   (510) 644-2555
Facsimile:    (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants.[1] | Case No. C94 2307 CW<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:   September 8, 2011<br>Time:   2:00 p.m.<br>Dept.:   Courtroom 4<br>Judge:   Hon. Claudia Wilken |

---

[1] The names of Defendants currently serving and their capacities have been substituted pursuant to Fed. R. Civ. P. 25.

# ORDER

Pursuant to Northern District Local Rules 79-5 and 7-11, and the Court's Protective Order of March 23, 1995, and the Court's Modified Protective Order of January 16, 2007, the Court, having reviewed the Administrative Motion to File Under Seal and Declaration of Gay C. Grunfeld in Support Thereof, and good cause appearing, hereby issues the following order:

It is hereby ORDERED that the Declarations of Blake Thompson and Michael Freedman In Support of Plaintiffs' Renewed Motion to Require Defendants to Track and Accommodate Needs of Armstrong Class Members Housed in County Jails and Ensure Access to a Grievance Procedure and Motion to Enforce 2001 Permanent Injunction ("Renewed County Jail Motion") shall be filed in redacted form to remove any personal information of prisoners and parolees, and without the exhibits that are subject to the Protective Order. Within three days of the date of this Order, Plaintiffs shall electronically file in the public record the redacted versions of these documents.

Unredacted versions of both Declarations and Exhibits thereto shall be filed under seal and made available only to the Court or counsel. Within three days of the date of this Order, Plaintiffs shall electronically file under seal the unredacted versions of these documents.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[535841-1]

1
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL