Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


August 04, 2011


Invoice #18430


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2011 | EWS | Review and respond to emails re review of medical records. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review email from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 7/7/2011 | EWS | Review and respond to emails from Receiver's office re meetings, training. | 0.10<br>450.00/hr | 45.00 |
| 7/9/2011 | EWS | Review and respond to emails from Receiver re meetings. Review monitoring report. | 0.30<br>450.00/hr | 135.00 |
| 7/11/2011 | EWS | Phone call to Receiver re training. Emails to Receiver re meeting. Contact Receiver's staff re master plan. | 0.30<br>450.00/hr | 135.00 |
| 7/12/2011 | EWS | Review email from Receiver re appeal guidelines. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Preparation for meeting. | 0.20<br>450.00/hr | 90.00 |
| 7/13/2011 | EWS | Travel to meeting with counsel. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Meeting with counsel, Receiver's staff, CDCR. (Time spent at 501 J Street.) | 2.20<br>450.00/hr | 990.00 |
|  | EWS | Travel to office from meeting. | 1.50<br>450.00/hr | 675.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2011 | EWS | Review reports from receiver's office. | 0.20 450.00/hr | 90.00 |
| 7/21/2011 | EWS | Review emails from Receiver, counsel. Respond to emails. | 0.20 450.00/hr | 90.00 |
| 7/22/2011 | EWS | Review material from special master re upcoming meeting. | 0.20 450.00/hr | 90.00 |
| 7/25/2011 | EWS | Review and respond to emails re meetings. | 0.20 450.00/hr | 90.00 |
|  | EWS | Review letter from plaintiffs. Review and comment on training module. | 0.60 450.00/hr | 270.00 |
| 7/26/2011 | EWS | Travel to Sacto for reallignment meeting. | 1.50 450.00/hr | 675.00 |
|  | EWS | Meeting re reallignment. Meeting with counsel, CDCR personnel following meeting. | 1.00 450.00/hr | 450.00 |
|  | EWS | Travel from meeting to office. Contact special master's office re meeting. Confer with office re meeting. | 1.50 450.00/hr | 675.00 |
| 7/27/2011 | BE | [Ed's Armstrong Court Coordination matter] Attend conference formal court coordination meeting by phone. | 1.10 275.00/hr | 302.50 |
|  | EWS | Conference call with court representatives. Conference with associate. | 0.30 450.00/hr | 135.00 |
|  | EWS | Conference with counsel, CDCR, Receiver's office re master plan. | 0.90 450.00/hr | 405.00 |
|  | EWS | Review minutes of meeting, filings in related case, Coleman report. | 0.30 450.00/hr | 135.00 |
| 7/28/2011 | EWS | Review CMC statement. Forward to Receiver. Review monitoring report. | 0.40 450.00/hr | 180.00 |
|  | EWS | Meeting with counsel, court for updates. | 1.00 450.00/hr | 450.00 |
|  | EWS | Travel to and from court for meeting with court. | 1.00 450.00/hr | 450.00 |
|  | EWS | Review and respond to emails from Receiver's office. | 0.10 450.00/hr | 45.00 |
| 7/30/2011 | EWS | Review and respond to email from Receiver's staff. | 0.10 450.00/hr | 45.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 17.30 | $7,592.50 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Britt Evangelist - Associate | 1.10 | 275.00 | $302.50 |
| Edward W. Swanson | 16.20 | 450.00 | $7,290.00 |