KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
State Bar No. 122626
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5717
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR. et al.,**<br><br>Defendants. | Case No. C94 2307 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME FOR FILING AND HEARING DATES ON PLAINTIFFS' RENEWED MOTION TO REQUIRE DEFENDANTS TO TRACK AND ACCOMMODATE NEEDS OF ARMSTRONG CLASS MEMBERS HOUSED IN COUNTY JAILS AND ENSURE ACCESS TO A GRIEVANCE PROCEDURE AND MOTION TO ENFORCE 2001 PERMANENT INJUNCTION**<br><br>Judge:     The Honorable Claudia Wilken |

On August 4, 2011, Plaintiffs filed their Renewed Motion to Require Defendants to Track and Accommodate Needs of *Armstrong* Class Members Housed in County Jails and Ensure Access to a Grievance Procedure and Motion to Enforce 2001 Permanent Injunction.  Defendants have requested additional time to oppose the motion.

IT IS STIPULATED and AGREED by the parties, through their respective counsel, that the parties request a new briefing and hearing schedule, as follows:

(1) Defendants shall file their opposition to this motion on or before September 29, 2011;

(2) Plaintiffs' reply pleadings to that opposition may be filed on or before October 13, 2011;

(3) The motion shall be heard on October 27, 2011, at 2:00 p.m.

Dated: August 15, 2011     */s/ Jay C. Russell*
Jay C. Russell
Supervising Deputy Attorney General
Attorneys for Defendants

Dated: August 15, 2011     */s/ Gay C. Grunfeld*
Gay C. Grunfeld, Attorney at Law
Rosen Bien & Galvan, LLP
Attorneys for Plaintiffs

## ORDER

Having reviewed the above Stipulation of the parties, and good cause appearing, It is ORDERED that Plaintiffs' Renewed Motion to Require Defendants to Track and Accommodate Needs of *Armstrong* Class Members Housed in County Jails and Ensure Access to a Grievance Procedure shall be rescheduled and heard on October 27, 2011, at 2:00 p.m. Defendants' opposition to that motion shall be filed and served on or before September 29, 2011. Any reply pleadings to the opposition may be filed and served on or before October 13, 2011.

Dated: __8/18/2011__      _____
Hon. Claudia Wilken
United States District Judge

~~Proposed~~ Order.doc

# CERTIFICATE OF SERVICE

Case Name:  **Armstrong v. Edmund G. Brown, Jr., et al.**          No.   **C 94-2307 CW**

I hereby certify that on **August 16, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME FOR FILING AND HEARING DATES ON PLAINTIFFS' RENEWED MOTION TO REQUIRE DEFENDANTS TO TRACK AND ACCOMMODATE NEEDS OF ARMSTRONG CLASS MEMBERS HOUSED IN COUNTY JAILS AND ENSURE ACCESS TO A GRIEVANCE PROCEDURE AND MOTION TO ENFORCE 2001 PERMANENT INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 16, 2011**, at San Francisco, California.

|             A. Navarro             |        /s/ A. Navarro         |
|:----------------------------------:|:-----------------------------:|
|             Declarant              |          Signature            |

CF1997CS0005
20507995.doc