Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


September 06, 2011


Invoice #18550


Professional Services

|   |   | Hrs/Rate | Amount |
|---|---|---|---|
| 8/3/2011 EWS | Review emails re conference call. Confer with associate re conference call. | 0.20<br>450.00/hr | 90.00 |
| 8/4/2011 BE | Attend conference call for E. Swanson. | 0.60<br>275.00/hr | 165.00 |
| EWS | Review notes re master plan conference call, highlights of plan of action. | 0.20<br>450.00/hr | 90.00 |
| 8/5/2011 EWS | Review and respond to email from counsel re master plan. | 0.10<br>450.00/hr | 45.00 |
| 8/8/2011 EWS | Review jail motion. Review reallignment docs. | 0.50<br>450.00/hr | 225.00 |
| 8/9/2011 EWS | Review monitoring report. | 0.20<br>450.00/hr | 90.00 |
| 8/16/2011 EWS | Review email from counsel. Send email to counsel with information request. Review and approve minutes. Review Coleman order. | 0.30<br>450.00/hr | 135.00 |
| 8/18/2011 EWS | Review proposed agenda for ADA working group meeting. | 0.10<br>450.00/hr | 45.00 |
| 8/24/2011 EWS | Review correspondence from counsel. | 0.10<br>450.00/hr | 45.00 |
| 8/26/2011 EWS | Phone call from Receiver's office. | 0.30<br>450.00/hr | 135.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| 8/31/2011 EWS   Phone calls to Receiver's staff.  Preparation for meeting. | 0.80<br>450.00/hr | 360.00 |
| EWS   Review minutes, agenda, action items. Contact special master staff. | 0.20<br>450.00/hr | 90.00 |
| For professional services rendered | 3.60 | $1,515.00 |

Additional Charges :

| | | |
|---|---|---|
| 8/17/2011 Western Messenger to Oakland District Court | | 29.63 |
| 8/31/2011 Parking on 7/26/2011. | | 4.00 |
| Total additional charges | | $33.63 |
| Total amount of this bill | | $1,548.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Britt Evangelist - Associate | 0.60 | 275.00 | $165.00 |
| Edward W. Swanson | 3.00 | 450.00 | $1,350.00 |