DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:    (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:   (415) 393-2000
Facsimile:    (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:   (510) 644-2555
Facsimile:    (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>          Defendants. | Case No. C94 2307 CW<br><br>**STIPULATION AND [PROPOSED] ORDER RE MOTION TO COMPEL PAYMENT OF PLAINTIFFS' COUNSEL'S 2011 RATES**<br><br>Judge:  Hon. Claudia Wilken |

[551079-1]

On August 8, 2011, the Court issued its decision granting Plaintiffs' Motion to Compel Compensation for work performed in 2010 at counsel's reasonable 2010 rates.

The parties have now agreed to meet and confer regarding compensation for work performed in 2011, in an effort to avoid the need for an additional motion to compel rates. If the parties cannot agree, the parties stipulate that **November 18, 2011** shall be the deadline for filing any motion to compel compensation for work performed in 2011 at Plaintiffs' counsel's 2011 rates.

IT IS SO STIPULATED.

DATED: September 15, 2011         ROSEN, BIEN & GALVAN, LLP

                                  By:  *s/ Kenneth Walczak*
                                       Kenneth M. Walczak

                                  Attorneys for Plaintiffs

DATED: September 19, 2011         EDMUND G. BROWN, JR.
                                  Attorney General of California

                                  By:  *s/ Jay C. Russell*
                                       Jay C. Russell

                                  Attorneys for Defendants

**IS IS SO ORDERED.**

DATED: __9/19/2011_____

                                  By: _____
                                      THE HONORABLE CLAUDIA WILKEN

[551079-1]

1
STIPULATION AND [PROPOSED] ORDER RE MOTION TO COMPEL PAYMENT OF PLAINTIFFS' COUNSEL'S 2011 RATES – CASE NO. C94 2307 CW