DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

MICHAEL W. BIEN – 096891
KENNETH M. WALCZAK – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No. C94 2307 CW<br><br>[PROPOSED] ORDER FOR PAYMENT OF ATTORNEY'S FEES FOR 2010 AND THE FIRST QUARTER OF 2011, PURSUANT TO THE COURT'S AUGUST 8, 2011 ORDER |

On August 8, 2011 the Court granted Plaintiffs' motion to compel compensation at their counsel's reasonable 2010 hourly rates (Docket No. 1919). The Court decided that "the requested hourly rates fall within the range of prevailing market rates in the Bay Area, and [Defendants'] objection regarding the rate increases is not well-taken. Accordingly, Plaintiffs' counsel shall be compensated at the rates they requested for work completed in 2010. … Defendants shall pay the disputed amounts forthwith, with interest paid thereon, as provided under 28 U.S.C. § 1961." *Id.*, 6:12-22.

Pursuant to the Court's August 8, 2011 Order, Defendants are ordered to pay the following principal amounts, plus interest:

1  • $ 432,940.94 for fees incurred during 2010 and the First Quarter of 2011, for
2  monitoring and fee collection activities in the California Department of Corrections of
3  Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion
4  of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees payable to
5  Plaintiffs for the undisputed hours incurred in these five Quarters.  Remaining in dispute is
6  the difference between Plaintiffs' 2010 and 2011 rates for the hours incurred in Quarter
7  One of 2011.

8  • $ 151,550.55 for fees incurred during 2010 and the First Quarter of 2011, for
9  monitoring and fee collection activities in the Board of Parole Hearings (BPH) portion of
10 the case.  Attached hereto as **Exhibit B** are charts setting forth the fees payable to
11 Plaintiffs for the undisputed hours incurred in these five Quarters.  Remaining in dispute is
12 the difference between Plaintiffs' 2010 and 2011 rates for the hours incurred in Quarter
13 One of 2011.

14 • $ 49,006.54 for fees incurred during 2010 and the First Quarter of 2011, for
15 monitoring and fee collection activities in the Division of Adult Parole Operations (DAPO)
16 portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees payable
17 to Plaintiffs for the undisputed hours incurred in these five Quarters.  Remaining in dispute
18 is the difference between Plaintiffs' 2010 and 2011 rates for the hours incurred in Quarter
19 One of 2011.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will continue to run from the dates set forth in the chart attached as **Exhibit D** hereto, accruing at the rate provided by 28 U.S.C. § 1961 (also shown on Exhibit D).

**IT IS SO ORDERED.**

DATED: 10/3/2011

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*s/ Jay Russell*                                                        DATED: September 30, 2011

Jay C. Russell
Deputy Attorney General
Attorney for Defendants

*/s/ Kenneth Walczak*                                             DATED: September 29, 2011

Kenneth M. Walczak
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FIRST QUARTER OF 2011