DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:  (510) 644-2555
Facsimile:   (510) 841-8645

MICHAEL W. BIEN – 096891
KENNETH M. WALCZAK – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants.[1] | Case No. C94 2307 CW<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE SECOND QUARTER OF 2011**<br><br>Judge:  Hon. Claudia Wilken |

---

[1] The names of Defendants currently serving and their capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[555343-1]

1

C94 2307 CW

[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE SECOND QUARTER OF 2011

1  On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on July 27, 2011 Plaintiffs served on Defendants their Second Quarterly Statement for 2011, by overnight delivery. The parties completed their meet-and-confer process on September 28, 2011 as to the number of hours and costs incurred on all matters, but not as to Plaintiffs' claim for payment at 2011 hourly rates.

As a result of the September 28, 2011 agreement, the parties agree to the following:

The parties agree to the payment of $849,694.14 for undisputed fees and costs incurred during the Second Quarter of 2011, for monitoring and fee collection activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims. Remaining in dispute is the difference between Plaintiffs' 2010 and 2011 rates for the undisputed hours incurred in Quarter Two of 2011, also reflected on Exhibit A.

The parties agree to the payment of $450,417.42 for undisputed fees and costs incurred during the Second Quarter of 2011, for monitoring and fee collection activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims. Remaining in dispute is the difference between Plaintiffs' 2010 and 2011 rates for the undisputed hours incurred in Quarter Two of 2011, also reflected on Exhibit B.

The parties agree to the payment of $62,322.15 for undisputed fees and costs incurred during the Second Quarter of 2011, for monitoring and fee collection activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims. Remaining in dispute is the difference

1  between Plaintiffs' 2010 and 2011 rates for the undisputed hours incurred in Quarter Two
2  of 2011, also reflected on Exhibit C.
3      IT IS HEREBY ORDERED that the amounts set forth above are due and
4  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
5  and costs will run from August 28, 2011, accruing at the rate provided by 28 U.S.C.
6  § 1961.

7

8  DATED:  __10/5/2011_____

9

10

11                              _____
                                THE HONORABLE CLAUDIA WILKEN
12                              UNITED STATES DISTRICT JUDGE

13  APPROVED AS TO FORM:

14

15  */s/ Scott Feudale*                    DATED:  October 4, 2011
    _____
16  Scott J. Feudale
    Deputy Attorney General
17  Attorney for Defendants

18

19  */s/ Kenneth Walczak*                  DATED:  September 30, 2011
    _____
20  Kenneth M. Walczak
    Rosen, Bien & Galvan, LLP
21  Attorneys for Plaintiffs

22

23

24

25

26

27

28

[555343-1]                                          3                              C94 2307 CW
         [PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND
              REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE SECOND QUARTER OF 2011