DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:   (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:   (415) 393-2000
Facsimile:   (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:   (510) 644-2555
Facsimile:   (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER RESOLVING CERTAIN DISPUTED ATTORNEY'S FEES FROM THE FIRST QUARTER OF 2011** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants.[1] | Judge:  Hon. Claudia Wilken |

_____

[1] The names of Defendants currently serving and their capacities have been substituted pursuant to Fed. R. Civ. P. 25.

1    On July 29, 2011, the Court approved the parties' Stipulated Order confirming

2    Plaintiffs' entitlement to undisputed attorney's fees and costs for the first quarter of 2011.

3    *See* Docket No. 1909.  In that order, the parties preserved their dispute over "the time spent

4    by Plaintiffs to litigate the pending rates dispute[.]" *Id.*, 2:8-9.

5    Plaintiffs prevailed in rate the dispute.  On August 8, 2011 the Court granted

6    Plaintiffs' motion to compel compensation at their counsel's reasonable 2010 hourly rates

7    (Docket No. 1919).  Accordingly, the parties agree that Plaintiffs' counsel shall now be

8    compensated for the work done in the first quarter of 2011 to litigate that motion.

9    The parties agree to the payment of $114,289.00 for Plaintiffs' fee collection

10   activities related to the dispute over hourly rates in the first quarter of 2011.  Attached

11   hereto as **Exhibit A** is a chart setting forth the undisputed hours and rates.  Remaining in

12   dispute is the difference between Plaintiffs' 2010 and 2011 rates for hours incurred in

13   Quarter One of 2011.

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    IT IS HEREBY ORDERED that the amounts set forth above are due and

2  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3  and costs will run from May 23, 2011, accruing at the rate provided by 28 U.S.C. § 1961.

4    **IT IS SO ORDERED.**

5

6  DATED:  _____**10/5/2011**_____

7

8                                                      _____

9                                                      THE HONORABLE CLAUDIA WILKEN
                                                       UNITED STATES DISTRICT JUDGE

10

11  APPROVED AS TO FORM:

12

13  */s/ Scott Feudale*                    DATED:  October 4, 2011

14  Scott J. Feudale
    Deputy Attorney General
15  Attorney for Defendants

16

17  */s/ Kenneth Walczak*                   DATED:  September 30, 2011

18  Kenneth M. Walczak
    Rosen, Bien & Galvan, LLP
19  Attorneys for Plaintiffs

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RESOLVING CERTAIN DISPUTED ATTORNEY'S FEES FROM
THE FIRST QUARTER OF 2011