Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

October 05, 2011

Invoice #18646

Professional Services

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/1/2011 | EWS | Travel from office to meeting. | 0.60<br>450.00/hr | 270.00 |
| | EWS | Meeting with counsel, CDCR, Receiver for meet and confer. | 2.10<br>450.00/hr | 945.00 |
| | EWS | Review and respond to email from court clerk. | 0.10<br>450.00/hr | 45.00 |
| 9/3/2011 | EWS | Review documents from Receiver re meeting. | 0.10<br>450.00/hr | 45.00 |
| 9/6/2011 | EWS | Review and respond to emails from counsel, Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 9/7/2011 | EWS | Conference with court representatives. | 1.50<br>450.00/hr | 675.00 |
| 9/12/2011 | EWS | Review reports on prison visits. | 0.50<br>450.00/hr | 225.00 |
| 9/13/2011 | EWS | Review correspondence from P's counsel re dialysis, meeting with counsel. Contact counsel re con call. | 0.40<br>450.00/hr | 180.00 |
| | EWS | Review information from Receiver. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Review report from plaintiffs. | 0.20<br>450.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/14/2011 | EWS | Review reports from plaintiffs. | 0.30<br>450.00/hr | 135.00 |
| 9/15/2011 | EWS | Preparation for call with counsel. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Conference with counsel. | 0.40<br>450.00/hr | 180.00 |
| | EWS | Review correspondence from plaintiffs re MHCBs. | 0.10<br>450.00/hr | 45.00 |
| 9/21/2011 | EWS | Phone call from S. Cambra. | 0.10<br>450.00/hr | 45.00 |
| 9/22/2011 | EWS | Review plaintiff's reports, letters from counsel. Review and respond to email from counsel. | 0.30<br>450.00/hr | 135.00 |
| 9/23/2011 | EWS | Review email from counsel. | 0.10<br>450.00/hr | 45.00 |
| 9/26/2011 | EWS | Review and edit minutes and action items. Review correspondence from counsel. | 0.40<br>450.00/hr | 180.00 |
| 9/27/2011 | EWS | Review changes to minutes, action items. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Phone call from Coleman special master's office. Forward documents. Contact counsel. | 0.30<br>450.00/hr | 135.00 |
| | EWS | Conference with counsel, special master re DPW modules. | 1.00<br>450.00/hr | 450.00 |
| | EWS | Review and respond to email from S. Chazin. Review expert reports. | 0.40<br>450.00/hr | 180.00 |
| 9/29/2011 | EWS | Review letters from plaintiffs re jail visits, filing from defense counsel. Review letter re modules. | 0.40<br>450.00/hr | 180.00 |
| 9/30/2011 | EWS | Review agenda, letters re upcoming meeting. | 0.10<br>450.00/hr | 45.00 |
| | | For professional services rendered | 9.90 | $4,455.00 |
| | | Additional Charges : | | |
| 9/8/2011 | | Western Messenger to Oakland court. | | 29.63 |
| | | Total additional charges | | $29.63 |

☐

| | Amount |
|---|---|
| Total amount of this bill | $4,484.63 |
| Balance due | $4,484.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 9.90 | 450.00 | $4,455.00 |