DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
BLAKE THOMPSON – 255600
MICHAEL FREEDMAN – 262850
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | **STIPULATION AND ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants.[1] | |

---

[1] The names of Defendants currently serving and their capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[557624-1]

STIPULATION AND [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Plaintiffs and Defendants hereby agree and STIPULATE as follows:

1. On March 23, 1995, this Court entered a Protective Order in this action. Attached hereto as **Exhibit A** is a true and correct copy of the March 23, 1995 Protective Order.

2. On January 16, 2007, this Court entered a Modified Protective Order in this action. Attached hereto as **Exhibit B** is a true and correct copy of the January 16, 2007 Modified Protective Order.

3. Local Rule 79-5 requires that "[n]o document may be filed under seal ... except pursuant to a Court order that authorizes the sealing of the particular document, or portions thereof."

4. Plaintiffs' counsel will shortly file the Reply Declaration of Blake Thompson in Support of Plaintiffs' Renewed Motion to Require Defendants to Track and Accommodate Needs of *Armstrong* Class Members Housed in County Jails and Ensure Access to a Workable Grievance Procedure, and the Exhibits thereto. These documents contain "personal information" of prisoners and parolees, as defined in the Protective Order and Modified Protective Order, including their names, CDCR numbers, and disability status. Plaintiffs seek to file the Declarations and Exhibits under seal, as they contain "personal information" of prisoners and parolees, as defined in the Protective Order and Modified Protective Order.

5. Defendants' counsel does not object to the filing of these documents under seal.[2]

6. Consistent with Northern District Local Rule 79-5, Plaintiffs will file redacted version of the Reply Declaration of Blake Thompson that omits any information that identifies a prisoner or parolee. The redacted versions of the Declarations without the protected exhibits, will be filed publicly, using the Court's ECF system. Unredacted

---

[2] By stipulating to filing these documents under seal, Defendant do not waive their right to contest the propriety of Plaintiffs' proffer of supplemental evidence.

1  versions of the Declarations, including all exhibits, will be lodged with the Clerk of the
2  Court in sealed envelopes and will be served on counsel for Defendants by hand delivery.
3  **IT IS SO STIPULATED.**
4
5  DATED: October 12, 2011
6
                                ROSEN, BIEN & GALVAN, LLP
7
                                By: */s/ Gay Crosthwait Grunfeld*
8                                   Gay Crosthwait Grunfeld
9                               Attorneys for Plaintiffs
10 DATED: October 12, 2011
11
                                KAMALA D. HARRIS
12                              Attorney General of the State of California
13                              By: */s/ Scott Feudale*
                                    Scott Feudale
14                                  Deputy Attorney General
15
                                Attorneys for Defendants
16
17
18
19
20
21
22
23
24
25
26
27
28

[557624-1]

2
STIPULATION AND [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**ORDER**

Pursuant to Northern District Local Rules 79-5, 7-11, and 7-12, the Court's Protective Order of March 23, 1995, and the Court's Modified Protective Order of January 16, 2007, the Court, having reviewed the Administrative Motion to File Under Seal and the Stipulation of the Parties in Support Thereof, and good cause appearing, hereby issues the following order:

It is hereby ORDERED that the Reply Declaration of Blake Thompson In Support of Plaintiffs' Renewed Motion to Require Defendants to Track and Accommodate Needs of *Armstrong* Class Members Housed in County Jails and Ensure Access to a Workable Grievance Procedure, and any attached exhibits, shall be filed in redacted form to remove any personal information of prisoners and parolees. Plaintiffs shall also lodge unredacted versions of the declarations, including exhibits, with the Clerk of the Court and serve a copy of such documents on Defendants' counsel.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 10/17/2011

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE