| | |
|---|---|
| DONALD SPECTER – 083925<br>REBEKAH EVENSON – 207825<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br>Facsimile:    (510) 280-2704 | WARREN E. GEORGE – 053588<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California  94111-4066<br>Telephone:   (415) 393-2000<br>Facsimile:    (415) 393-2286 |
| LINDA D. KILB – 136101<br>DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>3075 Adeline Street, Suite 201<br>Berkeley, California  94703<br>Telephone:   (510) 644-2555<br>Facsimile:    (510) 841-8645 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY CROSTHWAIT GRUNFELD – 121944<br>ROSEN, BIEN & GALVAN, LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>          Defendants.[1] | Case No. C94 2307 CW<br><br>**ORDER FOR PAYMENT OF ATTORNEY'S FEES FOR THE FIRST TWO QUARTERS OF 2011 AT 2011 RATES** |

---

[1] The names of Defendants currently serving and their capacities have been substituted pursuant to Fed. R. Civ. P. 25.

On April 26, 2011, Plaintiffs served their first quarterly statement of the year and provided Defendants with their 2011 hourly rates. Since service of the first quarterly statement, the parties have met and conferred over the reasonable rate for 2011 work. A motion to compel Plaintiffs' 2011 rates is currently due to be filed with the Court on November 18, 2011. The parties have now agreed upon Plaintiffs' 2011 rates. Pursuant to this agreement, Defendants are ordered to pay the following principal amounts, plus interest for the undisputed 2011 hours:

- $55,091.50 for fees incurred the First Quarter of 2011, for monitoring and fee collection activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP), Board of Parole Hearings (BPH), and Division of Adult Parole Operations (DAPO) portions of the case. Attached hereto as **Exhibit A** are charts setting forth the fees payable to Plaintiffs for the difference between the amounts previously ordered at 2010 rates and their 2011 rates for these hours.

- $5,535.00 for fees incurred the First Quarter of 2011, at 2011 rates, for hours ordered at 2010 rates in connection with the Motion to Compel 2010 rates. Attached hereto as **Exhibit B** is a chart setting forth the difference between the amount previously ordered to be paid for this portion of the work at 2010 rates and the amount owed at 2011 rates.

- $74,380.90 for fees incurred during the Second Quarter of 2011, for monitoring and fee collection activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP), Board of Parole Hearings (BPH), and Division of Adult Parole Operations (DAPO) portions of the case. Attached hereto as **Exhibit C** are charts setting forth the fees payable to Plaintiffs for the difference between the amounts previously ordered at 2010 rates and their 2011 rates for these hours.

1  IT IS HEREBY ORDERED that the amounts set forth above are due and
2  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3  and costs will continue to run from the dates set forth in the chart attached as **Exhibit D**
4  hereto, accruing at the rate provided by 28 U.S.C. § 1961 (also shown on Exhibit D).

**IT IS SO ORDERED.**

DATED:  _11/1/2011_____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

_Jay C. Russell_                                       DATED:  October 31, 2011
_____
Jay C. Russell
Deputy Attorney General
Attorney for Defendants


_Gay Crosthwait Grunfeld_                    DATED:  October 31, 2011
_____
Gay Crosthwait Grunfeld
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs