Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

November 04, 2011

Invoice #18744

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/3/2011 | EWS | Conference with counsel re master plan, other issues. | 1.40 450.00/hr | 630.00 |
| | EWS | Draft email to special master re agenda. | 0.10 450.00/hr | 45.00 |
| 10/4/2011 | EWS | Conference with HITEC cmte. | 1.10 450.00/hr | 495.00 |
| 10/6/2011 | EWS | Review minutes, agenda, action items. Contact Receiver's office. Review letter from plaintiffs. | 0.50 450.00/hr | 225.00 |
| | EWS | Phone call with Receiver's office. | 0.20 450.00/hr | 90.00 |
| 10/7/2011 | EWS | Review proposed agenda items. | 0.10 450.00/hr | 45.00 |
| 10/10/2011 | EWS | Review monitoring reports, documents re out of state monitoring. | 0.30 450.00/hr | 135.00 |
| 10/11/2011 | EWS | Conference with associate re upcoming meeting of coordination committee. | 0.40 450.00/hr | 180.00 |
| | APG | Conference with ES re call on 10/12 | 0.30 275.00/hr | 82.50 |
| 10/12/2011 | APG | Review materials for conference call; phone calls to counsel | 0.40 275.00/hr | 110.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 10/12/2011 | APG | Conference call -- coordination meeting.  Email ES with summary. | 1.40 275.00/hr | 385.00 |
| | EWS | Review and respond to emails from court, associate.  Review information from defendants, Receiver's office. | 0.30 450.00/hr | 135.00 |
| 10/13/2011 | EWS | Conference with associate re upcoming court meeting. | 0.20 450.00/hr | 90.00 |
| | EWS | Conference with court re status of case. | 0.30 450.00/hr | 135.00 |
| | APG | Judges coordination meeting, travel to meeting | 1.80 275.00/hr | 495.00 |
| 10/19/2011 | EWS | Review material from Receiver's office, plaintiffs' counsel, including population reports, prison reports, agenda. | 0.50 450.00/hr | 225.00 |
| 10/20/2011 | EWS | Review report from plaintiff, information from Receiver. | 0.50 450.00/hr | 225.00 |
| 10/21/2011 | EWS | Review material for conference with court.  Conference with court. | 1.10 450.00/hr | 495.00 |
| | EWS | Preparation for conference call with counsel. | 0.20 450.00/hr | 90.00 |
| | EWS | Conference with counsel re coordination meeting. | 0.20 450.00/hr | 90.00 |
| | EWS | Review information from court expert. | 0.10 450.00/hr | 45.00 |
| 10/23/2011 | EWS | Review and respond to email from special master. | 0.10 450.00/hr | 45.00 |
| 10/24/2011 | EWS | Review documents for conference with court. | 0.70 450.00/hr | 315.00 |
| | EWS | Review and respond to email from Receiver's office. | 0.10 450.00/hr | 45.00 |
| 10/27/2011 | EWS | Review and respond to emails from special master. | 0.10 450.00/hr | 45.00 |
| | EWS | Review and respond to minutes.  Review and respond to email re meetings. | 0.20 450.00/hr | 90.00 |
| 10/28/2011 | EWS | Review and respond to emails re coordination meeting. | 0.10 450.00/hr | 45.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| 10/28/2011 EWS   Conference with court. | 0.20<br>450.00/hr | 90.00 |
| For professional services rendered | 12.90 | $5,122.50 |

|  | | |
|---|---|---|
| Balance due | | $5,122.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 3.90 | 275.00 | $1,072.50 |
| Edward W. Swanson | 9.00 | 450.00 | $4,050.00 |