| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>DANIELLE O'BANNON<br>Deputy Attorney General<br>SCOTT J. FEUDALE<br>Deputy Attorney General<br>State Bar No. 242671<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-5871<br>  Fax: (415) 703-5843<br>  E-mail: Scott.Feudale@doj.ca.gov<br>*Attorneys for Defendants* | PRISON LAW OFFICE<br>REBEKAH EVENSON, ESQ.<br>PENNY GOLDBOLD, ESQ.<br>CORENE KENDRICK, ESQ.<br>1917 Fifth Street<br>Berkeley, CA 94107<br>Telephone: (510) 280-2621<br><br>ROSEN, BIEN & GALVAN, LLP<br>GAY GRUNFELD, ESQ.<br>MICHAEL FREEDMAN, ESQ.<br>BLAKE THOMPSON, ESQ.<br>315 Montgomery Street, Tenth Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-6830<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>                            Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN, JR., et. al.,**<br><br>                            Defendants. | CASE NO. C 94 2307 CW<br><br>**STIPULATION AND ORDER TO CHANGE THE TIME TO FILE THE JOINT STATUS STATEMENT** |

      Under the March 28, 2011, stipulation and order regarding the joint filing of periodic status statements, the parties shall file joint statements describing the status of the litigation on the fifteenth day of every month. Stip. & Order Re: Joint Filing Periodic Status Stmts. 2. In an attempt to resolve disputed issues short of Court intervention, the parties have agreed to meet and confer before each status statement is due.

      The next joint status statement is due on November 15, 2011. Due to scheduling conflicts, and upon request of Defendants, the parties were unable to meet and confer before November 9, 2011. To allow the parties sufficient time to prepare a joint statement following their meeting,

1

Stip. & Order Change Time File Jt. Status Stmt. (C 94 2307 CW)

the parties stipulate to a one-week extension of time to prepare and file their joint status statement. The joint status statement shall be due on or before November 22, 2011.

The subsequent joint status statement is due on January 15, 2012. Due to scheduling conflicts, and upon request of Defendants, the parties will not be able to meet and confer until January 25, 2012. To allow the parties sufficient time to prepare a joint statement following the January meeting, the parties stipulate to a one-month extension of time to prepare and file their joint status statement. This joint status statement shall be due on or before February 15, 2012.

IT IS SO STIPULATED

DATED: November 10, 2011

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
DANIELLE O'BANNON
Deputy Attorney General

/s/ Scott J. Feudale

SCOTT J. FEUDALE
Deputy Attorney General
*Attorneys for Defendants*

DATED: November 10, 2011

PRISON LAW OFFICE

/s/ Corene Kendrick

CORENE KENDRICK
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

Dated: 11/14/2011

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge

2

Stip. & Order Change Time File Jt. Status Stmt.  (C 94 2307 CW)