DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:   (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:   (415) 393-2000
Facsimile:   (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:   (510) 644-2555
Facsimile:   (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

     Plaintiffs,

    v.

EDMUND G. BROWN, JR., et al.,

    Defendants.[1]

Case No. C94 2307 CW

[PROPOSED] ORDER CONFIRMING
UNDISPUTED CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION
ATTORNEY'S FEES AND COSTS
FOR THE THIRD QUARTER OF 2011

     On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

     Pursuant to these procedures, on October 20, 2011, Plaintiffs served on Defendants their Third Quarterly Statement for 2011 by overnight delivery.  The parties completed their meet-and-confer process on December 1, 2011 as to the number of hours and costs

---

[1] The names of Defendants currently serving and their capacities have been substituted pursuant to Fed. R. Civ. P. 25.

1   incurred on all matters.

2   As a result of the December 1, 2011 agreement, the parties agree to the following:

3   The parties agree to the payment of $819,527.93 for undisputed fees and costs

4   incurred during the Third Quarter of 2011, for monitoring and fee collection activities in

5   the California Department of Corrections of Rehabilitation Division of Adult Operations

6   and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

7   charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

8   the parties to settle these claims.

9   The parties agree to the payment of $583,453.19 for undisputed fees and costs

10   incurred during the Third Quarter of 2011, for monitoring and fee collection activities in

11   the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are

12   charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

13   the parties to settle these claims.

14   The parties agree to the payment of $51,133.89 for undisputed fees and costs

15   incurred during the Third Quarter of 2011, for monitoring and fee collection activities in

16   the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

17   **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

18   agreed to by the parties to settle these claims.

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE THIRD QUARTER OF 2011

1    IT IS HEREBY ORDERED that the amounts set forth above are due and

2   collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3   and costs will run from November 19, 2011, accruing at the rate provided by 28 U.S.C.

4   § 1961.

5

6   DATED: _____ 12/7/2011 _____

7

8                                            _____

9                                            THE HONORABLE CLAUDIA WILKEN
                                             UNITED STATES DISTRICT JUDGE

10

11   APPROVED AS TO FORM:

12

    /s/ Jay Russell              DATED:  December 6, 2011
13   _____

14   Jay Russell
    Deputy Attorney General
    Attorney for Defendants
15

16

    /s/ Kenneth Walczak          DATED:  December 5, 2011
17   _____

18   Kenneth M. Walczak
    Rosen, Bien & Galvan, LLP
    Attorneys for Plaintiffs
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE THIRD QUARTER OF 2011

# EXHIBIT A

## <u>Armstrong v. Brown</u>
**Third Quarterly Statement of 2011**
**July 1, 2011 through September 30, 2011**

**CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | FEES | COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $737,788.34 | $39,337.02 |
| CDCR/AOAP FEES | <u>$41,843.85</u> | <u>$558.72</u> |
| **TOTALS** | **$779,632.19** | **$39,895.74** |
| | **GRAND TOTAL:** | **$819,527.93** |

**Armstrong v. Brown**
Summary of Undisputed Fees
3rd Quarter - July 1, 2011 through September 30, 2011
*Matter:  CDCR/AOAP Monitoring/Merits*

| _Monitoring (581-3)_ | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | | | |
| Sanford Jay Rosen (SJR) | | 0.50 | 0.50 | $420.00 | 0.02 | 0.48 | $840 | $405.30 |
| Michael W. Bien (MWB) | | 15.90 | 15.90 | $11,766.00 | 0.56 | 15.34 | $740 | $11,354.19 |
| Gay C. Grunfeld (GCG) | | 53.10 | 53.00 | $33,125.00 | 1.86 | 51.15 | $625 | $31,965.63 |
| Ernest Galvan (EG) | | 0.90 | 0.90 | $531.00 | 0.03 | 0.87 | $590 | $512.42 |
| Tom Nolan (TN) | | 170.80 | 170.70 | $89,617.50 | 5.97 | 164.73 | $525 | $86,480.89 |
| Kenneth M. Walczak (KMW) | | 0.80 | 0.00 | $0.00 | 0.00 | 0.00 | $420 | $0.00 |
| Lisa Ells (LAE) | | 81.10 | 79.50 | $30,607.50 | 2.78 | 76.72 | $385 | $29,536.24 |
| Laura Boysen-Aragon (LBA) | | 104.60 | 104.20 | $38,033.00 | 3.65 | 100.55 | $365 | $36,701.85 |
| Aaron Fischer (AJF) | | 1.70 | 1.70 | $620.50 | 0.06 | 1.64 | $365 | $598.78 |
| Blake Thompson (BT) | | 33.10 | 30.00 | $10,500.00 | 1.05 | 28.95 | $350 | $10,132.50 |
| Michael Freedman (MLF) | | 171.00 | 169.00 | $54,925.00 | 5.92 | 163.09 | $325 | $53,002.63 |
| Sumana Cooppan (SC) | | 0.80 | 0.00 | $0.00 | 0.00 | 0.00 | $315 | $0.00 |
| Kevin Jones (KEJ) | | 1.10 | 0.00 | $0.00 | 0.00 | 0.00 | $275 | $0.00 |
| Josephine Weinberg (JBW) | | 99.60 | 96.90 | $24,225.00 | 3.39 | 93.51 | $250 | $23,377.13 |
| Karen Stilber (KES) | | 4.10 | 4.10 | $1,025.00 | 0.14 | 3.96 | $250 | $989.13 |
| Matthew Cagle (MTC) | | 0.70 | 0.70 | $150.50 | 0.02 | 0.68 | $215 | $145.23 |
| Misha Goodwin (NMG) | | 1.60 | 0.00 | $0.00 | 0.00 | 0.00 | $210 | $0.00 |
| Haruka Roudebush (HR) | | 269.60 | 255.10 | $52,295.50 | 8.93 | 246.17 | $205 | $50,465.16 |
| Marc Shinn-Krantz (MSK) | | 87.40 | 80.80 | $16,564.00 | 2.83 | 77.97 | $205 | $15,984.26 |
| Hugo Cabrera (HDC) | | 132.90 | 131.40 | $26,937.00 | 4.60 | 126.80 | $205 | $25,994.21 |
| | Total Hours: | 1,231.30 | 1,194.40 | $391,342.50 | 41.80 | 1,152.60 | | |
| **RBG CLAIMED FEES:** | | | | | | | | $377,645.51 |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | | 19.90 | 19.90 | $14,925.00 | 0.70 | 19.20 | $750 | $14,402.63 |
| Steve Fama (SF) | | 0.20 | 0.20 | $135.00 | 0.01 | 0.19 | $675 | $130.28 |
| Sara Norman (SN) | | 3.30 | 3.30 | $1,848.00 | 0.12 | 3.18 | $560 | $1,783.32 |
| Susan Christian (SDC) | | 80.20 | 80.20 | $45,714.00 | 2.81 | 77.39 | $570 | $44,114.01 |
| Alison Hardy (AH) | | 0.70 | 0.70 | $378.00 | 0.02 | 0.68 | $540 | $364.77 |
| Millard Murphy (MM) | | 0.30 | 0.30 | $162.00 | 0.01 | 0.29 | $540 | $156.33 |
| Glenn Katon (GK) | | 1.00 | 1.00 | $525.00 | 0.04 | 0.97 | $525 | $506.63 |
| Rebekah Evenson (RE) | | 163.90 | 163.90 | $81,130.50 | 5.74 | 158.16 | $495 | $78,290.93 |
| Megan Hagler (MH) | | 141.20 | 141.20 | $59,304.00 | 4.94 | 136.26 | $420 | $57,228.36 |
| Penny Godbold (PG) | | 76.60 | 76.60 | $32,172.00 | 2.68 | 73.92 | $420 | $31,045.98 |
| Corene Kendrick | | 232.00 | 232.00 | $97,440.00 | 8.12 | 223.88 | $420 | $94,029.60 |
| Kelly Knapp (KK) | | 0.10 | 0.10 | $35.00 | 0.00 | 0.10 | $350 | $33.78 |
| Rana Anabtawi (RA) | | 0.80 | 0.80 | $240.00 | 0.03 | 0.77 | $300 | $231.60 |
| Vincent Quan (VC) | | 72.90 | 72.90 | $13,486.50 | 2.55 | 70.35 | $185 | $13,014.47 |
| Frances Guzman (FG) | | 55.20 | 55.20 | $10,212.00 | 1.93 | 53.27 | $185 | $9,854.58 |
| Riley Doyle Evans (RDE) | | 17.50 | 17.50 | $3,237.50 | 0.61 | 16.89 | $185 | $3,124.19 |
| Sergio Broholm (SB) | | 9.20 | 9.20 | $1,702.00 | 0.32 | 8.88 | $185 | $1,642.43 |
| Simon Woodard (SW) | | 14.50 | 14.50 | $2,682.50 | 0.51 | 13.99 | $185 | $2,588.61 |
| Madeline Bailey (MB) | | 8.80 | 8.80 | $1,628.00 | 0.31 | 8.49 | $185 | $1,571.02 |
| Lauren Kelleher (LK) | | 2.20 | 2.20 | $407.00 | 0.08 | 2.12 | $185 | $392.76 |
| Viraj Talwar (VT) | | 19.30 | 19.30 | $3,570.50 | 0.68 | 18.62 | $185 | $3,445.53 |
| | Total Hours: | 919.80 | 919.80 | $370,934.50 | 32.19 | 887.61 | | |
| **PLO CLAIMED FEES:** | | | | | | | | $357,951.79 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | | |
| Linda Kilb (LDK) | | 2.50 | 2.50 | $1,462.50 | 0.09 | 2.41 | $585 | $1,411.31 |
| S. Yee (SY) | | 0.70 | 0.70 | $280.00 | 0.02 | 0.68 | $400 | $270.20 |
| Mary Lou Breslin (MLB) | | 1.00 | 1.00 | $230.00 | 0.04 | 0.97 | $230 | $221.95 |
| Marilyn Golden (MG) | | 0.60 | 0.60 | $138.00 | 0.02 | 0.58 | $230 | $133.17 |
| Hongyu Min (HM) | | 3.90 | 2.00 | $160.00 | 0.07 | 1.93 | $80 | $154.40 |
| | Total Hours: | 8.70 | 6.80 | $2,270.50 | 0.24 | 6.56 | | |
| **DREDF CLAIMED FEES:** | | | | | | | | $2,191.03 |
| **TOTAL CLAIMED MONITORING FEES:** | | | | | | | | $737,788.34 |

**Armstrong v. Brown**
Summary of Undisputed Fees
3rd Quarter - July 1, 2011 through September 30, 2011
*Matter:  CDCR/AOAP Fees Work*

| | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **_FEES (581-2)_** | | | | | | | |
| **ROSEN, BIEN & GALVAN** | | | | | | | |
| Sanford Jay Rosen (SJR) | 6.20 | 4.40 | $3,696.00 | 0.15 | 4.25 | $840 | $3,566.64 |
| Michael W. Bien (MWB) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $740 | $0.00 |
| Gay C. Grunfeld (GCG) | 9.70 | 9.30 | $5,812.50 | 0.33 | 8.97 | $625 | $5,609.06 |
| Ernest Galvan (EG) | 1.90 | 1.20 | $708.00 | 0.04 | 1.16 | $590 | $683.22 |
| Maria V. Morris (MVM) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $450 | $0.00 |
| Kenneth Walczak (KMW) | 26.60 | 23.80 | $9,996.00 | 0.83 | 22.97 | $420 | $9,646.14 |
| Lisa Ells (LAE) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $385 | $0.00 |
| Blake Thompson (BT) | 13.00 | 12.40 | $4,340.00 | 0.43 | 11.97 | $350 | $4,188.10 |
| Michael Freedman (MLF) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $325 | $0.00 |
| Sumana Cooppan (SC) | 5.30 | 3.90 | $1,228.50 | 0.14 | 3.76 | $315 | $1,185.50 |
| Kevin Jones (KEJ) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $275 | $0.00 |
| Karen Stilber (KES) | 0.80 | 0.00 | $0.00 | 0.00 | 0.00 | $250 | $0.00 |
| Misha Goodwin (NMG) | 32.50 | 23.90 | $5,019.00 | 0.84 | 23.06 | $210 | $4,843.34 |
| Hugo Cabrera (HDC) | 58.40 | 54.50 | $11,172.50 | 1.91 | 52.59 | $205 | $10,781.46 |
| Total Hours: | 156.20 | 133.40 | $41,972.50 | 4.67 | 128.73 | | |
| **RBG CLAIMED FEES:** | | | | | | | **$40,503.46** |
| | | | | | | | |
| **BINGHAM MCCUTCHEN** | | | | | | | |
| Geoffrey T. Holtz (GH) | 0.20 | 0.20 | $136.00 | 0.01 | 0.19 | $680 | $131.24 |
| Tracey D. Berger (TB) | 0.10 | 0.10 | $53.00 | 0.00 | 0.10 | $530 | $51.15 |
| Total Hours: | 0.30 | 0.30 | $189.00 | 0.01 | 0.29 | | |
| **BMc CLAIMED FEES:** | | | | | | | **$182.39** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Rebekah Evenson | 0.30 | 0.30 | $148.50 | 0.01 | 0.29 | $495 | $143.30 |
| Edie DeGraff (ED) | 3.00 | 3.00 | $525.00 | 0.11 | 2.90 | $175 | $506.63 |
| Total Hours: | 3.30 | 3.30 | $673.50 | 0.12 | 3.18 | | |
| **PLO CLAIMED FEES:** | | | | | | | **$649.93** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 0.90 | 0.90 | $526.50 | 0.03 | 0.87 | $585 | $508.07 |
| Total Hours: | 0.90 | 0.90 | $526.50 | 0.03 | 0.87 | | |
| **DREDF CLAIMED FEES:** | | | | | | | **$508.07** |
| | | | | | | | |
| **TOTAL CLAIMED FEES FOR ARMSTRONG FEES WORK:** | | | | | | | **$41,843.85** |

**Armstrong v. Brown**
Third Quarterly Statement of 2011
July 1, 2011 to September 30, 2011
**Costs**

## Matter:  CDCR/AOAP Merits/Monitoring

|  |  | Undisputed Costs |
|---|---|---|
| **Rosen, Bien & Galvan (581-3)** | | |
| Photocopying (In house) | | $2,072.80 |
| Photocopying (Outside) | | $1,385.88 |
| Lexis | | $181.10 |
| Online Research - PACER | | $12.32 |
| Postage & Delivery | | $750.00 |
| Travel - Mileage, Tolls, Food | | $3,766.36 |
| Telephone | | $152.00 |
| Interpreting and Translation Services | | $525.00 |
| | **Total RBG Costs:** | **$8,845.46** |
| | | |
| **Prison Law Office** | | |
| Photocopying (In house) | | $2,090.20 |
| Photocopying (outside) | | $1.00 |
| Postage & Delivery | | $1,216.21 |
| Facsimile transmissions | | $4.00 |
| Travel - Mileage, Tolls, Food | | $6,867.07 |
| Sue Christian Travel | | $366.08 |
| Pacer | | $10.16 |
| Medical consultant | | $3,500.00 |
| Expert, Paul Bishop | | $15,928.83 |
| | **Total PLO Costs:** | **$29,983.55** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | | $374.20 |
| Postage & Delivery | | $48.93 |
| Online Research - PACER | | $84.88 |
| | **Total DREDF Costs:** | **$508.01** |
| | | |
| **TOTAL UNDISPUTED MONITORING COSTS:** | | **$39,337.02** |

**Armstrong v. Brown**
Third Quarterly Statement of 2011
July 1, 2011 to September 30, 2011
**Costs**

## Matter: CDCR/AOAP Fees Work

|  |  | Undisputed Costs |
|---|---|---|
| **Rosen, Bien & Galvan (581-2)** | | |
| Photocopying (in-house) | | $215.60 |
| Photocopying (outside) | | $202.10 |
| Online Research - PACER | | $4.08 |
| Lexis | | $4.04 |
| Telephone | | $2.50 |
| Postage & Delivery | | $130.40 |
| | **Total RBG Costs:** | **$558.72** |
| | | |
| **TOTAL UNDISPUTED FEES COSTS :** | | **$558.72** |

EXHIBIT B

## Armstrong v. Brown
**Third Quarterly Statement of 2011**
**July 1, 2011 through September 30, 2011**

**BPH SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | FEES | COSTS |
|---|---|---|
| BPH MONITORING | $530,585.47 | $41,338.38 |
| BPH FEES | $11,529.34 | $0.00 |
| **TOTALS** | **$542,114.81** | **$41,338.38** |
| | **GRAND TOTAL:** | **$583,453.19** |

**Armstrong v. Brown**
Summary of Undisputed Fees
3rd Quarter - July 1, 2011 through September 30, 2011
*Matter:  BPH Monitoring*

| | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | | | |
| **ROSEN, BIEN & GALVAN** | | | | | | | |
| Michael W. Bien (MWB) | 42.10 | 42.10 | $31,154.00 | 1.47 | 40.63 | $740 | $30,063.61 |
| Gay C. Grunfeld (GCG) | 188.40 | 188.30 | $117,687.50 | 6.59 | 181.71 | $625 | $113,568.44 |
| Ernest Galvan (EG) | 5.40 | 5.40 | $3,186.00 | 0.19 | 5.21 | $590 | $3,074.49 |
| Tom Nolan (TN) | 15.20 | 14.00 | $7,350.00 | 0.49 | 13.51 | $525 | $7,092.75 |
| Shirley Huey (SH) | 22.00 | 21.50 | $9,460.00 | 0.75 | 20.75 | $440 | $9,128.90 |
| Leslie Mehta (LCM) | 2.40 | 0.00 | $0.00 | 0.00 | 0.00 | $440 | $0.00 |
| Kenneth Walczak (KMW) | 22.50 | 22.00 | $9,240.00 | 0.77 | 21.23 | $420 | $8,916.60 |
| Lisa Ells (LAE) | 0.70 | 0.00 | $0.00 | 0.00 | 0.00 | $385 | $0.00 |
| Laura Boysen-Aragon (LBA) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $365 | $0.00 |
| Aaron Fischer (AJF) | 44.50 | 44.50 | $16,242.50 | 1.56 | 42.94 | $365 | $15,674.01 |
| Blake Thompson (BT) | 343.20 | 342.20 | $119,770.00 | 11.98 | 330.22 | $350 | $115,578.05 |
| Bahareh Mostajelean (BMM) | 181.30 | 169.00 | $54,925.00 | 5.92 | 163.09 | $325 | $53,002.63 |
| Michael Freedman (MLF) | 190.00 | 181.80 | $59,085.00 | 6.36 | 175.44 | $325 | $57,017.03 |
| Sumana Cooppan (SC) | 4.90 | 4.40 | $1,386.00 | 0.15 | 4.25 | $315 | $1,337.49 |
| Josephine Weinberg (JBW) | 14.40 | 14.40 | $3,600.00 | 0.50 | 13.90 | $250 | $3,474.00 |
| Carolina Casanas (CPC) | 47.00 | 41.90 | $9,637.00 | 1.47 | 40.43 | $230 | $9,299.71 |
| Rose Jones-Shine (RJS) | 19.00 | 14.80 | $3,404.00 | 0.52 | 14.28 | $230 | $3,284.86 |
| Matthew Cagle (MTC) | 38.70 | 37.30 | $8,019.50 | 1.31 | 35.99 | $215 | $7,738.82 |
| Haruka Roudebush (HR) | 5.70 | 4.60 | $943.00 | 0.16 | 4.44 | $205 | $910.00 |
| Hugo Cabrera (HDC) | 180.40 | 171.40 | $35,137.00 | 6.00 | 165.40 | $205 | $33,907.21 |
| Total Hours: | 1,417.40 | 1,369.00 | $502,576.50 | 47.92 | 1321.09 | | |
| **RBG CLAIMED FEES:** | | | | | | | $484,986.32 |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Susan Christian (SDC) | 82.90 | 82.90 | $47,253.00 | 2.90 | 80.00 | $570 | $45,599.15 |
| Total Hours: | 82.90 | 82.90 | $47,253.00 | 2.90 | 80.00 | | |
| **PLO CLAIMED FEES:** | | | | | | | $45,599.15 |
| | | | | | | | |
| **TOTAL CLAIMED FEES FOR BPH MONITORING WORK:** | | | | | | | $530,585.47 |

**Armstrong v. Brown**
Summary of Undisputed Fees
3rd Quarter - July 1, 2011 through September 30, 2011
*Matter:  BPH Fees*

| | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **BPH FEES (581-4A)** | | | | | | | |
| **ROSEN, BIEN & GALVAN** | | | | | | | |
| Gay C. Grunfeld (GCG) | 5.10 | 5.00 | $3,125.00 | 0.18 | 4.83 | $625 | $3,015.63 |
| Kenneth M. Walczak (KMW) | 12.80 | 12.10 | $5,082.00 | 0.42 | 11.68 | $420 | $4,904.13 |
| Blake Thompson (BT) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $350 | $0.00 |
| Misha Goodwin (NMG) | 2.60 | 2.60 | $546.00 | 0.09 | 2.51 | $210 | $526.89 |
| Hugo Cabrera (HDC) | 8.00 | 7.90 | $1,619.50 | 0.28 | 7.62 | $205 | $1,562.82 |
| Total Hours: | 28.60 | 27.60 | $10,372.50 | 0.97 | 26.63 | | |
| **RBG CLAIMED FEES:** | | | | | | | $10,009.46 |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Edie DeGraff (ED) | 9.00 | 9.00 | $1,575.00 | 0.32 | 8.69 | $175 | $1,519.88 |
| Total Hours: | 9.00 | 9.00 | | 0.32 | 8.69 | | |
| **PLO CLAIMED FEES:** | | | | | | | $1,519.88 |
| | | | | | | | |
| **TOTAL CLAIMED FEES FOR BPH FEES WORK:** | | | | | | | $11,529.34 |

**Armstrong v. Brown**
Third Quarterly Statement of 2011
July 1, 2011 to September 30, 2011
**Costs**

## *Matter: BPH Monitoring*

| | Undisputed Costs |
|---|---|
| **Rosen, Bien & Galvan (581-4)** | |
| Photocopying (In-house) | $4,349.20 |
| Photocopying (Outside) | $17,925.34 |
| Online Research - PACER | $90.08 |
| Lexis / Westlaw | $1,648.38 |
| Postage and Delivery | $1,068.79 |
| Interpreting and Translation Services | $215.25 |
| Telephone | $75.85 |
| Travel - Mileage, Tolls, Food | $2,253.10 |
| Records Requests | $540.22 |
| Expert Services / Retainers | $9,710.00 |
| Deposition Transcripts | $2,921.94 |
| **Total RBG Costs:** | **$40,798.15** |
| | |
| **Prison Law Office** | |
| Sue Christian Travel Expenses | $540.23 |
| **Total PLO Costs:** | **$540.23** |
| | |
| **TOTAL UNDISPUTED BPH MONITORING COSTS:** | **$41,338.38** |

EXHIBIT C

# Armstrong v. Brown

**Third Quarterly Statement of 2011**
**July 1, 2011 through September 30, 2011**

**DAPO SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | FEES | COSTS |
|--------|------|-------|
| DAPO MONITORING | $43,925.35 | $1,632.77 |
| DAPO FEES | $5,575.77 | $0.00 |
| **TOTALS** | **$49,501.12** | **$1,632.77** |
| | **GRAND TOTAL:** | **$51,133.89** |

**Armstrong v. Brown**
Summary of Undisputed Fees
3rd Quarter - July 1, 2011 through September 30, 2011
*Matter: DAPO Monitoring*

| | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| ***DAPO MONITORING (581-9)*** | | | | | | | |
| **ROSEN, BIEN & GALVAN** | | | | | | | |
| Michael Bien (MWB) | 1.90 | 0.00 | $0.00 | 0.00 | 0.00 | $740 | $0.00 |
| Gay C. Grunfeld (GCG) | 7.30 | 7.20 | $4,500.00 | 0.25 | 6.95 | $625 | $4,342.50 |
| Shirley Huey (SH) | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $440 | $0.00 |
| Kenneth M. Walczak (KMW) | 27.40 | 24.80 | $10,416.00 | 0.87 | 23.93 | $420 | $10,051.44 |
| Lisa Ells (LAE) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $385 | $0.00 |
| Blake Thompson (BT) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $350 | $0.00 |
| Bahareh Mostajelean (BMM) | 2.30 | 0.00 | $0.00 | 0.00 | 0.00 | $325 | $0.00 |
| Sumana Cooppan (SC) | 38.80 | 35.70 | $11,245.50 | 1.25 | 34.45 | $315 | $10,851.91 |
| Karen Stilber (KES) | 44.00 | 41.80 | $10,450.00 | 1.46 | 40.34 | $250 | $10,084.25 |
| Misha Goodwin (NMG) | 25.60 | 22.50 | $4,725.00 | 0.79 | 21.71 | $210 | $4,559.63 |
| Diana Ruslani (DAR) | 23.70 | 20.40 | $4,182.00 | 0.71 | 19.69 | $205 | $4,035.63 |
| Haruka Roudebush (HR) | 4.00 | 0.00 | $0.00 | 0.00 | 0.00 | $205 | $0.00 |
| Hugo Cabrera (HDC) | 2.10 | 0.00 | $0.00 | 0.00 | 0.00 | $205 | $0.00 |
| **Total Hours:** | 178.10 | 152.40 | $45,518.50 | 5.33 | 147.07 | | |
| **RBG CLAIMED FEES:** | | | | | | | $43,925.35 |
| **TOTAL CLAIMED FOR DAPO MONITORING WORK:** | | | | | | | $43,925.35 |

**Armstrong v. Brown**
Summary of Undisputed Fees
3rd Quarter - July 1, 2011 through September 30, 2011
*Matter: DAPO Fees*

| | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| ***DAPO FEES (581-10)*** | | | | | | | |
| **ROSEN, BIEN & GALVAN** | | | | | | | |
| Kenneth M. Walczak (KMW) | 12.00 | 11.60 | $4,872.00 | 0.41 | 11.19 | $420 | $4,701.48 |
| Misha Goodwin (NMG) | 0.90 | 0.80 | $168.00 | 0.03 | 0.77 | $210 | $162.12 |
| Hugo Cabrera (HDC) | 3.60 | 3.60 | $738.00 | 0.13 | 3.47 | $205 | $712.17 |
| **Total Hours:** | 16.50 | 16.00 | $5,778.00 | 0.56 | 15.44 | | |
| **RBG CLAIMED FEES:** | | | | | | | $5,575.77 |
| **TOTAL CLAIMED FOR DAPO FEES WORK:** | | | | | | | $5,575.77 |

**Armstrong v. Brown**
Third Quarterly Statement of 2011
July 1, 2011 to September 30, 2011
**Costs**

## *Matter: DAPO Monitoring*

| **Rosen, Bien & Galvan (581-9)** | | **Undisputed Costs** |
|---|---|---|
| Photocopying (in-house) | | $131.60 |
| Photocopying (outside) | | $325.57 |
| Lexis | | $300.00 |
| Postage & Delivery | | $270.56 |
| Telephone | | $5.25 |
| Travel | | $599.79 |
| | **Total RBG Costs:** | **$1,632.77** |
| | | |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | | **$1,632.77** |