Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


December 06, 2011


Invoice #18864


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2011 | EWS | Draft email to special master, expert, receiver with inquiries. Draft email to special master in response to inquiry. | 0.80<br>450.00/hr | 360.00 |
|  | EWS | Draft email to Receiver's staff with inquiry. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review and respond to emails from court representatives. | 0.20<br>450.00/hr | 90.00 |
| 11/2/2011 | EWS | Review information from court representative. Call with court. | 0.20<br>450.00/hr | 90.00 |
| 11/3/2011 | EWS | Review correspondence from defendant re MHCB modules. | 0.10<br>450.00/hr | 45.00 |
| 11/4/2011 | EWS | Phone call to Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 11/6/2011 | EWS | Review information re upcoming meeting, information from Receiver's office re SOMS, report on tour. Contact Receiver's office. | 0.40<br>450.00/hr | 180.00 |
| 11/7/2011 | EWS | Review minutes of coordination meeting. | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Review and forward material to Receiver's office. Contact Receiver's staff re meeting. Contact special master. | 0.40<br>450.00/hr | 180.00 |
| 11/8/2011 | EWS | Preparation for meeting with counsel, Receiver's office. | 0.20<br>450.00/hr | 90.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/9/2011 | EWS | Travel to Sacto for meeting with counsel. Call to special master re SVPP issue. | 1.80<br>450.00/hr | 810.00 |
| | EWS | Phone call to Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Meeting with counsel, CDCR, Receiver's staff. | 3.20<br>450.00/hr | 1,440.00 |
| | EWS | Phone call with special master re SVPP issue. | 0.30<br>450.00/hr | 135.00 |
| | EWS | Travel from Sacto to office. | 1.70<br>450.00/hr | 765.00 |
| 11/10/2011 | EWS | Review information from special master's office in advance of call. | 0.40<br>450.00/hr | 180.00 |
| | EWS | Review information in preparation for conference call with Special Master, counsel. | 0.50<br>450.00/hr | 225.00 |
| | EWS | Conference with counsel, special master's office re CMF issue. Call with special master. | 0.90<br>450.00/hr | 405.00 |
| | EWS | Phone call with tech personnel re reporting in scheduling systems. | 0.60<br>450.00/hr | 270.00 |
| | EWS | Conference with counsel re SVPP issue. | 0.60<br>450.00/hr | 270.00 |
| 11/14/2011 | EWS | Review documents from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 11/15/2011 | EWS | Conference with B. Evangelist re research re federal law waiver issues. | 0.20<br>450.00/hr | 90.00 |
| 11/16/2011 | BE | Research propriety of federal court suspending or waiving federal statutory law in order to implement remedial scheme -- conduct case law searches, review practice guide on federal procedure/powers of federal courts. | 2.10<br>275.00/hr | 577.50 |
| | EWS | Conference with associate re research. Call to court. | 0.50<br>450.00/hr | 225.00 |
| | EWS | Conference with associate re research. | 0.20<br>450.00/hr | 90.00 |
| | BE | Research exemptions/exceptions/defenses (e.g., undue financial burden defense) to ADA requirements. | 0.70<br>275.00/hr | 192.50 |
| 11/17/2011 | EWS | Review information from Receiver's office. | 0.10<br>450.00/hr | 45.00 |

Armstrong                                                                                      Page    3

|            |     |                                                                                                              | Hrs/Rate         | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------|------------------|------------|
| 11/22/2011 | EWS | Review turnaround report. Review appeals data. review and respond to email from Perez experts.              | 0.40 450.00/hr   | 180.00     |
|            | EWS | Review status stmt. Review information re master plan. Contact counsel, Receiver's office.                  | 0.60 450.00/hr   | 270.00     |
| 11/28/2011 | EWS | Review correspondence from plaintiffs' counsel.                                                             | 0.20 450.00/hr   | 90.00      |
|            | EWS | Draft email to special master in response to inquiry. Call from special master.                             | 0.40 450.00/hr   | 180.00     |
| 11/30/2011 | EWS | Review material in advance of meeting.                                                                      | 0.40 450.00/hr   | 180.00     |

|                                  |       |            |
|----------------------------------|-------|------------|
| For professional services rendered | 19.00 | $8,060.00 |

Additional Charges :

|                         |        |
|-------------------------|--------|
| 11/30/2011 Lexis        | 112.04 |
| Total additional charges | $112.04 |

| Total amount of this bill | $8,172.04 |
|---------------------------|-----------|

| Balance due | $8,172.04 |
|-------------|-----------|

Timekeeper Summary

| Name                        | Hours | Rate   | Amount    |
|-----------------------------|-------|--------|-----------|
| Britt Evangelist - Associate | 2.80  | 275.00 | $770.00   |
| Edward W. Swanson           | 16.20 | 450.00 | $7,290.00 |