Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
EIN: 94-3309866

Invoice submitted to:
Armstrong

January 06, 2012

Invoice #18972

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2011 | EWS | Travel to Sacto for meeting with counsel, CDCR re master plan. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Meeting with counsel, CDCR re master plan. | 2.50<br>450.00/hr | 1,125.00 |
|  | EWS | Travel from Sacto to office following meeting. | 1.60<br>450.00/hr | 720.00 |
| 12/5/2011 | EWS | Review reports from plaintiffs, correspondence from plaintiffs re appeals, upcoming meeting. Contact Receiver's office. | 0.50<br>450.00/hr | 225.00 |
| 12/8/2011 | EWS | Review and respond to emails re scheduling of calls. | 0.10<br>450.00/hr | 45.00 |
| 12/12/2011 | EWS | Conference with counsel, parties re master plan matrix. | 0.90<br>450.00/hr | 405.00 |
|  | EWS | Conference with counsel, parties re proposed resolution of L-wing issue. | 0.30<br>450.00/hr | 135.00 |
| 12/13/2011 | EWS | Phone call from special master. Review stipulation. Send comments to special master. | 0.50<br>450.00/hr | 225.00 |
| 12/14/2011 | EWS | Review agenda, action items, minutes. Contact Receiver's staff. | 0.30<br>450.00/hr | 135.00 |
| 12/15/2011 | EWS | Review and respond to emails from Receiver, Receiver's staff, experts. | 0.20<br>450.00/hr | 90.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/15/2011 | EWS | Conference with court representatives. | 0.80<br>450.00/hr | 360.00 |
| | EWS | Review appeals report, letter from counsel to Receiver's office.. | 0.20<br>450.00/hr | 90.00 |
| 12/16/2011 | EWS | Conference with Receiver's staff re various issues. | 0.60<br>450.00/hr | 270.00 |
| 12/19/2011 | EWS | Review and respond to email from Receiver. Review reports from plaintiffs. | 0.50<br>450.00/hr | 225.00 |
| 12/21/2011 | EWS | Review letter from plaintiffs' counsel. Confer with court. Contact counsel re letter. | 0.60<br>450.00/hr | 270.00 |
| 12/22/2011 | EWS | Review correspondence from parties re modules, population projections. | 0.20<br>450.00/hr | 90.00 |
| 12/23/2011 | EWS | Review and respond to emails from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| | | For professional services rendered | 11.60 | $5,220.00 |

Additional Charges :

| | | |
|---|---|---|
| 12/1/2011 | Parking on 11/9/2011 | 8.00 |
| 12/7/2011 | Western Messenger, chambers copy. | 29.63 |
| | Total additional charges | $37.63 |
| | Total amount of this bill | $5,257.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 11.60 | 450.00 | $5,220.00 |