Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: eswanson@smhlegal.com

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER,<br><br>　　　　　Defendant. | Case No. C 94-2307 CW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

　　　Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated January 6, 2012

Dated: January 10, 2012　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD W. SWANSON
　　　　　　　　　　　　　　　　　　　　　　　　　　Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment to court expert Edward Swanson per the court expert's invoice dated January 6, 2012.

Dated: 1/11/2012

                                                HON. CLAUDIA WILKEN
                                                United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


January 06, 2012


Invoice #18972


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 12/1/2011 EWS | Travel to Sacto for meeting with counsel, CDCR re master plan. | 1.70<br>450.00/hr | 765.00 |
| EWS | Meeting with counsel, CDCR re master plan. | 2.50<br>450.00/hr | 1,125.00 |
| EWS | Travel from Sacto to office following meeting. | 1.60<br>450.00/hr | 720.00 |
| 12/5/2011 EWS | Review reports from plaintiffs, correspondence from plaintiffs re appeals, upcoming meeting.  Contact Receiver's office. | 0.50<br>450.00/hr | 225.00 |
| 12/8/2011 EWS | Review and respond to emails re scheduling of calls. | 0.10<br>450.00/hr | 45.00 |
| 12/12/2011 EWS | Conference with counsel, parties re master plan matrix. | 0.90<br>450.00/hr | 405.00 |
| EWS | Conference with counsel, parties re proposed resolution of L-wing issue. | 0.30<br>450.00/hr | 135.00 |
| 12/13/2011 EWS | Phone call from special master.  Review stipulation.  Send comments to special master. | 0.50<br>450.00/hr | 225.00 |
| 12/14/2011 EWS | Review agenda, action items, minutes.  Contact Receiver's staff. | 0.30<br>450.00/hr | 135.00 |
| 12/15/2011 EWS | Review and respond to emails from Receiver, Receiver's staff, experts. | 0.20<br>450.00/hr | 90.00 |

Armstrong                                                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 12/15/2011 EWS | Conference with court representatives. | 0.80<br>450.00/hr | 360.00 |
| EWS | Review appeals report, letter from counsel to Receiver's office.. | 0.20<br>450.00/hr | 90.00 |
| 12/16/2011 EWS | Conference with Receiver's staff re various issues. | 0.60<br>450.00/hr | 270.00 |
| 12/19/2011 EWS | Review and respond to email from Receiver. Review reports from plaintiffs. | 0.50<br>450.00/hr | 225.00 |
| 12/21/2011 EWS | Review letter from plaintiffs' counsel. Confer with court. Contact counsel re letter. | 0.60<br>450.00/hr | 270.00 |
| 12/22/2011 EWS | Review correspondence from parties re modules, population projections. | 0.20<br>450.00/hr | 90.00 |
| 12/23/2011 EWS | Review and respond to emails from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
|  | For professional services rendered | 11.60 | $5,220.00 |

Additional Charges :

| 12/1/2011 | Parking on 11/9/2011 | 8.00 |
|---|---|---:|
| 12/7/2011 | Western Messenger, chambers copy. | 29.63 |
|  | Total additional charges | $37.63 |
|  | Total amount of this bill | $5,257.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward W. Swanson | 11.60 | 450.00 | $5,220.00 |