Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
EIN: 94-3309866

Invoice submitted to:
Armstrong


February 03, 2012


Invoice #19076


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2012 | EWS | Review and respond to emails from counsel, special master's office re upcoming meetings, master plan. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Review and respond to emails from Receiver's staff. | 0.10<br>450.00/hr | 45.00 |
| 1/4/2012 | EWS | Review information from Receiver.  Review and respond to meeting requests. | 0.20<br>450.00/hr | 90.00 |
| 1/6/2012 | EWS | Review material in advance of conference call.  Conference call with parties. | 0.30<br>450.00/hr | 135.00 |
| 1/8/2012 | EWS | Draft email to CDCR/Vanir personnel re presentation to coordination cmte. | 0.20<br>450.00/hr | 90.00 |
| 1/9/2012 | EWS | Review and respond to email re presentation to coordination group.  Respond to inquiry from special master's staff. | 0.20<br>450.00/hr | 90.00 |
| 1/10/2012 | EWS | Review agenda, minutes, action items.  Respond with comments. | 0.20<br>450.00/hr | 90.00 |
| 1/12/2012 | EWS | Conference with counsel, CDCR re master plan. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Review agenda, minutes; send comments. | 0.20<br>450.00/hr | 90.00 |
| 1/13/2012 | EWS | Conference with CDCR, Receiver's staff re presentation to coordination committee on master plan. | 0.70<br>450.00/hr | 315.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2012 | EWS | Review and respond to emails re upcoming meeting. | 0.30 450.00/hr | 135.00 |
| 1/15/2012 | EWS | Review plaintiff's agenda, meet and confer agenda, report on visit. Contact staff re follow-up. | 0.40 450.00/hr | 180.00 |
| 1/17/2012 | EWS | Review and comment on presentation re master plan. | 0.40 450.00/hr | 180.00 |
| | EWS | Review and respond to emails re master plan presentation. | 0.20 450.00/hr | 90.00 |
| 1/18/2012 | EWS | Travel to Sacto for coordination meeting. | 1.70 450.00/hr | 765.00 |
| | EWS | Meeting with court coordination group. Further meeting with staff. | 2.80 450.00/hr | 1,260.00 |
| | EWS | Travel to office from Sacto. Confer with office in transit re developments, court order, next step. Contact court representatives re order. | 1.80 450.00/hr | 810.00 |
| 1/19/2012 | EWS | Conference with counsel, court representatives re construction. | 1.00 450.00/hr | 450.00 |
| | EWS | Review correspondence between counsel, Receiver's office. | 0.10 450.00/hr | 45.00 |
| 1/20/2012 | EWS | Review court orders in Plata, Coleman and Armstrong. | 0.90 450.00/hr | 405.00 |
| 1/24/2012 | EWS | Review recent decision. Review agenda for meeting. Contact counsel re meeting. Review and respond to email from experts. | 0.50 450.00/hr | 225.00 |
| 1/26/2012 | EWS | Review correspondence re meet & confer, master plan. | 0.20 450.00/hr | 90.00 |
| 1/29/2012 | EWS | Review correspondence in advance of meet and confer, plaintiffs' report, correspondence from Receiver's office. | 0.40 450.00/hr | 180.00 |
| 1/30/2012 | EWS | Review and respond to email from counsel. Review plaintiff report. Review documents re population projections. | 0.40 450.00/hr | 180.00 |

For professional services rendered     15.10     $6,795.00

Additional Charges :

| | |
|---|---|
| 12/1/2011 Parking. | 10.00 |
| 1/11/2012 Western Messenger | 31.63 |

|  | Amount |
|---|---|
| Total additional charges | $41.63 |
| Total amount of this bill | $6,836.63 |
| Balance due | $6,836.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 15.10 | 450.00 | $6,795.00 |