1  DONALD SPECTER – 083925
   REBEKAH EVENSON – 207825
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California 94710-1916
   Telephone:  (510) 280-2621
4  Facsimile:  (510) 280-2704

5  LINDA D. KILB – 136101
   DISABILITY RIGHTS EDUCATION &
6  DEFENSE FUND, INC.
   3075 Adeline Street, Suite 201
7  Berkeley, California 94703
   Telephone:  (510) 644-2555
8  Facsimile:  (510) 841-8645

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104

9  Attorneys for Plaintiffs

10

11                   UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14  JOHN ARMSTRONG, et al.,

15          Plaintiffs,

16      v.

17  EDMUND G. BROWN, JR., et al.,

18          Defendants.

19

Case No. C94 2307 CW

**[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FOURTH QUARTER OF 2011**

Judge:  Hon. Claudia Wilken

20

21

22

23

24

25

26

27

28

[605223-1]

C94 2307 CW

[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FOURTH QUARTER OF 2011

1

2       On March 26, 1997, the District Court established procedures by which Plaintiffs

3  are to collect periodic attorneys' fees and costs in this case in connection with their work

   monitoring Defendants' compliance with the Court's Orders and collecting fees.

4       Pursuant to these procedures, on January 20, 2012, Plaintiffs served on Defendants

5  their Fourth Quarterly Statement for 2011 by overnight delivery.  The parties completed

6  their meet-and-confer process on February 23, 2012 as to the number of hours and costs

7  incurred on all matters.

8       As a result of the February 23, 2012 agreement, the parties agree to the following:

9       The parties agree to the payment of $774,132.22 for undisputed fees and costs

10 incurred during the Fourth Quarter of 2011, for monitoring and fee collection activities in

11 the California Department of Corrections of Rehabilitation Division of Adult Operations

12 and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

13 charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

14 the parties to settle these claims.

15      The parties agree to the payment of $261,471.49 for undisputed fees and costs

16 incurred during the Fourth Quarter of 2011, for monitoring and fee collection activities in

17 the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are

18 charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

19 the parties to settle these claims.

20      The parties agree to the payment of $47,162.98 for undisputed fees and costs

21 incurred during the Fourth Quarter of 2011, for monitoring and fee collection activities in

22 the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

23 **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

24 agreed to by the parties to settle these claims.

25 / / /

26 / / /

27 / / /

28

[605223-1]                                                 1                                    C94 2307 CW
        ~~[PROPOSED]~~ ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND
        REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FOURTH QUARTER OF 2011

1        IT IS HEREBY ORDERED that the amounts set forth above are due and

2   collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3   and costs will run from February 20, 2012 accruing at the rate provided by 28 U.S.C.

4   § 1961.

5

6   DATED: ___3/7/2012_____

7

8                                                     _____

9                                                     THE HONORABLE CLAUDIA WILKEN
                                                      UNITED STATES DISTRICT JUDGE

10

11  APPROVED AS TO FORM:

12
    /s/ Scott Feudale                       DATED:  March 6, 2012
13
    Scott Feudale
14  Deputy Attorney General
    Attorney for Defendants
15

16
    /s/ Kenneth M. Walczak                  DATED:  February 28, 2012
17
    Kenneth M. Walczak
18  Rosen, Bien & Galvan, LLP
    Attorneys for Plaintiffs
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FOURTH QUARTER OF 2011

# EXHIBIT A

# Armstrong v. Brown
**Fourth Quarterly Statement of 2011**
**October 1, 2011 through December 31, 2011**

**CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | FEES | COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $717,940.00 | $28,740.43 |
| CDCR/AOAP FEES | $27,122.50 | $329.29 |
| **TOTALS** | **$745,062.50** | **$29,069.72** |
| | **GRAND TOTAL:** | **$774,132.22** |

**Armstrong v. Brown**
Summary of Undisputed Fees
4th Quarter - October 1, 2011 through December 31, 2011
*Matter: CDCR/AOAP Fees Work*

| | Actual Hours | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|
| *FEES (581-2)* | | | | |
| **ROSEN, BIEN & GALVAN** | | | | |
| Michael W. Bien (MWB) | 0.20 | 0.00 | $740 | $0.00 |
| Gay C. Grunfeld (GCG) | 9.30 | 8.70 | $625 | $5,437.50 |
| Shirley Huey (SH) | 0.20 | 0.00 | $440 | $0.00 |
| Kenneth Walczak (KMW) | 12.10 | 10.40 | $420 | $4,368.00 |
| Lisa Ells (LAE) | 0.60 | 0.00 | $385 | $0.00 |
| Blake Thompson (BT) | 4.60 | 4.60 | $350 | $1,610.00 |
| Sumana Cooppan (SC) | 0.40 | 0.00 | $315 | $0.00 |
| Karen Stilber (KES) | 19.30 | 16.30 | $250 | $4,075.00 |
| Carolina Casanas (CPC) | 0.60 | 0.00 | $230 | $0.00 |
| Haruka Roudebush (HR) | 0.20 | 0.00 | $205 | $0.00 |
| Hugo Cabrera (HDC) | 47.30 | 43.90 | $205 | $8,999.50 |
| **Total Hours:** | **94.80** | **83.90** | | |
| **RBG UNDISPUTED FEES:** | | | | **$24,490.00** |
| | | | | |
| **PRISON LAW OFFICE** | | | | |
| Edie DeGraff (ED) | 9.10 | 9.10 | $175 | $1,592.50 |
| **Total Hours:** | **9.10** | **9.10** | | |
| **PLO UNDISPUTED FEES:** | | | | **$1,592.50** |
| | | | | |
| **INTEREST OWED FOR Q2 2011** | | | | **$1,040.00** |
| | | | | |
| **TOTAL UNDISPUTED FEES WORK:** | | | | **$27,122.50** |

**Armstrong v. Brown**
Summary of Undisputed Fees
4th Quarter - October 1, 2011 through December 31, 2011
*Matter:  CDCR/AOAP Monitoring/Merits*

| _Monitoring (581-3)_ | | Actual Hours | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | |
| Michael W. Bien (MWB) | | 29.80 | 29.70 | $740 | $21,978.00 |
| Gay C. Grunfeld (GCG) | | 29.40 | 29.10 | $625 | $18,187.50 |
| Ernest Galvan (EG) | | 1.10 | 0.00 | $590 | $0.00 |
| Tom Nolan (TN) | | 87.60 | 87.60 | $525 | $45,990.00 |
| Kenneth M. Walczak (KMW) | | 0.10 | 0.00 | $420 | $0.00 |
| Lisa Ells (LAE) | | 88.60 | 83.80 | $385 | $32,263.00 |
| Laura Boysen-Aragon (LBA) | | 83.80 | 82.30 | $365 | $30,039.50 |
| Blake Thompson (BT) | | 111.20 | 110.30 | $350 | $38,605.00 |
| Michael Freedman (MLF) | | 157.30 | 157.20 | $325 | $51,090.00 |
| Sumana Cooppan (SC) | | 3.40 | 0.00 | $315 | $0.00 |
| Kevin Jones (KEJ) | | 0.20 | 0.00 | $275 | $0.00 |
| Josephine Weinberg (JBW) | | 76.10 | 75.50 | $250 | $18,875.00 |
| Carolina Casanas (CPC) | | 2.10 | 0.00 | $230 | $0.00 |
| Karen Stilber (KES) | | 2.10 | 0.00 | $250 | $0.00 |
| Diana Ruslani (DAR) | | 10.90 | 5.60 | $205 | $1,148.00 |
| Marc Shinn-Krantz (MSK) | | 108.90 | 105.20 | $205 | $21,566.00 |
| Haruka Roudebush (HR) | | 221.30 | 164.60 | $205 | $33,743.00 |
| Hugo Cabrera (HDC) | | 142.60 | 137.70 | $205 | $28,228.50 |
| | **Total Hours:** | **1,156.50** | **1,068.60** | | |
| **RBG UNDISPUTED FEES:** | | | | | **$341,713.50** |
| | | | | | |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | | 11.70 | 11.70 | $750 | $8,775.00 |
| Steve Fama (SF) | | 0.50 | 0.50 | $675 | $337.50 |
| Sara Norman (SN) | | 2.60 | 2.60 | $560 | $1,456.00 |
| Alison Hardy (AH) | | 1.60 | 1.60 | $540 | $864.00 |
| Rebekah Evenson (RE) | | 214.60 | 214.60 | $495 | $106,227.00 |
| Megan Hagler (MH) | | 139.30 | 139.30 | $420 | $58,506.00 |
| Penny Godbold (PG) | | 143.00 | 143.00 | $420 | $60,060.00 |
| Susan D. Christian (SDC) | | 4.00 | 4.00 | $570 | $2,280.00 |
| Corene Kendrick (CK) | | 179.70 | 179.70 | $420 | $75,474.00 |
| Vincent Quan (VC) | | 80.10 | 80.10 | $185 | $14,818.50 |
| Riley Doyle Evans (RDE) | | 68.30 | 68.30 | $185 | $12,635.50 |
| Simon Woodard (SW) | | 74.40 | 74.40 | $185 | $13,764.00 |
| Madeline Bailey (MB) | | 43.50 | 43.50 | $185 | $8,047.50 |
| Lauren Kelleher (LK) | | 49.70 | 49.70 | $185 | $9,194.50 |
| Viraj Talwar (VT) | | 18.80 | 18.80 | $185 | $3,478.00 |
| | **Total Hours:** | **1,031.80** | **1,031.80** | | |
| **PLO UNDISPUTED FEES:** | | | | | **$375,917.50** |
| | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | | 0.20 | 0.20 | $585 | $117.00 |
| Hongyu Min (HM) | | 4.70 | 2.40 | $80 | $192.00 |
| | **Total Hours:** | **4.90** | **2.60** | | |
| **DREDF UNDISPUTED FEES:** | | | | | **$309.00** |
| | | | | | |
| **TOTAL UNDISPUTED MONITORING FEES:** | | | | | **$717,940.00** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2011
October 1, 2011 to December 31, 2011
**Costs**

## Matter:  CDCR/AOAP Merits/Monitoring

| **Rosen, Bien & Galvan (581-3)** | | **Undisputed Costs** |
|---|---|---|
| Photocopying (In house) | | $1,252.80 |
| Photocopying (Outside) | | $1,317.00 |
| Lexis / Westlaw | | $240.59 |
| Online Research - PACER | | $19.76 |
| Postage & Delivery | | $678.38 |
| Travel - Mileage, Tolls, Food | | $4,399.57 |
| Telephone | | $35.20 |
| Expert, Paul Bishop | | $9,145.00 |
| Interpreting and Translation Services | | $320.00 |
| | **Total RBG Costs:** | **$17,408.30** |

| **Prison Law Office** | | |
|---|---|---|
| Photocopying (In house) | | $1,347.20 |
| Lexis / Westlaw | | $34.88 |
| Travel - Mileage, Tolls, Food | | $6,399.63 |
| Interpreting and Translation Services | | $1,050.00 |
| Expert, Paul Bishop | | $1,627.50 |
| | **Total PLO Costs:** | **$11,080.61** |

| **Disability Rights Education & Defense Fund, Inc.** | | |
|---|---|---|
| Photocopying (in-house) | | $209.20 |
| Postage & Delivery | | $38.64 |
| Online Research - PACER | | $3.68 |
| | **Total DREDF Costs:** | **$251.52** |

| **TOTAL UNDISPUTED MONITORING COSTS:** | **$28,740.43** |
|---|---|

**Armstrong v. Brown**
Fourth Quarterly Statement of 2011
October 1, 2011 to December 31, 2011
**Costs**

## Matter: CDCR/AOAP Fees Work

| **Rosen, Bien & Galvan (581-2)** | | **Undisputed Costs** |
|---|---|---|
| Photocopying (in-house) | | $82.40 |
| Online Research - PACER | | $2.56 |
| Telephone | | $1.00 |
| Postage & Delivery | | $243.33 |
| | **Total RBG Costs:** | **$329.29** |

| **TOTAL UNDISPUTED FEES COSTS :** | **$329.29** |
|---|---|

EXHIBIT B

# Armstrong v. Brown
**Fourth Quarterly Statement of 2011**
**October 1, 2011 through December 31, 2011**

**BPH SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | FEES | COSTS |
|---|---|---|
| BPH MONITORING | $247,455.00 | $9,902.99 |
| BPH FEES | $4,113.50 | $0.00 |
| **TOTALS** | **$251,568.50** | **$9,902.99** |
| | **GRAND TOTAL:** | **$261,471.49** |

**Armstrong v. Brown**
Summary of Undisputed Fees
4th Quarter - October 1, 2011 through December 31, 2011
*Matter:  BPH Monitoring*

| | | Actual Hours | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|---|
| **_BPH MONITORING (581-4)_** | | | | | |
| **ROSEN, BIEN & GALVAN** | | | | | |
| Michael W. Bien (MWB) | | 17.20 | 17.20 | $740 | $12,728.00 |
| Gay C. Grunfeld (GCG) | | 76.20 | 76.20 | $625 | $47,625.00 |
| Ernest Galvan (EG) | | 7.30 | 7.30 | $590 | $4,307.00 |
| Shirley Huey (SH) | | 12.50 | 11.80 | $440 | $5,192.00 |
| Kenneth Walczak (KMW) | | 16.60 | 16.00 | $420 | $6,720.00 |
| Lisa Ells (LAE) | | 1.40 | 0.00 | $385 | $0.00 |
| Katherine Mantoan (KGM) | | 2.70 | 0.00 | $370 | $0.00 |
| Laura Boysen-Aragon (LBA) | | 1.00 | 0.00 | $365 | $0.00 |
| Aaron Fischer (AJF) | | 52.60 | 52.60 | $365 | $19,199.00 |
| Blake Thompson (BT) | | 68.60 | 67.60 | $350 | $23,660.00 |
| Michael Freedman (MLF) | | 106.40 | 98.60 | $325 | $32,045.00 |
| Sumana Cooppan (SC) | | 24.10 | 23.30 | $315 | $7,339.50 |
| Kevin Jones (KEJ) | | 0.70 | 0.00 | $275 | $0.00 |
| Raquel V. Dizon (RVD) | | 5.60 | 5.10 | $250 | $1,275.00 |
| Karen Stilber (KES) | | 33.90 | 33.50 | $250 | $8,375.00 |
| Carolina Casanas (CPC) | | 26.90 | 23.40 | $230 | $5,382.00 |
| Elizabeth S. Hennessey (ESH) | | 12.50 | 12.20 | $205 | $2,501.00 |
| Marc Shinn-Krantz (MSK) | | 0.60 | 0.00 | $205 | $0.00 |
| Diana Ruslani (DAR) | | 0.50 | 0.00 | $215 | $0.00 |
| Doris Tseng (DT) | | 1.40 | 0.00 | $205 | $0.00 |
| Haruka Roudebush (HR) | | 3.70 | 0.00 | $205 | $0.00 |
| Hugo Cabrera (HDC) | | 45.00 | 41.70 | $205 | $8,548.50 |
| | **Total Hours:** | **517.40** | **486.50** | | |
| **RBG UNDISPUTED FEES:** | | | | | **$184,897.00** |
| | | | | | |
| **BINGHAM MCCUTCHEN** | | | | | |
| Tracey D. Berger (TB) | | 29.20 | 29.20 | $530 | $15,476.00 |
| | **Total Hours:** | **29.20** | **29.20** | | |
| **BMc UNDISPUTED FEES:** | | | | | **$15,476.00** |
| | | | | | |
| **PRISON LAW OFFICE** | | | | | |
| Susan Christian (SDC) | | 82.60 | 82.60 | $570 | $47,082.00 |
| | **Total Hours:** | **82.60** | **82.60** | | |
| **PLO UNDISPUTED FEES:** | | | | | **$47,082.00** |
| | | | | | |
| **TOTAL UNDISPUTED FEES FOR BPH MONITORING WORK:** | | | | | **$247,455.00** |

**Armstrong v. Brown**
Summary of Undisputed Fees
4th Quarter - October 1, 2011 through December 31, 2011
*Matter: BPH Fees*

| | Actual Hours | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|
| ***BPH FEES (581-4A)*** | | | | |
| **ROSEN, BIEN & GALVAN** | | | | |
| Gay C. Grunfeld (GCG) | 2.00 | 2.00 | $625 | $1,250.00 |
| Kenneth M. Walczak (KMW) | 0.60 | 0.00 | $420 | $0.00 |
| Blake Thompson (BT) | 1.10 | 1.10 | $350 | $385.00 |
| Hugo Cabrera (HDC) | 11.50 | 11.00 | $205 | $2,255.00 |
| **Total Hours:** | **15.20** | **14.10** | | |
| **RBG UNDISPUTED FEES:** | | | | **$3,890.00** |
| | | | | |
| **BINGHAM MCCUTCHEN** | | | | |
| Geoffrey T. Holtz (GH) | 0.20 | 0.20 | $680 | $136.00 |
| **Total Hours:** | **0.20** | **0.20** | | |
| **BMc UNDISPUTED FEES:** | | | | **$136.00** |
| | | | | |
| **PRISON LAW OFFICE** | | | | |
| Edie DeGraff (ED) | 0.50 | 0.50 | $175 | $87.50 |
| **Total Hours:** | **0.50** | **0.50** | | |
| **PLO UNDISPUTED FEES:** | | | | **$87.50** |
| | | | | |
| **TOTAL UNDISPUTED FEES FOR BPH FEES WORK:** | | | | **$4,113.50** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2011
October 1, 2011 to December 31, 2011
**Costs**

## *Matter: BPH Monitoring*

| **Rosen, Bien & Galvan (581-4)** | | **Undisputed Costs** |
|---|---|---|
| Photocopying (In-house) | | $1,305.80 |
| Photocopying (Outside) | | $2,825.75 |
| Online Research - PACER | | $13.28 |
| Lexis / Westlaw | | $946.34 |
| Postage and Delivery | | $152.18 |
| Interpreting and Translation Services | | $97.75 |
| Telephone | | $0.90 |
| Travel - Mileage, Tolls, Food | | $3,050.94 |
| Deposition Transcripts | | $195.00 |
| | **Total RBG Costs:** | **$8,587.94** |
| **Prison Law Office** | | |
| Sue Christian Travel Expenses | | $620.46 |
| | **Total PLO Costs:** | **$620.46** |
| **BINGHAM MCCUTCHEN** | | |
| Travel - Mileage, Tolls, Food | | $694.59 |
| | | **$694.59** |
| | **TOTAL UNDISPUTED BPH MONITORING COSTS:** | **$9,902.99** |

EXHIBIT C

## Armstrong v. Brown
### Fourth Quarterly Statement of 2011
### October 1, 2011 through December 31, 2011

### DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | FEES | COSTS |
|---|---|---|
| DAPO MONITORING | $44,747.00 | $1,899.48 |
| DAPO FEES | $516.50 | $0.00 |
| **TOTALS** | **$45,263.50** | **$1,899.48** |
| | **GRAND TOTAL:** | **$47,162.98** |

**Armstrong v. Brown**
Summary of Undisputed Fees
4th Quarter - October 1, 2011 through December 31, 2011
*Matter: DAPO Monitoring*

|  | Actual Hours | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|
| *DAPO MONITORING (581-9)* | | | | |
| **ROSEN, BIEN & GALVAN** | | | | |
| Michael Bien (MWB) | 1.00 | 0.00 | $740 | $0.00 |
| Gay C. Grunfeld (GCG) | 7.60 | 6.40 | $625 | $4,000.00 |
| Shirley Huey (SH) | 0.60 | 0.00 | $440 | $0.00 |
| Kenneth M. Walczak (KMW) | 28.00 | 26.40 | $420 | $11,088.00 |
| Lisa Ells (LAE) | 0.30 | 0.00 | $385 | $0.00 |
| Blake Thompson (BT) | 0.50 | 0.00 | $350 | $0.00 |
| Michael Freedman (MLF) | 4.70 | 0.00 | $325 | $0.00 |
| Sumana Cooppan (SC) | 50.20 | 48.90 | $315 | $15,403.50 |
| Karen Stilber (KES) | 15.10 | 14.30 | $250 | $3,575.00 |
| Diana Ruslani (DAR) | 59.50 | 52.10 | $205 | $10,680.50 |
| Haruka Roudebush (HR) | 0.80 | 0.00 | $205 | $0.00 |
| Marc Shinn-Krantz (MSK) | 0.40 | 0.00 | $205 | $0.00 |
| Hugo Cabrera (HDC) | 0.30 | 0.00 | $205 | $0.00 |
| **Total Hours:** | **169.00** | **148.10** | | |
| **RBG UNDISPUTED FEES:** | | | | **$44,747.00** |

**TOTAL UNDISPUTED FOR DAPO MONITORING WORK:**          **$44,747.00**

**Armstrong v. Brown**
Summary of Undisputed Fees
4th Quarter - October 1, 2011 through December 31, 2011
*Matter: DAPO Fees*

|  | Actual Hours | Undisputed Hours | 2011 Rates | Fees Now Owing |
|---|---|---|---|---|
| *DAPO FEES (581-10)* | | | | |
| **ROSEN, BIEN & GALVAN** | | | | |
| Kenneth M. Walczak (KMW) | 0.40 | 0.40 | $420 | $168.00 |
| Hugo Cabrera (HDC) | 1.70 | 1.70 | $205 | $348.50 |
| **Total Hours:** | **2.10** | **2.10** | | |
| **RBG UNDISPUTED FEES:** | | | | **$516.50** |

**TOTAL UNDISPUTED FOR DAPO FEES WORK:**          **$516.50**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2011
October 1, 2011 to December 31, 2011
**Costs**

## *Matter: DAPO Monitoring*

| **Rosen, Bien & Galvan (581-9)** | **Undisputed Costs** |
|---|---|
| Photocopying (in-house) | $72.80 |
| Photocopying (outside) | $204.69 |
| Postage & Delivery | $44.64 |
| Telephone | $3.20 |
| Travel | $1,574.15 |
| **Total RBG Costs:** | **$1,899.48** |
| | |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | **$1,899.48** |