Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


March 06, 2012


Invoice #19188


Professional Services

|   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2012 | EWS | Conference with HITEC committee re scheduling, other systems. | 1.70<br>450.00/hr | 765.00 |
| 2/3/2012 | EWS | Conference with parties re master plan, coordination issues. | 2.60<br>450.00/hr | 1,170.00 |
|  | EWS | Review correspondence re TTMs. Review population report. Review and respond to email from counsel. | 0.30<br>450.00/hr | 135.00 |
| 2/4/2012 | EWS | Meeting with A. Gugelmann to discuss upcoming issues re master plan, population projections, construction | 0.50<br>450.00/hr | 225.00 |
|  | APG | Conference with ES re upcoming calls | 0.20<br>275.00/hr | 55.00 |
| 2/6/2012 | APG | Conference call | 0.50<br>275.00/hr | 137.50 |
| 2/7/2012 | APG | Review notes in advance of call | 0.20<br>275.00/hr | 55.00 |
|  | APG | Conference call re assessment tool | 0.80<br>275.00/hr | 220.00 |
|  | EWS | Conference with A. Gugelmann re conference with parties, CDCR. | 0.20<br>450.00/hr | 90.00 |
| 2/11/2012 | EWS | Review information from Receiver's office. Review and forward to court representatives pleadings on jail order. | 0.50<br>450.00/hr | 225.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/11/2012 | EWS | Review and make suggestions on operation management instrument. | 0.90 450.00/hr | 405.00 |
| 2/13/2012 | EWS | Review and respond to emails from Receiver's office. | 0.10 450.00/hr | 45.00 |
| 2/14/2012 | EWS | Review material from plaintiffs re prison tour. | 0.30 450.00/hr | 135.00 |
| 2/18/2012 | EWS | Review and edit minutes. Respond to inquiry from special master's office. | 0.40 450.00/hr | 180.00 |
| 2/20/2012 | EWS | Review joint status statement. Review monitoring reports. Forward both to Receiver's office with comments. | 0.50 450.00/hr | 225.00 |
| 2/22/2012 | EWS | Review and respond to information and requests from Receiver's office, special master's staff. | 0.40 450.00/hr | 180.00 |
| 2/24/2012 | EWS | Phone call with special master's office re MHCB modules. | 0.30 450.00/hr | 135.00 |
| 2/28/2012 | EWS | Review information from Receiver. Respond to inquiry re meeting request. | 0.20 450.00/hr | 90.00 |
| | EWS | Review pleadings re county jail litigation. Respond to email from counsel. Respond to emails from Receiver's office. | 0.60 450.00/hr | 270.00 |
| 2/29/2012 | EWS | Review and respond to emails from Special Master. Contact parties. | 0.30 450.00/hr | 135.00 |

For professional services rendered     11.50     $4,877.50

Additional Charges :

| | | |
|---|---|---|
| 1/18/2012 | Parking. | 12.50 |
| 2/8/2012 | Western Messenger - chambers copy to USDC Oakland. | 35.88 |

Total additional charges     $48.38

Total amount of this bill     $4,925.88

|  | Amount |
|---|---|
| Balance due | $4,925.88 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 1.70 | 275.00 | $467.50 |
| Edward W. Swanson | 9.80 | 450.00 | $4,410.00 |