Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

April 04, 2012

Invoice #19310

Professional Services

|   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2012 | EWS | Review report from plaintiffs. Respond to email from Receiver. | 0.30<br>450.00/hr | 135.00 |
|   | EWS | Review and respond to email from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 3/3/2012 | EWS | Review filings in jail litigation. | 0.30<br>450.00/hr | 135.00 |
| 3/6/2012 | EWS | Review agenda. Review information from plaintiffs. Contact parties re MHCB modules. | 0.30<br>450.00/hr | 135.00 |
| 3/7/2012 | EWS | Review information from Receiver. Review and respond to emails form counsel re modules. | 0.30<br>450.00/hr | 135.00 |
| 3/9/2012 | EWS | Review information from counsel re classification, modules. Respond to counsel. Review information from Receiver re scheduling, upcoming meetings, dashboard. | 0.60<br>450.00/hr | 270.00 |
| 3/12/2012 | EWS | Review plaintiffs' filing, agenda for meeting. Review and respond to email from court experts. | 0.30<br>450.00/hr | 135.00 |
|   | EWS | Review report from plaintiffs. Review and respond to emails from Receiver. | 0.30<br>450.00/hr | 135.00 |
| 3/13/2012 | EWS | Review and respond to emails from Receiver. Review email from counsel. Draft email to counsel re rescheduling of meeting. | 0.20<br>450.00/hr | 90.00 |
| 3/14/2012 | EWS | Review email from CDCR. Review and respond to email from court. | 0.30<br>450.00/hr | 135.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/15/2012 | EWS | Review information from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 3/16/2012 | EWS | Review information from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 3/19/2012 | EWS | Review and respond to email from Court. | 0.10<br>450.00/hr | 45.00 |
| 3/20/2012 | EWS | Preparation for conference. Conference with Receiver's office re various issues. | 0.80<br>450.00/hr | 360.00 |
|  | EWS | Preparation for conference with court. Conference with court. | 0.90<br>450.00/hr | 405.00 |
|  | EWS | Review information from Receiver, plaintiff's counsel. | 0.30<br>450.00/hr | 135.00 |
| 3/21/2012 | EWS | Review and respond to emails from Receiver, experts. Review email from counsel. | 0.30<br>450.00/hr | 135.00 |
| 3/22/2012 | EWS | Phone call from court re status conference. | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Court Appearance (telephonically) on motion to stay plan and alter order re county jails. | 0.70<br>450.00/hr | 315.00 |
| 3/23/2012 | EWS | Review and circulate pleading from plaintiffs. Contact court representatives re upcoming meeting, other matters. | 0.40<br>450.00/hr | 180.00 |
| 3/26/2012 | EWS | Review emails and correspondence from CDCR re construction, meeting issues.. | 0.20<br>450.00/hr | 90.00 |
| 3/28/2012 | EWS | Review and respond to correspondence from Receiver. Review correspondence from parties. Review report on prison visit. | 0.30<br>450.00/hr | 135.00 |

|  |  |
|---|---|
| For professional services rendered | 7.30    $3,285.00 |

Additional Charges :

|  |  |
|---|---|
| 3/7/2012 Western Messenger chambers copy to District Court, Oakland. | 29.63 |
| Total additional charges | $29.63 |
| Total amount of this bill | $3,314.63 |

|  | Amount |
|---|---|
| Balance due | $3,314.63 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 7.30 | 450.00 | $3,285.00 |