Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong



April 04, 2012


Invoice #19310


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2012 | EWS | Review report from plaintiffs. Respond to email from Receiver. | 0.30 450.00/hr | 135.00 |
|  | EWS | Review and respond to email from Receiver's office. | 0.10 450.00/hr | 45.00 |
| 3/3/2012 | EWS | Review filings in jail litigation. | 0.30 450.00/hr | 135.00 |
| 3/6/2012 | EWS | Review agenda. Review information from plaintiffs.  Contact parties re MHCB modules. | 0.30 450.00/hr | 135.00 |
| 3/7/2012 | EWS | Review information from Receiver.  Review and respond to emails form counsel re modules. | 0.30 450.00/hr | 135.00 |
| 3/9/2012 | EWS | Review information from counsel re classification, modules.  Respond to counsel.  Review information from Receiver re scheduling, upcoming meetings, dashboard. | 0.60 450.00/hr | 270.00 |
| 3/12/2012 | EWS | Review plaintiffs' filing, agenda for meeting.  Review and respond to email from court experts. | 0.30 450.00/hr | 135.00 |
|  | EWS | Review report from plaintiffs.  Review and respond to emails from Receiver. | 0.30 450.00/hr | 135.00 |
| 3/13/2012 | EWS | Review and respond to emails from Receiver.  Review email from counsel. Draft email to counsel re rescheduling of meeting. | 0.20 450.00/hr | 90.00 |
| 3/14/2012 | EWS | Review email from CDCR.  Review and respond to email from court. | 0.30 450.00/hr | 135.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/15/2012 | EWS | Review information from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 3/16/2012 | EWS | Review information from Receiver. | 0.10<br>450.00/hr | 45.00 |
| 3/19/2012 | EWS | Review and respond to email from Court. | 0.10<br>450.00/hr | 45.00 |
| 3/20/2012 | EWS | Preparation for conference.  Conference with Receiver's office re various issues. | 0.80<br>450.00/hr | 360.00 |
|  | EWS | Preparation for conference with court.  Conference with court. | 0.90<br>450.00/hr | 405.00 |
|  | EWS | Review information from Receiver, plaintiff's counsel. | 0.30<br>450.00/hr | 135.00 |
| 3/21/2012 | EWS | Review and respond to emails from Receiver, experts.  Review email from counsel. | 0.30<br>450.00/hr | 135.00 |
| 3/22/2012 | EWS | Phone call from court re status conference. | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Court Appearance (telephonically) on motion to stay plan and alter order re county jails. | 0.70<br>450.00/hr | 315.00 |
| 3/23/2012 | EWS | Review and circulate pleading from plaintiffs.  Contact court representatives re upcoming meeting, other matters. | 0.40<br>450.00/hr | 180.00 |
| 3/26/2012 | EWS | Review emails and correspondence from CDCR re construction, meeting issues.. | 0.20<br>450.00/hr | 90.00 |
| 3/28/2012 | EWS | Review and respond to correspondence from Receiver.  Review correspondence from parties.  Review report on prison visit. | 0.30<br>450.00/hr | 135.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| For professional services rendered | 7.30 | $3,285.00 |

Additional Charges :

| 3/7/2012 | Western Messenger chambers copy to District Court, Oakland. | 29.63 |
|---|---|---|

| Total additional charges | $29.63 |
|---|---|

| Total amount of this bill | $3,314.63 |
|---|---|

Amount

Balance due                                                    $3,314.63

Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Edward W. Swanson | 7.30 | 450.00 | $3,285.00 |