IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

  v.

EDMUND G. BROWN, JR., et al.,

    Defendants.
_____/

No. C 94-2307 CW

ORDER GRANTING PARTIES' STIPULATION
(Docket Nos. 2029)

    Plaintiffs have filed a motion styled as a Request for an Order to Show Cause and Motion for an Order Holding Defendants in Contempt. Under the present schedule, Defendants' opposition papers were due on April 5, 2012, Plaintiffs' reply papers are due by April 12, 2012, and this matter is set for hearing on April 26, 2012 at 2:00 p.m.

    The parties have filed a stipulation to change the schedule for the briefing and hearing on Plaintiffs' motion. Having considered the papers filed by the parties, the Court GRANTS the parties' stipulation (Docket No. 2029) and ORDERS that Defendants shall file their opposition to Plaintiffs' motion by May 10, 2012, Plaintiffs shall file their reply, if any, by May 24, 2012, and the hearing on Plaintiffs' motion shall take place on June 7, 2012 at 2:00 p.m.

    The Court notes that it will not conduct a trial on contested testimony on the date of the motion hearing. Should it be

necessary to schedule such a proceeding, the Court will do so at a future date.

    IT IS SO ORDERED.

Dated: 4/10/2012

    CLAUDIA WILKEN
    United States District Judge

2