IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.<br>_____/ | No. C 94-2307 CW<br><br>ORDER GRANTING MOTION AND STIPULATION TO FILE UNDER SEAL (Docket Nos. 2023) |

    Plaintiffs have filed a motion to file under seal the unredacted declarations of Penny Godbold and Rebekah Evenson and the exhibits attached thereto, which they offer in support of their request for an order to show cause and motion for an order holding Defendants in contempt.  Plaintiffs also seek to file redacted versions of these documents in the public record.  Docket No. 2023.  The parties have also filed a stipulation agreeing to the sealing of these documents.  Docket No. 2023-1.

    In their stipulation, the parties state, "These documents contain 'personal information' of prisoners and parolees, . . . including their names, CDCR numbers, and disability status."  Id. at ¶ 4.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so.  Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010).  This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by

a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil Local Rule 79-5(a). If a document has been designated as confidential by another party, that party must file a declaration establishing that the document is sealable. Civil Local Rule 79-5(d).

The parties have provided reasons supporting the sealing of the unredacted documents. Accordingly, Plaintiffs' motion for leave to file under seal is GRANTED (Docket No. 2023). Within four days of the date of this Order, Plaintiffs shall electronically file under seal the Godbold and Evenson Declarations and their supporting exhibits, and shall file redacted versions of these documents in the public record.

IT IS SO ORDERED.

Dated: 5/4/2012

CLAUDIA WILKEN
United States District Judge