Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


May 04, 2012


Invoice #19434


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/1/2012 EWS | Review plaintiff's counsel report re prison visit. | 0.20<br>450.00/hr | 90.00 |
| 4/3/2012 EWS | Draft email to counsel, CDCR re meeting. Confer with colleague re coverage. | 0.10<br>450.00/hr | 45.00 |
| 4/7/2012 EWS | Review correspondence from plaintiffs re tour, appeals, jail issues. Review report from CDCR re population. | 0.40<br>450.00/hr | 180.00 |
| 4/9/2012 EWS | Review and respond to emails from counsel. Confer with colleagues re meetings. | 0.20<br>450.00/hr | 90.00 |
| 4/11/2012 EWS | Review court orders re county jail. Email to court representatives. | 0.40<br>450.00/hr | 180.00 |
| 4/15/2012 EWS | Conference with B. Evangelist re upcoming construction meeting. Contact counsel re scheduling. Contact court representatives. | 0.70<br>450.00/hr | 315.00 |
| EWS | Review and respond to emails from Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 4/16/2012 EWS | Review plaintiff's prison reports. | 0.30<br>450.00/hr | 135.00 |
| 4/17/2012 EWS | Conference with B. Evangelist. Email to court representatives. Review documents from counsel. | 0.40<br>450.00/hr | 180.00 |
| 4/18/2012 BE | Conference-- attend coordination conference. | 3.10<br>275.00/hr | 852.50 |
| EWS | Conference with B. Evangelist re meeting re construction. Email to CDCR re M&C on county jail plan. | 0.30<br>450.00/hr | 135.00 |
| 4/19/2012 EWS | Review material from court representatives. Review agenda for meeting. Review county jail correspondence. | 1.20<br>450.00/hr | 540.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2012 | EWS | Travel to Sacto (police emergency delays). Attend meet and confer re jail injunction. Attend (telephonically while in transit) meeting with counsel, CDCR, Receiver's staff. | 7.80<br>450.00/hr | 3,510.00 |
| 4/23/2012 | BE | Review materials from meeting to identify Armstrong case specific sections. Draft email to E. Swanson re same. | 0.40<br>275.00/hr | 110.00 |
| | EWS | Review documents re construction plans. | 0.20<br>450.00/hr | 90.00 |
| 4/24/2012 | EWS | Review report from plaintiffs' counsel. | 0.20<br>450.00/hr | 90.00 |
| 4/25/2012 | EWS | Review correspondence from counsel re jail litigation. | 0.20<br>450.00/hr | 90.00 |
| 4/26/2012 | EWS | Review and approve minutes, agenda, action items. Review appeals report. | 0.30<br>450.00/hr | 135.00 |
| 4/29/2012 | EWS | Review letter re improvements. Review letter from counties re jail plan. | 0.30<br>450.00/hr | 135.00 |

For professional services rendered     16.90     $6,992.50

Balance due     $6,992.50

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Britt Evangelist - Associate | 3.50 | 275.00 | $962.50 |
| Edward W. Swanson | 13.40 | 450.00 | $6,030.00 |