IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | No. C 94-2307 CW |
| Plaintiffs, | ORDER GRANTING MOTION AND STIPULATION TO FILE UNDER SEAL (Docket Nos. 2053 and 2055) |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On May 10, 2012, Defendants filed an amended administrative motion seeking to file under seal unredacted versions of their appendix of evidentiary objections, the declarations of M. Mayes, D. Zanchi, A. Favila, S. Aref, C. Ramirez, J. Cutillo, V. Cullen, J. Cazavos, S. Chapman, S. Cheney, G. Jaime, T. Miguel, J. Blim, R. Sweeny, D. Fischer, G. Stratton, S. Smith, M. Overstreet, C. Arthur, J. Curzon, R. Binkele, and R. Nipper, and the exhibits attached to these declarations. Defendants offer these documents in support of their opposition to Plaintiffs' request for an order to show cause and motion to hold Defendants in contempt. The parties also filed an amended stipulation agreeing that the unredacted documents should be filed under seal. The parties represent that these documents contain personal information of inmates, including their names and CDCR numbers. The parties further stipulate that redacted versions of these documents, in which any information identifying an inmate is omitted, will be filed in the public record.

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under

seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil Local Rule 79-5(a).

The parties have provided reasons supporting the sealing of the unredacted documents. Accordingly, Defendants' motion for leave to file under seal and the parties' stipulation authorizing sealing are GRANTED (Docket Nos. 2053 and 2055). Within four days of the date of this Order, Defendants shall electronically file under seal unredacted versions of their appendix of evidentiary objections, the declarations of M. Mayes, D. Zanchi, A. Favila, S. Aref, C. Ramirez, J. Cutillo, V. Cullen, J. Cazavos, S. Chapman, S. Cheney, G. Jaime, T. Miguel, J. Blim, R. Sweeny, D. Fischer, G. Stratton, S. Smith, M. Overstreet, C. Arthur, J. Curzon, R. Binkele, and R. Nipper, and the exhibits attached to these declarations, and shall file redacted versions of these documents in the public record.

IT IS SO ORDERED.

Dated: 5/17/2012

CLAUDIA WILKEN
United States District Judge

2