IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.<br>_____/ | No. C 94-2307 CW<br><br>ORDER GRANTING MOTION AND STIPULATION TO FILE UNDER SEAL (Docket No. 2105) |

    Plaintiffs move to file under seal unredacted versions of their response to Defendants' appendix of evidentiary objections, the declarations of Penny Godbold, Rebekah Evenson, Megan Hagler and Corene Kendrick, and the exhibits attached to these declarations.  Plaintiffs offer these documents in connection with their reply in further support of their motion for an order to show cause and to hold Defendants in contempt.  The parties also filed a stipulation agreeing that the unredacted documents should be filed under seal.  The parties represent that these documents contain personal information of inmates, including their names, CDCR numbers and disability status.  The parties further stipulate that redacted versions of these documents, in which any information identifying an inmate is omitted, will be filed in the public record.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so.  <u>Pintos v. Pac. Creditors Ass'n</u>, 605 F.3d 665, 678 (9th Cir. 2010).  This cannot be established simply by showing that the document is subject to a

protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. See Civil Local Rule 79-5(a).

Plaintiffs have provided good cause to seal the unredacted documents. Accordingly, their motion for leave to file under seal, and the parties' stipulation authorizing sealing, are GRANTED (Docket No. 2105). Within four days of the date of this Order, Plaintiffs shall electronically file under seal unredacted versions of their response to Defendants' appendix of evidentiary objections, the declarations of Penny Godbold, Rebekah Evenson, Megan Hagler and Corene Kendrick, and the exhibits attached thereto, and shall file redacted versions of these documents in the public record.

IT IS SO ORDERED.

Dated: 5/31/2012

CLAUDIA WILKEN
United States District Judge

2