Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

June 06, 2012

Invoice # 19530

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/3/2012 EWS | Review and respond to email from special master's office. | 0.10 450.00/hr | 45.00 |
| EWS | Review correspondence from plaintiff's counsel. Confer with associate re upcoming meetings. | 0.20 450.00/hr | 90.00 |
| 5/6/2012 EWS | Conference with B. Evangelist re upcoming meetings, issues to present. Review plaintiff's proposed agenda. | 0.40 450.00/hr | 180.00 |
| 5/8/2012 BE | Attend court coordination meeting. Phone call with Court's clerk following meeting. | 1.80 275.00/hr | 495.00 |
| 5/9/2012 EWS | Conference with B. Evangelist re hearing. | 0.10 450.00/hr | 45.00 |
| 5/10/2012 BE | Travel to and from judges coordination meeting at federal building. | 0.70 275.00/hr | 192.50 |
| BE | Meeting -- attend judges coordination meeting. | 0.60 275.00/hr | 165.00 |
| 5/11/2012 EWS | Review and respond to information from special master, B. Evangelist re upcoming meeting and previous meetings. | 0.20 450.00/hr | 90.00 |
| 5/14/2012 EWS | Review and respond to emails re conference with court representatives. | 0.10 450.00/hr | 45.00 |
| 5/17/2012 EWS | Review court order. Review and respond to email re conference with special master's staff. | 0.20 450.00/hr | 90.00 |
| 5/23/2012 EWS | Review letters, emails, background documents in advance of meeting. Review new plan from defendants. Confer with Court. | 1.40 450.00/hr | 630.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|--|-------------|----------|--------|
| 5/24/2012 | EWS | Travel to Sacto for meeting with parties re jail plan. | 1.90 450.00/hr | 855.00 |
| | EWS | Conference call with Receiver's staff, special master's staff re several issues. | 0.60 450.00/hr | 270.00 |
| | EWS | Meeting with counsel, CDCR re jail plan. | 3.70 450.00/hr | 1,665.00 |
| | EWS | Travel to SF following meeting; conference with office re issues in transit. | 1.80 450.00/hr | 810.00 |
| 5/29/2012 | EWS | Review monitoring report.  Review notes of meet & confer in anticipation of court call. | 0.30 450.00/hr | 135.00 |
| 5/30/2012 | EWS | Review correspondence from plaintiff's counsel re meet & confer. | 0.20 450.00/hr | 90.00 |
| 5/31/2012 | EWS | Conference with court re jail order. | 0.40 450.00/hr | 180.00 |
| | EWS | Phone call from counsel for Receiver.  Review documents re OSC. | 0.40 450.00/hr | 180.00 |

For professional services rendered

15.10     $6,252.50

Additional Charges :

| 4/20/2012 | Parking. | 4.00 |
|-----------|----------|------|
| 5/8/2012 | Western Messenger for chambers copy. | 29.63 |

Total additional charges

$33.63

Total amount of this bill

$6,286.13

Balance due

$6,286.13

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Britt Evangelist - Associate | 3.10 | 275.00 | $852.50 |

Armstrong

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Edward W. Swanson | 12.00 | 450.00 | $5,400.00 |