1  DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
2  PRISON LAW OFFICE
1917 Fifth Street
3  Berkeley, California  94710-1916
Telephone:   (510) 280-2621
4  Facsimile:   (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:   (415) 393-2000
Facsimile:   (415) 393-2286

5  LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
6  DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
7  Berkeley, California  94703
Telephone:   (510) 644-2555
8  Facsimile:   (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY CROSTHWAIT GRUNFELD – 121944
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

9  Attorneys for Plaintiffs

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14  JOHN ARMSTRONG, et al.,

15            Plaintiffs,

16        v.

17  EDMUND G. BROWN, JR., et al.,

18            Defendants.

19

Case No. C94 2307 CW

**[PROPOSED] ORDER CONFIRMING
UNDISPUTED CALIFORNIA
DEPARTMENT OF CORRECTIONS
AND REHABILITATION
ATTORNEY'S FEES AND COSTS
FOR THE FIRST QUARTER OF 2012**

Judge:   Hon. Claudia Wilken

20

21

22

23

24

25

26

27

28

[635936-1]

1    On March 26, 1997, the District Court established procedures by which Plaintiffs

2  are to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring Defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, on April 23, 2012, Plaintiffs served on Defendants

5  their First Quarterly Statement for 2012 by overnight delivery.  The parties completed their

6  meet-and-confer process on May 31, 2012  as to the number of hours and costs incurred on

7  all matters.

8    As a result of the May 31, 2012 agreement, the parties agree to the following:

9    The parties agree to the payment of $787,825.63 for undisputed fees and costs

10 incurred during the First Quarter of 2012, for monitoring and fee collection activities in the

11 California Department of Corrections of Rehabilitation Division of Adult Operations and

12 Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

13 charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

14 the parties to settle these claims.

15   The parties agree to the payment of $329,419.97 for undisputed fees and costs

16 incurred during the First Quarter of 2012, for monitoring and fee collection activities in the

17 Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are

18 charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

19 the parties to settle these claims.

20   The parties agree to the payment of $44,912.35 for undisputed fees and costs

21 incurred during the First Quarter of 2012, for monitoring and fee collection activities in the

22 Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

23 **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

24 agreed to by the parties to settle these claims.

25 / / /

26 / / /

27 / / /

28

[635936-1]

1                                                                C94 2307 CW
[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FIRST QUARTER OF 2012

1    IT IS HEREBY ORDERED that the amounts set forth above are due and

2  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3  and costs will run from May 23, 2012 accruing at the rate provided by 28 U.S.C. § 1961.

4

5  DATED: _____6/13/2012_____

6

7

8  THE HONORABLE CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

9

10 APPROVED AS TO FORM:

11 */s/ Jay Russell*                        DATED:  June 12, 2012

12 _____

13 Jay Russell
   Deputy Attorney General
   Attorney for Defendants

14

15 */s/ Kenneth M. Walczak*                 DATED:  June 8, 2012

16 _____

17 Kenneth M. Walczak
   Rosen, Bien & Galvan, LLP
   Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

[635936-1]

C94 2307 CW

[PROPOSED] ORDER CONFIRMING UNDISPUTED CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION ATTORNEY'S FEES AND COSTS FOR THE FIRST QUARTER OF 2012

EXHIBIT A

## Armstrong v. Brown
**First Quarterly Statement of 2012**
**January 1, 2012 through March 31, 2012**

**CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | FEES | COSTS |
|--------|------|-------|
| CDCR/AOAP MONITORING | $747,439.14 | $19,717.61 |
| CDCR/AOAP FEES COLLECTION | $20,381.55 | $287.33 |
| **TOTALS** | **$767,820.69** | **$20,004.94** |
| | **GRAND TOTAL:** | **$787,825.63** |

**Armstrong v. Brown**
Summary of Undisputed Fees
1st Quarter 2012 - January 1, 2012 through March 31, 2012
*Matter:  CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | | |
| Michael W. Bien (MWB) | 13.80 | 13.80 | $10,488.00 | 0.28 | 13.52 | $760 | $10,278.24 |
| Gay C. Grunfeld (GCG) | 32.70 | 32.70 | $20,928.00 | 0.65 | 32.05 | $640 | $20,509.44 |
| Ernest Galvan (EG) | 1.60 | 1.30 | $793.00 | 0.03 | 1.27 | $610 | $777.14 |
| Jane Kahn (JK) | 2.90 | 0.00 | $0.00 | 0.00 | 0.00 | $570 | $0.00 |
| Thomas Nolan (TN) | 129.90 | 128.50 | $69,390.00 | 2.57 | 125.93 | $540 | $68,002.20 |
| Shirley Huey (SH) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $540 | $0.00 |
| Kenneth M. Walczak (KMW) | 3.00 | 0.00 | $0.00 | 0.00 | 0.00 | $460 | $0.00 |
| Lisa Ells (LAE) | 138.10 | 131.40 | $53,874.00 | 2.63 | 128.77 | $410 | $52,796.52 |
| Aaron Fischer (AJF) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $400 | $0.00 |
| Laura Boysen-Aragon (LBA) | 86.80 | 85.20 | $34,080.00 | 1.70 | 83.50 | $400 | $33,398.40 |
| Blake Thompson (BT) | 87.80 | 87.30 | $33,174.00 | 1.75 | 85.55 | $380 | $32,510.52 |
| Michael Freedman (MLF) | 178.00 | 172.70 | $62,172.00 | 3.45 | 169.25 | $360 | $60,928.56 |
| Sumana Cooppan Wolf (SCW) | 9.80 | 0.00 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Kevin Jones (KEJ) | 2.50 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Karen Stilber (KES) | 4.30 | 4.30 | $1,118.00 | 0.09 | 4.21 | $260 | $1,095.64 |
| Josephine Weinberg (JBW) | 36.90 | 36.90 | $9,594.00 | 0.74 | 36.16 | $260 | $9,402.12 |
| Carolina Casanas (CPC) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $240 | $0.00 |
| Diana Ruslani (DAR) | 12.90 | 10.90 | $2,343.50 | 0.22 | 10.68 | $215 | $2,296.63 |
| Marc Shinn-Krantz (MSK) | 122.40 | 114.00 | $24,510.00 | 2.28 | 111.72 | $215 | $24,019.80 |
| Haruka Roudebush (HR) | 281.40 | 240.30 | $51,664.50 | 4.81 | 235.49 | $215 | $50,631.21 |
| Abigail Haney (AMH) | 3.50 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Hugo Cabrera (HDC) | 142.50 | 140.50 | $30,207.50 | 2.81 | 137.69 | $215 | $29,603.35 |
| **Total Hours:** | **1,291.70** | **1,199.80** | **$404,336.50** | **24.00** | **1,175.80** | | |
| **RBG CLAIMED FEES:** | | | | | | | **$396,249.77** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Donald Specter (DS) | 10.50 | 10.50 | $8,032.50 | 0.21 | 10.29 | $765 | $7,871.85 |
| Steve Fama (SF) | 0.30 | 0.30 | $207.00 | 0.01 | 0.29 | $690 | $202.86 |
| Sara Norman (SN) | 1.10 | 1.10 | $632.50 | 0.02 | 1.08 | $575 | $619.85 |
| Alison Hardy (AH) | 0.30 | 0.30 | $166.50 | 0.01 | 0.29 | $555 | $163.17 |
| Rebekah Evenson (RE) | 187.70 | 187.70 | $95,727.00 | 3.75 | 183.95 | $510 | $93,812.46 |
| Megan Hagler (MH) | 137.60 | 137.60 | $61,920.00 | 2.75 | 134.85 | $450 | $60,681.60 |
| Penny Godbold (PG) | 154.40 | 154.40 | $69,480.00 | 3.09 | 151.31 | $450 | $68,090.40 |
| Kelly Knapp (KK) | 0.20 | 0.20 | $74.00 | 0.00 | 0.20 | $370 | $72.52 |
| Corene Kendrick (CK) | 138.50 | 138.50 | $62,325.00 | 2.77 | 135.73 | $450 | $61,078.50 |
| Vincent Quan (VC) | 94.10 | 94.10 | $17,879.00 | 1.88 | 92.22 | $190 | $17,521.42 |
| Riley Doyle Evans (RDE) | 57.50 | 57.50 | $10,925.00 | 1.15 | 56.35 | $190 | $10,706.50 |
| Simon Woodard (SW) | 42.10 | 42.10 | $7,999.00 | 0.84 | 41.26 | $190 | $7,839.02 |
| Lauren Kelleher (LK) | 42.10 | 42.10 | $7,999.00 | 0.84 | 41.26 | $190 | $7,839.02 |
| Madeline Bailey (MB) | 47.60 | 47.60 | $9,044.00 | 0.95 | 46.65 | $190 | $8,863.12 |
| Viraj Talwar (VT) | 20.30 | 20.30 | $3,857.00 | 0.41 | 19.89 | $190 | $3,779.86 |
| Brandy Siegler (BS) | 5.50 | 5.50 | $605.00 | 0.11 | 5.39 | $110 | $592.90 |
| **Total Hours:** | **939.80** | **939.80** | **$356,872.50** | **18.80** | **921.00** | | |
| **PLO CLAIMED FEES:** | | | | | | | **$349,735.05** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 1.60 | 1.60 | $984.00 | 0.03 | 1.57 | $615 | $964.32 |
| Hongyu Min (HM) | 4.00 | 4.00 | $500.00 | 0.08 | 3.92 | $125 | $490.00 |
| **Total Hours:** | **5.60** | **5.60** | **$1,484.00** | **0.11** | **5.49** | | |
| **DREDF CLAIMED FEES:** | | | | | | | **$1,454.32** |
| | | | | | | | |
| **TOTAL CLAIMED MONITORING FEES:** | | | | | | | **$747,439.14** |

**Armstrong v. Brown**
Summary of Undisputed Fees
1st Quarter 2012 - January 1, 2012 through March 31, 2012
*Matter:  CDCR/AOAP Fees Work*

| *Fees (581-2)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | | |
| Michael W. Bien (MWB) | 0.50 | 0.50 | $380.00 | 0.01 | 0.49 | $760 | $372.40 |
| Gay C. Grunfeld (GCG) | 2.90 | 2.90 | $1,856.00 | 0.06 | 2.84 | $640 | $1,818.88 |
| Ernest Galvan (EG) | 2.20 | 2.10 | $1,281.00 | 0.04 | 2.06 | $610 | $1,255.38 |
| Kenneth Walczak (KMW) | 15.00 | 13.30 | $6,118.00 | 0.27 | 13.03 | $460 | $5,995.64 |
| Lisa Ells (LAE) | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Blake Thompson (BT) | 6.80 | 6.70 | $2,546.00 | 0.13 | 6.57 | $380 | $2,495.08 |
| Sumana Cooppan Wolf (SCW) | 1.20 | 0.00 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Hugo Cabrera (HDC) | 36.20 | 32.50 | $6,987.50 | 0.65 | 31.85 | $215 | $6,847.75 |
| **Total Hours:** | **65.30** | **58.00** | **$19,168.50** | **1.16** | **56.84** | | |
| **RBG CLAIMED FEES:** | | | | | | | **$18,785.13** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Edie DeGraff (ED) | 7.00 | 7.00 | $1,260.00 | 0.14 | 6.86 | $180 | $1,234.80 |
| **Total Hours:** | **7.00** | **7.00** | **$1,260.00** | **0.14** | **6.86** | | |
| **PLO CLAIMED FEES:** | | | | | | | **$1,234.80** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 0.60 | 0.60 | $369.00 | 0.01 | 0.59 | $615 | $361.62 |
| **Total Hours:** | **0.60** | **0.60** | **$369.00** | **0.01** | **0.59** | | |
| **DREDF CLAIMED FEES:** | | | | | | | **$361.62** |

**TOTAL CLAIMED FEES FOR ARMSTRONG FEES WORK:**          **$20,381.55**

**Armstrong v. Brown**
Summary of Undisputed Costs
1st Quarter 2012 - January 1, 2012 through March 31, 2012
**Costs**

## Matter:  CDCR/AOAP Merits/Monitoring

| Rosen, Bien & Galvan (581-3) | | Claimed Costs | Withdrawn By Pltfs | Costs Now Owing |
|---|---|---|---|---|
| Photocopying (In house) | | $1,881.80 | $37.64 | $1,844.16 |
| Photocopying (Outside) | | $1,458.63 | $29.17 | $1,429.46 |
| Lexis / Westlaw | | $26.58 | $0.53 | $26.05 |
| Online Research - PACER | | $5.92 | $0.12 | $5.80 |
| Postage & Delivery | | $973.76 | $19.48 | $954.28 |
| Travel - Mileage, Tolls, Food | | $6,544.78 | $130.90 | $6,413.88 |
| Telephone | | $61.20 | $1.22 | $59.98 |
| Expert, Paul Bishop | | $620.00 | $12.40 | $607.60 |
| Interpreting and Translation Services | | $600.00 | $12.00 | $588.00 |
| | **Total RBG Costs:** | **$12,172.67** | **$243.45** | **$11,929.22** |
| | | | | |
| **Prison Law Office** | | | | |
| Photocopying (In house) | | $1,838.90 | $36.78 | $1,802.12 |
| Postage & Delivery | | $29.35 | $0.59 | $28.76 |
| Travel - Mileage, Tolls, Food | | $4,771.67 | $95.43 | $4,676.24 |
| Pacer | | $8.48 | $0.17 | $8.31 |
| Interpreting and Translation Services | | $754.00 | $15.08 | $738.92 |
| Expert, Paul Bishop | | $387.50 | $7.75 | $379.75 |
| | **Total PLO Costs:** | **$7,789.90** | **$155.80** | **$7,634.10** |
| | | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | | |
| Photocopying (in-house) | | $120.40 | $2.41 | $117.99 |
| Postage & Delivery | | $35.20 | $0.70 | $34.50 |
| Online Research - PACER | | $1.84 | $0.04 | $1.80 |
| | **Total DREDF Costs:** | **$157.44** | **$3.15** | **$154.29** |

**TOTAL CLAIMED MONITORING COSTS:**          **$19,717.61**

**Armstrong v. Brown**
Summary of Undisputed Costs
1st Quarter 2012 - January 1, 2012 through March 31, 2012
**Costs**

## Matter: CDCR/AOAP Fees Work

| Rosen, Bien & Galvan (581-2) | | Claimed Costs | Withdrawn By Pltfs | Costs Now Owing |
|---|---|---|---|---|
| Photocopying (in-house) | | $69.60 | $1.39 | $68.21 |
| Photocopying (Outside) | | $84.19 | $1.68 | $82.51 |
| Online Research - PACER | | $0.48 | $0.01 | $0.47 |
| Lexis / Westlaw | | $67.76 | $1.36 | $66.40 |
| Telephone | | $0.15 | $0.00 | $0.15 |
| Postage & Delivery | | $71.01 | $1.42 | $69.59 |
| | **Total RBG Costs:** | **$293.19** | **$5.86** | **$287.33** |

**TOTAL CLAIMED FEES COSTS :**          **$287.33**

EXHIBIT B

# Armstrong v. Brown

**First Quarterly Statement of 2012**
**January 1, 2012 through March 31, 2012**

**BPH SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | FEES | COSTS |
|---|---|---|
| BPH MONITORING | $320,971.56 | $6,007.23 |
| BPH FEES | $2,441.18 | $0.00 |
| **TOTALS** | **$323,412.74** | **$6,007.23** |
| | **GRAND TOTAL:** | **$329,419.97** |

**Armstrong v. Brown**
Summary of Undisputed Fees
1st Quarter 2012 - January 1, 2012 through March 31, 2012
*Matter:  BPH Monitoring*

| *BPH (581-4)* | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| *BPH MONITORING (581-4)* | | | | | | | | |
| **ROSEN, BIEN & GALVAN** | | | | | | | | |
| Michael W. Bien (MWB) | | 18.50 | 18.50 | $14,060.00 | 0.37 | 18.13 | $760 | $13,778.80 |
| Gay C. Grunfeld (GCG) | | 93.50 | 93.50 | $59,840.00 | 1.87 | 91.63 | $640 | $58,643.20 |
| Ernest Galvan (EG) | | 12.80 | 12.80 | $7,808.00 | 0.26 | 12.54 | $610 | $7,651.84 |
| Jane Kahn (JK) | | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $570 | $0.00 |
| Shirley Huey (SH) | | 33.70 | 33.70 | $15,839.00 | 0.67 | 33.03 | $470 | $15,522.22 |
| Kenneth Walczak (KMW) | | 15.10 | 13.80 | $6,348.00 | 0.28 | 13.52 | $460 | $6,221.04 |
| Lisa Ells (LAE) | | 8.80 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Kathryn Mantoan (KGM) | | 60.80 | 60.40 | $24,160.00 | 1.21 | 59.19 | $400 | $23,676.80 |
| Aaron Fischer (AJF) | | 20.30 | 20.30 | $8,120.00 | 0.41 | 19.89 | $400 | $7,957.60 |
| Laura Boysen-Aragon (LBA) | | 11.90 | 10.60 | $4,240.00 | 0.21 | 10.39 | $400 | $4,155.20 |
| Blake Thompson (BT) | | 134.10 | 133.80 | $50,844.00 | 2.68 | 131.12 | $380 | $49,827.12 |
| Michael Freedman (MLF) | | 100.80 | 88.80 | $31,968.00 | 1.78 | 87.02 | $360 | $31,328.64 |
| Sumana Cooppan Wolf (SCW) | | 48.20 | 46.80 | $15,912.00 | 0.94 | 45.86 | $340 | $15,593.76 |
| Kevin Jones (KEJ) | | 1.40 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Karen Stilber (KES) | | 40.90 | 40.90 | $10,634.00 | 0.82 | 40.08 | $260 | $10,421.32 |
| Carolina Casanas (CPC) | | 1.20 | 0.00 | $0.00 | 0.00 | 0.00 | $240 | $0.00 |
| Marc Shinn-Krantz (MSK) | | 2.60 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Diana Ruslani (DAR) | | 2.10 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Doris Tseng (DT) | | 6.80 | 5.90 | $1,268.50 | 0.12 | 5.78 | $215 | $1,243.13 |
| Haruka Roudebush (HR) | | 4.10 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Abigail Haney (AMH) | | 23.30 | 21.00 | $4,515.00 | 0.42 | 20.58 | $215 | $4,424.70 |
| Hugo Cabrera (HDC) | | 96.20 | 90.90 | $19,543.50 | 1.82 | 89.08 | $215 | $19,152.63 |
| | Total Hours: | 737.50 | 691.70 | $275,100.00 | 13.83 | 677.87 | | |
| **RBG CLAIMED FEES:** | | | | | | | | $269,598.00 |
| | | | | | | | | |
| **BINGHAM MCCUTCHEN** | | | | | | | | |
| Geoffrey T. Holtz (GH) | | 0.50 | 0.50 | $352.50 | 0.01 | 0.49 | $705 | $345.45 |
| Tracey D. Berger (TB) | | 14.00 | 14.00 | $7,910.00 | 0.28 | 13.72 | $565 | $7,751.80 |
| Frank Busch (FB) | | 26.80 | 26.80 | $13,936.00 | 0.54 | 26.26 | $520 | $13,657.28 |
| Alexis Martin (AM) | | 15.80 | 15.80 | $7,584.00 | 0.32 | 15.48 | $480 | $7,432.32 |
| | Total Hours: | 57.10 | 29,840.74 | $29,839.60 | 0.28 | 13.72 | | |
| **BMc CLAIMED FEES:** | | | | | | | | $29,186.85 |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Susan Christian (SDC) | | 38.70 | 38.70 | $22,639.50 | 0.77 | 37.93 | $585 | $22,186.71 |
| | Total Hours: | 38.70 | 38.70 | $22,639.50 | 0.77 | 37.93 | | |
| **PLO CLAIMED FEES:** | | | | | | | | $22,186.71 |

**TOTAL CLAIMED FEES FOR BPH MONITORING WORK:**   $320,971.56

**Armstrong v. Brown**
Summary of Undisputed Fees
1st Quarter 2012 - January 1, 2012 through March 31, 2012
***Matter:  BPH Fees***

| *BPH FEES (581-4A)* | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | | | |
| Gay C. Grunfeld (GCG) | | 1.00 | 1.00 | $640.00 | 0.02 | 0.98 | $640 | $627.20 |
| Kenneth M. Walczak (KMW) | | 0.20 | 0.20 | $92.00 | 0.00 | 0.20 | $460 | $90.16 |
| Blake Thompson (BT) | | 0.40 | 0.40 | $152.00 | 0.01 | 0.39 | $380 | $148.96 |
| Hugo Cabrera (HDC) | | 6.40 | 6.40 | $1,376.00 | 0.13 | 6.27 | $215 | $1,348.48 |
| | **Total Hours:** | **8.00** | **8.00** | **$2,260.00** | **0.16** | **7.84** | | |
| **RBG CLAIMED FEES:** | | | | | | | | **$2,214.80** |
| | | | | | | | | |
| **BINGHAM MCCUTCHEN** | | | | | | | | |
| Geoffrey T. Holtz (GH) | | 0.20 | 0.20 | $141.00 | 0.00 | 0.20 | $705 | $138.18 |
| | **Total Hours:** | **0.20** | **0.20** | **$141.00** | **0.00** | **0.20** | | |
| **BMc CLAIMED FEES:** | | | | | | | | **$138.18** |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Edie DeGraff (ED) | | 0.50 | 0.50 | $90.00 | 0.01 | 0.49 | $180 | $88.20 |
| | **Total Hours:** | **0.50** | **0.50** | **$90.00** | **0.01** | **0.49** | | |
| **PLO CLAIMED FEES:** | | | | | | | | **$88.20** |

**TOTAL CLAIMED FEES FOR BPH FEES WORK:**                                              **$2,441.18**

**Armstrong v. Brown**
Summary of Undisputed Costs
1st Quarter 2012 - January 1, 2012 through March 31, 2012
**Costs**

## Matter: BPH Monitoring

| Rosen, Bien & Galvan (581-4) | | Claimed Costs | Withdrawn By Pltfs | Costs Now Owing |
|---|---|---|---|---|
| Photocopying (In-house) | | $1,415.80 | $28.32 | $1,387.48 |
| Photocopying (Outside) | | $82.88 | $1.66 | $81.22 |
| Online Research - PACER | | $9.84 | $0.20 | $9.64 |
| Lexis / Westlaw | | $1,958.71 | $39.17 | $1,919.54 |
| Postage and Delivery | | $198.59 | $3.97 | $194.62 |
| Interpreting and Translation Services | | | $0.00 | $0.00 |
| Telephone | | $7.75 | $0.16 | $7.60 |
| Travel - Mileage, Tolls, Food | | $2,252.49 | $45.05 | $2,207.44 |
| | **Total RBG Costs:** | **$5,926.06** | **$118.52** | **$5,807.54** |
| **Prison Law Office** | | | | |
| Sue Christian Travel Expenses | | $74.37 | $1.49 | $72.88 |
| | **Total PLO Costs:** | **$74.37** | **$1.49** | **$72.88** |
| **BINGHAM MCCUTCHEN** | | | | |
| Travel - Mileage, Tolls, Food | | $129.40 | $2.59 | $126.81 |
| | **Total BMc Costs:** | **$129.40** | **$2.59** | **$126.81** |

**TOTAL CLAIMED BPH MONITORING COSTS:**                    **$6,007.23**

EXHIBIT C

## <u>Armstrong v. Brown</u>
### First Quarterly Statement of 2012
### January 1, 2012 through March 31, 2012

**DAPO SUMMARY OF UNDISPUTED FEES AND COSTS**

| <u>MATTER</u> | <u>FEES</u> | <u>COSTS</u> |
|---|---|---|
| DAPO MONITORING | $43,102.36 | $1,809.99 |
| DAPO FEES | <u>$0.00</u> | <u>$0.00</u> |
| **TOTALS** | **$43,102.36** | **$1,809.99** |
| | **GRAND TOTAL:** | **$44,912.35** |

**Armstrong v. Brown**
Summary of Undisputed Fees
1st Quarter 2012 - January 1, 2012 through March 31, 2012
*Matter: DAPO Monitoring*
*Matter:  DAPO Monitoring*

| _DAPO Monitoring (581-9)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | | |
| Michael Bien (MWB) | 0.60 | 0.60 | $456.00 | 0.01 | 0.59 | $760 | $446.88 |
| Gay C. Grunfeld (GCG) | 1.50 | 1.50 | $960.00 | 0.03 | 1.47 | $640 | $940.80 |
| Shirley Huey (SH) | 0.80 | 0.00 | $0.00 | 0.00 | 0.00 | $470 | $0.00 |
| Kenneth M. Walczak (KMW) | 28.30 | 26.90 | $12,374.00 | 0.54 | 26.36 | $460 | $12,126.52 |
| Lisa Ells (LAE) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Laura Boysen-Aragon | 1.30 | 0.00 | $0.00 | 0.00 | 0.00 | $400 | $0.00 |
| Blake Thompson (BT) | 4.30 | 4.00 | $1,520.00 | 0.08 | 3.92 | $380 | $1,489.60 |
| Michael Freedman (MLF) | 10.20 | 9.40 | $3,384.00 | 0.19 | 9.21 | $360 | $3,316.32 |
| Sumana Cooppan Wolf (SCW) | 35.30 | 33.80 | $11,492.00 | 0.68 | 33.12 | $340 | $11,262.16 |
| Karen Stilber (KES) | 9.40 | 9.40 | $2,444.00 | 0.19 | 9.21 | $260 | $2,395.12 |
| Diana Ruslani (DAR) | 57.10 | 52.80 | $11,352.00 | 1.06 | 51.74 | $215 | $11,124.96 |
| Haruka Roudebush (HR) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Marc Shinn-Krantz (MSK) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Total Hours: | 149.50 | 138.40 | $43,982.00 | 2.77 | 135.63 | | |
| **RBG CLAIMED FEES:** | | | | | | | $43,102.36 |
| **TOTAL CLAIMED FOR DAPO MONITORING WORK:** | | | | | | | $43,102.36 |

**Armstrong v. Brown**
Summary of Undisputed Costs
1st Quarter 2012 - January 1, 2012 through March 31, 2012
**Costs**

### Matter: DAPO Monitoring

| Rosen, Bien & Galvan (581-9) | Claimed Costs | Withdrawn By Pltfs | Costs Now Owing |
|---|---|---|---|
| Photocopying (in-house) | $218.60 | $4.37 | $214.23 |
| Photocopying (outside) | $19.52 | $0.39 | $19.13 |
| Postage & Delivery | $326.77 | $6.54 | $320.23 |
| Telephone | $2.25 | $0.05 | $2.21 |
| Travel - Mileage, Tolls, Food | $1,279.79 | $25.60 | $1,254.19 |
| **Total RBG Costs:** | **$1,846.93** | **$36.94** | **$1,809.99** |

**TOTAL CLAIMED DAPO MONITORING COSTS:**          **$1,809.99**