Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


July 05, 2012


Invoice # 19624

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---:|---:|
| 6/1/2012 EWS | Review OSC filings. | 1.10<br>450.00/hr | 495.00 |
| EWS | Conference with Receiver's staff re upcoming hearing. | 0.90<br>450.00/hr | 405.00 |
| 6/2/2012 EWS | Review and respond to emails from court, Receiver's staff. | 0.30<br>450.00/hr | 135.00 |
| 6/4/2012 EWS | Phone call with Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review filings in connection with OSC. | 1.20<br>450.00/hr | 540.00 |
| 6/5/2012 EWS | Review OSC pleadings and decs.  Conference with court. | 2.40<br>450.00/hr | 1,080.00 |
| EWS | Review and provide information to court. | 0.20<br>450.00/hr | 90.00 |
| 6/7/2012 EWS | Review additional filings. Conference with court. | 0.70<br>450.00/hr | 315.00 |
| EWS | Review and respond to emails from Reciever's office. | 0.20<br>450.00/hr | 90.00 |
| EWS | Court Appearance:  Hearing on motion for contempt. | 0.90<br>450.00/hr | 405.00 |
| 6/8/2012 EWS | Review correspondence from parties, order from court. | 0.20<br>450.00/hr | 90.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/11/2012 | EWS | Review correspondence re jail visits. | 0.10<br>450.00/hr | 45.00 |
| 6/12/2012 | EWS | Review correspondence from parties re inmates, meetings. Review documents provided by counsel. Preparation for meet and confer. | 0.50<br>450.00/hr | 225.00 |
| 6/13/2012 | EWS | Travel to Sacto for meetings with Receiver, counsel. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Review documents in advance of meet and confer. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Meeting with Receiver's staff. | 1.20<br>450.00/hr | 540.00 |
|  | EWS | Meet and confer with counsel, staff re jail plan. | 4.30<br>450.00/hr | 1,935.00 |
|  | EWS | Travel to SF from Sacto following meetings. | 1.80<br>450.00/hr | 810.00 |
| 6/14/2012 | EWS | Review and respond to email from counsel. | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Conference call with counsel re order. | 0.20<br>450.00/hr | 90.00 |
| 6/15/2012 | EWS | Review emails and letters from counsel re jail plan, CMC. | 0.20<br>450.00/hr | 90.00 |
| 6/18/2012 | EWS | Review CMC stmt. Review emails re county jail plan. Review emails from counsel. | 0.60<br>450.00/hr | 270.00 |
|  | EWS | Review prison visit reports. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review emails from counsel. Respond to counsel with conference call request. | 0.20<br>450.00/hr | 90.00 |
| 6/19/2012 | EWS | Conference call re HITEC. | 1.00<br>450.00/hr | 450.00 |
|  | BE | Conference -- attend conference call for E. Swanson | 0.90<br>275.00/hr | 247.50 |
|  | EWS | Review and respond to emails from counsel re meeting. Respond to email from Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 6/20/2012 | EWS | Review and respond to emails from special master's staff. | 0.10<br>450.00/hr | 45.00 |
| 6/21/2012 | EWS | Review correspondence from counsel in advance of meeting. Conference with counsel. | 1.20<br>450.00/hr | 540.00 |

Armstrong

Page 3

|  Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/21/2012 | EWS | Review items from call with Reciever and Special Master staff and send follow-up email. | 0.30<br>450.00/hr | 135.00 |
| 6/22/2012 | EWS | Conference with court re status. | 0.20<br>450.00/hr | 90.00 |
| 6/24/2012 | EWS | Review correspondence from counsel re construction, advocacy, training, schedules. Contact court experts. | 0.80<br>450.00/hr | 360.00 |
| 6/25/2012 | EWS | Travel to Sacto for meeting with parties. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Review and respond to emails from Receiver's, Special Master's staffs. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Meeting with counsel re jail plan, implementation, monitoring tours. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Travel from Sacto to office following meeting. | 1.80<br>450.00/hr | 810.00 |
|  | EWS | Phone call from Receiver's office. | 0.40<br>450.00/hr | 180.00 |
| 6/26/2012 | EWS | Review email from counsel re jail order, proposed agenda from plaintiffs, email from Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 6/27/2012 | EWS | Review proposed agenda. Phone call to Receiver's office. Call to court. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Draft and send email to court. Review material in advance of meeting. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review information from Receiver. Respond to emails. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review monitoring tour reports. Review Receiver's report. | 0.40<br>450.00/hr | 180.00 |
| 6/28/2012 | EWS | Conference call with coordinating committee. | 1.40<br>450.00/hr | 630.00 |

| | For professional services rendered | 33.50 | $14,917.50 |
|---|---|---|---|

Additional Charges :

| 6/7/2012 | Western Messenger, chambers copy. | 31.63 |
|---|---|---|
| 6/21/2012 | Conference Call | 14.57 |
| 6/28/2012 | Parking. | 12.00 |

|                          | Amount |
|--------------------------|--------:|
| Total additional charges | $58.20 |

| | |
|--|--:|
| Total amount of this bill | $14,975.70 |

| | |
|--|--:|
| Balance due | $14,975.70 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Britt Evangelist - Associate | 0.90 | 275.00 | $247.50 |
| Edward W. Swanson | 32.60 | 450.00 | $14,670.00 |