Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

August 06, 2012

Invoice # 19738

Professional Services

|   |   |   | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/3/2012 | EWS | Review Coleman report. Review correspondence and email from counsel. Contact court. Contact counsel. Contact Receiver's staff. | 0.70<br>450.00/hr | 315.00 |
| 7/4/2012 | EWS | Review and respond to email from Court. Contact parties re same. | 0.10<br>450.00/hr | 45.00 |
| 7/5/2012 | EWS | Review emails and correspondence from counsel re county jail issues. Review and respond to email from court experts. | 0.30<br>450.00/hr | 135.00 |
| 7/6/2012 | EWS | Review emails from Receiver, counsel. | 0.30<br>450.00/hr | 135.00 |
| 7/8/2012 | EWS | Review information from court expert/ | 0.10<br>450.00/hr | 45.00 |
| 7/9/2012 | EWS | Review and respond to emails from Receiver's counsel. | 0.10<br>450.00/hr | 45.00 |
| 7/10/2012 | EWS | Review letter from AG. | 0.10<br>450.00/hr | 45.00 |
| 7/13/2012 | EWS | Review and respond to emails; review email re accountability plan. | 0.20<br>450.00/hr | 90.00 |
| 7/16/2012 | EWS | Review information from counsel, Receiver. | 0.20<br>450.00/hr | 90.00 |
| 7/17/2012 | EWS | Review email from CDCR. Communicate with court. | 0.20<br>450.00/hr | 90.00 |
| 7/18/2012 | EWS | Review filings re county jail litigation. | 0.90<br>450.00/hr | 405.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 7/18/2012 EWS | Conference with court re county jail issues. | 0.30<br>450.00/hr | 135.00 |
| 7/19/2012 EWS | Travel to Sacto for meeting with counsel, CDCR. | 1.60<br>450.00/hr | 720.00 |
| EWS | Meeting with counsel, CDCR re MHCB/assistive device policy, other matters. | 1.20<br>450.00/hr | 540.00 |
| EWS | Travel from Sacto to office. Conference with court. | 1.70<br>450.00/hr | 765.00 |
| 7/25/2012 EWS | Review DPP logs, email re assistive devices. | 0.30<br>450.00/hr | 135.00 |
| 7/27/2012 EWS | Review recent filings. Review appeal reports. | 0.30<br>450.00/hr | 135.00 |
| EWS | Further review of recent filings, jail visit reports, correspondence. | 1.00<br>450.00/hr | 450.00 |
| 7/30/2012 EWS | Review (partially) filings and attachments re county jail motion. | 0.20<br>450.00/hr | 90.00 |
| | For professional services rendered | 9.80 | $4,410.00 |

Additional Charges :

| | |
|---|---:|
| 6/7/2012 Courtcall telephonic hearing appearance for Ed Swanson. | 37.00 |
| 6/13/2012 Parking in Sacramento | 14.00 |
| 6/25/2012 Parking. | 6.00 |
| Total additional charges | $57.00 |
| Total amount of this bill | $4,467.00 |
| Balance due | $4,467.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 9.80 | 450.00 | $4,410.00 |