Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


September 06, 2012


Invoice # 19884

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/5/2012 EWS | Review information from court expert.  Review and edit minutes, action items. | 0.30<br>450.00/hr | 135.00 |
| 8/6/2012 EWS | Review message and draft email to Receiver's counsel. | 0.10<br>450.00/hr | 45.00 |
| EWS | Phone call with Martin Dodd. | 0.20<br>450.00/hr | 90.00 |
| 8/7/2012 EWS | Review and respond to email from Receiver's office.  Review filing by plaintiffs. | 0.40<br>450.00/hr | 180.00 |
| 8/8/2012 EWS | Phone call with Receiver's office. | 0.30<br>450.00/hr | 135.00 |
| 8/9/2012 EWS | Phone call from Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 8/13/2012 EWS | Review policy.  Review and respond to emails from counsel. | 0.20<br>450.00/hr | 90.00 |
| 8/15/2012 EWS | Conference with Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| EWS | Phone call to court re accountability plan. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review emails from plaintiffs, CDCR re various issues. | 0.20<br>450.00/hr | 90.00 |
| 8/20/2012 EWS | Review and respond to emails from court. | 0.10<br>450.00/hr | 45.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/21/2012 | EWS | Review pleadings in advance of court meeting. | 1.30 450.00/hr | 585.00 |
| | EWS | Meeting with court. | 0.80 450.00/hr | 360.00 |
| 8/22/2012 | EWS | Review and respond to email from court. Arrange for telephonic appearance. | 0.10 450.00/hr | 45.00 |
| 8/23/2012 | EWS | Court hearing on jail notification motion. | 0.70 450.00/hr | 315.00 |
| 8/26/2012 | EWS | Review emails from parties, court notice. | 0.20 450.00/hr | 90.00 |
| 8/27/2012 | EWS | Review proposed orders on jail issue, monitoring report, joint CMC statement. | 0.60 450.00/hr | 270.00 |
| 8/30/2012 | EWS | Review information from Special Master. Email Special Master's staff. Review email re protective order from plaintiff. | 0.30 450.00/hr | 135.00 |
| 8/31/2012 | EWS | Review emails re county jail plan. | 0.20 450.00/hr | 90.00 |

For professional services rendered    6.60    $2,970.00

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 7/19/2012 | Parking. | 5.00 |
| 8/8/2012 | Messenger to District Court for chambers copy delivery. | 36.88 |

Total additional charges    $41.88

Total amount of this bill    $3,011.88

Balance due    $3,011.88

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 6.60 | 450.00 | $2,970.00 |