Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


October 03, 2012


Invoice # 19990

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/10/2012 | EWS | Review correspondence from counsel. Exchange emails with Special Master's office. | 0.20<br>450.00/hr | 90.00 |
| 9/12/2012 | EWS | Review and respond to emails from Receiver's staff. Review correspondence from plaintiffs. Review agenda, action items. | 0.30<br>450.00/hr | 135.00 |
| 9/13/2012 | EWS | Review correspondence from plaintiffs, documents from Special Master in advance of meeting. Contact Special Master re meeting. | 0.40<br>450.00/hr | 180.00 |
| 9/18/2012 | EWS | Phone call to Receiver's staff. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Phone call to Receiver's counsel. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Review material in advance of coordination meeting. | 1.10<br>450.00/hr | 495.00 |
| 9/19/2012 | EWS | Travel to Sacto for meeting with coordination cmte. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Preparation for coordination meeting. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Meeting with coordination committee. Separate meetings with special master, receiver's staff. | 3.10<br>450.00/hr | 1,395.00 |
|  | EWS | Travel from Sacto to office. | 1.90<br>450.00/hr | 855.00 |
| 9/20/2012 | EWS | Travel to judicial meeting. | 0.50<br>450.00/hr | 225.00 |

|            |     |                                                                                   | Hrs/Rate         | Amount    |
|------------|-----|-----------------------------------------------------------------------------------|------------------|-----------|
| 9/20/2012  | EWS | Meeting with judges and court reps. Further meeting with court.                   | 1.00<br>450.00/hr | 450.00    |
|            | EWS | Travel from meeting to office.                                                    | 0.50<br>450.00/hr | 225.00    |
|            | EWS | Conference with special master, others re QI issues. Communicate with court.      | 3.30<br>450.00/hr | 1,485.00  |
|            | EWS | Review and respond to correspondence from parties.                                | 0.20<br>450.00/hr | 90.00     |
|            | EWS | Review reports on jail visits.                                                    | 0.40<br>450.00/hr | 180.00    |
| 9/24/2012  | EWS | Review and respond to email from Receiver's staff.                                | 0.10<br>450.00/hr | 45.00     |
| 9/25/2012  | EWS | Review and respond to email from Receiver's office.                               | 0.10<br>450.00/hr | 45.00     |
| 9/27/2012  | EWS | Conference with Receiver's staff.                                                 | 0.90<br>450.00/hr | 405.00    |
| 9/29/2012  | EWS | Review information from Receiver. Review plaintiff prison visit reports.          | 0.70<br>450.00/hr | 315.00    |
|            |     | For professional services rendered                                                | 17.40            | $7,830.00 |

Balance due                                                                   $7,830.00

Timekeeper Summary

| Name              | Hours | Rate   | Amount    |
|-------------------|-------|--------|-----------|
| Edward W. Swanson | 17.40 | 450.00 | $7,830.00 |