Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

November 06, 2012

Invoice # 20112

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2012 | EWS | Travel to Sacto for meeting with counsel, CDC, Receiver's staff. | 1.70<br>450.00/hr | 765.00 |
| | EWS | Meeting with counsel, CDC, Receiver's staff. | 3.70<br>450.00/hr | 1,665.00 |
| | EWS | Travel from Sacto to office. | 1.80<br>450.00/hr | 810.00 |
| 10/3/2012 | EWS | Conference re HITEC (appear telephonically). | 1.90<br>450.00/hr | 855.00 |
| 10/4/2012 | EWS | Review prison visit report. | 0.20<br>450.00/hr | 90.00 |
| 10/5/2012 | EWS | Review information re HITEC. | 0.20<br>450.00/hr | 90.00 |
| 10/15/2012 | EWS | Review memo re assistive devices, joint status conference statement. | 0.40<br>450.00/hr | 180.00 |
| 10/16/2012 | EWS | Draft email to counsel re master plan meeting. | 0.10<br>450.00/hr | 45.00 |
| 10/17/2012 | EWS | Review letter from counsel. Review material from HITEC. Review reports on institutions. | 0.60<br>450.00/hr | 270.00 |
| 10/18/2012 | EWS | Review and respond to email from special master. | 0.10<br>450.00/hr | 45.00 |
| 10/23/2012 | EWS | Review and respond to emails from Receiver. | 0.10<br>450.00/hr | 45.00 |

Armstrong

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/25/2012 | EWS | Travel to Sacto for meeting. | 1.60 450.00/hr | 720.00 |
| | EWS | Meeting with counsel re protective order, jail plan, 1845. | 2.30 450.00/hr | 1,035.00 |
| | EWS | Meeting with HITEC staff re scheduling. Travel to and from meeting. | 1.60 450.00/hr | 720.00 |
| | EWS | Travel from Sacto to SF. | 1.70 450.00/hr | 765.00 |
| 10/28/2012 | EWS | Review letters, emails from counsel re jail order, prison visits. | 0.30 450.00/hr | 135.00 |
| 10/29/2012 | EWS | Review letters from counsel re prison visits, advocacy issues. Organize protective order docs. | 0.40 450.00/hr | 180.00 |
| | EWS | Review and respond to emails re meetings. | 0.10 450.00/hr | 45.00 |
| | EWS | Review report re prison visit. | 0.20 450.00/hr | 90.00 |
| 10/30/2012 | EWS | Review material in advance of call. | 0.20 450.00/hr | 90.00 |
| | EWS | Conference with counsel re protective order, master plan meeting. | 1.20 450.00/hr | 540.00 |

For professional services rendered     20.40     $9,180.00

Additional Charges :

| | | |
|---|---|---|
| 9/19/2012 | Sacramento parking. | 12.50 |
| | Gas for drive to/from Sacramento meeting. | 34.22 |
| 9/20/2012 | Parking. | 7.00 |
| 10/31/2012 | Courtcall appearance for hearing on 8/23/12. | 30.00 |

Total additional charges     $83.72

Total amount of this bill     $9,263.72

|  | Amount |
|---|---|
| Balance due | $9,263.72 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 20.40 | 450.00 | $9,180.00 |