Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: eswanson@smhlegal.com

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG,

        Plaintiff,

  vs.

ARNOLD SCHWARZENEGGER,

        Defendant.

Case No. C 94-2307 CW

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**

**ADMINISTRATIVE MOTION**

    Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated December 5, 2012

Dated: December 6, 2012

                                        Respectfully submitted,

                                                /s/
                                        EDWARD W. SWANSON
                                        Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment to court expert Edward Swanson per the court expert's invoice dated December 5, 2012.

Dated: 12/6/2012

_____
HON. CLAUDIA WILKEN
United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


December 05, 2012


Invoice # 20226

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2012 | EWS | Review and respond to email from counsel.  Review minutes and action items. | 0.50<br>450.00/hr | 225.00 |
| | EWS | Review and respond to emails from Special Master's staff. | 0.10<br>450.00/hr | 45.00 |
| 11/2/2012 | EWS | Review and respond to emails from counsel, Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Review and edit protective order. | 0.90<br>450.00/hr | 405.00 |
| 11/4/2012 | EWS | Draft recommendation, review and finalize protective order.  Review and respond to emails from special master re meeting, receiver re accountability logs. | 0.80<br>450.00/hr | 360.00 |
| | EWS | Review information for court.  Begin drafting memo. | 0.80<br>450.00/hr | 360.00 |
| 11/5/2012 | EWS | Phone call to court. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Review information from court reps.  Review tour reports, accountability reports. | 0.40<br>450.00/hr | 180.00 |
| 11/7/2012 | EWS | Conference with court coordination committee.  Conference with court. | 1.20<br>450.00/hr | 540.00 |
| 11/9/2012 | EWS | Conference with counsel, CDC re master plan. | 2.80<br>450.00/hr | 1,260.00 |

Armstrong                                                                                                                                        Page     2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/13/2012 EWS | Review tour reports, accountability memo. | 0.30 450.00/hr | 135.00 |
| EWS | Review accountability training. | 0.20 450.00/hr | 90.00 |
| 11/14/2012 EWS | Review email from counsel. | 0.10 450.00/hr | 45.00 |
| 11/17/2012 EWS | Review email from counsel. Review and organize notes from meetings. | 0.20 450.00/hr | 90.00 |
| 11/20/2012 EWS | Review emails from counsel, Receiver's office. | 0.20 450.00/hr | 90.00 |
| 11/23/2012 EWS | Review tour report from plaintiffs. | 0.20 450.00/hr | 90.00 |
| 11/25/2012 EWS | Review notes and draft material for court. | 1.40 450.00/hr | 630.00 |
| 11/26/2012 EWS | Review and edit information for court. | 0.30 450.00/hr | 135.00 |
| 11/28/2012 EWS | Review and respond to email from counsel, court. | 0.20 450.00/hr | 90.00 |
| 11/29/2012 EWS | Review and respond to inquiry from court. Finalize information for court. Review correspondence from plaintiffs. | 1.30 450.00/hr | 585.00 |
| | For professional services rendered | 12.20 | $5,490.00 |

Additional Charges :

| 10/3/2012 Parking. | | 12.00 |
|---|---|---|
| Total additional charges | | $12.00 |
| Total amount of this bill | | $5,502.00 |

Armstrong                                                                                           Page    3

|  | Amount |
|---|---:|
| Balance due | $5,502.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Edward W. Swanson | 12.20 | 450.00 | $5,490.00 |