Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

December 05, 2012

Invoice # 20226

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2012 | EWS | Review and respond to email from counsel. Review minutes and action items. | 0.50<br>450.00/hr | 225.00 |
| | EWS | Review and respond to emails from Special Master's staff. | 0.10<br>450.00/hr | 45.00 |
| 11/2/2012 | EWS | Review and respond to emails from counsel, Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Review and edit protective order. | 0.90<br>450.00/hr | 405.00 |
| 11/4/2012 | EWS | Draft recommendation, review and finalize protective order. Review and respond to emails from special master re meeting, receiver re accountability logs. | 0.80<br>450.00/hr | 360.00 |
| | EWS | Review information for court. Begin drafting memo. | 0.80<br>450.00/hr | 360.00 |
| 11/5/2012 | EWS | Phone call to court. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Review information from court reps. Review tour reports, accountability reports. | 0.40<br>450.00/hr | 180.00 |
| 11/7/2012 | EWS | Conference with court coordination committee. Conference with court. | 1.20<br>450.00/hr | 540.00 |
| 11/9/2012 | EWS | Conference with counsel, CDC re master plan. | 2.80<br>450.00/hr | 1,260.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/2012 | EWS | Review tour reports, accountability memo. | 0.30<br>450.00/hr | 135.00 |
| | EWS | Review accountability training. | 0.20<br>450.00/hr | 90.00 |
| 11/14/2012 | EWS | Review email from counsel. | 0.10<br>450.00/hr | 45.00 |
| 11/17/2012 | EWS | Review email from counsel. Review and organize notes from meetings. | 0.20<br>450.00/hr | 90.00 |
| 11/20/2012 | EWS | Review emails from counsel, Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 11/23/2012 | EWS | Review tour report from plaintiffs. | 0.20<br>450.00/hr | 90.00 |
| 11/25/2012 | EWS | Review notes and draft material for court. | 1.40<br>450.00/hr | 630.00 |
| 11/26/2012 | EWS | Review and edit information for court. | 0.30<br>450.00/hr | 135.00 |
| 11/28/2012 | EWS | Review and respond to email from counsel, court. | 0.20<br>450.00/hr | 90.00 |
| 11/29/2012 | EWS | Review and respond to inquiry from court. Finalize information for court. Review correspondence from plaintiffs. | 1.30<br>450.00/hr | 585.00 |
| | | For professional services rendered | 12.20 | $5,490.00 |
| | | Additional Charges : | | |
| 10/3/2012 | | Parking. | | 12.00 |
| | | Total additional charges | | $12.00 |
| | | Total amount of this bill | | $5,502.00 |

| | Amount |
|---|---|
| Balance due | $5,502.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 12.20 | 450.00 | $5,490.00 |