DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:    (510) 280-2704

WARREN E. GEORGE – 053588
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:    (415) 393-2000
Facsimile:    (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:    (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**[~~PROPOSED~~] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2012**<br><br>Judge:   Hon. Claudia Wilken |

1   On March 26, 1997, the District Court established procedures by which Plaintiffs
2   are to collect periodic attorneys' fees and costs in this case in connection with their work
3   monitoring Defendants' compliance with the Court's Orders and collecting fees.

4   Pursuant to these procedures, on October 31, 2012, Plaintiffs served on Defendants
5   their Third Quarterly Statement for 2012 by overnight delivery.  The parties completed
6   their meet-and-confer process on December 19, 2012 as to the fees and costs incurred on
7   all matters.

8   As a result of the December 19, 2012 agreement, the parties agree to the following:

9   The parties agree to the payment of $674,734.20 for undisputed fees and costs
10  incurred during the Third Quarter of 2012, for monitoring and fee collection activities in
11  the California Department of Corrections of Rehabilitation Division of Adult Operations
12  and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are
13  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by
14  the parties to settle these claims.

15  The parties agree to the payment of $304,504.21 for undisputed fees and costs
16  incurred during the Third Quarter of 2012, for monitoring and fee collection activities in
17  the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are
18  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by
19  the parties to settle these claims.

20  The parties agree to the payment of $42,937.67 for undisputed fees and costs
21  incurred during the Third Quarter of 2012, for monitoring and fee collection activities in
22  the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as
23  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts
24  agreed to by the parties to settle these claims.

25  The parties agree to the payment of $251,366.78 for undisputed fees and costs
26  incurred during the Third Quarter of 2012, for activities in the County Jail Appeal portion
27  of the case.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs
28  claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1    The parties agree to the payment of $856.00 for undisputed fees and costs incurred

2 during the Third Quarter of 2012, for activities in the Accountability Appeal portion of the

3 case.  Attached hereto as **Exhibit E** are charts setting forth the fees and costs claimed by

4 Plaintiffs and the amounts agreed to by the parties to settle these claims.

5    The parties agree to the payment of $634.12 for undisputed fees and costs incurred

6 during the Third Quarter of 2012, for activities in the Appeal of the August 28, 2012 Order

7 portion of the case.  Attached hereto as **Exhibit F** are charts setting forth the fees and costs

8 claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

9    IT IS HEREBY ORDERED that the amounts set forth above are due and

10 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

11 and costs will run from November 30, 2012, accruing at the rate provided by 28 U.S.C.

12 § 1961.

13

14 DATED:   _1/2/2013_____

15

16

17 THE HONORABLE CLAUDIA WILKEN

18 UNITED STATES DISTRICT JUDGE

19 APPROVED AS TO FORM:

20

21 DATED:  December  27, 2012        _/s/ Jay M. Goldman_____
                                    Jay M. Goldman
22                                  Deputy Attorney General
                                    Attorney for Defendants
23

24 DATED:  December 26, 2012        _/s/ Blake Thompson_____
                                    Blake Thompson
25                                  Rosen Bien Galvan & Grunfeld LLP
                                    Attorneys for Plaintiffs
26

27

28

Exhibit A

## **Armstrong v. Brown**
**Third Quarterly Statement of 2012**
**July 1, 2012 through September 30, 2012**

## CDCR/AOAP SUMMARY OF CLAIMED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $638,992.54 | $19,248.89 |
| CDCR/AOAP FEES COLLECTION | $16,257.79 | $234.97 |
| **TOTALS** | **$655,250.34** | **$19,483.86** |

**GRAND TOTAL CLAIMED:**          **$674,734.20**

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
*Matter:  CDCR/AOAP Monitoring/Merits*

| _Monitoring (581-3)_ | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | | |
| Michael W. Bien (MWB) | | 16.90 | 16.90 | $12,844.00 | 0.86 | 16.04 | $760 | $12,188.96 |
| Gay C. Grunfeld (GCG) | | 18.50 | 18.40 | $11,776.00 | 0.94 | 17.46 | $640 | $11,175.42 |
| Ernest Galvan (EG) | | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $610 | $0.00 |
| Jane E. Kahn (JK) | | 7.60 | 7.60 | $4,332.00 | 0.39 | 7.21 | $570 | $4,111.07 |
| Thomas Nolan (TN) | | 185.70 | 180.20 | $97,308.00 | 9.19 | 171.01 | $540 | $92,345.29 |
| Kenneth M. Walczak (KMW) | | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $460 | $0.00 |
| Lisa Ells (LAE) | | 37.70 | 28.90 | $11,849.00 | 1.47 | 27.43 | $410 | $11,244.70 |
| Laura Boysen-Aragon (LBA) | | 54.50 | 53.90 | $21,560.00 | 2.75 | 51.15 | $400 | $20,460.44 |
| Blake Thompson (BT) | | 52.20 | 47.60 | $18,088.00 | 2.43 | 45.17 | $380 | $17,165.51 |
| Michael Freedman (MLF) | | 144.00 | 142.80 | $51,408.00 | 7.28 | 135.52 | $360 | $48,786.19 |
| Sumana Coopan Wolf (SCW) | | 14.80 | 0.00 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Kevin Jones (KEJ) | | 1.60 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | | 203.50 | 89.20 | $24,976.00 | 4.55 | 84.65 | $280 | $23,702.22 |
| Karen Stilber (KES) | | 2.60 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Diana Ruslani (DAR) | | 9.60 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Marc Shinn-Krantz (MSK) | | 121.10 | 110.50 | $23,757.50 | 5.64 | 104.86 | $215 | $22,545.87 |
| Haruka Roudebush (HR) | | 288.40 | 249.10 | $53,556.50 | 12.70 | 236.40 | $215 | $50,825.12 |
| Doris Tseng (DT) | | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Lucy Taylor (LRT) | | 97.60 | 47.60 | $9,520.00 | 2.43 | 45.17 | $200 | $9,034.48 |
| Lucy Taylor (LRT) | | 23.00 | 20.50 | $4,407.50 | 1.05 | 19.45 | $215 | $4,182.72 |
| Hugo Cabrera (HDC) | | 13.10 | 13.10 | $2,816.50 | 0.67 | 12.43 | $215 | $2,672.86 |
| | Total Hours: | 1,293.80 | 1,026.30 | $348,199.00 | 52.34 | | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | | **$330,440.85** |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | | 17.80 | 17.80 | $13,617.00 | 0.91 | 16.89 | $765 | $12,922.53 |
| Sara Norman (SN) | | 0.70 | 0.00 | $0.00 | 0.00 | 0.00 | $575 | $0.00 |
| Rebekah Evenson (RE) | | 191.90 | 191.90 | $97,869.00 | 9.79 | 182.11 | $510 | $92,877.68 |
| Megan Hagler (MH) | | 102.20 | 102.20 | $45,990.00 | 5.21 | 96.99 | $450 | $43,644.51 |
| Penny Godbold (PG) | | 141.10 | 141.10 | $63,495.00 | 7.20 | 133.90 | $450 | $60,256.76 |
| Corene Kendrick (CK) | | 99.50 | 99.50 | $44,775.00 | 5.07 | 94.43 | $450 | $42,491.48 |
| Rana Anabtawi (RA) | | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $330 | $0.00 |
| Madeline Bailey (MB) | | 47.60 | 47.60 | $9,044.00 | 2.43 | 45.17 | $190 | $8,582.76 |
| Sheena Green (SG) | | 103.60 | 103.60 | $19,684.00 | 5.28 | 98.32 | $190 | $18,680.12 |
| Viraj Talwar (VT) | | 4.40 | 4.40 | $836.00 | 0.22 | 4.18 | $190 | $793.36 |
| Simon Woodard (SW) | | 6.30 | 6.30 | $1,197.00 | 0.32 | 5.98 | $190 | $1,135.95 |
| Lauren Kelleher (LK) | | 24.40 | 24.40 | $4,636.00 | 1.24 | 23.16 | $190 | $4,399.56 |
| Kelly Nguyen (KN) | | 62.10 | 62.10 | $11,799.00 | 3.17 | 58.93 | $190 | $11,197.25 |
| Marley Williams (MW) | | 10.00 | 10.00 | $1,900.00 | 0.51 | 9.49 | $190 | $1,803.10 |
| Fatinha Santos (FS) | | 11.60 | 11.60 | $2,204.00 | 0.59 | 11.01 | $190 | $2,091.60 |
| Jessica Bendit (JB) | | 37.30 | 37.30 | $7,087.00 | 1.90 | 35.40 | $190 | $6,725.56 |
| | Total Hours: | 861.00 | 859.80 | $324,133.00 | 43.85 | 815.95 | | |
| **PLO UNDISPUTED FEES:** | | | | | | | | **$307,602.22** |
| | | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | | |
| Linda Kilb (LDK) | | 1.20 | 1.20 | $738.00 | 0.06 | 1.14 | $615 | $700.36 |
| Hongyu Min (HM) | | 4 | 2.10 | $262.50 | 0.11 | 1.99 | $125 | $249.11 |
| | Total Hours: | 5.20 | 3.30 | $1,000.50 | 0.17 | 3.13 | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | | **$949.47** |

**TOTAL UNDISPUTED CDCR/AOAP
MONITORING FEES:**                                                                              **$638,992.54**

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
**Costs**

## *Matter:  CDCR/AOAP Merits/Monitoring*

| **Rosen, Bien, Galvan & Grunfeld (581-3)** | **Costs** | **Withdrawn by Plaintiffs** | **Costs Now Owing** |
|---|---|---|---|
| Photocopying (In house) | $3,040.40 | $155.06 | $2,885.34 |
| Photocopying (Outside) | $1,520.78 | $77.56 | $1,443.22 |
| Lexis / Westlaw | $143.17 | $7.30 | $135.87 |
| Online Research - PACER | $8.30 | $0.42 | $7.88 |
| Postage & Delivery | $644.33 | $32.86 | $611.47 |
| Travel - Mileage, Tolls, Food | $4,841.80 | $246.93 | $4,594.87 |
| Telephone | $12.15 | $0.62 | $11.53 |
| Facsimile | $10.00 | $0.51 | $9.49 |
| **Total Undisputed RBGG Costs:** | | | **$9,699.66** |

| **Prison Law Office** | **Costs** | | |
|---|---|---|---|
| Photocopying (In house) | $2,158.80 | $110.10 | $2,048.70 |
| Photocopying (outside) | $22.18 | $1.13 | $21.05 |
| Postage & Delivery | $848.30 | $43.26 | $805.04 |
| Travel - Mileage, Tolls, Food | $5,080.08 | $259.08 | $4,821.00 |
| Expert Services | $1,753.60 | $89.43 | $1,664.17 |
| Fax | $4.00 | $0.20 | $3.80 |
| **Total Undisputed PLO Costs:** | | | **$9,363.75** |

| **Disability Rights Education & Defense Fund, Inc.** | | | |
|---|---|---|---|
| Photocopying (in-house) | $149.40 | $7.62 | $141.78 |
| Postage & Delivery | $31.15 | $1.59 | $29.56 |
| Online Research - PACER | $14.90 | $0.76 | $14.14 |
| **Total Undisputed DREDF Costs:** | | | **$185.48** |

| **TOTAL UNDISPUTED CDCR/AOAP MONITORING COSTS:** | | | **$19,248.89** |
|---|---|---|---|

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
*Matter:  CDCR/AOAP Fees Work*

| *Fees (581-2)* | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | | |
| Michael W. Bien (MWB) | | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $760 | $0.00 |
| Ernest Galvan (EG) | | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $610 | $0.00 |
| Gay C. Grunfeld (GCG) | | 5.00 | 4.90 | $3,136.00 | 0.25 | 4.65 | $640 | $2,976.06 |
| Kenneth Walczak (KMW) | | 9.50 | 6.20 | $2,852.00 | 0.32 | 5.88 | $460 | $2,706.55 |
| Lisa Ells (LAE) | | 0.70 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Blake Thompson (BT) | | 15.00 | 12.90 | $4,902.00 | 0.66 | 12.24 | $380 | $4,652.00 |
| Hugo Cabrera (HC) | | 1.00 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Diana Ruslani (DR) | | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| <u>Glenn Baldwin (GMB)</u> | | <u>43.30</u> | <u>19.50</u> | $4,290.00 | 0.99 | 18.51 | $220 | $4,071.21 |
| | **Total Hours:** | **74.90** | **43.50** | **$15,180.00** | **2.22** | **41.28** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | | **$14,405.82** |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| <u>Coreen Kendrick (CK)</u> | | 1.10 | 1.10 | $495.00 | 0.06 | 1.04 | $450 | $469.76 |
| <u>Edie DeGraff (ED)</u> | | 5.70 | 5.70 | $1,026.00 | 0.29 | 5.41 | $180 | $973.67 |
| | **Total Hours:** | **6.80** | **6.80** | **$1,521.00** | **0.35** | **6.45** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | | **$1,443.43** |
| | | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | | |
| Linda Kilb (LDK) | | 0.70 | 0.70 | $430.50 | 0.04 | 0.66 | $615 | $408.54 |
| | **Total Hours:** | **0.70** | **0.70** | **$430.50** | **0.04** | **0.66** | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | | **$408.54** |

**TOTAL UNDISPUTED FEES FOR ARMSTRONG FEES WORK:**                               **$16,257.79**

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
**Costs**

*Matter: CDCR/AOAP Fees Work*

| Rosen, Bien, Galvan & Grunfeld (581-2) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying and Printing (in-house) | $205.80 | $10.50 | $195.30 |
| Telephone | $5.20 | $0.27 | $4.93 |
| Postage & Delivery | $36.60 | $1.87 | $34.73 |
| **Total Undisputed RBGG Costs:** | | | **$234.97** |

**TOTAL UNDISPUTED CDCR/AOAP FEES WORK COSTS :**                 **$234.97**

Exhibit B

## Armstrong v. Brown
**Third Quarterly Statement of 2012**
**July 1, 2011 through September 30, 2012**

## BPH SUMMARY OF CLAIMED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| BPH MONITORING | $295,168.89 | $6,948.20 |
| BPH FEES | $2,381.99 | $5.12 |
| **TOTALS** | **$297,550.88** | **$6,953.32** |

**GRAND TOTAL CLAIMED:**           **$304,504.21**

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
*Matter:  BPH Monitoring*

| _BPH (581-4)_ | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | | |
| Sanford Jay Rosen (SJR) | | 0.3 | 0 | $0.00 | 0.00 | 0.00 | $860 | $0.00 |
| Michael W. Bien (MWB) | | 43.70 | 43.50 | $33,060.00 | 2.22 | 41.28 | $760 | $31,373.94 |
| Gay C. Grunfeld (GCG) | | 79.20 | 78.70 | $50,368.00 | 4.01 | 74.69 | $640 | $47,799.23 |
| Ernest Galvan (EG) | | 2.80 | 0.00 | $0.00 | 0.00 | 0.00 | $610 | $0.00 |
| Tom Nolan (TN) | | 35.40 | 35.20 | $19,008.00 | 1.80 | 33.40 | $540 | $18,038.59 |
| Jane Kahn (JK) | | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $570 | $0.00 |
| Kenneth Walczak (KMW) | | 4.10 | 0.00 | $0.00 | 0.00 | 0.00 | $460 | $0.00 |
| Lisa Ells (LAE) | | 22.10 | 18.40 | $7,544.00 | 0.94 | 17.46 | $410 | $7,159.26 |
| Leslie Mehta (LCM) | | 10.60 | 10.50 | $4,935.00 | 0.54 | 9.96 | $470 | $4,683.32 |
| Kathryn Mantoan (KGM) | | 52.60 | 52.60 | $21,566.00 | 2.68 | 49.92 | $410 | $20,466.13 |
| Aaron Fischer (AJF) | | 41.80 | 41.80 | $16,720.00 | 2.13 | 39.67 | $400 | $15,867.28 |
| Blake Thompson (BT) | | 70.50 | 68.40 | $25,992.00 | 3.49 | 64.91 | $380 | $24,666.41 |
| Michael Freedman (MLF) | | 128.50 | 115.40 | $41,544.00 | 5.89 | 109.51 | $360 | $39,425.26 |
| Krista Stone-Manista (KSM) | | 19.30 | 13.10 | $4,454.00 | 0.67 | 12.43 | $340 | $4,226.85 |
| Ben Bien-Kahn (BBK) | | 2.30 | 0.00 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Sumana Cooppan Wolf (SCW) | | 25.50 | 23.10 | $7,854.00 | 1.18 | 21.92 | $340 | $7,453.45 |
| Jenny Yelin (JSY) | | 78.80 | 76.90 | $24,992.50 | 3.92 | 72.98 | $325 | $23,717.88 |
| Kevin Jones (KEJ) | | 2.30 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | | 59.80 | 37.00 | $10,360.00 | 1.89 | 35.11 | $280 | $9,831.64 |
| Karen Stilber (KES) | | 40.50 | 40.50 | $10,530.00 | 2.07 | 38.43 | $260 | $9,992.97 |
| Lucy Taylor (LT) | | 8.50 | 0.00 | $0.00 | 0.00 | 0.00 | $200 | $0.00 |
| Lucy Taylor (LT) | | 15.20 | 14.80 | $3,182.00 | 0.75 | 14.05 | $215 | $3,019.72 |
| Marc Shinn-Krantz (MSK) | | 2.10 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Diana Ruslani (DAR) | | 1.10 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Doris Tseng (DT) | | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Haruka Roudebush (HR) | | 6.10 | 5.90 | $1,268.50 | 0.30 | 5.60 | $215 | $1,203.81 |
| Hugo Cabrera (HDC) | | 3.60 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Abigail Haney (AMH) | | 26.70 | 26.40 | $5,676.00 | 1.35 | 25.05 | $215 | $5,386.52 |
| | **Total Hours:** | **784.00** | **702.20** | **$289,054.00** | **35.81** | **666.39** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | | **$274,312.25** |
| | | | | | | | | |
| **BINGHAM McCUTCHEN** | | | | | | | | |
| Geoffrey T. Holtz (GH) | | 4.90 | 4.90 | $3,454.50 | 0.25 | 4.65 | $705 | $3,278.32 |
| Alexis Martin (AM) | | 18.00 | 18.00 | $8,640.00 | 0.92 | 17.08 | $480 | $8,199.36 |
| | **Total Hours:** | **22.90** | **22.90** | **$12,094.50** | **0.92** | **17.08** | | |
| **BMc UNDISPUTED FEES:** | | | | | | | | **$11,477.68** |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Sara Norman | | 0.2 | 0.2 | $115.00 | 0.01 | 0.19 | $575 | $109.14 |
| Rana Anabtawi (RA) | | 29.60 | 29.60 | $9,768.00 | 1.51 | 28.09 | $330 | $9,269.83 |
| | **Total Hours:** | **29.80** | **29.80** | **$9,883.00** | **1.51** | **28.09** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | | **$9,378.97** |

**TOTAL UNDISPUTED FEES FOR BPH MONITORING WORK:**                    **$295,168.89**

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
**Costs**

## *Matter: BPH Monitoring*

| **Rosen, Bien, Galvan & Grunfeld (581-4)** | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (In-house) | $766.40 | $39.09 | $727.31 |
| Photocopying (Outside) | $20.68 | $1.05 | $19.63 |
| Online Research - PACER and Legislative History | $866.05 | $44.17 | $821.88 |
| Lexis / Westlaw | $478.37 | $24.40 | $453.97 |
| Postage and Delivery | $449.25 | $22.91 | $426.34 |
| Telephone | $6.70 | $0.34 | $6.36 |
| Fax | $5.00 | $0.26 | $4.75 |
| Travel - Mileage, Tolls, Food | $4,245.68 | $216.53 | $4,029.15 |
| **Total Undisputed RBGG Costs:** | | | **$6,489.39** |
| | | | |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | $483.47 | $24.66 | $458.81 |
| **Total Undisputed PLO Costs:** | | | **$458.81** |
| | | | |
| **TOTAL UNDISPUTED BPH MONITORING COSTS:** | | | **$6,948.20** |

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
*Matter:  BPH Fees*

| *BPH FEES (581-4A)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Gay C. Grunfeld (GCG) | 3.40 | 3.40 | $2,176.00 | 0.17 | 3.23 | $640 | $2,065.02 |
| Glenn Baldwin (GMB) | 1.50 | 0.70 | $154.00 | 0.04 | 0.66 | $220 | $146.15 |
| **Total Hours:** | **4.90** | **4.10** | **$2,330.00** | **0.21** | **3.89** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$2,211.17** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Edie DeGraff (ED) | 1.00 | 1.00 | $180.00 | 0.05 | 0.95 | $180 | $170.82 |
| **Total Hours:** | **1.00** | **1.00** | **$180.00** | **0.05** | **0.95** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$170.82** |

**TOTAL UNDISPUTED FEES FOR BPH FEES WORK:**                                                                         **$2,381.99**

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
**Costs**

*Matter: BPH Fees*

| Rosen, Bien, Galvan & Grunfeld (581-4a) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (In-house) | $5.40 | $0.28 | $5.12 |
| Total RBGG Costs: | | | |
| | | | |
| **TOTAL UNDISPUTED BPH FEES COSTS:** | | | **$5.12** |

Exhibit C

## <u>Armstrong v. Brown</u>
**Third Quarterly Statement of 2012**
**July 1, 2012 through September 30, 2012**

## DAPO SUMMARY OF CLAIMED FEES AND COSTS

| <u>MATTER</u> | <u>CLAIMED FEES</u> | <u>CLAIMED COSTS</u> |
|---|---|---|
| DAPO MONITORING | $38,542.21 | $3,528.07 |
| DAPO FEES | $867.39 | $0.00 |
| **TOTALS** | **$39,409.60** | **$3,528.07** |
| | **GRAND TOTAL CLAIMED:** | **$42,937.67** |

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
*Matter:  DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Gay C. Grunfeld (GCG) | 1.00 | 1.00 | $640.00 | 0.05 | 0.95 | $640 | $607.36 |
| Kenneth M. Walczak (KMW) | 26.00 | 23.10 | $10,626.00 | 1.18 | 21.92 | $460 | $10,084.07 |
| Aaron Fischer (AJF) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $400 | $0.00 |
| Michael Freedman (MLF) | 16.70 | 16.10 | $5,796.00 | 0.82 | 15.28 | $360 | $5,500.40 |
| Sumana Cooppan Wolf (SCW) | 30.70 | 28.80 | $9,792.00 | 1.47 | 27.33 | $340 | $9,292.61 |
| Karen Stilber (KES) | 6.20 | 6.20 | $1,612.00 | 0.32 | 5.88 | $260 | $1,529.79 |
| Diana Ruslani (DAR) | 76.30 | 56.50 | $12,147.50 | 2.88 | 53.62 | $215 | $11,527.98 |
| Haruka Roudebush (HR) | 2.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| **Total Hours:** | **159.40** | **131.70** | **$40,613.50** | **6.72** | **124.98** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$38,542.21** |
| | | | | | | | |
| **TOTAL UNDISPUTED FEES FOR** | | | | | | | |
| **DAPO MONITORING WORK:** | | | | | | | **$38,542.21** |

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
**Costs**

## *Matter: DAPO Monitoring*

| **Rosen, Bien, Galvan & Grunfeld (581-9)** | **Costs** | **Withdrawn by Plaintiffs** | **Costs Now Owing** |
|---|---|---|---|
| Photocopying (in-house) | $93.20 | $4.75 | $88.45 |
| Photocopying (outside) | $1,658.47 | $84.58 | $1,573.89 |
| Postage & Delivery | $593.66 | $30.28 | $563.38 |
| Telephone | $11.25 | $0.57 | $10.68 |
| Travel - Mileage, Tolls, Food | $1,361.09 | $69.42 | $1,291.67 |
| **Total Undisputed RBGG Costs:** | | | **$3,528.07** |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | | | **$3,528.07** |

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
*Matter: DAPO Fees*

| *DAPO Fees (581-10)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Blake Thompson (BT) | 2 | 2 | $760.00 | 0.10 | 1.90 | $380 | $721.24 |
| Kevin Jones (KEJ) | 0.4 | 0 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Glenn Baldwin (GMB) | 1.50 | 0.70 | $154.00 | 0.04 | 0.66 | $220 | $146.15 |
| **Total Hours:** | **3.90** | **2.70** | **$914.00** | **0.14** | **2.56** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$867.39** |

**TOTAL UNDISPUTED FEES FOR
DAPO FEES WORK:**                                                          **$867.39**

Exhibit D

## <u>Armstrong v. Brown</u>
**Third Quarterly Statement of 2012**
**July 1, 2012 through September 30, 2012**

**COUNTY JAIL APPEAL SUMMARY OF CLAIMED FEES AND COSTS**

| <u>MATTER</u> | <u>CLAIMED FEES</u> | <u>CLAIMED COSTS</u> |
|---|---|---|
| COUNTY JAIL APPEAL | <u>$244,491.34</u> | <u>$6,875.44</u> |
| **TOTALS** | **$244,491.34** | **$6,875.44** |

**GRAND TOTAL CLAIMED:**     **$251,366.78**

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
*Matter: COUNTY JAIL APPEAL*

| County Jail Appeal (581-16) | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 44.10 | 44.10 | $33,516.00 | 2.25 | 41.85 | $760 | $31,806.68 |
| Gay C. Grunfeld (GCG) | 105.60 | 105.60 | $67,584.00 | 5.39 | 100.21 | $640 | $64,137.22 |
| Ernest Galvan (EG) | 2.70 | 0.00 | $0.00 | 0.00 | 0.00 | $610 | $0.00 |
| Kenneth M. Walczak (KMW) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $460 | $0.00 |
| Kathryn Mantoan (KGM) | 1.10 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Lisa Ells (LAE) | 177.70 | 171.70 | $70,397.00 | 8.76 | 162.94 | $410 | $66,806.75 |
| Laura Boysen-Aragon (LBA) | 1.00 | 0.00 | $0.00 | 0.00 | 0.00 | $400 | $0.00 |
| Blake Thompson (BT) | 28.60 | 26.40 | $10,032.00 | 1.35 | 25.05 | $380 | $9,520.37 |
| Michael Friedman (MLF) | 87.90 | 82.00 | $29,520.00 | 4.18 | 77.82 | $360 | $28,014.48 |
| Sumana Cooppan Wolf (SCW) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Ben Bien-Kahn (BBK) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Kevin Jones (KEJ) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | 4.20 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Karen Stilber (KES) | 50.50 | 47.20 | $12,272.00 | 2.41 | 44.79 | $260 | $11,646.13 |
| Fely Villadelgado (FFV) | 28.60 | 0.00 | $0.00 | 0.00 | 0.00 | $240 | $0.00 |
| Beth Avery (ELA) | 60.30 | 51.60 | $12,384.00 | 2.63 | 48.97 | $240 | $11,752.42 |
| Doris Tseng (DT) | 0.80 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Mark Shinn-Krantz (MSK) | 0.70 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| **Total Hours:** | **594.50** | **528.60** | **$235,705.00** | **24.71** | **100.21** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$223,684.05** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 11.20 | 11.20 | $6,888.00 | 0.57 | 10.63 | $615 | $6,536.71 |
| **Total Hours:** | **11.20** | **11.20** | **$6,888.00** | **0.57** | **10.63** | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$6,536.71** |
| | | | | | | | |
| **BANCROFT PLLC** | | | | | | | |
| Paul Clement (PDC) | 6.00 | 6.00 | $6,600.00 | 0.31 | 5.69 | $1,100 | $6,263.40 |
| Kelsi Corkran (KBC) | 13.50 | 13.50 | $8,437.50 | 0.69 | 12.81 | $625 | $8,007.19 |
| **Total Hours:** | **19.50** | **19.50** | **$15,037.50** | **0.99** | **18.51** | | |
| **BANCROFT PLLC UNDISPUTED FEES:** | | | | | | | **$14,270.59** |
| | | | | | | | |
| **TOTAL UNDISPUTED FEES FOR COUNTY JAIL APPEAL WORK:** | | | | | | | **$244,491.34** |

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
**Costs**

### *Matter:  County Jail Appeal*

| Rosen, Bien, Galvan & Grunfeld (581-16) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (In house) | $1,841.00 | $93.89 | $1,747.11 |
| Photocopying (Outside) | $1,500.09 | $76.50 | $1,423.59 |
| Lexis / Westlaw | $2,801.42 | $142.87 | $2,658.55 |
| Online Research - PACER and Legislative History | $832.45 | $42.45 | $790.00 |
| Postage & Delivery | $105.51 | $5.38 | $100.13 |
| Travel - Mileage, Tolls, Food | $47.11 | $2.40 | $44.71 |
| Telephone | $0.85 | $0.04 | $0.81 |
| **Total Undisputed RBGG Costs:** | | | **$6,764.88** |

| Disability Rights Education & Defense Fund, Inc. | Costs | | |
|---|---|---|---|
| Photocopying (in-house) | $40.20 | $2.05 | $38.15 |
| Travel - Mileage, Tolls, Food | $8.00 | $0.41 | $7.59 |
| Online Research - PACER | $68.30 | $3.48 | $64.82 |
| **Total Undisputed DREDF Costs:** | | | **$110.56** |

**TOTAL UNDISPUTED COUNTY JAIL APPEAL COSTS:**     **$6,875.44**

Exhibit E

## <u>Armstrong v. Brown</u>
**Third Quarterly Statement of 2012**
**July 1, 2012 through September 30, 2012**

**ACCOUNTABILITY  APPEAL SUMMARY OF CLAIMED FEES AND COSTS**

| <u>MATTER</u> | <u>CLAIMED FEES</u> | <u>CLAIMED COSTS</u> |
|---|---|---|
| ACCT. APPEAL | <u>$856.00</u> | <u>$0.00</u> |
| **TOTALS** | **$856.00** | **$0.00** |

**GRAND TOTAL CLAIMED:**          **$856.00**

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
*Matter: ACCOUNTABILITY APPEAL*

| *Acct. Appeal (581-17)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 0.4 | 0.4 | $304.00 | 0.02 | 0.38 | $760 | $288.50 |
| Gay C. Grunfeld (GCG) | 0.4 | 0.4 | $256.00 | 0.02 | 0.38 | $640 | $242.94 |
| Lisa Ells (LAE) | 0.2 | 0.2 | $82.00 | 0.01 | 0.19 | $410 | $77.82 |
| Karen Stilber (KES) | 1 | 1 | $260.00 | 0.05 | 0.95 | $260 | $246.74 |
| Total Hours: | **2** | **2** | **$902.00** | **0.10** | **1.90** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$856.00** |

**TOTAL UNDISPUTED FEES FOR
ACCT. APPEAL WORK:**                                                     **$856.00**

Exhibit F

# Armstrong v. Brown
**Third Quarterly Statement of 2012**
**July 1, 2012 through September 30, 2012**

### 8/28/2012 ORDER  APPEAL SUMMARY OF CLAIMED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| 8/28/12 ORDER APPEAL | $627.29 | $6.83 |
| **TOTALS** | **$627.29** | **$6.83** |

**GRAND TOTAL CLAIMED:**                  **$634.12**

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
*Matter: APPEAL 8/28/2012 ORDER*

| _Appeal 8/28/12 ORDER (581-18)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Gay C. Grunfeld (GCG) | 0.1 | 0.1 | $64.00 | 0.01 | 0.09 | $640 | $60.74 |
| Blake Thompson (BT) | 0.6 | 0.6 | $228.00 | 0.03 | 0.57 | $380 | $216.37 |
| **Total Hours:** | **0.7** | **0.7** | **$292.00** | **0.04** | **0.66** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$277.11** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 0.60 | 0.60 | $369.00 | 0.03 | 0.57 | $615 | $350.18 |
| **Total Hours:** | **0.60** | **0.60** | **$369.00** | **0.03** | **0.57** | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$350.18** |
| | | | | | | | |
| **TOTAL UNDISPUTED FEES FOR APPEAL 8/28/12 ORDER WORK:** | | | | | | | **$627.29** |

**Armstrong v. Brown**
Third Quarterly Statement of 2012
July 1, 2012 through September 30, 2012
**Costs**

*Matter:  Appeal 8/28/12 Order*

| Disability Rights Education & Defense Fund, Inc. | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (in-house) | $5.80 | $0.30 | $5.50 |
| Online Research - PACER | $1.40 | $0.07 | $1.33 |
| **Total Undisputed DREDF Costs:** | | | **$6.83** |
| **TOTAL UNDISPUTED APPEAL 8/28/12 ORDER COSTS:** | | | **$6.83** |