Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

January 07, 2013

Invoice # 20324

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/2012 | EWS | Review correspondence from counsel. Review minutes, action items from coordination process. Review and respond to inquiry from court. | 0.30<br>450.00/hr | 135.00 |
| 12/8/2012 | EWS | Review emails from counsel. Conference with associate. | 0.50<br>450.00/hr | 225.00 |
|  | APG | Conference with E Swanson re upcoming meetings | 0.20<br>325.00/hr | 65.00 |
| 12/9/2012 | EWS | Draft memo to associate re upcoming court and coordination meetings. | 0.20<br>450.00/hr | 90.00 |
| 12/12/2012 | APG | Travel to and from courthouse for coordination meeting; meeting canceled at last minute | 0.90<br>325.00/hr | NO CHARGE |
| 12/13/2012 | APG | Conference call with parties. | 3.10<br>325.00/hr | 1,007.50 |
| 12/19/2012 | EWS | Phone call to court. | 0.30<br>450.00/hr | 135.00 |
| 12/20/2012 | EWS | Review reports, emails and letters from counsel. | 0.50<br>450.00/hr | 225.00 |
|  |  | For professional services rendered | 6.00 | $1,882.50 |

|  | Amount |
|---|---|
| Balance due | $1,882.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 3.30 | 325.00 | $1,072.50 |
| August P. Gugelmann - Associate | 0.90 | 0.00 | $0.00 |
| Edward W. Swanson | 1.80 | 450.00 | $810.00 |