IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., on behalf of themselves and as representatives of the class,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; MICHAEL MINOR, Acting Director of the Division of Juvenile Justice; DR. JEFFREY A. BEARD, Secretary of the California Department of Corrections and Rehabilitation; JENNIFER SHAFFER, the Executive Officer of the Board of Parole Hearings; DIANA TOCHE, Acting Director of the Division of Correctional Health Care Services; CHRIS MEYER, Senior Chief of the Division of Facility Planning, Construction and Management; KATHLEEN DICKINSON, Acting Director of Adult Institutions; and ROBERT AMBROSELLI, Acting Director of Division of Adult Parole Operations,<br><br>　　　　Defendants.<br>_____/ | No. C 94-2307 CW<br><br>ORDER DIRECTING PARTIES TO FILE BRIEFS ADDRESSING MONITORING BY THE OFFICE OF THE INSPECTOR GENERAL |

　　Through the coordination process by the federal courts responsible for certain class action suits pending against the California Department of Corrections and Rehabilitation (CDCR), the Court and its expert have learned of the role that the Office of Inspector General (OIG) has taken in monitoring medical facilities in connection with Plata v. Brown, Case No. 01-1351-TEH (N.D. Cal.).

The Court invites the parties to share their views regarding whether it would be appropriate for the OIG to play a part in this action in monitoring state prisons for compliance with the rights of inmates with disabilities, how such a monitoring role and tool might be developed and structured and how it might be used to evaluate the need for ongoing Court supervision of individual institutions in the future.  The Court notes that it has taken no position and has received no evidence thus far on this matter.

The Court directs that, within six weeks of the date of this Order, Defendants file a brief of ten pages or less setting forth their views on this issue and that, within three weeks thereafter, Plaintiffs file a brief of ten pages or less setting forth their views.  Defendants may file a reply brief of five pages or less within two weeks thereafter.  If appropriate, the Court will set a schedule for further briefing or a hearing thereafter.

IT IS SO ORDERED.

Dated: 2/4/2013

CLAUDIA WILKEN
United States District Judge

2