Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong



February 06, 2013


Invoice # 20478

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 1/8/2013 EWS  Review and respond to emails re upcoming meeting. | 0.20<br>450.00/hr | 90.00 |
| 1/10/2013 EWS  Review and respond to emails from counsel.  Contact court. | 0.30<br>450.00/hr | 135.00 |
| 1/14/2013 APG  Conference with E Swanson re meeting | 0.10<br>325.00/hr | 32.50 |
| EWS  Travel to meeting with counsel.  Review issues from prior meeting with A. Gugelmann. | 1.60<br>450.00/hr | 720.00 |
| EWS  Meeting with counsel re various issues. | 2.20<br>450.00/hr | 990.00 |
| EWS  Travel from meeting to office. | 1.70<br>450.00/hr | 765.00 |
| EWS  Conference with S. Potts re meeting with client. | 0.20<br>450.00/hr | 90.00 |
| 1/15/2013 EWS  Review correspondence from counsel. | 0.20<br>450.00/hr | 90.00 |
| 1/16/2013 EWS  Review reports from plaintiffs. | 0.20<br>450.00/hr | 90.00 |
| 1/17/2013 EWS  Preparation for HITEC call.  HITEC call. | 1.60<br>450.00/hr | 720.00 |
| 1/21/2013 EWS  Draft emails to Receiver's staff, counsel. | 0.20<br>450.00/hr | 90.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/22/2013 EWS Review correspondence in preparation for Armstrong meeting. | | 0.40 450.00/hr | 180.00 |
| EWS Travel to meeting with counsel, Receiver's staff. | | 0.80 450.00/hr | 360.00 |
| EWS Meeting with counsel, Receiver's staff. | | 2.10 450.00/hr | 945.00 |
| EWS Travel from meeting to office. | | 0.80 450.00/hr | 360.00 |
| 1/30/2013 EWS Preparation for call. Review letters. Conference call with counsel. | | 1.20 450.00/hr | 540.00 |
| EWS Review correspondence from counsel. Respond to email from counsel. | | 0.20 450.00/hr | 90.00 |
| For professional services rendered | | 14.00 | $6,287.50 |

Balance due                                                                                    $6,287.50

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 0.10 | 325.00 | $32.50 |
| Edward W. Swanson | 13.90 | 450.00 | $6,255.00 |