Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


March 04, 2013


Invoice # 20568

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2013 | EWS | Review and respond to email from Receiver's office. Review and respond to inquiry from Court. | 0.20<br>450.00/hr | 90.00 |
| 2/3/2013 | EWS | Review emails from CDCR, Receiver's staff. Review joint status stmt, reports from Plata and Coleman. Review reports from plaintiffs. | 1.10<br>450.00/hr | 495.00 |
| 2/4/2013 | EWS | Review order from court, reports from plaintiffs. | 0.40<br>450.00/hr | 180.00 |
| 2/5/2013 | EWS | Review and respond to email from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| 2/6/2013 | EWS | Review emails, correspondence from counsel. | 0.30<br>450.00/hr | 135.00 |
| 2/7/2013 | EWS | Conference with Receiver's office re scheduling system, other issues. | 0.50<br>450.00/hr | 225.00 |
| 2/14/2013 | EWS | Review correspondence from counsel. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Review emails from counsel. | 0.30<br>450.00/hr | 135.00 |
| 2/15/2013 | EWS | Review and respond to emails from counsel re document requests, CHCF tour. | 0.20<br>450.00/hr | 90.00 |
| 2/22/2013 | EWS | Review emails from plaintiffs', defendants' counsel. | 0.20<br>450.00/hr | 90.00 |
| 2/25/2013 | EWS | Review filings in related cases. Request additional documents. | 0.70<br>450.00/hr | 315.00 |

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2013 | EWS | Review filings in related cases. Confer with court. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Review information in related cases. Confer with assistant re additional information. | 0.30<br>450.00/hr | 135.00 |

For professional services rendered            5.00      $2,250.00

Balance due                                              $2,250.00

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 5.00 | 450.00 | $2,250.00 |