IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., on behalf of themselves and as representatives of the class,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; MICHAEL MINOR, Director of the Division of Juvenile Justice; DR. JEFFREY A. BEARD, Secretary of the California Department of Corrections and Rehabilitation; JENNIFER SHAFFER, the Executive Officer of the Board of Parole Hearings; DIANA TOCHE, Acting Director of the Division of Correctional Health Care Services; CHRIS MEYER, Director of the Division of Facility Planning, Construction and Management; KATHLEEN DICKINSON, Director of Adult Institutions; and DAN STONE, Director of Division of Adult Parole Operations,<br><br>    Defendants.<br>_____/ | No. C 94-2307 CW<br><br>ORDER SETTING A STATUS CONFERENCE AND CONTINUING HEARING ON PLAINTIFFS' MOTION FOR A FURTHER ENFORCEMENT ORDER AND ORDER HOLDING DEFENDANTS IN CONTEMPT OF COURT |

    Plaintiffs request that the Court set a status conference regarding issues addressed in their March 15, 2013 case status statement.  Docket No. 2251.  They ask that this conference be set on April 18, 2013, the same day as the hearing for their pending motion for an enforcement order and an order holding Defendants in contempt.

    The Court GRANTS their request to set a status conference to

address the issues raised in the March 15, 2013 statement.  The Court Expert is unavailable to attend a status conference on April 18, 2013 and the Court is unavailable on April 25, 2013. Accordingly, the Court SETS a status conference for Thursday, May 2, 2013 at 2:00 p.m. and CONTINUES the hearing on the pending motion to this date as well.

    The parties are directed to meet and confer regarding the issues raised in the status report by Friday, April 12, 2013. Defendants shall file a response to Plaintiffs' status report by Thursday, April 18, 2013.

    IT IS SO ORDERED.

Dated: 3/21/2013

CLAUDIA WILKEN
United States District Judge