1   DONALD SPECTER – 083925         GEOFFREY T. HOLTZ – 191370
    REBEKAH EVENSON – 207825        BINGHAM McCUTCHEN LLP
2   PRISON LAW OFFICE               Three Embarcadero Center
    1917 Fifth Street               San Francisco, California  94111-4066
3   Berkeley, California  94710-1916 Telephone:   (415) 393-2000
    Telephone:   (510) 280-2621     Facsimile:   (415) 393-2286
4   Facsimile:   (510) 280-2704

5   LINDA D. KILB – 136101          MICHAEL W. BIEN – 096891
    DISABILITY RIGHTS EDUCATION &   ERNEST GALVAN – 196065
6   DEFENSE FUND, INC.              GAY C. GRUNFELD – 121944
    3075 Adeline Street, Suite 201  BLAKE THOMPSON – 255600
7   Berkeley, California  94703     MICHAEL FREEDMAN – 262850
    Telephone:   (510) 644-2555     ROSEN BIEN GALVAN &
8   Facsimile:   (510) 841-8645     GRUNFELD LLP
                                    315 Montgomery Street, Tenth Floor
9                                   San Francisco, California  94104-1823
                                    Telephone:   (415) 433-6830
10                                  Facsimile:   (415) 433-7104

11  Attorneys for Plaintiffs

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16  JOHN ARMSTRONG, et al.,              Case No. C94 2307 CW

17          Plaintiffs,                  [~~PROPOSED~~] STIPULATED ORDER
                                         CONFIRMING UNDISPUTED
18      v.                               ATTORNEYS' FEES AND COSTS
                                         FOR THE FOURTH QUARTER OF
19  EDMUND G. BROWN, JR., et al.,        2012

20          Defendants.                  Judge:   Hon. Claudia Wilken

21

22

23

24

25

26

27

28

1    On March 26, 1997, the District Court established procedures by which Plaintiffs

2  are to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring Defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, on January 30, 2013, Plaintiffs served on Defendants

5  their Fourth Quarterly Statement for 2012 by overnight delivery.  The parties completed

6  their meet-and-confer process on March 14, 2013 as to the fees and costs incurred on all

7  matters.

8    As a result of the March 14, 2013 agreement, the parties agree to the following:

9    The parties agree to the payment of $746,118.74 for undisputed fees and costs

10  incurred during the Fourth Quarter of 2012, for monitoring and/or litigation activities in

11  the California Department of Corrections of Rehabilitation Division of Adult Operations

12  and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

13  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

14  the parties to settle these claims.

15    The parties agree to the payment of $224,425.74 for undisputed fees and costs

16  incurred during the Fourth Quarter of 2012, for monitoring and/or litigation activities in

17  the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are

18  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

19  the parties to settle these claims.

20    The parties agree to the payment of $44,141.66 for undisputed fees and costs

21  incurred during the Fourth Quarter of 2012, for monitoring and/or litigation activities in

22  the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

23  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

24  agreed to by the parties to settle these claims.

25    The parties agree to the payment of $15,227.69 for undisputed fees and costs

26  incurred during the Fourth Quarter of 2012, for activities in the Appeal of the August 28,

27  2012 Order portion of the case.  Attached hereto as **Exhibit D** are charts setting forth the

28  fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these

1

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER OF 2012

1  claims.

2        The parties agree to the payment of $19,260.14 for undisputed fees and costs

3  incurred during the Fourth Quarter of 2012, for fees on fees.  Attached hereto as **Exhibit E**

4  are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to

5  by the parties to settle these claims.

6        IT IS HEREBY ORDERED that the amounts set forth above are due and

7  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

8  and costs will run from November 30, 2012, accruing at the rate provided by 28 U.S.C.

9  § 1961.

10

11  DATED:  ___3/22/2013_____

12

13  _____

14  THE HONORABLE CLAUDIA WILKEN

    UNITED STATES DISTRICT JUDGE

15

16  APPROVED AS TO FORM:

17

18  DATED:  March 21, 2013      _/s/ Jay M. Goldman_____

19                                  Jay M. Goldman
                                Deputy Attorney General

20                                  Attorney for Defendants

21  DATED:  March 21, 2013      _/s/ Blake Thompson_____

22                                  Blake Thompson
                                Rosen Bien Galvan & Grunfeld LLP

23                                  Attorneys for Plaintiffs

24

25

26

27

28

[762044-1]

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER OF 2012

Exhibit A

### Armstrong v. Brown
**Fourth Quarterly Statement of 2012**
**October 1, 2012 through December 31, 2012**

## CDCR/AOAP SUMMARY OF CLAIMED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $724,859.33 | $21,259.41 |
| **TOTALS** | **$724,859.33** | **$21,259.41** |

**GRAND TOTAL CLAIMED:**  **$746,118.73**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter:  CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael W. Bien (MWB) | 10.80 | 10.50 | $7,980.00 | 0.47 | 10.03 | $760 | $7,620.90 |
| Gay C. Grunfeld (GCG) | 24.20 | 23.60 | $15,104.00 | 1.06 | 22.54 | $640 | $14,424.32 |
| Jane E. Kahn (JK) | 2.90 | 2.30 | $1,311.00 | 0.10 | 2.20 | $570 | $1,252.01 |
| Thomas Nolan (TN) | 218.75 | 218.25 | $117,855.00 | 9.82 | 208.43 | $540 | $112,551.53 |
| Kenneth M. Walczak (KMW) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $460 | $0.00 |
| Lisa Ells (LAE) | 88.90 | 76.10 | $31,201.00 | 3.42 | 72.68 | $410 | $29,796.96 |
| Laura Boysen-Aragon (LBA) | 9.60 | 9.60 | $3,840.00 | 0.43 | 9.17 | $400 | $3,667.20 |
| Blake Thompson (BT) | 104.80 | 103.30 | $39,254.00 | 4.65 | 98.65 | $380 | $37,487.57 |
| Michael Freedman (MLF) | 221.20 | 204.60 | $73,656.00 | 9.21 | 195.39 | $360 | $70,341.48 |
| Sumana Cooppan Wolf (SCW) | 12.20 | 0.00 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Krista Stone-Manista (KSM) | 99.80 | 50.70 | $17,238.00 | 2.28 | 48.42 | $340 | $16,462.29 |
| Kevin Jones (KEJ) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | 160.80 | 125.70 | $35,196.00 | 5.66 | 120.04 | $280 | $33,612.18 |
| Karen Stilber (KES) | 4.70 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Diana Ruslani (DAR) | 12.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Marc Shinn-Krantz (MSK) | 124.10 | 115.50 | $24,832.50 | 5.20 | 110.30 | $215 | $23,715.04 |
| Haruka Roudebush (HR) | 282.00 | 225.20 | $48,418.00 | 10.13 | 215.07 | $215 | $46,239.19 |
| Doris Tseng (DT) | 1.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Lucy Taylor (LRT) | 147.50 | 135.90 | $29,218.50 | 6.12 | 129.78 | $215 | $27,903.67 |
| **Total Hours:** | **1,526.35** | **1,301.25** | **$445,104.00** | **58.56** | **1242.69** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$425,074.32** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Donald Specter (DS) | 5.80 | 5.80 | $4,437.00 | 0.26 | 5.54 | $765 | $4,237.34 |
| Steve Fama (SF) | 0.20 | 0.20 | $138.00 | 0.01 | 0.19 | $690 | $131.79 |
| Sara Norman (SN) | 0.20 | 0.20 | $115.00 | 0.01 | 0.19 | $575 | $109.83 |
| Millard Murphy (MM) | 39.10 | 39.10 | $21,700.50 | 1.76 | 37.34 | $555 | $20,723.98 |
| Alison Hardy (AH) | 0.20 | 0.20 | $111.00 | 0.01 | 0.19 | $555 | $106.01 |
| Rebekah Evenson (RE) | 107.80 | 107.80 | $54,978.00 | 4.85 | 102.95 | $510 | $52,503.99 |
| Megan Hagler (MH) | 103.00 | 103.00 | $46,350.00 | 4.64 | 98.37 | $450 | $44,264.25 |
| Penny Godbold (PG) | 194.60 | 194.60 | $87,570.00 | 8.76 | 185.84 | $450 | $83,629.35 |
| Corene Kendrick (CK) | 80.90 | 80.90 | $36,405.00 | 3.64 | 77.26 | $450 | $34,766.78 |
| Madeline Bailey (MB) | 58.90 | 58.90 | $11,191.00 | 2.65 | 56.25 | $190 | $10,687.41 |
| Sheena Green (SG) | 13.50 | 13.50 | $2,565.00 | 0.61 | 12.89 | $190 | $2,449.58 |
| Lauren Kelleher (LK) | 14.70 | 14.70 | $2,793.00 | 0.66 | 14.04 | $190 | $2,667.32 |
| Kelly Nguyen (KN) | 60.20 | 60.20 | $11,438.00 | 2.71 | 57.49 | $190 | $10,923.29 |
| Marley Williams (MW) | 4.70 | 4.70 | $893.00 | 0.21 | 4.49 | $190 | $852.82 |
| Alex Pauley | 64.40 | 64.40 | $12,236.00 | 2.90 | 61.50 | $190 | $11,685.38 |
| Fatinha Santos (FS) | 89.60 | 89.60 | $17,024.00 | 4.03 | 85.57 | $190 | $16,257.92 |
| Jessica Bendit (JB) | 8.10 | 8.10 | $1,539.00 | 0.36 | 7.74 | $190 | $1,469.75 |
| **Total Hours:** | **845.90** | **845.90** | **$311,483.50** | **38.07** | **807.83** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$297,466.74** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 3.50 | 3.50 | $2,152.50 | 0.16 | 3.34 | $615 | $2,055.64 |
| Hongyu Min (HM) | 2.2 | 2.20 | $275.00 | 0.10 | 2.10 | $125 | $262.63 |
| **Total Hours:** | **5.70** | **5.70** | **$2,427.50** | **0.26** | **5.44** | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$2,318.26** |

**TOTAL UNDISPUTED CDCR/AOAP MONITORING FEES:** $724,859.33

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
**Costs**

## *Matter:  CDCR/AOAP Merits/Monitoring*

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | | |
| Photocopying (In house) | $2,477.20 | $111.47 | $2,365.73 |
| Photocopying (Outside) | $1,547.54 | $69.64 | $1,477.90 |
| Lexis / Westlaw | $73.61 | $3.31 | $70.30 |
| Online Research - PACER | $2.20 | $0.10 | $2.10 |
| Postage & Delivery | $649.27 | $29.22 | $620.05 |
| Travel - Mileage, Tolls, Food | $8,574.93 | $385.87 | $8,189.06 |
| Telephone | $14.30 | $0.64 | $13.66 |
| Facsimile | $4.00 | $0.18 | $3.82 |
| **Total Undisputed RBGG Costs:** | | | **$12,742.61** |
| | | | |
| **Prison Law Office** | **Costs** | | |
| Photocopying (In house) | $1,212.20 | $54.55 | $1,157.65 |
| Postage & Delivery | $427.36 | $19.23 | $408.13 |
| Travel - Mileage, Tolls, Food | $6,914.25 | $311.14 | $6,603.11 |
| Expert Services | $232.50 | $10.46 | $222.04 |
| **Total Undisputed PLO Costs:** | | | **$8,390.93** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | $104.60 | $4.71 | $99.89 |
| Postage & Delivery | $26.80 | $1.21 | $25.59 |
| Online Research - PACER | $0.40 | $0.02 | $0.38 |
| **Total Undisputed DREDF Costs:** | | | **$125.87** |
| | | | |
| **TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING COSTS:** | | | **$21,259.41** |

Exhibit B

## **Armstrong v. Brown**
**Fourth Quarterly Statement of 2012**
**October 1, 2012 through December 31, 2012**

## BPH SUMMARY OF CLAIMED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| BPH MONITORING | $220,148.51 | $4,277.23 |
| **TOTALS** | **$220,148.51** | **$4,277.23** |

**GRAND TOTAL CLAIMED:**     **$224,425.74**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter:  BPH Monitoring*

| _BPH (581-4)_ | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | | |
| Michael W. Bien (MWB) | | 11.50 | 11.30 | $8,588.00 | 0.51 | 10.79 | $760 | $8,201.54 |
| Gay C. Grunfeld (GCG) | | 32.80 | 32.40 | $20,736.00 | 1.46 | 30.94 | $640 | $19,802.88 |
| Ernest Galvan (EG) | | 2.70 | 2.70 | $1,647.00 | 0.12 | 2.58 | $610 | $1,572.89 |
| Tom Nolan (TN) | | 32.50 | 32.50 | $17,550.00 | 1.46 | 31.04 | $540 | $16,760.25 |
| Kenneth Walczak (KMW) | | 25.10 | 24.90 | $11,454.00 | 1.12 | 23.78 | $460 | $10,938.57 |
| Lisa Ells (LAE) | | 4.30 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Leslie Mehta (LCM) | | 17.00 | 17.00 | $7,990.00 | 0.77 | 16.24 | $470 | $7,630.45 |
| Kathryn Mantoan (KGM) | | 23.00 | 23.00 | $9,430.00 | 1.04 | 21.97 | $410 | $9,005.65 |
| Aaron Fischer (AJF) | | 40.30 | 40.30 | $16,120.00 | 1.81 | 38.49 | $400 | $15,394.60 |
| Blake Thompson (BT) | | 65.20 | 64.40 | $24,472.00 | 2.90 | 61.50 | $380 | $23,370.76 |
| Michael Freedman (MLF) | | 75.00 | 71.10 | $25,596.00 | 3.20 | 67.90 | $360 | $24,444.18 |
| Krista Stone-Manista (KSM) | | 8.00 | 6.90 | $2,346.00 | 0.31 | 6.59 | $340 | $2,240.43 |
| Margot Mendelson (MKM) | | 19.10 | 15.20 | $5,168.00 | 0.68 | 14.52 | $340 | $4,935.44 |
| Sumana Cooppan Wolf (SCW) | | 44.70 | 39.30 | $13,362.00 | 1.77 | 37.53 | $340 | $12,760.71 |
| Jenny Yelin (JSY) | | 40.40 | 40.20 | $13,065.00 | 1.81 | 38.39 | $325 | $12,477.08 |
| Kevin Jones (KEJ) | | 2.10 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | | 93.40 | 68.10 | $19,068.00 | 3.06 | 65.04 | $280 | $18,209.94 |
| Karen Stilber (KES) | | 43.40 | 43.00 | $11,180.00 | 1.94 | 41.07 | $260 | $10,676.90 |
| Lucy Taylor (LT) | | 52.50 | 46.50 | $9,997.50 | 2.09 | 44.41 | $215 | $9,547.61 |
| Marc Shinn-Krantz (MSK) | | 2.00 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Diana Ruslani (DAR) | | 1.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Doris Tseng (DT) | | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Haruka Roudebush (HR) | | 6.20 | 5.10 | $1,096.50 | 0.23 | 4.87 | $215 | $1,047.16 |
| Abigail Haney (AMH) | | 20.60 | 20.60 | $4,429.00 | 0.93 | 19.67 | $215 | $4,229.70 |
| | **Total Hours:** | **663.20** | **604.50** | **$223,295.00** | **27.20** | **577.30** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | | **$213,246.73** |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Rana Anabtawi (RA) | | 21.90 | 21.90 | $7,227.00 | 0.99 | 20.91 | $330 | $6,901.79 |
| | **Total Hours:** | **21.90** | **21.90** | **$7,227.00** | **0.99** | **20.91** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | | **$6,901.79** |

**TOTAL UNDISPUTED FEES FOR
BPH MONITORING WORK:**                                                          **$220,148.51**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
**Costs**

## *Matter: BPH Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-4) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (In-house) | $411.60 | $18.52 | $393.08 |
| Photocopying (Outside) | $69.42 | $3.12 | $66.30 |
| Online Research - PACER and Legislative History | $3.00 | $0.14 | $2.87 |
| Lexis / Westlaw | $51.80 | $2.33 | $49.47 |
| Postage and Delivery | $14.45 | $0.65 | $13.80 |
| Telephone | $13.35 | $0.60 | $12.75 |
| Fax | $16.00 | $0.72 | $15.28 |
| Travel - Mileage, Tolls, Food | $3,474.03 | $156.33 | $3,317.70 |
| **Total Undisputed RBGG Costs:** | | | **$3,871.24** |
| | | | |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | $425.13 | $19.13 | $406.00 |
| **Total Undisputed PLO Costs:** | | | **$406.00** |
| | | | |
| **TOTAL UNDISPUTED BPH MONITORING COSTS:** | | | **$4,277.23** |

Exhibit C

## Armstrong v. Brown
**Fourth Quarterly Statement of 2012**
**October 1, 2012 through December 31, 2012**

## DAPO SUMMARY OF CLAIMED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| DAPO MONITORING | $42,624.99 | $1,516.67 |
| **TOTALS** | **$42,624.99** | **$1,516.67** |

**GRAND TOTAL CLAIMED:**          **$44,141.67**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter:  DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 2.10 | 2.10 | $1,596.00 | 0.09 | 2.01 | $760 | $1,524.18 |
| Gay C. Grunfeld (GCG) | 7.20 | 6.70 | $4,288.00 | 0.30 | 6.40 | $640 | $4,095.04 |
| Ernest Galvan (EG) | 5.80 | 5.80 | $3,538.00 | 0.26 | 5.54 | $610 | $3,378.79 |
| Kenneth M. Walczak (KMW) | 24.80 | 22.20 | $10,212.00 | 1.00 | 21.20 | $460 | $9,752.46 |
| Lisa Ells (LAE) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Blake Thompson (BT) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $380 | $0.00 |
| Michael Freedman (MLF) | 6.80 | 6.50 | $2,340.00 | 0.29 | 6.21 | $360 | $2,234.70 |
| Sumana Cooppan Wolf (SCW) | 35.90 | 33.70 | $11,458.00 | 1.52 | 32.18 | $340 | $10,942.39 |
| Rolayn Tauben (RLT) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Karen Stilber (KES) | 1.70 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Diana Ruslani (DAR) | 66.10 | 52.10 | $11,201.50 | 2.34 | 49.76 | $215 | $10,697.43 |
| Haruka Roudebush (HR) | 1.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Marc Shinn-Krantz (MSK) | 1.00 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Doris Tseng (DT) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Total Hours: | **153.90** | **129.10** | **$44,633.50** | **5.81** | **123.29** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$42,624.99** |

**TOTAL UNDISPUTED FOR DAPO MONITORING WORK:**  $42,624.99

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
**Costs**

## *Matter: DAPO Monitoring*

| | | Withdrawn | Costs |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-9)** | **Costs** | **by Plaintiffs** | **Now Owing** |
| Photocopying (in-house) | $48.00 | $2.16 | $45.84 |
| Photocopying (outside) | $534.21 | $24.04 | $510.17 |
| Postage & Delivery | $304.04 | $13.68 | $290.36 |
| Telephone | $12.45 | $0.56 | $11.89 |
| Travel - Mileage, Tolls, Food | $689.44 | $31.02 | $658.42 |
| **Total Undisputed RBGG Costs:** | | | **$1,516.67** |
| | | | |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | | | **$1,516.67** |

Exhibit D

## <u>Armstrong v. Brown</u>
**Fourth Quarterly Statement of 2012**
**October 1, 2012 through December 31, 2012**

**8/28/2012 ORDER  APPEAL SUMMARY OF CLAIMED FEES AND COSTS**

| <u>MATTER</u> | <u>CLAIMED FEES</u> | <u>CLAIMED COSTS</u> |
|---|---|---|
| 8/28/12 ORDER APPEAL | <u>$15,152.03</u> | <u>$75.66</u> |
| **TOTALS** | **$15,152.03** | **$75.66** |

**GRAND TOTAL CLAIMED:**           **$15,227.69**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter: APPEAL 8/28/2012 ORDER*

| _Appeal 8/28/12 ORDER (581-18)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 4.50 | 4.50 | $3,420.00 | 0.20 | 4.30 | $760 | $3,266.10 |
| Gay C. Grunfeld (GCG) | 4.2 | 3.9 | $2,496.00 | 0.18 | 3.72 | $640 | $2,383.68 |
| Lisa Ells (LAE) | 25.5 | 23 | $9,430.00 | 1.04 | 21.97 | $410 | $9,005.65 |
| Blake Thompson (BT) | 1 | 0 | $0.00 | 0.00 | 0.00 | $380 | $0.00 |
| Michael Freedman (MLF) | 1.3 | 0 | $0.00 | 0.00 | 0.00 | $360 | $0.00 |
| Sumana Cooppan Wolf (SCW) | 0.7 | 0 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Kathryn Mantoan (KGM) | 0.2 | 0 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Rolayn Tauben (RLT) | 0.4 | 0 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Karen Silber (KES) | 2.8 | 2 | $520.00 | 0.09 | 1.91 | $260 | $496.60 |
| Haruka Roudebush (HR) | 0.2 | 0 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Marc Shinn-Krantz (MSK) | 0.1 | 0 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| **Total Hours:** | **40.90** | **33.40** | **$15,866.00** | **1.50** | **31.90** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$15,152.03** |

**TOTAL UNDISPUTED FOR APPEAL
8/28/12 ORDER WORK:** $15,152.03

*Matter:  Appeal 8/28/12 Order*

| | | Withdrawn | Costs |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-17)** | **Costs** | **by Plaintiffs** | **Now Owing** |
| Photocopying (In house) | $26.60 | $1.20 | $25.40 |
| Photocopying (outside) | $32.46 | $1.46 | $31.00 |
| Lexis / Westlaw | $20.17 | $0.91 | $19.26 |
| **Total Undisputed RBGG Costs:** | | | **$75.66** |
| **TOTAL UNDISPUTED 8/28/12 Appeal Order COSTS:** | | | **$75.66** |

Exhibit E

## Armstrong v. Brown
**Fourth Quarterly Statement of 2012**
**October 1, 2012 through December 31, 2012**

## SUMMARY OF CLAIMED FEES WORK AND COSTS

|                            | CLAIMED FEES | CLAIMED COSTS |
|----------------------------|:------------:|:-------------:|
| FEES WORK (ALL MATTERS)    | $18,951.02   | **$309.12**   |
|                            |              |               |
| **GRAND TOTAL CLAIMED:**   |              | **$19,260.14** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter:  All Matters Fees Work*

| _Fees (581-2)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Sanford Jay Rosen (SJR) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $840 | $0.00 |
| Michael W. Bien (MWB) | 0.50 | 0.50 | $380.00 | 0.02 | 0.48 | $760 | $362.90 |
| Gay C. Grunfeld (GCG) | 7.60 | 7.60 | $4,864.00 | 0.34 | 7.26 | $640 | $4,645.12 |
| Lisa Ells (LAE) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Blake Thompson (BT) | 12.50 | 12.50 | $4,750.00 | 0.56 | 11.94 | $380 | $4,536.25 |
| Michael Freedman (MLF) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $360 | $0.00 |
| Glenn Baldwin (GMB) | 37.90 | 32.20 | $7,084.00 | 1.45 | 30.75 | $220 | $6,765.22 |
| **Total Hours:** | **59.80** | **52.80** | **$17,078.00** | **2.38** | **50.42** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$16,309.49** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Rebekah Evenson (RE) | 1.70 | 1.70 | $867.00 | 0.08 | 1.62 | $510 | $827.99 |
| Coreen Kendrick (CK) | 0.50 | 0.50 | $225.00 | 0.02 | 0.48 | $450 | $214.88 |
| Edie DeGraff (ED) | 5.20 | 5.20 | $936.00 | 0.23 | 4.97 | $180 | $893.88 |
| **Total Hours:** | **7.40** | **7.40** | **$2,028.00** | **0.23** | **4.97** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$1,936.74** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 1.20 | 1.20 | $738.00 | 0.05 | 1.15 | $615 | $704.79 |
| **Total Hours:** | **1.20** | **1.20** | **$738.00** | **0.05** | **1.15** | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$704.79** |

**TOTAL UNDISPUTED FEES FOR**
**ARMSTRONG FEES WORK:**                                               **$18,951.02**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
**Costs**

## *Matter: Fees Work in All Matters*

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | **Costs** | | |
| Photocopying and Printing (in-house) | $226.60 | $10.20 | $216.40 |
| Telephone | $0.40 | $0.02 | $0.38 |
| Postage & Delivery | $26.69 | $1.20 | $25.49 |
| **Total Undisputed RBGG Costs:** | | | **$242.27** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | **Costs** | | |
| Photocopying (in-house) | $70.00 | $3.15 | $66.85 |
| **Total DREDF Costs:** | **$70.00** | | **$66.85** |
| | | | |
| **TOTAL UNDISPUTED FEES WORK COSTS :** | | | **$309.12** |