Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

April 04, 2013

Invoice # 20694

Professional Services

|   |   | Hrs/Rate | Amount |
|---|---|---|---|
| 3/1/2013 EWS | Review pleadings re mtn for contempt. | 0.30<br>450.00/hr | 135.00 |
| 3/4/2013 EWS | Review email from counsel, stip re date. | 0.10<br>450.00/hr | 45.00 |
| 3/5/2013 EWS | Review correspondence from counsel. | 0.20<br>450.00/hr | 90.00 |
| 3/6/2013 EWS | Review correspondence from counsel. | 0.10<br>450.00/hr | 45.00 |
| EWS | Review and respond to correspondence from counsel. Review recent pleadings. | 0.50<br>450.00/hr | 225.00 |
| 3/7/2013 EWS | Review filing in related case. | 0.60<br>450.00/hr | 270.00 |
| EWS | Conference with assistant re filings. Review and respond to email from counsel re meet and confer. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review correspondence from plaintiffs' counsel. | 0.10<br>450.00/hr | 45.00 |
| 3/13/2013 EWS | Conference with counsel re master plan. | 0.80<br>450.00/hr | 360.00 |
| EWS | Review and respond to email from special master. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review and respond to emails from counsel, special master's office. | 0.20<br>450.00/hr | 90.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/14/2013 | EWS | Travel to CHCF. | 2.00 450.00/hr | 900.00 |
| | EWS | Meeting at CHCF for tour. | 3.00 450.00/hr | 1,350.00 |
| | EWS | Travel from CHCF to office. | 1.80 450.00/hr | 810.00 |
| 3/18/2013 | EWS | Review filings by plaintiff, correspondence between parties. | 0.60 450.00/hr | 270.00 |
| | EWS | Review correspondence from plaintiffs, defendant. Contact special master. Contact court. | 0.60 450.00/hr | 270.00 |
| 3/19/2013 | EWS | Conference with special master and staff. Conference with staff. | 0.80 450.00/hr | 360.00 |
| 3/21/2013 | EWS | Review correspondence from counsel. | 0.10 450.00/hr | 45.00 |
| 3/25/2013 | EWS | Review and respond to email from counsel. Review email from counsel. | 0.20 450.00/hr | 90.00 |
| | EWS | Review facilities report, correspondence from counsel. | 0.30 450.00/hr | 135.00 |
| 3/26/2013 | EWS | Review pleading re contempt. | 0.40 450.00/hr | 180.00 |
| 3/27/2013 | EWS | Conference with associate re hearing. Respond to email from counsel. | 0.60 450.00/hr | 270.00 |
| | EWS | Conference with court, Receiver's office. | 0.20 450.00/hr | 90.00 |
| 3/28/2013 | EWS | Travel to Ontatrio for CIW visit. CIW visit. Travel to Oakland. Review pleadings in transit. | 10.00 450.00/hr | 4,500.00 |
| 3/29/2013 | EWS | Review pleadings re contempt motion. | 0.30 450.00/hr | 135.00 |
| | EWS | Conference with court. | 0.30 450.00/hr | 135.00 |
| | EWS | Review correspondence from counsel, report on prison visit. | 0.30 450.00/hr | 135.00 |

For professional services rendered            24.80    $11,160.00

Armstrong

Additional Charges :

| | Amount |
|---|---|
| 3/19/2013 Conference Call | 4.41 |
| Total additional charges | $4.41 |
| Total amount of this bill | $11,164.41 |

Balance due $11,164.41

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 24.80 | 450.00 | $11,160.00 |