DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:    (510) 280-2704

GEOFFREY T. HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:   (415) 393-2000
Facsimile:    (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:   (510) 644-2555
Facsimile:    (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
BLAKE THOMPSON – 255600
MICHAEL FREEDMAN – 262850
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

       Plaintiffs,

    v.

EDMUND G. BROWN, JR., et al.,

       Defendants.

Case No. C94 2307 CW

[~~PROPOSED~~] AMENDED STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2012

Judge:   Hon. Claudia Wilken

[790399-1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on January 30, 2013, Plaintiffs served on Defendants their Fourth Quarterly Statement for 2012 by overnight delivery.  The parties completed their meet-and-confer process on March 14, 2013 as to the fees and costs incurred on all matters.

As a result of the March 14, 2013 agreement, the parties agree to the following:

The parties agree to the payment of $746,118.74 for undisputed fees and costs incurred during the Fourth Quarter of 2012, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $224,425.74 for undisputed fees and costs incurred during the Fourth Quarter of 2012, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $44,141.66 for undisputed fees and costs incurred during the Fourth Quarter of 2012, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $15,227.69 for undisputed fees and costs incurred during the Fourth Quarter of 2012, for activities in the Appeal of the August 28, 2012 Order portion of the case.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these

1
{PROPOSED} AMENDED STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2012

claims.

The parties agree to the payment of $19,260.14 for undisputed fees and costs incurred during the Fourth Quarter of 2012, for fees on fees.  Attached hereto as **Exhibit E** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of May 6, 2013.  Interest on these fees and costs will run from January 30, 2013, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: _____4/19/2013_____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

DATED:  April 18, 2013          _/s/ Jay M. Goldman_____
                                Jay M. Goldman
                                Deputy Attorney General
                                Attorney for Defendants

DATED:  April 18, 2013          _/s/ Gay Crosthwait Grunfeld_____
                                Gay Crosthwait Grunfeld
                                Rosen Bien Galvan & Grunfeld LLP
                                Attorneys for Plaintiffs

[790399-1]

2

Exhibit A

## Armstrong v. Brown
**Fourth Quarterly Statement of 2012**
**October 1, 2012 through December 31, 2012**

## CDCR/AOAP SUMMARY OF CLAIMED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $724,859.33 | $21,259.41 |
| **TOTALS** | **$724,859.33** | **$21,259.41** |

**GRAND TOTAL CLAIMED:**   **$746,118.73**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter:  CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael W. Bien (MWB) | 10.80 | 10.50 | $7,980.00 | 0.47 | 10.03 | $760 | $7,620.90 |
| Gay C. Grunfeld (GCG) | 24.20 | 23.60 | $15,104.00 | 1.06 | 22.54 | $640 | $14,424.32 |
| Jane E. Kahn (JK) | 2.90 | 2.30 | $1,311.00 | 0.10 | 2.20 | $570 | $1,252.01 |
| Thomas Nolan (TN) | 218.75 | 218.25 | $117,855.00 | 9.82 | 208.43 | $540 | $112,551.53 |
| Kenneth M. Walczak (KMW) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $460 | $0.00 |
| Lisa Ells (LAE) | 88.90 | 76.10 | $31,201.00 | 3.42 | 72.68 | $410 | $29,796.96 |
| Laura Boysen-Aragon (LBA) | 9.60 | 9.60 | $3,840.00 | 0.43 | 9.17 | $400 | $3,667.20 |
| Blake Thompson (BT) | 104.80 | 103.30 | $39,254.00 | 4.65 | 98.65 | $380 | $37,487.57 |
| Michael Freedman (MLF) | 221.20 | 204.60 | $73,656.00 | 9.21 | 195.39 | $360 | $70,341.48 |
| Sumana Cooppan Wolf (SCW) | 12.20 | 0.00 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Krista Stone-Manista (KSM) | 99.80 | 50.70 | $17,238.00 | 2.28 | 48.42 | $340 | $16,462.29 |
| Kevin Jones (KEJ) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | 160.80 | 125.70 | $35,196.00 | 5.66 | 120.04 | $280 | $33,612.18 |
| Karen Stilber (KES) | 4.70 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Diana Ruslani (DAR) | 12.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Marc Shinn-Krantz (MSK) | 124.10 | 115.50 | $24,832.50 | 5.20 | 110.30 | $215 | $23,715.04 |
| Haruka Roudebush (HR) | 282.00 | 225.20 | $48,418.00 | 10.13 | 215.07 | $215 | $46,239.19 |
| Doris Tseng (DT) | 1.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Lucy Taylor (LRT) | 147.50 | 135.90 | $29,218.50 | 6.12 | 129.78 | $215 | $27,903.67 |
| **Total Hours:** | **1,526.35** | **1,301.25** | **$445,104.00** | **58.56** | **1242.69** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$425,074.32** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Donald Specter (DS) | 5.80 | 5.80 | $4,437.00 | 0.26 | 5.54 | $765 | $4,237.34 |
| Steve Fama (SF) | 0.20 | 0.20 | $138.00 | 0.01 | 0.19 | $690 | $131.79 |
| Sara Norman (SN) | 0.20 | 0.20 | $115.00 | 0.01 | 0.19 | $575 | $109.83 |
| Millard Murphy (MM) | 39.10 | 39.10 | $21,700.50 | 1.76 | 37.34 | $555 | $20,723.98 |
| Alison Hardy (AH) | 0.20 | 0.20 | $111.00 | 0.01 | 0.19 | $555 | $106.01 |
| Rebekah Evenson (RE) | 107.80 | 107.80 | $54,978.00 | 4.85 | 102.95 | $510 | $52,503.99 |
| Megan Hagler (MH) | 103.00 | 103.00 | $46,350.00 | 4.64 | 98.37 | $450 | $44,264.25 |
| Penny Godbold (PG) | 194.60 | 194.60 | $87,570.00 | 8.76 | 185.84 | $450 | $83,629.35 |
| Corene Kendrick (CK) | 80.90 | 80.90 | $36,405.00 | 3.64 | 77.26 | $450 | $34,766.78 |
| Madeline Bailey (MB) | 58.90 | 58.90 | $11,191.00 | 2.65 | 56.25 | $190 | $10,687.41 |
| Sheena Green (SG) | 13.50 | 13.50 | $2,565.00 | 0.61 | 12.89 | $190 | $2,449.58 |
| Lauren Kelleher (LK) | 14.70 | 14.70 | $2,793.00 | 0.66 | 14.04 | $190 | $2,667.32 |
| Kelly Nguyen (KN) | 60.20 | 60.20 | $11,438.00 | 2.71 | 57.49 | $190 | $10,923.29 |
| Marley Williams (MW) | 4.70 | 4.70 | $893.00 | 0.21 | 4.49 | $190 | $852.82 |
| Alex Pauley | 64.40 | 64.40 | $12,236.00 | 2.90 | 61.50 | $190 | $11,685.38 |
| Fatinha Santos (FS) | 89.60 | 89.60 | $17,024.00 | 4.03 | 85.57 | $190 | $16,257.92 |
| Jessica Bendit (JB) | 8.10 | 8.10 | $1,539.00 | 0.36 | 7.74 | $190 | $1,469.75 |
| **Total Hours:** | **845.90** | **845.90** | **$311,483.50** | **38.07** | **807.83** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$297,466.74** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 3.50 | 3.50 | $2,152.50 | 0.16 | 3.34 | $615 | $2,055.64 |
| Hongyu Min (HM) | 2.2 | 2.20 | $275.00 | 0.10 | 2.10 | $125 | $262.63 |
| **Total Hours:** | **5.70** | **5.70** | **$2,427.50** | **0.26** | **5.44** | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$2,318.26** |

| | |
|---|---|
| **TOTAL UNDISPUTED CDCR/AOAP MONITORING FEES:** | **$724,859.33** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
**Costs**

*Matter:  CDCR/AOAP Merits/Monitoring*

| | | Withdrawn | Costs |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | Costs | by Plaintiffs | Now Owing |
| Photocopying (In house) | $2,477.20 | $111.47 | $2,365.73 |
| Photocopying (Outside) | $1,547.54 | $69.64 | $1,477.90 |
| Lexis / Westlaw | $73.61 | $3.31 | $70.30 |
| Online Research - PACER | $2.20 | $0.10 | $2.10 |
| Postage & Delivery | $649.27 | $29.22 | $620.05 |
| Travel - Mileage, Tolls, Food | $8,574.93 | $385.87 | $8,189.06 |
| Telephone | $14.30 | $0.64 | $13.66 |
| Facsimile | $4.00 | $0.18 | $3.82 |
| **Total Undisputed RBGG Costs:** | | | **$12,742.61** |
| | | | |
| **Prison Law Office** | Costs | | |
| Photocopying (In house) | $1,212.20 | $54.55 | $1,157.65 |
| Postage & Delivery | $427.36 | $19.23 | $408.13 |
| Travel - Mileage, Tolls, Food | $6,914.25 | $311.14 | $6,603.11 |
| Expert Services | $232.50 | $10.46 | $222.04 |
| **Total Undisputed PLO Costs:** | | | **$8,390.93** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | $104.60 | $4.71 | $99.89 |
| Postage & Delivery | $26.80 | $1.21 | $25.59 |
| Online Research - PACER | $0.40 | $0.02 | $0.38 |
| **Total Undisputed DREDF Costs:** | | | **$125.87** |
| | | | |
| **TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING COSTS:** | | | **$21,259.41** |

Exhibit B

### Armstrong v. Brown
**Fourth Quarterly Statement of 2012**
**October 1, 2012 through December 31, 2012**

## BPH SUMMARY OF CLAIMED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|--------|--------------|---------------|
| BPH MONITORING | $220,148.51 | $4,277.23 |
| **TOTALS** | **$220,148.51** | **$4,277.23** |

**GRAND TOTAL CLAIMED:**     **$224,425.74**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter:  BPH Monitoring*

| BPH (581-4) | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | | |
| Michael W. Bien (MWB) | | 11.50 | 11.30 | $8,588.00 | 0.51 | 10.79 | $760 | $8,201.54 |
| Gay C. Grunfeld (GCG) | | 32.80 | 32.40 | $20,736.00 | 1.46 | 30.94 | $640 | $19,802.88 |
| Ernest Galvan (EG) | | 2.70 | 2.70 | $1,647.00 | 0.12 | 2.58 | $610 | $1,572.89 |
| Tom Nolan (TN) | | 32.50 | 32.50 | $17,550.00 | 1.46 | 31.04 | $540 | $16,760.25 |
| Kenneth Walczak (KMW) | | 25.10 | 24.90 | $11,454.00 | 1.12 | 23.78 | $460 | $10,938.57 |
| Lisa Ells (LAE) | | 4.30 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Leslie Mehta (LCM) | | 17.00 | 17.00 | $7,990.00 | 0.77 | 16.24 | $470 | $7,630.45 |
| Kathryn Mantoan (KGM) | | 23.00 | 23.00 | $9,430.00 | 1.04 | 21.97 | $410 | $9,005.65 |
| Aaron Fischer (AJF) | | 40.30 | 40.30 | $16,120.00 | 1.81 | 38.49 | $400 | $15,394.60 |
| Blake Thompson (BT) | | 65.20 | 64.40 | $24,472.00 | 2.90 | 61.50 | $380 | $23,370.76 |
| Michael Freedman (MLF) | | 75.00 | 71.10 | $25,596.00 | 3.20 | 67.90 | $360 | $24,444.18 |
| Krista Stone-Manista (KSM) | | 8.00 | 6.90 | $2,346.00 | 0.31 | 6.59 | $340 | $2,240.43 |
| Margot Mendelson (MKM) | | 19.10 | 15.20 | $5,168.00 | 0.68 | 14.52 | $340 | $4,935.44 |
| Sumana Cooppan Wolf (SCW) | | 44.70 | 39.30 | $13,362.00 | 1.77 | 37.53 | $340 | $12,760.71 |
| Jenny Yelin (JSY) | | 40.40 | 40.20 | $13,065.00 | 1.81 | 38.39 | $325 | $12,477.08 |
| Kevin Jones (KEJ) | | 2.10 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | | 93.40 | 68.10 | $19,068.00 | 3.06 | 65.04 | $280 | $18,209.94 |
| Karen Stilber (KES) | | 43.40 | 43.00 | $11,180.00 | 1.94 | 41.07 | $260 | $10,676.90 |
| Lucy Taylor (LT) | | 52.50 | 46.50 | $9,997.50 | 2.09 | 44.41 | $215 | $9,547.61 |
| Marc Shinn-Krantz (MSK) | | 2.00 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Diana Ruslani (DAR) | | 1.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Doris Tseng (DT) | | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Haruka Roudebush (HR) | | 6.20 | 5.10 | $1,096.50 | 0.23 | 4.87 | $215 | $1,047.16 |
| Abigail Haney (AMH) | | 20.60 | 20.60 | $4,429.00 | 0.93 | 19.67 | $215 | $4,229.70 |
| | **Total Hours:** | **663.20** | **604.50** | **$223,295.00** | **27.20** | **577.30** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | | **$213,246.73** |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Rana Anabtawi (RA) | | 21.90 | 21.90 | $7,227.00 | 0.99 | 20.91 | $330 | $6,901.79 |
| | **Total Hours:** | **21.90** | **21.90** | **$7,227.00** | **0.99** | **20.91** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | | **$6,901.79** |

**TOTAL UNDISPUTED FEES FOR
BPH MONITORING WORK:**                                                $220,148.51

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
**Costs**

## Matter: BPH Monitoring

|  | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | | |
| Photocopying (In-house) | $411.60 | $18.52 | $393.08 |
| Photocopying (Outside) | $69.42 | $3.12 | $66.30 |
| Online Research - PACER and Legislative History | $3.00 | $0.14 | $2.87 |
| Lexis / Westlaw | $51.80 | $2.33 | $49.47 |
| Postage and Delivery | $14.45 | $0.65 | $13.80 |
| Telephone | $13.35 | $0.60 | $12.75 |
| Fax | $16.00 | $0.72 | $15.28 |
| Travel - Mileage, Tolls, Food | $3,474.03 | $156.33 | $3,317.70 |
| **Total Undisputed RBGG Costs:** | | | **$3,871.24** |
| | | | |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | $425.13 | $19.13 | $406.00 |
| **Total Undisputed PLO Costs:** | | | **$406.00** |
| | | | |
| **TOTAL UNDISPUTED BPH MONITORING COSTS:** | | | **$4,277.23** |

Exhibit C

<u>**Armstrong v. Brown**</u>
**Fourth Quarterly Statement of 2012**
**October 1, 2012 through December 31, 2012**

## DAPO SUMMARY OF CLAIMED FEES AND COSTS

| <u>MATTER</u> | <u>CLAIMED FEES</u> | <u>CLAIMED COSTS</u> |
|---|---|---|
| DAPO MONITORING | $42,624.99 | $1,516.67 |
| **TOTALS** | **$42,624.99** | **$1,516.67** |

**GRAND TOTAL CLAIMED:**          **$44,141.67**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 2.10 | 2.10 | $1,596.00 | 0.09 | 2.01 | $760 | $1,524.18 |
| Gay C. Grunfeld (GCG) | 7.20 | 6.70 | $4,288.00 | 0.30 | 6.40 | $640 | $4,095.04 |
| Ernest Galvan (EG) | 5.80 | 5.80 | $3,538.00 | 0.26 | 5.54 | $610 | $3,378.79 |
| Kenneth M. Walczak (KMW) | 24.80 | 22.20 | $10,212.00 | 1.00 | 21.20 | $460 | $9,752.46 |
| Lisa Ells (LAE) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Blake Thompson (BT) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $380 | $0.00 |
| Michael Freedman (MLF) | 6.80 | 6.50 | $2,340.00 | 0.29 | 6.21 | $360 | $2,234.70 |
| Sumana Cooppan Wolf (SCW) | 35.90 | 33.70 | $11,458.00 | 1.52 | 32.18 | $340 | $10,942.39 |
| Rolayn Tauben (RLT) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Karen Stilber (KES) | 1.70 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Diana Ruslani (DAR) | 66.10 | 52.10 | $11,201.50 | 2.34 | 49.76 | $215 | $10,697.43 |
| Haruka Roudebush (HR) | 1.30 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Marc Shinn-Krantz (MSK) | 1.00 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Doris Tseng (DT) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Total Hours: | **153.90** | **129.10** | **$44,633.50** | **5.81** | **123.29** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$42,624.99** |

**TOTAL UNDISPUTED FOR DAPO**
**MONITORING WORK:**                                              **$42,624.99**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
**Costs**

## *Matter: DAPO Monitoring*

| | | Withdrawn | Costs |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-9)** | **Costs** | **by Plaintiffs** | **Now Owing** |
| Photocopying (in-house) | $48.00 | $2.16 | $45.84 |
| Photocopying (outside) | $534.21 | $24.04 | $510.17 |
| Postage & Delivery | $304.04 | $13.68 | $290.36 |
| Telephone | $12.45 | $0.56 | $11.89 |
| Travel - Mileage, Tolls, Food | $689.44 | $31.02 | $658.42 |
| **Total Undisputed RBGG Costs:** | | | **$1,516.67** |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | | | **$1,516.67** |

Exhibit D

# Armstrong v. Brown
### Fourth Quarterly Statement of 2012
### October 1, 2012 through December 31, 2012

**8/28/2012 ORDER  APPEAL SUMMARY OF CLAIMED FEES AND COSTS**

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| 8/28/12 ORDER APPEAL | $15,152.03 | $75.66 |
| **TOTALS** | **$15,152.03** | **$75.66** |

**GRAND TOTAL CLAIMED:**          **$15,227.69**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter: APPEAL 8/28/2012 ORDER*

| _Appeal 8/28/12 ORDER (581-18)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 4.50 | 4.50 | $3,420.00 | 0.20 | 4.30 | $760 | $3,266.10 |
| Gay C. Grunfeld (GCG) | 4.2 | 3.9 | $2,496.00 | 0.18 | 3.72 | $640 | $2,383.68 |
| Lisa Ells (LAE) | 25.5 | 23 | $9,430.00 | 1.04 | 21.97 | $410 | $9,005.65 |
| Blake Thompson (BT) | 1 | 0 | $0.00 | 0.00 | 0.00 | $380 | $0.00 |
| Michael Freedman (MLF) | 1.3 | 0 | $0.00 | 0.00 | 0.00 | $360 | $0.00 |
| Sumana Cooppan Wolf (SCW) | 0.7 | 0 | $0.00 | 0.00 | 0.00 | $340 | $0.00 |
| Kathryn Mantoan (KGM) | 0.2 | 0 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Rolayn Tauben (RLT) | 0.4 | 0 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Karen Silber (KES) | 2.8 | 2 | $520.00 | 0.09 | 1.91 | $260 | $496.60 |
| Haruka Roudebush (HR) | 0.2 | 0 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| Marc Shinn-Krantz (MSK) | 0.1 | 0 | $0.00 | 0.00 | 0.00 | $215 | $0.00 |
| **Total Hours:** | **40.90** | **33.40** | **$15,866.00** | **1.50** | **31.90** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$15,152.03** |

**TOTAL UNDISPUTED FOR APPEAL
8/28/12 ORDER WORK:**                                                              **$15,152.03**

*Matter:  Appeal 8/28/12 Order*

| Rosen, Bien, Galvan & Grunfeld (581-17) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (In house) | $26.60 | $1.20 | $25.40 |
| Photocopying (outside) | $32.46 | $1.46 | $31.00 |
| Lexis / Westlaw | $20.17 | $0.91 | $19.26 |
| **Total Undisputed RBGG Costs:** | | | **$75.66** |
| | | | |
| **TOTAL UNDISPUTED 8/28/12 Appeal Order COSTS:** | | | **$75.66** |

Exhibit E

## Armstrong v. Brown
**Fourth Quarterly Statement of 2012**
**October 1, 2012 through December 31, 2012**

## SUMMARY OF CLAIMED FEES WORK AND COSTS

|  | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $18,951.02 | **$309.12** |
| | **GRAND TOTAL CLAIMED:** | **$19,260.14** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
*Matter:  All Matters Fees Work*

| _Fees (581-2)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2012 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Sanford Jay Rosen (SJR) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $840 | $0.00 |
| Michael W. Bien (MWB) | 0.50 | 0.50 | $380.00 | 0.02 | 0.48 | $760 | $362.90 |
| Gay C. Grunfeld (GCG) | 7.60 | 7.60 | $4,864.00 | 0.34 | 7.26 | $640 | $4,645.12 |
| Lisa Ells (LAE) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Blake Thompson (BT) | 12.50 | 12.50 | $4,750.00 | 0.56 | 11.94 | $380 | $4,536.25 |
| Michael Freedman (MLF) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $360 | $0.00 |
| Glenn Baldwin (GMB) | 37.90 | 32.20 | $7,084.00 | 1.45 | 30.75 | $220 | $6,765.22 |
| Total Hours: | 59.80 | 52.80 | **$17,078.00** | 2.38 | 50.42 | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$16,309.49** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Rebekah Evenson (RE) | 1.70 | 1.70 | $867.00 | 0.08 | 1.62 | $510 | $827.99 |
| Coreen Kendrick (CK) | 0.50 | 0.50 | $225.00 | 0.02 | 0.48 | $450 | $214.88 |
| Edie DeGraff (ED) | 5.20 | 5.20 | $936.00 | 0.23 | 4.97 | $180 | $893.88 |
| Total Hours: | **7.40** | **7.40** | **$2,028.00** | **0.23** | **4.97** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$1,936.74** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 1.20 | 1.20 | $738.00 | 0.05 | 1.15 | $615 | $704.79 |
| Total Hours: | **1.20** | **1.20** | **$738.00** | **0.05** | **1.15** | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$704.79** |

**TOTAL UNDISPUTED FEES FOR
ARMSTRONG FEES WORK:**                                                                 **$18,951.02**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2012
October 1, 2012 through December 31, 2012
**Costs**

### Matter: Fees Work in All Matters

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | **Costs** | | |
| Photocopying and Printing (in-house) | $226.60 | $10.20 | $216.40 |
| Telephone | $0.40 | $0.02 | $0.38 |
| Postage & Delivery | $26.69 | $1.20 | $25.49 |
| **Total Undisputed RBGG Costs:** | | | **$242.27** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | **Costs** | | |
| Photocopying (in-house) | $70.00 | $3.15 | $66.85 |
| **Total DREDF Costs:** | **$70.00** | | **$66.85** |
| | | | |
| **TOTAL UNDISPUTED FEES WORK COSTS :** | | | **$309.12** |