1  Edward W. Swanson, SBN 159859
   SWANSON & McNAMARA LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477 3800
   Facsimile: (415) 477-9010
4  Email: eswanson@smhlegal.com

5  Court Expert

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, | Case No. C 94-2307 CW |
| Plaintiff, | **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, | |
| Defendant. | |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated May 6, 2013

Dated: May 8, 2013                                     Respectfully submitted,

                                                      /s/
                                                      EDWARD W. SWANSON
                                                      Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment to court expert Edward Swanson per the court expert's invoice dated May 6, 2013

Dated: 5/9/2013

HON. CLAUDIA WILKEN
United States District Court