Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

May 06, 2013

Invoice # 20814

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2013 | EWS | Review and respond to email from counsel. Review correspondence from counsel. | 0.30<br>450.00/hr | 135.00 |
| 4/3/2013 | EWS | Review stipulation; call from court. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review information from plaintiffs' counsel, information re hearing in Coleman. | 0.40<br>450.00/hr | 180.00 |
| 4/8/2013 | EWS | Review pleadings re contempt motion. | 0.60<br>450.00/hr | 270.00 |
|  | EWS | Review filing by parties. | 0.30<br>450.00/hr | 135.00 |
| 4/10/2013 | EWS | Review information from CDCR. | 0.20<br>450.00/hr | 90.00 |
| 4/11/2013 | EWS | Meeting with client.  Court appearance.  Travel to office. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Review information in advance of meeting with counsel. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review agenda.  Review filings by parties. | 0.80<br>450.00/hr | 360.00 |
| 4/12/2013 | EWS | Travel to meet and confer in Sacramento. | 1.70<br>450.00/hr | 765.00 |
|  | EWS | Meet and confer with counsel. | 2.80<br>450.00/hr | 1,260.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/12/2013 | EWS | Travel from meet and confer. | 1.60 450.00/hr | 720.00 |
| 4/13/2013 | EWS | Review filings in related cases. | 0.40 450.00/hr | 180.00 |
| 4/17/2013 | EWS | Review correspondence from counsel re RJD, meet and confer. | 0.30 450.00/hr | 135.00 |
| 4/22/2013 | EWS | Review and respond to emails from special master, receiver. | 0.30 450.00/hr | 135.00 |
| | EWS | Review correspondence from plaintiffs. | 0.10 450.00/hr | 45.00 |
| | EWS | Review p's filing re OIG monitoring. | 0.70 450.00/hr | 315.00 |
| 4/23/2013 | EWS | Conference with receiver's staff. | 0.40 450.00/hr | 180.00 |
| | EWS | Review information re appeals process. Respond to email from Receiver's office. | 0.40 450.00/hr | 180.00 |
| 4/24/2013 | EWS | Review minutes, agenda. Outline issues for meeting. | 0.40 450.00/hr | 180.00 |
| 4/25/2013 | EWS | Review information from plaintiffs, Receiver's office. | 0.30 450.00/hr | 135.00 |
| | EWS | Review information re recent filings. | 0.10 450.00/hr | 45.00 |
| 4/26/2013 | EWS | Review material in advance of coordination meeting. | 0.20 450.00/hr | 90.00 |
| 4/28/2013 | EWS | Review correspondence from Receiver's office. | 0.20 450.00/hr | 90.00 |
| | EWS | Preparation for coordination meeting. | 1.40 450.00/hr | 630.00 |
| 4/29/2013 | APG | Review briefs on OIG monitoring issue, summarize | 0.60 325.00/hr | 195.00 |
| | EWS | Travel to meeting with court reps. | 2.00 450.00/hr | 900.00 |
| | EWS | Meeting with court representatives. | 3.00 450.00/hr | 1,350.00 |
| | EWS | Travel from meeting to office. | 2.00 450.00/hr | 900.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/29/2013 EWS | Review material in advance of meeting. | 0.80 450.00/hr | 360.00 |
| 4/30/2013 EWS | Review and respond to email from counsel. Review emails from counsel and attachments. | 0.30 450.00/hr | 135.00 |
| EWS | Draft email to Special Master's counsel. | 0.10 450.00/hr | 45.00 |
| EWS | Review and respond to email from Special Master's office. Review info re court orders. | 0.20 450.00/hr | 90.00 |

For professional services rendered     24.80    $11,085.00

Additional Charges :

| | | |
|---|---|---|
| 3/28/2013 | Flight to/from LA/Ontario. | 394.30 |
| | Avis rental car | 68.80 |
| | Restaurant charges on LA/Ontario trip. | 33.44 |
| 3/29/2013 | Parking at Oakland airport. | 22.00 |

Total additional charges     $518.54

Total amount of this bill     $11,603.54

Balance due     $11,603.54

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 0.60 | 325.00 | $195.00 |
| Edward W. Swanson | 24.20 | 450.00 | $10,890.00 |