IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., on behalf of themselves and as representatives of the class,<br><br>  Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; MICHAEL MINOR, Director of the Division of Juvenile Justice; DR. JEFFREY A. BEARD, Secretary of the California Department of Corrections and Rehabilitation; JENNIFER SHAFFER, the Executive Officer of the Board of Parole Hearings; DIANA TOCHE, Acting Director of the Division of Correctional Health Care Services; CHRIS MEYER, Director of the Division of Facility Planning, Construction and Management; KATHLEEN DICKINSON, Director of Adult Institutions; and DAN STONE, Director of Division of Adult Parole Operations,<br><br>  Defendants.<br>_____/ | No. C 94-2307 CW<br><br>ORDER REGARDING MONITORING |

On February 4, 2013, the Court directed the parties to file a brief addressing whether it would be appropriate for the Office of Inspector General (OIG) to play a role in monitoring state prisons in this action for compliance with the rights of inmates with disabilities. Docket No. 2231. Pursuant to the Court's direction, the parties filed briefs addressing this topic. Docket

Nos. 2252, 2290, 2291.[1]

Having reviewed the written submissions by the parties and their oral presentations at the hearing, the Court declines to establish OIG monitoring at this time.[2] In their briefs and in previous status reports, the parties raised issues about the ongoing monitoring that is taking place in this case pursuant to the Court's prior orders. At this time, the Court directs the parties to meet and confer, with the assistance of the Court's expert as needed, on how to resolve these issues and improvements that might be made on the monitoring process.

IT IS SO ORDERED.

Dated: 6/3/2013

CLAUDIA WILKEN
United States District Judge

---

[1] Defendants move to strike Plaintiffs' brief for violation of the ten-page page limit set by the Court. Docket No. 2295. At the hearing held on May 16, 2013, Defendants declined to pursue the motion. Accordingly, the motion is DENIED as moot (Docket No. 2295).

[2] Plaintiffs' administrative motion to submit supplemental evidence is DENIED as moot (Docket No. 2323).

2