Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

June 06, 2013

Invoice # 20930

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2013 EWS | Review report on RJD. | 0.40<br>450.00/hr | 180.00 |
| 5/3/2013 EWS | Travel to PLO for meeting. | 0.80<br>450.00/hr | 360.00 |
| EWS | Preparation for meeting with counsel. | 0.60<br>450.00/hr | 270.00 |
| EWS | Meeting with counsel re RJD. | 1.50<br>450.00/hr | 675.00 |
| EWS | Travel from PLO to office. | 0.70<br>450.00/hr | 315.00 |
| 5/6/2013 EWS | Conference with assistant re court orders. | 0.10<br>450.00/hr | 45.00 |
| 5/9/2013 EWS | Review filings by parties. Email to Receiver's office. | 0.70<br>450.00/hr | 315.00 |
| 5/10/2013 EWS | Review correspondence from parties. Review filing. | 0.30<br>450.00/hr | 135.00 |
| EWS | Review filings in advance of hearing. | 0.90<br>450.00/hr | 405.00 |
| 5/13/2013 EWS | Conference with court. Review email from counsel. | 0.40<br>450.00/hr | 180.00 |
| EWS | Review and respond to email from counsel. Review of documents. | 0.20<br>450.00/hr | 90.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2013 | EWS | Review and respond to emails from court representatives. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Review filing by AG. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Draft email to Special Master's staff. Review correspondence from plaintiffs. | 0.40<br>450.00/hr | 180.00 |
| | EWS | Review court orders, related filings, in companion matters. | 2.30<br>450.00/hr | 1,035.00 |
| 5/14/2013 | EWS | Draft and respond to emails to special master staff re previous, upcoming meetings. | 0.60<br>450.00/hr | 270.00 |
| | EWS | Review correspondence from counsel. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Conference with HITEC committee. | 1.40<br>450.00/hr | 630.00 |
| | EWS | Review documents in advance of conference with court. | 0.40<br>450.00/hr | 180.00 |
| | EWS | Review and respond to emails from court representatives. | 0.20<br>450.00/hr | 90.00 |
| 5/15/2013 | EWS | Preparation for conference with court. | 1.30<br>450.00/hr | 585.00 |
| | EWS | Preparation for conference with court. | 0.70<br>450.00/hr | 315.00 |
| | EWS | Conference with court. | 1.30<br>450.00/hr | 585.00 |
| 5/16/2013 | EWS | Review information from plaintiffs, OACC. | 0.40<br>450.00/hr | 180.00 |
| | EWS | Travel to and from court for CMC. | 1.00<br>450.00/hr | 450.00 |
| | EWS | Court Appearance on CMC. Meeting with court in advance of hearing. Conference with parties after court. Conference with M. Dodd after court. | 1.60<br>450.00/hr | 720.00 |
| | EWS | Review, edit and return minutes. | 0.30<br>450.00/hr | 135.00 |
| 5/17/2013 | EWS | Conference with assistant re documents to review. Review documents from parties, court representatives. | 0.60<br>450.00/hr | 270.00 |
| 5/19/2013 | EWS | Review and respond to email from court representatives. | 0.10<br>450.00/hr | 45.00 |

Armstrong

Armstrong                                                                                               Page    3

|            |     |                                                                                                  | Hrs/Rate         | Amount      |
|------------|-----|--------------------------------------------------------------------------------------------------|------------------|-------------|
| 5/20/2013  | EWS | Review emails from court representatives, counsel.                                               | 0.20 450.00/hr   | 90.00       |
| 5/21/2013  | EWS | Review information from CDCR re MI vests, construction status. Review packet in advance of meeting. | 0.30 450.00/hr   | 135.00      |
| 5/22/2013  | EWS | Travel to coordination meeting.                                                                  | 1.80 450.00/hr   | 810.00      |
|            | EWS | Meeting with court representatives.                                                              | 2.70 450.00/hr   | 1,215.00    |
|            | EWS | Travel from meeting to office.   Confer with staff en route.                                     | 2.00 450.00/hr   | 900.00      |
|            | EWS | Conference with assistant re document review.                                                    | 0.30 450.00/hr   | 135.00      |
| 5/26/2013  | EWS | Review recent filing by Receiver, other communications from counsel.                             | 1.10 450.00/hr   | 495.00      |
| 5/29/2013  | EWS | Review and respond to emails from counsel re various issues, including upcoming meeting.         | 0.40 450.00/hr   | 180.00      |
|            | EWS | Review prison visit report, population projections, county jail reports, information for CIW meeting. | 0.50 450.00/hr   | 225.00      |
| 5/30/2013  | EWS | Travel to Sacto for meeting with counsel, CDCR re CIW.                                           | 1.80 450.00/hr   | 810.00      |
|            | EWS | Meeting with counsel, CDCR re CIW status.                                                        | 2.80 450.00/hr   | 1,260.00    |
|            | EWS | Travel from Sacto to office following meeting.                                                   | 2.00 450.00/hr   | 900.00      |
| 5/31/2013  | EWS | Review and respond to email from Receiver's office.                                              | 0.10 450.00/hr   | 45.00       |

For professional services rendered                                                   35.60        $16,020.00

Additional Charges :

4/12/2013 Parking in Sacramento.                                                                             12.00

Total additional charges                                                                                    $12.00

Total amount of this bill                                                                               $16,032.00

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 35.60 | 450.00 | $16,020.00 |