Swanson & McNamara LLP  
300 Montgomery Street  
Suite 1100  
San Francisco, CA 94104  
415-477-3800  
EIN: 94-3309866  

Invoice submitted to:  
Armstrong  

July 08, 2013  

Invoice # 21064  

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2013 | EWS | Review order from court. | 0.10<br>450.00/hr | 45.00 |
| 6/4/2013 | EWS | Review and respond to email from counsel. | 0.10<br>450.00/hr | 45.00 |
| 6/13/2013 | EWS | Review information from parties. | 0.10<br>450.00/hr | 45.00 |
| 6/16/2013 | EWS | Review AG filing re Receiver's report, declarations and attachments. | 0.60<br>450.00/hr | 270.00 |
| 6/17/2013 | EWS | Review correspondence from plaintiffs. Review and respond to email from Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 6/18/2013 | EWS | Review plaintiffs' proposal re appeals. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review information from CDCR re DPWs, accountability. | 0.30<br>450.00/hr | 135.00 |
| 6/19/2013 | EWS | Review information from plaintiffs in advance of meet and confer. Review court order. | 0.80<br>450.00/hr | 360.00 |
| 6/20/2013 | EWS | Travel to Sacramento. | 1.80<br>450.00/hr | 810.00 |
|  | EWS | Meeting in Sacramento - meet and confer, meeting re monitoring. | 4.20<br>450.00/hr | 1,890.00 |
|  | EWS | Travel from Sacto to office. | 1.90<br>450.00/hr | 855.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/21/2013 | EWS | Review and respond to email from Receiver's office. Review issues re monitoring. | 0.20<br>450.00/hr | 90.00 |
| 6/23/2013 | EWS | Conference with Receiver's office. | 0.50<br>450.00/hr | 225.00 |
|  | APG | Conference with E Swanson re call on Thursday | 0.10<br>325.00/hr | 32.50 |
| 6/27/2013 | APG | Conference call | 3.40<br>325.00/hr | 1,105.00 |

|  |  | |
|---|---:|---:|
| For professional services rendered | 14.60 | $6,132.50 |
| Additional Charges : | | |
| 5/30/2013 Parking | | 11.00 |
| Total additional charges | | $11.00 |
| Total amount of this bill | | $6,143.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| August P. Gugelmann - Associate | 3.50 | 325.00 | $1,137.50 |
| Edward W. Swanson | 11.10 | 450.00 | $4,995.00 |