Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


August 06, 2013


Invoice # 21162

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/4/2013 | EWS | Review information from plaintiffs. Respond to email from Receiver's office. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review memo of interview. Confer with A. Gugelmann. | 0.30<br>450.00/hr | 135.00 |
| 7/5/2013 | EWS | Review information from Receiver's office. Draft email to counsel re meet & confer. | 0.70<br>450.00/hr | 315.00 |
| 7/7/2013 | EWS | Review and respond to email from special master. Review out of state monitoring reports. Draft email to parties re meet and confer. | 0.60<br>450.00/hr | 270.00 |
| 7/8/2013 | EWS | Review and respond to emails from court representatives and court. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review emails from counsel. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review tour report. | 0.20<br>450.00/hr | 90.00 |
| 7/9/2013 | EWS | Review and respond to emails from court representatives, court. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review emails from counsel, court representatives. | 0.20<br>450.00/hr | 90.00 |
| 7/10/2013 | EWS | Review and respond to emails from counsel. Preparation for meet and confer. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Review and edit minutes of coordination meeting. Review and respond to emails from court reps. | 0.30<br>450.00/hr | 135.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/11/2013 EWS | Travel to meet and confer re monitoring. | 1.80 450.00/hr | 810.00 |
| EWS | Meet and confer re monitoring. Conference with M. Dodd. | 2.70 450.00/hr | 1,215.00 |
| EWS | Travel from meet and confer to office. | 1.90 450.00/hr | 855.00 |
| 7/12/2013 EWS | Review information from special master. | 0.30 450.00/hr | 135.00 |
| 7/14/2013 EWS | Review information from special master. Review correspondence from parties, tour report. | 0.60 450.00/hr | 270.00 |
| 7/15/2013 EWS | Review information with staff. | 0.10 450.00/hr | 45.00 |
| EWS | Review and respond to emails from counsel. Review joint CMC. Email to counsel. | 0.50 450.00/hr | 225.00 |
| 7/16/2013 EWS | Review reports, correspondence from plaintiff. | 0.60 450.00/hr | 270.00 |
| EWS | Review material in advance of coordination meeting. | 0.30 450.00/hr | 135.00 |
| EWS | Review documents from CDCR. Review documents in advance of coordination meeting. | 0.90 450.00/hr | 405.00 |
| 7/17/2013 EWS | Travel to coordination meeting. | 1.80 450.00/hr | 810.00 |
| EWS | Meeting with court representatives. Follow-up meeting with staff. | 2.70 450.00/hr | 1,215.00 |
| EWS | Travel from meeting to office. | 1.90 450.00/hr | 855.00 |
| EWS | Review information from Receiver's office, filings. | 0.30 450.00/hr | 135.00 |
| 7/18/2013 EWS | Review information from Receiver's office. | 0.20 450.00/hr | 90.00 |
| EWS | Review information in advance of Judge's meeting. Judge's meeting. Further meeting following judge's meeting. Travel to and from meeting. | 2.70 450.00/hr | 1,215.00 |
| EWS | Review and respond to emails from Receiver's office. | 0.20 450.00/hr | 90.00 |
| EWS | Review tour report. | 0.20 450.00/hr | 90.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/19/2013 EWS | Review and respond to email from Receiver. | 0.10<br>450.00/hr | 45.00 |
| EWS | Review filings. Review and respond to email from court. | 0.30<br>450.00/hr | 135.00 |
| 7/24/2013 EWS | Review correspondence from counsel, Receiver. | 0.30<br>450.00/hr | 135.00 |
| 7/25/2013 EWS | Review correspondence from counsel. | 0.10<br>450.00/hr | 45.00 |
| EWS | Review correspondence from plaintiff's counsel re parole monitoring. | 0.10<br>450.00/hr | 45.00 |
| 7/28/2013 EWS | Review and respond to email from M. Bien. Review report from plaintiffs. | 0.30<br>450.00/hr | 135.00 |
| 7/30/2013 EWS | Review filings in Plata. Respond to email from counsel. | 0.40<br>450.00/hr | 180.00 |

For professional services rendered         24.90    $11,205.00

Additional Charges :

6/20/2013 Parking.                                                                                                    15.00

Total additional charges                                                                                           $15.00

Total amount of this bill                                                                                        $11,220.00

Balance due                                                                                                      $11,220.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 24.90 | 450.00 | $11,205.00 |