Swanson & McNamara LLP  
300 Montgomery Street  
Suite 1100  
San Francisco, CA 94104  
415-477-3800  
EIN: 94-3309866  

Invoice submitted to:  
Armstrong  


September 05, 2013  


Invoice # 21276  

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2013 | EWS | Review email from counsel. Review and respond to email from special master. | 0.30<br>450.00/hr | 135.00 |
| 8/2/2013 | EWS | Review correspondence from counsel. Review appeals report. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review information from CDCR. | 0.20<br>450.00/hr | 90.00 |
| 8/5/2013 | EWS | Review and respond to email from special master's office. | 0.10<br>450.00/hr | 45.00 |
| 8/6/2013 | EWS | Review and respond to email. Review court order. Review Coleman report. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review correspondence, info from defense counsel. | 0.30<br>450.00/hr | 135.00 |
| 8/7/2013 | EWS | Travel to meeting with counsel. | 1.80<br>450.00/hr | 810.00 |
|  | EWS | Meet and confer with counsel re parole monitoring, jail visits. | 2.40<br>450.00/hr | 1,080.00 |
|  | EWS | Travel from Sacto to office. | 1.80<br>450.00/hr | 810.00 |
| 8/12/2013 | EWS | Conference with Special Master. | 0.20<br>450.00/hr | 90.00 |
| 8/15/2013 | EWS | Review and respond to email from court. Review information from plaintiffs re meet and confer. | 0.20<br>450.00/hr | 90.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2013 | EWS | Conference with court. | 0.50 450.00/hr | 225.00 |
| 8/21/2013 | EWS | Review and respond to emails re coordination. Review filings in related cases. | 0.30 450.00/hr | 135.00 |
| 8/22/2013 | EWS | Review filings in related cases, updated from CDCR, correspondence from counsel. | 0.50 450.00/hr | 225.00 |
| 8/26/2013 | EWS | Review and respond to emails from coordination group. | 0.10 450.00/hr | 45.00 |
| 8/29/2013 | EWS | Review filings in related cases. | 1.40 450.00/hr | 630.00 |
| 8/30/2013 | EWS | Review and respond to emails. Review parties' correspondence. | 0.50 450.00/hr | 225.00 |

|  |  |
|---|---|
| For professional services rendered | 11.20    $5,040.00 |
| Additional Charges : |  |
| 7/11/2013 Parking. | 9.00 |
| Total additional charges | $9.00 |
| Total amount of this bill | $5,049.00 |
| Balance due | $5,049.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 11.20 | 450.00 | $5,040.00 |