1  DONALD SPECTER – 083925          GEOFFREY T. HOLTZ – 191370
   REBEKAH EVENSON – 207825         BINGHAM McCUTCHEN LLP
2  PRISON LAW OFFICE                Three Embarcadero Center
   1917 Fifth Street                San Francisco, California  94111-4066
3  Berkeley, California  94710-1916 Telephone:   (415) 393-2000
   Telephone:   (510) 280-2621      Facsimile:   (415) 393-2286
4  Facsimile:   (510) 280-2704

5  LINDA D. KILB – 136101           MICHAEL W. BIEN – 096891
   DISABILITY RIGHTS EDUCATION &    ERNEST GALVAN – 196065
6  DEFENSE FUND, INC.               GAY C. GRUNFELD – 121944
   3075 Adeline Street, Suite 201   BLAKE THOMPSON – 255600
7  Berkeley, California  94703      MICHAEL FREEDMAN – 262850
   Telephone:   (510) 644-2555      ROSEN BIEN GALVAN &
8  Facsimile:   (510) 841-8645      GRUNFELD LLP
                                    315 Montgomery Street, Tenth Floor
9                                   San Francisco, California  94104-1823
                                    Telephone:   (415) 433-6830
10                                  Facsimile:   (415) 433-7104

11 Attorneys for Plaintiffs

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 JOHN ARMSTRONG, et al.,          Case No. C94 2307 CW

              Plaintiffs,           **[PROPOSED] STIPULATED ORDER
17                                  CONFIRMING UNDISPUTED
                                    ATTORNEYS' FEES AND COSTS
18        v.                        FOR THE SECOND QUARTER OF
                                    2013**
19 EDMUND G. BROWN, JR., et al.,

20            Defendants.           Judge:  Hon. Claudia Wilken

21

22

23

24

25

26

27

28

[957586-1]

1    On March 26, 1997, the District Court established procedures by which Plaintiffs

2  are to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring Defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, on  July 19, 2013 Plaintiffs served on Defendants

5  their Second Quarterly Statement for 2013 by overnight delivery.  The parties completed

6  their meet-and-confer process on September 25, 2013 as to the fees and costs incurred on

7  all matters.

8    As a result of the September 25, 2013 agreement, the parties agree to the following:

9    The parties agree to the payment of $812,875.97 for undisputed fees and costs

10  incurred during the Second Quarter of 2013, for monitoring and/or litigation activities in

11  the California Department of Corrections of Rehabilitation Division of Adult Operations

12  and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

13  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

14  the parties to settle these claims.

15    The parties agree to the payment of $191,153.99 for undisputed fees and costs

16  incurred during the Second Quarter of 2013, for monitoring and/or litigation activities in

17  the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are

18  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

19  the parties to settle these claims.

20    The parties agree to the payment of $54,802.55 for undisputed fees and costs

21  incurred during the Second Quarter of 2013, for monitoring and/or litigation activities in

22  the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

23  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

24  agreed to by the parties to settle these claims.

25    The parties agree to the payment of $72,277.90 for undisputed fees and costs

26  incurred during the Second Quarter of 2013, for activities in the Accountability Appeal

27  portion of the case.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs

28  claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER OF 2013

1    The parties agree to the payment of $53,379.09 for undisputed fees and costs

2 incurred during the Second Quarter of 2013, for activities in the Appeal of the August 28,

3 2012 Order portion of the case.  Attached hereto as **Exhibit E** are charts setting forth the

4 fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these

5 claims.

6    The parties agree to the payment of $14,997.11 for undisputed fees and costs

7 incurred during the Second Quarter of 2013, for fees on fees.  Attached hereto as

8 **Exhibit F** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

9 agreed to by the parties to settle these claims.

10    IT IS HEREBY ORDERED that the amounts set forth above are due and

11 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

12 and costs will run from August 19, 2013, accruing at the rate provided by 28 U.S.C.

13 § 1961.

14

15 DATED: _____10/7/2013_____

16

17    _____

18    THE HONORABLE CLAUDIA WILKEN
       UNITED STATES DISTRICT JUDGE

19

20 APPROVED AS TO FORM:

21

22 DATED:  October 1, 2013         _/s/ Jay M. Goldman_____
                                    Jay M. Goldman
23                                  Deputy Attorney General
                                    Attorney for Defendants
24

25 DATED:  September 30, 2013      _/s/ Gay Crosthwait Grunfeld_____
                                    Gay Crosthwait Grunfeld
26                                  Rosen Bien Galvan & Grunfeld LLP
                                    Attorneys for Plaintiffs
27

28

2
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER OF 2013

Exhibit A

## Armstrong v. Brown
**Second Quarterly Statement of 2013**
**April 1, 2013 through June 30, 2013**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $781,770.20 | $31,105.77 |
| | **TOTAL CLAIMED:** | **$812,875.97** |

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2013 through June 30, 2013
*Matter:  CDCR/AOAP Monitoring/Merits*

### _Monitoring (581-3)_

| | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael W. Bien (MWB) | 8.10 | 7.60 | $5,928.00 | 0.38 | 7.22 | $780 | $5,631.60 |
| Gay C. Grunfeld (GCG) | 37.10 | 37.00 | $24,420.00 | 1.85 | 35.15 | $660 | $23,199.00 |
| Ernest Galvan (EG) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $610 | $0.00 |
| Jane E. Kahn (JK) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $580 | $0.00 |
| Thomas Nolan (TN) | 220.00 | 219.90 | $120,945.00 | 11.00 | 208.91 | $550 | $114,897.75 |
| Kathryn Mantoan (KGM) | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $445 | $0.00 |
| Blake Thompson (BT) | 84.20 | 82.70 | $35,974.50 | 4.14 | 78.57 | $435 | $34,175.78 |
| Michael Freedman (MLF) | 200.50 | 131.50 | $53,257.50 | 6.58 | 124.93 | $405 | $50,594.63 |
| Sumana Cooppan Wolf (SCW) | 10.20 | 0.00 | $0.00 | 0.00 | 0.00 | $375 | $0.00 |
| Krista Stone-Manista (KSM) | 105.30 | 103.90 | $38,962.50 | 5.20 | 98.71 | $375 | $37,014.38 |
| Kevin Jones (KEJ) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | 148.00 | 116.90 | $32,732.00 | 5.85 | 111.06 | $280 | $31,095.40 |
| Karen Stilber (KES) | 3.60 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Brittany Harwood (BH) | 3.30 | 0.00 | $0.00 | 0.00 | 0.00 | $250 | $0.00 |
| Diana Ruslani (DAR) | 103.70 | 100.60 | $22,132.00 | 5.03 | 95.57 | $220 | $21,025.40 |
| Marc Shinn-Krantz (MSK) | 37.90 | 19.20 | $4,224.00 | 0.96 | 18.24 | $220 | $4,012.80 |
| Haruka Roudebush (HR) | 303.00 | 244.20 | $53,724.00 | 12.21 | 231.99 | $220 | $51,037.80 |
| Doris Tseng (DT) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $220 | $0.00 |
| Lucy Taylor (LRT) | 143.40 | 138.50 | $30,470.00 | 6.93 | 131.58 | $220 | $28,946.50 |
| **Total Hours:** | **1,410.60** | **1,202.00** | **$422,769.50** | | | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$401,631.03** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Donald Specter (DS) | 10.70 | 10.70 | $8,346.00 | 0.54 | 10.17 | $780 | $7,928.70 |
| Sara Norman (SN) | 0.90 | 0.90 | $540.00 | 0.05 | 0.86 | $600 | $513.00 |
| Rebekah Evenson (RE) | 104.60 | 104.60 | $57,530.00 | 5.23 | 99.37 | $550 | $54,653.50 |
| Megan Hagler (MH) | 199.00 | 199.00 | $94,525.00 | 9.95 | 189.05 | $475 | $89,798.75 |
| Penny Godbold (PG) | 133.10 | 133.10 | $63,222.50 | 6.66 | 126.45 | $475 | $60,061.38 |
| Corene Kendrick (CK) | 158.40 | 158.40 | $75,240.00 | 7.92 | 150.48 | $475 | $71,478.00 |
| Kelly Knapp (KK) | 29.80 | 29.80 | $11,920.00 | 1.49 | 28.31 | $400 | $11,324.00 |
| Rana Anabtawi (RA) | 7.10 | 7.10 | $2,485.00 | 0.36 | 6.75 | $350 | $2,360.75 |
| Megan Lynch (ML) | 37.10 | 37.10 | $8,162.00 | 1.86 | 35.25 | $220 | $7,753.90 |
| Madeline Bailey (MB) | 64.20 | 64.20 | $14,124.00 | 3.21 | 60.99 | $220 | $13,417.80 |
| Sheena Green (SG) | 36.00 | 36.00 | $7,920.00 | 1.80 | 34.20 | $220 | $7,524.00 |
| Lauren Kelleher (LK) | 42.80 | 42.80 | $9,416.00 | 2.14 | 40.66 | $220 | $8,945.20 |
| Kelly Nguyen (KN) | 33.30 | 33.30 | $7,326.00 | 1.67 | 31.64 | $220 | $6,959.70 |
| Marley Williams (MW) | 33.50 | 33.50 | $7,370.00 | 1.68 | 31.83 | $220 | $7,001.50 |
| Jessica Bender (JB) | 85.60 | 85.60 | $18,832.00 | 4.28 | 81.32 | $220 | $17,890.40 |
| Fatinha Santos (FS) | 58.80 | 58.80 | $12,936.00 | 2.94 | 55.86 | $220 | $12,289.20 |
| **Total Hours:** | **1,034.90** | **1,034.90** | **$399,894.50** | | | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$379,899.78** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Hongyu Min (HM) | | 1.80 | $252.00 | 0.09 | 1.71 | $140 | $239.40 |
| **Total Hours:** | **0.00** | **1.80** | **$252.00** | | | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$239.40** |
| | | | | | | | |
| **TOTAL UNDISPUTED FEES for CDCR/AOAP MONITORING:** | | | | | | | **$781,770.20** |

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2012 through June 30, 2013
**Costs**

*Matter:  CDCR/AOAP Merits/Monitoring*

| | | Withdrawn | Costs |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | Costs | by Plaintiffs | Now Owing |
| Photocopying (In house) | $3,093.60 | $0.00 | $3,093.60 |
| Photocopying (Outside) | $1,842.54 | $150.00 | $1,692.54 |
| Lexis / Westlaw | $2.51 | $0.00 | $2.51 |
| Online Research - PACER | $63.30 | $0.00 | $63.30 |
| Postage & Delivery | $728.84 | $0.00 | $728.84 |
| Travel - Mileage, Tolls, Food | $9,992.20 | $0.00 | $9,992.20 |
| Telephone | $7.95 | $0.00 | $7.95 |
| Facsimile | $6.00 | $0.00 | $6.00 |
| Interpretation and Translation Services | $1,118.90 | $0.00 | $1,118.90 |
| **Total Undisputed RBGG Costs:** | | | **$16,705.84** |
| | | | |
| **Prison Law Office** | Costs | | |
| Photocopying (In house) | $1,326.00 | $0.00 | $1,326.00 |
| Postage & Delivery | $565.30 | $0.00 | $565.30 |
| Travel - Mileage, Tolls, Food | $11,501.68 | $0.00 | $11,501.68 |
| Expert Services | $573.50 | $0.00 | $573.50 |
| Interpreting and Translation Services | $240.50 | $0.00 | $240.50 |
| **Total Undisputed PLO Costs:** | | | **$14,206.98** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | $152.80 | $0.00 | $152.80 |
| Postage & Delivery | $39.35 | $0.00 | $39.35 |
| Online Research - PACER | $0.80 | $0.00 | $0.80 |
| **Total Undisputed DREDF Costs:** | | | **$192.95** |
| | | | |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | | | **$31,105.77** |

Exhibit B

## <u>Armstrong v. Brown</u>
**Second Quarterly Statement of 2013**
**April 1, 2013 through June 30, 2013**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>CLAIMED FEES</u> | <u>CLAIMED COSTS</u> |
|---|---|---|
| BPH | $187,208.19 | $3,945.80 |
| | **TOTAL CLAIMED:** | **$191,153.99** |

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2013 through June 30, 2013
*Matter:  BPH*

| *BPH (581-4)* | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | | |
| Michael W. Bien (MWB) | | 3.40 | 3.40 | $2,652.00 | 0.17 | 3.23 | $780 | $2,519.40 |
| Gay C. Grunfeld (GCG) | | 23.50 | 23.50 | $15,510.00 | 1.18 | 22.33 | $660 | $14,734.50 |
| Ernest Galvan (EG) | | 1.50 | 0.00 | $0.00 | 0.00 | 0.00 | $630 | $0.00 |
| Tom Nolan (TN) | | 0.80 | 0.00 | $0.00 | 0.00 | 0.00 | $550 | $0.00 |
| Kenneth Walczak (KMW) | | 44.10 | 0.00 | $0.00 | 0.00 | 0.00 | $480 | $0.00 |
| Kathryn Mantoan (KGM) | | 14.30 | 14.30 | $6,363.50 | 0.72 | 13.59 | $445 | $6,045.33 |
| Aaron Fischer (AJF) | | 15.10 | 15.10 | $6,644.00 | 0.76 | 14.35 | $440 | $6,311.80 |
| Sidney Hollar (SSH) | | 115.30 | 115.30 | $50,732.00 | 5.77 | 109.54 | $440 | $48,195.40 |
| Blake Thompson (BT) | | 24.90 | 24.90 | $10,831.50 | 1.25 | 23.66 | $435 | $10,289.93 |
| Michael Freedman (MLF) | | 8.30 | 7.30 | $2,956.50 | 0.37 | 6.94 | $405 | $2,808.68 |
| Krista Stone-Manista (KSM) | | 10.70 | 10.40 | $3,900.00 | 0.52 | 9.88 | $375 | $3,705.00 |
| Margot Mendelson (MKM) | | 41.00 | 41.00 | $15,375.00 | 2.05 | 38.95 | $375 | $14,606.25 |
| Sumana Cooppan Wolf (SCW) | | 34.50 | 33.80 | $12,675.00 | 1.69 | 32.11 | $375 | $12,041.25 |
| Kevin Jones (KEJ) | | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | | 102.00 | 83.10 | $23,268.00 | 4.16 | 78.95 | $280 | $22,104.60 |
| Karen Stilber (KES) | | 22.80 | 22.80 | $5,928.00 | 1.14 | 21.66 | $260 | $5,631.60 |
| Lucy Taylor (LT) | | 51.50 | 50.60 | $11,132.00 | 2.53 | 48.07 | $220 | $10,575.40 |
| Diana Ruslani (DAR) | | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $220 | $0.00 |
| Haruka Roudebush (HR) | | 7.10 | 6.30 | $1,386.00 | 0.32 | 5.99 | $220 | $1,316.70 |
| Abigail Haney (AMH) | | 13.10 | 13.00 | $2,860.00 | 0.65 | 12.35 | $220 | $2,717.00 |
| | **Total Hours:** | **534.50** | **464.80** | **$172,213.50** | | | | |
| **RBGG UNDISPUTED FEES** | | | | | | | | **$163,602.83** |
| | | | | | | | | |
| **BINGHAM McCUTCHEN** | | | | | | | | |
| Frank Busch (FB) | | 21.60 | 10.80 | $6,156.00 | 0.54 | 10.26 | $570 | $5,848.20 |
| Cameron Saul (CS) | | 42.70 | 21.35 | $8,646.75 | 1.07 | 20.28 | $405 | $8,214.41 |
| | **Total Hours:** | **64.30** | **32.15** | **$14,802.75** | | | | |
| **BMc UNDISPUTED FEES:** | | | | | | | | **$14,062.61** |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Rana Anabtawi (RA) | | 28.70 | 28.70 | $10,045.00 | 1.44 | 27.27 | $350 | $9,542.75 |
| | **Total Hours:** | **28.70** | **28.70** | **$10,045.00** | | | | |
| **PLO UNDISPUTED FEES:** | | | | | | | | **$9,542.75** |
| | | | | | | | | |
| **TOTAL UNDISPUTED FEES for BPH WORK:** | | | | | | | | **$187,208.19** |

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2012 through June 30, 2013
**Costs**

## Matter: BPH WORK

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | | |
| Photocopying (In-house) | $483.40 | $0.00 | $483.40 |
| Photocopying (Outside) | $55.28 | $0.00 | $55.28 |
| Lexis / Westlaw | $20.40 | $0.00 | $20.40 |
| Postage and Delivery | $22.55 | $0.00 | $22.55 |
| Interpreting and Translation Services | $750.00 | $0.00 | $750.00 |
| Telephone | $15.65 | $0.00 | $15.65 |
| Fax | $6.00 | $0.00 | $6.00 |
| Travel - Mileage, Tolls, Food | $1,794.52 | $0.00 | $1,794.52 |
| **Total Undisputed RBGG Costs:** | | | **$3,147.80** |
| | | | |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | $303.00 | $0.00 | $303.00 |
| **Total Undisputed PLO Costs:** | | | **$303.00** |
| | | | |
| **Bingham McCutchen** | | | |
| Travel - Mileage, Tolls, Food | $495.00 | $0.00 | $495.00 |
| **Total Undisputed BMc Costs:** | | | **$495.00** |
| | | | |
| **TOTAL UNDISPUTED BPH COSTS:** | | | **$3,945.80** |

Exhibit C

# Armstrong v. Brown

**Second Quarterly Statement of 2013**
**April 1, 2013 through June 30, 2013**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| DAPO MONITORING | $53,882.58 | $919.97 |
| | **TOTAL CLAIMED:** | **$54,802.55** |

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2013 through June 30, 2013
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Gay C. Grunfeld (GCG) | 8.60 | 8.60 | $5,676.00 | 0.43 | 8.17 | $660 | $5,392.20 |
| Ernest Galvan (EG) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $630 | $0.00 |
| Kenneth M. Walczak (KMW) | 32.20 | 31.30 | $15,024.00 | 1.57 | 29.74 | $480 | $14,272.80 |
| Kathryn Mantoan (KGM) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $445 | $0.00 |
| Blake Thompson (BT) | 1.40 | 0.00 | $0.00 | 0.00 | 0.00 | $435 | $0.00 |
| Michael Freedman (MLF) | 35.80 | 35.60 | $14,418.00 | 1.78 | 33.82 | $405 | $13,697.10 |
| Sumana Cooppan Wolf (SCW) | 30.40 | 29.50 | $11,062.50 | 1.48 | 28.03 | $375 | $10,509.38 |
| Karen Stilber (KES) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Diana Ruslani (DAR) | 50.40 | 47.90 | $10,538.00 | 2.40 | 45.51 | $220 | $10,011.10 |
| Haruka Roudebush (HR) | 1.40 | 0.00 | $0.00 | 0.00 | 0.00 | $220 | $0.00 |
| **Total Hours:** | **161.20** | **152.90** | **$56,718.50** | | | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$53,882.58** |

**TOTAL UNDISPUTED FEES for
DAPO MONITORING WORK:**                                                    **$53,882.58**

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2012 through June 30, 2013
**Costs**

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (in-house) | $341.80 | $0.00 | $341.80 |
| Photocopying (outside) | $121.30 | $0.00 | $121.30 |
| Telephone | $1.40 | $0.00 | $1.40 |
| Travel - Mileage, Tolls, Food | $455.47 | $0.00 | $455.47 |
| Total Undisputed RBGG Costs: | | | **$919.97** |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | | | **$919.97** |

Exhibit D

## <u>Armstrong v. Brown</u>
**Second Quarterly Statement of 2013**
**April 1, 2013 through June 30, 2013**

**ACCOUNTABILITY  APPEAL SUMMARY OF UNDISPUTED FEES AND COSTS**

| <u>MATTER</u> | <u>CLAIMED FEES</u> | <u>CLAIMED COSTS</u> |
|---|---|---|
| ACCT. APPEAL | $72,057.50 | $220.40 |

**TOTAL CLAIMED:**            **$72,277.90**

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2013 through June 30, 2013
*Matter: ACCOUNTABILITY APPEAL*

| _Acct. Appeal (581-17)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 1.2 | 1.2 | $936.00 | 0.06 | 1.14 | $780 | $889.20 |
| Gay C. Grunfeld (GCG) | 1.2 | 1.2 | $792.00 | 0.06 | 1.14 | $660 | $752.40 |
| Kathryn Mantoan (KGM) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $445 | $0.00 |
| Sumana Cooppan Wolf (SCW) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $375 | $0.00 |
| Kevin Jones (KEJ) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Karen Silber (KES) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| **Total Hours:** | **3.40** | **2.40** | **$1,728.00** | | | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$1,641.60** |
| **PRISON LAW OFFICE** | | | | | | | |
| Warren George (WG) | 40.4 | 40.4 | $33,936.00 | 2.02 | 38.38 | $840 | $32,239.20 |
| Donald Specter (DS) | 14.6 | 14.6 | $11,388.00 | 0.73 | 13.87 | $780 | $10,818.60 |
| Rebekah Evenson (RE) | 12.9 | 12.9 | $7,095.00 | 0.65 | 12.26 | $550 | $6,740.25 |
| Penny Godbold (PG) | 39.3 | 39.3 | $18,667.50 | 1.97 | 37.34 | $475 | $17,734.13 |
| Corene Kendrick (CK) | 2.9 | 2.9 | $1,377.50 | 0.15 | 2.76 | $475 | $1,308.63 |
| Kelly Knapp (KK) | 1.4 | 1.4 | $560.00 | 0.07 | 1.33 | $400 | $532.00 |
| Rana Anabtawi (RA) | 1 | 1 | $350.00 | 0.05 | 0.95 | $350 | $332.50 |
| Madeline Bailey (MB) | 2.2 | 2.2 | $484.00 | 0.11 | 2.09 | $220 | $459.80 |
| Sheena Green (SG) | 1.2 | 1.2 | $264.00 | 0.06 | 1.14 | $220 | $250.80 |
| **Total Hours:** | **115.90** | **115.90** | **$74,122.00** | | | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$70,415.90** |

**TOTAL UNDISPUTED FEES for
ACCT. APPEAL WORK:**                                                                 **$72,057.50**

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2012 through June 30, 2013
**Costs**

*Matter:  Accountability Appeal*

| Prison Law Office | Costs | | |
|---|---|---|---|
| Photocopying (In house) | $166.37 | $0.00 | $166.37 |
| Postage & Delivery | $54.03 | $0.00 | $54.03 |
| **Total Undisputed PLO Costs:** | | | **$220.40** |
| **TOTAL UNDISPUTED ACCOUNTABILITY APPEAL COSTS:** | | | **$220.40** |

Exhibit E

# Armstrong v. Brown
### Second Quarterly Statement of 2013
### April 1, 2013 through June 30, 2013

**8/28/2012 ORDER  APPEAL SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| 8/28/12 ORDER APPEAL | $51,414.95 | $1,964.14 |

**TOTAL CLAIMED:** **$53,379.09**

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2013 through June 30, 2013
*Matter: APPEAL 8/28/2012 ORDER*

| *Appeal 8/28/12 ORDER (581-18)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 2.90 | 2.90 | $2,262.00 | 0.15 | 2.76 | $780 | $2,148.90 |
| Gay C. Grunfeld (GCG) | 19.4 | 19.4 | $12,804.00 | 0.97 | 18.43 | $660 | $12,163.80 |
| Ernest Galvan (EG) | 0.9 | 0 | $0.00 | 0.00 | 0.00 | $630 | $0.00 |
| Kenneth M. Walczak (KMW) | 0.3 | 0 | $0.00 | 0.00 | 0.00 | $480 | $0.00 |
| Blake Thompson (BT) | 0.1 | 0 | $0.00 | 0.00 | 0.00 | $435 | $0.00 |
| Michael Freedman (MLF) | 88.8 | 88.6 | $35,883.00 | 4.43 | 84.17 | $405 | $34,088.85 |
| Sumana Cooppan Wolf (SCW) | 0.2 | 0 | $0.00 | 0.00 | 0.00 | $375 | $0.00 |
| Kevin Jones (KEJ) | 2.6 | 0 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Karen Silber (KES) | 12.2 | 12.2 | $3,172.00 | 0.61 | 11.59 | $260 | $3,013.40 |
| **Total Hours:** | **127.40** | **123.10** | **$54,121.00** | | | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$51,414.95** |
| | | | | | | | |
| **TOTAL UNDISPUTED FEES for APPEAL 8/28/12 ORDER WORK:** | | | | | | | **$51,414.95** |

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2012 through June 30, 2013
**Costs**

*Matter:  Appeal 8/28/12 Order*

| **Rosen, Bien, Galvan & Grunfeld (581-18)** | **Costs** | | |
|---|---|---|---|
| Photocopying (In house) | $356.80 | $0.00 | $356.80 |
| Photocopying (Outside) | $356.37 | $0.00 | $356.37 |
| Lexis / Westlaw | $1,242.47 | $0.00 | $1,242.47 |
| Online Research - PACER and Legislative History | $8.50 | $0.00 | $8.50 |
| **Total Undisputed RBGG Costs:** | | | **$1,964.14** |

**TOTAL UNDISPUTED APPEAL 8/28/12 ORDER COSTS:**          **$1,964.14**

Exhibit F

**<u>Armstrong v. Brown</u>**
**Second Quarterly Statement of 2013**
**April 1, 2013 through June 30, 2013**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | <u>CLAIMED FEES</u> | <u>CLAIMED COSTS</u> |
|---|---|---|
| FEES WORK (ALL MATTERS) | $14,733.08 | **$264.03** |
|  | **TOTAL CLAIMED:** | **$14,997.11** |

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2013 through June 30, 2013
*Matter:  All Matters Fees Work*

| *Fees (581-2)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Gay C. Grunfeld (GCG) | 8.40 | 7.50 | $4,950.00 | 0.38 | 7.13 | $660 | $4,702.50 |
| Ernest Galvan (EG) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $630 | $0.00 |
| Blake Thompson (BT) | 7.50 | 7.30 | $3,175.50 | 0.37 | 6.94 | $435 | $3,016.73 |
| Haruka Roudebush (HR) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $220 | $0.00 |
| Glenn Baldwin (GMB) | 30.10 | 21.20 | $4,664.00 | 1.06 | 20.14 | $220 | $4,430.80 |
| **Total Hours:** | **46.40** | **36.00** | **$12,789.50** | | | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$12,150.03** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Coreen Kendrick (CK) | 1.40 | 1.40 | $665.00 | 0.07 | 1.33 | $475 | $631.75 |
| Edie DeGraff (ED) | 6.40 | 6.40 | $1,184.00 | 0.32 | 6.08 | $185 | $1,124.80 |
| **Total Hours:** | **7.80** | **7.80** | **$1,849.00** | | | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$1,756.55** |
| | | | | | | | |
| **BINGHAM McCUTCHEN** | | | | | | | |
| Geoffrey T. Holtz (GH) | 0.80 | 0.80 | $588.00 | 0.04 | 0.76 | $735 | $558.60 |
| **Total Hours:** | **0.80** | **0.80** | **$588.00** | | | | |
| **BMC UNDISPUTED FEES:** | | | | | | | **$558.60** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 0.40 | 0.40 | $282.00 | 0.02 | 0.38 | $705 | $267.90 |
| **Total Hours:** | **0.40** | **0.40** | **$282.00** | | | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$267.90** |

**TOTAL UNDISPUTED FEES for
ARMSTRONG FEES WORK:**                                                    **$14,733.08**

**Armstrong v. Brown**
Second Quarterly Statement of 2013
April 1, 2012 through June 30, 2013
**Costs**

## *Matter: Fees Work in All Matters*

| Rosen, Bien, Galvan & Grunfeld (581-2) | Costs | | |
|---|---|---|---|
| Photocopying and Printing (in-house) | $224.60 | $0.00 | $224.60 |
| Telephone | $0.25 | $0.00 | $0.25 |
| Postage & Delivery | $31.58 | $0.00 | $31.58 |
| **Total Undisputed RBGG Costs:** | | | **$256.43** |
| | | | |
| Disability Rights Education & Defense Fund, Inc. | Costs | | |
| Photocopying (in-house) | $7.60 | $0.00 | $7.60 |
| **Total DREDF Costs:** | | | **$7.60** |
| | | | |
| **TOTAL CLAIMED FEES WORK COSTS :** | | | **$264.03** |