Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


October 03, 2013


Invoice # 21404

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/4/2013 EWS | Travel to meeting in Sacto with counsel. | 1.80<br>450.00/hr | 810.00 |
| EWS | Meeting with counsel for meet & confer. | 3.00<br>450.00/hr | 1,350.00 |
| EWS | Travel to office from meeting. | 1.70<br>450.00/hr | 765.00 |
| 9/5/2013 EWS | Review info from court representatives. | 0.20<br>450.00/hr | 90.00 |
| EWS | Conference with counsel re construction issues. | 3.50<br>450.00/hr | 1,575.00 |
| EWS | Review filings in related case. | 0.20<br>450.00/hr | 90.00 |
| 9/6/2013 EWS | Review and respond to emails from Receiver's staff. | 0.10<br>450.00/hr | 45.00 |
| 9/8/2013 EWS | Review and respond to email from coordinating committee. | 0.10<br>450.00/hr | 45.00 |
| 9/15/2013 EWS | Review pleadings in related cases. | 0.90<br>450.00/hr | 405.00 |
| 9/16/2013 EWS | Review correspondence from counsel, report from CDCR. | 0.30<br>450.00/hr | 135.00 |
| 9/17/2013 EWS | Review filings in related cases. Review joint status statement. | 0.70<br>450.00/hr | 315.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/19/2013 | EWS | Review and edit minutes. Draft agenda items. Send emails to coordination representatives. Review prison visit report. | 0.70<br>450.00/hr | 315.00 |
| 9/23/2013 | EWS | Review pleadings in related cases. | 0.60<br>450.00/hr | 270.00 |
| 9/24/2013 | EWS | Review filings in related cases. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Review and respond to emails from coordinating committee. Review filings in related case. | 0.20<br>450.00/hr | 90.00 |
| 9/26/2013 | EWS | Review information from CDCR re accountability. | 0.20<br>450.00/hr | 90.00 |
| 9/27/2013 | EWS | Review emails from counsel, coordinating reps. | 0.20<br>450.00/hr | 90.00 |
| 9/30/2013 | EWS | Review and respond to emails from counsel, coordinating group. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review filings in related cases. | 0.50<br>450.00/hr | 225.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 15.50 | $6,975.00 |

Additional Charges :

| 8/7/2013 Parking. |  | 10.00 |
|---|---|---|
| Total additional charges |  | $10.00 |
| Total amount of this bill |  | $6,985.00 |
| Balance due |  | $6,985.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 15.50 | 450.00 | $6,975.00 |