Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

November 05, 2013

Invoice # 21510

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2013 | EWS | Review and respond to emails from coordination counsel. Review correspondence from counsel. Review Receiver's report. Prepare for coordination meeting. | 0.70 450.00/hr | 315.00 |
| | EWS | Review and edit minutes and action items. | 0.20 450.00/hr | 90.00 |
| 10/2/2013 | EWS | Review material to prepare for coordination meeting. | 0.30 450.00/hr | 135.00 |
| | EWS | Meeting with coordination committee. | 0.90 450.00/hr | 405.00 |
| | EWS | Draft emails following coordination meeting. | 0.20 450.00/hr | 90.00 |
| 10/4/2013 | EWS | Review order. | 0.30 450.00/hr | 135.00 |
| | EWS | Draft email to coordination counsel. | 0.10 450.00/hr | 45.00 |
| 10/8/2013 | EWS | Review filings in related cases. | 0.20 450.00/hr | 90.00 |
| 10/10/2013 | EWS | Review filings in related case. | 0.30 450.00/hr | 135.00 |
| 10/14/2013 | EWS | Review information re DME policy. Review and respond to email from counsel. Review filings in related cases. | 0.70 450.00/hr | 315.00 |
| | EWS | Review information from Receiver's office. | 0.40 450.00/hr | 180.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 10/15/2013 | EWS | Conference with counsel re DMEs. | 2.00 450.00/hr | 900.00 |
| 10/16/2013 | EWS | Review emails from parties. Review filings in related case. | 0.20 450.00/hr | 90.00 |
| 10/21/2013 | EWS | Review filings in related cases. Review parolee NOR report. | 0.30 450.00/hr | 135.00 |
| | EWS | Review information re related cases. | 0.30 450.00/hr | 135.00 |
| 10/22/2013 | EWS | Review filings in related cases. | 0.50 450.00/hr | 225.00 |
| 10/23/2013 | EWS | Review information from counsel in advance of upcoming meetings. | 0.30 450.00/hr | 135.00 |
| 10/24/2013 | EWS | Review correspondence from counsel, filings in related cases. | 0.40 450.00/hr | 180.00 |
| 10/25/2013 | EWS | Review information from CDCR, Receiver. | 0.20 450.00/hr | 90.00 |
| 10/28/2013 | EWS | Review information from counsel. | 0.10 450.00/hr | 45.00 |
| 10/29/2013 | EWS | Travel to Sacto for meeting. | 1.60 450.00/hr | 720.00 |
| | EWS | Meeting with counsel. | 2.50 450.00/hr | 1,125.00 |
| | EWS | Travel from meeting to office. | 2.00 450.00/hr | 900.00 |
| 10/30/2013 | EWS | Review information in related case, letter from CDCR. | 0.20 450.00/hr | 90.00 |
| | EWS | Conference with counsel re master plan. | 3.00 450.00/hr | 1,350.00 |
| 10/31/2013 | EWS | Review correspondence from counsel, background on issue. | 0.50 450.00/hr | 225.00 |
| | EWS | Phone call with defendants' counsel. Email to plaintiffs' counsel. | 1.00 450.00/hr | 450.00 |
| | EWS | Phone call with plaintiffs' counsel. | 0.60 450.00/hr | 270.00 |
| | EWS | Conference with defense counsel. | 0.40 450.00/hr | 180.00 |

Armstrong

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/31/2013 EWS | Conference with associate re status. | 0.40 450.00/hr | 180.00 |
| APG | Conference with E Swanson re wheelchair access issue | 0.40 325.00/hr | 130.00 |
| | For professional services rendered | 21.20 | $9,490.00 |

Balance due

$9,490.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 0.40 | 325.00 | $130.00 |
| Edward W. Swanson | 20.80 | 450.00 | $9,360.00 |