Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

December 04, 2013

Invoice # 21634

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/2013 EWS Review information from defendants. | | 0.20<br>450.00/hr | 90.00 |
| EWS Research legal issues. | | 0.60<br>450.00/hr | 270.00 |
| EWS Conference with defense counsel. | | 1.00<br>450.00/hr | 450.00 |
| EWS Phone call with plaintiff's counsel. | | 1.00<br>450.00/hr | 450.00 |
| EWS Review information from counsel and respond to email. | | 0.30<br>450.00/hr | 135.00 |
| EWS Phone call with counsel. Email to counsel. | | 0.20<br>450.00/hr | 90.00 |
| EWS Conference with counsel. Emails to counsel. | | 0.80<br>450.00/hr | 360.00 |
| 11/4/2013 EWS Review information from related cases. | | 0.30<br>450.00/hr | 135.00 |
| EWS Review email from counsel re structural modifications. Draft email to defense counsel. | | 0.30<br>450.00/hr | 135.00 |
| EWS Review and respond to emails from counsel. | | 0.20<br>450.00/hr | 90.00 |
| 11/6/2013 EWS Review information from defendants. Conference with defendants. | | 0.80<br>450.00/hr | 360.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/6/2013 | EWS | Review correspondence from plaintiffs. Draft email to plaintiffs. | 0.40　450.00/hr | 180.00 |
| 11/8/2013 | EWS | Review information from defendants, plaintiffs. Contact counsel. | 0.70　450.00/hr | 315.00 |
| | EWS | Phone conferences with parties. | 0.70　450.00/hr | 315.00 |
| | EWS | Review and forward information to plaintiffs. Respond to emails from counsel. | 0.30　450.00/hr | 135.00 |
| 11/10/2013 | EWS | Review and respond to emails from court representatives. | 0.10　450.00/hr | 45.00 |
| | EWS | Review information from parties. | 0.20　450.00/hr | 90.00 |
| 11/11/2013 | EWS | Review information from related cases. | 0.20　450.00/hr | 90.00 |
| | EWS | Draft email to Receiver's staff. Review and edit minutes, action items. Review correspondence from counsel, CDCR reports. Review information in related cases. | 0.70　450.00/hr | 315.00 |
| 11/12/2013 | EWS | Review and respond to email from special master's staff. | 0.20　450.00/hr | 90.00 |
| 11/13/2013 | EWS | Review and respond to email from counsel. | 0.10　450.00/hr | 45.00 |
| | EWS | Review emails from parties. Conference call with defendants. Email to plaintiffs. | 1.10　450.00/hr | 495.00 |
| | EWS | Review and respond to email from plaintiff; draft email to defendants. | 0.20　450.00/hr | 90.00 |
| 11/14/2013 | EWS | Review and respond to email from court reps. | 0.20　450.00/hr | 90.00 |
| 11/15/2013 | EWS | Review and respond to email from court reps. | 0.10　450.00/hr | 45.00 |
| | EWS | Review and respond to email from Receiver's staff re visit. | 0.20　450.00/hr | 90.00 |
| | EWS | Review joint cmc statement. Draft email to defendants. | 0.30　450.00/hr | 135.00 |
| | EWS | Review filings in related case. Respond to email from court representative staff. | 0.40　450.00/hr | 180.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2013 | EWS | Review filings in related case. | 0.40<br>450.00/hr | 180.00 |
| 11/18/2013 | EWS | Review filings in related cases. | 0.10<br>450.00/hr | 45.00 |
| 11/19/2013 | EWS | Meeting with Receiver's staff at SCC re scheduling. Travel to and from meeting. | 8.40<br>450.00/hr | 3,780.00 |
| 11/20/2013 | EWS | Review and respond to email from Receiver's staff. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Draft emails to plaintiffs', defendant's counsel re mediation. | 0.20<br>450.00/hr | 90.00 |
| 11/21/2013 | EWS | Review and respond to emails from Receiver's staff. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Phone call with plaintiffs' counsel. Draft email to defendants' counsel. | 1.00<br>450.00/hr | 450.00 |
| 11/22/2013 | EWS | Conference call with defendants' counsel. | 0.70<br>450.00/hr | 315.00 |
| 11/25/2013 | EWS | Review notes from call with defendants. Draft email to plaintiffs. | 0.30<br>450.00/hr | 135.00 |
| 11/26/2013 | EWS | Meeting with Receiver's staff. Travel to and from meeting. | 4.70<br>450.00/hr | 2,115.00 |
| 11/27/2013 | EWS | Review letters submitted by plaintiffs, email correspondence between parties. | 0.40<br>450.00/hr | 180.00 |
| 11/30/2013 | EWS | Review letters from counsel re visits, policies. | 0.30<br>450.00/hr | 135.00 |

For professional services rendered                     28.50    $12,825.00

Additional Charges :

| | | |
|---|---|---|
| 11/30/2013 | Lexis research for November. | 265.44 |
| | Total additional charges | $265.44 |
| | Total amount of this bill | $13,090.44 |

| | Amount |
|---|---|
| Balance due | $13,090.44 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 28.50 | 450.00 | $12,825.00 |