Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

January 09, 2014

Invoice # 21738

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/2/2013 | EWS | Review information from plaintiffs. Forward to defendants for review. | 0.20<br>450.00/hr | 90.00 |
| 12/3/2013 | EWS | Review correspondence between parties re CHCF. | 0.10<br>450.00/hr | 45.00 |
| 12/4/2013 | EWS | Review email from plaintiff's counsel. Review emails from Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 12/6/2013 | EWS | Draft and respond to emails from counsel. | 0.20<br>450.00/hr | 90.00 |
| 12/10/2013 | EWS | Draft email to counsel. | 0.10<br>450.00/hr | 45.00 |
| 12/12/2013 | EWS | Review email, reports from plaintiffs. | 0.20<br>450.00/hr | 90.00 |
| 12/17/2013 | EWS | Review and respond to email from counsel. Review pleadings in related cases. | 0.40<br>450.00/hr | 180.00 |
| 12/19/2013 | EWS | Preparation for conference with counsel. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Conference with defense counsel. | 0.40<br>450.00/hr | 180.00 |
| | EWS | Draft email to counsel. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Conference with plaintiffs' counsel. | 0.40<br>450.00/hr | 180.00 |

| Date | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/20/2013 | EWS | Review and respond to emails from counsel. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Conference with defense counsel. | 0.50<br>450.00/hr | 225.00 |
| 12/23/2013 | EWS | Review reports on SLIs, HDSP. | 0.30<br>450.00/hr | 135.00 |
| | | For professional services rendered | 3.40 | $1,530.00 |

| | |
|---|---|
| Balance due | $1,530.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 3.40 | 450.00 | $1,530.00 |