1 | DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
2 | PRISON LAW OFFICE
1917 Fifth Street
3 | Berkeley, California  94710-1916
Telephone:   (510) 280-2621
4 | Facsimile:   (510) 280-2704

GEOFFREY T. HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:   (415) 393-2000
Facsimile:   (415) 393-2286

5 | LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
6 | DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
7 | Berkeley, California  94703
Telephone:   (510) 644-2555
8 | Facsimile:   (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
BLAKE THOMPSON – 255600
MICHAEL FREEDMAN – 262850
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

　　　　Plaintiffs,

　　　v.

EDMUND G. BROWN, JR., et al.,

　　　　Defendants.

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER
CONFIRMING UNDISPUTED
ATTORNEYS' FEES AND COSTS
FOR THE THIRD QUARTER OF 2013

Judge:   Hon. Claudia Wilken

C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER OF 2013

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on October 23, 2013 Plaintiffs served on Defendants their Third Quarterly Statement for 2013 by overnight delivery.  The parties completed their meet-and-confer process on January 15, 2014 as to the fees and costs incurred on all matters.

As a result of the January 15, 2014 agreement, the parties agree to the following:

The parties agree to the payment of $599,390.06 for undisputed fees and costs incurred during the Third Quarter of 2013, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $184,300.61 for undisputed fees and costs incurred during the Third Quarter of 2013, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $47,810.86 for undisputed fees and costs incurred during the Third Quarter of 2013, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $1,637.33 for undisputed fees and costs incurred during the Third Quarter of 2013, for activities in the County Jail Appeal portion of the case.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2013

1    The parties agree to the payment of $1,798.35 for undisputed fees and costs

2 incurred during the Third Quarter of 2013, for activities in the Appeal of the August 28,

3 2012 Order portion of the case.  Attached hereto as **Exhibit E** are charts setting forth the

4 fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these

5 claims.

6    The parties agree to the payment of $16,068.59 for undisputed fees and costs

7 incurred during the Third Quarter of 2013, for fees on fees.  Attached hereto as **Exhibit F**

8 are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to

9 by the parties to settle these claims.

10    IT IS HEREBY ORDERED that the amounts set forth above are due and

11 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

12 and costs will run from November 22, 2013, accruing at the rate provided by 28 U.S.C.

13 § 1961.

14

15 DATED: _____1/28/2014_____

16

17                                    _____

18                                    THE HONORABLE CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

19

20 APPROVED AS TO FORM:

21

22 DATED:  January 27, 2014          _/s/ Jay M. Goldman_____
                                     Jay M. Goldman
23                                   Deputy Attorney General
                                     Attorney for Defendants
24

25 DATED:  January 23, 2014          _/s/ Blake Thompson_____
                                     Blake Thompson
26                                   Rosen Bien Galvan & Grunfeld LLP
                                     Attorneys for Plaintiffs
27

28
                                          2                    C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
                              THIRD QUARTER OF 2013

Exhibit A

## <u>Armstrong v. Brown</u>
**Third Quarterly Statement of 2013**
**July 1, 2013 through September 30, 2013**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| CDCR/AOAP MONITORING | $585,900.63 | $13,489.43 |
| | **TOTAL:** | **$599,390.06** |

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2013 through September 30, 2013
*Matter:  CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael W. Bien (MWB) | 5.40 | 5.40 | $4,212.00 | 0.27 | 5.13 | $780 | $4,001.40 |
| Gay C. Grunfeld (GCG) | 49.50 | 49.50 | $32,670.00 | 2.48 | 47.03 | $660 | $31,036.50 |
| Ernest Galvan (EG) | 0.70 | 0.00 | $0.00 | 0.00 | 0.00 | $610 | $0.00 |
| Thomas Nolan (TN) | 198.90 | 195.80 | $107,690.00 | 9.79 | 186.01 | $550 | $102,305.50 |
| Kenneth M. Walczak (KMW) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $480 | $0.00 |
| Lisa Ells (LAE) | 2.90 | 2.80 | $1,260.00 | 0.14 | 2.66 | $450 | $1,197.00 |
| Kathryn Mantoan (KGM) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $445 | $0.00 |
| Blake Thompson (BT) | 4.70 | 4.50 | $1,957.50 | 0.23 | 4.28 | $435 | $1,859.63 |
| Michael Freedman (MLF) | 31.50 | 27.60 | $11,178.00 | 1.38 | 26.22 | $405 | $10,619.10 |
| Krista Stone-Manista (KSM) | 27.20 | 27.20 | $10,200.00 | 1.36 | 25.84 | $375 | $9,690.00 |
| Kevin Jones (KEJ) | 1.30 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | 211.10 | 198.50 | $55,580.00 | 9.93 | 188.58 | $280 | $52,801.00 |
| Karen Stilber (KES) | 4.20 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Diana Ruslani (DAR) | 66.00 | 65.50 | $14,410.00 | 3.28 | 62.23 | $220 | $13,689.50 |
| Haruka Roudebush (HR) | 292.00 | 262.00 | $57,640.00 | 13.10 | 248.90 | $220 | $54,758.00 |
| Lucy Taylor (LRT) | 226.90 | 210.40 | $46,288.00 | 10.52 | 199.88 | $220 | $43,973.60 |
| Total Hours: | **1,122.50** | **1,049.20** | **$343,085.50** | **52.46** | **996.74** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$325,931.23** |
| **PRISON LAW OFFICE** | | | | | | | |
| Donald Specter (DS) | 2.20 | 2.20 | $1,716.00 | 0.11 | 2.09 | $780 | $1,630.20 |
| Steve Fama (SF) | 0.40 | 0.40 | $290.00 | 0.02 | 0.38 | $725 | $275.50 |
| Sara Norman (SN) | 3.50 | 3.50 | $2,100.00 | 0.18 | 3.33 | $600 | $1,995.00 |
| Rebekah Evenson (RE) | 75.50 | 75.50 | $41,525.00 | 3.78 | 71.73 | $550 | $39,448.75 |
| Penny Godbold (PG) | 175.20 | 175.20 | $83,220.00 | 8.76 | 166.44 | $475 | $79,059.00 |
| Corene Kendrick (CK) | 29.00 | 29.00 | $13,775.00 | 1.45 | 27.55 | $475 | $13,086.25 |
| Kelly Knapp (KK) | 90.80 | 90.80 | $36,320.00 | 4.54 | 86.26 | $400 | $34,504.00 |
| Emily Rose Johns (ERJ) | 24.90 | 24.90 | $7,470.00 | 1.25 | 23.66 | $300 | $7,096.50 |
| Meredith Gallen (MG) | 53.50 | 53.50 | $16,050.00 | 2.68 | 50.83 | $300 | $15,247.50 |
| Megan Lynch (ML) | 71.70 | 71.70 | $15,774.00 | 3.59 | 68.12 | $220 | $14,985.30 |
| Madeline Bailey (MB) | 5.30 | 5.30 | $1,166.00 | 0.27 | 5.04 | $220 | $1,107.70 |
| Joyce de la Pena (JP) | 24.70 | 24.70 | $5,434.00 | 1.24 | 23.47 | $220 | $5,162.30 |
| Natalie Patrucci (NP) | 70.80 | 70.80 | $15,576.00 | 3.54 | 67.26 | $220 | $14,797.20 |
| Sarah Hopkins (SH) | 34.40 | 34.40 | $7,568.00 | 1.72 | 32.68 | $220 | $7,189.60 |
| Viviana Arcia (VA) | 47.30 | 47.30 | $10,406.00 | 2.37 | 44.94 | $220 | $9,885.70 |
| Jessica Bendit (JB) | 67.40 | 67.40 | $14,828.00 | 3.37 | 64.03 | $220 | $14,086.60 |
| Total Hours: | **776.60** | **776.60** | **$273,218.00** | **38.83** | **737.77** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$259,557.10** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Hongyu Min (HM) | 3.2 | 3.10 | $434.00 | 0.16 | 2.95 | $140 | $412.30 |
| Total Hours: | **3.20** | **3.10** | **$434.00** | **0.16** | **2.95** | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$412.30** |
| **TOTAL UNDISPUTED CDCR/AOAP MONITORING FEES:** | | | | | | | **$585,900.63** |

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2012 through September 30, 2013
**Costs**

*Matter:  CDCR/AOAP Merits/Monitoring*

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | | |
| Photocopying (In house) | $1,394.20 | $69.71 | $1,324.49 |
| Photocopying (Outside) | $1,929.66 | $96.48 | $1,833.18 |
| Online Research - PACER | $3.20 | $0.16 | $3.04 |
| Postage & Delivery | $653.30 | $32.67 | $620.64 |
| Travel - Mileage, Tolls, Food | $557.99 | $27.90 | $530.09 |
| Telephone | $5.75 | $0.29 | $5.46 |
| Interpretation and Translation Services | $980.26 | $49.01 | $931.25 |
| **Total RBGG Costs:** | **$5,524.36** | | **$5,248.14** |
| | | | |
| **Prison Law Office** | **Costs** | | |
| Photocopying (In house) | $2,212.80 | $110.64 | $2,102.16 |
| Postage & Delivery | $584.89 | $29.24 | $555.65 |
| Travel - Mileage, Tolls, Food | $4,672.52 | $233.63 | $4,438.89 |
| Interpreting and Translation Services | $901.03 | $45.05 | $855.98 |
| **Total PLO Costs:** | **$8,371.24** | | **$7,952.68** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | $253.40 | $12.67 | $240.73 |
| Postage & Delivery | $50.30 | $2.52 | $47.79 |
| Online Research - PACER | $0.10 | $0.01 | $0.10 |
| **Total DREDF Costs:** | **$303.80** | | **$288.61** |

**TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING COSTS:**          **$13,489.43**

Exhibit B

## <u>Armstrong v. Brown</u>
**Third Quarterly Statement of 2013**
**July 1, 2013 through September 30, 2013**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $179,922.37 | $4,378.24 |
| | **TOTAL:** | **$184,300.61** |

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2013 through September 30, 2013
*Matter:  BPH*

| *BPH (581-4)* | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | | |
| Michael W. Bien (MWB) | | 9.20 | 9.20 | $7,176.00 | 0.86 | 8.34 | $780 | $6,506.48 |
| Gay C. Grunfeld (GCG) | | 34.80 | 34.80 | $22,968.00 | 3.25 | 31.55 | $660 | $20,825.09 |
| Ernest Galvan (EG) | | 29.70 | 29.70 | $18,711.00 | 2.77 | 26.93 | $630 | $16,965.26 |
| Tom Nolan (TN) | | 0.70 | 0.00 | $0.00 | 0.00 | 0.00 | $550 | $0.00 |
| Kenneth Walczak (KMW) | | 34.60 | 32.90 | $15,792.00 | 3.07 | 29.83 | $480 | $14,318.61 |
| Lori Rifkin (LR) | | 9.70 | 9.10 | $4,231.50 | 0.85 | 8.25 | $465 | $3,836.70 |
| Kathryn Mantoan (KGM) | | 51.10 | 51.10 | $22,739.50 | 4.77 | 46.33 | $445 | $20,617.90 |
| Aaron Fischer (AJF) | | 14.60 | 14.60 | $6,424.00 | 1.36 | 13.24 | $440 | $5,824.64 |
| Sidney Hollar (SSH) | | 31.80 | 31.80 | $13,992.00 | 2.97 | 28.83 | $440 | $12,686.55 |
| Blake Thompson (BT) | | 16.10 | 16.10 | $7,003.50 | 1.50 | 14.60 | $435 | $6,350.07 |
| Michael Freedman (MLF) | | 5.50 | 5.50 | $2,227.50 | 0.51 | 4.99 | $405 | $2,019.67 |
| Krista Stone-Manista (KSM) | | 0.90 | 0.00 | $0.00 | 0.00 | 0.00 | $375 | $0.00 |
| Margot Mendelson (MKM) | | 49.10 | 48.60 | $18,225.00 | 4.53 | 44.07 | $375 | $16,524.61 |
| Jenny Yelin (JSY) | | 5.20 | 5.20 | $1,846.00 | 0.49 | 4.71 | $355 | $1,673.77 |
| Kevin Jones (KEJ) | | 0.80 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Rolayn Tauben (RLT) | | 96.40 | 84.50 | $23,660.00 | 7.88 | 76.62 | $280 | $21,452.52 |
| Karen Stilber (KES) | | 13.70 | 13.70 | $3,562.00 | 1.28 | 12.42 | $260 | $3,229.67 |
| Lucy Taylor (LT) | | 43.10 | 43.10 | $9,482.00 | 4.02 | 39.08 | $220 | $8,597.33 |
| Diana Ruslani (DAR) | | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $220 | $0.00 |
| Haruka Roudebush (HR) | | 1.00 | 0.00 | $0.00 | 0.00 | 0.00 | $220 | $0.00 |
| Abigail Haney (AMH) | | 9.70 | 9.70 | $2,134.00 | 0.91 | 8.79 | $220 | $1,934.90 |
| | Total Hours: | 458.20 | 439.60 | $180,174.00 | 41.01 | 398.59 | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | | **$163,363.77** |
| | | | | | | | | |
| **BINGHAM McCUTCHEN** | | | | | | | | |
| Geoffrey T. Holtz (GH) | | 1.70 | 1.70 | $1,249.50 | 0.16 | 1.54 | $735 | $1,132.92 |
| Cameron Saul (CS) | | 2.60 | 2.60 | $1,053.00 | 0.24 | 2.36 | $405 | $954.76 |
| | Total Hours: | 2.60 | 2.60 | $2,302.50 | 0.40 | 3.90 | | |
| **BMc UNDISPUTED FEES:** | | | | | | | | **$2,087.68** |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Rana Anabtawi (RA) | | 45.60 | 45.60 | $15,960.00 | 4.25 | 41.35 | $350 | $14,470.93 |
| | Total Hours: | 45.60 | 45.60 | $15,960.00 | 4.25 | 41.35 | | |
| **PLO UNDISPUTED FEES:** | | | | | | | | **$14,470.93** |
| | | | | | | | | |
| **TOTAL UNDISPUTED FEES FOR BPH WORK:** | | | | | | | | **$179,922.37** |

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2012 through September 30, 2013
**Costs**

## *Matter: BPH*

| **Rosen, Bien, Galvan & Grunfeld (581-4)** | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (In-house) | $249.00 | $23.23 | $225.77 |
| Photocopying (Outside) | $500.33 | $46.68 | $453.65 |
| Online Research - PACER and Legislative History | $0.30 | $0.03 | $0.27 |
| Lexis / Westlaw | $652.76 | $60.90 | $591.86 |
| Postage and Delivery | $175.35 | $16.36 | $158.99 |
| Telephone | $15.45 | $1.44 | $14.01 |
| Fax | $2.00 | $0.19 | $1.81 |
| Travel - Mileage, Tolls, Food | $2,107.42 | $196.62 | $1,910.80 |
| **Total RBGG Costs:** | **$3,702.61** | | **$3,357.16** |
| | | | |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | $1,126.15 | $105.07 | $1,021.08 |
| **Total PLO Costs:** | **$1,126.15** | | **$1,021.08** |
| | | | |
| **TOTAL UNDISPUTED BPH COSTS:** | | | **$4,378.24** |

Exhibit C

**<u>Armstrong v. Brown</u>**
**Third Quarterly Statement of 2013**
**July 1, 2013 through September 30, 2013**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| DAPO MONITORING | $44,704.15 | $3,106.71 |
| | **TOTAL:** | **$47,810.86** |

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2013 through September 30, 2013
*Matter:  DAPO Monitoring*

| _DAPO Monitoring (581-9)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 3.20 | 3.20 | $2,496.00 | 0.16 | 3.04 | $780 | $2,371.20 |
| Gay C. Grunfeld (GCG) | 19.30 | 19.30 | $12,738.00 | 0.97 | 18.34 | $660 | $12,101.10 |
| Kenneth M. Walczak (KMW) | 44.70 | 43.30 | $20,784.00 | 2.17 | 41.14 | $480 | $19,744.80 |
| Michael Freedman (MLF) | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $405 | $0.00 |
| Benjamin Bien-Kahn (BBK) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $375 | $0.00 |
| Margot Mendelson (MKM) | 14.60 | 14.60 | $5,475.00 | 0.73 | 13.87 | $375 | $5,201.25 |
| Jenny Yelin (JSY) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $355 | $0.00 |
| Karen Stilber (KES) | 2.70 | 2.70 | $702.00 | 0.14 | 2.57 | $260 | $666.90 |
| Lucy Taylor (LRT) | 0.90 | 0.00 | $0.00 | 0.00 | 0.00 | $220 | $0.00 |
| Diana Ruslani (DAR) | 22.10 | 22.10 | $4,862.00 | 1.11 | 21.00 | $220 | $4,618.90 |
| Haruka Roudebush (HR) | 0.70 | 0.00 | $0.00 | 0.00 | 0.00 | $220 | $0.00 |
| **Total Hours:** | **109.00** | **105.20** | **$47,057.00** | **5.26** | **99.94** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$44,704.15** |

**TOTAL UNDISPUTED FOR DAPO
MONITORING WORK:**                                                                 **$44,704.15**

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2012 through September 30, 2013
**Costs**

## *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (in-house) | $136.00 | $6.80 | $129.20 |
| Photocopying (outside) | $420.44 | $21.02 | $399.42 |
| Online Research - PACER and Legislative History | $3.10 | $0.16 | $2.95 |
| Telephone | $3.50 | $0.18 | $3.33 |
| Travel - Mileage, Tolls, Food | $2,707.18 | $135.36 | $2,571.82 |
| **Total RBGG Costs:** | **$3,270.22** | | **$3,106.71** |

**TOTAL UNDISPUTED DAPO MONITORING COSTS:**    **$3,106.71**

Exhibit D

## <u>Armstrong v. Brown</u>
**Second Quarterly Statement of 2013**
**April 1, 2013 through June 30, 2013**

**COUNTY JAIL APPEAL SUMMARY OF UNDISPUTED FEES AND COSTS**

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| COUNTY JAIL APPEAL | $1,637.33 | $0.00 |
| | **TOTAL:** | **$1,637.33** |

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2013 through September 30, 2013
*Matter: COUNTY JAIL APPEAL*

| County Jail Appeal (581-16) | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 0.50 | 0.50 | $390.00 | 0.03 | 0.48 | $780 | $370.50 |
| Gay C. Grunfeld (GCG) | 0.90 | 0.90 | $594.00 | 0.05 | 0.86 | $660 | $564.30 |
| Kathryn Mantoan (KGM) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $445 | $0.00 |
| Blake Thompson (BT) | 1.70 | 1.70 | $739.50 | 0.09 | 1.62 | $435 | $702.53 |
| Margot Mendelson (MKM) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $375 | $0.00 |
| Karen Stilber (KES) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| **Total Hours:** | **0.20** | **0.00** | **$1,723.50** | **0.13** | **0.86** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$1,637.33** |

**TOTAL UNDISPUTED FOR**
**COUNTY JAIL APPEAL WORK:**                                                                                  **$1,637.33**

Exhibit E

# Armstrong v. Brown
### Third Quarterly Statement of 2013
### July 1, 2013 through September 30, 2013

**8/28/2012 ORDER  APPEAL SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| 8/28/12 ORDER APPEAL | $1,798.35 | $0.00 |
| | **TOTAL:** | **$1,798.35** |

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2013 through September 30, 2013
*Matter: APPEAL 8/28/2012 ORDER*

| _Appeal 8/28/12 ORDER (581-18)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 0.50 | 0.50 | $390.00 | 0.03 | 0.48 | $780 | $370.50 |
| Gay C. Grunfeld (GCG) | 1.8 | 1.8 | $1,188.00 | 0.09 | 1.71 | $660 | $1,128.60 |
| Ernest Galvan (EG) | 0.5 | 0.5 | $315.00 | 0.03 | 0.48 | $630 | $299.25 |
| Karen Silber (KES) | 0.2 | 0 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Total Hours: | **3.00** | **2.80** | **$1,893.00** | **0.14** | **2.66** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$1,798.35** |

**TOTAL UNDISPUTED FOR APPEAL
8/28/12 ORDER WORK:**                                                                                    **$1,798.35**

Exhibit F

### **Armstrong v. Brown**
**Third Quarterly Statement of 2013**
**July 1, 2013 through September 30, 2013**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $15,855.03 | $213.57 |
| | **TOTAL:** | **$16,068.59** |

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2013 through September 30, 2013
*Matter:  All Matters Fees Work*

| *Fees (581-2)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2013 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael W. Bien (MWB) | 0.20 | 0.20 | $156.00 | 0.01 | 0.19 | $780 | $148.20 |
| Gay C. Grunfeld (GCG) | 11.60 | 11.60 | $7,656.00 | 0.58 | 11.02 | $660 | $7,273.20 |
| Ernest Galvan (EG) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $630 | $0.00 |
| Kenneth Walczak (KMW) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $480 | $0.00 |
| Blake Thompson (BT) | 7.10 | 7.10 | $3,088.50 | 0.36 | 6.75 | $435 | $2,934.08 |
| Kevin Jones (KEJ) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $280 | $0.00 |
| Haruka Roudebush (HR) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $220 | $0.00 |
| Glenn Baldwin (GMB) | 16.20 | 15.20 | $3,344.00 | 0.76 | 14.44 | $220 | $3,176.80 |
| **Total Hours:** | **36.20** | **34.10** | **$14,244.50** | **1.71** | **32.40** | | |
| **RBGG UNDISPUTED FEES:** | | | | | | | **$13,532.28** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Coreen Kendrick (CK) | 2.10 | 2.10 | $997.50 | 0.11 | 2.00 | $475 | $947.63 |
| Edie DeGraff (ED) | 6.30 | 6.30 | $1,165.50 | 0.32 | 5.99 | $185 | $1,107.23 |
| **Total Hours:** | **8.40** | **8.40** | **$2,163.00** | **0.32** | **5.99** | | |
| **PLO UNDISPUTED FEES:** | | | | | | | **$2,054.85** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 0.40 | 0.40 | $282.00 | 0.02 | 0.38 | $705 | $267.90 |
| **Total Hours:** | **0.40** | **0.40** | **$282.00** | **0.02** | **0.38** | | |
| **DREDF UNDISPUTED FEES:** | | | | | | | **$267.90** |

**TOTAL UNDISPUTED FEES FOR
ARMSTRONG FEES WORK:**                                                                     **$15,855.03**

**Armstrong v. Brown**
Third Quarterly Statement of 2013
July 1, 2012 through September 30, 2013
**Costs**

*Matter: Fees Work in All Matters*

| **Rosen, Bien, Galvan & Grunfeld (581-2)** | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying and Printing (in-house) | $192.40 | $9.62 | $182.78 |
| Telephone | $1.65 | $0.08 | $1.57 |
| Postage & Delivery | $30.76 | $1.54 | $29.22 |
| **Total RBGG Costs:** | **$224.81** | | **$213.57** |
| **TOTAL UNDISPUTED FEES WORK COSTS :** | | | **$213.57** |