Swanson & McNamara LLP  
300 Montgomery Street  
Suite 1100  
San Francisco, CA 94104  
415-477-3800  
EIN: 94-3309866  

Invoice submitted to:  
Armstrong  

February 05, 2014  

Invoice # 21866  

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/7/2014 EWS | Travel to meeting. Review outline of issues for meeting. | 1.90<br>450.00/hr | 855.00 |
| EWS | Travel from meeting to office. | 1.80<br>450.00/hr | 810.00 |
| EWS | Meeting with counsel for meet and confer. | 4.40<br>450.00/hr | 1,980.00 |
| 1/8/2014 EWS | Review and respond to email from receiver's office. | 0.20<br>450.00/hr | 90.00 |
| EWS | Phone call with Court. Email to counsel. | 0.30<br>450.00/hr | 135.00 |
| EWS | Review and respond to email from Court. Review email from counsel. | 0.20<br>450.00/hr | 90.00 |
| 1/9/2014 EWS | Review response from court. Contact counsel. | 0.20<br>450.00/hr | 90.00 |
| 1/13/2014 EWS | Review emails from coordination cmte, counsel. Contact court. | 0.30<br>450.00/hr | 135.00 |
| EWS | Review emails from coordination committee. Review info re state's plans. | 0.20<br>450.00/hr | 90.00 |
| 1/14/2014 EWS | Review and respond to email from coordinating committee. | 0.20<br>450.00/hr | 90.00 |
| 1/15/2014 EWS | Review and respond to emails from coordinating committee. Email to counsel. | 0.20<br>450.00/hr | 90.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2014 | EWS | Travel to and from meeting with court. | 1.00 450.00/hr | 450.00 |
| | EWS | Preparation for meeting with Court. | 0.40 450.00/hr | 180.00 |
| | EWS | Meeting with court to discuss case status. | 1.00 450.00/hr | 450.00 |
| | EWS | Conference with counsel re county jail visits. Draft email re discussion. Review court order. | 1.30 450.00/hr | 585.00 |
| 1/17/2014 | EWS | Review and respond to email from counsel. | 0.20 450.00/hr | 90.00 |
| 1/19/2014 | EWS | Review and respond to emails from coordination committee. | 0.20 450.00/hr | 90.00 |
| 1/21/2014 | EWS | Review background material in advance of coordination meeting. | 0.30 450.00/hr | 135.00 |
| | EWS | Review and respond to email from coordination committee. Contact with court. | 0.30 450.00/hr | 135.00 |
| | EWS | Review correspondence from coordinating committee. Review filings in advance of meeting. | 1.10 450.00/hr | 495.00 |
| 1/22/2014 | EWS | Meeting with court representative. Travel to and from meeting in Sacramento. Meeting with court representatives in Sacramento. Call to Court. Further meeting with court representative. | 7.80 450.00/hr | 3,510.00 |
| | EWS | Review and respond to information from coordination committee. | 0.30 450.00/hr | 135.00 |
| 1/23/2014 | EWS | Court meeting re coordination. Travel to and from meeting. | 1.50 450.00/hr | 675.00 |
| | EWS | Review filings in related cases. | 0.40 450.00/hr | 180.00 |
| 1/27/2014 | EWS | Review notes, information from plaintiffs. Draft email to counsel re outstanding issues. | 0.90 450.00/hr | 405.00 |
| | EWS | Review information from related cases. | 0.20 450.00/hr | 90.00 |
| | EWS | Review reports from plaintiffs. | 0.40 450.00/hr | 180.00 |
| 1/28/2014 | EWS | Review filings in related cases. Review correspondence from counsel. | 0.40 450.00/hr | 180.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 1/29/2014 EWS Review pleading in related case. Draft email to counsel. | 0.30 450.00/hr | 135.00 |
| 1/30/2014 EWS Review filings in related cases, email from counsel. | 0.20 450.00/hr | 90.00 |
| EWS Draft email to counsel. Review email from counsel, filing in related case. | 0.20 450.00/hr | 90.00 |
| For professional services rendered | 28.30 | $12,735.00 |

Additional Charges :

| | | |
|---|---|---|
| 1/15/2014 Conference Call. | | 6.13 |
| Total additional charges | | $6.13 |
| Total amount of this bill | | $12,741.13 |

Balance due $12,741.13

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 28.30 | 450.00 | $12,735.00 |