Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


March 06, 2014


Invoice # 22004

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/3/2014 EWS | Phone call with defendants' counsel. | 0.30<br>450.00/hr | 135.00 |
| EWS | Review parties' status statement, prison visit reports, filings in related cases (including Receiver's status report). | 1.20<br>450.00/hr | 540.00 |
| 2/5/2014 EWS | Review correspondence from counsel. Review filings in related case. | 0.20<br>450.00/hr | 90.00 |
| EWS | Phone call with Receiver's staff. | 0.20<br>450.00/hr | 90.00 |
| 2/10/2014 EWS | Review reports from plaintiffs, filings in related cases. | 0.40<br>450.00/hr | 180.00 |
| EWS | Phone call with Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review orders in related cases. | 0.50<br>450.00/hr | 225.00 |
| 2/11/2014 EWS | Review filings in related cases. | 0.40<br>450.00/hr | 180.00 |
| 2/12/2014 EWS | Review information re three-judge court decision. Review filings in related cases. | 0.70<br>450.00/hr | 315.00 |
| 2/13/2014 EWS | Conference with associate re ADAAG research. | 0.60<br>450.00/hr | 270.00 |
| 2/18/2014 EWS | Review and respond to email from Receiver. Review filing in related case. Review P's prison report. | 0.50<br>450.00/hr | 225.00 |

Armstrong

Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/20/2014 | EWS | Review filings in related case. | 0.30<br>450.00/hr | 135.00 |
| 2/21/2014 | EWS | Review filings in related cases. Review and respond to message from Receiver. | 0.40<br>450.00/hr | 180.00 |
| | EWS | Review additional filings in related cases. | 0.40<br>450.00/hr | 180.00 |
| 2/23/2014 | EWS | Review CHCF reports. | 0.90<br>450.00/hr | 405.00 |
| | EWS | Review and respond to email from Special Master re coordination meeting. Contact parties re conference call. | 0.40<br>450.00/hr | 180.00 |
| 2/24/2014 | EWS | Review information re coordination meeting. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Review information from plaintiffs re jail visit, defendants re parole regulations. Review and respond to emails re coordination process. | 0.30<br>450.00/hr | 135.00 |
| 2/25/2014 | EWS | Review and respond to emails from coordination committee. | 0.10<br>450.00/hr | 45.00 |
| | EWS | Review and edit minutes of meeting. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Conference with coordinating committee. | 0.90<br>450.00/hr | 405.00 |
| | EWS | Review and respond to emails from Receiver. | 0.20<br>450.00/hr | 90.00 |
| | EWS | Review information from parties re MI vests. Review pleadings in related case. Review info from court representative. | 0.30<br>450.00/hr | 135.00 |
| 2/28/2014 | EWS | Review and respond to email from Receiver's office. | 0.10<br>450.00/hr | 45.00 |

For professional services rendered 9.90 $4,455.00

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 1/15/2014 | Parking. | 12.00 |
| 1/23/2014 | Taxi. | 11.00 |
| | Another taxi. | 11.00 |

Total additional charges $34.00

Total amount of this bill $4,489.00

Amount

Balance due $4,489.00

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 9.90 | 450.00 | $4,455.00 |