DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

GEOFFREY T. HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
BLAKE THOMPSON – 255600
MICHAEL FREEDMAN – 262850
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No. C94 2307 CW<br><br>[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2013<br><br>Judge: Hon. Claudia Wilken |

1    On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on January 29, 2014 Plaintiffs served on Defendants their Fourth Quarterly Statement for 2013 by overnight delivery. The parties completed their meet-and-confer process on March 25, 2014 as to the fees and costs incurred on all matters.

As a result of the March 25, 2014 agreement, the parties agree to the following:

The parties agree to the payment of $856,996.67 for undisputed fees and costs incurred during the Fourth Quarter of 2013, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $34,692.66 for undisputed fees and costs incurred during the Fourth Quarter of 2013, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $139,916.83 for undisputed fees and costs incurred during the Fourth Quarter of 2013, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $3,786.23 for undisputed fees and costs incurred during the Fourth Quarter of 2013, for activities in the County Jail Appeal portion of the case. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $12,539.85 for undisputed fees and costs incurred during the Third Quarter of 2013, for fees on fees.  Attached hereto as **Exhibit E** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from March 3, 2014, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: __3/31/2014_____

*(signature)*
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

DATED: March 26, 2014        */s/ Jay M. Goldman*
                             Jay M. Goldman
                             Deputy Attorney General
                             Attorney for Defendants

DATED: March 25, 2014        */s/ Blake Thompson*
                             Blake Thompson
                             Rosen Bien Galvan & Grunfeld LLP
                             Attorneys for Plaintiffs