Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


April 07, 2014


Invoice # 22100

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/2/2014 EWS | Review emails from counsel. | 0.50<br>450.00/hr | 225.00 |
| 3/4/2014 EWS | Review filings in related case. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review and respond to message from Receiver's office. Review filings in related case, letter from plaintiffs. | 0.30<br>450.00/hr | 135.00 |
| 3/5/2014 EWS | Conference with Receiver's office. | 0.20<br>450.00/hr | 90.00 |
| 3/6/2014 EWS | Conference with associate. Review information re ADAAG. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review filings in related matters. | 0.30<br>450.00/hr | 135.00 |
| 3/7/2014 EWS | Review filings in related cases. Review email from Special Master. | 0.30<br>450.00/hr | 135.00 |
| 3/10/2014 EWS | Review and respond to emails from Receiver's office. Call from Receiver's office. | 0.40<br>450.00/hr | 180.00 |
| EWS | Review reports from plaintiffs, documents sent by defendants in advance of meet and confer. | 1.00<br>450.00/hr | 450.00 |
| 3/11/2014 EWS | Review and respond to email from Receiver's office. | 0.10<br>450.00/hr | 45.00 |
| EWS | Review and respond to emails from Receiver's office. | 0.20<br>450.00/hr | 90.00 |

Armstrong

Armstrong                                                                                           Page    2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2014 | EWS | Review and respond to emails from Receiver's office. Review order in Armstrong. | 0.30 450.00/hr | 135.00 |
| 3/12/2014 | EWS | Travel to Sacto for meet and confer. | 1.60 450.00/hr | 720.00 |
|  | EWS | Meet and confer with counsel. | 3.00 450.00/hr | 1,350.00 |
|  | EWS | Travel from Sacto to office. | 1.50 450.00/hr | 675.00 |
| 3/13/2014 | EWS | Review correspondence from counsel, Receiver's office. | 0.10 450.00/hr | 45.00 |
| 3/17/2014 | EWS | Review and respond to email from special master's staff. Review background informaiton. | 0.20 450.00/hr | 90.00 |
|  | EWS | Review filing re population status and reduction. | 0.30 450.00/hr | 135.00 |
| 3/18/2014 | EWS | Conference with Receiver's office. | 0.70 450.00/hr | 315.00 |
|  | EWS | Review filings in related cases. | 0.30 450.00/hr | 135.00 |
| 3/20/2014 | EWS | Review letter from plaintiffs. Review filing in related case. | 0.20 450.00/hr | 90.00 |
| 3/24/2014 | EWS | Review filing re CHCF. Review material in advance of call. | 0.30 450.00/hr | 135.00 |
| 3/25/2014 | EWS | Conference with Receiver's office. | 1.30 450.00/hr | 585.00 |
|  | EWS | Review filings in related cases, information from plaintiffs, information re CHCF. | 0.80 450.00/hr | 360.00 |
| 3/26/2014 | EWS | Review information in advance of meeting re scheduling. | 0.20 450.00/hr | 90.00 |
| 3/27/2014 | EWS | Review status statement. | 0.20 450.00/hr | 90.00 |
|  | EWS | Conference with staff re health care scheduling. | 0.80 450.00/hr | 360.00 |
|  | EWS | Review information from court. | 0.10 450.00/hr | 45.00 |
| 3/31/2014 | BE | Research technical feasibility issue. | 0.50 275.00/hr | 137.50 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 16.10 | $7,157.50 |

| Balance due | | $7,157.50 |
|---|---|---|

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Britt Evangelist - Associate | 0.50 | 275.00 | $137.50 |
| Edward W. Swanson | 15.60 | 450.00 | $7,020.00 |