IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants._____/ | No. C 94-2307 CW<br><br>ORDER DIRECTING ADDITIONAL INTERIM PAYMENT OF COSTS |

　　On June 11, 2007, the Court directed Defendants to deposit the sum of $100,000 with the Clerk of the Court as an interim payment of costs, to provide funds for compensation of the Court-appointed expert in this case. The account into which that money was put has now been substantially drawn down by payments to the expert. Accordingly, Defendants are ordered to deposit forthwith an additional $100,000 with the Clerk of the Court, to be added to the funds in the existing account.

　　IT IS SO ORDERED.

Dated: 4/30/2014

　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge