1  Edward W. Swanson, SBN 159859
   SWANSON & McNAMARA LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477 3800
   Facsimile: (415) 477-9010
4  Email: eswanson@swansonmcnamara.com

5  Court Expert

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARNOLD SCHWARZENEGGER,<br><br>          Defendant. | Case No. C 94-2307 CW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated May 6, 2014

Dated: May 6, 2014                              Respectfully submitted,

                                                _____/s/_____
                                                EDWARD W. SWANSON
                                                Court Expert

1
2
**ORDER**

3   Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment to court
4 expert Edward Swanson per the court expert's invoice dated May 6, 2014
5
6 Dated: 5/8/2014

HON. CLAUDIA WILKEN
7                                                                    United States District Court

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ADMIN. MOTION AND [PROPOSED] ORDER FOR PAYMENT**
*Armstrong v. Schwarzenegger,* C 94-2307 CW            2