Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

May 06, 2014

Invoice # 22228

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2014 | BE | Research legal issues for ADA to assist E. Swanson. | 2.80 275.00/hr | 770.00 |
|  | BE | Conference with E. Swanson to discuss preliminary results of research. | 0.30 275.00/hr | 82.50 |
|  | EWS | Conference with associate re research, next steps.  Review information from plaintiffs. | 0.60 450.00/hr | 270.00 |
| 4/2/2014 | BE | Research further legal issues at direction of E. Swanson. | 0.60 275.00/hr | 165.00 |
|  | EWS | Review correspondence from plaintiffs. | 0.20 450.00/hr | 90.00 |
| 4/4/2014 | EWS | Review filings in related cases, correspondence from counsel. | 0.30 450.00/hr | 135.00 |
| 4/14/2014 | BE | Finish research and draft summary for E. Swanson. | 2.80 275.00/hr | 770.00 |
| 4/20/2014 | EWS | Review research re ADA.  Confer with B. Evangelist. | 0.30 450.00/hr | 135.00 |
| 4/21/2014 | EWS | Review filings in related case, information re three-judge panel. | 0.20 450.00/hr | 90.00 |
| 4/23/2014 | EWS | Review court orders in related cases.  Review emails from counsel. | 0.20 450.00/hr | 90.00 |
| 4/24/2014 | EWS | Review email from plaintiffs re master plan.  Contact parties. | 0.20 450.00/hr | 90.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2014 EWS | Review email from counsel.  Review filing in related case. |  | 0.20 450.00/hr | 90.00 |
| EWS | Review reports from plaintiffs, filings in related cases. |  | 0.80 450.00/hr | 360.00 |
| 4/29/2014 EWS | Review email from counsel.  Draft email to counsel re master plan. |  | 0.10 450.00/hr | 45.00 |
| For professional services rendered |  |  | 9.60 | $3,182.50 |
| Additional Charges : |  |  |  |  |
| 4/30/2014 Westlaw monthly research in April. |  |  |  | 103.86 |
| Total additional charges |  |  |  | $103.86 |
| Total amount of this bill |  |  |  | $3,286.36 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Britt Evangelist - Associate | 6.50 | 275.00 | $1,787.50 |
| Edward W. Swanson | 3.10 | 450.00 | $1,395.00 |