| | |
|---|---|
| DONALD SPECTER – 083925<br>REBEKAH EVENSON – 207825<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br>Facsimile:    (510) 280-2704 | GEOFFREY T. HOLTZ – 191370<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, California  94111-4066<br>Telephone:   (415) 393-2000<br>Facsimile:    (415) 393-2286 |
| LINDA D. KILB – 136101<br>DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>3075 Adeline Street, Suite 201<br>Berkeley, California  94703<br>Telephone:   (510) 644-2555<br>Facsimile:    (510) 841-8645 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>GAY C. GRUNFELD – 121944<br>BLAKE THOMPSON – 255600<br>MICHAEL FREEDMAN – 262850<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:   (415) 433-6830<br>Facsimile:    (415) 433-7104 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | Case No. C94 2307 CW<br><br>**STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2014**<br><br>Judge:  Hon. Claudia Wilken |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on April 29, 2014 Plaintiffs served on Defendants their First Quarterly Statement for 2014 by overnight delivery.  The parties completed their meet-and-confer process on June 4, 2014 as to the fees and costs incurred on all matters.

As a result of the June 4, 2014 agreement, the parties agree to the following:

The parties agree to the payment of $774,637.77 for undisputed fees and costs incurred during the First Quarter of 2014, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $37,161.54 for undisputed fees and costs incurred during the First Quarter of 2014, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $166,538.51 for undisputed fees and costs incurred during the First Quarter of 2014, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $12,332.39 for undisputed fees and costs incurred during the First Quarter of 2014, for activities in the County Jail Appeal portion of the case. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $15,208.07 for undisputed fees and costs

1 incurred during the First Quarter of 2014, for fees on fees.  Attached hereto as **Exhibit E**
2 are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to
3 by the parties to settle these claims.

4     IT IS HEREBY ORDERED that the amounts set forth above are due and
5 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
6 and costs will run from May 30, 2014, accruing at the rate provided by 28 U.S.C. § 1961.

8 DATED:  6/10/2014

                    THE HONORABLE CLAUDIA WILKEN
                    UNITED STATES DISTRICT JUDGE

13 APPROVED AS TO FORM:

15 DATED:  June 6, 2014        */s/ Jay M. Goldman*
                              Jay M. Goldman
                              Deputy Attorney General
                              Attorney for Defendants

18 DATED:  June 5, 2014        */s/ Blake Thompson*
                              Blake Thompson
                              Rosen Bien Galvan & Grunfeld LLP
                              Attorneys for Plaintiffs