1  Edward W. Swanson, SBN 159859
   SWANSON & McNAMARA LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477 3800
   Facsimile: (415) 477-9010
4  Email: eswanson@swansonmcnamara.com

5  Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG,<br><br>               Plaintiff,<br><br>     vs.<br><br>ARNOLD SCHWARZENEGGER,<br><br>               Defendant. | Case No. C 94-2307 CW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated June 5, 2014

Dated: June 12, 2014                                Respectfully submitted,

                                                                    /s/
                                                    EDWARD W. SWANSON
                                                    Court Expert

1
2
**ORDER**

3       Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment to court
4 expert Edward Swanson per the court expert's invoice dated June 5, 2014
5
6 Dated: 6/16/2014
7                                             HON. CLAUDIA WILKEN
                                            United States District Court