Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

June 05, 2014

Invoice # 22360

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/2014 EWS | Review filing in related case. | 0.50<br>450.00/hr | 225.00 |
| 5/6/2014 EWS | Review agenda for M&C. Review report of prison visit. | 0.40<br>450.00/hr | 180.00 |
| 5/7/2014 EWS | Review preliminarily response of D's re RJD. | 0.30<br>450.00/hr | 135.00 |
| 5/8/2014 EWS | Review and respond to email from counsel. Review filing in related case. | 0.20<br>450.00/hr | 90.00 |
| 5/9/2014 EWS | Draft email to counsel re mediation issue. | 0.20<br>450.00/hr | 90.00 |
| 5/12/2014 EWS | Review and respond to email from counsel. Forward material to plaintiffs. | 0.20<br>450.00/hr | 90.00 |
| 5/14/2014 BE | Begin review an analysis of expert report and letter brief submitted by defendants re technical infeasibility | 0.30<br>275.00/hr | 82.50 |
| 5/15/2014 BE | Review expert report re technical infeasibility by the State. Draft summary of comments for E. Swanson review. | 2.80<br>275.00/hr | 770.00 |
| EWS | Travel to Sacto for meeting. | 2.00<br>450.00/hr | 900.00 |
| EWS | Meeting with counsel for M&C. | 3.00<br>450.00/hr | 1,350.00 |
| EWS | Travel from Sacto to office. | 1.90<br>450.00/hr | 855.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/22/2014 | EWS | Review email from counsel. Draft email to counsel. Confer re issues in submission. | 0.60 450.00/hr | 270.00 |
| | BE | Review response to state's expert report. Review prior research re same. Draft email to E. Swanson commenting on legal arguments in resposne. | 0.20 275.00/hr | 55.00 |
| | BE | Conference with E. Swanson regarding research on expert report submitted by defense expert. | 0.60 275.00/hr | 165.00 |
| | EWS | Conference with counsel re RJD. Email to counsel. | 0.70 450.00/hr | 315.00 |
| | EWS | Conference with court representative. | 0.30 450.00/hr | 135.00 |
| | EWS | Review and respond to emails from counsel. | 0.10 450.00/hr | 45.00 |
| 5/23/2014 | EWS | Conference with counsel. Email to counsel. | 1.20 450.00/hr | 540.00 |
| | EWS | Conference with associate re legal research. | 0.20 450.00/hr | 90.00 |
| | EWS | Review material in advance of call with counsel. | 0.20 450.00/hr | 90.00 |
| | EWS | Phone call with counsel. Email to counsel | 0.70 450.00/hr | 315.00 |
| | EWS | Review and respond to email from counsel; draft email to counsel. | 0.20 450.00/hr | 90.00 |
| 5/27/2014 | EWS | Review and edit minutes, agenda. Communicate with special master's staff. | 0.30 450.00/hr | 135.00 |
| 5/28/2014 | BE | Research ADA regulations and case law regarding effect (if any) of transition plan for existing public facility on applicability of strict standard for altered public facility. Draft memo re same for E. Swanson. | 6.10 275.00/hr | 1,677.50 |
| | APG | Conference with B Evangelist re ADA questions on safe harbor | 0.40 325.00/hr | 130.00 |
| | EWS | Preparation for coordination meeting. | 0.30 450.00/hr | 135.00 |
| | EWS | Meeting of coordination committee. | 1.10 450.00/hr | 495.00 |
| | EWS | Review reports from plaintiffs. | 0.20 450.00/hr | 90.00 |

Armstrong

Page    3

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/29/2014 | EWS | Meeting with judges. | 1.10<br>450.00/hr | 495.00 |
| | EWS | Travel from court to office. | 0.50<br>450.00/hr | 225.00 |
| 5/30/2014 | EWS | Review decision in related case. | 0.20<br>450.00/hr | 90.00 |

For professional services rendered         27.00    $10,350.00

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 5/22/2014 | Conference Call. | |
| 5/23/2014 | Conference Call. | 3.75 |
| 5/31/2014 | Westlaw monthly research - May 2014 | 7.04 |
| | | 114.88 |

Total additional charges                            $125.67

Total amount of this bill                           $10,475.67

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 0.40 | 325.00 | $130.00 |
| Britt Evangelist - Associate | 10.00 | 275.00 | $2,750.00 |
| Edward W. Swanson | 16.60 | 450.00 | $7,470.00 |