Swanson & McNamara LLP  
300 Montgomery Street  
Suite 1100  
San Francisco, CA 94104  
415-477-3800  
EIN: 94-3309866  

Invoice submitted to:  
Armstrong  

August 06, 2014  

Invoice # 22568  

Professional Services  

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/1/2014 EWS | Review filings in related case; review correspondence from counsel. | 0.40<br>450.00/hr | 180.00 |
| 7/3/2014 EWS | Review filing in related case. | 0.10<br>450.00/hr | 45.00 |
| 7/6/2014 EWS | Review of reports from plaintiffs, filings in related case. | 0.50<br>450.00/hr | 225.00 |
| 7/9/2014 EWS | Review and respond to emails from counsel, Receiver. Review agenda. | 0.40<br>450.00/hr | 180.00 |
| EWS | Review and respond to emails from counsel. | 0.20<br>450.00/hr | 90.00 |
| 7/10/2014 EWS | Review filings in related cases. Review and respond to emails form counsel, Receiver's staff. | 0.80<br>450.00/hr | 360.00 |
| 7/12/2014 EWS | Review and respond to emails from counsel. Review reports from plaintiffs and responses. | 0.30<br>450.00/hr | 135.00 |
| 7/14/2014 EWS | Review documents in advance of meet and confer. | 0.30<br>450.00/hr | 135.00 |
| 7/15/2014 EWS | Travel to Sacramento for meeting. | 1.60<br>450.00/hr | 720.00 |
| EWS | Meeting with counsel. | 1.90<br>450.00/hr | 855.00 |
| EWS | Travel to SF following meeting. | 2.00<br>450.00/hr | 900.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/15/2014 EWS | Review info on parole agent training, CMF. | 0.40<br>450.00/hr | 180.00 |
| 7/18/2014 EWS | Travel to Sacto for meeting with counsel. | 1.60<br>450.00/hr | 720.00 |
| EWS | Meeting with counsel re CMF, facility issues. | 2.50<br>450.00/hr | 1,125.00 |
| EWS | Travel from Sacto to office. | 2.00<br>450.00/hr | 900.00 |
| 7/24/2014 EWS | Review filing in related case. | 0.10<br>450.00/hr | 45.00 |
| 7/25/2014 EWS | Review correspondence from counsel. | 0.20<br>450.00/hr | 90.00 |
| 7/26/2014 EWS | Review letters from parties.  Review filings in related case. | 0.50<br>450.00/hr | 225.00 |
| 7/28/2014 EWS | Review correspondence from counsel. | 0.30<br>450.00/hr | 135.00 |
| 7/29/2014 EWS | Review correspondence from counsel. | 0.10<br>450.00/hr | 45.00 |

For professional services rendered          16.20      $7,290.00

Additional Charges :

7/15/2014 Parking in Sacramento.          9.00

Total additional charges          $9.00

Total amount of this bill          $7,299.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 16.20 | 450.00 | $7,290.00 |