Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: eswanson@swansonmcnamara.com

Court Expert

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

JOHN ARMSTRONG

    Plaintiff,

vs.

ARNOLD SCHWARZENEGGER,

    Defendant

Case No.  C 94-2307 CW

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT**

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated September 8, 2014

Dated: September 9, 2014                                  Respectfully submitted,

                                                                             /s/
                                                             EDWARD W. SWANSON
                                                             Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment to court expert Edward Swanson per the court expert's invoice dated September 8, 2014

Dated: 9/10/2014

HON. CLAUDIA WILKEN
United States District Court