Swanson & McNamara LLP  
300 Montgomery Street  
Suite 1100  
San Francisco, CA 94104  
415-477-3800  
EIN: 94-3309866  

Invoice submitted to:  
Armstrong  

September 08, 2014  

Invoice # 22670  

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2014 | EWS | Review filings in Coleman. | 0.50<br>450.00/hr | 225.00 |
| 8/4/2014 | EWS | Review and respond to email from counsel. Review material on SVSP and LAC. Draft email to counsel. Confer with court. | 0.90<br>450.00/hr | 405.00 |
| 8/5/2014 | EWS | Review parties joint status stmt filing. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review correspondence from plaintiffs re visits, jails. Contact expert. | 0.40<br>450.00/hr | 180.00 |
| 8/6/2014 | EWS | Review correspondence from counsel. Respond to emails. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review emails from counsel, filing in related case. | 0.20<br>450.00/hr | 90.00 |
| 8/7/2014 | EWS | Review correspondence from counsel. Contact court. | 0.30<br>450.00/hr | 135.00 |
| 8/8/2014 | EWS | Travel to meeting with counsel re SVSP, LAC. | 1.80<br>450.00/hr | 810.00 |
|  | EWS | Meeting with counsel re SVSP and LAC. | 3.20<br>450.00/hr | 1,440.00 |
|  | EWS | Travel from Sacto to office following meeting. | 1.80<br>450.00/hr | 810.00 |
|  | EWS | Draft email to court. Respond to email from counsel. | 0.20<br>450.00/hr | 90.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 8/9/2014 | EWS | Draft email to expert. | 0.30<br>450.00/hr | 135.00 |
| 8/11/2014 | EWS | Review filing in related case. Contact court. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Conference with staff, respond to email from court. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review prison report from plaintiffs. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review correspondence from counsel. | 0.30<br>450.00/hr | 135.00 |
| 8/12/2014 | EWS | Review monitoring materials from parties. | 0.90<br>450.00/hr | 405.00 |
|  | EWS | Meeting with expert. | 1.10<br>450.00/hr | 495.00 |
|  | EWS | Review material from clients. Meeting with expert to discuss case. | 2.50<br>450.00/hr | 1,125.00 |
|  | EWS | Review information and begin outline. | 0.40<br>450.00/hr | 180.00 |
|  | EWS | Review material from parties, prepare for meeting. | 1.80<br>450.00/hr | 810.00 |
| 8/13/2014 | EWS | Review material and prepare for meeting. | 0.50<br>450.00/hr | 225.00 |
|  | EWS | Travel to and from PLO for meeting. | 1.20<br>450.00/hr | 540.00 |
|  | EWS | Meeting with at PLO to discuss monitoring tool. | 2.20<br>450.00/hr | 990.00 |
| 8/14/2014 | EWS | Review background information on appeals process. | 0.40<br>450.00/hr | 180.00 |
| 8/15/2014 | EWS | Review information in related case. Review information from counsel. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Review documents related to SATF visit. | 0.10<br>450.00/hr | 45.00 |
| 8/17/2014 | EWS | Review material from parties re various matters. | 0.60<br>450.00/hr | 270.00 |
| 8/18/2014 | EWS | Meeting with staff re documents. | 0.20<br>450.00/hr | 90.00 |

Armstrong

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/18/2014 EWS | Review emails from counsel, filings in related case. | 0.20<br>450.00/hr | 90.00 |
| 8/21/2014 EWS | Draft email to Receiver's staff. | 0.10<br>450.00/hr | 45.00 |
| 8/24/2014 EWS | Review reports from plaintiffs. Reviewing filings in related cases. Respond to emails from counsel. | 0.60<br>450.00/hr | 270.00 |
| 8/25/2014 EWS | Travel to Elk Grove for meeting with Receiver's office. | 1.80<br>450.00/hr | 810.00 |
| EWS | Meeting with Receiver's staff. | 2.00<br>450.00/hr | 900.00 |
| EWS | Travel from Sacto to office. | 2.00<br>450.00/hr | 900.00 |
| 8/27/2014 EWS | Travel to SATF for meeting. | 3.80<br>450.00/hr | 1,710.00 |
| EWS | Travel from SATF to office. | 4.00<br>450.00/hr | 1,800.00 |
| EWS | Meeting to observe RAP proceedings and discuss with participants. | 3.00<br>450.00/hr | 1,350.00 |
| 8/28/2014 EWS | Review filing in related case. | 0.10<br>450.00/hr | 45.00 |
|  | For professional services rendered | 40.90 | $18,405.00 |

Balance due  $18,405.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 40.90 | 450.00 | $18,405.00 |