Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


October 07, 2014


Invoice # 22835

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/2/2014 EWS | Review correspondence from plaintiffs, including appeals meeting report, CIM report. Email to counsel. | 0.70<br>450.00/hr | 315.00 |
| 9/3/2014 EWS | Review information from counsel. | 0.20<br>450.00/hr | 90.00 |
| 9/7/2014 EWS | Review responses, correspondence from defendants. | 0.20<br>450.00/hr | 90.00 |
| 9/9/2014 EWS | Review emails from counsel.  Review and edit minutes and action items. | 0.40<br>450.00/hr | 180.00 |
| 9/10/2014 EWS | Review and respond to email from court. | 0.10<br>450.00/hr | 45.00 |
| EWS | Review and respond to emails from court. | 0.10<br>450.00/hr | 45.00 |
| 9/11/2014 EWS | Review material set by court expert. | 0.20<br>450.00/hr | 90.00 |
| 9/12/2014 EWS | Draft email to special master re minutes, action items, agenda. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review and respond to email from counsel. | 0.10<br>450.00/hr | 45.00 |
| 9/16/2014 EWS | Travel to Sacto for meeting.  Conference with court en route and afterwards. | 2.00<br>450.00/hr | 900.00 |
| EWS | Meeting with counsel, CDCR re master plan. | 2.20<br>450.00/hr | 990.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/16/2014 | EWS | Travel from Sacto to office. | 1.80<br>450.00/hr | 810.00 |
|  | EWS | Review correspondence from counsel, special master's office. | 0.30<br>450.00/hr | 135.00 |
|  | EWS | Review filings in related cases, letters from CDCR. | 0.40<br>450.00/hr | 180.00 |
| 9/17/2014 | EWS | Travel to Sacto for coordination meeting. | 1.90<br>450.00/hr | 855.00 |
|  | EWS | Meeting with coordination committee. | 2.20<br>450.00/hr | 990.00 |
|  | EWS | Travel from Sacto to office following meeting. | 2.00<br>450.00/hr | 900.00 |
|  | EWS | Phone call with court. | 0.10<br>450.00/hr | 45.00 |
|  | EWS | Review correspondence from defendants. | 0.20<br>450.00/hr | 90.00 |
| 9/18/2014 | EWS | Travel to and from court for meeting. | 0.80<br>450.00/hr | 360.00 |
|  | EWS | Preparation for judges' meeting. | 0.20<br>450.00/hr | 90.00 |
|  | EWS | Court conference with court representatives. | 0.80<br>450.00/hr | 360.00 |
|  | EWS | Phone call to court. | 0.10<br>450.00/hr | 45.00 |
| 9/19/2014 | EWS | Conference with parties re county jail disputes. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Preparation for conference with parties. Review documents, correspondence. | 0.60<br>450.00/hr | 270.00 |
| 9/22/2014 | EWS | Review information from parties in advance of meet and confer. | 0.10<br>450.00/hr | 45.00 |
| 9/23/2014 | EWS | Travel to Sacto for meeting. | 1.80<br>450.00/hr | 810.00 |
|  | EWS | Meeting with counsel for meet and confer. | 2.70<br>450.00/hr | 1,215.00 |
|  | EWS | Travel from court to office. | 1.90<br>450.00/hr | 855.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 25.80 | $11,610.00 |

Additional Charges :

| | | |
|---|---|---|
| 8/27/2014 SVSP travel expense | | 41.76 |
| Total additional charges | | $41.76 |
| Total amount of this bill | | $11,651.76 |
| Balance due | | $11,651.76 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 25.80 | 450.00 | $11,610.00 |