DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:   (510) 280-2704

GEOFFREY T. HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4066
Telephone:   (415) 393-2000
Facsimile:   (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:   (510) 644-2555
Facsimile:   (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
BLAKE THOMPSON – 255600
MICHAEL FREEDMAN – 262850
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

        Plaintiffs,

    v.

EDMUND G. BROWN, JR., et al.,

        Defendants.

Case No. C94 2307 CW

[~~PROPOSED~~] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2014

Judge:   Hon. Claudia Wilken

1    On March 26, 1997, the District Court established procedures by which Plaintiffs

2  are to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring Defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, on July 25, 2014 Plaintiffs served on Defendants their

5  Second Quarterly Statement for 2014 by overnight delivery.  The parties completed their

6  meet-and-confer process on September 17, 2014 as to the fees and costs incurred on all

7  matters.

8    As a result of the September 17, 2014 agreement, the parties agree to the following:

9    The parties agree to the payment of $737,559.03 to resolve all fees and costs

10  incurred during the Second Quarter of 2014, for monitoring and/or litigation activities in

11  the California Department of Corrections of Rehabilitation Division of Adult Operations

12  and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

13  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

14  the parties to settle these claims.

15    The parties agree to the payment of $40,676.35 to resolve all fees and costs incurred

16  during the Second Quarter of 2014, for monitoring and/or litigation activities in the Board

17  of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts

18  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

19  parties to settle these claims.

20    The parties agree to the payment of $129,379.78 to resolve all fees and costs

21  incurred during the Second Quarter of 2014, for monitoring and/or litigation activities in

22  the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

23  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

24  agreed to by the parties to settle these claims.

25    The parties agree to the payment of $63,708.72 to resolve all fees and costs incurred

26  during the Second Quarter of 2014, for activities in the County Jail Appeal portion of the

27  case.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by

28  Plaintiffs and the amounts agreed to by the parties to settle these claims.

1    The parties agree to the payment of $43,436.27 to resolve all fees and costs incurred

2 during the Second Quarter of 2014, for the Accountability Appeal portion of the case.

3 Attached hereto as **Exhibit E** are charts setting forth the fees and costs claimed by

4 Plaintiffs and the amounts agreed to by the parties to settle these claims.

5    The parties agree to the payment of $11,826.83 to resolve all fees and costs incurred

6 during the Second Quarter of 2014, for fees on fees.  Attached hereto as **Exhibit F** are

7 charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

8 the parties to settle these claims.

9    IT IS HEREBY ORDERED that the amounts set forth above are due and

10 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

11 and costs will run from August 25, 2014, accruing at the rate provided by 28 U.S.C.

12 § 1961.

13 DATED: _____10/16/2014_____

14

15

16 THE HONORABLE CLAUDIA WILKEN

16 UNITED STATES DISTRICT JUDGE

17

18 APPROVED AS TO FORM:

19

20 DATED:  September 19, 2014        /s/ Jay M. Goldman_____

21                                   Jay M. Goldman
                                     Deputy Attorney General

22                                   Attorney for Defendants

23 DATED:  September 19, 2014        /s/ Blake Thompson_____

24                                   Blake Thompson
                                     Rosen Bien Galvan & Grunfeld LLP

25                                   Attorneys for Plaintiffs

26

27

28

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER OF 2014

Exhibit A

## **Armstrong v. Brown**
**Second Quarterly Statement of 2014**
**April 1, 2014 through June 30 2014**

## **CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $718,731.57 | $18,827.46 |
| | **TOTAL:** | **$737,559.03** |

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
*Matter:  CDCR/AOAP Monitoring/Merits*

**_Monitoring (581-3)_**

| | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael W. Bien (MWB) | 4.20 | 3.90 | $3,120.00 | 0.18 | 3.72 | $800 | $2,979.60 |
| Gay C. Grunfeld (GCG) | 31.30 | 31.10 | $20,992.50 | 1.40 | 29.70 | $675 | $20,047.84 |
| Thomas Nolan (TN) | 147.20 | 146.40 | $80,520.00 | 6.59 | 139.81 | $550 | $76,896.60 |
| Lisa Ells (LAE) | 64.00 | 53.50 | $25,145.00 | 2.41 | 51.09 | $470 | $24,013.48 |
| Blake Thompson (BT) | 78.90 | 78.40 | $35,280.00 | 3.53 | 74.87 | $450 | $33,692.40 |
| Michael Freedman (MLF) | 61.00 | 60.40 | $26,576.00 | 2.72 | 57.68 | $440 | $25,380.08 |
| Krista Stone-Manista (KSM) | 130.50 | 128.60 | $52,726.00 | 5.79 | 122.81 | $410 | $50,353.33 |
| Kevin Jones (KEJ) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $290 | $0.00 |
| Rolayn Tauben (RLT) | 114.10 | 102.20 | $29,638.00 | 4.60 | 97.60 | $290 | $28,304.29 |
| Karen Stilber (KES) | 71.60 | 67.40 | $18,198.00 | 3.03 | 64.37 | $270 | $17,379.09 |
| Fely Villadelgado (FV) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $240 | $0.00 |
| Diana Gama (DAG) | 20.90 | 20.80 | $4,784.00 | 0.94 | 19.86 | $230 | $4,568.72 |
| Haruka Roudebush (HR) | 348.90 | 308.50 | $70,955.00 | 13.88 | 294.62 | $230 | $67,762.03 |
| Lucy Taylor (LRT) | 187.70 | 171.10 | $39,353.00 | 7.70 | 163.40 | $230 | $37,582.12 |
| **Total Hours:** | **1260.70** | **1172.30** | **$407,287.50** | | | | |
| **UNDISPUTED RBGG FEES:** | | | | | | | **$388,959.56** |
| **PRISON LAW OFFICE** | | | | | | | |
| Donald Specter (DS) | 3.00 | 3.00 | $2,400.00 | 0.14 | 2.87 | $800 | $2,292.00 |
| Steve Fama (SF) | 0.40 | 0.40 | $298.00 | 0.02 | 0.38 | $745 | $284.59 |
| Sara Norman (SN) | 0.20 | 0.20 | $124.00 | 0.01 | 0.19 | $620 | $118.42 |
| Alison Hardy (AH) | 0.40 | 0.40 | $240.00 | 0.02 | 0.38 | $600 | $229.20 |
| Rebekah Evenson (RE) | 101.20 | 101.20 | $57,684.00 | 4.55 | 96.65 | $570 | $55,088.22 |
| Penny Godbold (PG) | 161.80 | 161.80 | $79,282.00 | 7.28 | 154.52 | $490 | $75,714.31 |
| Corene Kendrick (CK) | 72.80 | 72.80 | $35,672.00 | 3.28 | 69.52 | $490 | $34,066.76 |
| Kelly Knapp (KK) | 21.40 | 21.40 | $9,630.00 | 0.96 | 20.44 | $450 | $9,196.65 |
| Meredith Gallen (MG) | 94.40 | 94.40 | $30,680.00 | 4.25 | 90.15 | $325 | $29,299.40 |
| Amber Norris (AN) | 303.60 | 303.60 | $78,936.00 | 13.66 | 289.94 | $260 | $75,383.88 |
| Megan Lynch (ML) | 81.30 | 81.30 | $19,512.00 | 3.66 | 77.64 | $240 | $18,633.96 |
| Joyce de la Pena (JP) | 38.70 | 38.70 | $9,288.00 | 1.74 | 36.96 | $240 | $8,870.04 |
| Kehala Hervey (KH) | 14.40 | 14.40 | $3,456.00 | 0.65 | 13.75 | $240 | $3,300.48 |
| Natalie Patrucci (NP) | 27.20 | 27.20 | $6,528.00 | 1.22 | 25.98 | $240 | $6,234.24 |
| Sarah Hopkins (SH) | 14.10 | 14.10 | $3,384.00 | 0.63 | 13.47 | $240 | $3,231.72 |
| Viviana Arcia (VA) | 32.10 | 32.10 | $7,704.00 | 1.44 | 30.66 | $240 | $7,357.32 |
| **Total Hours:** | **967.00** | **967.00** | **$344,818.00** | | | | |
| **UNDISPUTED PLO FEES:** | | | | | | | **$329,301.19** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 0.20 | 0.20 | $145.00 | 0.01 | 0.19 | $725 | $138.48 |
| Hongyu Min (HM) | 2.40 | 2.40 | $348.00 | 0.11 | 2.29 | $145 | $332.34 |
| **Total Hours:** | **2.60** | **2.60** | **$493.00** | | | | |
| **UNDISPUTED DREDF FEES:** | | | | | | | **$470.82** |
| **TOTAL UNDISPUTED CDCR/AOAP MONITORING FEES:** | | | | | | | **$718,731.57** |

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
**Costs**

*Matter: CDCR/AOAP Merits/Monitoring*

| **Rosen, Bien, Galvan & Grunfeld (581-3)** | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (In house) | $1,782.00 | $80.19 | $1,701.81 |
| Photocopying (Outside) | $2,183.84 | $98.27 | $2,085.57 |
| Lexis / Westlaw | $7.13 | $0.32 | $6.81 |
| Online Research - PACER | $0.10 | $0.00 | $0.10 |
| Postage & Delivery | $737.98 | $33.21 | $704.77 |
| Travel - Mileage, Tolls, Food | $4,482.94 | $201.73 | $4,281.21 |
| Telephone | $14.75 | $0.66 | $14.09 |
| Interpretation and Translation Services | $300.00 | $13.50 | $286.50 |
| **Undisputed RBGG Costs:** | | | **$9,080.85** |
| | | | |
| **Prison Law Office** | Costs | | |
| Photocopying (In house) | $1,823.40 | $82.05 | $1,741.35 |
| Postage & Delivery | $957.10 | $43.07 | $914.03 |
| Travel - Mileage, Tolls, Food | $7,051.00 | $317.30 | $6,733.71 |
| **Undisputed PLO Costs:** | | | **$9,389.08** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | $320.40 | $14.42 | $305.98 |
| Postage & Delivery | $52.78 | $2.38 | $50.40 |
| Online Research - PACER | $1.20 | $0.05 | $1.15 |
| **Undisputed DREDF Costs:** | | | **$357.53** |
| | | | |
| **TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING COSTS:** | | | **$18,827.46** |

Exhibit B

### Armstrong v. Brown
**Second Quarterly Statement of 2014**
**April 1, 2014 through June 30 2014**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $39,961.98 | $714.38 |
| | **TOTAL:** | **$40,676.35** |

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
*Matter: BPH*

| _BPH (581-4)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Tom Nolan (TN) | 1.00 | 1.00 | $550.00 | 0.05 | 0.96 | $550 | $525.25 |
| Blake Thompson (BT) | 23.20 | 23.10 | $10,395.00 | 1.04 | 22.06 | $450 | $9,927.23 |
| Rolayn Tauben (RLT) | 1.50 | 1.10 | $319.00 | 0.05 | 1.05 | $290 | $304.65 |
| Haruka Roudebush (HR) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $230 | $0.00 |
| **Total Hours:** | **25.90** | **25.20** | **$11,264.00** | | | | |
| **UNDISPUTED RBGG FEES:** | | | | | | | **$10,757.12** |
| **PRISON LAW OFFICE** | | | | | | | |
| Donald Specter | 0.3 | 0.3 | $240.00 | 0.01 | 0.29 | $800 | $229.20 |
| Sara Norman | 20.7 | 20.7 | $12,834.00 | 0.93 | 19.77 | $620 | $12,256.47 |
| Rana Anabtawi (RA) | 42.70 | 42.70 | $17,507.00 | 1.92 | 40.78 | $410 | $16,719.19 |
| **Total Hours:** | **63.70** | **63.70** | **$30,581.00** | | | | |
| **UNDISPUTED PLO FEES:** | | | | | | | **$29,204.86** |
| **TOTAL UNDISPUTED FEES FOR BPH WORK:** | | | | | | | **$39,961.98** |

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
**Costs**

## *Matter: BPH*

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | | |
| Photocopying (In-house) | $4.60 | $0.21 | $4.39 |
| Telephone | $1.55 | $0.07 | $1.48 |
| Travel - Mileage, Tolls, Food | $61.34 | $2.76 | $58.58 |
| **Undisputed RBGG Costs:** | | | **$64.45** |
| | | | |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | $680.55 | $30.62 | $649.93 |
| **Undisputed PLO Costs:** | | | **$649.93** |
| | | | |
| **TOTAL UNDISPUTED BPH COSTS:** | | | **$714.38** |

Exhibit C

### <u>Armstrong v. Brown</u>
**Second Quarterly Statement of 2014**
**April 1, 2014 through June 30 2014**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| DAPO MONITORING | $125,814.57 | $3,565.22 |
| | **TOTAL:** | **$129,379.78** |

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $800 | $0.00 |
| Gay C. Grunfeld (GCG) | 9.60 | 9.40 | $6,345.00 | 0.42 | 8.98 | $675 | $6,059.48 |
| Ernest Galvan (EG) | 1.10 | 1.10 | $715.00 | 0.05 | 1.05 | $650 | $682.83 |
| Tom Nolan (TN) | 1.20 | 0.00 | $0.00 | 0.00 | 0.00 | $550 | $0.00 |
| Kenneth Walczak (KMW) | 5.30 | 5.30 | $2,597.00 | 0.24 | 5.06 | $490 | $2,480.14 |
| Lisa Ells (LAE) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $470 | $0.00 |
| Kathryn Mantoan (KGM) | 3.40 | 0.00 | $0.00 | 0.00 | 0.00 | $460 | $0.00 |
| Aaron Fischer (AJF) | 30.70 | 30.40 | $13,984.00 | 1.37 | 29.03 | $460 | $13,354.72 |
| Blake Thompson (BT) | 42.60 | 40.40 | $18,180.00 | 1.82 | 38.58 | $450 | $17,361.90 |
| Michael Freedman (MLF) | 21.30 | 21.30 | $9,372.00 | 0.96 | 20.34 | $440 | $8,950.26 |
| Krista Stone-Manista (KSM) | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Margot Mendelson (MKM) | 56.50 | 53.60 | $21,976.00 | 2.41 | 51.19 | $410 | $20,987.08 |
| Jennifer Stark (JLS) | 33.70 | 21.00 | $8,610.00 | 0.95 | 20.06 | $410 | $8,222.55 |
| Benjamin Bien-Kahn (BBK) | 9.00 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Jenny Yelin (JSY) | 30.50 | 30.00 | $11,700.00 | 1.35 | 28.65 | $390 | $11,173.50 |
| Sarah Poppy Alexander (SA) | 2.10 | 0.00 | $0.00 | 0.00 | 0.00 | $350 | $0.00 |
| Rolayn Tauben (RLT) | 45.70 | 27.10 | $7,859.00 | 1.22 | 25.88 | $290 | $7,505.35 |
| Karen Stilber (KES) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $270 | $0.00 |
| Lucy Taylor (LRT) | 76.20 | 67.00 | $15,410.00 | 3.02 | 63.99 | $230 | $14,716.55 |
| Diana Gama (DAG) | 54.80 | 48.70 | $11,201.00 | 2.19 | 46.51 | $230 | $10,696.96 |
| Haruka Roudebush (HR) | 10.50 | 7.60 | $1,748.00 | 0.34 | 7.26 | $230 | $1,669.34 |
| **Total Hours:** | **435.30** | **362.90** | **$129,697.00** | | | | |
| **UNDISPUTED RBGG FEES:** | | | | | | | **$123,860.64** |
| | | | | | | | |
| **BINGHAM McCUTCHEN** | | | | | | | |
| Cameron Saul (CS) | 4.40 | 4.40 | $2,046.00 | 0.20 | 4.20 | $465 | $1,953.93 |
| **Total Hours:** | **4.40** | **4.40** | **$2,046.00** | | | | |
| **UNDISPUTED BMc FEES:** | | | | | | | **$1,953.93** |

**TOTAL UNDISPUTED FEES FOR
DAPO MONITORING WORK:** $125,814.57

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
**Costs**

*Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (in-house) | $879.60 | $39.58 | $840.02 |
| Photocopying (outside) | $682.05 | $30.69 | $651.36 |
| Lexis/Westlaw | $9.04 | $0.41 | $8.63 |
| Online Research - PACER and Legislative History | $5.00 | $0.23 | $4.78 |
| Postage & Delivery | $6.08 | $0.27 | $5.81 |
| Telephone | $7.30 | $0.33 | $6.97 |
| Interpretation and Translation Services | $300.00 | $13.50 | $286.50 |
| Travel - Mileage, Tolls, Food | $1,842.58 | $82.92 | $1,759.66 |
| **Undisputed RBGG Costs:** | | | **$3,563.73** |
| | | | |
| **Bingham McCutchen LLP** | **Costs** | | |
| Photocopying (in-house) | $0.60 | $0.03 | $0.57 |
| Postage & Delivery | $0.96 | $0.04 | $0.92 |
| **Undisputed BMc Costs:** | | | **$1.49** |

**TOTAL UNDISPUTED DAPO MONITORING COSTS:**　　　　　**$3,565.22**

Exhibit D

## <u>Armstrong v. Brown</u>
### Second Quarterly Statement of 2014
### April 1, 2014 through June 30 2014

**COUNTY JAIL APPEAL SUMMARY OF UNDISPUTED FEES AND COSTS**

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| COUNTY JAIL APPEAL | $62,566.35 | $1,142.37 |
| | **TOTAL:** | **$63,708.72** |

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
*Matter: COUNTY JAIL APPEAL*

| *County Jail Appeal (581-16)* | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Total |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | | |
| Michael Bien (MWB) | | 12.50 | 12.50 | $10,000.00 | 0.56 | 11.94 | $800 | $9,550.00 |
| Gay C. Grunfeld (GCG) | | 8.50 | 8.50 | $5,737.50 | 0.38 | 8.12 | $675 | $5,479.31 |
| Ernest Galvan (EG) | | 0.20 | 0.20 | $130.00 | 0.01 | 0.19 | $650 | $124.15 |
| Lisa Ellis (LAE) | | 79.70 | 77.60 | $36,472.00 | 3.49 | 74.11 | $470 | $34,830.76 |
| Blake Thompson (BT) | | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $450 | $0.00 |
| Michael Friedman (MLF) | | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $440 | $0.00 |
| Jennifer Stark (JLS) | | 1.50 | 0.00 | $0.00 | 0.00 | 0.00 | $410 | $0.00 |
| Jenny Yelin (JSY) | | 2.80 | 0.00 | $0.00 | 0.00 | 0.00 | $390 | $0.00 |
| Karen Stilber (KES) | | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $270 | $0.00 |
| | **Total Hours:** | **106.20** | **98.80** | **$52,339.50** | | | | |
| **UNDISPUTED RBGG FEES:** | | | | | | | | **$49,984.22** |
| | | | | | | | | |
| **BANCROFT PLLC** | | | | | | | | |
| Paul Clement (PDC) | | 0.50 | 0.50 | $675.00 | 0.02 | 0.48 | $1,350 | $644.63 |
| Zachary D. Tripp (ZDT) | | 10.50 | 10.50 | $8,925.00 | 0.47 | 10.03 | $850 | $8,523.38 |
| Michael H. McGinley (MHM) | | 6.50 | 6.50 | $3,575.00 | 0.29 | 6.21 | $550 | $3,414.13 |
| | **Total Hours:** | **11.00** | **11.00** | **$13,175.00** | | | | |
| **UNDISPUTED Bancroft FEES:** | | | | | | | | **$12,582.13** |

**TOTAL UNDISPUTED FEES FOR**
**COUNTY JAIL APPEAL WORK:**                                                              **$62,566.35**

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
**Costs**

### Matter:  County Jail Appeal

| Rosen, Bien, Galvan & Grunfeld (581-16) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (In house) | $192.60 | $8.67 | $183.93 |
| Photocopying (Outside) | $892.21 | $40.15 | $852.06 |
| Lexis / Westlaw | $111.04 | $5.00 | $106.04 |
| Telephone | $0.35 | $0.02 | $0.33 |
| **Undisputed RBGG Costs:** | | | **$1,142.37** |

**TOTAL UNDISPUTED COUNTY JAIL APPEAL COSTS:**     **$1,142.37**

Exhibit E

## <u>Armstrong v. Brown</u>
**Second Quarterly Statement of 2014**
**April 1, 2014 through June 30 2014**

**ACCOUNTABILITY  APPEAL SUMMARY OF UNDISPUTED FEES AND COSTS**

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| ACCT. APPEAL | $43,436.27 | $0.00 |
| | **TOTAL:** | **$43,436.27** |

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
*Matter: ACCOUNTABILITY APPEAL*

**_Acct. Appeal (581-17)_**

| | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Total |
|---|---|---|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | | | | |
| Warren George (WG) | | 14.9 | 14.9 | $12,814.00 | 0.67 | 14.23 | $860 | $12,237.37 |
| Donald Specter (DS) | | 29.3 | 29.3 | $23,440.00 | 1.32 | 27.98 | $800 | $22,385.20 |
| Rebekah Evenson (RE) | | 3.1 | 3.1 | $1,767.00 | 0.14 | 2.96 | $570 | $1,687.49 |
| Penny Godbold (PG) | | 13.3 | 13.3 | $6,517.00 | 0.60 | 12.70 | $490 | $6,223.74 |
| Kelly Knapp (KK) | | 2.1 | 2.1 | $945.00 | 0.09 | 2.01 | $450 | $902.48 |
| | **Total Hours:** | **62.70** | **62.70** | **$45,483.00** | | | | |
| **UNDISPUTED PLO FEES:** | | | | | | | | **$43,436.27** |

**TOTAL UNDISPUTED FEES FOR
ACCT. APPEAL WORK:** $43,436.27

Exhibit F

### **Armstrong v. Brown**
**Second Quarterly Statement of 2014**
**April 1, 2014 through June 30 2014**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $11,610.89 | $215.94 |
|  | **TOTAL:** | **$11,826.83** |

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
*Matter:  All Matters Fees Work*

| _Fees (581-2)_ | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Total |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Gay C. Grunfeld (GCG) | 0.60 | 0.60 | $405.00 | 0.03 | 0.57 | $675 | $386.78 |
| Ernest Galvan (EG) | 0.50 | 0.00 | $0.00 | 0.00 | 0.00 | $650 | $0.00 |
| Lisa Ells (LAE) | 0.70 | 0.00 | $0.00 | 0.00 | 0.00 | $470 | $0.00 |
| Blake Thompson (BT) | 9.60 | 9.40 | $4,230.00 | 0.42 | 8.98 | $450 | $4,039.65 |
| Glenn Baldwin (GMB) | 25.80 | 23.40 | $5,382.00 | 1.05 | 22.35 | $230 | $5,139.81 |
| Haruka Roudebush (HR) | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $230 | $0.00 |
| **Total Hours:** | **37.20** | **33.40** | **$10,017.00** | | | | |
| **UNDISPUTED RBGG FEES:** | | | | | | | **$9,566.24** |
| | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | |
| Coreen Kendrick (CK) | 0.70 | 0.70 | $343.00 | 0.03 | 0.67 | $490 | $327.57 |
| Edie DeGraff (ED) | 4.80 | 4.80 | $912.00 | 0.22 | 4.58 | $190 | $870.96 |
| **Total Hours:** | **5.50** | **5.50** | **$1,255.00** | | | | |
| **UNDISPUTED PLO FEES:** | | | | | | | **$1,198.53** |
| | | | | | | | |
| **BINGHAM McCUTCHEN** | | | | | | | |
| Geoffrey T. Holtz (GH) | 0.40 | 0.40 | $306.00 | 0.02 | 0.38 | $765 | $292.23 |
| **Total Hours:** | **0.40** | **0.40** | **$306.00** | | | | |
| **UNDISPUTED BMc FEES:** | | | | | | | **$292.23** |
| | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 0.80 | 0.80 | $580.00 | 0.04 | 0.76 | $725 | $553.90 |
| **Total Hours:** | **0.80** | **0.80** | **$580.00** | | | | |
| **UNDISPUTED DREDF FEES:** | | | | | | | **$553.90** |

**TOTAL UNDISPUTED FEES FOR
ARMSTRONG FEES WORK:**                                                      **$11,610.89**

**Armstrong v. Brown**
Second Quarterly Statement of 2014
April 1, 2014 through June 30, 2014
**Costs**

## Matter: Fees Work in All Matters

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | | |
| Photocopying and Printing (in-house) | $169.40 | $7.62 | $161.78 |
| Telephone | $0.85 | $0.04 | $0.81 |
| Postage & Delivery | $52.06 | $2.34 | $49.72 |
| **Undisputed RBGG Costs:** | | | **$212.31** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | Costs | | |
| Photocopying (in-house) | $3.80 | $0.17 | $3.63 |
| **Undisputed DREDF Costs:** | | | **$3.63** |
| | | | |
| **TOTAL UNDISPUTED FEES WORK COSTS :** | | | **$215.94** |