IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

  v.

EDMUND G. BROWN, JR., et al.,

    Defendants.
_____/

No. C 94-2307 CW

ORDER GRANTING MOTION AND STIPULATION TO FILE UNDER SEAL (Docket No. 2435)

    Plaintiffs have filed a motion to file under seal unredacted versions of Exhibits E-S of the Declaration of Rebekah Evenson (Docket No. 2435), which they offer in support of their motion for a Further Enforcement Order to Prohibit Defendants from Housing Class Members in Administrative Segregation Due to Lack of Accessible Housing (Docket No. 2436).  Plaintiffs also seek to file redacted versions of these documents in the public record. Docket No. 2435.  The parties have also filed a stipulation agreeing to the sealing of these documents.  Docket No. 2435-1.

    In their stipulation, the parties state, "Exhibits E-S contain 'personal information' of inmates, . . . including their names and CDCR numbers." Id. at ¶ 5.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010).  This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by

1  a sworn declaration demonstrating with particularity the need to
2  file each document under seal.  See Civil Local Rule 79-5(a).  If
3  a document has been designated as confidential by another party,
4  that party must file a declaration establishing that the document
5  is sealable.  Civil Local Rule 79-5(d).
6     The parties have provided reasons supporting the sealing of
7  the unredacted documents.  Accordingly, Plaintiffs' motion for
8  leave to file under seal is GRANTED (Docket No. 2435).  Within
9  four days of the date of this Order, Plaintiffs shall
10 electronically file under seal Exhibits E-S of the Evenson
11 Declaration, and shall file redacted versions of these documents
12 in the public record.
13     IT IS SO ORDERED.

15 Dated:  October 20, 2014           _____
                                      CLAUDIA WILKEN
                                      United States District Judge