| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>JAY M. GOLDMAN<br>Supervising Deputy Attorney General<br>MICHAEL J. QUINN<br>Deputy Attorney General<br>State Bar No. 209542<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-5726<br>  Fax: (415) 703-5843<br>  E-mail: Michael.Quinn@doj.ca.gov<br>*Attorneys for Defendants* | PRISON LAW OFFICE<br>REBEKAH EVENSON, ESQ. - 207825<br>PENNY GODBOLD, ESQ. -226925<br>1917 Fifth Street<br>Berkeley, CA 94107<br>Telephone: (510) 280-2621<br><br>ROSEN, BIEN & GALVAN, LLP<br>GAY GRUNFELD, ESQ. - 121944<br>315 Montgomery Street, Tenth Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-6830<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>                           Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et. al.,<br><br>                           Defendants. | C 94-2307 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME TO FILE OPPOSITION AND REPLY PAPERS, AND TO MOVE THE DECEMBER 4, 2014 HEARING DATE ON PLAINTIFFS' MOTION FOR A FURTHER ENFORCEMENT ORDER TO PROHIBIT DEFENDANTS FROM HOUSING CLASS MEMBERS IN ADMINISTRATIVE SEGREGATION DUE TO LACK OF ACCESSIBLE HOUSING**<br><br>Date:     December 4, 2014<br>Time:    2:00 p.m.<br>Dept:     Courtroom 2<br>Judge:   The Honorable Claudia Wilken |

1    Plaintiffs have filed a Motion for a Further Enforcement Order to Prohibit Defendants from Housing Class Members in Administrative Segregation Due to a Lack of Accessible Housing. Defendants' opposition is currently due on November 10, 2014, Plaintiffs' reply is due by November 24, 2014, and this matter is set for hearing on December 4, 2014 at 2:00 p.m.

The parties have agreed and stipulate to change the deadline for Defendants to file their opposition from November 10 to December 8, 2014, move Plaintiffs' deadline to file a reply from November 24 to December 22, 2014, and move the December 4, 2014 hearing to January 8, 2015 at 2:00 p.m., or as soon thereafter as the matter may be heard. As explained in the declaration of Michael J. Quinn in support, good cause exists to grant this motion. The parties have agreed to meet to discuss, with the aid of court expert Edward Swanson, the subject raised in Plaintiffs' pending motion, and require additional time to do so. Therefore, under Civil Local Rules 6-2 and 7-12, the parties submit this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED:  November 4, 2014

Kamala D. Harris
Attorney General of California
Jay C. Russell
Supervising Deputy Attorney General
Jay M. Goldman
Supervising Deputy Attorney General
Michael J. Quinn
Deputy Attorney General

*/s/ Michael J. Quinn*
Michael J. Quinn
Deputy Attorney General
*Attorneys for Defendants*

DATED: November 4, 2014

PRISON LAW OFFICE

*/s/ Rebekah Evenson*
Rebekah Evenson
*Attorneys for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 11/6/2014

_____
The Honorable Claudia Wilken
United States District Judge

2

Stip. and [Prop.] Order to Change Time for Opp'n, Reply, and Hearing  (C 94-2307 CW)

**ATTESTATION OF FILING**

Pursuant to L.R. 5-1(i)(3), I, Michael J. Quinn, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order to Change Time to File Opposition and Reply Papers, and to Move the December 4, 2014 Hearing Date on Plaintiffs' Motion for a Further Enforcement Order to Prohibit Defendants from Housing Class Members in Administrative Segregation Due to a Lack of Accessible Housing, under Civil Local Rules 6-2 and 7-12, has been obtained from Plaintiffs' counsel, Rebekah Evenson.

                                               */s/Michael J. Quinn*
                                               MICHAEL J. QUINN
                                               Deputy Attorney General
                                               *Attorneys for Defendants*

CF1997CS0005
41124612.doc

3

Stip. and [~~Prop.~~] Order to Change Time for Opp'n, Reply, and Hearing  (C 94-2307 CW)

# CERTIFICATE OF SERVICE

Case Name: **Armstrong v. Edmund G. Brown, Jr., et al.**    No. **C 94-2307 CW**

I hereby certify that on November 4, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME TO FILE OPPOSITION AND REPLY PAPERS, AND TO MOVE THE DECEMBER 4, 2014 HEARING DATE ON PLAINTIFFS' MOTION FOR A FURTHER ENFORCEMENT ORDER TO PROHIBIT DEFENDANTS FROM HOUSING CLASS MEMBERS IN ADMINISTRATIVE SEGREGATION DUE TO LACK OF ACCESSIBLE HOUSING

2. DECLARATION OF MICHAEL QUINN IN SUPPORT OF THE PARTIES' STIPULATION TO CHANGE TIME FOR OPPOSITION AND REPLY PAPERS, AND TO MOVE THE DECEMBER 4, 2014 HEARING DATE ON PLAINTIFFS' MOTION FOR A FURTHER ENFORCEMENT ORDER TO PROHIBIT DEFENDANTS FROM HOUSING CLASS MEMBERS IN ADMINISTRATIVE SEGREGATION DUE TO LACK OF ACCESSIBLE HOUSING

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 4, 2014, at San Francisco, California.

|  |  |
|---|---|
| D. Criswell | *s/ D. Criswell* |
| Declarant | Signature |

41124645.doc