Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: eswanson@swansonmcnamara.com

Court Expert

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER,<br><br>Defendant | Case No.  C 94-2307 CW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated November 11, 2014.

Dated: November 11, 2014                                      Respectfully submitted,

                                                                                        /s/
                                                                              EDWARD W. SWANSON
                                                                              Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment to court expert Edward Swanson per the court expert's invoice dated November 11, 2014.

Dated: 11/12/2014

HON. CLAUDIA WILKEN
United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


November 11, 2014


Invoice # 22969

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2014 | EWS | Review filings in related cases, 9th Cir decision, new mtn by P's, notes. | 1.50<br>450.00/hr | 675.00 |
|  | EWS | Review filings in related case. | 0.40<br>450.00/hr | 180.00 |
| 10/7/2014 | EWS | Review filing in related case.  Review reports and letters from counsel.  Review and edit minutes of coordination meeting.  Respond to email from special master. | 0.80<br>450.00/hr | 360.00 |
| 10/9/2014 | EWS | Travel to meeting with CDCR, counsel. | 1.80<br>450.00/hr | 810.00 |
|  | EWS | Meeting with CDCR, counsel re master plan. | 2.00<br>450.00/hr | 900.00 |
|  | EWS | Travel from meeting to office. | 1.90<br>450.00/hr | 855.00 |
|  | EWS | Review reports from plaintiffs, letter from defendants.  Draft response to CDCR. | 0.50<br>450.00/hr | 225.00 |
| 10/10/2014 | EWS | Review information from special master. | 0.10<br>450.00/hr | 45.00 |
| 10/13/2014 | EWS | Review material in advance of coordination meeting. | 0.30<br>450.00/hr | 135.00 |
| 10/14/2014 | APG | Court Coordination Meeting. | 1.20<br>325.00/hr | 390.00 |
|  | EWS | Court coordination meeting. | 1.10<br>450.00/hr | 495.00 |

Armstrong                                                                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/16/2014 EWS | Review joint status statement. Review report by plaintiffs. | | 0.40<br>450.00/hr | 180.00 |
| 10/21/2014 EWS | Review filing in related case. | | 0.20<br>450.00/hr | 90.00 |
| 10/23/2014 EWS | Review emails from counsel. Draft email to counsel re schedule, possible mediation. | | 0.20<br>450.00/hr | 90.00 |
| 10/29/2014 EWS | Travel to Sacto for meeting. | | 1.70<br>450.00/hr | 765.00 |
| | EWS | Meeting with counsel re master plan, other issues. | 3.00<br>450.00/hr | 1,350.00 |
| | EWS | Travel to office from meeting. | 1.80<br>450.00/hr | 810.00 |
| 10/30/2014 EWS | Preparation for call with counsel. Call with CDCR counsel. Email to plaintiffs. | | 0.50<br>450.00/hr | 225.00 |
| | EWS | Review information from defendants re serves. | 0.20<br>450.00/hr | 90.00 |
| 10/31/2014 EWS | Conference with plaintiffs' counsel. Email to all counsel re ad seg issue. Review and respond to emails. | | 0.60<br>450.00/hr | 270.00 |
| | EWS | Review letters from plaintiffs' counsel. | 0.20<br>450.00/hr | 90.00 |
| | For professional services rendered | | 20.40 | $9,030.00 |

Additional Charges :

| 9/17/2014 | | 26.07 |
|---|---|---|
| 9/18/2014 | Parking | 15.00 |
| | Total additional charges | $41.07 |
| | | $9,071.07 |

Armstrong                                                                                         Page    3

|  | Amount |
|---|---|
| Balance due | $9,071.07 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 1.20 | 325.00 | $390.00 |
| Edward W. Swanson | 19.20 | 450.00 | $8,640.00 |