IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>          Defendants.<br>                                              / | No. C 94-2307 CW<br><br>ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO AMEND BRIEFING SCHEDULE AND HEARING DATE (Docket No. 2458) |

Defendants have filed an administrative motion to amend the briefing schedule in order to give them one additional week to respond to Plaintiffs' motion for further enforcement (Docket No. 2436). Plaintiffs have opposed this motion.

Defendants argue that the additional time is needed due to delays experienced while attempting to negotiate a resolution out-of-court, as well as the Thanksgiving holiday and other litigation. Plaintiffs argue that they previously agreed to two time extensions at Defendants' request, and that another extension of time would harm Plaintiffs because Defendants may be continuing to place Class Members in Administrative Segregation due to their disabilities.

Under the current briefing schedule, Defendants' Opposition is due December 8, 2014, Plaintiff's Reply is due on December 22, 2014, and the hearing is set for January 8, 2014. Defendants request the following changes, which account for allowing

Plaintiffs' counsel more time as well:  Defendants' Opposition due December 15, 2014, Plaintiffs' Reply due January 12, 2015, and the hearing set for January 29, 2015.

Having considered the papers filed by the parties, the Court GRANTS the Defendants' administrative motion (Docket No. 2458) to amend the briefing and hearing schedule associated with Plaintiffs' motion for further enforcement.  The Court ORDERS that Defendants shall file their opposition to Plaintiffs' motion by December 15, 2014, Plaintiffs shall file their reply, if any, by January 12, 2015, and the hearing on Plaintiffs' motion shall take place on January 29, 2015 at 2:00 p.m.

IT IS SO ORDERED.

Dated: December 8, 2014

_____
CLAUDIA WILKEN
United States District Judge

2