1  Edward W. Swanson, SBN 159859
   SWANSON & McNAMARA LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477 3800
   Facsimile: (415) 477-9010
4  Email: eswanson@swansonmcnamara.com

5  Court Expert

6

7

8                UNITED STATES DISTRICT COURT

9               NORTHER DISTRICT OF CALIFORNIA

10

11
                                    | Case No.  C 94-2307 CW
12  JOHN ARMSTRONG                   |
                                     | **ADMINISTRATIVE MOTION AND**
13           Plaintiff,              | **[PROPOSED] ORDER FOR PAYMENT**

14

15           vs.

16  ARNOLD SCHWARZENEGGER,

17           Defendant

18

19

20              **ADMINISTRATIVE MOTION**

21       Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward

22  Swanson hereby moves the Court for an order for payment of the attached invoice dated

23  December 8, 2014.

24

25  Dated: December 9, 2014                    Respectfully submitted,

26
                                              _____/s/_____
27                                            EDWARD W. SWANSON
                                              Court Expert
28

1

**ORDER**

2

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment to

3

4

court expert Edward Swanson per the court expert's invoice dated December 8, 2014.

5

Dated:  12/9/2014

6

HON. CLAUDIA WILKEN
United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**Admin. Motion and [~~Proposed~~] Order for Payment**
*Armstrong v. Schwarzenegger*, C 94-2307 CW