Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong



December 08, 2014


Invoice # 23096

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/2/2014 EWS | Review and respond to email from counsel. | 0.10<br>450.00/hr | 45.00 |
| 11/3/2014 EWS | Review and respond to emails from counsel re timing, meeting. | 0.20<br>450.00/hr | 90.00 |
| EWS | Review stip and forward to parties.  Conference with court. | 0.30<br>450.00/hr | 135.00 |
| 11/4/2014 EWS | Review and respond to email from counsel re joint monitoring tool. | 0.10<br>450.00/hr | 45.00 |
| 11/6/2014 EWS | Review and respond to email from counsel.  Review agenda.  Review correspondence from counsel. | 0.40<br>450.00/hr | 180.00 |
| 11/7/2014 EWS | Conference with counsel.  Review and respond to email. | 0.30<br>450.00/hr | 135.00 |
| 11/10/2014 EWS | Review material in advance of mediation. | 0.90<br>450.00/hr | 405.00 |
| EWS | Meeting with parties for mediation of ad seg motion.  Travel to and from mediation. | 6.00<br>450.00/hr | 2,700.00 |
| 11/11/2014 EWS | Review report from plaintiff. | 0.40<br>450.00/hr | 180.00 |
| 11/12/2014 EWS | Review reports from plaintiffs. | 0.20<br>450.00/hr | 90.00 |
| 11/14/2014 EWS | Travel to Sacto for mediation. | 1.70<br>450.00/hr | 765.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/14/2014 | EWS | Meeting with counsel to mediate ad seg issue. | 4.50 450.00/hr | 2,025.00 |
| | EWS | Travel from Sacto to office. | 1.70 450.00/hr | 765.00 |
| 11/16/2014 | EWS | Review material in advance of meeting with counsel. | 0.20 450.00/hr | 90.00 |
| 11/17/2014 | EWS | Travel to meeting with counsel. | 1.70 450.00/hr | 765.00 |
| | APG | Conference with E Swanson re mediation issues | 0.30 325.00/hr | 97.50 |
| | EWS | Conference with staff in advance of meeting. | 0.40 450.00/hr | 180.00 |
| | EWS | Conference with parties re tentative order, construction, ASU. Conference with counsel re RJD agreement. | 4.00 450.00/hr | 1,800.00 |
| | EWS | Travel from Sacto to office. | 1.80 450.00/hr | 810.00 |
| | EWS | Review filing in related case. | 0.20 450.00/hr | 90.00 |
| 11/18/2014 | EWS | Review and respond to emails from plaintiffs' counsel. | 0.20 450.00/hr | 90.00 |
| 11/19/2014 | EWS | Draft emails to counsel re ad seg, RJD. | 0.30 450.00/hr | 135.00 |
| 11/20/2014 | EWS | Phone calls with counsel re mediation. | 0.50 450.00/hr | 225.00 |
| | EWS | Review and respond to emails from counsel. | 0.20 450.00/hr | 90.00 |
| | EWS | Review submissions by parties re tentative order. | 0.20 450.00/hr | 90.00 |
| 11/21/2014 | EWS | Review and respond to emails from counsel. | 0.20 450.00/hr | 90.00 |
| | EWS | Phone call from plaintiffs' counsel.  Email to defense counsel. | 0.30 450.00/hr | 135.00 |
| 11/23/2014 | EWS | Review parties' filings. | 0.20 450.00/hr | 90.00 |
| 11/24/2014 | EWS | Phone call with court.  Review court order in related case. Communicate with special master re upcoming meeting.  Contact counsel. | 0.70 450.00/hr | 315.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 11/24/2014 EWS  Review and respond to email from counsel. | 0.10<br>450.00/hr | 45.00 |
| EWS  Review and respond to email from Receiver's staff. Review emails from counsel.  Review and edit minutes, action items. | 0.60<br>450.00/hr | 270.00 |
| For professional services rendered | 28.90 | $12,967.50 |

Additional Charges :

| | | Amount |
|---|---|---|
| 7/18/2014 parking. | | 9.00 |
| 9/23/2014 Parking. | | 9.00 |
| 10/8/2014 Parking. | | 11.00 |
| 10/9/2014 Parking. | | 7.00 |
| 10/29/2014 Parking. | | 10.00 |
| Total additional charges | | $46.00 |
| Total amount of this bill | | $13,013.50 |

Accounts receivable transactions

| | Amount |
|---|---|
| Balance due | $13,013.50 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| August P. Gugelmann - Associate | 0.30 | 325.00 | $97.50 |
| Edward W. Swanson | 28.60 | 450.00 | $12,870.00 |