DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

GEOFFREY T. HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
BLAKE THOMPSON – 255600
MICHAEL FREEDMAN – 262850
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | Case No. C94 2307 CW<br><br>**[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2014**<br><br>Judge: Hon. Claudia Wilken |

1    On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on October 30, 2014 Plaintiffs served on Defendants their Third Quarterly Statement for 2014 by overnight delivery.  The parties completed their meet-and-confer process on December 1, 2014 as to the fees and costs incurred on all matters.

As a result of the December 1, 2014 agreement, the parties agree to the following:

The parties agree to the payment of $633,592.68 for undisputed fees and costs incurred during the Third Quarter of 2014, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $30,065.62 for undisputed fees and costs incurred during the Third Quarter of 2014, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $166,399.08 for undisputed fees and costs incurred during the Third Quarter of 2014, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $12,311.78 for undisputed fees and costs incurred during the Third Quarter of 2014, for fees on fees.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1   IT IS HEREBY ORDERED that the amounts set forth above are due and
2 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3 and costs will run from November 30, 2014, accruing at the rate provided by 28 U.S.C.
4 § 1961.

5 DATED: __12/15/2014_____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

10 APPROVED AS TO FORM:

12 DATED:  December 12, 2014        */s/ Jay M. Goldman*_____
                                   Jay M. Goldman
13                                 Deputy Attorney General
                                   Attorney for Defendants

15 DATED:  December 12, 2014        */s/ Blake Thompson*_____
                                   Blake Thompson
16                                 Rosen Bien Galvan & Grunfeld LLP
                                   Attorneys for Plaintiffs

# Exhibit A

# Armstrong v. Brown
**Third Quarterly Statement of 2014**
**July 1, 2014 through September 30, 2014**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $614,647.68 | $18,945.00 |
| | **TOTAL:** | **$633,592.68** |

**Armstrong v. Brown**
Third Quarterly Statement of 2014
July 1, 2014 through September 30, 2014
*Matter:  CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael W. Bien (MWB) | 4.00 | 4.00 | $3,200.00 | 0.16 | 3.84 | $800 | $3,072.00 |
| Gay C. Grunfeld (GCG) | 25.60 | 25.20 | $17,010.00 | 1.01 | 24.19 | $675 | $16,329.60 |
| Ernest Galvan (EG) | 0.70 | 0.70 | $455.00 | 0.03 | 0.67 | $650 | $436.80 |
| Thomas Nolan (TN) | 190.50 | 190.50 | $104,775.00 | 7.62 | 182.88 | $550 | $100,584.00 |
| Lisa Ells (LAE) | 16.50 | 11.60 | $5,452.00 | 0.46 | 11.14 | $470 | $5,233.92 |
| Aaron Fischer (AJF) | 0.70 | 0.00 | $0.00 | 0.00 | 0.00 | $470 | $0.00 |
| Blake Thompson (BT) | 46.60 | 44.90 | $20,205.00 | 1.80 | 43.10 | $450 | $19,396.80 |
| Michael Freedman (MLF) | 12.10 | 12.00 | $5,280.00 | 0.48 | 11.52 | $440 | $5,068.80 |
| Krista Stone-Manista (KSM) | 39.80 | 39.00 | $15,990.00 | 1.56 | 37.44 | $410 | $15,350.40 |
| Kevin Jones (KEJ) | 0.40 | 0.00 | $0.00 | 0.00 | 0.00 | $290 | $0.00 |
| Rolayn Tauben (RLT) | 162.50 | 149.90 | $43,471.00 | 6.00 | 143.90 | $290 | $41,732.16 |
| Karen Stilber (KES) | 45.60 | 43.30 | $11,691.00 | 1.73 | 41.57 | $270 | $11,223.36 |
| Diana Gama (DAG) | 16.20 | 13.30 | $3,059.00 | 0.53 | 12.77 | $230 | $2,936.64 |
| Haruka Roudebush (HR) | 266.80 | 223.80 | $51,474.00 | 8.95 | 214.85 | $230 | $49,415.04 |
| Lucy Taylor (LRT) | 170.00 | 147.60 | $33,948.00 | 5.90 | 141.70 | $230 | $32,590.08 |
| **Total Hours:** | **998.00** | **905.80** | **$316,010.00** | | | | |
| **UNDISPUTED RBGG FEES:** | | | | | | | **$303,369.60** |
| **PRISON LAW OFFICE** | | | | | | | |
| Donald Specter (DS) | 3.80 | 3.80 | $3,040.00 | 0.15 | 3.65 | $800 | $2,918.40 |
| Rebekah Evenson (RE) | 131.30 | 131.30 | $74,841.00 | 5.25 | 126.05 | $570 | $71,847.36 |
| Penny Godbold (PG) | 142.40 | 142.40 | $69,776.00 | 5.70 | 136.70 | $490 | $66,984.96 |
| Corene Kendrick (CK) | 43.80 | 43.80 | $21,462.00 | 1.75 | 42.05 | $490 | $20,603.52 |
| Kelly Knapp (KK) | 67.40 | 67.40 | $30,330.00 | 2.70 | 64.70 | $450 | $29,116.80 |
| Amber Norris (AN) | 266.10 | 266.10 | $69,186.00 | 10.64 | 255.46 | $260 | $66,418.56 |
| Megan Lynch (ML) | 60.20 | 60.20 | $14,448.00 | 2.41 | 57.79 | $240 | $13,870.08 |
| Nora Searle (NS) | 18.70 | 18.70 | $4,488.00 | 0.75 | 17.95 | $240 | $4,308.48 |
| John Bonacorsi (JB) | 43.20 | 43.20 | $10,368.00 | 1.73 | 41.47 | $240 | $9,953.28 |
| Joyce de la Pena (JP) | 12.90 | 12.90 | $3,096.00 | 0.52 | 12.38 | $240 | $2,972.16 |
| Natalie Patrucci (NP) | 3.90 | 3.90 | $936.00 | 0.16 | 3.74 | $240 | $898.56 |
| Sarah Hopkins (SH) | 66.70 | 66.70 | $16,008.00 | 2.67 | 64.03 | $240 | $15,367.68 |
| Viviana Arcia (VA) | 23.10 | 23.10 | $5,544.00 | 0.92 | 22.18 | $240 | $5,322.24 |
| **Total Hours:** | **883.50** | **883.50** | **$323,523.00** | | | | |
| **UNDISPUTED PLO FEES:** | | | | | | | **$310,582.08** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | |
| Linda Kilb (LDK) | 0.60 | 0.60 | $435.00 | 0.02 | 0.58 | $725 | $417.60 |
| Hongyu Min (HM) | 2.00 | 2.00 | $290.00 | 0.08 | 1.92 | $145 | $278.40 |
| **Total Hours:** | **2.60** | **2.60** | **$725.00** | | | | |
| **UNDISPUTED DREDF FEES:** | | | | | | | **$696.00** |
| **TOTAL UNDISPUTED CDCR/AOAP MONITORING FEES:** | | | | | | | **$614,647.68** |

<u>**Armstrong v. Brown**</u>
Third Quarterly Statement of 2014
July 1, 2014 through September 30, 2014
<u>**Costs**</u>

### Matter:  CDCR/AOAP Merits/Monitoring

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **<u>Rosen, Bien, Galvan & Grunfeld (581-3)</u>** | | | |
| Photocopying (In house) | $1,323.20 | $52.93 | $1,270.27 |
| Photocopying (Outside) | $2,155.28 | $86.21 | $2,069.07 |
| Lexis / Westlaw | $0.00 | $0.00 | $0.00 |
| Online Research - PACER | $3.60 | $0.14 | $3.46 |
| Postage & Delivery | $489.30 | $19.57 | $469.73 |
| Travel - Mileage, Tolls, Food | $2,795.55 | $111.82 | $2,683.73 |
| Telephone | $9.45 | $0.38 | $9.07 |
| **Undisputed RBGG Costs:** | | | **$6,505.32** |
| **<u>Prison Law Office</u>** | **Costs** | | |
| Photocopying (In house) | $1,197.60 | $47.90 | $1,149.70 |
| Expert Services | $3,022.50 | $120.90 | $2,901.60 |
| Postage & Delivery | $970.82 | $38.83 | $931.99 |
| Travel - Mileage, Tolls, Food | $7,607.68 | $304.31 | $7,303.37 |
| **Undisputed PLO Costs:** | | | **$12,286.66** |
| **<u>Disability Rights Education & Defense Fund, Inc.</u>** | | | |
| Photocopying (in-house) | $121.80 | $4.87 | $116.93 |
| Postage & Delivery | $37.60 | $1.50 | $36.10 |
| **Undisputed DREDF Costs:** | | | **$153.02** |
| **TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING COSTS:** | | | **$18,945.00** |

# Exhibit B

## Armstrong v. Brown
**Third Quarterly Statement of 2014**
**July 1, 2014 through September 30, 2014**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $29,125.44 | $940.18 |
| | **TOTAL:** | **$30,065.62** |

**Armstrong v. Brown**
Third Quarterly Statement of 2014
July 1, 2014 through September 30, 2014
*Matter: BPH*

| BPH (581-4) | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Blake Thompson (BT) | 17.40 | 16.90 | $7,605.00 | 0.68 | 16.22 | $450 | $7,300.80 |
| Rolayn Tauben (RLT) | 0.70 | 0.60 | $174.00 | 0.02 | 0.58 | $290 | $167.04 |
| Total Hours: | 18.10 | 17.50 | $7,779.00 | | | | |
| **UNDISPUTED RBGG FEES:** | | | | | | | $7,467.84 |
| **PRISON LAW OFFICE** | | | | | | | |
| Sara Norman (SN) | 6.1 | 6.1 | $3,782.00 | 0.24 | 5.86 | $620 | $3,630.72 |
| Rana Anabtawi (RA) | 45.80 | 45.80 | $18,778.00 | 1.83 | 43.97 | $410 | $18,026.88 |
| Total Hours: | 51.90 | 51.90 | $22,560.00 | | | | |
| **UNDISPUTED PLO FEES:** | | | | | | | $21,657.60 |
| **TOTAL UNDISPUTED FEES FOR BPH WORK:** | | | | | | | **$29,125.44** |

**Armstrong v. Brown**
Third Quarterly Statement of 2014
July 1, 2014 through September 30, 2014
**Costs**

*Matter: BPH*

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | | |
| Travel - Mileage, Tolls, Food | $386.54 | $15.46 | $371.08 |
| **Undisputed RBGG Costs:** | | | **$371.08** |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | $592.81 | $23.71 | $569.10 |
| **Undisputed PLO Costs:** | | | **$569.10** |
| **TOTAL UNDISPUTED BPH COSTS:** | | | **$940.18** |

# Exhibit C

# **Armstrong v. Brown**
**Third Quarterly Statement of 2014**
**July 1, 2014 through September 30, 2014**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| DAPO MONITORING | $161,324.64 | $5,074.44 |
| | **TOTAL:** | **$166,399.08** |

**Armstrong v. Brown**
Third Quarterly Statement of 2014
July 1, 2014 through September 30, 2014
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | |
| Michael Bien (MWB) | 1.80 | 1.00 | $800.00 | 0.04 | 0.96 | $800 | $768.00 |
| Gay C. Grunfeld (GCG) | 13.50 | 13.50 | $9,112.50 | 0.54 | 12.96 | $675 | $8,748.00 |
| Lisa Ells (LAE) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | $470 | $0.00 |
| Aaron Fischer (AJF) | 34.80 | 34.40 | $15,824.00 | 1.38 | 33.02 | $460 | $15,191.04 |
| Blake Thompson (BT) | 75.00 | 73.50 | $33,075.00 | 2.94 | 70.56 | $450 | $31,752.00 |
| Michael Freedman (MLF) | 24.10 | 24.10 | $10,604.00 | 0.96 | 23.14 | $440 | $10,179.84 |
| Margot Mendelson (MKM) | 43.10 | 40.20 | $16,482.00 | 1.61 | 38.59 | $410 | $15,822.72 |
| Jennifer Stark (JLS) | 32.30 | 26.10 | $10,701.00 | 1.04 | 25.06 | $410 | $10,272.96 |
| Benjamin Bien-Kahn (BBK) | 29.90 | 23.90 | $9,799.00 | 0.96 | 22.94 | $410 | $9,407.04 |
| Jenny Yelin (JSY) | 64.20 | 60.10 | $23,439.00 | 2.40 | 57.70 | $390 | $22,501.44 |
| Sarah Poppy Alexander (SA) | 0.90 | 0.00 | $0.00 | 0.00 | 0.00 | $350 | $0.00 |
| Kevin Jones (KJ) | 0.10 | 0.00 | $0.00 | 0.00 | 0.00 | | $0.00 |
| Rolayn Tauben (RLT) | 31.80 | 23.50 | $6,815.00 | 0.94 | 22.56 | $290 | $6,542.40 |
| Karen Stilber (KES) | 0.30 | 0.00 | $0.00 | 0.00 | 0.00 | $270 | $0.00 |
| Mayra B. Joachin (MBJ) | 32.20 | 0.00 | $0.00 | 0.00 | 0.00 | $260 | $0.00 |
| Lucy Taylor (LRT) | 80.60 | 69.10 | $15,893.00 | 2.76 | 66.34 | $230 | $15,257.28 |
| Diana Gama (DAG) | 87.90 | 67.40 | $15,502.00 | 2.70 | 64.70 | $230 | $14,881.92 |
| Haruka Roudebush (HR) | 3.10 | 0.00 | $0.00 | 0.00 | 0.00 | $230 | $0.00 |
| **Total Hours:** | **555.70** | **456.80** | **$168,046.50** | | | | |
| **UNDISPUTED RBGG FEES:** | | | | | | | **$161,324.64** |

**TOTAL UNDISPUTED FEES FOR
DAPO MONITORING WORK:**                                                                                                     **$161,324.64**

**Armstrong v. Brown**
Third Quarterly Statement of 2014
July 1, 2014 through September 30, 2014
**Costs**

*Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| Photocopying (in-house) | $664.00 | $26.56 | $637.44 |
| Photocopying (outside) | 652.18 | $26.09 | $626.09 |
| Lexis/Westlaw | $40.34 | $1.61 | $38.73 |
| Postage & Delivery | $21.65 | $0.87 | $20.78 |
| Telephone | $12.20 | $0.49 | $11.71 |
| Facsimile | $8.00 | $0.32 | $7.68 |
| Interpretation and Translation Services | $1,534.56 | $61.38 | $1,473.18 |
| Travel - Mileage, Tolls, Food | $2,352.94 | $94.12 | $2,258.82 |
| **Undisputed RBGG Costs:** | | | **$5,074.44** |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | | | **$5,074.44** |

# Exhibit D

# Armstrong v. Brown
**Third Quarterly Statement of 2014**
**July 1, 2014 through September 30, 2014**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| FEES WORK (ALL MATTERS) | $12,084.00 | $227.78 |
|  | **TOTAL:** | **$12,311.78** |

**Armstrong v. Brown**
Third Quarterly Statement of 2014
July 1, 2014 through September 30, 2014
*Matter: All Matters Fees Work*

| *Fees (581-2)* | | Actual Hours | Claimed Hours | Claimed Fees | Withdrawn By Pltfs | Undisputed Hours | 2014 Rates | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | | | |
| Gay C. Grunfeld (GCG) | | 0.80 | 0.80 | $540.00 | 0.03 | 0.77 | $675 | $518.40 |
| Lisa Ells (LAE) | | 0.20 | 0.00 | $0.00 | 0.00 | 0.00 | $470 | $0.00 |
| Blake Thompson (BT) | | 11.10 | 10.40 | $4,680.00 | 0.42 | 9.98 | $450 | $4,492.80 |
| Diana Gama (DAG) | | 0.60 | 0.00 | $0.00 | 0.00 | 0.00 | $230 | $0.00 |
| Glenn Baldwin (GMB) | | 22.30 | 20.40 | $4,692.00 | 0.82 | 19.58 | $230 | $4,504.32 |
| | Total Hours: | 35.00 | 31.60 | $9,912.00 | | | | |
| **UNDISPUTED RBGG FEES:** | | | | | | | | $9,515.52 |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Rebekah Evenson (RE) | | 0.60 | 0.60 | $342.00 | 0.02 | 0.58 | $570 | $328.32 |
| Edie DeGraff (ED) | | 8.00 | 8.00 | $1,520.00 | 0.32 | 7.68 | $190 | $1,459.20 |
| | Total Hours: | 8.60 | 8.60 | $1,862.00 | | | | |
| **UNDISPUTED PLO FEES:** | | | | | | | | $1,787.52 |
| | | | | | | | | |
| **BINGHAM McCUTCHEN** | | | | | | | | |
| Geoffrey T. Holtz (GH) | | 0.40 | 0.40 | $306.00 | 0.02 | 0.38 | $765 | $293.76 |
| | Total Hours: | 0.40 | 0.40 | $306.00 | | | | |
| **UNDISPUTED BMc FEES:** | | | | | | | | $293.76 |
| | | | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | | | |
| Linda Kilb (LDK) | | 0.70 | 0.70 | $507.50 | 0.03 | 0.67 | $725 | $487.20 |
| | Total Hours: | 0.70 | 0.70 | $507.50 | | | | |
| **UNDISPUTED DREDF FEES:** | | | | | | | | $487.20 |
| | | | | | | | | |
| **TOTAL UNDISPUTED FEES FOR ARMSTRONG FEES WORK:** | | | | | | | | $12,084.00 |

**Armstrong v. Brown**
Third Quarterly Statement of 2014
July 1, 2014 through September 30, 2014
**Costs**

*Matter: Fees Work in All Matters*

| | Costs | Withdrawn by Plaintiffs | Costs Now Owing |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | | |
| Photocopying and Printing (in-house) | $160.20 | $6.41 | $153.79 |
| Postage & Delivery | $73.07 | $2.92 | $70.15 |
| **Undisputed RBGG Costs:** | | | **$223.94** |
| **Disability Rights Education & Defense Fund, Inc.** | Costs | | |
| Photocopying (in-house) | $4.00 | $0.16 | $3.84 |
| **Undisputed DREDF Costs:** | | | **$3.84** |
| **TOTAL UNDISPUTED FEES WORK COSTS :** | | | **$227.78** |