| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>REBEKAH EVENSON – 207825<br>CORENE KENDRICK – 226642<br>PENNY GODBOLD – 226925<br>1917 Fifth Street<br>Berkeley, California  94710<br>Telephone:  (510) 280-2621<br><br>DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC.<br>LINDA KILB – 136101<br>2212 Sixth Street<br>Berkeley, California  94710<br>Telephone:  (510) 644-2555<br><br>ROSEN, BIEN, GALVAN, & GRUNFELD LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>315 Montgomery Street, Tenth Floor<br>San Francisco, California  94104-1823<br>Telephone:  (415) 433-6830<br><br>Attorneys for Plaintiffs | KAMALA D. HARRIS<br>Attorney General of the State of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>JAY C. RUSSELL – 122626<br>Supervising Deputy Attorney General<br>JAY M. GOLDMAN – 168141<br>Supervising Deputy Attorney General<br>BRYAN KAO  - 240242<br>Deputy Attorney General<br>JANELLE M. SMITH - 231801<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California  94102-7004<br>Telephone:  (415) 703-5521<br><br>Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>                        Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et. al.,**<br><br>                        Defendants. | C 94-2307 CW<br><br>**STIPULATION AND ORDER TO CHANGE TIME TO FILE JOINT STATUS CONFERENCE STATEMENT**<br><br>Judge:  The Honorable Claudia Wilken |

Under the March 28, 2011, stipulation and order regarding the joint filing of periodic status statements, the parties shall file joint statements describing "the status of the litigation"

1

including Defendants' progress on court orders and any perceived barriers to compliance on the fifteenth day of every other month, or the first business day thereafter. (Docket No. 1868, Stip. & Order Re: Joint Filing Periodic Status Stmts. 2.)

The next joint status statement is due on December 15, 2014. In order to allow the parties sufficient time to prepare a joint statement, the parties stipulate to file the next joint status statement on or before January 15, 2015.

IT IS SO STIPULATED

DATED:  December 15, 2014

KAMALA D. HARRIS
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

*s/ Jay M. Goldman*
JAY M. GOLDMAN
Supervising Deputy Attorney General
*Attorneys for Defendants*

PRISON LAW OFFICE

DATED: December 15, 2014

*s/ Penny Godbold*
PENNY GODBOLD
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

Dated:  12/15/2014

_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge

2

Stip. & Order Change Time File Jt. Status Stmt.   (C 94-2307 CW)

As required by Local Rule 5-1, I, Rebekah Evenson, attest that I obtained concurrence in the filing of this document from Jay Goldman and that I have maintained records to support this concurrence

DATED:  December 15, 2014

                                        PRISON LAW OFFICE

                                        *s/ Penny Godbold*
                                        PENNY GODBOLD
                                        *Attorneys for Plaintiffs*

CF1997CS0005
20656456.doc

3

Stip. & Order Change Time File Jt. Status Stmt.   (C 94-2307 CW)