IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | No. C 94-2307 CW |
|     Plaintiffs, | ORDER GRANTING MOTION TO FILE UNDER SEAL (Docket No. 2472) |
|   v. | |
| EDMUND G. BROWN, JR., et al., | |
|     Defendants. | |

    Defendants have filed a motion to file under seal unredacted versions of Exhibit G and Exhibits I through M of the Declaration of Mike Knowles (Docket No. 2472), which they offer in support of their Opposition to Plaintiffs' motion for a Further Enforcement Order to Prohibit Defendants from Housing Class Members in Administrative Segregation Due to Lack of Accessible Housing (Docket No. 2473).  Defendants also seek to file redacted versions of these documents in the public record.  Docket No. 2472. Defendants attest that Plaintiffs' counsel has stipulated that the exhibits may be filed under seal.

    These exhibits contain personal information of inmates, including their names, CDCR numbers and confidential medical information.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so.  Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010).  This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material

1  is considered to be confidential, but rather must be supported by
2  a sworn declaration demonstrating with particularity the need to
3  file each document under seal.  See Civil Local Rule 79-5(a).  If
4  a document has been designated as confidential by another party,
5  that party must file a declaration establishing that the document
6  is sealable.  Civil Local Rule 79-5(d).
7      Defendants have provided reasons sufficient to support the
8  sealing of the unredacted documents.  Accordingly, Defendants'
9  motion for leave to file under seal is GRANTED (Docket No. 2472).
10 Within four days of the date of this Order, Defendants shall
11 electronically file under seal Exhibit G and Exhibits I through M
12 of the Knowles Declaration, and shall file redacted versions of
13 these documents in the public record.
14     IT IS SO ORDERED.

Dated:  December 17, 2014

CLAUDIA WILKEN
United States District Judge

2