Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA  94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

January 08, 2015

Invoice # 23201

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/1/2014 EWS | Review and respond to contact from court.  Review email from Receiver's office. | 0.30<br>450.00/hr | 135.00 |
| 12/2/2014 EWS | Meeting with coordinating committee. | 1.10<br>450.00/hr | 495.00 |
| EWS | Review and respond to emails from Receiver's office. | 0.30<br>450.00/hr | 135.00 |
| 12/3/2014 EWS | Review and respond to Receiver's emails. | 0.10<br>450.00/hr | 45.00 |
| EWS | Review tour reports from plaintiffs. | 0.30<br>450.00/hr | 135.00 |
| 12/4/2014 EWS | Review filings by parties.  Review report from plaintiffs. | 0.50<br>450.00/hr | 225.00 |
| 12/5/2014 EWS | Review filings. Call with court. | 0.20<br>450.00/hr | 90.00 |
| 12/8/2014 EWS | Conference with Receiver's staff. | 0.80<br>450.00/hr | 360.00 |
| 12/10/2014 EWS | Travel to Sacto for meeting with counsel. | 1.60<br>450.00/hr | 720.00 |
| EWS | Conference with counsel - meet & confer. | 2.30<br>450.00/hr | 1,035.00 |
| EWS | Travel to Receiver's office. | 0.60<br>450.00/hr | 270.00 |

Armstrong

Page 2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/10/2014 | EWS | Meeting with Receiver's office. | 1.20<br>450.00/hr | 540.00 |
| | EWS | Travel from Receiver's office to office. | 1.90<br>450.00/hr | 855.00 |
| 12/16/2014 | EWS | Review report from plaintiffs. | 0.20<br>450.00/hr | 90.00 |
| 12/23/2014 | EWS | Review correspondence from parties re prison, jail issues. | 0.20<br>450.00/hr | 90.00 |
| 12/26/2014 | EWS | Review correspondence from plaintiffs. | 0.20<br>450.00/hr | 90.00 |
| 12/28/2014 | EWS | Review responses from CDCR. | 0.40<br>450.00/hr | 180.00 |
| 12/29/2014 | EWS | Review report from plaintiffs. | 0.20<br>450.00/hr | 90.00 |
| 12/30/2014 | EWS | Review correspondence from plaintiff's counsel. | 0.30<br>450.00/hr | 135.00 |

For professional services rendered     12.70    $5,715.00

Additional Charges :

| | | |
|---|---|---|
| 11/14/2014 | Parking. | 15.00 |
| 11/17/2014 | Parking | 14.00 |

Total additional charges     $29.00

Total amount of this bill     $5,744.00

Balance due     $5,744.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edward W. Swanson | 12.70 | 450.00 | $5,715.00 |