IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

    Plaintiffs,

  v.

EDMUND G. BROWN, JR., et al.,

    Defendants.
_____/

No. C 94-2307 CW

ORDER GRANTING
MOTION TO FILE
UNDER SEAL
(Docket No. 2482)

    Plaintiffs have filed a motion to file under seal unredacted versions of Exhibits B through F of the Second Declaration of Rebekah Evenson (Docket No. 2482), which they offer in support of their motion for a Further Enforcement Order to Prohibit Defendants from Housing Class Members in Administrative Segregation Due to Lack of Accessible Housing (Docket No. 2473). Plaintiffs also seek to file redacted versions of these documents in the public record. Docket No. 2482. Plaintiffs attest that Defendants' counsel has stipulated that the exhibits may be filed under seal.

    These exhibits contain personal information of inmates, including their names and CDCR numbers.

    Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 678 (9th Cir. 2010). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by

a sworn declaration demonstrating with particularity the need to file each document under seal.  <u>See</u> Civil Local Rule 79-5(a).  If a document has been designated as confidential by another party, that party must file a declaration establishing that the document is sealable.  Civil Local Rule 79-5(d).

Plaintiffs have provided reasons sufficient to support the sealing of the unredacted documents.  Accordingly, Plaintiffs' motion for leave to file under seal is GRANTED (Docket No. 2482).  Within four days of the date of this Order, Plaintiffs shall electronically file under seal Exhibits B through F of the Second Declaration of Rebekah and shall file redacted versions of these documents in the public record.

IT IS SO ORDERED.

Dated: January 15, 2015

_____
CLAUDIA WILKEN
United States District Judge