IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants.<br>_____/ | No. C 94-2307 CW<br><br>ORDER REGARDING DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DECLARATION<br>(Docket No. 2486) |

    Defendants, Edmund G. Brown, Jr. at al., object to the Declaration of Richard Subia (Docket No. 2483-1) in support of Plaintiffs' motion for further enforcement (Docket No. 2436). Defendants have not been given an opportunity to respond to the Subia Declaration because it was offered in Plaintiffs' reply rather than in their opening brief.

    Accordingly, Defendants shall file a brief of no more than five pages supported by a declaration of no more than ten pages no later than Wednesday, January 28, 2015 at noon.

    IT IS SO ORDERED.

Dated: January 23, 2015

                              CLAUDIA WILKEN<br>
                              United States District Judge