KAMALA D. HARRIS  
Attorney General of California  
PATRICK R. MCKINNEY  
Supervising Deputy Attorney General  
EDWARD R. FLUET  
Deputy Attorney General  
State Bar No. 247203  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA  94102-7004  
  Telephone:  (415) 703-5836  
  Fax:  (415) 703-5843  
  E-mail:  Ned.Fluet@doj.ca.gov  
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>                Plaintiffs,<br><br>**v.**<br><br>**EDMUND G. BROWN, JR., et. al.,**<br><br>                Defendants. | C 94-2307 CW<br><br>**[~~PROPOSED~~] ORDER DIRECTING ADDITIONAL INTERIM PAYMENT OF COSTS** |

On June 11, 2007, the Court directed Defendants to deposit the sum of $100,000 with the Clerk of the Court as an interim payment of costs, to provide funds for compensation of the Court appointed expert in this case.  Since then, additional sums of $100,000 have been periodically deposited into the account when it becomes low in funds.  The account was last replenished on June 4, 2014, and because of subsequent monthly payments to the expert, Ed Swanson, it is now substantially depleted.  Accordingly, Defendants are ordered to deposit forthwith an additional

///

///

///

1  $100,000 with the Clerk of the Court, to be added to the funds in the existing account.

2      IT IS SO ORDERED.

4  DATED: March 18, 2015

                                                             CLAUDIA WILKEN
                                                              United States District Judge

5  CF1997CS0005
6  41244709.doc

# CERTIFICATE OF SERVICE

Case Name:   **John Armstrong v. Edmund G. Brown, Jr., et al**
Case No.     **C 94-2307 CW**

I hereby certify that on <u>March 18, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER DIRECTING ADDITIONAL INTERIM PAYMENT OF COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 18, 2015</u>, at San Francisco, California.

| J. Mathis | /s/ J. Mathis |
|---|---|
| Declarant | Signature |

CF1997CS0005