DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
BLAKE THOMPSON – 255600
MICHAEL FREEDMAN – 262850
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. C94 2307 CW<br><br>**[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2014**<br><br>Judge: Hon. Claudia Wilken |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on January 28, 2015, Plaintiffs served on Defendants their Fourth Quarterly Statement for 2014 by overnight delivery.  The parties completed their meet-and-confer process on March 24, 2015 as to the fees and costs incurred on all matters.

As a result of the March 24, 2015 agreement, the parties agree to the following:

The parties agree to the payment of $950,580.12 to resolve all fees and costs incurred during the Fourth Quarter of 2014, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $28,932.41 to resolve all fees and costs incurred during the Fourth Quarter of 2014, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $201,125.59 to resolve all fees and costs incurred during the Fourth Quarter of 2014, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $9,741.87 to resolve all fees and costs incurred during the Fourth Quarter of 2014, for fees on fees.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1  IT IS HEREBY ORDERED that the amounts set forth above are due and
2 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3 and costs will run from March 2, 2015, accruing at the rate provided by 28 U.S.C. § 1961.
4 DATED:  __March 27, 2015_____

[signature]

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

DATED: March 26, 2015            *s/Edward R. Fluet*
                                 Edward R. Fluet
                                 Deputy Attorney General
                                 Attorney for Defendants

DATED: March 25, 2015            *s/Gay Crosthwait Grunfeld*
                                 Gay Crosthwait Grunfeld
                                 Rosen Bien Galvan & Grunfeld LLP
                                 Attorneys for Plaintiffs

# EXHIBIT A

# Armstrong v. Brown
## Fourth Quarterly Statement of 2014
## October 1, 2014 through December 31, 2014

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $922,720.80 | $27,859.32 |
| | **TOTAL:** | **$950,580.12** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2014
October 1, 2014 through December 31, 2014
*Matter: CDCR/AOAP Monitoring/Merits*

| Monitoring (581-3) | Actual Hours | Claimed Hours | 2014 Rates | Total Claimed Fees | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 6.40 | 6.40 | $800 | $5,120.00 | $4,915.20 |
| Gay C. Grunfeld (GCG) | 15.30 | 15.30 | $675 | $10,327.50 | $9,914.40 |
| Ernest Galvan (EG) | 1.20 | 1.20 | $650 | $780.00 | $748.80 |
| Thomas Nolan (TN) | 164.80 | 164.80 | $550 | $90,640.00 | $87,014.40 |
| Lisa Ells (LAE) | 101.50 | 96.60 | $470 | $45,402.00 | $43,585.92 |
| Aaron Fischer (AJF) | 0.20 | 0.20 | $460 | $92.00 | $88.32 |
| Blake Thompson (BT) | 104.80 | 102.80 | $450 | $46,260.00 | $44,409.60 |
| Michael Freedman (MLF) | 127.80 | 126.10 | $440 | $55,484.00 | $53,264.64 |
| Benjamin Bien-Kahn (BBK) | 0.20 | 0.00 | $410 | $0.00 | $0.00 |
| Krista Stone-Manista (KSM) | 98.90 | 98.70 | $410 | $40,467.00 | $38,848.32 |
| Kevin Jones (KEJ) | 0.10 | 0.00 | $290 | $0.00 | $0.00 |
| Rolayn Tauben (RLT) | 122.40 | 109.50 | $290 | $31,755.00 | $30,484.80 |
| Karen Stilber (KES) | 57.10 | 56.50 | $270 | $15,255.00 | $14,644.80 |
| Diana Gama (DAG) | 18.90 | 18.70 | $230 | $4,301.00 | $4,128.96 |
| Lauren Vandemortel (LWV) | 6.80 | 6.80 | $215 | $1,462.00 | $1,403.52 |
| Haruka Roudebush (HR) | 350.70 | 331.60 | $230 | $76,268.00 | $73,217.28 |
| Doris Tseng (DT) | 2.50 | 0.00 | $230 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 2.00 | 0.00 | $230 | $0.00 | $0.00 |
| Lucy Taylor (LRT) | 181.30 | 166.80 | $230 | $38,364.00 | $36,829.44 |
| **Total Hours:** | **1362.90** | **1302.00** | | **$461,977.50** | |
| **RBGG UNDISPUTED FEES:** | | | | | **$443,498.40** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 14.80 | 14.80 | $800 | $11,840.00 | $11,366.40 |
| Steve Fama (SF) | 24.30 | 24.30 | $745 | $18,103.50 | $17,379.36 |
| Sara Norman (SN) | 0.90 | 0.90 | $620 | $558.00 | $535.68 |
| Rebekah Evenson (RE) | 193.60 | 193.60 | $570 | $110,352.00 | $105,937.92 |
| Penny Godbold (PG) | 116.70 | 116.70 | $490 | $57,183.00 | $54,895.68 |
| Corene Kendrick (CK) | 124.60 | 124.60 | $490 | $61,054.00 | $58,611.84 |
| Kelly Knapp (KK) | 143.10 | 143.10 | $450 | $64,395.00 | $61,819.20 |
| Amber Norris (AN) | 286.30 | 286.30 | $260 | $74,438.00 | $71,460.48 |
| Megan Lynch (ML) | 83.00 | 83.00 | $240 | $19,920.00 | $19,123.20 |
| Nora Searle (NS) | 143.30 | 143.30 | $240 | $34,392.00 | $33,016.32 |
| John Bonacorsi (JB) | 56.10 | 56.10 | $240 | $13,464.00 | $12,925.44 |
| Joyce de la Pena (JP) | 60.90 | 60.90 | $240 | $14,616.00 | $14,031.36 |
| Sarah Hopkins (SH) | 50.10 | 50.10 | $240 | $12,024.00 | $11,543.04 |
| Viviana Arcia (VA) | 25.10 | 25.10 | $240 | $6,024.00 | $5,783.04 |
| **Total Hours:** | **1322.80** | **1322.80** | | **$498,363.50** | |
| **PLO UNDISPUTED FEES:** | | | | | **$478,428.96** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | 0.60 | 0.60 | $725 | $435.00 | $417.60 |
| Hongyu Min (HM) | 2.70 | 2.70 | $145 | $391.50 | $375.84 |
| **Total Hours:** | **3.30** | **3.30** | | **$826.50** | |
| **DREDF UNDISPUTED FEES:** | | | | | **$793.44** |
| **TOTAL UNDISPUTED CDCR/AOAP MONITORING FEES:** | | | | | **$922,720.80** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2014
October 1, 2014 through December 31, 2014
**Costs**

## Matter: CDCR/AOAP Merits/Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-3) | | Claimed Costs | Withdrawn by Plaintiffs | Undisputed Costs Now Owing |
|---|---|---|---|---|
| Photocopying (In house) | | $1,603.00 | $64.12 | $1,538.88 |
| Photocopying (Outside) | | $2,174.01 | $86.96 | $2,087.05 |
| Online Research - PACER | | $7.30 | $0.29 | $7.01 |
| Postage & Delivery | | $639.68 | $25.59 | $614.09 |
| Travel - Mileage, Tolls, Food | | $9,284.25 | $371.37 | $8,912.88 |
| Telephone | | $8.45 | $0.34 | $8.11 |
| | **Total RBGG Costs:** | $13,716.69 | $548.67 | **$13,168.02** |

| Prison Law Office | | Claimed Costs | Withdrawn by Plaintiffs | Undisputed Costs Now Owing |
|---|---|---|---|---|
| Photocopying (In house) | | $1,413.20 | $56.53 | $1,356.67 |
| Expert Services | | $2,309.50 | $92.38 | $2,217.12 |
| Postage & Delivery | | $1,185.96 | $47.44 | $1,138.52 |
| Travel - Mileage, Tolls, Food | | $9,224.29 | $368.97 | $8,855.32 |
| Interpreting and Translation Services | | $964.64 | $38.59 | $926.05 |
| | **Total PLO Costs:** | $15,097.59 | $603.90 | **$14,493.69** |

| Disability Rights Education & Defense Fund, Inc. | | Claimed Costs | Withdrawn by Plaintiffs | Undisputed Undisputed Costs Now Owing |
|---|---|---|---|---|
| Photocopying (in-house) | | $160.60 | $6.42 | $154.18 |
| Postage & Delivery | | $40.45 | $1.62 | $38.83 |
| Online Research - PACER | | $4.80 | $0.19 | $4.61 |
| | **Total DREDF Costs:** | $205.85 | $8.23 | **$197.62** |

**TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING** $27,859.32

# EXHIBIT B

# Armstrong v. Brown
## Fourth Quarterly Statement of 2014
### October 1, 2014 through December 31, 2014

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $28,051.68 | $880.73 |
| | **TOTAL:** | **$28,932.41** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2014
October 1, 2014 through December 31, 2014
*Matter: BPH*

| _BPH (581-4)_ | | Actual Hours | Claimed Hours | 2014 Rates | Total Claimed Fees | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 0.10 | 0.10 | $675 | $67.50 | $64.80 |
| Blake Thompson (BT) | | 18.00 | 18.00 | $450 | $8,100.00 | $7,776.00 |
| Rolayn Tauben (RLT) | | 0.80 | 0.70 | $290 | $203.00 | $194.88 |
| | Total Hours: | 18.90 | 18.80 | | $8,370.50 | |
| **RBGG UNDISPUTED FEES:** | | | | | | $8,035.68 |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 0.30 | 0.30 | $620 | $186.00 | $178.56 |
| Rana Anabtawi (RA) | | 50.40 | 50.40 | $410 | $20,664.00 | $19,837.44 |
| | Total Hours: | 50.70 | 50.70 | | $20,850.00 | |
| **PLO UNDISPUTED FEES:** | | | | | | $20,016.00 |
| **TOTAL UNDISPUTED FEES FOR BPH WORK:** | | | | | | $28,051.68 |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2014
October 1, 2014 through December 31, 2014
**Costs**

## Matter: BPH

| Rosen, Bien, Galvan & Grunfeld (581-4) | | Claimed Costs | Withdrawn by Plaintiffs | Undisputed Costs Now Owing |
|---|---|---|---|---|
| Telephone | | $2.25 | $0.09 | $2.16 |
| Travel - Mileage, Tolls, Food | | $81.20 | $3.25 | $77.95 |
| | **Total RBGG Costs:** | $83.45 | $3.34 | **$80.11** |
| **Prison Law Office** | | | | |
| Travel - Mileage, Tolls, Food | | $833.98 | $33.36 | $800.62 |
| | **Total PLO Costs:** | $833.98 | $33.36 | **$800.62** |
| | **TOTAL UNDISPUTED BPH COSTS:** | | | **$880.73** |

# EXHIBIT C

# Armstrong v. Brown
**Fourth Quarterly Statement of 2014**
**October 1, 2014 through December 31, 2014**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| DAPO MONITORING | $196,315.68 | $4,809.91 |
| | **TOTAL:** | **$201,125.59** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2014
October 1, 2014 through December 31, 2014
*Matter: DAPO Monitoring*

| DAPO Monitoring (581-9) | Actual Hours | Claimed Hours | 2014 Rates | Total Claimed Fees | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael Bien (MWB) | 0.60 | 0.60 | $800 | $480.00 | $460.80 |
| Gay C. Grunfeld (GCG) | 15.10 | 15.10 | $675 | $10,192.50 | $9,784.80 |
| Ernest Galvan (EG) | 0.70 | 0.70 | $650 | $455.00 | $436.80 |
| Tom Nolan (TN) | 0.10 | 0.00 | $550 | $0.00 | $0.00 |
| Lisa Ells (LAE) | 0.20 | 0.00 | $470 | $0.00 | $0.00 |
| Aaron Fischer (AJF) | 74.40 | 73.70 | $460 | $33,902.00 | $32,545.92 |
| Blake Thompson (BT) | 16.20 | 15.70 | $450 | $7,065.00 | $6,782.40 |
| Michael Freedman (MLF) | 10.10 | 10.10 | $440 | $4,444.00 | $4,266.24 |
| Benjamin Bien-Kahn (BBK) | 134.60 | 130.90 | $410 | $53,669.00 | $51,522.24 |
| Margot Mendelson (MKM) | 25.10 | 23.90 | $410 | $9,799.00 | $9,407.04 |
| Jennifer Stark (JLS) | 0.80 | 0.00 | $410 | $0.00 | $0.00 |
| Jenny Yelin (JSY) | 98.40 | 98.20 | $390 | $38,298.00 | $36,766.08 |
| Rolayn Tauben (RLT) | 42.00 | 27.80 | $290 | $8,062.00 | $7,739.52 |
| Kevin Jones (KJ) | 0.40 | 0.00 | $290 | $0.00 | $0.00 |
| Karen Stilber (KES) | 0.80 | 0.00 | $270 | $0.00 | $0.00 |
| Lucy Taylor (LRT) | 70.90 | 68.50 | $230 | $15,755.00 | $15,124.80 |
| Diana Gama (DAG) | 93.10 | 62.10 | $230 | $14,283.00 | $13,711.68 |
| Haruka Roudebush (HR) | 1.40 | 0.00 | $230 | $0.00 | $0.00 |
| Total Hours: | 584.90 | 527.30 | | $196,404.50 | |
| **RBGG UNDISPUTED FEES:** | | | | | $188,548.32 |
| **MORGAN LEWIS** | | | | | |
| Cameron Saul (CS) | 17.40 | 17.40 | $465 | $8,091.00 | $7,767.36 |
| Total Hours: | 17.40 | 17.40 | | $8,091.00 | |
| **ML UNDISPUTED FEES:** | | | | | $7,767.36 |
| **TOTAL UNDISPUTED FOR DAPO MONITORING WORK:** | | | | | $196,315.68 |

<u>**Armstrong v. Brown**</u>
Fourth Quarterly Statement of 2014
October 1, 2014 through December 31, 2014
<u>**Costs**</u>

### *Matter: DAPO Monitoring*

| <u>Rosen, Bien, Galvan & Grunfeld (581-9)</u> | | Claimed Costs | Withdrawn by Plaintiffs | Undisputed Costs Now Owing |
|---|---|---|---|---|
| Photocopying (in-house) | | $1,143.00 | $45.72 | $1,097.28 |
| Photocopying (outside) | | $137.82 | $5.51 | $132.31 |
| Lexis/Westlaw | | $47.25 | $1.89 | $45.36 |
| Online Research - PACER and Legislative History | | $21.10 | $0.84 | $20.26 |
| Postage & Delivery | | $191.88 | $7.68 | $184.20 |
| Telephone | | $7.40 | $0.30 | $7.10 |
| Travel - Mileage, Tolls, Food | | $3,196.87 | $127.87 | $3,069.00 |
| | **Total RBGG Costs:** | $4,745.32 | $189.81 | **$4,555.51** |

| <u>Morgan, Lewis & Bockius LLP</u> | | Claimed Costs | Withdrawn by Plaintiffs | Undisputed Costs Now Owing |
|---|---|---|---|---|
| Photocopying (in-house) | | $44.00 | $1.76 | $42.24 |
| Travel - Mileage, Tolls, Food | | $221.00 | $8.84 | $212.16 |
| | **Total ML Costs:** | $265.00 | $10.60 | **$254.40** |

**TOTAL UNDISPUTED DAPO MONITORING COSTS:**                               **$4,809.91**

# EXHIBIT D

# Armstrong v. Brown
## Fourth Quarterly Statement of 2014
### October 1, 2014 through December 31, 2014

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $9,510.24 | $231.63 |
|  | **TOTAL:** | **$9,741.87** |

# Armstrong v. Brown
Fourth Quarterly Statement of 2014
October 1, 2014 through December 31, 2014
*Matter: All Matters Fees Work*

| Fees (581-2) | Actual Hours | Claimed Hours | 2014 Rates | Total Claimed Fees | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 0.70 | 0.70 | $675 | $472.50 | $453.60 |
| Lisa Ells (LAE) | 0.20 | 0.00 | $470 | $0.00 | $0.00 |
| Blake Thompson (BT) | 8.30 | 8.30 | $450 | $3,735.00 | $3,585.60 |
| Kevin Jones (KEJ) | 0.20 | 0.00 | $290 | $0.00 | $0.00 |
| Glenn Baldwin (GMB) | 1.30 | 0.00 | $230 | $0.00 | $0.00 |
| Lauren Vandemortel (LWV) | 25.60 | 14.90 | $215 | $3,203.50 | $3,075.36 |
| Total Hours: | 10.70 | 9.00 | | $7,411.00 | |
| **RBGG UNDISPUTED FEES:** | | | | | **$7,114.56** |
| **PRISON LAW OFFICE** | | | | | |
| Rebekah Evenson (RE) | 0.8 | 0.8 | $570 | $456.00 | $437.76 |
| Edie DeGraff (ED) | 7.30 | 7.30 | $190 | $1,387.00 | $1,331.52 |
| Total Hours: | 8.10 | 8.10 | | $1,843.00 | |
| **PLO UNDISPUTED FEES:** | | | | | **$1,769.28** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | 0.90 | 0.90 | $725 | $652.50 | $626.40 |
| Total Hours: | 0.90 | 0.90 | | $652.50 | |
| **DREDF UNDISPUTED FEES:** | | | | | **$626.40** |
| **TOTAL UNDISPUTED FEES FOR ARMSTRONG FEES WORK:** | | | | | **$9,510.24** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2014
October 1, 2014 through December 31, 2014
**Costs**

## *Matter: Fees Work in All Matters*

**Rosen, Bien, Galvan & Grunfeld (581-2)**

|  | Claimed Costs | Withdrawn by Plaintiffs | Undisputed Costs Now Owing |
|---|---|---|---|
| Photocopying and Printing (in-house) | $179.20 | $7.17 | $172.03 |
| Online Research - PACER | $25.50 | $1.02 | $24.48 |
| Postage & Delivery | $29.58 | $1.18 | $28.40 |
| **Total RBGG Costs:** | $234.28 | $9.37 | **$224.91** |

**Disability Rights Education & Defense Fund, Inc.**

|  | Claimed Costs | Withdrawn by Plaintiffs | Undisputed Undisputed Costs Now Owing |
|---|---|---|---|
| Photocopying (in-house) | $7.00 | $0.28 | $6.72 |
| **Total DREDF Costs:** | $7.00 | $0.28 | **$6.72** |

**TOTAL UNISPUTED FEES WORK COSTS :** $231.63