1  DONALD SPECTER – 083925
   REBEKAH EVENSON – 207825
2  PRISON LAW OFFICE
   1917 Fifth Street
3  Berkeley, California 94710-1916
   Telephone: (510) 280-2621
4  Facsimile: (510) 280-2704

   GEOFFREY T. HOLTZ – 191370
   MORGAN LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
   San Francisco, California 94105-1596
   Telephone: (415) 442-1000
   Facsimile: (415) 442-1001

5  LINDA D. KILB – 136101
   DISABILITY RIGHTS EDUCATION &
6  DEFENSE FUND, INC.
   3075 Adeline Street, Suite 201
7  Berkeley, California 94703
   Telephone: (510) 644-2555
8  Facsimile: (510) 841-8645

   MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
   GAY C. GRUNFELD – 121944
   BLAKE THOMPSON – 255600
   MICHAEL FREEDMAN – 262850
   ROSEN BIEN GALVAN &
   GRUNFELD LLP
   50 Fremont Street, Nineteenth Floor
   San Francisco, California 94105-2235
   Telephone: (415) 433-6830
   Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No. C94 2307 CW<br><br>[~~PROPOSED~~] **STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2015**<br><br>Judge: Hon. Claudia Wilken |

1   On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on October 23, 2015 Plaintiffs served on Defendants their Third Quarterly Statement for 2015 by overnight delivery.  The parties completed their meet-and-confer process on November 2, 2015 as to the fees and costs incurred on all matters.

As a result of the November 2, 2015 agreement, the parties agree to the following:

The parties agree to the payment of $1,055,657.19 to resolve all fees and costs incurred during the Third Quarter of 2015, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $63,778.19 to resolve all fees and costs incurred during the Third Quarter of 2015, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $187,482.84 to resolve all fees and costs incurred during the Third Quarter of 2015, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $10,279.80 to resolve all fees and costs incurred during the Third Quarter of 2015, for fees on fees.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1    IT IS HEREBY ORDERED that the amounts set forth above are due and
2 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3 and costs will run from November 24, 2015, accruing at the rate provided by 28 U.S.C.
4 § 1961.

6 DATED:  November 6, 2015

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

11 APPROVED AS TO FORM:

13 DATED:  November 5, 2015          */s/ Sharon A. Garske*
                                    Sharon A. Garske
                                    Deputy Attorney General
                                    Attorney for Defendants

16 DATED:  November 5 , 2015          */s/ Blake Thompson*
                                    Blake Thompson
                                    Rosen Bien Galvan & Grunfeld LLP
                                    Attorneys for Plaintiffs

# Exhibit A

# Armstrong v. Brown
**Third Quarterly Statement of 2015**
**July 1, 2015 through September 30, 2015**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,030,041.12 | $25,616.07 |
| | **TOTAL:** | **$1,055,657.19** |

<u>**Armstrong v. Brown**</u>
Third Quarterly Statement of 2015
July 1, 2015 through September 30, 2015
**Matter:** *CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | 2015 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 6.00 | 6.00 | $840 | $5,040.00 | $4,838.40 |
| Gay C. Grunfeld (GCG) | 62.30 | 62.00 | $710 | $44,020.00 | $42,259.20 |
| Ernest Galvan (EG) | 0.60 | 0.60 | $690 | $414.00 | $397.44 |
| Thomas Nolan (TN) | 239.20 | 238.40 | $590 | $140,656.00 | $135,029.76 |
| Lisa Ells (LAE) | 17.10 | 14.20 | $525 | $7,455.00 | $7,156.80 |
| Aaron Fischer (AJF) | 1.30 | 0.00 | $490 | $0.00 | $0.00 |
| Blake Thompson (BT) | 68.80 | 62.30 | $480 | $29,904.00 | $28,707.84 |
| Michael Freedman (MLF) | 177.60 | 173.00 | $470 | $81,310.00 | $78,057.60 |
| Ben Bien-Kahn (BBK) | 151.00 | 98.10 | $440 | $43,164.00 | $41,437.44 |
| Margot Knight Mendelson (MKM) | 0.20 | 0.00 | $440 | $0.00 | $0.00 |
| Krista Stone-Manista (KSM) | 31.70 | 22.70 | $440 | $9,988.00 | $9,588.48 |
| Rolayn Tauben (RLT) | 197.80 | 139.90 | $295 | $41,270.50 | $39,619.68 |
| Karen Stilber (KES) | 25.00 | 24.40 | $290 | $7,076.00 | $6,792.96 |
| Linda Woo (LHW) | 38.30 | 37.10 | $290 | $10,759.00 | $10,328.64 |
| Katherine Hamilton (KCH) | 45.70 | 35.50 | $220 | $7,810.00 | $7,497.60 |
| Lauren Vandemortel (LVV) | 35.50 | 35.50 | $220 | $7,810.00 | $7,497.60 |
| F. Gail LaPurja (FGL) | 47.60 | 30.00 | $250 | $7,500.00 | $7,200.00 |
| Fely Villadelgado (FFV) | 2.30 | 0.00 | $250 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 31.50 | 30.10 | $250 | $7,525.00 | $7,224.00 |
| Charlotte Landes (CJL) | 145.80 | 132.60 | $220 | $29,172.00 | $28,005.12 |
| Nathalie Welch (NCW) | 0.50 | 0.00 | $220 | $0.00 | $0.00 |
| Kelly McGraw (KAM) | 369.10 | 338.80 | $220 | $74,536.00 | $71,554.56 |
| Sasha Beder-Schenker (SBS) | 18.50 | 18.50 | $220 | $4,070.00 | $3,907.20 |
| Total Hours: | **1,713.40** | **1,499.70** | | | |
| **RBGG CLAIMED FEES:** | | | | **$559,479.50** | **$537,100.32** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 8.50 | 8.50 | $845 | $7,182.50 | $6,895.20 |
| Laura Graham (LG) | 63.30 | 63.30 | $250 | $15,825.00 | $15,192.00 |
| Rebekah Evenson (RE) | 201.70 | 201.70 | $600 | $121,020.00 | $116,179.20 |
| Penny Godbold (PG) | 167.20 | 167.20 | $510 | $85,272.00 | $81,861.12 |
| Marc Shinn-Krantz (MSK) | 9.60 | 9.60 | $275 | $2,640.00 | $2,534.40 |
| Corene Kendrick (CK) | 119.30 | 119.30 | $510 | $60,843.00 | $58,409.28 |
| Cara Trombadore (CT) | 33.40 | 33.40 | $275 | $9,185.00 | $8,817.60 |
| Anjuli Branz (AB) | 64.10 | 64.10 | $250 | $16,025.00 | $15,384.00 |
| Amber Norris (AN) | 295.40 | 295.40 | $290 | $85,666.00 | $82,239.36 |
| Kelly Knapp (KK) | 100.80 | 100.80 | $480 | $48,384.00 | $46,448.64 |
| Isaac Dalke (ID) | 13.80 | 13.80 | $250 | $3,450.00 | $3,312.00 |
| Madeline Bailey (MB) | 42.10 | 42.10 | $250 | $10,525.00 | $10,104.00 |
| Megan Lynch (ML) | 93.70 | 93.70 | $250 | $23,425.00 | $22,488.00 |
| Nora Searle (NS) | 51.00 | 51.00 | $250 | $12,750.00 | $12,240.00 |
| John Bonacorsi (JB) | 6.20 | 6.20 | $250 | $1,550.00 | $1,488.00 |
| Alex Kennedy (AK) | 32.10 | 32.10 | $250 | $8,025.00 | $7,704.00 |
| Viviana Arcia (VA) | 4.10 | 4.10 | $250 | $1,025.00 | $984.00 |
| Total Hours: | **1,306.30** | **1,306.30** | | | |
| **PLO CLAIMED FEES:** | | | | **$512,792.50** | **$492,280.80** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | 0.50 | 0.50 | $745 | $372.50 | $357.60 |
| Hongyu Min (HM) | 2.10 | 2.10 | $150 | $315.00 | $302.40 |
| Total Hours: | **2.60** | **2.60** | | | |
| **DREDF CLAIMED FEES:** | | | | **$687.50** | **$660.00** |
| **TOTAL UNDISPUTED CDCR/AOAP MONITORING FEES:** | | | | **$1,072,959.50** | **$1,030,041.12** |

**Armstrong v. Brown**
Third Quarterly Statement of 2015
July 1, 2015 through September 30, 2015
**Costs**

## Matter: CDCR/AOAP Merits/Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-3) | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---:|---:|
| Photocopying (In house) | | $2,596.00 | $2,492.16 |
| Photocopying/printing (Outside) | | $2,100.10 | $2,016.10 |
| Interpreting services | | $405.00 | $388.80 |
| Online Research – PACER | | $6.50 | $6.24 |
| Lexis/Westlaw | | $7.33 | $7.04 |
| Postage & Delivery | | $636.43 | $610.97 |
| Travel - Mileage, Tolls, Food | | $6,174.03 | $5,927.07 |
| Telephone | | $20.60 | $19.78 |
| | **Total RBGG Costs:** | **$11,945.99** | **$11,468.15** |
| **Prison Law Office** | | | |
| Photocopying (In house) | | $1,994.60 | $1,914.82 |
| Postage & Delivery | | $1,126.45 | $1,081.39 |
| Travel - Mileage, Tolls, Food | | $10,091.79 | $9,688.12 |
| Interpreting and Translation Services | | $1,386.28 | $1,330.83 |
| | **Total PLO Costs:** | **$14,599.12** | **$14,015.16** |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $113.20 | $108.67 |
| Postage & Delivery | | $25.10 | $24.10 |
| | **Total DREDF Costs:** | **$138.30** | **$132.77** |
| **TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING COSTS:** | | **$26,683.41** | **$25,616.07** |

# Exhibit B

# Armstrong v. Brown
### Third Quarterly Statement of 2015
### July 1, 2015 through September 30, 2015

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| BPH | $62,622.72 | $1,155.47 |
| | **TOTAL:** | **$63,778.19** |

**Armstrong v. Brown**
Third Quarterly Statement of 2015
July 1, 2015 through September 30, 2015
*Matter: BPH*

## *BPH (581-4)*

### *BPH MONITORING (581-4)*

| | | Actual Hours | Claimed Hours | 2015 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 1.20 | 1.20 | $840 | $1,008.00 | $967.68 |
| Gay C. Grunfeld (GCG) | | 1.30 | 1.30 | $710 | $923.00 | $886.08 |
| Ernest Galvan (EG) | | 1.60 | 1.60 | $690 | $1,104.00 | $1,059.84 |
| Thomas Nolan (TN) | | 8.90 | 8.90 | $590 | $5,251.00 | $5,040.96 |
| Blake Thompson (BT) | | 47.70 | 46.00 | $480 | $22,080.00 | $21,196.80 |
| Margot K. Mendelson (MKM) | | 0.20 | 0.00 | $440 | $0.00 | $0.00 |
| Rolayn Tauben (RLT) | | 2.30 | 2.00 | $295 | $590.00 | $566.40 |
| Kelly McGraw (KAM) | | 1.00 | 0.00 | $220 | $0.00 | $0.00 |
| | Total Hours: | 64.20 | 61.00 | | | |
| **RBGG CLAIMED FEES:** | | | | | $30,956.00 | $29,717.76 |
| **PRISON LAW OFFICE** | | | | | | |
| Rebekah Evenson (RE) | | 0.40 | 0.40 | $600 | $240.00 | $230.40 |
| Marc Shinn-Krantz (MSK) | | 0.80 | 0.80 | $275 | $220.00 | $211.20 |
| Sara Norman (SN) | | 28.50 | 28.50 | $640 | $18,240.00 | $17,510.40 |
| Rana Anabtawi (RA) | | 35.40 | 35.40 | $440 | $15,576.00 | $14,952.96 |
| | Total Hours: | 65.10 | 65.10 | | | |
| **PLO CLAIMED FEES:** | | | | | $34,276.00 | $32,904.96 |
| **TOTAL UNDISPUTED FEES FOR BPH WORK:** | | | | | $65,232.00 | $62,622.72 |

<u>**Armstrong v. Brown**</u>
Third Quarterly Statement of 2015
July 1, 2015 through September 30, 2015
<u>**Costs**</u>

## *Matter: BPH*

| | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---:|---:|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | |
| Postage & Delivery | $17.10 | $16.42 |
| Photocopying (In house) | $15.60 | $14.98 |
| Telephone | $3.05 | $2.93 |
| Travel - Mileage, Tolls, Food | $617.93 | $593.21 |
| **Total RBGG Costs:** | **$653.68** | **$627.53** |
| | | |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $549.93 | $527.93 |
| **Total PLO Costs:** | **$549.93** | **$527.93** |
| | | |
| **TOTAL UNDISPUTED BPH COSTS:** | **$1,203.61** | **$1,155.47** |

# Exhibit C

# Armstrong v. Brown
**Third Quarterly Statement of 2015**
**July 1, 2015 through September 30, 2015**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $181,055.04 | $6,427.80 |
| | **TOTAL:** | **$187,482.84** |

**Armstrong v. Brown**
Third Quarterly Statement of 2015
July 1, 2015 through September 30, 2015
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | 2015 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 10.70 | 10.70 | $710 | $7,597.00 | $7,293.12 |
| Aaron Fischer (AJF) | 18.70 | 18.70 | $490 | $9,163.00 | $8,796.48 |
| Blake Thompson (BT) | 56.10 | 55.80 | $480 | $26,784.00 | $25,712.64 |
| Michael Freedman (MLF) | 25.60 | 24.50 | $470 | $11,515.00 | $11,054.40 |
| Benjamin Bien-Kahn (BBK) | 32.50 | 26.50 | $440 | $11,660.00 | $11,193.60 |
| Margot Mendelson (MKM) | 98.80 | 95.50 | $440 | $42,020.00 | $40,339.20 |
| Krista Stone-Manista (KSM) | 0.30 | 0.00 | $440 | $0.00 | $0.00 |
| Jennifer Stark (JLS) | 15.00 | 15.00 | $440 | $6,600.00 | $6,336.00 |
| Jenny Yelin (JSY) | 79.40 | 75.40 | $420 | $31,668.00 | $30,401.28 |
| Rolayn Tauben (RLT) | 26.70 | 7.20 | $295 | $2,124.00 | $2,039.04 |
| Abbye Klamann (ARK) | 0.80 | 0.00 | $275 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 1.00 | 0.00 | $250 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 1.30 | 0.00 | $250 | $0.00 | $0.00 |
| Kelly McGraw (KAM) | 66.60 | 47.30 | $220 | $10,406.00 | $9,989.76 |
| Nathalie Welch (NCW) | 187.50 | 132.10 | $220 | $29,062.00 | $27,899.52 |
| **Total Hours:** | **621.00** | **508.70** | | | |
| **RBGG CLAIMED FEES:** | | | | **$188,599.00** | **$181,055.04** |
| **TOTAL UNDISPUTED FEES FOR DAPO MONITORING WORK:** | | | | **$188,599.00** | **$181,055.04** |

**Armstrong v. Brown**
Third Quarterly Statement of 2015
July 1, 2015 through September 30, 2015
**Costs**

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---:|---:|
| Photocopying (in-house) | $969.60 | $930.82 |
| Photocopying (outside) | $234.82 | $225.43 |
| Lexis/Westlaw | $97.25 | $93.36 |
| Interpeting Services | $1,280.00 | $1,228.80 |
| Postage & Delivery | $0.48 | $0.46 |
| Telephone | $10.30 | $9.89 |
| Travel - Mileage, Tolls, Food | $4,103.18 | $3,939.05 |
| **Total RBGG Costs:** | **$6,695.63** | **$6,427.80** |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | **$6,695.63** | **$6,427.80** |

# Exhibit D

# Armstrong v. Brown
### Third Quarterly Statement of 2015
### July 1, 2015 through September 30, 2015

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| FEES WORK (ALL MATTERS) | $9,990.24 | $289.56 |
|  | **TOTAL:** | **$10,279.80** |

**Armstrong v. Brown**
Third Quarterly Statement of 2015
July 1, 2015 through September 30, 2015
*Matter: All Matters Fees Work*

| *Fees (581-2)* | | Actual Hours | Claimed Hours | 2015 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 0.50 | 0.40 | $710 | $284.00 | $272.64 |
| Ernest Galvan (EG) | | 0.10 | 0.00 | $690 | $0.00 | $0.00 |
| Blake Thompson (BT) | | 8.40 | 8.40 | $480 | $4,032.00 | $3,870.72 |
| Charlotte Landes (CJL) | | 0.20 | 0.00 | $250 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | | 0.20 | 0.00 | $250 | $0.00 | $0.00 |
| Lauren Vandemortel (LWV) | | 17.95 | 16.30 | $220 | $3,586.00 | $3,442.56 |
| | Total Hours: | 27.35 | 25.10 | | | |
| **RBGG CLAIMED FEES:** | | | | | $7,902.00 | $7,585.92 |
| **PRISON LAW OFFICE** | | | | | | |
| Rebekah Evenson (RE) | | 0.9 | 0.9 | $600 | $540.00 | $518.40 |
| Edie DeGraff (ED) | | 7.40 | 7.40 | $195 | $1,443.00 | $1,385.28 |
| | Total Hours: | 8.30 | 8.30 | | | |
| **PLO CLAIMED FEES:** | | | | | $1,983.00 | $1,903.68 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.70 | 0.70 | $745 | $521.50 | $500.64 |
| | Total Hours: | 0.70 | 0.70 | | | |
| **DREDF CLAIMED FEES:** | | | | | $521.50 | $500.64 |
| **TOTAL UNDISPUTED FEES FOR ARMSTRONG FEES WORK:** | | | | | $10,406.50 | $9,990.24 |

<u>**Armstrong v. Brown**</u>
Third Quarterly Statement of 2015
July 1, 2015 through September 30, 2015
<u>**Costs**</u>

### *Matter: Fees Work in All Matters*

| | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | | |
| Photocopying and Printing (in-house) | | $57.62 | $55.32 |
| Postage & Delivery | | $232.00 | $222.72 |
| | **Total RBGG Costs:** | **$289.62** | **$278.04** |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $12.00 | $11.52 |
| | **Total DREDF Costs:** | **$12.00** | **$11.52** |
| | **TOTAL UNDISPUTED FEES WORK COSTS :** | **$301.62** | **$289.56** |