IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | No. C 94-2307 CW |
| Plaintiffs, | ORDER REGARDING COMPENSATION OF COURT EXPERT |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On June 11, 2007, the Court appointed Edward Swanson as the Court's Rule 706 Expert in the above-captioned matter. In the order of appointment, the Court ordered that the Expert "shall receive reasonable compensation at a rate to be set by the Court." Docket No. 1121. The Court Expert's compensation was set at $450/hour as of June 2007, and that rate has not changed since the Expert was appointed.

At the request of the Court Expert, the Court is considering raising the Expert's rate to $600/hour. That increase would be roughly in line with the rate increases that plaintiffs' counsel have received in this matter over the same time period.

Any party that objects to the requested rate increase may file an objection no later than November 20, 2015. The Court will consider any objections prior to issuing an order regarding the

1  Expert's request.  Any rate increase will be effective December 1,
2  2015.
3       IT IS SO ORDERED.

5  Dated: November 9, 2015

   CLAUDIA WILKEN
   United States District Judge