| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of the State of California<br>JONATHAN L. WOLFF<br>Senior Assistant Attorney General<br>DANIELLE F. O'BANNON – 207095<br>Supervising Deputy Attorney General<br>SHARON A. GARSKE – 215167<br>Deputy Attorney General<br>BRYAN KAO – 240242<br>Deputy Attorney General<br>JANET CHEN – 283233<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, California 94102-7004<br>Telephone: (415) 703-5836<br><br>Attorneys for Defendants | PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>REBEKAH EVENSON – 207825<br>CORENE KENDRICK – 226642<br>PENNY GODBOLD – 226925<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br><br>ROSEN, BIEN, GALVAN, & GRUNFELD LLP<br>MICHAEL W. BIEN – 096891<br>GAY C. GRUNFELD – 121944<br>50 Fremont Street, 19th Floor<br>San Francisco, California 94105<br>Telephone: (415) 433-6830<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR. et al.,<br><br>　　Defendants. | Case No. C94 2307 CW<br><br>**STIPULATION AND ORDER TO CHANGE TIME TO FILE JOINT STATUS CONFERENCE STATEMENT** |

　　Under the March 28, 2011, stipulation and order regarding the joint filing of periodic status statements, the parties shall file joint statements describing "the status of the litigation" including Defendants' progress on court orders and any perceived barriers to compliance on the fifteenth day of every other month, or the first business day thereafter. (Docket No. 1868, Stip. & Order Re: Joint Filing Periodic Status Stmts. 2.)

///

///

The next joint status statement is due on January 15, 2016.  In order to allow the parties sufficient time to prepare a joint statement, the parties stipulate to file the next joint status statement on or before February 15, 2016.

IT IS SO STIPULATED.

Dated: November 13, 2015               PRISON LAW OFFICE

                                       */s/Rebekah Evenson*
                                       REBEKAH EVENSON
                                       *Attorneys for Plaintiffs*

Dated: November 13, 2015               KAMALA D. HARRIS
                                       Attorney General of California
                                       DANIELLE F. O'BANNON
                                       Supervising Deputy Attorney General

                                       */s/Sharon A. Garske*
                                       SHARON A. GARSKE
                                       Deputy Attorney General
                                       *Attorneys for Defendants*

IT IS SO ORDERED.

Dated:  November 16, 2015              _____
                                       THE HONORABLE CLAUDIA WILKEN
                                       United States District Judge