DONALD SPECTER – 083925
REBEKAH EVENSON – 207825
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
BLAKE THOMPSON – 255600
MICHAEL FREEDMAN – 262850
ROSEN BIEN GALVAN &
GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | Case No. C94 2307 CW<br><br>**[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2015**<br><br>Judge: Hon. Claudia Wilken |

1   On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on January 28, 2016 Plaintiffs served on Defendants their Fourth Quarterly Statement for 2015 by overnight delivery. The parties completed their meet-and-confer process on February 1, 2016 as to the fees and costs incurred on all matters.

As a result of the February 1, 2016 agreement, the parties agree to the following:

The parties agree to the payment of $1,082,738.79 to resolve all fees and costs incurred during the Fourth Quarter of 2015, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $32,960.93 to resolve all fees and costs incurred during the Fourth Quarter of 2015, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $180,240.66 to resolve all fees and costs incurred during the Fourth Quarter of 2015, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $8,798.87 to resolve all fees and costs incurred during the Fourth Quarter of 2015, for fees on fees. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1     IT IS HEREBY ORDERED that the amounts set forth above are due and
2  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3  and costs will run from February 28, 2016, accruing at the rate provided by 28 U.S.C.
4  § 1961.

6  DATED:  February 2, 2016

                                          _____
                                          THE HONORABLE CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE

11 APPROVED AS TO FORM:

13 DATED:  February 1, 2016          /s/ Sharon A. Garske
                                          Sharon A. Garske
14                                        Deputy Attorney General
                                          Attorney for Defendants

16 DATED:  February 1, 2016          /s/ Blake Thompson
                                          Blake Thompson
17                                        Rosen Bien Galvan & Grunfeld LLP
                                          Attorneys for Plaintiffs

2947836-1

2                                                      C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER OF 2015

# EXHIBIT A

# Armstrong v. Brown
Fourth Quarterly Statement of 2015
October 1, 2015 through December 31, 2015

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,055,089.44 | $27,649.35 |
| | **TOTAL:** | **$1,082,738.79** |

## Armstrong v. Brown
Fourth Quarterly Statement of 2015
October 1, 2015 through December 31, 2015
**Matter: CDCR/AOAP Monitoring/Merits**

| Monitoring (581-3) | Actual Hours | Claimed Hours | 2015 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 8.00 | 6.30 | $840 | $5,292.00 | $5,080.32 |
| Gay C. Grunfeld (GCG) | 58.60 | 56.40 | $710 | $40,044.00 | $38,442.24 |
| Ernest Galvan (EG) | 0.40 | 0.20 | $690 | $138.00 | $132.48 |
| Thomas Nolan (TN) | 210.40 | 208.60 | $590 | $123,074.00 | $118,151.04 |
| Lisa Ells (LAE) | 7.10 | 6.40 | $525 | $3,360.00 | $3,225.60 |
| Blake Thompson (BT) | 129.90 | 128.10 | $480 | $61,488.00 | $59,028.48 |
| Michael Freedman (MLF) | 110.00 | 109.80 | $470 | $51,606.00 | $49,541.76 |
| Ben Bien-Kahn (BBK) | 177.50 | 161.80 | $440 | $71,192.00 | $68,344.32 |
| Krista Stone-Manista (KSM) | 123.50 | 121.60 | $440 | $53,504.00 | $51,363.84 |
| Karen Stilber (KES) | 84.90 | 84.20 | $290 | $24,418.00 | $23,441.28 |
| Linda Woo (LHW) | 52.00 | 26.60 | $290 | $7,714.00 | $7,405.44 |
| Katherine Hamilton (KCH) | 306.90 | 253.80 | $220 | $55,836.00 | $53,602.56 |
| Lauren Vandemortel (LWV) | 23.10 | 11.70 | $220 | $2,574.00 | $2,471.04 |
| F. Gail LaPurja (FGL) | 35.70 | 17.70 | $250 | $4,425.00 | $4,248.00 |
| Fely Villadelgado (FFV) | 1.00 | 0.00 | $250 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 24.80 | 12.50 | $250 | $3,125.00 | $3,000.00 |
| Charlotte Landes (CJL) | 115.50 | 108.80 | $220 | $23,936.00 | $22,978.56 |
| Kelly McGraw (KAM) | 348.20 | 328.80 | $220 | $72,336.00 | $69,442.56 |
| Sasha Beder-Schenker (SBS) | 19.50 | 9.70 | $220 | $2,134.00 | $2,048.64 |
| Total Hours: | 1,837.00 | 1,653.00 | | | |
| Total RBGG Fees: | | | | $606,196.00 | $581,948.16 |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 14.20 | 14.20 | $845 | $11,999.00 | $11,519.04 |
| Laura Graham (LG) | 46.00 | 46.00 | $250 | $11,500.00 | $11,040.00 |
| Rebekah Evenson (RE) | 175.60 | 175.60 | $600 | $105,360.00 | $101,145.60 |
| Penny Godbold (PG) | 193.50 | 193.50 | $510 | $98,685.00 | $94,737.60 |
| Corene Kendrick (CK) | 53.70 | 53.70 | $510 | $27,387.00 | $26,291.52 |
| Gwen Wu (GW) | 10.30 | 10.30 | $350 | $3,605.00 | $3,460.80 |
| Anjuli Branz (AB) | 115.00 | 115.00 | $250 | $28,750.00 | $27,600.00 |
| Amber Norris (AN) | 271.60 | 271.60 | $290 | $78,764.00 | $75,613.44 |
| Kelly Knapp (KK) | 85.50 | 85.50 | $480 | $41,040.00 | $39,398.40 |
| Isaac Dalke (ID) | 65.80 | 65.80 | $250 | $16,450.00 | $15,792.00 |
| Megan Lynch (ML) | 147.40 | 147.40 | $250 | $36,850.00 | $35,376.00 |
| Nora Searle (NS) | 57.90 | 57.90 | $250 | $14,475.00 | $13,896.00 |
| Alex Kennedy (AK) | 67.00 | 67.00 | $250 | $16,750.00 | $16,080.00 |
| Total Hours: | 1,303.50 | 1,303.50 | | | |
| Total PLO Fees: | | | | $491,615.00 | $471,950.40 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | 0.90 | 0.90 | $745 | $670.50 | $643.68 |
| Hongyu Min (HM) | 3.80 | 3.80 | $150 | $570.00 | $547.20 |
| Total Hours: | 4.70 | 4.70 | | | |
| Total DREDF Fees: | | | | $1,240.50 | $1,190.88 |
| **TOTAL UNDISPUTED CDCR/AOAP MONITORING FEES:** | | | | $1,099,051.50 | $1,055,089.44 |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2015
October 1, 2015 through December 31, 2015
**Costs**

## Matter: CDCR/AOAP Merits/Monitoring

| | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | | |
| Photocopying (In house) | | $2,337.00 | $2,243.52 |
| Photocopying/printing (Outside) | | $2,609.60 | $2,505.22 |
| Interpreting services | | $209.35 | $200.98 |
| Online Research - PACER | | $30.30 | $29.09 |
| Postage & Delivery | | $814.20 | $781.63 |
| Travel - Mileage, Tolls, Food | | $8,108.13 | $7,783.80 |
| Telephone | | $11.75 | $11.28 |
| | **Total RBGG Costs:** | **$14,120.33** | **$13,555.52** |
| **Prison Law Office** | | Costs | |
| Photocopying (In house) | | $2,695.00 | $2,587.20 |
| Interpreting services | | $2,125.38 | $2,040.36 |
| Travel - Mileage, Tolls, Food | | $8,272.31 | $7,941.42 |
| Postage & Delivery | | $1,408.40 | $1,352.06 |
| | **Total PLO Costs:** | **$14,501.09** | **$13,921.05** |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $133.20 | $127.87 |
| Postage & Delivery | | $46.79 | $44.92 |
| | **Total DREDF Costs:** | **$179.99** | **$172.79** |
| **TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING COSTS:** | | **$28,801.41** | **$27,649.35** |

# EXHIBIT B

# Armstrong v. Brown
### Fourth Quarterly Statement of 2015
### October 1, 2015 through December 31, 2015

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $32,340.48 | $620.45 |
| | **TOTAL:** | **$32,960.93** |

## Armstrong v. Brown
Fourth Quarterly Statement of 2015
October 1, 2015 through December 31, 2015
*Matter: BPH*

| BPH (581-4) | Actual Hours | Claimed Hours | 2015 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 2.80 | 2.80 | $840 | $2,352.00 | $2,257.92 |
| Gay C. Grunfeld (GCG) | 1.40 | 1.40 | $710 | $994.00 | $954.24 |
| Ernest Galvan (EG) | 0.30 | 0.30 | $740 | $222.00 | $213.12 |
| Blake Thompson (BT) | 20.30 | 20.10 | $480 | $9,648.00 | $9,262.08 |
| Katherine Hamilton (KCH) | 3.20 | 2.00 | $220 | $440.00 | $422.40 |
| Total Hours: | 28.00 | 26.60 | | | |
| Total RBGG Fees: | | | | $13,656.00 | $13,109.76 |
| **PRISON LAW OFFICE** | | | | | |
| Sara Norman (SN) | 31.30 | 31.30 | $640 | $20,032.00 | $19,230.72 |
| Total Hours: | 31.30 | 31.30 | | | |
| Total PLO Fees: | | | | $20,032.00 | $19,230.72 |
| **TOTAL UNDISPUTED FEES FOR BPH WORK:** | | | | **$33,688.00** | **$32,340.48** |

<u>**Armstrong v. Brown**</u>
Fourth Quarterly Statement of 2015
October 1, 2015 through December 31, 2015
<u>Costs</u>

*Matter: BPH*

| | | Total<br>**<u>Claimed Costs</u>** | Costs Now Owing Based On<br>**<u>Negotiated Compromise</u>** |
|---|---|---|---|
| **<u>Rosen, Bien, Galvan & Grunfeld (581-4)</u>** | | | |
| Photocopying (In house) | | $3.40 | $3.26 |
| Travel - Mileage, Tolls, Food | | $72.12 | $69.24 |
| | **Total RBGG Costs:** | **$75.52** | **$72.50** |
| **<u>Prison Law Office</u>** | | | |
| Travel - Mileage, Tolls, Food | | $570.78 | $547.95 |
| | **Total PLO Costs:** | **$570.78** | **$547.95** |
| | **TOTAL UNDISPUTED BPH COSTS:** | **$646.30** | **$620.45** |

# EXHIBIT C

# Armstrong v. Brown
### Fourth Quarterly Statement of 2015
### October 1, 2015 through December 31, 2015

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| DAPO MONITORING | $176,252.64 | $3,988.02 |
| **TOTAL:** | | **$180,240.66** |

## Armstrong v. Brown
Fourth Quarterly Statement of 2015
October 1, 2015 through December 31, 2015
**Matter: DAPO Monitoring**

| _DAPO Monitoring (581-9)_ | Actual Hours | Claimed Hours | 2015 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.70 | 0.70 | $840 | $588.00 | $564.48 |
| Gay C. Grunfeld (GCG) | 12.10 | 12.00 | $710 | $8,520.00 | $8,179.20 |
| Ernest Galvan (EG) | 0.50 | 0.50 | $690 | $345.00 | $331.20 |
| Lisa Ells (LAE) | 0.50 | 0.50 | $525 | $262.50 | $252.00 |
| Aaron Fischer (AJF) | 0.80 | 0.80 | $490 | $392.00 | $376.32 |
| Blake Thompson (BT) | 49.20 | 44.70 | $480 | $21,456.00 | $20,597.76 |
| Michael Freedman (MLF) | 53.40 | 51.10 | $470 | $24,017.00 | $23,056.32 |
| Benjamin Bien-Kahn (BBK) | 64.30 | 59.90 | $440 | $26,356.00 | $25,301.76 |
| Margot Mendelson (MKM) | 52.10 | 48.00 | $440 | $21,120.00 | $20,275.20 |
| Krista Stone-Manista (KSM) | 1.80 | 0.00 | $440 | $0.00 | $0.00 |
| Jennifer Stark (JLS) | 16.90 | 16.40 | $440 | $7,216.00 | $6,927.36 |
| Jenny Yelin (JSY) | 54.80 | 50.20 | $420 | $21,084.00 | $20,240.64 |
| Christopher Hu (CDH) | 22.70 | 14.10 | $360 | $5,076.00 | $4,872.96 |
| Charlotte Landes (CJL) | 0.10 | 0.00 | $220 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 3.30 | 0.00 | $250 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 18.70 | 5.00 | $250 | $1,250.00 | $1,200.00 |
| Kelly McGraw (KAM) | 74.00 | 62.50 | $220 | $13,750.00 | $13,200.00 |
| Katherine Hamilton (KCH) | 8.80 | 7.10 | $220 | $1,562.00 | $1,499.52 |
| Nathalie Welch (NCW) | 189.70 | 139.10 | $220 | $30,602.00 | $29,377.92 |
| **Total Hours:** | **624.40** | **512.60** | | | |
| **Total RBGG Fees:** | | | | **$183,596.50** | **$176,252.64** |
| | | | | | |
| **TOTAL UNDISPUTED FOR DAPO MONITORING WORK:** | | | | **$183,596.50** | **$176,252.64** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2015
October 1, 2015 through December 31, 2015
**Costs**

## *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---:|---:|
| Photocopying (in-house) | $858.60 | $824.26 |
| Photocopying (outside) | $410.23 | $393.82 |
| Lexis/Westlaw | $5.49 | $5.27 |
| Interpeting Services | $170.00 | $163.20 |
| Postage & Delivery | $58.48 | $56.14 |
| Telephone | $11.10 | $10.66 |
| Travel - Mileage, Tolls, Food | $2,640.29 | $2,534.68 |
| **Total RBGG Costs:** | **$4,154.19** | **$3,988.02** |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | **$4,154.19** | **$3,988.02** |

# EXHIBIT D

# Armstrong v. Brown
## Fourth Quarterly Statement of 2015
### October 1, 2015 through December 31, 2015

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| FEES WORK (ALL MATTERS) | $8,567.52 | $231.35 |
|  | **TOTAL:** | **$8,798.87** |

## Armstrong v. Brown
Fourth Quarterly Statement of 2015
October 1, 2015 through December 31, 2015
***Matter: All Matters Fees Work***

| *Fees (581-2)* | Actual Hours | Claimed Hours | 2015 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.10 | 0.00 | $840 | $0.00 | $0.00 |
| Gay C. Grunfeld (GCG) | 1.20 | 1.00 | $710 | $710.00 | $681.60 |
| Blake Thompson (BT) | 7.40 | 7.40 | $480 | $3,552.00 | $3,409.92 |
| Karen Stilber (KES) | 0.20 | 0.00 | $290 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | 0.10 | 0.00 | $220 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 0.10 | 0.00 | $250 | $0.00 | $0.00 |
| Lauren Vandemortel (LWV) | 12.60 | 10.90 | $220 | $2,398.00 | $2,302.08 |
| Total Hours: | 21.60 | 19.30 | | | |
| Total RBGG Fees: | | | | $6,660.00 | $6,393.60 |
| **PRISON LAW OFFICE** | | | | | |
| Corene Kendrick (CK) | 1.8 | 1.8 | $510 | $918.00 | $881.28 |
| Ashley Fewell Kirby (AK) | 4.2 | 4.2 | $150 | $630.00 | $604.80 |
| Edie DeGraff (ED) | 1.00 | 1.00 | $195 | $195.00 | $187.20 |
| Total Hours: | 7.00 | 7.00 | | | |
| Total PLO Fees: | | | | $1,743.00 | $1,673.28 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | 0.70 | 0.70 | $745 | $521.50 | $500.64 |
| Total Hours: | 0.70 | 0.70 | | | |
| Total DREDF Fees: | | | | $521.50 | $500.64 |
| **TOTAL UNDISPUTED FEES FOR ARMSTRONG FEES WORK:** | | | | $8,924.50 | $8,567.52 |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2015
October 1, 2015 through December 31, 2015
**Costs**

## *Matter: Fees Work in All Matters*

| | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | |
| Photocopying and Printing (in-house) | $169.40 | $162.62 |
| Postage & Delivery | $62.39 | $59.89 |
| **Total RBGG Costs:** | **$231.79** | **$222.52** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $9.20 | $8.83 |
| **Total DREDF Costs:** | **$9.20** | **$8.83** |
| | | |
| **TOTAL UNDISPUTED FEES WORK COSTS :** | **$240.99** | **$231.35** |