KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
BRYAN KAO
Deputy Attorney General
State Bar No. 240242
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5564
 Fax:  (415) 703-5843
 E-mail:  Bryan.Kao@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR., et. al.,**<br><br>Defendants. | C 94-2307 CW<br><br>[**PROPOSED**] ORDER DIRECTING ADDITIONAL INTERIM PAYMENT OF COSTS |

On June 11, 2007, the Court directed Defendants to deposit the sum of $100,000 with the Clerk of the Court as an interim payment of costs, to provide funds for compensation of the Court appointed expert in this case.  Since then, additional sums of $100,000 have been periodically deposited into the account when it becomes low in funds.  The account was last replenished on November 10, 2015, and because of subsequent monthly payments to the expert, Ed Swanson, it is now substantially depleted.

/ / /

/ / /

/ / /

1  Accordingly, Defendants are ordered to deposit forthwith an additional $100,000 with the
2  Clerk of the Court, to be added to the funds in the existing account.
3  IT IS SO ORDERED.

4
5  DATED:  March 3, 2016

   _____
   CLAUDIA WILKEN
6  United States District Judge

7
8  CF1997CS0005
   20820483.doc

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Armstrong v. Edmund G. Brown, Jr., et al.** | No. | **C 94-2307 CW** |

I hereby certify that on <u>February 12, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER DIRECTING ADDITIONAL INTERIM PAYMENT OF COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 12, 2016</u>, at San Francisco, California.

| | |
|---|---|
| M. Luna | /s/ M. Luna |
| Declarant | Signature |

CF1997CS0005
20820591.doc