IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | No. C 94-2307 CW |
| Plaintiffs, | ORDER REGARDING JOINT DISCOVERY DISPUTE LETTER |
| v. | |
| EDMUND G. BROWN, JR., et al., | (Docket No. 2590) |
| Defendants. | |

On March 16, 2016, Plaintiffs and the California Office of the Inspector General (OIG) filed a joint letter regarding a discovery dispute (Docket No. 2590).

The Court declines to decide this dispute on the basis of the joint letter and the parties' subsequent filings. If the OIG has been issued a subpoena with which it does not wish to comply, it must file a formal motion to quash. The Court will rule on any such motion after full briefing.

IT IS SO ORDERED.

Dated: April 4, 2016

CLAUDIA WILKEN
United States District Judge