KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
BRYAN KAO
Deputy Attorney General
State Bar No. 240242
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5564
  Fax: (415) 703-5843
  E-mail: Bryan.Kao@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et. al., <br><br> Defendants. | C 94-2307 CW <br><br> [PROPOSED] ORDER DIRECTING ADDITIONAL INTERIM PAYMENT OF COSTS |

    On June 11, 2007, the Court directed Defendants to deposit the sum of $100,000 with the Clerk of the Court as an interim payment of costs, to provide funds for compensation of the Court appointed expert in this case. The Court also specified that when the sum is substantially drawn down by payments to the Court appointed expert, that the Court may order Defendants to deposit additional sums with the Clerk of the Court. Since then, additional sums have been periodically deposited into the account when it becomes low in funds. The account was last replenished on March 18, 2016, and because of subsequent monthly payments to the expert, Ed Swanson, it is now substantially depleted.

    ///

    ///

1       Accordingly, Defendants are ordered to deposit forthwith an additional $250,000 with the
2 Clerk of the Court, to be added to the funds in the existing account.
3       IT IS SO ORDERED.

DATED: June 9, 2016

                    CLAUDIA WILKEN
                    United States District Judge

CF1997CS0005
20863328.doc