1  DONALD SPECTER – 083925
CORENE KENDRICK – 226642
2  PENNY GODBOLD – 226925
PRISON LAW OFFICE
3  1917 Fifth Street
Berkeley, California  94710-1916
4  Telephone:    (510) 280-2621
Facsimile:    (510) 280-2704
5
LINDA D. KILB – 136101
6  DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
7  3075 Adeline Street, Suite 201
Berkeley, California  94703
8  Telephone:    (510) 644-2555
Facsimile:    (510) 841-8645
9

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:    (415) 442-1000
Facsimile:    (415) 442-1001

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
GAY C. GRUNFELD – 121944
ROSEN BIEN GALVAN &
GRUNFELD LLP
50 Fremont St, 19th Floor
San Francisco, California  94105
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

10  Attorneys for Plaintiffs

11

12              UNITED STATES DISTRICT COURT

13      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15  JOHN ARMSTRONG, et al.,

16              Plaintiff,

17      v.

18  EDMUND G. BROWN, JR., et al.,

19              Defendant.

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER
CONFIRMING UNDISPUTED
ATTORNEYS' FEES AND COSTS
FOR THE FIRST QUARTER OF 2016

Judge:   Hon. Claudia Wilken

20

21

22

23

24

25

26

27

28

[3007555-1]

1    On March 26, 1997, the District Court established procedures by which Plaintiffs

2  are to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring Defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, on April 26, 2016 Plaintiffs served on Defendants

5  their First Quarterly Statement for 2016 by overnight delivery.  The parties completed their

6  meet-and-confer process on June 10, 2016 as to the fees and costs incurred on all matters.

7    As a result of the June 10, 2016 agreement, the parties agree to the following:

8    The parties agree to the payment of $1,310,790.86 to resolve all fees and costs

9  incurred during the First Quarter of 2016, for monitoring and/or litigation activities in the

10  California Department of Corrections of Rehabilitation Division of Adult Operations and

11  Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

12  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

13  the parties to settle these claims.

14    The parties agree to the payment of $48,799.84 to resolve all fees and costs incurred

15  during the First Quarter of 2016, for monitoring and/or litigation activities in the Board of

16  Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting

17  forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to

18  settle these claims.

19    The parties agree to the payment of $194,012.04 to resolve all fees and costs

20  incurred during the First Quarter of 2016, for monitoring and/or litigation activities in the

21  Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

22  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

23  agreed to by the parties to settle these claims.

24    The parties agree to the payment of $13,711.32 to resolve all fees and costs incurred

25  during the First Quarter of 2016, for fees on fees.  Attached hereto as **Exhibit D** are charts

26  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

27  parties to settle these claims.

28  \\

[3007555-1]

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER OF 2016

1        IT IS HEREBY ORDERED that the amounts set forth above are due and

2 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3 and costs will run from May 27, 2016, accruing at the rate provided by 28 U.S.C. § 1961.

4

5 DATED:   6/15/2016

6

7

8                         THE HONORABLE CLAUDIA WILKEN
                          UNITED STATES DISTRICT JUDGE

9

10 APPROVED AS TO FORM:

11

12 DATED:  June 14, 2016              */s/ Sharon A. Garske*
                                      Sharon A. Garske
13                                    Deputy Attorney General
                                      Attorney for Defendants
14

15 DATED:  June 14, 2016              */s/ Gay C. Grunfeld*
                                      Gay C. Grunfeld
16                                    Rosen Bien Galvan & Grunfeld LLP
                                      Attorney for Plaintiffs
17

18

19

20

21

22

23

24

25

26

27

28

[3007555-1]

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER OF 2016

# EXHIBIT A

# Armstrong v. Brown
**First Quarterly Statement of 2016**
**January 1, 2016 through March 31, 2016**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,274,050.70 | $36,740.16 |
| | **TOTAL:** | **$1,310,790.86** |

**Armstrong v. Brown**
First Quarterly Statement of 2016
January 1, 2016 through March 31, 2016
*Matter:  CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | 2016 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 5.70 | 5.70 | $900 | $5,130.00 | $4,873.50 |
| Gay C. Grunfeld (GCG) | 46.20 | 46.20 | $790 | $36,498.00 | $34,673.10 |
| Jane Kahn (JEK) | 0.20 | 0.00 | $700 | $0.00 | $0.00 |
| Thomas Nolan (TN) | 284.90 | 278.60 | $610 | $169,946.00 | $161,448.70 |
| Lisa Ells (LAE) | 3.80 | 0.00 | $600 | $0.00 | $0.00 |
| Blake Thompson (BT) | 77.70 | 76.10 | $565 | $42,996.50 | $40,846.68 |
| Michael Freedman (MLF) | 162.20 | 160.00 | $545 | $87,200.00 | $82,840.00 |
| Ben Bien-Kahn (BBK) | 38.90 | 32.10 | $490 | $15,729.00 | $14,942.55 |
| Krista Stone-Manista (KSM) | 61.90 | 61.20 | $490 | $29,988.00 | $28,488.60 |
| Christopher Hu (CDH) | 14.50 | 12.40 | $410 | $5,084.00 | $4,829.80 |
| Karen Stilber (KES) | 60.00 | 56.70 | $300 | $17,010.00 | $16,159.50 |
| Linda Woo (LHW) | 31.00 | 28.40 | $300 | $8,520.00 | $8,094.00 |
| F. Gail LaPurja (FGL) | 44.00 | 38.60 | $275 | $10,615.00 | $10,084.25 |
| Fely Villadelgado (FFV) | 0.20 | 0.00 | $275 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 28.30 | 25.90 | $275 | $7,122.50 | $6,766.38 |
| Lauren Vandemortel (LWV) | 22.90 | 19.30 | $260 | $5,018.00 | $4,767.10 |
| Katherine Hamilton (KCH) | 308.60 | 263.80 | $230 | $60,674.00 | $57,640.30 |
| Charlotte Landes (CJL) | 64.30 | 55.90 | $230 | $12,857.00 | $12,214.15 |
| Kelly McGraw (KAM) | 305.00 | 273.50 | $230 | $62,905.00 | $59,759.75 |
| Sasha Beder-Schenker (SBS) | 12.70 | 0.00 | $230 | $0.00 | $0.00 |
| **Total Hours:** | **1,573.00** | **1,434.40** | | | |
| **Total RBGG Fees:** | | | | **$577,293.00** | **$548,428.35** |
| | | | | | |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 74.50 | 74.50 | $900 | $67,050.00 | $63,697.50 |
| Steve Fama (SF) | 1.70 | 1.70 | $850 | $1,445.00 | $1,372.75 |
| Rebekah Evenson (RE) | 255.00 | 255.00 | $700 | $178,500.00 | $169,575.00 |
| Penny Godbold (PG) | 172.70 | 172.70 | $650 | $112,255.00 | $106,642.25 |
| Corene Kendrick (CK) | 128.10 | 128.10 | $650 | $83,265.00 | $79,101.75 |
| Kelly Knapp (KK) | 91.60 | 91.60 | $565 | $51,754.00 | $49,166.30 |
| Gwen Wu (GW) | 83.80 | 83.80 | $375 | $31,425.00 | $29,853.75 |
| Amber Norris (AN) | 216.60 | 216.60 | $310 | $67,146.00 | $63,788.70 |
| Anjuli Branz (AB) | 211.70 | 211.70 | $250 | $52,925.00 | $50,278.75 |
| Laura Graham (LG) | 74.50 | 74.50 | $250 | $18,625.00 | $17,693.75 |
| Isaac Da ke (ID) | 46.10 | 46.10 | $250 | $11,525.00 | $10,948.75 |
| Megan Lynch (ML) | 164.00 | 164.00 | $300 | $49,200.00 | $46,740.00 |
| Nora Searle (NS) | 53.80 | 53.80 | $250 | $13,450.00 | $12,777.50 |
| Liliana Paratore (LP) | 39.70 | 39.70 | $250 | $9,925.00 | $9,428.75 |
| Alex Kennedy (AK) | 59.50 | 59.50 | $250 | $14,875.00 | $14,131.25 |
| **Total Hours:** | **1,673.30** | **1,673.30** | | | |
| **Total PLO Fees:** | | | | **$763,365.00** | **$725,196.75** |
| | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Hongyu Min (HM) | 2.80 | 2.80 | $160 | $448.00 | $425.60 |
| **Total Hours:** | **2.80** | **2.80** | | | |
| **Total DREDF Fees:** | | | | **$448.00** | **$425.60** |
| | | | | | |
| **TOTAL UNDISPUTED CDCR/AOAP MONITORING FEES:** | | | | **$1,341,106.00** | **$1,274,050.70** |

**Armstrong v. Brown**
First Quarterly Statement of 2016
January 1, 2016 through March 31, 2016
**Costs**

## Matter:  CDCR/AOAP Merits/Monitoring

| | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $2,273.60 | $2,159.92 |
| Photocopying/printing (Outside) | $2,205.81 | $2,095.52 |
| Translation services | $125.00 | $118.75 |
| Online Research - PACER, Westlaw | $213.45 | $202.78 |
| Postage & Delivery | $502.44 | $477.32 |
| Travel - Mileage, Tolls, Food | $11,950.93 | $11,353.38 |
| Telephone | $11.15 | $10.59 |
| **Total RBGG Costs:** | **$17,282.38** | **$16,418.26** |
| | | |
| **Prison Law Office** | | |
| Photocopying (In house) | $2,608.20 | $2,477.79 |
| Translation services | $729.24 | $692.78 |
| Travel - Mileage, Tolls, Food | $16,388.00 | $15,568.60 |
| Postage & Delivery | $1,449.45 | $1,376.98 |
| **Total PLO Costs:** | **$21,174.89** | **$20,116.15** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $168.80 | $160.36 |
| Postage & Delivery | $47.78 | $45.39 |
| **Total DREDF Costs:** | **$216.58** | **$205.75** |
| | | |
| **TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING COSTS:** | **$38,673.85** | **$36,740.16** |

# EXHIBIT B

# Armstrong v. Brown
**First Quarterly Statement of 2016**
**January 1, 2016 through March 31, 2016**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| BPH | $48,254.78 | $545.06 |
| | **TOTAL:** | **$48,799.84** |

**Armstrong v. Brown**
First Quarterly Statement of 2016
January 1, 2016 through March 31, 2016
*Matter: BPH*

| *BPH (581-4)*<br><br>*BPH MONITORING (581-4)* | Actual<br>Hours | Claimed<br>Hours | 2016<br>Rates | Total<br>Claimed Fees | Fees Now Owing Based On<br>Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 0.10 | 0.10 | $790 | $79.00 | $75.05 |
| Thomas Nolan (TN) | 0.40 | 0.00 | $610 | $0.00 | $0.00 |
| Blake Thompson (BT) | 21.20 | 19.90 | $565 | $11,243.50 | $10,681.33 |
| Margot K. Mendelson (MKM) | 18.80 | 18.30 | $490 | $8,967.00 | $8,518.65 |
| Katherine Hamilton (KCH) | 7.40 | 0.00 | $230 | $0.00 | $0.00 |
| **Total Hours:** | **47.90** | **38.30** | | | |
| **Total RBGG Fees:** | | | | **$20,289.50** | **$19,275.03** |
| **PRISON LAW OFFICE** | | | | | |
| Sara Norman (SN) | 26.30 | 26.30 | $750 | $19,725.00 | $18,738.75 |
| Rana Anabtawi (RA) | 22.00 | 22.00 | $490 | $10,780.00 | $10,241.00 |
| **Total Hours:** | **26.30** | **26.30** | | | |
| **Total PLO Fees:** | | | | **$30,505.00** | **$28,979.75** |
| **TOTAL UNDISPUTED FEES FOR BPH WORK:** | | | | **$50,794.50** | **$48,254.78** |

**Armstrong v. Brown**
First Quarterly Statement of 2016
January 1, 2016 through March 31, 2016
**Costs**

*Matter: BPH*

| | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | | |
| Photocopying (In house) | | $182.20 | $173.09 |
| Travel - Mileage, Tolls, Food | | $120.19 | $114.18 |
| | **Total RBGG Costs:** | **$302.39** | **$287.27** |
| | | | |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | | $271.36 | $257.79 |
| | **Total PLO Costs:** | **$271.36** | **$257.79** |
| | | | |
| | **TOTAL UNDISPUTED BPH COSTS:** | **$573.75** | **$545.06** |

# EXHIBIT C

# Armstrong v. Brown
**First Quarterly Statement of 2016**
**January 1, 2016 through March 31, 2016**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| DAPO MONITORING | $189,999.53 | $4,012.52 |
| | **TOTAL:** | **$194,012.04** |

**Armstrong v. Brown**
First Quarterly Statement of 2016
January 1, 2016 through March 31, 2016
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | 2016 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.30 | 0.00 | $900 | $0.00 | $0.00 |
| Gay C. Grunfeld (GCG) | 7.50 | 7.50 | $790 | $5,925.00 | $5,628.75 |
| Ernest Galvan (EG) | 0.60 | 0.00 | $740 | $0.00 | $0.00 |
| Aaron Fischer (AJF) | 63.50 | 63.30 | $575 | $36,397.50 | $34,577.63 |
| Blake Thompson (BT) | 22.20 | 21.70 | $565 | $12,260.50 | $11,647.48 |
| Michael Freedman (MLF) | 2.30 | 0.00 | $545 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | 76.40 | 71.40 | $490 | $34,986.00 | $33,236.70 |
| Margot Mendelson (MKM) | 42.70 | 40.80 | $490 | $19,992.00 | $18,992.40 |
| Krista Stone-Manista (KSM) | 0.30 | 0.00 | $490 | $0.00 | $0.00 |
| Jenny Yelin (JSY) | 11.20 | 10.80 | $475 | $5,130.00 | $4,873.50 |
| Christopher Hu (CDH) | 69.90 | 68.80 | $410 | $28,208.00 | $26,797.60 |
| Karen Stilber (KES) | 0.90 | 0.00 | $300 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 31.80 | 26.90 | $275 | $7,397.50 | $7,027.63 |
| Kelly McGraw (KAM) | 42.60 | 39.00 | $230 | $8,970.00 | $8,521.50 |
| Katherine Hamilton (KCH) | 0.70 | 0.00 | $230 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 217.50 | 177.10 | $230 | $40,733.00 | $38,696.35 |
| **Total Hours:** | **590.40** | **527.30** | | | |
| **Total RBGG Fees:** | | | | **$199,999.50** | **$189,999.53** |

**TOTAL UNDISPUTED FOR DAPO MONITORING WORK:**       **$199,999.50**      **$189,999.53**

**Armstrong v. Brown**
First Quarterly Statement of 2016
January 1, 2016 through March 31, 2016
**Costs**

## *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $1,041.40 | $989.33 |
| Photocopying (outside) | $357.69 | $339.81 |
| Interpeting Services | $957.96 | $910.06 |
| Telephone | $8.40 | $7.98 |
| Travel - Mileage, Tolls, Food | $1,858.25 | $1,765.34 |
| **Total RBGG Costs:** | **$4,223.70** | **$4,012.52** |
| | | |
| **TOTAL UNDISPUTED DAPO MONITORING COSTS:** | **$4,223.70** | **$4,012.52** |

# EXHIBIT D

# Armstrong v. Brown
**First Quarterly Statement of 2016**
**January 1, 2016 through March 31, 2016**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $13,483.35 | $227.97 |
|  | **TOTAL:** | **$13,711.32** |

**Armstrong v. Brown**
First Quarterly Statement of 2016
January 1, 2016 through March 31, 2016
*Matter:  All Matters Fees Work*

| *Fees (581-2)* | Actual Hours | Claimed Hours | 2016 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 0.90 | 0.80 | $790 | $632.00 | $600.40 |
| Lisa Ells (LAE) | 0.10 | 0.00 | $600 | $0.00 | $0.00 |
| Aaron Fischer (AJF) | 1.00 | 0.50 | $575 | $287.50 | $273.13 |
| Blake Thompson (BT) | 9.90 | 9.10 | $565 | $5,141.50 | $4,884.43 |
| Benjamin Bien-Kahn (BBK) | 0.20 | 0.00 | $490 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 0.20 | 0.00 | $275 | $0.00 | $0.00 |
| Lauren Vandemortel (LWV) | 20.60 | 20.10 | $260 | $5,226.00 | $4,964.70 |
| Katherine Hamilton (KCH) | 0.40 | 0.00 | $230 | $0.00 | $0.00 |
| **Total Hours:** | **33.30** | **30.50** | | | |
| **Total RBGG Fees:** | | | | **$11,287.00** | **$10,722.65** |
| | | | | | |
| **PRISON LAW OFFICE** | | | | | |
| Rebekah Evenson (RE) | 2.1 | 2.1 | $700 | $1,470.00 | $1,396.50 |
| Ashley Kirby (AK) | 5.6 | 5.6 | $200 | $1,120.00 | $1,064.00 |
| **Total Hours:** | **7.70** | **7.70** | | | |
| **Total PLO Fees:** | | | | **$2,590.00** | **$2,460.50** |
| | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | 0.40 | 0.40 | $790 | $316.00 | $300.20 |
| **Total Hours:** | **0.40** | **0.40** | | | |
| **Total DREDF Fees:** | | | | **$316.00** | **$300.20** |
| | | | | | |
| **TOTAL UNDISPUTED FEES FOR ARMSTRONG FEES WORK:** | | | | **$14,193.00** | **$13,483.35** |

**<u>Armstrong v. Brown</u>**
First Quarterly Statement of 2016
January 1, 2016 through March 31, 2016
**<u>Costs</u>**

## *Matter: Fees Work in All Matters*

|  | Total<br><u>Claimed Costs</u> | Costs Now Owing Based On<br><u>Negotiated Compromise</u> |
|---|---|---|
| **<u>Rosen, Bien, Galvan & Grunfeld (581-2)</u>** |  |  |
| Photocopying and Printing (in-house) | $207.20 | $196.84 |
| Postage & Delivery | $19.57 | $18.59 |
| **Total RBGG Costs:** | **$226.77** | **$215.43** |
|  |  |  |
| **<u>Disability Rights Education & Defense Fund, Inc.</u>** |  |  |
| Photocopying (in-house) | $13.20 | $12.54 |
| **Total DREDF Costs:** | **$13.20** | **$12.54** |
|  |  |  |
| **TOTAL UNDISPUTED FEES WORK COSTS :** | **$239.97** | **$227.97** |