DONALD SPECTER – 083925
CORENE KENDRICK – 226642
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:     (510) 280-2621
Facsimile:      (510) 280-2704

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:     (415) 442-1000
Facsimile:      (415) 442-1001

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:     (510) 644-2555
Facsimile:      (510) 841-8645

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
ERNEST GALVAN – 196065
PENNY GODBOLD – 226925
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont St, 19th Floor
San Francisco, California  94105
Telephone:     (415) 433-6830
Facsimile:      (415) 433-7104

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiff, | **[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2016** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendant. | Judge:   Hon. Claudia Wilken |

[3034283-1]

1      On March 26, 1997, the District Court established procedures by which Plaintiffs

2  are to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring Defendants' compliance with the Court's Orders and collecting fees.

4      Pursuant to these procedures, on July 22, 2016 Plaintiffs served on Defendants their

5  Second Quarterly Statement for 2016 by overnight delivery.  The parties completed their

6  meet-and-confer process on August 26, 2016 as to the fees and costs incurred on all

7  matters.

8      As a result of the August 26, 2016 agreement, the parties agree to the following:

9      The parties agree to the payment of $1,276,571.34 to resolve all fees and costs

10  incurred during the Second Quarter of 2016, for monitoring and/or litigation activities in

11  the California Department of Corrections of Rehabilitation Division of Adult Operations

12  and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

13  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

14  the parties to settle these claims.

15      The parties agree to the payment of $33,411.66 to resolve all fees and costs incurred

16  during the Second Quarter of 2016, for monitoring and/or litigation activities in the Board

17  of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts

18  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

19  parties to settle these claims.

20      The parties agree to the payment of $284,135.78 to resolve all fees and costs

21  incurred during the Second Quarter of 2016, for monitoring and/or litigation activities in

22  the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

23  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

24  agreed to by the parties to settle these claims.

25      The parties agree to the payment of $18,947.92 to resolve all fees and costs incurred

26  during the Second Quarter of 2016, for fees on fees.  Attached hereto as **Exhibit D** are

27  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

28  the parties to settle these claims.

1    IT IS HEREBY ORDERED that the amounts set forth above are due and

2  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3  and costs will run from August 22, 2016, accruing at the rate provided by 28 U.S.C.

4  § 1961.

5

6  DATED:  September 16_____, 2016

7                                                              Claudia
                                                             United States District Judge

8

9  APPROVED AS TO FORM:

10

11  DATED:  August 29, 2016        /s/Sharon A. Garske
                                                  Sharon A. Garske
12                                                 Deputy Attorney General
                                                  Attorney for Defendants
13

14  DATED:  August 29, 2016        /s/Gay C. Grunfeld
                                                  Gay C. Grunfeld
15                                                 Rosen Bien Galvan & Grunfeld LLP
                                                  Attorney for Plaintiffs
16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER OF 2016

# EXHIBIT A

## Armstrong v. Brown
**Second Quarterly Statement of 2016**
**April 1, 2016 through June 30, 2016**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,244,703.52 | $31,867.83 |
| | **TOTAL:** | **$1,276,571.34** |

**Armstrong v. Brown**
Second Quarterly Statement of 2016
April 1, 2016 through June 30, 2016
*Matter: CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | | Actual Hours | Claimed Hours | 2016 Rates | Total Claimed Fees | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 4.40 | 4.40 | $900 | $3,960.00 | $3,841.20 |
| Gay C. Grunfeld (GCG) | | 50.80 | 50.80 | $790 | $40,132.00 | $38,928.04 |
| Ernest Galvan (EG) | | 2.20 | 2.20 | $740 | $1,628.00 | $1,579.16 |
| Thomas Nolan (TN) | | 162.20 | 162.20 | $610 | $98,942.00 | $95,973.74 |
| Lisa Ells (LAE) | | 1.50 | 1.00 | $600 | $600.00 | $582.00 |
| Michael Freedman (MLF) | | 107.60 | 101.80 | $545 | $55,481.00 | $53,816.57 |
| Van Swearingen (VS) | | 0.40 | 0.00 | $545 | $0.00 | $0.00 |
| Ben Bien-Kahn (BBK) | | 163.30 | 144.30 | $490 | $70,707.00 | $68,585.79 |
| Krista Stone-Manista (KSM) | | 170.40 | 167.90 | $490 | $82,271.00 | $79,802.87 |
| Pablo Lastra (PAL) | | 66.40 | 56.30 | $435 | $24,490.50 | $23,755.79 |
| Margot Mendelson (MKM) | | 0.20 | 0.00 | $490 | $0.00 | $0.00 |
| Jennifer Stark (JS) | | 0.30 | 0.00 | $490 | $0.00 | $0.00 |
| Karen Stilber (KES) | | 103.50 | 94.80 | $300 | $28,440.00 | $27,586.80 |
| Linda Woo (LHW) | | 50.70 | 50.70 | $300 | $15,210.00 | $14,753.70 |
| F. Gail LaPurja (FGL) | | 45.80 | 43.10 | $275 | $11,852.50 | $11,496.93 |
| Greg Gonzalez (GZG) | | 26.20 | 25.70 | $275 | $7,067.50 | $6,855.48 |
| Fely F. Villadelgado (FFV) | | 0.20 | 0.00 | $275 | $0.00 | $0.00 |
| Lauren Vandemortel (LWV) | | 15.80 | 15.80 | $260 | $4,108.00 | $3,984.76 |
| Katherine Hamilton (KCH) | | 289.40 | 242.40 | $230 | $55,752.00 | $54,079.44 |
| Charlotte Landes (CJL) | | 119.50 | 106.70 | $230 | $24,541.00 | $23,804.77 |
| Sasha Beder-Schenker (SBS) | | 7.00 | 0.00 | $230 | $0.00 | $0.00 |
| Kelly McGraw (KAM) | | 279.90 | 252.90 | $230 | $58,167.00 | $56,421.99 |
| Nathalie Welch (NW) | | 6.20 | 0.00 | $230 | $0.00 | $0.00 |
| Sara E. Long (SL) | | 4.00 | 0.00 | $215 | $0.00 | $0.00 |
| | **Total Hours:** | **1,677.90** | **1,523.00** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$583,349.50** | **$565,849.02** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 67.00 | 67.00 | $900 | $60,300.00 | $58,491.00 |
| Steve Fama (SF) | | 2.20 | 2.20 | $850 | $1,870.00 | $1,813.90 |
| Sara Norman (SN) | | 118.90 | 118.90 | $750 | $89,175.00 | $86,499.75 |
| Rebekah Evenson (RE) | | 12.90 | 12.90 | $700 | $9,030.00 | $8,759.10 |
| Penny Godbold (PG) | | 195.20 | 195.20 | $650 | $126,880.00 | $123,073.60 |
| Corene Kendrick (CK) | | 224.20 | 224.20 | $650 | $145,730.00 | $141,358.10 |
| Kelly Knapp (KK) | | 24.80 | 24.80 | $565 | $14,012.00 | $13,591.64 |
| Margot Mendelson (MM) | | 47.50 | 47.50 | $490 | $23,275.00 | $22,576.75 |
| Amber Norris (AN) | | 202.00 | 202.00 | $310 | $62,620.00 | $60,741.40 |
| Anjuli Branz (AB) | | 146.20 | 146.20 | $250 | $36,550.00 | $35,453.50 |
| Laura Graham (LG) | | 32.40 | 32.40 | $250 | $8,100.00 | $7,857.00 |
| Isaac Dalke (ID) | | 20.10 | 20.10 | $250 | $5,025.00 | $4,874.25 |
| Megan Lynch (ML) | | 113.70 | 113.70 | $300 | $34,110.00 | $33,086.70 |
| Nora Searle (NS) | | 75.20 | 75.20 | $250 | $18,800.00 | $18,236.00 |
| Liliana Paratore (LP) | | 93.90 | 93.90 | $250 | $23,475.00 | $22,770.75 |
| Alex Kennedy (AK) | | 18.20 | 18.20 | $250 | $4,550.00 | $4,413.50 |
| Sophie Hart (SH) | | 38.20 | 38.20 | $250 | $9,550.00 | $9,263.50 |
| Sarah Hopkins | | 105.4 | 105.4 | $250 | $26,350.00 | $25,559.50 |
| | **Total Hours:** | **1,538.00** | **1,432.60** | | | |
| **PLO CLAIMED FEES:** | | | | | **$699,402.00** | **$678,419.94** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Hongyu Min (HM) | | 2.80 | 2.80 | $160 | $448.00 | $434.56 |
| | **Total Hours:** | **2.80** | **2.80** | | | |
| **DREDF CLAIMED FEES:** | | | | | **$448.00** | **$434.56** |
| | | | | | | |
| **TOTAL CLAIMED CDCR/AOAP MONITORING FEES:** | | | | | **$1,283,199.50** | **$1,244,703.52** |

**Armstrong v. Brown**
Second Quarterly Statement of 2016
April 1, 2016 through June 30, 2016
<u>Costs</u>

## *Matter:  CDCR/AOAP Merits/Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-3) | | Total<br>Claimed Costs | Costs Now Owing Based On<br>Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $2,391.80 | $2,320.05 |
| Photocopying/printing (Outside) | | $2,831.15 | $2,746.22 |
| Translation Services | | $275.00 | $266.75 |
| Online Research - PACER, Westlaw | | $104.80 | $101.66 |
| Postage & Delivery | | $457.63 | $443.90 |
| Travel - Mileage, Tolls, Food | | $8,046.34 | $6,970.42 |
| | **Total RBGG Costs:** | **$14,106.72** | **$12,848.99** |
| | | | |
| **Prison Law Office** | | | |
| Photocopying (In house) | | $1,729.00 | $1,677.13 |
| Travel - Mileage, Tolls, Food | | $16,408.61 | $15,916.35 |
| Postage & Delivery | | $1,222.09 | $1,185.43 |
| | **Total PLO Costs:** | **$19,359.70** | **$18,778.91** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $207.60 | $201.37 |
| PACER | | $4.40 | $4.27 |
| Postage & Delivery | | $35.35 | $34.29 |
| | **Total DREDF Costs:** | **$247.35** | **$239.93** |
| | | | |
| **TOTAL UNDISPUTED CDCR/AOAP MERITS/MONITORING COSTS:** | | **$33,713.77** | **$31,867.83** |

# EXHIBIT B

## <u>Armstrong v. Brown</u>
### First Quarterly Statement of 2016
### April 1, 2016 through June 30, 2016

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| BPH | $32,690.94 | $720.72 |
| | **TOTAL:** | **$33,411.66** |

**Armstrong v. Brown**
Second Quarterly Statement of 2016
April 1, 2016 through June 30, 2016
*Matter: BPH*

| *BPH (581-4)* | | Actual Hours | Claimed Hours | 2016 Rates | Total Claimed Fees | Fees Now Owing Based On Negoatiated Compromise |
|---|---|---|---|---|---|---|
| *BPH MONITORING (581-4)* | | | | | | |
| | | | | | | |
| ROSEN, BIEN, GALVAN & GRUNFELD | | | | | | |
| Michael W. Bien (MWB) | | 0.7 | 0.7 | $900 | $630.00 | $611.10 |
| Gay C. Grunfeld (GCG) | | 1.50 | 1.50 | $790 | $1,185.00 | $1,149.45 |
| Thomas Nolan (TN) | | 22.80 | 22.80 | $610 | $13,908.00 | $13,490.76 |
| Margot K. Mendelson (MKM) | | 5.50 | 5.50 | $490 | $2,695.00 | $2,614.15 |
| Kelly McGraw (KAM) | | 0.50 | 0.50 | $230 | $115.00 | $111.55 |
| Katherine Hamilton (KCH) | | 8.70 | 6.30 | $230 | $1,449.00 | $1,405.53 |
| | **Total Hours:** | **39.00** | **36.60** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$19,982.00** | **$19,382.54** |
| | | | | | | |
| PRISON LAW OFFICE | | | | | | |
| Rana Anabtawi (RA) | | 28.00 | 28.00 | $490 | $13,720.00 | $13,308.40 |
| | **Total Hours:** | **0.00** | **0.00** | | | |
| **PLO CLAIMED FEES:** | | | | | **$13,720.00** | **$13,308.40** |
| | | | | | | |
| **TOTAL CLAIMED FEES FOR BPH WORK:** | | | | | **$33,702.00** | **$32,690.94** |

**Armstrong v. Brown**
Second Quarterly Statement of 2016
April 1, 2016 through June 30, 2016
Costs

## Matter: BPH

| Rosen, Bien, Galvan & Grunfeld (581-4) | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $54.40 | $52.77 |
| Travel - Mileage, Tolls, Food | | $432.42 | $419.45 |
| | Total RBGG Costs: | $486.82 | $472.22 |
| | | | |
| Prison Law Office | | | |
| Travel - Mileage, Tolls, Food | | $256.19 | $248.50 |
| | Total PLO Costs: | $256.19 | $248.50 |
| | | | |
| | TOTAL CLAIMED BPH COSTS: | $743.01 | $720.72 |

# EXHIBIT C

## Armstrong v. Brown
### Second Quarterly Statement of 2016
### April 1, 2016 through June 30, 2016

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| DAPO MONITORING | $277,550.47 | $6,585.31 |
| | **TOTAL:** | **$284,135.78** |

**Armstrong v. Brown**
Second Quarterly Statement of 2016
April 1, 2016 through June 30, 2016
*Matter: DAPO Monitoring*

| _DAPO Monitoring (581-9)_ | Actual Hours | Claimed Hours | 2016 Rates | Total Claimed Fees | Fees Now Owing Based On Negoatiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 1.80 | 1.80 | $900 | $1,620.00 | $1,571.40 |
| Gay C. Grunfeld (GCG) | 33.00 | 33.00 | $790 | $26,070.00 | $25,287.90 |
| Ernest Galvan (EG) | 0.90 | 0.00 | $740 | $0.00 | $0.00 |
| Thomas Nolan (TN) | 7.80 | 6.80 | $610 | $4,148.00 | $4,023.56 |
| Aaron Fischer (AJF) | 37.50 | 37.50 | $575 | $21,562.50 | $20,915.63 |
| Michael Freedman (MLF) | 29.70 | 29.70 | $545 | $16,186.50 | $15,700.91 |
| Benjamin Bien-Kahn (BBK) | 129.60 | 120.20 | $490 | $58,898.00 | $57,131.06 |
| Margot Mendelson (MKM) | 22.90 | 22.10 | $490 | $10,829.00 | $10,504.13 |
| Jennifer L. Stark (JLS) | 18.10 | 14.30 | $490 | $7,007.00 | $6,796.79 |
| Krista Stone-Manista (KSM) | 3.00 | 0.00 | $490 | $0.00 | $0.00 |
| Pablo Lastra (PAL) | 105.50 | 98.80 | $435 | $42,978.00 | $41,688.66 |
| Christopher Hu (CDH) | 74.80 | 70.70 | $410 | $28,987.00 | $28,117.39 |
| Karen Stilber (KES) | 21.90 | 21.60 | $300 | $6,480.00 | $6,285.60 |
| F. Gail LaPurja (FGL) | 34.20 | 32.30 | $275 | $8,882.50 | $8,616.03 |
| Kelly McGraw (KAM) | 72.50 | 65.20 | $230 | $14,996.00 | $14,546.12 |
| Katherine Hamilton (KCH) | 0.40 | 0.00 | $230 | $0.00 | $0.00 |
| Charlotte Landes (CL) | 0.50 | 0.00 | $230 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 191.90 | 163.00 | $230 | $37,490.00 | $36,365.30 |
| **Total Hours:** | **786.00** | **717.00** | | | |
| **RBGG CLAIMED FEES:** | | | | **$286,134.50** | **$277,550.47** |
| **TOTAL CLAIMED FOR DAPO MONITORING WORK:** | | | | **$286,134.50** | **$277,550.47** |

**Armstrong v. Brown**
Second Quarterly Statement of 2016
April 1, 2016 through June 30, 2016
Costs

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying (in-house) | | $1,206.50 | $1,170.31 |
| Photocopying (outside) | | $429.53 | $416.64 |
| Interpreting Services | | $238.08 | $230.94 |
| Westlaw | | $4.36 | $4.23 |
| Travel - Mileage, Tolls, Food | | $4,910.51 | $4,763.19 |
| | Total RBGG Costs: | $6,788.98 | $6,585.31 |
| | TOTAL CLAIMED DAPO MONITORING COSTS: | $6,788.98 | $6,585.31 |

# EXHIBIT D

## Armstrong v. Brown
**Second Quarterly Statement of 2016**
**April 1, 2016 through June 30, 2016**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $18,702.57 | $245.35 |
|  | **TOTAL:** | **$18,947.92** |

**Armstrong v. Brown**
Second Quarterly Statement of 2016
April 1, 2016 through June 30, 2016
*Matter: All Matters Fees Work*

| *Fees (581-2)* | | Actual Hours | Claimed Hours | 2016 Rates | Total Claimed Fees | Fees Now Owing Based On Negoatiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 1.00 | 1.00 | $900 | $900.00 | $873.00 |
| Gay C. Grunfeld (GCG) | | 15.80 | 15.80 | $790 | $12,482.00 | $12,107.54 |
| Ernest Galvan (EG) | | 0.10 | 0.10 | $740 | $74.00 | $71.78 |
| F. Gail LaPurja (FGL) | | 0.30 | 0.00 | $275 | $0.00 | $0.00 |
| Kelly McGraw (KAM) | | 0.80 | 0.00 | $230 | $0.00 | $0.00 |
| Lauren Vandemortel (LWV) | | 16.30 | 11.70 | $260 | $3,042.00 | $2,950.74 |
| | Total Hours: | 34.30 | 28.60 | | | |
| **RBGG CLAIMED FEES:** | | | | | **$16,498.00** | **$16,003.06** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Rebekah Evenson (RE) | | 1.1 | 1.1 | $700 | $770.00 | $746.90 |
| Ashley Kirby (AK) | | 7.3 | 7.3 | $200 | $1,460.00 | $1,416.20 |
| | Total Hours: | 8.40 | 8.40 | | | |
| **PLO CLAIMED FEES:** | | | | | **$2,230.00** | **$2,163.10** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.70 | 0.70 | $790 | $553.00 | $536.41 |
| | Total Hours: | 0.70 | 0.70 | | | |
| **DREDF CLAIMED FEES:** | | | | | **$553.00** | **$536.41** |
| | | | | | | |
| **TOTAL CLAIMED FEES FOR ARMSTRONG FEES WORK:** | | | | | **$19,281.00** | **$18,702.57** |

**Armstrong v. Brown**
Second Quarterly Statement of 2016
April 1, 2016 through June 30, 2016
Costs

## Matter: Fees Work in All Matters

| Rosen, Bien, Galvan & Grunfeld (581-2) | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying and Printing (in-house) | | $220.00 | $213.40 |
| Postage & Delivery | | $19.14 | $18.57 |
| | Total RBGG Costs: | $239.14 | $231.97 |
| | | | |
| Disability Rights Education & Defense Fund, Inc. | | | |
| Photocopying (in-house) | | $13.80 | $13.39 |
| | Total DREDF Costs: | $13.80 | $13.39 |
| | | | |
| | TOTAL CLAIMED FEES WORK COSTS : | $252.94 | $245.35 |