DONALD SPECTER – 083925
CORENE KENDRICK – 226642
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:  (510) 280-2704

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:  (510) 644-2555
Facsimile:  (510) 841-8645

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
ERNEST GALVAN – 196065
PENNY GODBOLD – 226925
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont St, 19th Floor
San Francisco, California  94105
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN ARMSTRONG, et al.,

       Plaintiff,

     v.

EDMUND G. BROWN, JR., et al.,

       Defendant.

Case No. C94 2307 CW

**[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2016**

Judge:  Hon. Claudia Wilken

[3077974-1]

1    On March 26, 1997, the District Court established procedures by which Plaintiffs
2    are to collect periodic attorneys' fees and costs in this case in connection with their work
3    monitoring Defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, on October 27, 2016 Plaintiffs served on Defendants
5    their Third Quarterly Statement for 2016 by overnight delivery.  The parties completed
6    their meet-and-confer process on December 7, 2016 as to the fees and costs incurred on all
7    matters.

8    As a result of the December 7, 2016 agreement, the parties agree to the following:

9    The parties agree to the payment of $1,084,871.19 to resolve all fees and costs
10   incurred during the Third Quarter of 2016, for monitoring and/or litigation activities in the
11   California Department of Corrections of Rehabilitation Division of Adult Operations and
12   Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are
13   charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by
14   the parties to settle these claims.

15   The parties agree to the payment of $47,067.48 to resolve all fees and costs incurred
16   during the Third Quarter of 2016, for monitoring and/or litigation activities in the Board of
17   Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting
18   forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to
19   settle these claims.

20   The parties agree to the payment of $218,857.87 to resolve all fees and costs
21   incurred during the Third Quarter of 2016, for monitoring and/or litigation activities in the
22   Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as
23   **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts
24   agreed to by the parties to settle these claims.

25   The parties agree to the payment of $16,990.04 to resolve all fees and costs incurred
26   during the Third Quarter of 2016, for fees on fees.  Attached hereto as **Exhibit D** are charts
27   setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the
28   parties to settle these claims.

1                                                                C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER OF 2016

1    IT IS HEREBY ORDERED that the amounts set forth above are due and

2  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3  and costs will run from November 28, 2016, accruing at the rate provided by 28 U.S.C.

4  § 1961.

5

6  DATED:   December 21     , 2016

7                                                Claudia W
                                                 United States District Judge

8

9  APPROVED AS TO FORM:

10

11  DATED:  December 12, 2016          /s/Sharon A. Garske
                                                    Sharon A. Garske
12                                                 Deputy Attorney General
                                                    Attorney for Defendants
13

14  DATED:  December 9, 2016           /s/Gay C. Grunfeld
                                                    Gay C. Grunfeld
15                                                 Rosen Bien Galvan & Grunfeld LLP
                                                    Attorney for Plaintiffs
16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER OF 2016

# EXHIBIT A

# **Armstrong v. Brown**
**Third Quarterly Statement of 2016**
**July 1, 2016 through September 30, 2016**

## **CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS**

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,057,222.89 | $27,648.31 |
| | **TOTAL:** | **$1,084,871.19** |

**Armstrong v. Brown**
Third Quarterly Statement of 2016
July 1, 2016 through September 30, 2016
*Matter:  CDCR/AOAP Monitoring/Merits*

| _Monitoring (581-3)_ | Actual Hours | Claimed Hours | 2016 Rates | Total Claimed Fees | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 5.60 | 5.60 | $900 | $5,040.00 | $4,888.80 |
| Gay C. Grunfeld (GCG) | 27.30 | 27.30 | $790 | $21,567.00 | $20,919.99 |
| Ernest Galvan (EG) | 0.10 | 0.00 | $740 | $0.00 | $0.00 |
| Penny Godbold (PG) | 199.20 | 197.80 | $650 | $128,570.00 | $124,712.90 |
| Thomas Nolan (TN) | 226.10 | 222.70 | $610 | $135,847.00 | $131,771.59 |
| Lisa Ells (LAE) | 2.20 | 0.00 | $600 | $0.00 | $0.00 |
| Ben Bien-Kahn (BBK) | 70.00 | 63.40 | $490 | $31,066.00 | $30,134.02 |
| Krista Stone-Manista (KSM) | 59.50 | 57.50 | $490 | $28,175.00 | $27,329.75 |
| Kara Janssen (KJ) | 0.70 | 0.00 | $475 | $0.00 | $0.00 |
| Pablo Lastra (PAL) | 72.00 | 55.80 | $435 | $24,273.00 | $23,544.81 |
| Jenny Yelin (JY) | 2.40 | 0.00 | $475 | $0.00 | $0.00 |
| Christopher Hu | 1.20 | 0.00 | $410 | $0.00 | $0.00 |
| Karen Stilber (KES) | 124.40 | 120.90 | $300 | $36,270.00 | $35,181.90 |
| Linda Woo (LHW) | 13.20 | 13.20 | $300 | $3,960.00 | $3,841.20 |
| F. Gail LaPurja (FGL) | 32.20 | 28.90 | $275 | $7,947.50 | $7,709.08 |
| Greg Gonzalez (GZG) | 22.70 | 19.80 | $275 | $5,445.00 | $5,281.65 |
| Fely F. Villadelgado (FFV) | 0.30 | 0.00 | $275 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | 188.30 | 163.30 | $230 | $37,559.00 | $36,432.23 |
| Charlotte Landes (CJL) | 28.60 | 23.70 | $230 | $5,451.00 | $5,287.47 |
| Kelly McGraw (KAM) | 286.80 | 272.20 | $230 | $62,606.00 | $60,727.82 |
| Nathalie Welch (NW) | 71.00 | 54.50 | $230 | $12,535.00 | $12,158.95 |
| Sara E. Long (SL) | 2.40 | 0.00 | $215 | $0.00 | $0.00 |
| **Total Hours:** | **1,436.20** | **1,326.60** | | | |
| **RBGG CLAIMED FEES:** | | | | **$546,311.50** | **$529,922.16** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 33.90 | 33.90 | $900 | $30,510.00 | $29,594.70 |
| Steve Fama (SF) | 15.10 | 15.10 | $850 | $12,835.00 | $12,449.95 |
| Sara Norman (SN) | 116.10 | 116.10 | $750 | $87,075.00 | $84,462.75 |
| Alison Hardy (AH) | 0.60 | 0.60 | $740 | $444.00 | $430.68 |
| Corene Kendrick (CK) | 139.10 | 139.10 | $650 | $90,415.00 | $87,702.55 |
| Rita Lomio (RL) | 10.40 | 10.40 | $565 | $5,876.00 | $5,699.72 |
| Margot Mendelson (MM) | 112.60 | 112.60 | $490 | $55,174.00 | $53,518.78 |
| Sia N. Henry (SNH) | 162.60 | 162.60 | $400 | $65,040.00 | $63,088.80 |
| Amber Norris (AN) | 214.20 | 214.20 | $310 | $66,402.00 | $64,409.94 |
| Joseph E. Bear (JEB) | 43.20 | 43.20 | $250 | $10,800.00 | $10,476.00 |
| Laura Graham (LG) | 52.80 | 52.80 | $250 | $13,200.00 | $12,804.00 |
| Isaac Dalke (ID) | 75.50 | 75.50 | $250 | $18,875.00 | $18,308.75 |
| Meg O'Neill (MO) | 1.30 | 1.30 | $250 | $325.00 | $315.25 |
| Megan Lynch (ML) | 125.00 | 125.00 | $300 | $37,500.00 | $36,375.00 |
| Nora Searle (NS) | 0.80 | 0.80 | $250 | $200.00 | $194.00 |
| Ehsan Sadeghi (ES) | 50.90 | 50.90 | $250 | $12,725.00 | $12,343.25 |
| Liliana Paratore (LP) | 57.20 | 57.20 | $250 | $14,300.00 | $13,871.00 |
| Alex Kennedy (AK) | 31.30 | 31.30 | $250 | $7,825.00 | $7,590.25 |
| Sophie Hart (SH) | 1.10 | 1.10 | $250 | $275.00 | $266.75 |
| Sarah Hopkins | 54.1 | 54.1 | $250 | $13,525.00 | $13,119.25 |
| **Total Hours:** | **1,297.80** | **1,297.80** | | | |
| **PLO CLAIMED FEES:** | | | | **$543,321.00** | **$527,021.37** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Hongyu Min (HM) | 1.80 | 1.80 | $160 | $288.00 | $279.36 |
| **Total Hours:** | **1.80** | **1.80** | | | |
| **DREDF CLAIMED FEES:** | | | | **$288.00** | **$279.36** |
| **TOTAL CLAIMED CDCR/AOAP MONITORING FEES:** | | | | **$1,089,920.50** | **$1,057,222.89** |

**Armstrong v. Brown**
Third Quarterly Statement of 2016
July 1, 2016 through September 30, 2016
Costs

## Matter:  CDCR/AOAP Merits/Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-3) | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $1,975.16 | $1,915.91 |
| Photocopying/printing (Outside) | | $2,077.24 | $2,014.92 |
| Translation/Interpreter Services | | $1,402.69 | $1,360.61 |
| Online Research - PACER, Westlaw | | $63.95 | $62.03 |
| Postage & Delivery | | $482.16 | $467.70 |
| Telephone | | $4.05 | $3.93 |
| Travel - Mileage, Tolls, Food | | $7,404.65 | $7,182.51 |
| | **Total RBGG Costs:** | **$13,409.90** | **$13,007.60** |
| **Prison Law Office** | | Costs | |
| Photocopying (In house) | | $1,262.00 | $1,224.14 |
| Translation services | | $25.68 | $24.91 |
| Travel - Mileage, Tolls, Food | | $12,593.31 | $12,215.51 |
| Postage & Delivery | | $1,045.98 | $1,014.60 |
| | **Total PLO Costs:** | **$14,926.97** | **$14,479.16** |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $138.20 | $134.05 |
| Postage & Delivery | | $28.34 | $27.49 |
| | **Total DREDF Costs:** | **$166.54** | **$161.54** |
| | **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$28,503.41** | **$27,648.31** |

# EXHIBIT B

### Armstrong v. Brown
**Third Quarterly Statement of 2016**
**July 1, 2016 through September 30, 2016**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $46,457.18 | $610.30 |
| | **TOTAL:** | **$47,067.48** |

**Armstrong v. Brown**
Third Quarterly Statement of 2016
July 1, 2016 through September 30, 2016
*Matter: BPH*

| _BPH (581-4)_ | | Actual | Claimed | 2016 | Total | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | | | | | Based on Negotiated |
| _BPH MONITORING (581-4)_ | | Hours | Hours | Rates | Claimed Fees | Compromise |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 2.20 | 2.20 | $790 | $1,738.00 | $1,685.86 |
| Thomas Nolan (TN) | | 34.40 | 34.40 | $610 | $20,984.00 | $20,354.48 |
| Katherine Hamilton (KCH) | | 10.30 | 10.30 | $230 | $2,369.00 | $2,297.93 |
| | **Total Hours:** | **46.90** | **46.90** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$25,091.00** | **$24,338.27** |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 1.20 | 1.20 | $750 | $900.00 | $873.00 |
| Rana Anabtawi (RA) | | 44.70 | 44.70 | $490 | $21,903.00 | $21,245.91 |
| | **Total Hours:** | **1.20** | **1.20** | | | |
| **PLO CLAIMED FEES:** | | | | | **$22,803.00** | **$22,118.91** |
| **TOTAL CLAIMED FEES FOR BPH WORK:** | | | | | **$47,894.00** | **$46,457.18** |

**Armstrong v. Brown**
Third Quarterly Statement of 2016
July 1, 2016 through September 30, 2016
Costs

## Matter: BPH

| Rosen, Bien, Galvan & Grunfeld (581-4) | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| Photocopying (In house) | $4.40 | $4.27 |
| Travel - Mileage, Tolls, Food | $268.50 | $260.45 |
| Total RBGG Costs: | $272.90 | $264.71 |
| | | |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $356.28 | $345.59 |
| Total PLO Costs: | $356.28 | $345.59 |
| | | |
| TOTAL CLAIMED BPH COSTS: | $629.18 | $610.30 |

# EXHIBIT C

## **Armstrong v. Brown**
**Third Quarterly Statement of 2016**
**July 1, 2016 through September 30, 2016**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $214,591.65 | $4,266.22 |
| | **TOTAL:** | **$218,857.87** |

**Armstrong v. Brown**
Third Quarterly Statement of 2016
July 1, 2016 through September 30, 2016
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual | Claimed | 2016 | Total | Fees Now Owing |
|---|---|---|---|---|---|
| | | | | | **Based on Negotiated** |
| | **Hours** | **Hours** | **Rates** | **Claimed Fees** | **Compromise** |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 1.20 | 1.20 | $900 | $1,080.00 | $1,047.60 |
| Gay C. Grunfeld (GCG) | 26.30 | 26.10 | $790 | $20,619.00 | $20,000.43 |
| Thomas Nolan (TN) | 16.60 | 16.60 | $610 | $10,126.00 | $9,822.22 |
| Benjamin Bien-Kahn (BBK) | 76.50 | 73.60 | $490 | $36,064.00 | $34,982.08 |
| Jennifer L. Stark (JLS) | 61.70 | 61.70 | $490 | $30,233.00 | $29,326.01 |
| Krista Stone-Manista (KSM) | 31.40 | 31.40 | $490 | $15,386.00 | $14,924.42 |
| Jenny S. Yelin (JSY) | 9.90 | 9.90 | $475 | $4,702.50 | $4,561.43 |
| Kara Janssen (KJJ) | 0.10 | 0.00 | $475 | $0.00 | $0.00 |
| Michael S. Nunez (MN) | 0.40 | 0.00 | $460 | $0.00 | $0.00 |
| Pablo Lastra (PAL) | 89.60 | 87.50 | $435 | $38,062.50 | $36,920.63 |
| Christopher Hu (CDH) | 49.50 | 49.00 | $410 | $20,090.00 | $19,487.30 |
| Karen Stilber (KES) | 4.40 | 0.00 | $300 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 22.30 | 21.30 | $275 | $5,857.50 | $5,681.78 |
| Kelly McGraw (KAM) | 50.50 | 50.50 | $230 | $11,615.00 | $11,266.55 |
| Katherine Hamilton (KCH) | 1.10 | 0.00 | $230 | $0.00 | $0.00 |
| Fely Villadelgado (FFV) | 0.10 | 0.00 | $275 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 129.10 | 119.10 | $230 | $27,393.00 | $26,571.21 |
| **Total Hours:** | **570.70** | **547.90** | | | |
| **RBGG CLAIMED FEES:** | | | | **$221,228.50** | **$214,591.65** |
| **TOTAL CLAIMED FOR DAPO MONITORING WORK:** | | | | **$221,228.50** | **$214,591.65** |

**Armstrong v. Brown**
Third Quarterly Statement of 2016
July 1, 2016 through September 30, 2016
**Costs**

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying (in-house) | | $899.20 | $872.22 |
| Photocopying (outside) | | $340.74 | $330.52 |
| Westlaw | | $1.40 | $1.36 |
| Long distance telephone charges | | $4.35 | $4.22 |
| Inhouse postage | | $17.54 | $17.01 |
| Travel - Mileage, Tolls, Food | | $3,134.94 | $3,040.89 |
| | **Total RBGG Costs:** | **$4,398.17** | **$4,266.22** |
| | **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$4,398.17** | **$4,266.22** |

# EXHIBIT D

## <u>Armstrong v. Brown</u>
**Third Quarterly Statement of 2016**
**July 1, 2016 through September 30, 2016**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| FEES WORK (ALL MATTERS) | $16,761.60 | $228.44 |
|  | **TOTAL:** | **$16,990.04** |

**Armstrong v. Brown**
Third Quarterly Statement of 2016
July 1, 2016 through September 30, 2016
*Matter: All Matters Fees Work*

| *Fees (581-2)* | | Actual | Claimed | 2016 | Total | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | | | | | **Based on Negotiated** |
| | | **Hours** | **Hours** | **Rates** | **Claimed Fees** | **Compromise** |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 0.10 | 0.10 | $900 | $90.00 | $87.30 |
| Gay C. Grunfeld (GCG) | | 12.00 | 12.00 | $790 | $9,480.00 | $9,195.60 |
| Karen E. Stilber (KES) | | 15.50 | 13.90 | $300 | $4,170.00 | $4,044.90 |
| | **Total Hours:** | **27.60** | **26.00** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$13,740.00** | **$13,327.80** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Corene Kendrick (CK) | | 2.5 | 2.5 | $650 | $1,625.00 | $1,576.25 |
| Ashley Kirby (AK) | | 7.6 | 7.6 | $200 | $1,520.00 | $1,474.40 |
| | **Total Hours:** | **10.10** | **10.10** | | | |
| **PLO CLAIMED FEES:** | | | | | **$3,145.00** | **$3,050.65** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.50 | 0.50 | $790 | $395.00 | $383.15 |
| | **Total Hours:** | **0.50** | **0.50** | | | |
| **DREDF CLAIMED FEES:** | | | | | **$395.00** | **$383.15** |
| | | | | | | |
| **TOTAL CLAIMED FEES FOR ARMSTRONG FEES WORK:** | | | | | **$17,280.00** | **$16,761.60** |

**Armstrong v. Brown**
Third Quarterly Statement of 2016
July 1, 2016 through September 30, 2016
Costs

## Matter: Fees Work in All Matters

| | | Total Claimed Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | | |
| Photocopying and Printing (in-house) | | $187.20 | $181.58 |
| Long distance telephone | | $0.30 | $0.29 |
| Postage & Delivery | | $41.00 | $39.77 |
| | **Total RBGG Costs:** | **$228.50** | **$221.65** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | Costs | |
| Photocopying (in-house) | | $7.00 | $6.79 |
| | **Total DREDF Costs:** | **$7.00** | **$6.79** |
| | | | |
| | **TOTAL CLAIMED FEES WORK COSTS :** | **$235.50** | **$228.44** |