1  DONALD SPECTER – 083925  GEOFFREY T. HOLTZ – 191370
   CORENE KENDRICK – 226642  MORGAN LEWIS & BOCKIUS LLP
2  MARGOT MENDELSON – 268583  One Market, Spear Street Tower
   PRISON LAW OFFICE  San Francisco, California  94105-1596
3  1917 Fifth Street  Telephone:   (415) 442-1000
   Berkeley, California  94710-1916  Facsimile:   (415) 442-1001
4  Telephone:   (510) 280-2621
   Facsimile:   (510) 280-2704
5
   LINDA D. KILB – 136101  MICHAEL W. BIEN – 096891
6  DISABILITY RIGHTS EDUCATION &  GAY C. GRUNFELD – 121944
   DEFENSE FUND, INC.  ERNEST GALVAN – 196065
7  3075 Adeline Street, Suite 201  PENNY GODBOLD – 226925
   Berkeley, California  94703  ROSEN BIEN
8  Telephone:   (510) 644-2555  GALVAN & GRUNFELD LLP
   Facsimile:   (510) 841-8645  50 Fremont St, 19th Floor
9  San Francisco, California  94105
   Telephone:   (415) 433-6830
10  Facsimile:   (415) 433-7104

11  Attorneys for Plaintiffs

12             UNITED STATES DISTRICT COURT

13  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15  JOHN ARMSTRONG, et al.,                Case No. C94 2307 CW

16             Plaintiff,                  [PROPOSED] STIPULATED ORDER
                                           CONFIRMING UNDISPUTED
17         v.                              ATTORNEYS' FEES AND COSTS
                                           FOR THE FOURTH QUARTER OF
18  EDMUND G. BROWN, JR., et al.,          2016

19             Defendant.                  Judge:   Hon. Claudia Wilken

20

21

22

23

24

25

26

27

28

1    On March 26, 1997, the District Court established procedures by which Plaintiffs

2  are to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring Defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, on January 24, 2017, Plaintiffs served on Defendants

5  their Fourth Quarterly Statement for 2016 by overnight delivery.  The parties completed

6  their meet-and-confer process on March 6, 2017 as to the fees and costs incurred on all

7  matters.

8    As a result of the March 6, 2017 agreement, the parties agree to the following:

9    The parties agree to the payment of $1,129,185.61 to resolve all fees and costs

10  incurred during the Fourth Quarter of 2016, for monitoring and/or litigation activities in

11  the California Department of Corrections of Rehabilitation Division of Adult Operations

12  and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

13  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

14  the parties to settle these claims.

15    The parties agree to the payment of $29,857.01 to resolve all fees and costs incurred

16  during the Fourth Quarter of 2016, for monitoring and/or litigation activities in the Board

17  of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts

18  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

19  parties to settle these claims.

20    The parties agree to the payment of $296,781.84 to resolve all fees and costs

21  incurred during the Fourth Quarter of 2016, for monitoring and/or litigation activities in

22  the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

23  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

24  agreed to by the parties to settle these claims.

25    The parties agree to the payment of $13,849.79 to resolve all fees and costs incurred

26  during the Fourth Quarter of 2016, for fees work.  Attached hereto as **Exhibit D** are charts

27  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

28  parties to settle these claims.

1    IT IS HEREBY ORDERED that the amounts set forth above are due and

2 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3 and costs will run from February 24, 2017, accruing at the rate provided by 28 U.S.C.

4 § 1961.

5

6 DATED:   ___March 13_____, 2017

7    Claudia _____
     United S_____ Judge Claudia Wilken

8

9 APPROVED AS TO FORM:

10

11 DATED: March 8, 2017          /s/Sharon A. Garske
                                _____
12                              Sharon A. Garske
                                Deputy Attorney General
13                              Attorney for Defendants

14 DATED:  March 7, 2017          /s/Gay C. Grunfeld
                                _____
15                              Gay C. Grunfeld
                                Rosen Bien Galvan & Grunfeld LLP
16                              Attorney for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER OF 2016

# EXHIBIT A

## Armstrong v. Brown
### Fourth Quarterly Statement of 2016
### October 1, 2016 through December 31, 2016

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|--------|-----------------|------------------|
| CDCR/AOAP MONITORING | $1,103,696.56 | $25,489.06 |
| | **TOTAL:** | **$1,129,185.61** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2016
October 1, 2016 through December 31, 2016
*Matter: CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual | Claimed | 2016 | | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 3.70 | 3.70 | $900 | $3,330.00 | $3,230.10 |
| Gay C. Grunfeld (GCG) | 28.90 | 28.90 | $790 | $22,831.00 | $22,146.07 |
| Ernest Galvan (EG) | 0.40 | 0.00 | $740 | $0.00 | $0.00 |
| Penny Godbold (PG) | 182.80 | 181.60 | $650 | $118,040.00 | $114,498.80 |
| Thomas Nolan (TN) | 192.90 | 190.70 | $610 | $116,327.00 | $112,837.19 |
| Lisa Ells (LAE) | 4.70 | 3.70 | $600 | $2,220.00 | $2,153.40 |
| Ben Bien-Kahn (BBK) | 93.00 | 88.00 | $490 | $43,120.00 | $41,826.40 |
| Krista Stone-Manista (KSM) | 118.20 | 113.10 | $490 | $55,419.00 | $53,756.43 |
| Pablo Lastra (PAL) | 132.70 | 109.70 | $435 | $47,719.50 | $46,287.92 |
| Jenny Yelin (JY) | 6.40 | 0.00 | $475 | $0.00 | $0.00 |
| Christopher Hu | 7.20 | 0.00 | $410 | $0.00 | $0.00 |
| Karen Stilber (KES) | 94.90 | 91.80 | $300 | $27,540.00 | $26,713.80 |
| Linda Woo (LHW) | 22.70 | 22.10 | $300 | $6,630.00 | $6,431.10 |
| F. Gail LaPurja (FGL) | 4.10 | 0.00 | $275 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 26.10 | 18.20 | $275 | $5,005.00 | $4,854.85 |
| Katherine Hamilton (KCH) | 288.50 | 250.30 | $230 | $57,569.00 | $55,841.93 |
| Charlotte Landes (CJL) | 11.00 | 0.00 | $230 | $0.00 | $0.00 |
| Kelly McGraw (KAM) | 230.00 | 218.90 | $230 | $50,347.00 | $48,836.59 |
| Nathalie Welch (NW) | 50.40 | 41.10 | $230 | $9,453.00 | $9,169.41 |
| **RBGG CLAIMED FEES:** Total Hours: | 1,498.60 | 1,361.80 | | $565,550.50 | $548,583.99 |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 15.70 | 15.70 | $900 | $14,130.00 | $13,706.10 |
| Steve Fama (SF) | 3.20 | 3.20 | $850 | $2,720.00 | $2,638.40 |
| Sara Norman (SN) | 57.40 | 57.40 | $750 | $43,050.00 | $41,758.50 |
| Alison Hardy (AH) | 25.10 | 25.10 | $740 | $18,574.00 | $18,016.78 |
| Corene Kendrick (CK) | 167.30 | 167.30 | $650 | $108,745.00 | $105,482.65 |
| Rita Lomio (RL) | 173.70 | 173.70 | $565 | $98,140.50 | $95,196.29 |
| Margot Mendelson (MM) | 56.00 | 56.00 | $490 | $27,440.00 | $26,616.80 |
| Sia N. Henry (SNH) | 73.80 | 73.80 | $400 | $29,520.00 | $28,634.40 |
| Mae Ackerman-Brimberg (MAB) | 14.50 | 14.50 | $375 | $5,437.50 | $5,274.38 |
| Amber Norris (AN) | 225.50 | 225.50 | $310 | $69,905.00 | $67,807.85 |
| Joseph E. Bear (JEB) | 56.90 | 56.90 | $250 | $14,225.00 | $13,798.25 |
| Laura Graham (LG) | 33.70 | 33.70 | $250 | $8,425.00 | $8,172.25 |
| Isaac Dalke (ID) | 59.70 | 59.70 | $250 | $14,925.00 | $14,477.25 |
| Meg O'Neill (MO) | 17.50 | 17.50 | $250 | $4,375.00 | $4,243.75 |
| Megan Lynch (ML) | 201.90 | 201.90 | $300 | $60,570.00 | $58,752.90 |
| Ehsan Sadeghi (ES) | 111.80 | 111.80 | $250 | $27,950.00 | $27,111.50 |
| Sarah Hopkins | 95.7 | 95.7 | $250 | $23,925.00 | $23,207.25 |
| **PLO CLAIMED FEES:** Total Hours: | 1,389.40 | 1,389.40 | | $572,057.00 | $554,895.29 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Hongyu Min (HM) | 1.40 | 1.40 | $160 | $224.00 | $217.28 |
| **DREDF CLAIMED FEES:** Total Hours: | 1.40 | 1.40 | | $224.00 | $217.28 |
| **TOTAL CLAIMED CDCR/AOAP MONITORING FEES:** | | | | $1,137,831.50 | $1,103,696.56 |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2016
October 1, 2016 through December 31, 2016
Costs

## Matter:  CDCR/AOAP Merits/Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-3) | | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $2,362.40 | $2,291.53 |
| Photocopying/printing (Outside) | | $1,355.00 | $1,314.35 |
| Translation/Interpreter Services | | $646.95 | $627.54 |
| Online Research - PACER, Westlaw | | $72.79 | $70.61 |
| Postage & Delivery | | $479.57 | $465.18 |
| Telephone | | $21.25 | $20.61 |
| Travel - Mileage, Tolls, Food | | $5,881.03 | $5,704.60 |
| | Total RBGG Costs: | $10,818.99 | $10,494.42 |
| | | | |
| **Prison Law Office** | | | |
| Photocopying (In house) | | $1,084.40 | $1,051.87 |
| Interpreter services | | $1,340.00 | $1,299.80 |
| Travel - Mileage, Tolls, Food | | $11,978.59 | $11,619.23 |
| Postage & Delivery | | $974.25 | $945.02 |
| | Total PLO Costs: | $15,377.24 | $14,915.92 |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $63.60 | $61.69 |
| Postage & Delivery | | $17.55 | $17.02 |
| | Total DREDF Costs: | $81.15 | $78.72 |
| | | | |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | | **$26,277.38** | **$25,489.06** |

# EXHIBIT B

## Armstrong v. Brown
### Fourth Quarterly Statement of 2016
### October 1, 2016 through December 31, 2016

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|--------|-----------------|------------------|
| BPH    | $29,399.73      | $457.28          |
|        | **TOTAL:**      | **$29,857.01**   |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2016
October 1, 2016 through December 31, 2016
*Matter: BPH*

| _BPH (581-4)_ | | Actual | Claimed | 2016 | | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | | | | | **Based on Negotiated** |
| | | **Hours** | **Hours** | **Rates** | **Total** | **Compromise** |
| _BPH MONITORING (581-4)_ | | | | | | |
| | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 0.3 | 0 | $900 | $0.00 | $0.00 |
| Ernest Galvan (EG) | | 1 | 1 | $740 | $740.00 | $717.80 |
| Gay C. Grunfeld (GCG) | | 0.50 | 0.50 | $790 | $395.00 | $383.15 |
| Thomas Nolan (TN) | | 25.50 | 25.50 | $610 | $15,555.00 | $15,088.35 |
| F. Gail LaPurja (FGL) | | 0.10 | 0.00 | $230 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | | 10.80 | 10.40 | $230 | $2,392.00 | $2,320.24 |
| | **Total Hours:** | 36.90 | 36.40 | | | |
| **RBGG CLAIMED FEES:** | | | | | $19,082.00 | $18,509.54 |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 0.40 | 0.40 | $750 | $300.00 | $291.00 |
| Rana Anabtawi (RA) | | 22.30 | 22.30 | $490 | $10,927.00 | $10,599.19 |
| | **Total Hours:** | 0.40 | 0.40 | | | |
| **PLO CLAIMED FEES:** | | | | | $11,227.00 | $10,890.19 |
| | | | | | | |
| **TOTAL CLAIMED FEES FOR BPH WORK:** | | | | | $30,309.00 | $29,399.73 |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2016
October 1, 2016 through December 31, 2016
Costs

*Matter: BPH*

|  | | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | | |
| Photocopying (In house) | | $69.60 | $67.51 |
| Travel - Mileage, Tolls, Food | | $165.25 | $160.29 |
| | Total RBGG Costs: | $234.85 | $227.80 |
| | | | |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | | $236.57 | $229.47 |
| | Total PLO Costs: | $236.57 | $229.47 |
| | | | |
| | TOTAL CLAIMED BPH COSTS: | $471.42 | $457.28 |

# EXHIBIT C

## Armstrong v. Brown
### Fourth Quarterly Statement of 2016
### October 1, 2016 through December 31, 2016

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $289,762.77 | $7,019.08 |

**TOTAL CLAIMED:**     **$296,781.84**

**Armstrong v. Brown**
Fourth Quarterly Statement of 2016
October 1, 2016 through December 31, 2016
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | | Actual | Claimed | 2016 | | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | | | | | **Based on Negotiated Compromise** |
| | | **Hours** | **Hours** | **Rates** | **Total** | **Compromise** |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 1.50 | 1.50 | $900 | $1,350.00 | $1,309.50 |
| Gay C. Grunfeld (GCG) | | 48.50 | 48.50 | $790 | $38,315.00 | $37,165.55 |
| Ernest Galvan (EG) | | 0.90 | 0.90 | $740 | $666.00 | $646.02 |
| Penny Godbold (PG) | | 101.80 | 98.90 | $650 | $64,285.00 | $62,356.45 |
| Thomas Nolan (TN) | | 18.00 | 18.00 | $610 | $10,980.00 | $10,650.60 |
| Benjamin Bien-Kahn (BBK) | | 69.60 | 63.20 | $490 | $30,968.00 | $30,038.96 |
| Krista Stone-Manista (KSM) | | 29.20 | 27.00 | $490 | $13,230.00 | $12,833.10 |
| Jenny S. Yelin (JSY) | | 73.00 | 68.90 | $475 | $32,727.50 | $31,745.68 |
| Pablo Lastra (PAL) | | 83.20 | 77.50 | $435 | $33,712.50 | $32,701.13 |
| Christopher Hu (CDH) | | 36.40 | 34.40 | $410 | $14,104.00 | $13,680.88 |
| Karen Stilber (KES) | | 16.60 | 14.80 | $300 | $4,440.00 | $4,306.80 |
| F. Gail LaPurja (FGL) | | 25.20 | 20.70 | $275 | $5,692.50 | $5,521.73 |
| Kelly McGraw (KAM) | | 63.80 | 56.20 | $230 | $12,926.00 | $12,538.22 |
| Katherine Hamilton (KCH) | | 2.50 | 0.00 | $230 | $0.00 | $0.00 |
| Fely Villadelgado (FFV) | | 0.50 | 0.00 | $275 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | | 203.50 | 153.60 | $230 | $35,328.00 | $34,268.16 |
| | **Total Hours:** | **774.20** | **684.10** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$298,724.50** | **$289,762.77** |
| | | | | | | |
| **TOTAL CLAIMED FOR DAPO MONITORING WORK:** | | | | | **$298,724.50** | **$289,762.77** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2016
October 1, 2016 through December 31, 2016
Costs

## *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying (in-house) | | $1,774.40 | $1,721.17 |
| Photocopying (outside) | | $214.64 | $208.20 |
| Interpreting Services | | $351.60 | $341.05 |
| Process Serving (subpoena - multiple attempts) | | $1,152.50 | $1,117.93 |
| Westlaw | | $57.55 | $55.82 |
| Long distance telephone charges | | $24.40 | $23.67 |
| Outside Postage & Delivery | | $88.59 | $85.93 |
| Inhouse Postage | | $43.50 | $42.20 |
| Travel - Mileage, Tolls, Food | | $3,528.98 | $3,423.11 |
| | **Total RBGG Costs:** | **$7,236.16** | **$7,019.08** |
| | **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$7,236.16** | **$7,019.08** |

# EXHIBIT D

# Armstrong v. Brown
**Fourth Quarterly Statement of 2016**
**October 1, 2016 through December 31, 2016**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $13,599.40 | $250.39 |
|  | **TOTAL:** | **$13,849.79** |

**<u>Armstrong v. Brown</u>**
Fourth Quarterly Statement of 2016
October 1, 2016 through December 31, 2016
**_Matter:  All Matters Fees Work_**

| _Fees (581-2)_ | | Actual | Claimed | 2016 | | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | | | | | **Based on Negotiated** |
| | | **Hours** | **Hours** | **Rates** | **Total** | **Compromise** |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 9.30 | 9.30 | $790 | $7,347.00 | $7,126.59 |
| Benjamin Bien-Kahn (BBK) | | 0.10 | 0.00 | $490 | $0.00 | $0.00 |
| Karen E. Stilber (KES) | | 17.70 | 16.70 | $300 | $5,010.00 | $4,859.70 |
| | Total Hours: | 27.10 | 26.00 | | | |
| **RBGG CLAIMED FEES:** | | | | | **$12,357.00** | **$11,986.29** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Corene Kendrick (CK) | | 0.9 | 0.9 | $650 | $585.00 | $567.45 |
| Ashley Kirby (AK) | | 4.6 | 4.6 | $200 | $920.00 | $892.40 |
| | Total Hours: | 5.50 | 5.50 | | | |
| **PLO CLAIMED FEES:** | | | | | **$1,505.00** | **$1,459.85** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.20 | 0.20 | $790 | $158.00 | $153.26 |
| | Total Hours: | 0.20 | 0.20 | | | |
| **DREDF CLAIMED FEES:** | | | | | **$158.00** | **$153.26** |
| | | | | | | |
| **TOTAL CLAIMED FEES FOR ARMSTRONG FEES WORK:** | | | | | **$14,020.00** | **$13,599.40** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2016
October 1, 2016 through December 31, 2016
Costs

## Matter: Fees Work in All Matters

| | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| Rosen, Bien, Galvan & Grunfeld (581-2) | | |
| Photocopying and Printing (in-house) | $212.60 | $206.22 |
| Postage & Delivery | $41.93 | $40.67 |
| **Total RBGG Costs:** | **$254.53** | **$246.89** |
| | | |
| Disability Rights Education & Defense Fund, Inc. | Costs | |
| Photocopying (in-house) | $3.60 | $3.49 |
| **Total DREDF Costs:** | **$3.60** | **$3.49** |
| | | |
| **TOTAL CLAIMED FEES WORK COSTS :** | **$258.13** | **$250.39** |