DONALD SPECTER – 083925
CORENE KENDRICK – 226642
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:  (510) 644-2555
Facsimile:   (510) 841-8645

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
ERNEST GALVAN – 196065
PENNY GODBOLD – 226925
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont St, 19th Floor
San Francisco, California  94105
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendant. | Case No. C94 2307 CW<br><br>[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2017<br><br>Judge:  Hon. Claudia Wilken |

[3134377.1]

1    On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on April 13, 2017, Plaintiffs served on Defendants their First Quarterly Statement for 2017 by overnight delivery. The parties completed their meet-and-confer process on May 23, 2017 as to the fees and costs incurred on all matters.

As a result of the May 23, 2017 agreement, the parties agree to the following:

The parties agree to the payment of $1,123,101.14 to resolve all fees and costs incurred during the First Quarter of 2017, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $46,553.64 to resolve all fees and costs incurred during the First Quarter of 2017, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $260,182.52 to resolve all fees and costs incurred during the First Quarter of 2017, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $15,857.78 to resolve all fees and costs incurred during the First Quarter of 2017, for fees work. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

///

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from May 15, 2017, accruing at the rate provided by 28 U.S.C. § 1961.

DATED:   June 1  , 2017

                              Claudia Wilken
                              United States District Judge

APPROVED AS TO FORM:

DATED: May 25, 2017        /s/Sharon A. Garske
                                      Sharon A. Garske
                                        Deputy Attorney General
                                        Attorney for Defendants

DATED: May 25, 2017        /s/Ernest Galvan
                                        Ernest Galvan
                                        Rosen Bien Galvan & Grunfeld LLP
                                        Attorney for Plaintiffs

# EXHIBIT A

# Armstrong v. Brown
## First Quarterly Statement of 2017
### January 1, 2017 through March 31, 2017

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,095,737.28 | $27,363.86 |
|  | **TOTAL:** | **$1,123,101.14** |

**Armstrong v. Brown**
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017
**Matter: CDCR/AOAP Monitoring/Merits**

| Monitoring (581-3) | | Actual Hours | Claimed Hours | 2017 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 6.20 | 6.20 | $950 | $5,890.00 | $5,654.40 |
| Gay C. Grunfeld (GCG) | | 33.00 | 33.00 | $825 | $27,225.00 | $26,136.00 |
| Ernest Galvan (EG) | | 0.30 | 0.30 | $780 | $234.00 | $224.64 |
| Penny Godbold (PG) | | 257.60 | 254.50 | $675 | $171,787.50 | $164,916.00 |
| Thomas Nolan (TN) | | 140.80 | 130.10 | $700 | $91,070.00 | $87,427.20 |
| Lisa Ells (LAE) | | 0.30 | 0.30 | $650 | $195.00 | $187.20 |
| Ben Bien-Kahn (BBK) | | 42.20 | 39.10 | $515 | $20,136.50 | $19,331.04 |
| Krista Stone-Manista (KSM) | | 59.30 | 57.40 | $515 | $29,561.00 | $28,378.56 |
| Kara Janssen (KJ) | | 0.30 | 0.00 | $500 | $0.00 | $0.00 |
| Michael Nunez (MSN) | | 1.10 | 0.00 | $490 | $0.00 | $0.00 |
| Pablo Lastra (PAL) | | 101.70 | 85.30 | $450 | $38,385.00 | $36,849.60 |
| Jenny Yelin (JY) | | 66.30 | 63.10 | $500 | $31,550.00 | $30,288.00 |
| Karen Stilber (KES) | | 92.70 | 92.10 | $325 | $29,932.50 | $28,735.20 |
| Linda Woo (LHW) | | 5.80 | 0.00 | $325 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | | 1.00 | 0.00 | $275 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 20.70 | 18.90 | $275 | $5,197.50 | $4,989.60 |
| Katherine Hamilton (KCH) | | 282.10 | 240.20 | $240 | $57,648.00 | $55,342.08 |
| Charlotte Landes (CJL) | | 10.60 | 10.60 | $240 | $2,544.00 | $2,442.24 |
| Kelly McGraw (KAM) | | 259.20 | 238.60 | $240 | $57,264.00 | $54,973.44 |
| Nathalie Welch (NW) | | 89.30 | 66.10 | $240 | $15,864.00 | $15,229.44 |
| Dylan Verner-Crist (DVC) | | 5.30 | 0.00 | $225 | $0.00 | $0.00 |
| | Total Hours: | 1,475.80 | 1,335.80 | | | |
| **RBGG CLAIMED FEES:** | | | | | $584,484.00 | $561,104.64 |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 16.30 | 16.30 | $950 | $15,485.00 | $14,865.60 |
| Sara Norman (SN) | | 18.20 | 18.20 | $790 | $14,378.00 | $13,802.88 |
| Corene Kendrick (CK) | | 116.30 | 116.30 | $675 | $78,502.50 | $75,362.40 |
| Rita Lomio (RL) | | 151.70 | 151.70 | $595 | $90,261.50 | $86,651.04 |
| Margot Mendelson (MM) | | 121.50 | 121.50 | $500 | $60,750.00 | $58,320.00 |
| Sia N. Henry (SNH) | | 68.10 | 68.10 | $425 | $28,942.50 | $27,784.80 |
| Amber Norris (AN) | | 242.20 | 242.20 | $325 | $78,715.00 | $75,566.40 |
| Joseph E. Bear (JEB) | | 108.60 | 108.60 | $250 | $27,150.00 | $26,064.00 |
| Laura Graham (LG) | | 127.60 | 127.60 | $250 | $31,900.00 | $30,624.00 |
| Isaac Dalke (ID) | | 30.90 | 30.90 | $250 | $7,725.00 | $7,416.00 |
| Meg O'Neill (MO) | | 65.60 | 65.60 | $250 | $16,400.00 | $15,744.00 |
| Megan Lynch (ML) | | 138.40 | 138.40 | $315 | $43,596.00 | $41,852.16 |
| Ehsan Sadeghi (ES) | | 110.10 | 110.10 | $250 | $27,525.00 | $26,424.00 |
| Sarah Hopkins | | 140.4 | 140.4 | $250 | $35,100.00 | $33,696.00 |
| | Total Hours: | 1,455.90 | 1,455.90 | | | |
| **PLO CLAIMED FEES:** | | | | | $556,430.50 | $534,173.28 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Case Clerk | | 2.90 | 2.90 | $165 | $478.50 | $459.36 |
| | Total Hours: | 2.90 | 2.90 | | | |
| **DREDF CLAIMED FEES:** | | | | | $478.50 | $459.36 |
| **TOTAL CLAIMED CDCR/AOAP MONITORING FEES:** | | | | | $1,141,393.00 | $1,095,737.28 |

**Armstrong v. Brown**
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017
**Costs**

## Matter: CDCR/AOAP Merits/Monitoring

| **Rosen, Bien, Galvan & Grunfeld (581-3)** | Costs | Costs Now Owing Based on Negoiated Compromise |
|---|---:|---:|
| Photocopying (In house) | $2,725.40 | $2,616.38 |
| Photocopying/printing (Outside) | $1,534.76 | $1,473.37 |
| Translation/Interpreter Services | $240.95 | $231.31 |
| Online Research - PACER, Westlaw | $678.42 | $651.28 |
| Class member records | $25.75 | $24.72 |
| Outside lecture | $30.00 | $28.80 |
| Postage & Delivery | $416.00 | $399.36 |
| Telephone | $211.36 | $202.91 |
| Travel - Mileage, Tolls, Food | $7,113.34 | $6,828.81 |
| **Total RBGG Costs:** | **$12,975.98** | **$12,456.94** |
| **Prison Law Office** | Costs | |
| Photocopying (In house) | $712.20 | $683.71 |
| Travel - Mileage, Tolls, Food | $13,804.01 | $13,251.85 |
| Postage & Delivery | $894.50 | $858.72 |
| **Total PLO Costs:** | **$15,410.71** | **$14,794.28** |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $88.80 | $85.25 |
| Postage & Delivery | $28.53 | $27.39 |
| **Total DREDF Costs:** | **$117.33** | **$112.64** |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$28,504.02** | **$27,363.86** |

# EXHIBIT B

# Armstrong v. Brown
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $45,756.48 | $797.16 |
| **TOTAL :** | | **$46,553.64** |

**Armstrong v. Brown**
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017
*Matter: BPH*

| *BPH (581-4)* | | Actual Hours | Claimed Hours | 2017 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Ernest Galvan (EG) | | 0.2 | 0 | $780 | $0.00 | $0.00 |
| Gay C. Grunfeld (GCG) | | 1.30 | 1.30 | $825 | $1,072.50 | $1,029.60 |
| Thomas Nolan (TN) | | 22.90 | 22.90 | $700 | $16,030.00 | $15,388.80 |
| Krista Stone-Manista (KSM) | | 0.30 | 0.00 | $515 | $0.00 | $0.00 |
| Kelly A. McGraw (KAM) | | 0.60 | 0.00 | $240 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | | 3.90 | 3.90 | $240 | $936.00 | $898.56 |
| | Total Hours: | 29.00 | 28.10 | | | |
| **RBGG CLAIMED FEES:** | | | | | $18,038.50 | $17,316.96 |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 25.60 | 25.60 | $790 | $20,224.00 | $19,415.04 |
| Rana Anabtawi (RA) | | 6.70 | 6.70 | $515 | $3,450.50 | $3,312.48 |
| Mae Ackerman-Brimberg (MAB) | | 14.00 | 14.00 | $425 | $5,950.00 | $5,712.00 |
| | Total Hours: | 25.60 | 25.60 | | | |
| **PLO CLAIMED FEES:** | | | | | $29,624.50 | $28,439.52 |
| **TOTAL CLAIMED FEES FOR BPH WORK:** | | | | | $47,663.00 | $45,756.48 |

**Armstrong v. Brown**
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017
**Costs**

## Matter: BPH

|  | Costs | Costs Now Owing Based on Negoiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | |
| Photocopying (In house) | $28.60 | $27.46 |
| Telephone | $1.70 | $1.63 |
| Travel - Mileage, Tolls, Food | $91.98 | $88.30 |
| **Total RBGG Costs:** | **$122.28** | **$117.39** |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $708.10 | $679.78 |
| **Total PLO Costs:** | **$708.10** | **$679.78** |
| **TOTAL CLAIMED BPH COSTS:** | **$830.38** | **$797.16** |

# EXHIBIT C

# Armstrong v. Brown
### First Quarterly Statement of 2017
### January 1, 2017 through March 31, 2017

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $251,375.04 | $8,807.48 |
| | **TOTAL:** | **$260,182.52** |

**Armstrong v. Brown**
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017
***Matter: DAPO Monitoring***

| _DAPO Monitoring (581-9)_ | Actual Hours | Claimed Hours | 2017 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.50 | 0.50 | $950 | $475.00 | $456.00 |
| Gay C. Grunfeld (GCG) | 33.20 | 33.20 | $825 | $27,390.00 | $26,294.40 |
| Ernest Galvan (EG) | 1.20 | 1.20 | $780 | $936.00 | $898.56 |
| Penny Godbold (PG) | 60.70 | 58.40 | $675 | $39,420.00 | $37,843.20 |
| Thomas Nolan (TN) | 15.70 | 13.70 | $700 | $9,590.00 | $9,206.40 |
| Benjamin Bien-Kahn (BBK) | 127.90 | 115.20 | $515 | $59,328.00 | $56,954.88 |
| Krista Stone-Manista (KSM) | 34.10 | 29.20 | $515 | $15,038.00 | $14,436.48 |
| Jenny S. Yelin (JSY) | 35.70 | 34.30 | $500 | $17,150.00 | $16,464.00 |
| Pablo Lastra (PAL) | 112.10 | 85.70 | $450 | $38,565.00 | $37,022.40 |
| Christopher Hu (CDH) | 12.30 | 12.30 | $425 | $5,227.50 | $5,018.40 |
| Karen Stilber (KES) | 10.60 | 10.20 | $325 | $3,315.00 | $3,182.40 |
| Gregorio Gonzalez (GZG) | 1.20 | 0.00 | $275 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 21.40 | 18.70 | $275 | $5,142.50 | $4,936.80 |
| Kelly McGraw (KAM) | 45.00 | 42.00 | $240 | $10,080.00 | $9,676.80 |
| Katherine Hamilton (KCH) | 1.30 | 0.00 | $240 | $0.00 | $0.00 |
| Fely Villadelgado (FFV) | 0.30 | 0.00 | $275 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 175.00 | 125.80 | $240 | $30,192.00 | $28,984.32 |
| Total Hours: | 688.20 | 580.40 | | | |
| **RBGG CLAIMED FEES:** | | | | $261,849.00 | $251,375.04 |
| **TOTAL CLAIMED FOR DAPO MONITORING WORK:** | | | | $261,849.00 | $251,375.04 |

**Armstrong v. Brown**
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017
<u>Costs</u>

## *Matter: DAPO Monitoring*

| <u>Rosen, Bien, Galvan & Grunfeld (581-9)</u> | Costs | Costs Now Owing <u>Based on Negoiated Compromise</u> |
|---|---|---|
| Photocopying (in-house) | $1,170.00 | $1,123.20 |
| Photocopying (outside) | $247.62 | $237.72 |
| Deposition transcripts (LASD depositions) | $2,097.70 | $2,013.79 |
| Interpreting Services - SLI | $280.00 | $268.80 |
| Westlaw | $7.48 | $7.18 |
| Long distance telephone charges | $60.11 | $57.71 |
| Inhouse Postage | $106.82 | $102.55 |
| Travel - Mileage, Tolls, Food | $5,204.73 | $4,996.54 |
| **Total RBGG Costs:** | **$9,174.46** | **$8,807.48** |
| **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$9,174.46** | **$8,807.48** |

# EXHIBIT D

# Armstrong v. Brown
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $15,748.80 | $108.98 |
|  | **TOTAL:** | **$15,857.78** |

**Armstrong v. Brown**
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017
*Matter: All Matters Fees Work*

| _Fees (581-2)_ | Actual Hours | Claimed Hours | 2017 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 11.00 | 10.90 | $825 | $8,992.50 | $8,632.80 |
| Karen E. Stilber (KES) | 13.40 | 13.40 | $325 | $4,355.00 | $4,180.80 |
| Kelly A. McGraw (KAM) | 0.30 | 0.00 | $240 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 0.20 | 0.00 | $275 | $0.00 | $0.00 |
| Total Hours: | 24.90 | 24.30 | | | |
| **RBGG CLAIMED FEES:** | | | | $13,347.50 | $12,813.60 |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 0.4 | 0.4 | $950 | $380.00 | $364.80 |
| Corene Kendrick (CK) | 1.2 | 1.2 | $675 | $810.00 | $777.60 |
| Ashley Kirby (AK) | 7.3 | 7.3 | $200 | $1,460.00 | $1,401.60 |
| Total Hours: | 8.50 | 8.50 | | | |
| **PLO CLAIMED FEES:** | | | | $2,650.00 | $2,544.00 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | 0.50 | 0.50 | $815 | $407.50 | $391.20 |
| Total Hours: | 0.50 | 0.50 | | | |
| **DREDF CLAIMED FEES:** | | | | $407.50 | $391.20 |
| **TOTAL CLAIMED FEES FOR ARMSTRONG FEES WORK:** | | | | $16,405.00 | $15,748.80 |

## Armstrong v. Brown
First Quarterly Statement of 2017
January 1, 2017 through March 31, 2017
### Costs

### Matter: Fees Work in All Matters

|  | Costs | Costs Now Owing Based on Negoiated |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | |
| Photocopying and Printing (in-house) | $65.20 | $62.59 |
| Postage & Delivery | $43.72 | $41.97 |
| **Total RBGG Costs:** | **$108.92** | **$104.56** |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $4.60 | $4.42 |
| **Total DREDF Costs:** | **$4.60** | **$4.42** |
| **TOTAL CLAIMED FEES WORK COSTS :** | **$113.52** | **$108.98** |