1  DONALD SPECTER – 083925
   CORENE KENDRICK – 226642
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:    (510) 280-2621
   Facsimile:    (510) 280-2704
5
   LINDA D. KILB – 136101
6  DISABILITY RIGHTS EDUCATION &
   DEFENSE FUND, INC.
7  3075 Adeline Street, Suite 201
   Berkeley, California  94703
8  Telephone:    (510) 644-2555
   Facsimile:    (510) 841-8645
9

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:    (415) 442-1000
Facsimile:    (415) 442-1001

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
ERNEST GALVAN – 196065
PENNY GODBOLD – 226925
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont St, 19th Floor
San Francisco, California  94105
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

10

11  Attorneys for Plaintiffs

12                    UNITED STATES DISTRICT COURT

13       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15  JOHN ARMSTRONG, et al.,

16           Plaintiff,

17       v.

18  EDMUND G. BROWN, JR., et al.,

19           Defendant.

20

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2017

Judge:   Hon. Claudia Wilken

21

22

23

24

25

26

27

28

[3163656.1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on July 20, 2017, Plaintiffs served on Defendants their Second Quarterly Statement for 2017 by overnight delivery.  The parties completed their meet-and-confer process on August 17, 2017 as to the fees and costs incurred on all matters.

As a result of the August 17, 2017 agreement, the parties agree to the following:

The parties agree to the payment of $1,147,086.43 to resolve all fees and costs incurred during the Second Quarter of 2017, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $43,478.72 to resolve all fees and costs incurred during the Second Quarter of 2017, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $230,874.50 to resolve all fees and costs incurred during the Second Quarter of 2017, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $14,011.69 to resolve all fees and costs incurred during the Second Quarter of 2017, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2017

1       IT IS HEREBY ORDERED that the amounts set forth above are due and

2   collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3   and costs will run from August 21, 2017, accruing at the rate provided by 28 U.S.C.

4   § 1961.

5

6   DATED:   August 25        , 2017

7                                                   Claudia Wil___

8                                                   United State___

9   APPROVED AS TO FORM:

10

11  DATED: August 23, 2017            /s/Sharon Garske
                                      Sharon A. Garske
12                                    Deputy Attorney General
                                      Attorney for Defendants
13

14  DATED:  August 23, 2017           /s/Gay Crosthwait Grunfeld
                                      Gay Crosthwait Grunfeld
15                                    Rosen Bien Galvan & Grunfeld LLP
                                      Attorney for Plaintiffs
16

17

18

19

20

21

22

23

24

25

26

27

28

[3163656.1]

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER OF 2017

# EXHIBIT A

## Armstrong v. Brown
### Second Quarterly Statement of 2017
### April 1, 2017 through June 30, 2017

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,120,501.92 | $26,584.51 |
| | **TOTAL UNDISPUTED:** | **$1,147,086.43** |

**Armstrong v. Brown**
Second Quarterly Statement of 2017
April 1, 2017 through June 30, 2017
*Matter:  CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | | Actual | Claimed | 2017 | | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total Claimed | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 7.20 | 7.20 | $950 | $6,840.00 | $6,566.40 |
| Gay C. Grunfeld (GCG) | | 33.50 | 33.50 | $825 | $27,637.50 | $26,532.00 |
| Ernest Galvan (EG) | | 0.10 | 0.00 | $780 | $0.00 | $0.00 |
| Penny Godbold (PG) | | 313.70 | 311.80 | $675 | $210,465.00 | $202,046.40 |
| Thomas Nolan (TN) | | 140.20 | 140.20 | $700 | $98,140.00 | $94,214.40 |
| Lisa Ells (LAE) | | 0.90 | 0.00 | $650 | $0.00 | $0.00 |
| Michael L. Freedman (MLF) | | 12.80 | 11.20 | $575 | $6,440.00 | $6,182.40 |
| Ben Bien-Kahn (BBK) | | 46.80 | 42.90 | $515 | $22,093.50 | $21,209.76 |
| Krista Stone-Manista (KSM) | | 122.80 | 120.00 | $515 | $61,800.00 | $59,328.00 |
| Jenny Yelin (JY) | | 47.80 | 47.50 | $500 | $23,750.00 | $22,800.00 |
| Michael Nunez (MSN) | | 2.10 | 0.00 | $490 | $0.00 | $0.00 |
| Pablo Lastra (PL) | | 28.20 | 25.00 | $450 | $11,250.00 | $10,800.00 |
| Christopher D. Hu (CDH) | | 46.20 | 40.80 | $425 | $17,340.00 | $16,646.40 |
| Karen Stilber (KES) | | 113.10 | 112.20 | $325 | $36,465.00 | $35,006.40 |
| Linda Woo (LHW) | | 25.70 | 25.70 | $325 | $8,352.50 | $8,018.40 |
| F. Gail LaPurja (FGL) | | 0.80 | 0.00 | $275 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 30.90 | 29.30 | $275 | $8,057.50 | $7,735.20 |
| Katherine Hamilton (KCH) | | 262.30 | 231.60 | $240 | $55,584.00 | $53,360.64 |
| Charlotte Landes (CJL) | | 11.80 | 11.80 | $240 | $2,832.00 | $2,718.72 |
| Kelly McGraw (KAM) | | 144.60 | 138.70 | $240 | $33,288.00 | $31,956.48 |
| Nathalie Welch (NW) | | 48.60 | 31.80 | $240 | $7,632.00 | $7,326.72 |
| Hanna Wallace (HW) | | 26.70 | 16.90 | $225 | $3,802.50 | $3,650.40 |
| | Total Hours: | 1,466.80 | 1,378.10 | | | |
| **RBGG FEES:** | | | | | $641,769.50 | $616,098.72 |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 27.30 | 27.30 | $950 | $25,935.00 | $24,897.60 |
| Sara Norman (SN) | | 43.50 | 43.50 | $790 | $34,365.00 | $32,990.40 |
| Corene Kendrick (CK) | | 80.80 | 80.80 | $675 | $54,540.00 | $52,358.40 |
| Rita Lomio (RL) | | 28.60 | 28.60 | $595 | $17,017.00 | $16,336.32 |
| Margot Mendelson (MM) | | 129.20 | 129.20 | $500 | $64,600.00 | $62,016.00 |
| Sia N. Henry (SNH) | | 204.40 | 204.40 | $425 | $86,870.00 | $83,395.20 |
| Amber Norris (AN) | | 203.40 | 203.40 | $325 | $66,105.00 | $63,460.80 |
| Joseph E. Bear (JEB) | | 66.50 | 66.50 | $250 | $16,625.00 | $15,960.00 |
| Laura Graham (LG) | | 83.10 | 83.10 | $250 | $20,775.00 | $19,944.00 |
| Isaac Dalke (ID) | | 70.10 | 70.10 | $250 | $17,525.00 | $16,824.00 |
| Meg O'Neill (MO) | | 62.50 | 62.50 | $250 | $15,625.00 | $15,000.00 |
| Megan Lynch (ML) | | 118.60 | 118.60 | $315 | $37,359.00 | $35,864.64 |
| Ehsan Sadeghi (ES) | | 181.00 | 181.00 | $250 | $45,250.00 | $43,440.00 |
| Briana Zwifler (BZ) | | 29.70 | 29.70 | $250 | $7,425.00 | $7,128.00 |
| Bernadette Rabuy (BR) | | 36.70 | 36.70 | $250 | $9,175.00 | $8,808.00 |
| Sarah Hopkins | | 21.50 | 21.50 | $250 | $5,375.00 | $5,160.00 |
| | Total Hours: | 1,386.90 | 1,386.90 | | | |
| **PLO FEES:** | | | | | $524,566.00 | $503,583.36 |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LK) | | 0.4 | 0.4 | $815 | $326.00 | $312.96 |
| Case Clerk | | 3.20 | 3.20 | $165 | $528.00 | $506.88 |
| | Total Hours: | 3.20 | 3.20 | | | |
| **DREDF FEES:** | | | | | $854.00 | $819.84 |
| | | | | | | |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | | $1,167,189.50 | $1,120,501.92 |

**Armstrong v. Brown**
Second Quarterly Statement of 2017
April 1, 2017 through June 30, 2017
**Costs**

## Matter:  CDCR/AOAP Merits/Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-3) | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $3,008.40 | $2,888.06 |
| Photocopying/printing (Outside) | | $1,629.01 | $1,563.85 |
| Translation/Interpreter Services | | $1,252.25 | $1,202.16 |
| Online Research - PACER, Westlaw | | $144.30 | $138.53 |
| Postage & Delivery | | $536.10 | $514.66 |
| Telephone | | $4.50 | $4.32 |
| Travel - Mileage, Tolls, Food | | $7,766.74 | $7,456.07 |
| | **Total RBGG Costs:** | **$14,341.30** | **$13,767.65** |
| **Prison Law Office** | | | |
| Photocopying (In house) | | $614.20 | $589.63 |
| Translation services | | $111.96 | $107.48 |
| Interpreter services (SLI) | | $2,134.22 | $2,048.85 |
| Travel - Mileage, Tolls, Food | | $9,031.02 | $8,669.78 |
| Postage & Delivery | | $1,234.59 | $1,185.21 |
| | **Total PLO Costs:** | **$13,125.99** | **$12,600.95** |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $188.60 | $181.06 |
| Postage & Delivery | | $36.31 | $34.86 |
| | **Total DREDF Costs:** | **$224.91** | **$215.91** |
| | **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$27,692.20** | **$26,584.51** |

# EXHIBIT B

## Armstrong v. Brown
### Second Quarterly Statement of 2017
### April 1, 2017 through June 30, 2017

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|--------|-----------------|------------------|
| BPH | $42,967.68 | $511.04 |

**TOTAL UNDISPUTED:** **$43,478.72**

**Armstrong v. Brown**
Second Quarterly Statement of 2017
April 1, 2017 through June 30, 2017
*Matter: BPH*

| _BPH (581-4)_ | | Actual | Claimed | 2017 | | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total Claimed | |
| _BPH MONITORING (581-4)_ | | | | | | |
| | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 3.40 | 3.40 | $825 | $2,805.00 | $2,692.80 |
| Thomas Nolan (TN) | | 26.10 | 26.10 | $700 | $18,270.00 | $17,539.20 |
| Michael L. Freedman (MLF) | | 0.60 | 0.00 | $575 | $0.00 | $0.00 |
| Kelly A. McGraw (KAM) | | 6.30 | 6.30 | $240 | $1,512.00 | $1,451.52 |
| Katherine Hamilton (KCH) | | 2.60 | 2.30 | $240 | $552.00 | $529.92 |
| | Total Hours: | 39.00 | 38.10 | | | |
| **RBGG FEES:** | | | | | **$23,139.00** | **$22,213.44** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 0.4 | 0.4 | $950 | $380.00 | $364.80 |
| Sara Norman (SN) | | 4.80 | 4.80 | $790 | $3,792.00 | $3,640.32 |
| Rana Anabtawi (RA) | | 24.80 | 24.80 | $515 | $12,772.00 | $12,261.12 |
| Mae Ackerman-Brimberg (MAB) | | 11.00 | 11.00 | $425 | $4,675.00 | $4,488.00 |
| | Total Hours: | 41.00 | 41.00 | | | |
| **PLO FEES:** | | | | | **$21,619.00** | **$20,754.24** |
| | | | | | | |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$44,758.00** | **$42,967.68** |

**Armstrong v. Brown**
Second Quarterly Statement of 2017
April 1, 2017 through June 30, 2017
Costs

## Matter: BPH

| | | Costs Now Owing |
|---|---|---|
| Rosen, Bien, Galvan & Grunfeld (581-4) | Costs | Based on Negotiated Compromise |
| Photocopying (In house) | $98.20 | $94.27 |
| Travel - Mileage, Tolls, Food | $138.75 | $133.20 |
| Total RBGG Costs: | $236.95 | $227.47 |
| | | |
| Prison Law Office | | |
| Travel - Mileage, Tolls, Food | $295.38 | $283.56 |
| Total PLO Costs: | $295.38 | $283.56 |
| | | |
| TOTAL BPH COSTS: | $532.33 | $511.04 |

# EXHIBIT C

## <u>Armstrong v. Brown</u>
**Second Quarterly Statement of 2017**
**April 1, 2017 through June 30, 2017**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|--------|-----------------|-----------------|
| DAPO MONITORING | $226,278.24 | $4,596.26 |
| | | |
| **TOTAL UNDISPUTED:** | | **$230,874.50** |

## Armstrong v. Brown
Second Quarterly Statement of 2017
April 1, 2017 through June 30, 2017
***Matter: DAPO Monitoring***

| _**DAPO Monitoring (581-9)**_ | | Actual | Claimed | 2017 | | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | **Hours** | **Hours** | **Rates** | **Total Claimed** | **Compromise** |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 2.00 | 2.00 | $950 | $1,900.00 | $1,824.00 |
| Gay C. Grunfeld (GCG) | | 29.90 | 29.90 | $825 | $24,667.50 | $23,680.80 |
| Ernest Galvan (EG) | | 0.40 | 0.00 | $780 | $0.00 | $0.00 |
| Penny Godbold (PG) | | 65.60 | 65.60 | $675 | $44,280.00 | $42,508.80 |
| Thomas Nolan (TN) | | 25.80 | 25.80 | $700 | $18,060.00 | $17,337.60 |
| Michael L. Freedman (MLF) | | 28.40 | 28.20 | $575 | $16,215.00 | $15,566.40 |
| Benjamin Bien-Kahn (BBK) | | 67.70 | 66.70 | $515 | $34,350.50 | $32,976.48 |
| Krista Stone-Manista (KSM) | | 0.10 | 0.00 | $515 | $0.00 | $0.00 |
| Jenny S. Yelin (JSY) | | 75.50 | 67.00 | $500 | $33,500.00 | $32,160.00 |
| Pablo Lastra (PAL) | | 11.10 | 10.10 | $450 | $4,545.00 | $4,363.20 |
| Christopher Hu (CDH) | | 32.70 | 31.80 | $425 | $13,515.00 | $12,974.40 |
| Karen Stilber (KES) | | 9.40 | 8.90 | $325 | $2,892.50 | $2,776.80 |
| Linda Woo (LW) | | 6.00 | 0.00 | $325 | $0.00 | $0.00 |
| Gregorio Gonzalez (GZG) | | 0.50 | 0.00 | $275 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | | 18.00 | 15.30 | $275 | $4,207.50 | $4,039.20 |
| Daniel H. Galindo (DG) | | 4.50 | 4.50 | $275 | $1,237.50 | $1,188.00 |
| Kelly McGraw (KAM) | | 1.50 | 0.00 | $240 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | | 15.10 | 13.30 | $240 | $3,192.00 | $3,064.32 |
| Fely Villadelgado (FFV) | | 0.10 | 0.00 | $275 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | | 192.90 | 138.10 | $240 | $33,144.00 | $31,818.24 |
| | **Total Hours:** | **587.20** | **507.20** | | | |
| **RBGG FEES:** | | | | | **$235,706.50** | **$226,278.24** |
| | | | | | | |
| **TOTAL FEES FOR DAPO MONITORING WORK:** | | | | | **$235,706.50** | **$226,278.24** |

**Armstrong v. Brown**
Second Quarterly Statement of 2017
April 1, 2017 through June 30, 2017
<u>Costs</u>

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (in-house) | | $768.00 | $737.28 |
| Photocopying (outside) | | $285.14 | $273.73 |
| Westlaw | | $289.07 | $277.51 |
| Long distance telephone charges | | $6.40 | $6.14 |
| Inhouse Postage | | $123.68 | $118.73 |
| Travel - Mileage, Tolls, Food | | $3,315.48 | $3,182.86 |
| | **Total RBGG Costs:** | **$4,787.77** | **$4,596.26** |
| | **TOTAL DAPO MONITORING COSTS:** | **$4,787.77** | **$4,596.26** |

# EXHIBIT D

## Armstrong v. Brown
### Second Quarterly Statement of 2017
### April 1, 2017 through June 30, 2017

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $13,798.56 | $213.13 |
| **TOTAL UNDISPUTED:** | | **$14,011.69** |

**Armstrong v. Brown**
Second Quarterly Statement of 2017
April 1, 2017 through June 30, 2017
*Matter:  All Matters Fees Work*

| *Fees (581-2)* | | Actual | Claimed | 2017 | | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | **Hours** | **Hours** | **Rates** | **Total Claimed** | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 9.70 | 9.70 | $825 | $8,002.50 | $7,682.40 |
| Ernest Galvan (EG) | | 0.20 | 0.00 | $780 | $0.00 | $0.00 |
| Lisa Ells (LE) | | 0.10 | 0.00 | $650 | $0.00 | $0.00 |
| Jenny S. Yelin (JSY) | | 0.10 | 0.00 | $500 | $0.00 | $0.00 |
| Karen E. Stilber (KES) | | 14.50 | 13.80 | $325 | $4,485.00 | $4,305.60 |
| Katherine Hamilton (KCH) | | 0.50 | 0.00 | $240 | $0.00 | $0.00 |
| | Total Hours: | 25.10 | 23.50 | | | |
| **RBGG FEES:** | | | | | **$12,487.50** | **$11,988.00** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Corene Kendrick (CK) | | 0.8 | 0.8 | $675 | $540.00 | $518.40 |
| Ashley Kirby (AK) | | 5.1 | 5.1 | $200 | $1,020.00 | $979.20 |
| | Total Hours: | 5.90 | 5.90 | | | |
| **PLO FEES:** | | | | | **$1,560.00** | **$1,497.60** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.40 | 0.40 | $815 | $326.00 | $312.96 |
| | Total Hours: | 0.40 | 0.40 | | | |
| **DREDF FEES:** | | | | | **$326.00** | **$312.96** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$14,373.50** | **$13,798.56** |

**Armstrong v. Brown**
Second Quarterly Statement of 2017
April 1, 2017 through June 30, 2017
Costs

## Matter: Fees Work in All Matters

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | |
| Photocopying and Printing (in-house) | $168.40 | $161.66 |
| Postage & Delivery | $43.81 | $42.06 |
| **Total RBGG Costs:** | **$212.21** | **$203.72** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $9.80 | $9.41 |
| **Total DREDF Costs:** | **$9.80** | **$9.41** |
| | | |
| **TOTAL FEES WORK COSTS :** | **$222.01** | **$213.13** |