Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

October 09, 2017

Invoice # 26930

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/4/2017 EWS | Review correspondence from Plaintiffs re SVSP, accountability logs. | 0.20 600.00/hr | 120.00 |
| 9/6/2017 EWS | Review documentation from plaintiffs re CCWF tour, defendants' response to CCWF report. Email to parties, court. | 0.30 600.00/hr | 180.00 |
| 9/7/2017 EWS | Meeting with court. Travel to and from meeting. | 2.50 600.00/hr | 1,500.00 |
| 9/11/2017 EWS | Meeting with parties re parole issues. Confer with CDCR counsel. Travel to and from meeting. | 5.50 600.00/hr | 3,300.00 |
| EWS | Review and edit minutes. Review correspondence from plaintiffs. | 0.40 600.00/hr | 240.00 |
| 9/13/2017 EWS | Preparation for coordination meeting. | 0.20 600.00/hr | 120.00 |
| EWS | Meeting with coordinating committee. | 1.50 600.00/hr | 900.00 |
| EWS | Travel to and from meeting of coordinating committee. | 1.00 600.00/hr | 600.00 |
| EWS | Review letters from plaintiffs, filing in related case. | 0.40 600.00/hr | 240.00 |
| 9/14/2017 EWS | Phone call with CDCR re DSH issue. Respond to emails from CDCR, Receiver. | 0.40 600.00/hr | 240.00 |
| 9/15/2017 EWS | Review and respond to emails re upcoming meetings. Review emails from counsel, Receiver. | 0.40 600.00/hr | 240.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 9/17/2017 | EWS | Review report on DVI, joint case management statement, filing in related case. | 0.60 600.00/hr | 360.00 |
| 9/19/2017 | EWS | Review correspondence from plaintiffs re RJD. | 0.10 600.00/hr | 60.00 |
| | EWS | Review filing in related case, advocacy letter from plaintiffs. | 0.20 600.00/hr | 120.00 |
| 9/20/2017 | EWS | Travel to and from meeting with parties. | 1.20 600.00/hr | 720.00 |
| | EWS | Meeting with counsel re program assignments. | 2.10 600.00/hr | 1,260.00 |
| 9/21/2017 | EWS | Preparation for call with counsel. | 0.10 600.00/hr | 60.00 |
| | EWS | Conference with parties re lift & shift. | 0.80 600.00/hr | 480.00 |
| 9/23/2017 | EWS | Review letters from plaintiffs, filings in related case, amended meeting minutes.  Respond to Special Master's staff. | 0.50 600.00/hr | 300.00 |
| 9/25/2017 | EWS | Review ASU logs and attachments. | 0.10 600.00/hr | 60.00 |
| 9/26/2017 | EWS | Review information from Receiver's office. | 0.10 600.00/hr | 60.00 |
| 9/27/2017 | EWS | Review data from CDCR. | 0.20 600.00/hr | 120.00 |
| | AAB | Research regarding DME issue. | 0.40 350.00/hr | 140.00 |
| | EWS | Review and respond to inquiry from Receiver.  Review SATF report. Review material from CDCR. | 0.50 600.00/hr | 300.00 |
| 9/28/2017 | EWS | Review information from plaintiffs re individual advocacy. | 0.10 600.00/hr | 60.00 |
| 9/29/2017 | AAB | Meeting with E. Swanson . | 0.10 350.00/hr | 35.00 |
| | | For professional services rendered | 19.90 | $11,815.00 |

Additional Charges :

|  | | Amount |
|---|---|---|
| 8/10/2017 Travel expense in Sac. | | 23.64 |
| Total additional charges | | $23.64 |
| Total amount of this bill | | $11,838.64 |

Balance due                                      $11,838.64

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Audrey Barron | 0.50 | 350.00 | $175.00 |
| Edward W. Swanson - Partner | 19.40 | 600.00 | $11,640.00 |