DONALD SPECTER – 083925
CORENE KENDRICK – 226642
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:   (510) 280-2704

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:   (415) 442-1000
Facsimile:   (415) 442-1001

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:   (510) 644-2555
Facsimile:   (510) 841-8645

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
ERNEST GALVAN – 196065
PENNY GODBOLD – 226925
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont St, 19th Floor
San Francisco, California  94105
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JOHN ARMSTRONG, et al.,

       Plaintiff,

   v.

EDMUND G. BROWN, JR., et al.,

       Defendant.

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER
CONFIRMING UNDISPUTED
ATTORNEYS' FEES AND COSTS
FOR THE THIRD QUARTER OF 2017

Judge:   Hon. Claudia Wilken

[3205789.1]

1    On March 26, 1997, the District Court established procedures by which Plaintiffs
2 are to collect periodic attorneys' fees and costs in this case in connection with their work
3 monitoring Defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, on October 27, 2017, Plaintiffs served on Defendants
5 their Second Quarterly Statement for 2017 by overnight delivery.  The parties completed
6 their meet-and-confer process on December 18, 2017 as to the fees and costs incurred on
7 all matters.

8    As a result of the December 18, 2017 agreement, the parties agree to the following:

9    The parties agree to the payment of $1,262,843.52 to resolve all fees and costs
10 incurred during the Third Quarter of 2017, for monitoring and/or litigation activities in the
11 California Department of Corrections of Rehabilitation Division of Adult Operations and
12 Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are
13 charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by
14 the parties to settle these claims.

15    The parties agree to the payment of $38,686.93 to resolve all fees and costs incurred
16 during the Third Quarter of 2017, for monitoring and/or litigation activities in the Board of
17 Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting
18 forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to
19 settle these claims.

20    The parties agree to the payment of $185,734.63 to resolve all fees and costs
21 incurred during the Third Quarter of 2017, for monitoring and/or litigation activities in the
22 Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as
23 **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts
24 agreed to by the parties to settle these claims.

25    The parties agree to the payment of $13,386.76 to resolve all fees and costs incurred
26 during the Third Quarter of 2017, for fees work.  Attached hereto as **Exhibit D** are charts
27 setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the
28 parties to settle these claims.

1                                                    C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER OF 2017

1    IT IS HEREBY ORDERED that the amounts set forth above are due and

2   collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3   and costs will run from November 27, 2017, accruing at the rate provided by 28 U.S.C.

4   § 1961.

5

6   DATED:  _December 19____, 2017

7                                                              Claudia W
                                                               United Sta

8

9   APPROVED AS TO FORM:

10

11  DATED: December 18, 2017          _/s/Bryan Kao_____
                                                        Bryan Kao
12                                                       Deputy Attorney General
                                                        Attorney for Defendants
13

14  DATED:  December 18, 2017         _/s/Gay Crosthwait Grunfeld_____
                                                        Gay Crosthwait Grunfeld
15                                                       Rosen Bien Galvan & Grunfeld LLP
                                                        Attorney for Plaintiffs
16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## Armstrong v. Brown
### Third Quarterly Statement of 2017
### July 1, 2017 through September 30, 2017

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,232,026.56 | $30,816.96 |
| | **TOTAL CLAIMED:** | **$1,262,843.52** |

**Armstrong v. Brown**
Third Quarterly Statement of 2017
July 1, 2017 through September 30, 2017
*Matter:  CDCR/AOAP Monitoring/Merits*

| _Monitoring (581-3)_ | | Actual | Claimed | 2017 | | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total Claimed | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 4.90 | 4.90 | $950 | $4,655.00 | $4,468.80 |
| Gay C. Grunfeld (GCG) | | 29.40 | 29.20 | $825 | $24,090.00 | $23,126.40 |
| Penny Godbold (PG) | | 217.90 | 216.40 | $675 | $146,070.00 | $140,227.20 |
| Thomas Nolan (TN) | | 137.70 | 136.70 | $700 | $95,690.00 | $91,862.40 |
| Lisa Ells (LAE) | | 0.20 | 0.00 | $650 | $0.00 | $0.00 |
| Michael L. Freedman (MLF) | | 128.30 | 123.90 | $575 | $71,242.50 | $68,392.80 |
| Ben Bien-Kahn (BBK) | | 116.40 | 114.60 | $515 | $59,019.00 | $56,658.24 |
| Krista Stone-Manista (KSM) | | 13.20 | 9.50 | $515 | $4,892.50 | $4,696.80 |
| Jenny Yelin (JY) | | 40.50 | 37.10 | $500 | $18,550.00 | $17,808.00 |
| Kara J. Janssen (KJJ) | | 2.80 | 0.00 | $500 | $0.00 | $0.00 |
| Christopher D. Hu (CDH) | | 35.40 | 35.10 | $425 | $14,917.50 | $14,320.80 |
| Karen Stilber (KES) | | 111.40 | 104.90 | $325 | $34,092.50 | $32,728.80 |
| Linda Woo (LHW) | | 18.90 | 18.90 | $325 | $6,142.50 | $5,896.80 |
| F. Gail LaPurja (FGL) | | 0.20 | 0.00 | $275 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 27.60 | 25.10 | $275 | $6,902.50 | $6,626.40 |
| Katherine Hamilton (KCH) | | 251.60 | 230.30 | $240 | $55,272.00 | $53,061.12 |
| Dylan Verner-Crist (DVC) | | 9.00 | 8.30 | $240 | $1,992.00 | $1,912.32 |
| Charlotte Landes (CJL) | | 11.30 | 10.70 | $240 | $2,568.00 | $2,465.28 |
| Maisy H. Sylvan (MHS) | | 53.30 | 33.70 | $225 | $7,582.50 | $7,279.20 |
| Nathalie Welch (NW) | | 108.70 | 63.70 | $240 | $15,288.00 | $14,676.48 |
| Hanna Wallace (HW) | | 404.60 | 353.60 | $225 | $79,560.00 | $76,377.60 |
| | Total Hours: | 1,723.30 | 1,556.60 | | | |
| **RBGG FEES:** | | | | | $648,526.50 | $622,585.44 |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 33.60 | 33.60 | $950 | $31,920.00 | $30,643.20 |
| Sara Norman (SN) | | 67.60 | 67.60 | $790 | $53,404.00 | $51,267.84 |
| Corene Kendrick (CK) | | 110.20 | 110.20 | $675 | $74,385.00 | $71,409.60 |
| Rita Lomio (RL) | | 299.50 | 299.50 | $595 | $178,202.50 | $171,074.40 |
| Margot Mendelson (MM) | | 10.90 | 10.90 | $500 | $5,450.00 | $5,232.00 |
| Sia N. Henry (SNH) | | 28.90 | 28.90 | $425 | $12,282.50 | $11,791.20 |
| Amber Norris (AN) | | 234.60 | 234.60 | $325 | $76,245.00 | $73,195.20 |
| Joseph E. Bear (JEB) | | 72.80 | 72.80 | $250 | $18,200.00 | $17,472.00 |
| Meg O'Neill (MO) | | 56.80 | 56.80 | $250 | $14,200.00 | $13,632.00 |
| Megan Lynch (ML) | | 171.90 | 171.90 | $315 | $54,148.50 | $51,982.56 |
| Ehsan Sadeghi (ES) | | 155.50 | 155.50 | $250 | $38,875.00 | $37,320.00 |
| Molly Petchenik (MP) | | 107.30 | 107.30 | $250 | $26,825.00 | $25,752.00 |
| Briana Zweifler (BZ) | | 102.10 | 102.10 | $250 | $25,525.00 | $24,504.00 |
| Tania Amarillas (TA) | | 69.70 | 69.70 | $250 | $17,425.00 | $16,728.00 |
| Sarah Hopkins | | 29.80 | 29.80 | $250 | $7,450.00 | $7,152.00 |
| | Total Hours: | 1,551.20 | 1,551.20 | | | |
| **PLO FEES:** | | | | | $634,537.50 | $609,156.00 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Case Clerk | | 1.80 | 1.80 | $165 | $297.00 | $285.12 |
| | Total Hours: | 1.80 | 1.80 | | | |
| **DREDF FEES:** | | | | | $297.00 | $285.12 |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | | $1,283,361.00 | $1,232,026.56 |

**Armstrong v. Brown**
Third Quarterly Statement of 2017
July 1, 2017 through September 30, 2017
Costs

## Matter: CDCR/AOAP Merits/Monitoring

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $3,324.00 | $3,191.04 |
| Photocopying/printing (Outside) | $800.91 | $768.87 |
| Online Research - PACER, Westlaw | $3.57 | $3.43 |
| Postage & Delivery | $434.19 | $416.82 |
| Travel - Mileage, Tolls, Food | $7,778.05 | $7,466.93 |
| **Total RBGG Costs:** | **$12,340.72** | **$11,847.09** |
| | | |
| **Prison Law Office** | | |
| Photocopying (In house) | $249.92 | $239.92 |
| Translation services | $719.98 | $691.18 |
| Travel - Mileage, Tolls, Food | $17,242.01 | $16,552.33 |
| Postage & Delivery | $1,460.47 | $1,402.05 |
| **Total PLO Costs:** | **$19,672.38** | **$18,885.48** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $60.60 | $58.18 |
| Postage & Delivery | $27.30 | $26.21 |
| **Total DREDF Costs:** | **$87.90** | **$84.38** |
| | | |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$32,101.00** | **$30,816.96** |

# EXHIBIT B

## Armstrong v. Brown
**Third Quarterly Statement of 2017**
**July 1, 2017 through September 30, 2017**

### BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
| --- | --- | --- |
| BPH | $38,044.32 | $642.61 |
| | **TOTAL UNDISPUTED:** | **$38,686.93** |

**Armstrong v. Brown**
Third Quarterly Statement of 2017
July 1, 2017 through September 30, 2017
*Matter: BPH*

| *BPH (581-4)* | | Actual | Claimed | 2017 | | Fees Now Owing Based on Negotiated |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total Claimed | Compromise |
| *BPH MONITORING (581-4)* | | | | | | |
| | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 1.50 | 1.50 | $825 | $1,237.50 | $1,188.00 |
| Thomas Nolan (TN) | | 27.50 | 27.50 | $700 | $19,250.00 | $18,480.00 |
| Penny Godbold (PG) | | 0.30 | 0.00 | $675 | $0.00 | $0.00 |
| Michael L. Freedman (MLF) | | 1.00 | 0.00 | $575 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | | 0.10 | 0.00 | $515 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | | 3.80 | 3.50 | $240 | $840.00 | $806.40 |
| | **Total Hours:** | **34.20** | **32.50** | | | |
| **RBGG FEES:** | | | | | **$21,327.50** | **$20,474.40** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 7.50 | 7.50 | $790 | $5,925.00 | $5,688.00 |
| Rana Anabtawi (RA) | | 13.80 | 13.80 | $515 | $7,107.00 | $6,822.72 |
| Mae Ackerman-Brimberg (MAB) | | 12.40 | 12.40 | $425 | $5,270.00 | $5,059.20 |
| | **Total Hours:** | **33.70** | **33.70** | | | |
| **PLO FEES:** | | | | | **$18,302.00** | **$17,569.92** |
| | | | | | | |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$39,629.50** | **$38,044.32** |

**Armstrong v. Brown**
Third Quarterly Statement of 2017
July 1, 2017 through September 30, 2017
**Costs**

*Matter: BPH*

| Rosen, Bien, Galvan & Grunfeld (581-4) | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $65.80 | $63.17 |
| Westlaw research | | $2.13 | $2.04 |
| Travel - Mileage, Tolls, Food | | $287.21 | $275.72 |
| | **Total RBGG Costs:** | **$355.14** | **$340.93** |
| | | | |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | | $314.25 | $301.68 |
| | **Total PLO Costs:** | **$314.25** | **$301.68** |
| | **TOTAL CLAIMED BPH COSTS:** | **$669.39** | **$642.61** |

# EXHIBIT C

## <u>Armstrong v. Brown</u>
### Third Quarterly Statement of 2017
### July 1, 2017 through September 30, 2017

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $181,206.72 | $4,527.91 |
| | **TOTAL UNDISPUTED:** | **$185,734.63** |

**Armstrong v. Brown**
Third Quarterly Statement of 2017
July 1, 2017 through September 30, 2017
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | | Actual Hours | Claimed Hours | 2017 Rates | Total Claimed | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 3.50 | 3.50 | $950 | $3,325.00 | $3,192.00 |
| Gay C. Grunfeld (GCG) | | 21.90 | 21.80 | $825 | $17,985.00 | $17,265.60 |
| Ernest Galvan (EG) | | 1.90 | 1.90 | $780 | $1,482.00 | $1,422.72 |
| Penny Godbold (PG) | | 61.70 | 60.50 | $675 | $40,837.50 | $39,204.00 |
| Thomas Nolan (TN) | | 32.50 | 28.50 | $700 | $19,950.00 | $19,152.00 |
| Michael L. Freedman (MLF) | | 41.70 | 41.30 | $575 | $23,747.50 | $22,797.60 |
| Benjamin Bien-Kahn (BBK) | | 23.40 | 23.30 | $515 | $11,999.50 | $11,519.52 |
| Krista Stone-Manista (KSM) | | 1.70 | 0.00 | $515 | $0.00 | $0.00 |
| Jenny S. Yelin (JSY) | | 41.50 | 39.00 | $500 | $19,500.00 | $18,720.00 |
| Kara J. Janssen (KJJ) | | 0.60 | 0.00 | $500 | $0.00 | $0.00 |
| Christopher Hu (CDH) | | 5.10 | 5.10 | $425 | $2,167.50 | $2,080.80 |
| Karen Stilber (KES) | | 6.90 | 6.90 | $325 | $2,242.50 | $2,152.80 |
| F. Gail LaPurja (FGL) | | 10.50 | 9.90 | $275 | $2,722.50 | $2,613.60 |
| Daniel H. Galindo (DG) | | 48.40 | 22.80 | $275 | $6,270.00 | $6,019.20 |
| Katherine Hamilton (KCH) | | 30.70 | 30.20 | $240 | $7,248.00 | $6,958.08 |
| Fely Villadelgado (FFV) | | 0.40 | 0.00 | $275 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | | 162.50 | 122.00 | $240 | $29,280.00 | $28,108.80 |
| Hanna Wallace (HW) | | 5.50 | 0.00 | $225 | $0.00 | $0.00 |
| | Total Hours: | 500.40 | 416.70 | | | |
| **RBGG FEES:** | | | | | **$188,757.00** | **$181,206.72** |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | | **$188,757.00** | **$181,206.72** |

**Armstrong v. Brown**
Third Quarterly Statement of 2017
July 1, 2017 through September 30, 2017
<u>Costs</u>

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (in-house) | | $1,516.00 | $1,455.36 |
| Photocopying (outside) | | $162.47 | $155.97 |
| Westlaw | | $693.30 | $665.57 |
| Inhouse Postage | | $356.60 | $342.34 |
| Travel - Mileage, Tolls, Food | | $1,988.20 | $1,908.67 |
| | **Total RBGG Costs:** | **$4,716.57** | **$4,527.91** |
| | **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$4,716.57** | **$4,527.91** |

# EXHIBIT D

## <u>Armstrong v. Brown</u>
### Third Quarterly Statement of 2017
### July 1, 2017 through September 30, 2017

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| FEES WORK (ALL MATTERS) | $13,254.72 | $132.04 |
| **TOTAL UNDISPUTED:** | | **$13,386.76** |

**Armstrong v. Brown**
Third Quarterly Statement of 2017
July 1, 2017 through September 30, 2017
*Matter:  All Matters Fees Work*

| *Fees (581-2)* | | Actual Hours | Claimed Hours | 2017 Rates | Total Claimed | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 8.70 | 8.70 | $825 | $7,177.50 | $6,890.40 |
| Karen E. Stilber (KES) | | 14.80 | 14.80 | $325 | $4,810.00 | $4,617.60 |
| Hanna N. Wallace (HNW) | | 0.70 | 0.00 | $225 | $0.00 | $0.00 |
| | Total Hours: | 24.20 | 23.50 | | | |
| **RBGG FEES:** | | | | | **$11,987.50** | **$11,508.00** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio (RL) | | 1.00 | 1.00 | $595 | $595.00 | $571.20 |
| Ashley Kirby (AK) | | 4.9 | 4.9 | $200 | $980.00 | $940.80 |
| | Total Hours: | 5.90 | 5.90 | | | |
| **PLO FEES:** | | | | | **$1,575.00** | **$1,512.00** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.30 | 0.30 | $815 | $244.50 | $234.72 |
| | Total Hours: | 0.30 | 0.30 | | | |
| **DREDF FEES:** | | | | | **$244.50** | **$234.72** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$13,807.00** | **$13,254.72** |

**Armstrong v. Brown**
Third Quarterly Statement of 2017
July 1, 2017 through September 30, 2017
**Costs**

## Matter: Fees Work in All Matters

| Rosen, Bien, Galvan & Grunfeld (581-2) | | Costs | Costs Now Owing<br>Based on Negotiated<br>Compromise |
|---|---|---|---|
| Photocopying and Printing (in-house) | | $101.60 | $97.54 |
| Postage & Delivery | | $30.34 | $29.13 |
| | **Total RBGG Costs:** | **$131.94** | **$126.66** |
| | | | |
| Disability Rights Education & Defense Fund, Inc. | | | |
| Photocopying (in-house) | | $5.60 | $5.38 |
| | **Total DREDF Costs:** | **$5.60** | **$5.38** |
| | | | |
| | **TOTAL CLAIMED FEES WORK COSTS :** | **$137.54** | **$132.04** |