DONALD SPECTER – 083925
CORENE KENDRICK – 226642
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:  (415) 442-1000
Facsimile:   (415) 442-1001

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:  (510) 644-2555
Facsimile:   (510) 841-8645

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
ERNEST GALVAN – 196065
PENNY GODBOLD – 226925
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont St, 19th Floor
San Francisco, California  94105
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>      Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>      Defendant. | Case No. C94 2307 CW<br><br>**[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2017**<br><br>Judge:  Hon. Claudia Wilken |

1    On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on January 19, 2018, Plaintiffs served on Defendants their Fourth Quarterly Statement for 2017 by overnight delivery. The parties completed their meet-and-confer process on March 23, 2018 as to the fees and costs incurred on all matters.

As a result of the March 23, 2018 agreement, the parties agree to the following:

The parties agree to the payment of $1,101,288.17 to resolve all fees and costs incurred during the Fourth Quarter of 2017, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $49,771.21 to resolve all fees and costs incurred during the Fourth Quarter of 2017, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $237,165.03 to resolve all fees and costs incurred during the Fourth Quarter of 2017, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $12,332.20 to resolve all fees and costs incurred during the Fourth Quarter of 2017, for fees work. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

[3236551.1]

1                                                                    C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2017

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from February 19, 2018, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: _____March 28_____, 2018

IT IS SO ORDERED
/s/ Claudia Wilken
Judge Claudia Wilken

_____
Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

DATED: March 26, 2018          */s/Sharon Garske*
                                        Sharon Garske
                                        Deputy Attorney General
                                        Attorney for Defendants

DATED: March 23, 2018          */s/Gay Crosthwait Grunfeld*
                                        Gay Crosthwait Grunfeld
                                        Rosen Bien Galvan & Grunfeld LLP
                                        Attorney for Plaintiffs

# EXHIBIT A

# Armstrong v. Brown
### Fourth Quarterly Statement of 2017
### October 1, 2017 through December 31, 2017

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,081,504.23 | $19,783.95 |
| **TOTAL UNDISPUTED:** | | **$1,101,288.17** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2017
October 1, 2017 through December 31, 2017
**Matter: CDCR/AOAP Monitoring/Merits**

| Monitoring (581-3) | | Actual Hours | Claimed Hours | 2017 Rates | Claimed Fees | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 5.80 | 5.80 | $950 | $5,510.00 | $5,234.50 |
| Gay C. Grunfeld (GCG) | | 32.70 | 32.70 | $825 | $26,977.50 | $25,628.63 |
| Penny Godbold (PG) | | 266.90 | 266.90 | $675 | $180,157.50 | $171,149.63 |
| Thomas Nolan (TN) | | 153.70 | 153.40 | $700 | $107,380.00 | $102,011.00 |
| Michael L. Freedman (MLF) | | 67.00 | 65.00 | $575 | $37,375.00 | $35,506.25 |
| Ben Bien-Kahn (BBK) | | 113.60 | 108.70 | $515 | $55,980.50 | $53,181.48 |
| Krista Stone-Manista (KSM) | | 76.50 | 71.40 | $515 | $36,771.00 | $34,932.45 |
| Jenny Yelin (JY) | | 51.60 | 48.10 | $500 | $24,050.00 | $22,847.50 |
| Kara J. Janssen (KJJ) | | 1.50 | 0.00 | $500 | $0.00 | $0.00 |
| Christopher D. Hu (CDH) | | 67.00 | 64.60 | $425 | $27,455.00 | $26,082.25 |
| Devin W. Mauney (DWM) | | 13.70 | 13.20 | $425 | $5,610.00 | $5,329.50 |
| Karen Stilber (KES) | | 54.10 | 50.00 | $325 | $16,250.00 | $15,437.50 |
| Linda Woo (LHW) | | 10.30 | 10.30 | $325 | $3,347.50 | $3,180.13 |
| F. Gail LaPurja (FGL) | | 1.50 | 0.00 | $275 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 15.10 | 12.00 | $275 | $3,300.00 | $3,135.00 |
| Katherine Hamilton (KCH) | | 269.80 | 245.70 | $240 | $58,968.00 | $56,019.60 |
| Dylan Verner-Crist (DVC) | | 32.10 | 30.10 | $240 | $7,224.00 | $6,862.80 |
| Charlotte Landes (CJL) | | 10.00 | 10.00 | $240 | $2,400.00 | $2,280.00 |
| Maisy H. Sylvan (MHS) | | 159.80 | 149.30 | $225 | $33,592.50 | $31,912.88 |
| Nathalie Welch (NW) | | 31.90 | 21.70 | $240 | $5,208.00 | $4,947.60 |
| Hanna Wallace (HW) | | 383.20 | 363.10 | $225 | $81,697.50 | $77,612.63 |
| | Total Hours: | 1,817.80 | 1,722.00 | | | |
| **RBGG FEES:** | | | | | $719,254.00 | **$683,291.30** |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 36.70 | 36.70 | $950 | $34,865.00 | $33,121.75 |
| Sara Norman (SN) | | 1.20 | 1.20 | $790 | $948.00 | $900.60 |
| Corene Kendrick (CK) | | 86.70 | 86.70 | $675 | $58,522.50 | $55,596.38 |
| Rita Lomio (RL) | | 161.80 | 161.80 | $595 | $96,271.00 | $91,457.45 |
| Sia N. Henry (SNH) | | 95.40 | 95.40 | $425 | $40,545.00 | $38,517.75 |
| Amber Norris (AN) | | 214.40 | 214.40 | $325 | $69,680.00 | $66,196.00 |
| Megan Lynch (ML) | | 118.20 | 118.20 | $315 | $37,233.00 | $35,371.35 |
| Joseph E. Bear (JEB) | | 8.50 | 8.50 | $250 | $2,125.00 | $2,018.75 |
| Meg O'Neill (MO) | | 68.80 | 68.80 | $250 | $17,200.00 | $16,340.00 |
| Ehsan Sadeghi (ES) | | 6.10 | 6.10 | $250 | $1,525.00 | $1,448.75 |
| Molly Petchenik (MP) | | 121.90 | 121.90 | $250 | $30,475.00 | $28,951.25 |
| Tania Amarillas (TA) | | 60.00 | 60.00 | $250 | $15,000.00 | $14,250.00 |
| Stacy Amador (SA) | | 13.50 | 13.50 | $250 | $3,375.00 | $3,206.25 |
| Sarah Hopkins (SH) | | 20.80 | 20.80 | $250 | $5,200.00 | $4,940.00 |
| Katie Tertocha (KT) | | 24.3 | 24.3 | $250 | $6,075.00 | $5,771.25 |
| | Total Hours: | 1,038.30 | 1,038.30 | | | |
| **PLO FEES:** | | | | | $419,039.50 | **$398,087.53** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Case Clerk | | 0.80 | 0.80 | $165 | $132.00 | $125.40 |
| | Total Hours: | 0.80 | 0.80 | | | |
| **DREDF FEES:** | | | | | $132.00 | **$125.40** |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | | **$1,138,425.50** | **$1,081,504.23** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2017
October 1, 2017 through December 31, 2017
**Costs**

## Matter: CDCR/AOAP Merits/Monitoring

| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $2,356.80 | $2,238.96 |
| Photocopying/printing (Outside) | | $1,736.43 | $1,649.61 |
| Translation/Interpreter Services | | $1,467.93 | $1,394.53 |
| Education records requests for class members | | $15.00 | $14.25 |
| Online Research - PACER, Westlaw | | $136.50 | $129.68 |
| Postage & Delivery | | $175.99 | $167.19 |
| Telephone | | $20.95 | $19.90 |
| Travel - Mileage, Tolls, Food | | $4,881.07 | $4,637.02 |
| | **Total RBGG Costs:** | **$10,790.67** | **$10,251.14** |
| **Prison Law Office** | | | |
| Photocopying (In house) | | $991.40 | $941.83 |
| Interpreting/Translation services | | $1,676.16 | $1,592.35 |
| Travel - Mileage, Tolls, Food | | $5,718.97 | $5,433.02 |
| Postage & Delivery | | $1,634.17 | $1,552.46 |
| | **Total PLO Costs:** | **$10,020.70** | **$9,519.67** |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $4.40 | $4.18 |
| Postage & Delivery | | $9.44 | $8.97 |
| | **Total DREDF Costs:** | **$13.84** | **$13.15** |
| | **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$20,825.21** | **$19,783.95** |

# EXHIBIT B

# Armstrong v. Brown
## Fourth Quarterly Statement of 2017
### October 1, 2017 through December 31, 2017

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $48,769.68 | $1,001.54 |
| | **TOTAL UNDISPUTED:** | **$49,771.21** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2017
October 1, 2017 through December 31, 2017
*Matter: BPH*

| BPH (581-4) | | Actual Hours | Claimed Hours | 2017 Rates | Claimed Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 1.4 | 1.4 | $950 | $1,330.00 | $1,263.50 |
| Ernest Galvan (EG) | | 0.4 | 0.4 | $780 | $312.00 | $296.40 |
| Gay C. Grunfeld (GCG) | | 6.80 | 6.80 | $825 | $5,610.00 | $5,329.50 |
| Thomas Nolan (TN) | | 26.20 | 26.20 | $700 | $18,340.00 | $17,423.00 |
| Benjamin Bien-Kahn (BBK) | | 0.10 | 0.00 | $515 | $0.00 | $0.00 |
| Jenny S. Yelin (JSY) | | 0.30 | 0.00 | $500 | $0.00 | $0.00 |
| Karen Stilber (KES) | | 0.50 | 0.00 | $325 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | | 7.20 | 5.70 | $240 | $1,368.00 | $1,299.60 |
| | Total Hours: | 42.90 | 40.50 | | | |
| **RBGG FEES:** | | | | | $26,960.00 | **$25,612.00** |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 8.10 | 8.10 | $790 | $6,399.00 | $6,079.05 |
| Sia N. Hentry (SNH) | | 27.90 | 27.90 | $425 | $11,857.50 | $11,264.63 |
| Mae Ackerman-Brimberg (MAB) | | 14.40 | 14.40 | $425 | $6,120.00 | $5,814.00 |
| | Total Hours: | 50.40 | 50.40 | | | |
| **PLO FEES:** | | | | | $24,376.50 | **$23,157.68** |
| **TOTAL FEES FOR BPH WORK:** | | | | | $51,336.50 | **$48,769.68** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2017
October 1, 2017 through December 31, 2017
**Costs**

## Matter: BPH

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---:|---:|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | |
| Photocopying (In house) | $54.00 | $51.30 |
| Travel - Mileage, Tolls, Food | $333.43 | $316.76 |
| **Total RBGG Costs:** | **$387.43** | **$368.06** |
| | | |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $666.82 | $633.48 |
| **Total PLO Costs:** | **$666.82** | **$633.48** |
| | | |
| **TOTAL CLAIMED BPH COSTS:** | **$1,054.25** | **$1,001.54** |

# EXHIBIT C

# Armstrong v. Brown
## Fourth Quarterly Statement of 2017
### October 1, 2017 through December 31, 2017

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $232,214.20 | $4,950.83 |
| **TOTAL UNDISPUTED:** | | **$237,165.03** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2017
October 1, 2017 through December 31, 2017
*Matter: DAPO Monitoring*

| _DAPO Monitoring (581-9)_ | Actual Hours | Claimed Hours | 2017 Rates | Claimed Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 1.30 | 1.30 | $950 | $1,235.00 | $1,173.25 |
| Gay C. Grunfeld (GCG) | 23.10 | 23.10 | $825 | $19,057.50 | $18,104.63 |
| Penny Godbold (PG) | 15.70 | 13.70 | $675 | $9,247.50 | $8,785.13 |
| Thomas Nolan (TN) | 29.10 | 29.10 | $700 | $20,370.00 | $19,351.50 |
| Michael L. Freedman (MLF) | 43.60 | 43.60 | $575 | $25,070.00 | $23,816.50 |
| Benjamin Bien-Kahn (BBK) | 60.50 | 59.70 | $515 | $30,745.50 | $29,208.23 |
| Krista Stone-Manista (KSM) | 33.30 | 29.40 | $515 | $15,141.00 | $14,383.95 |
| Jenny S. Yelin (JSY) | 99.30 | 97.50 | $500 | $48,750.00 | $46,312.50 |
| Christopher Hu (CDH) | 36.10 | 35.60 | $425 | $15,130.00 | $14,373.50 |
| Karen Stilber (KES) | 33.60 | 33.50 | $325 | $10,887.50 | $10,343.13 |
| F. Gail LaPurja (FGL) | 20.60 | 18.50 | $275 | $5,087.50 | $4,833.13 |
| Katherine Hamilton (KCH) | 22.00 | 20.80 | $240 | $4,992.00 | $4,742.40 |
| Nathalie Welch (NCW) | 206.00 | 148.50 | $240 | $35,640.00 | $33,858.00 |
| Maisy Sylvan (MHS) | 21.20 | 13.70 | $225 | $3,082.50 | $2,928.38 |
| Hanna Wallace (HW) | 0.30 | 0.00 | $225 | $0.00 | $0.00 |
| **Total Hours:** | **645.70** | **568.00** | | | |
| **RBGG FEES:** | | | | $244,436.00 | $232,214.20 |
| | | | | | |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | $244,436.00 | $232,214.20 |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2017
October 1, 2017 through December 31, 2017
**Costs**

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $1,253.20 | $1,190.54 |
| Photocopying (outside) | $349.72 | $332.23 |
| Westlaw | $56.88 | $54.04 |
| Inhouse Postage | $216.33 | $205.51 |
| Long distance telephone charges | $0.65 | $0.62 |
| Travel - Mileage, Tolls, Food | $3,334.62 | $3,167.89 |
| **Total RBGG Costs:** | **$5,211.40** | **$4,950.83** |
| **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$5,211.40** | **$4,950.83** |

# EXHIBIT D

# Armstrong v. Brown
### Fourth Quarterly Statement of 2017
### October 1, 2017 through December 31, 2017

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| FEES WORK (ALL MATTERS) | $12,237.90 | $94.30 |
| **TOTAL UNDISPUTED:** | | **$12,332.20** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2017
October 1, 2017 through December 31, 2017
*Matter: All Matters Fees Work*

| *Fees (581-2)* | | Actual Hours | Claimed Hours | 2017 Rates | Claimed Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 7.80 | 7.80 | $825 | $6,435.00 | $6,113.25 |
| Benjamin Bien-Kahn (BBK) | | 0.10 | 0.00 | $515 | $0.00 | $0.00 |
| Jenny S. Yelin (JSY) | | 0.10 | 0.00 | $500 | $0.00 | $0.00 |
| Karen E. Stilber (KES) | | 16.20 | 14.90 | $325 | $4,842.50 | $4,600.38 |
| | Total Hours: | 24.20 | 22.70 | | | |
| **RBGG FEES:** | | | | | $11,277.50 | $10,713.63 |
| **PRISON LAW OFFICE** | | | | | | |
| Corene Kendrick (CK) | | 0.80 | 0.80 | $675 | $540.00 | $513.00 |
| Ashley Kirby (AK) | | 4.1 | 4.1 | $200 | $820.00 | $779.00 |
| | Total Hours: | 4.90 | 4.90 | | | |
| **PLO FEES:** | | | | | $1,360.00 | $1,292.00 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.30 | 0.30 | $815 | $244.50 | $232.28 |
| | Total Hours: | 0.30 | 0.30 | | | |
| **DREDF FEES:** | | | | | $244.50 | $232.28 |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$12,882.00** | **$12,237.90** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2017
October 1, 2017 through December 31, 2017
**Costs**

## *Matter: Fees Work in All Matters*

| | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | | |
| Photocopying and Printing (in-house) | | $53.40 | $50.73 |
| Postage & Delivery | | $44.26 | $42.05 |
| | **Total RBGG Costs:** | **$97.66** | **$92.78** |
| **Disability Rights Education & Defense Fund, Inc.** | | Costs | |
| Photocopying (in-house) | | $1.60 | $1.52 |
| | **Total DREDF Costs:** | **$1.60** | **$1.52** |
| | **TOTAL CLAIMED FEES WORK COSTS :** | **$99.26** | **$94.30** |