```
 1  PRISON LAW OFFICE
    DONALD SPECTER #83925
 2  HEATHER MACKAY #161434
    General Delivery
 3  San Quentin, CA  94964
    Telephone:  (415) 457-9144
 4
         Attorneys for Plaintiffs
 5
    DANIEL E. LUNGREN, Attorney General
 6  of the State of California
    PETER J. SIGGINS, Senior Assistant
 7  Attorney General
    JAMES M. HUMES, Supervising
 8  Deputy Attorney General
    WILLIAM JENKINS  #143616
 9  Deputy Attorney General
    50 Fremont Street, Suite 300
10  San Francisco, CA  94105-2239
    Telephone:  (415) 356-6044
11
    Attorneys for Defendants
12
                   UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
15  _____
                                      )
16  JOHN ARMSTRONG, et al.,           )   No. C94-2307 CW
                                      )
17                    Plaintiffs,     )   STIPULATED MODIFICATION TO
                                      )   PROTECTIVE ORDER
18       vs.                          )
                                      )
19  PETE WILSON, et al.,              )
                                      )
20                    Defendants.     )
    _____)
21
```

RECEIVED
AUG 23 1996
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

    The parties through their counsel hereby agree, and the Court hereby orders, the following modification to the Protective Order in this case, filed March 23, 1995:

1.  Paragraph 2 shall be modified as follows:

    Page 2, line 9, delete "and"; page 2, line 16, change "order." to "order; and"; and insert the following between after subpart (e):

12252777

-1-                    MOD. TO PROT. ORDER
                       (C94-2307 CW)

```
 1            "f.  Individuals as described in subparts (a)
 2       through (e), above, in Clark, et al. v. California, et
 3       al. (C96-1486 FMS), currently pending in the United
 4       States District Court for the Northern District of
 5       California, who agree to be bound by the terms of this
 6       Order."
 7  2.   Paragraph 5 shall be modified to read as follows:
 8            "5.  All personal or security information shall be
 9       used solely in connection with this litigation, or in
10       Clark, et al. v. California, et al. (C96-1486 FMS),
11       currently pending in the United States District Court
12       for the Northern District of California, and not for
13       any other purpose, including other litigation."
14
15  AGREED TO BY THE PARTIES:
16
17  Aug. 20, 1996                    _____
                                     William Jenkins
18                                   Deputy Attorney General
                                     Counsel for Defendants
19
20
    Aug. 22, 1996                    _____
21                                   Donald Specter
                                     Counsel for Plaintiffs
22
23  IT IS SO ORDERED.
24
25  Date: _____            _____
                                     Honorable Claudia Wilkin
26                                   United States District Judge
27
28
```

12252777

-2-                     MOD. TO PROT. ORDER
                        (C94-2307 CW)

## DECLARATION OF SERVICE BY MAIL

Case Name: John Armstrong et. al, v. Pete Wilson et. al,
No. C-94 2307 CW

I am employed in the County of Marin, California. I am over the age of 18 years and not a party to the within entitled cause: my business address is Prison Law Office, General Delivery, San Quentin, California 94964.

On August 22, 1996, I served the attached

**STIPULATED MODIFICATION TO PROTECTIVE ORDER**

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Rafael, California, addressed as follows:

William Jenkins, DAG
Deputy Attorney General
50 Fremont St., Suite 300
San Francisco, CA 94105-2239

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Rafael, California on August 22,

_____
Edie DeGraff