DONALD SPECTER – 083925
CORENE KENDRICK – 226642
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

GEOFFREY T. HOLTZ – 191370
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION & DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
ERNEST GALVAN – 196065
PENNY GODBOLD – 226925
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont St, 19th Floor
San Francisco, California  94105
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>             Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>             Defendant. | Case No. C94 2307 CW<br><br>[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2018<br><br>Judge:  Hon. Claudia Wilken |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on April 20, 2018, Plaintiffs served on Defendants their First Quarterly Statement for 2018 by overnight delivery.  The parties completed their meet-and-confer process on June 12, 2018 as to the fees and costs incurred on all matters.

As a result of the June 12, 2018 agreement, the parties agree to the following:

The parties agree to the payment of $1,128,040.08 to resolve all fees and costs incurred during the First Quarter of 2018, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $49,137.74 to resolve all fees and costs incurred during the First Quarter of 2018, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $207,595.20 to resolve all fees and costs incurred during the First Quarter of 2018, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $18,641.26 to resolve all fees and costs incurred during the First Quarter of 2018, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1   IT IS HEREBY ORDERED that the amounts set forth above are due and
2   collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3   and costs will run from May 21, 2018, accruing at the rate provided by 28 U.S.C. § 1961.

5   DATED: _____June 26_____, 2018       _____
6                                          Claudia [signature: Claudia Wilken]
                                           United States District Judge

8   APPROVED AS TO FORM:

10  DATED: June 20, 2018            /s/Sharon Garske
11                                  Sharon Garske
                                    Deputy Attorney General
12                                  Attorney for Defendants

13  DATED:  June 12, 2018           /s/Gay Crosthwait Grunfeld
14                                  Gay Crosthwait Grunfeld
                                    Rosen Bien Galvan & Grunfeld LLP
15                                  Attorney for Plaintiffs

# EXHIBIT A

# Armstrong v. Brown
### First Quarterly Statement of 2018
### January 1, 2018 through March 31, 2018

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,103,637.21 | $24,402.87 |
| | **TOTAL CLAIMED:** | **$1,128,040.08** |

**Armstrong v. Brown**
First Quarterly Statement of 2018
January 1, 2018 through March 31, 2018
*Matter: CDCR/AOAP Monitoring/Merits*

| Monitoring (581-3) | | Actual Hours | 2018 Hours | Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 5.00 | 5.00 | $965 | $4,825.00 | $4,656.13 |
| Gay C. Grunfeld (GCG) | | 22.00 | 21.90 | $835 | $18,286.50 | $17,646.47 |
| Penny Godbold (PG) | | 243.70 | 240.30 | $675 | $162,202.50 | $156,525.41 |
| Thomas Nolan (TN) | | 157.00 | 145.80 | $700 | $102,060.00 | $98,487.90 |
| Michael L. Freedman (MLF) | | 55.20 | 53.70 | $585 | $31,414.50 | $30,314.99 |
| Ben Bien-Kahn (BBK) | | 107.80 | 100.60 | $535 | $53,821.00 | $51,937.27 |
| Krista Stone-Manista (KSM) | | 15.50 | 13.80 | $535 | $7,383.00 | $7,124.60 |
| Jenny Yelin (JY) | | 28.20 | 26.70 | $525 | $14,017.50 | $13,526.89 |
| Michael S. Nunez (MSN) | | 1.40 | 0.00 | $500 | $0.00 | $0.00 |
| Christopher D. Hu (CDH) | | 13.30 | 13.00 | $440 | $5,720.00 | $5,519.80 |
| Cara E. Trapani (CET) | | 0.40 | 0.00 | $375 | $0.00 | $0.00 |
| Mark Shinn-Krantz (MSK) | | 0.10 | 0.00 | $375 | $0.00 | $0.00 |
| Karen Stilber (KES) | | 78.50 | 73.70 | $340 | $25,058.00 | $24,180.97 |
| Linda Woo (LHW) | | 3.70 | 0.00 | $340 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | | 1.30 | 0.00 | $275 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | | 191.70 | 154.00 | $240 | $36,960.00 | $35,666.40 |
| Dylan Verner-Crist (DVC) | | 9.20 | 9.20 | $240 | $2,208.00 | $2,130.72 |
| Charlotte Landes (CJL) | | 4.30 | 0.00 | $240 | $0.00 | $0.00 |
| Maisy H. Sylvan (MHS) | | 127.20 | 117.80 | $225 | $26,505.00 | $25,577.33 |
| Nathalie Welch (NW) | | 8.70 | 0.00 | $240 | $0.00 | $0.00 |
| Hanna Wallace (HW) | | 357.90 | 344.90 | $225 | $77,602.50 | $74,886.41 |
| | Total Hours: | 1,432.10 | 1,320.40 | | | |
| **RBGG FEES:** | | | | | $568,063.50 | $548,181.28 |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 21.80 | 21.80 | $965 | $21,037.00 | $20,300.71 |
| Corene Kendrick (CK) | | 32.60 | 32.60 | $675 | $22,005.00 | $21,234.83 |
| Rita Lomio (RL) | | 162.90 | 162.90 | $615 | $100,183.50 | $96,677.08 |
| Thomas Nosewicz | | 57.70 | 57.70 | $585 | $33,754.50 | $32,573.09 |
| Margot Mendelson (MM) | | 110.70 | 110.70 | $535 | $59,224.50 | $57,151.64 |
| Sia N. Henry (SNH) | | 155.30 | 155.30 | $425 | $66,002.50 | $63,692.41 |
| Camille Woods (CW) | | 50.30 | 50.30 | $350 | $17,605.00 | $16,988.83 |
| Amber Norris (AN) | | 185.80 | 185.80 | $335 | $62,243.00 | $60,064.50 |
| Megan Lynch (ML) | | 232.50 | 232.50 | $335 | $77,887.50 | $75,161.44 |
| Sarah Hopkins (SH) | | 49.20 | 49.20 | $300 | $14,760.00 | $14,243.40 |
| Annalise Finney (AF) | | 22.10 | 22.10 | $300 | $6,630.00 | $6,397.95 |
| Meg O'Neill (MO) | | 2.60 | 2.60 | $275 | $715.00 | $689.98 |
| Molly Petchenik (MP) | | 171.40 | 171.40 | $275 | $47,135.00 | $45,485.28 |
| Tania Amarillas (TA) | | 102.30 | 102.30 | $275 | $28,132.50 | $27,147.86 |
| Stacy Amador (SA) | | 14.90 | 14.90 | $275 | $4,097.50 | $3,954.09 |
| Alexis Hoffman (AH) | | 4.50 | 4.50 | $275 | $1,237.50 | $1,194.19 |
| Katie Tertocha (KT) | | 45.8 | 45.8 | $275 | $12,595.00 | $12,154.18 |
| | Total Hours: | 1,422.40 | 1,422.40 | | | |
| **PLO FEES:** | | | | | $575,245.00 | $555,111.43 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Case Clerk | | 2.10 | 2.10 | $170 | $357.00 | $344.51 |
| | Total Hours: | 2.10 | 2.10 | | | |
| **DREDF FEES:** | | | | | $357.00 | $344.51 |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | | $1,143,665.50 | $1,103,637.21 |

**Armstrong v. Brown**
First Quarterly Statement of 2018
January 1, 2018 through March 31, 2018
**Costs**

## Matter: CDCR/AOAP Merits/Monitoring

| | Costs | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $2,355.80 | $2,273.35 |
| Photocopying/printing (Outside) | $1,053.35 | $1,016.48 |
| Translation/Interpreter Services | $697.64 | $673.22 |
| Online Research - PACER, Westlaw | $42.46 | $40.97 |
| Postage & Delivery | $296.16 | $285.79 |
| Telephone | $25.85 | $24.95 |
| Travel - Mileage, Tolls, Food | $5,066.82 | $4,889.48 |
| **Total RBGG Costs:** | **$9,538.08** | **$9,204.25** |
| **Prison Law Office** | | |
| Photocopying (In house) | $660.00 | $636.90 |
| Photocopying (outside) | $21.95 | $21.18 |
| Interpreting/Translation services | $2,990.91 | $2,886.23 |
| Travel - Mileage, Tolls, Food | $10,267.99 | $9,908.61 |
| Postage & Delivery | $1,479.49 | $1,427.71 |
| **Total PLO Costs:** | **$15,420.34** | **$14,880.63** |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $303.00 | $292.40 |
| Postage & Delivery | $26.53 | $25.60 |
| **Total DREDF Costs:** | **$329.53** | **$318.00** |
| **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$25,287.95** | **$24,402.87** |

# EXHIBIT B

# EXHIBIT B

# Armstrong v. Brown
First Quarterly Statement of 2018
January 1, 2018 through March 31, 2018

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $48,575.69 | $562.05 |
| | **TOTAL UNDISPUTED:** | **$49,137.74** |

**Armstrong v. Brown**
First Quarterly Statement of 2018
January 1, 2018 through March 31, 2018
**Matter: BPH**

| BPH (581-4) | | Actual Hours | 2018 Hours | Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 6.70 | 6.70 | $835 | $5,594.50 | $5,398.69 |
| Thomas Nolan (TN) | | 27.60 | 25.60 | $700 | $17,920.00 | $17,292.80 |
| Benjamin Bien-Kahn (BBK) | | 0.40 | 0.00 | $535 | $0.00 | $0.00 |
| Cara E. Trapani (CET) | | 1.10 | 0.00 | $375 | $0.00 | $0.00 |
| Karen Stilber (KES) | | 2.20 | 0.00 | $340 | $0.00 | $0.00 |
| Fely F. Villadelgado (FFV) | | 0.10 | 0.00 | $275 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | | 5.50 | 4.20 | $240 | $1,008.00 | $972.72 |
| | Total Hours: | 43.60 | 36.50 | | | |
| **RBGG FEES:** | | | | | **$24,522.50** | **$23,664.21** |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 1.5 | 1.5 | $965 | $1,447.50 | $1,396.84 |
| Sara Norman (SN) | | 4.00 | 4.00 | $790 | $3,160.00 | $3,049.40 |
| Sia N. Hentry (SNH) | | 27.80 | 27.80 | $425 | $11,815.00 | $11,401.48 |
| Mae Ackerman-Brimberg (MAB) | | 22.10 | 22.10 | $425 | $9,392.50 | $9,063.76 |
| | Total Hours: | 55.40 | 55.40 | | | |
| **PLO FEES:** | | | | | **$25,815.00** | **$24,911.48** |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$50,337.50** | **$48,575.69** |

**Armstrong v. Brown**
First Quarterly Statement of 2018
January 1, 2018 through March 31, 2018
**Costs**

## *Matter: BPH*

|  | Costs | Fees Now Owing Based On Negotiated Compromise |
|---|---:|---:|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | |
| Photocopying (In house) | $171.60 | $165.59 |
| Travel - Mileage, Tolls, Food | $5.50 | $5.31 |
| **Total RBGG Costs:** | **$177.10** | **$170.90** |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $405.34 | $391.15 |
| **Total PLO Costs:** | **$405.34** | **$391.15** |
| **TOTAL BPH COSTS:** | **$582.44** | **$562.05** |

# EXHIBIT C

# Armstrong v. Brown
### First Quarterly Statement of 2018
### January 1, 2018 through March 31, 2018

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $202,862.30 | $4,732.90 |
| | **TOTAL UNDISPUTED:** | **$207,595.20** |

**Armstrong v. Brown**
First Quarterly Statement of 2018
January 1, 2018 through March 31, 2018
***Matter: DAPO Monitoring***

| _DAPO Monitoring (581-9)_ | Actual Hours | Hours | 2018 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.50 | 0.00 | $965 | $0.00 | $0.00 |
| Gay C. Grunfeld (GCG) | 13.80 | 13.80 | $835 | $11,523.00 | $11,119.70 |
| Penny Godbold (PG) | 24.00 | 23.00 | $675 | $15,525.00 | $14,981.63 |
| Thomas Nolan (TN) | 31.10 | 29.10 | $700 | $20,370.00 | $19,657.05 |
| Michael L. Freedman (MLF) | 45.90 | 45.80 | $585 | $26,793.00 | $25,855.25 |
| Benjamin Bien-Kahn (BBK) | 69.90 | 66.30 | $535 | $35,470.50 | $34,229.03 |
| Krista Stone-Manista (KSM) | 25.90 | 25.70 | $535 | $13,749.50 | $13,268.27 |
| Jenny S. Yelin (JSY) | 62.20 | 58.70 | $525 | $30,817.50 | $29,738.89 |
| Christopher Hu (CDH) | 2.50 | 0.00 | $440 | $0.00 | $0.00 |
| Karen Stilber (KES) | 19.30 | 19.20 | $340 | $6,528.00 | $6,299.52 |
| F. Gail LaPurja (FGL) | 10.30 | 9.70 | $275 | $2,667.50 | $2,574.14 |
| Marcus V. Levy (MVL) | 0.30 | 0.00 | $275 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | 9.90 | 9.90 | $240 | $2,376.00 | $2,292.84 |
| Nathalie Welch (NCW) | 247.10 | 185.00 | $240 | $44,400.00 | $42,846.00 |
| Dylan Verner-Crist (DVC) | 1.50 | 0.00 | $240 | $0.00 | $0.00 |
| Maisy Sylvan (MHS) | 4.40 | 0.00 | $225 | $0.00 | $0.00 |
| Hanna Wallace (HW) | 0.50 | 0.00 | $225 | $0.00 | $0.00 |
| **Total Hours:** | 569.10 | 486.20 | | | |
| **RBGG FEES:** | | | | $210,220.00 | $202,862.30 |
| **TOTAL FEES FOR DAPO MONITORING WORK:** | | | | $210,220.00 | $202,862.30 |

**Armstrong v. Brown**
First Quarterly Statement of 2018
January 1, 2018 through March 31, 2018
**Costs**

## *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Fees Now Owing Based On **Negotiated Compromise** |
|---|---|---|
| Photocopying (in-house) | $1,172.40 | $1,131.37 |
| Photocopying (outside) | $217.85 | $210.23 |
| Interpreting/translation | $71.50 | $69.00 |
| Pacer | $3.00 | $2.90 |
| Westlaw | $88.46 | $85.36 |
| Inhouse Postage | $408.17 | $393.88 |
| Long distance telephone charges | $1.85 | $1.79 |
| Travel - Mileage, Tolls, Food | $2,941.33 | $2,838.38 |
| **Total RBGG Costs:** | **$4,904.56** | **$4,732.90** |
| **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$4,904.56** | **$4,732.90** |

# EXHIBIT D

## Armstrong v. Brown
**First Quarterly Statement of 2018**
**January 1, 2018 through March 31, 2018**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| FEES WORK (ALL MATTERS) | $18,466.24 | $175.02 |
|  | **TOTAL UNDISPUTED:** | **$18,641.26** |

**Armstrong v. Brown**
First Quarterly Statement of 2018
January 1, 2018 through March 31, 2018
**Matter: All Matters Fees Work**

| *Fees (581-2)* | | Actual Hours | 2018 Hours | Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 12.90 | 12.80 | $835 | $10,688.00 | $10,313.92 |
| Thomas Nolan (TN) | | 0.20 | 0.00 | $700 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | | 0.20 | 0.00 | $535 | $0.00 | $0.00 |
| Karen E. Stilber (KES) | | 20.50 | 19.10 | $340 | $6,494.00 | $6,266.71 |
| Hanna N. Wallace (HNW) | | 0.20 | 0.00 | $225 | $0.00 | $0.00 |
| | Total Hours: | 34.00 | 31.90 | | | |
| **RBGG FEES:** | | | | | $17,182.00 | $16,580.63 |
| **PRISON LAW OFFICE** | | | | | | |
| Corene Kendrick (CK) | | 0.90 | 0.90 | $675 | $607.50 | $586.24 |
| Ashley Kirby (AK) | | 4.4 | 4.4 | $210 | $924.00 | $891.66 |
| | Total Hours: | 5.30 | 5.30 | | | |
| **PLO FEES:** | | | | | $1,531.50 | $1,477.90 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.50 | 0.50 | $845 | $422.50 | $407.71 |
| | Total Hours: | 0.50 | 0.50 | | | |
| **DREDF FEES:** | | | | | $422.50 | $407.71 |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | $19,136.00 | $18,466.24 |

### Armstrong v. Brown
First Quarterly Statement of 2018
January 1, 2018 through March 31, 2018
#### Costs

*Matter: Fees Work in All Matters*

| **Rosen, Bien, Galvan & Grunfeld (581-2)** | Costs | **Fees Now Owing Based On Negotiated Compromise** |
|---|---|---|
| Photocopying and Printing (in-house) | $133.60 | $128.92 |
| Long distance telephone | $1.75 | $1.69 |
| Postage & Delivery | $44.42 | $42.87 |
| **Total RBGG Costs:** | **$179.77** | **$173.48** |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $1.60 | $1.54 |
| **Total DREDF Costs:** | **$1.60** | **$1.54** |
| **TOTAL FEES WORK COSTS :** | **$181.37** | **$175.02** |