DONALD SPECTER – 083925
CORENE KENDRICK – 226642
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
ERNEST GALVAN 196065
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. C94 2307 CW <br><br> **[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018** <br><br> Judge: Hon. Claudia Wilken |

1    On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on July 24, 2018, Plaintiffs served on Defendants their Second Quarterly Statement for 2018 by overnight delivery.  The parties completed their meet-and-confer process on August 24, 2018 as to the fees and costs incurred on all matters.

As a result of the August 24, 2018 agreement, the parties agree to the following:

The parties agree to the payment of $1,427,447.74 to resolve all fees and costs incurred during the Second Quarter of 2018, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $58,816.06 to resolve all fees and costs incurred during the Second Quarter of 2018, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $190,152.71 to resolve all fees and costs incurred during the Second Quarter of 2018, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $15,639.04 to resolve all fees and costs incurred during the Second Quarter of 2018, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1   IT IS HEREBY ORDERED that the amounts set forth above are due and
2   collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3   and costs will run from August 23, 2018, accruing at the rate provided by 28 U.S.C.
4   § 1961.

6   DATED:  September 12     , 2018    _____
7                                                                 Claudia Wilken
                                                                  United States District Judge

*IT IS SO ORDERED* — Judge Claudia Wilken

9   APPROVED AS TO FORM:

11  DATED: September 10, 2018         */s/Sharon Garske*
12                                                                 Sharon Garske
                                                                   Deputy Attorney General
                                                                   Attorney for Defendants

14  DATED:  September 10, 2018        */s/Gay Crosthwait Grunfeld*
15                                                                 Gay Crosthwait Grunfeld
                                                                   Rosen Bien Galvan & Grunfeld LLP
16                                                                 Attorney for Plaintiffs

# EXHIBIT A

# Armstrong v. Brown
## Second Quarterly Statement of 2018
### April 1, 2018 through June 30, 2018

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,392,705.85 | $34,741.89 |
| **TOTAL UNDISPUTED:** | | **$1,427,447.74** |

**Armstrong v. Brown**
Second Quarterly Statement of 2018
April 1, 2018 through June 30, 2018
**Matter: CDCR/AOAP Monitoring/Merits**

| _Monitoring (581-3)_ | Actual Hours | Claimed Hours | 2018 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 2.30 | 2.30 | $965 | $2,219.50 | $2,141.82 |
| Gay C. Grunfeld (GCG) | 26.40 | 26.40 | $835 | $22,044.00 | $21,272.46 |
| Ernest Galvan (EG) | 1.5 | 1.5 | $780 | $1,170.00 | $1,129.05 |
| Penny Godbold (PG) | 253.20 | 249.60 | $675 | $168,480.00 | $162,583.20 |
| Thomas Nolan (TN) | 186.80 | 183.40 | $700 | $128,380.00 | $123,886.70 |
| Michael L. Freedman (MLF) | 30.30 | 27.90 | $585 | $16,321.50 | $15,750.25 |
| Ben Bien-Kahn (BBK) | 69.90 | 68.10 | $535 | $36,433.50 | $35,158.33 |
| Krista Stone-Manista (KSM) | 114.70 | 110.40 | $535 | $59,064.00 | $56,996.76 |
| Jenny Yelin (JY) | 11.40 | 10.10 | $525 | $5,302.50 | $5,116.91 |
| Kara J. Janssen (KJJ) | 0.10 | 0.00 | $525 | $0.00 | $0.00 |
| Michael S. Nunez (MSN) | 0.20 | 0.00 | $500 | $0.00 | $0.00 |
| Mark Shinn-Krantz (MSK) | 4.90 | 0.00 | $375 | $0.00 | $0.00 |
| Karen Stilber (KES) | 121.50 | 112.80 | $340 | $38,352.00 | $37,009.68 |
| Linda Woo (LHW) | 2.30 | 0.00 | $340 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 1.30 | 0.00 | $275 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 0.40 | 0.00 | $275 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | 130.10 | 96.80 | $240 | $23,232.00 | $22,418.88 |
| Dylan Verner-Crist (DVC) | 9.20 | 9.20 | $240 | $2,208.00 | $2,130.72 |
| Marcus V. Levy (MVL) | 0.50 | 0.00 | $275 | $0.00 | $0.00 |
| Maisy H. Sylvan (MHS) | 205.20 | 194.00 | $225 | $43,650.00 | $42,122.25 |
| Nathalie Welch (NW) | 15.70 | 10.20 | $240 | $2,448.00 | $2,362.32 |
| Hanna Wallace (HW) | 317.50 | 301.90 | $225 | $67,927.50 | $65,550.04 |
| Total Hours: | 1,505.40 | 1,404.60 | | | |
| **RBGG FEES:** | | | | **$617,232.50** | **$595,629.36** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 29.40 | 29.40 | $965 | $28,371.00 | $27,378.02 |
| Sara Norman (SN) | 35.50 | 35.50 | $790 | $28,045.00 | $27,063.43 |
| Corene Kendrick (CK) | 24.30 | 24.30 | $675 | $16,402.50 | $15,828.41 |
| Rita Lomio (RL) | 257.90 | 257.90 | $615 | $158,608.50 | $153,057.20 |
| Thomas Nosewicz | 157.80 | 157.80 | $585 | $92,313.00 | $89,082.05 |
| Margot Mendelson (MM) | 113.10 | 113.10 | $535 | $60,508.50 | $58,390.70 |
| Sia N. Henry (SNH) | 23.50 | 23.50 | $425 | $9,987.50 | $9,637.94 |
| Camille Woods (CW) | 101.30 | 101.30 | $350 | $35,455.00 | $34,214.08 |
| Amber Norris (AN) | 181.80 | 181.80 | $335 | $60,903.00 | $58,771.40 |
| Megan Lynch (ML) | 273.80 | 273.80 | $335 | $91,723.00 | $88,512.70 |
| Sarah Hopkins (SH) | 254.60 | 254.60 | $300 | $76,380.00 | $73,706.70 |
| Annalise Finney (AF) | 138.30 | 138.30 | $300 | $41,490.00 | $40,037.85 |
| Molly Petchenik (MP) | 154.50 | 154.50 | $275 | $42,487.50 | $41,000.44 |
| Tania Amarillas (TA) | 11.20 | 11.20 | $275 | $3,080.00 | $2,972.20 |
| Stacy Amador (SA) | 52.80 | 52.80 | $275 | $14,520.00 | $14,011.80 |
| Alexis Hoffman (AH) | 88.90 | 88.90 | $275 | $24,447.50 | $23,591.84 |
| Patrick Booth (PB) | 67.80 | 67.80 | $275 | $18,645.00 | $17,992.43 |
| Samuel Kennedy (SK) | 9.80 | 9.80 | $275 | $2,695.00 | $2,600.68 |
| Gabriela Pelsinger (GP) | 45.80 | 45.80 | $275 | $12,595.00 | $12,154.18 |
| Katie Tertocha (KT) | 24.80 | 24.80 | $275 | $6,820.00 | $6,581.30 |
| Total Hours: | 2,046.90 | 2,046.90 | | | |
| **PLO FEES:** | | | | **$825,477.00** | **$796,585.31** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LK) | 0.2 | 0.2 | $845 | $169.00 | $163.09 |
| Case Clerk | 2.00 | 2.00 | $170 | $340.00 | $328.10 |
| Total Hours: | 2.00 | 2.00 | | | |
| **DREDF FEES:** | | | | **$509.00** | **$491.19** |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | **$1,443,218.50** | **$1,392,705.85** |

**Armstrong v. Brown**
Second Quarterly Statement of 2018
April 1, 2018 through June 30, 2018
Costs

## Matter: CDCR/AOAP Merits/Monitoring

| | Claimed Costs | Costs Now Owing Per Negotiated Compromise |
|---|---:|---:|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $2,232.00 | $2,153.88 |
| Photocopying/printing (Outside) | $1,342.07 | $1,295.10 |
| Translation/Interpreter Services | $75.05 | $72.42 |
| Postage & Delivery | $344.05 | $332.01 |
| Telephone | $24.85 | $23.98 |
| Travel - Mileage, Tolls, Food | $8,834.48 | $8,525.27 |
| **Total RBGG Costs:** | **$12,852.50** | **$12,402.66** |
| | | |
| **Prison Law Office** | | |
| Photocopying (In house) | $980.40 | $946.09 |
| Interpreting/Translation services | $3,578.00 | $3,452.77 |
| Travel - Mileage, Tolls, Food | $16,622.09 | $16,040.32 |
| Postage & Delivery | $1,833.81 | $1,769.63 |
| **Total PLO Costs:** | **$23,014.30** | **$22,208.80** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $85.20 | $82.22 |
| Inmate Collect Telephone Calls | $25.00 | $24.13 |
| Postage & Delivery | $24.96 | $24.09 |
| **Total DREDF Costs:** | **$135.16** | **$130.43** |
| | | |
| **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$36,001.96** | **$34,741.89** |

# EXHIBIT B

# Armstrong v. Brown
Second Quarterly Statement of 2018
April 1, 2018 through June 30, 2018

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $57,358.15 | $1,457.90 |
| | **TOTAL UNDISPUTED:** | **$58,816.06** |

**Armstrong v. Brown**
Second Quarterly Statement of 2018
April 1, 2018 through June 30, 2018
**Matter: BPH**

| BPH (581-4) | Actual Hours | Claimed Hours | 2018 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 7.70 | 7.70 | $835 | $6,429.50 | $6,204.47 |
| Thomas Nolan (TN) | 48.00 | 48.00 | $700 | $33,600.00 | $32,424.00 |
| Krista Stone-Manista (KSM) | 0.30 | 0.00 | $535 | $0.00 | $0.00 |
| Karen Stilber (KES) | 0.70 | 0.00 | $340 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 0.20 | 0.00 | $275 | $0.00 | $0.00 |
| Fely F. Villadelgado (FFV) | 0.10 | 0.00 | $275 | $0.00 | $0.00 |
| Maisy H. Sylvan (MHS) | 1.10 | 0.00 | $225 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | 12.50 | 7.90 | $240 | $1,896.00 | $1,829.64 |
| Total Hours: | 70.60 | 63.60 | | | |
| **RBGG FEES:** | | | | $41,925.50 | $40,458.11 |
| **PRISON LAW OFFICE** | | | | | |
| Sara Norman (SN) | 5.80 | 5.80 | $790 | $4,582.00 | $4,421.63 |
| Rita Lomio (RL) | 0.60 | 0.60 | $615 | $369.00 | $356.09 |
| Rana Anabtawi (RA) | 3.70 | 3.70 | $535 | $1,979.50 | $1,910.22 |
| Mae Ackerman-Brimberg (MAB) | 24.90 | 24.90 | $425 | $10,582.50 | $10,212.11 |
| Total Hours: | 35.00 | 35.00 | | | |
| **PLO FEES:** | | | | $17,513.00 | $16,900.05 |
| **TOTAL FEES FOR BPH WORK:** | | | | $59,438.50 | $57,358.15 |

**Armstrong v. Brown**
Second Quarterly Statement of 2018
April 1, 2018 through June 30, 2018
<u>Costs</u>

## Matter: BPH

|  | Costs | Costs Now Owing<br>Per Negotiated Compromise |
|---|---:|---:|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | |
| Photocopying (In house) | $94.20 | $90.90 |
| Westlaw research | $1.25 | $1.21 |
| Interpreter/SLI | $491.28 | $474.09 |
| Telephone | $0.55 | $0.53 |
| Travel - Mileage, Tolls, Food | $486.42 | $469.40 |
| **Total RBGG Costs:** | **$1,073.70** | **$1,036.12** |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $437.08 | $421.78 |
| **Total PLO Costs:** | **$437.08** | **$421.78** |
| **TOTAL BPH COSTS:** | **$1,510.78** | **$1,457.90** |

# EXHIBIT C

# Armstrong v. Brown
**Second Quarterly Statement of 2018**
**April 1, 2018 through June 30, 2018**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $185,688.20 | $4,464.51 |
| | **TOTAL UNDISPUTED:** | **$190,152.71** |

<u>**Armstrong v. Brown**</u>
Second Quarterly Statement of 2018
April 1, 2018 through June 30, 2018
***Matter: DAPO Monitoring***

| <u>*DAPO Monitoring (581-9)*</u> | Actual <u>Hours</u> | Claimed <u>Hours</u> | 2018 <u>Rates</u> | <u>Total</u> | Fees Now Owing Per Negotiated <u>Compromise</u> |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.70 | 0.70 | $965 | $675.50 | $651.86 |
| Gay C. Grunfeld (GCG) | 15.80 | 15.70 | $835 | $13,109.50 | $12,650.67 |
| Penny Godbold (PG) | 27.00 | 26.00 | $675 | $17,550.00 | $16,935.75 |
| Thomas Nolan (TN) | 40.10 | 40.10 | $700 | $28,070.00 | $27,087.55 |
| Michael L. Freedman (MLF) | 4.20 | 0.00 | $585 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | 100.90 | 97.60 | $535 | $52,216.00 | $50,388.44 |
| Krista Stone-Manista (KSM) | 20.50 | 20.40 | $535 | $10,914.00 | $10,532.01 |
| Jenny S. Yelin (JSY) | 40.80 | 39.50 | $525 | $20,737.50 | $20,011.69 |
| Karen Stilber (KES) | 17.90 | 17.90 | $340 | $6,086.00 | $5,872.99 |
| F. Gail LaPurja (FGL) | 12.40 | 11.90 | $275 | $3,272.50 | $3,157.96 |
| Marcus V. Levy (MVL) | 0.10 | 0.00 | $275 | $0.00 | $0.00 |
| Katherine Hamilton (KCH) | 8.00 | 5.70 | $240 | $1,368.00 | $1,320.12 |
| Nathalie Welch (NCW) | 221.70 | 160.10 | $240 | $38,424.00 | $37,079.16 |
| Hanna Wallace (HW) | 0.80 | 0.00 | $225 | $0.00 | $0.00 |
| Total Hours: | 510.90 | 435.60 | | | |
| **RBGG FEES:** | | | | $192,423.00 | $185,688.20 |
| | | | | | |
| **TOTAL FEES FOR DAPO MONITORING WORK:** | | | | $192,423.00 | $185,688.20 |

**Armstrong v. Brown**
Second Quarterly Statement of 2018
April 1, 2018 through June 30, 2018
**Costs**

## Matter: DAPO Monitoring

| **Rosen, Bien, Galvan & Grunfeld (581-9)** | Costs | **Costs Now Owing Per Negotiated Compromise** |
|---|---:|---:|
| Photocopying (in-house) | $1,192.40 | $1,150.67 |
| Photocopying (outside) | $101.66 | $98.10 |
| Westlaw | $7.05 | $6.80 |
| Inhouse Postage | $285.77 | $275.77 |
| Long distance telephone charges | $0.35 | $0.34 |
| Travel - Mileage, Tolls, Food | $3,039.21 | $2,932.84 |
| **Total RBGG Costs:** | **$4,626.44** | **$4,464.51** |
| **TOTAL DAPO MONITORING COSTS:** | **$4,626.44** | **$4,464.51** |

# EXHIBIT D

# Armstrong v. Brown
**Second Quarterly Statement of 2018**
**April 1, 2018 through June 30, 2018**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| FEES WORK (ALL MATTERS) | $15,463.64 | $175.40 |
| **TOTAL UNDISPUTED:** | | **$15,639.04** |

## Armstrong v. Brown
Second Quarterly Statement of 2018
April 1, 2018 through June 30, 2018
**Matter: All Matters Fees Work**

| *Fees (581-2)* | | Actual Hours | Claimed Hours | 2018 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 10.20 | 10.00 | $835 | $8,350.00 | $8,057.75 |
| Karen E. Stilber (KES) | | 14.20 | 12.80 | $340 | $4,352.00 | $4,199.68 |
| | Total Hours: | 24.40 | 22.80 | | | |
| **RBGG FEES:** | | | | | $12,702.00 | $12,257.43 |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 1.00 | 1.00 | $615 | $615.00 | $593.48 |
| Margot Mendelson (MKM) | | 1.60 | 1.60 | $535 | $856.00 | $826.04 |
| Ashley Kirby (AK) | | 6.00 | 6.00 | $210 | $1,260.00 | $1,215.90 |
| | Total Hours: | 8.60 | 8.60 | | | |
| **PLO FEES:** | | | | | $2,731.00 | $2,635.42 |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.70 | 0.70 | $845 | $591.50 | $570.80 |
| | Total Hours: | 0.70 | 0.70 | | | |
| **DREDF FEES:** | | | | | $591.50 | $570.80 |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | $16,024.50 | $15,463.64 |

<u>**Armstrong v. Brown**</u>
Second Quarterly Statement of 2018
April 1, 2018 through June 30, 2018
<u>**Costs**</u>

## Matter: Fees Work in All Matters

| | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| **<u>Rosen, Bien, Galvan & Grunfeld (581-2)</u>** | | |
| Photocopying and Printing (in-house) | $127.40 | $122.94 |
| Long distance telephone | $0.90 | $0.87 |
| Postage & Delivery | $46.86 | $45.22 |
| **Total RBGG Costs:** | **$175.16** | **$169.03** |
| **<u>Disability Rights Education & Defense Fund, Inc.</u>** | | |
| Photocopying (in-house) | $6.60 | $6.37 |
| **Total DREDF Costs:** | **$6.60** | **$6.37** |
| **TOTAL FEES WORK COSTS :** | **$181.76** | **$175.40** |