DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
HUGO D. CABRERA - 309289
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. C94 2307 CW <br><br> [PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2018 <br><br> Judge: Hon. Claudia Wilken |

Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER 2018

[3359927.1]

1       On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

      Pursuant to these procedures, on January 18, 2019, Plaintiffs served on Defendants their Fourth Quarterly Statement for 2018 by overnight delivery. The parties completed their meet-and-confer process on March 6, 2019 as to the fees and costs incurred on all matters.

      As a result of the March 6, 2019 agreement, the parties agree to the following:

      The parties agree to the payment of $1,256,784.34 to resolve all fees and costs incurred during the Fourth Quarter of 2018, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

      The parties agree to the payment of $86,039.36 to resolve all fees and costs incurred during the Fourth Quarter of 2018, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

      The parties agree to the payment of $214,040.36 to resolve all fees and costs incurred during the Fourth Quarter of 2018, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

      The parties agree to the payment of $13,311.87 to resolve all fees and costs incurred during the Fourth Quarter of 2018, for fees work. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from February 19, 2019, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: 3/12/2019

*Claudia Wilken*
Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

DATED: March 6, 2019        */s/Sharon Garske*
Sharon Garske
Deputy Attorney General
Attorney for Defendants

DATED: March 6, 2019        */s/Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld
Rosen Bien Galvan & Grunfeld LLP
Attorney for Plaintiffs

# EXHIBIT A

# Armstrong v. Brown
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,221,013.92 | $35,770.42 |
| | **TOTAL UNDISPUTED:** | **$1,256,784.34** |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018
*Matter: CDCR/AOAP Monitoring/Merits*

| Monitoring (581-3) | | Actual Hours | Claimed Hours | 2018 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 1.70 | 1.70 | $965 | $1,640.50 | $1,574.88 |
| Gay C. Grunfeld (GCG) | | 24.90 | 24.90 | $835 | $20,791.50 | $19,959.84 |
| Ernest Galvan (EG) | | 1.6 | 0 | $780 | $0.00 | $0.00 |
| Penny Godbold (PG) | | 312.50 | 309.00 | $675 | $208,575.00 | $200,232.00 |
| Thomas Nolan (TN) | | 184.90 | 182.20 | $700 | $127,540.00 | $122,438.40 |
| Lisa Ells (LAE) | | 0.20 | 0.00 | $650 | $0.00 | $0.00 |
| Michael L. Freedman (MLF) | | 48.70 | 47.20 | $585 | $27,612.00 | $26,507.52 |
| Ben Bien-Kahn (BBK) | | 151.30 | 150.50 | $535 | $80,517.50 | $77,296.80 |
| Krista Stone-Manista (KSM) | | 51.80 | 49.60 | $535 | $26,536.00 | $25,474.56 |
| Jenny Yelin (JY) | | 22.20 | 21.80 | $525 | $11,445.00 | $10,987.20 |
| Hugo D. Cabrera (HDC) | | 51.40 | 51.40 | $410 | $21,074.00 | $20,231.04 |
| Karen Stilber (KES) | | 137.60 | 134.90 | $340 | $45,866.00 | $44,031.36 |
| F. Gail LaPurja (FGL) | | 0.10 | 0.00 | $275 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 55.40 | 54.80 | $275 | $15,070.00 | $14,467.20 |
| Fely F. Villadelgado (FFV) | | 0.40 | 0.00 | $275 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | | 77.30 | 72.00 | $240 | $17,280.00 | $16,588.80 |
| Marcus V. Levy (MVL) | | 0.50 | 0.00 | $240 | $0.00 | $0.00 |
| Nathalie Welch (NW) | | 28.00 | 16.70 | $240 | $4,008.00 | $3,847.68 |
| Hanna Wallace (HW) | | 334.40 | 321.40 | $240 | $77,136.00 | $74,050.56 |
| Michael Brier (MB) | | 170.00 | 140.40 | $225 | $31,590.00 | $30,326.40 |
| | Total Hours: | 1,654.90 | 1,578.50 | | | |
| **RBGG CLAIMED FEES:** | | | | | $716,681.50 | $688,014.24 |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 8.10 | 8.10 | $965 | $7,816.50 | $7,503.84 |
| Sara Norman (SN) | | 4.40 | 4.40 | $790 | $3,476.00 | $3,336.96 |
| Corene Kendtrick (CK) | | 3.90 | 3.90 | $675 | $2,632.50 | $2,527.20 |
| Rita Lomio (RL) | | 164.00 | 164.00 | $615 | $100,860.00 | $96,825.60 |
| Thomas Nosewicz (TMN) | | 96.90 | 96.90 | $585 | $56,686.50 | $54,419.04 |
| Margot Mendelson (MM) | | 57.30 | 57.30 | $535 | $30,655.50 | $29,429.28 |
| Camille Woods (CW) | | 86.70 | 86.70 | $350 | $30,345.00 | $29,131.20 |
| Amber Norris (AN) | | 151.30 | 151.30 | $335 | $50,685.50 | $48,658.08 |
| Megan Lynch (ML) | | 289.20 | 289.20 | $335 | $96,882.00 | $93,006.72 |
| Sarah Hopkins (SH) | | 128.90 | 128.90 | $300 | $38,670.00 | $37,123.20 |
| Alayna O'Bryan | | 70.80 | 70.80 | $275 | $19,470.00 | $18,691.20 |
| Tania Amarillas (TA) | | 20.30 | 20.30 | $275 | $5,582.50 | $5,359.20 |
| Darryl Geyer (DG) | | 14.60 | 14.60 | $275 | $4,015.00 | $3,854.40 |
| Alexis Hoffman (AH) | | 50.70 | 50.70 | $275 | $13,942.50 | $13,384.80 |
| Gabby Sergi (GS) | | 145.60 | 145.60 | $275 | $40,040.00 | $38,438.40 |
| Gabriela Pelsinger (GP) | | 84.80 | 84.80 | $275 | $23,320.00 | $22,387.20 |
| Juliette Mueller (JM) | | 108.20 | 108.20 | $275 | $29,755.00 | $28,564.80 |
| | Total Hours: | 1,485.70 | 1,485.70 | | | |
| **PLO CLAIMED FEES:** | | | | | $554,834.50 | $532,641.12 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LK) | | 0.1 | 0.1 | $845 | $84.50 | $81.12 |
| Case Clerk | | 1.70 | 1.70 | $170 | $289.00 | $277.44 |
| | Total Hours: | 1.70 | 1.70 | | | |
| **DREDF CLAIMED FEES:** | | | | | $373.50 | $358.56 |
| **TOTAL CLAIMED CDCR/AOAP MONITORING FEES:** | | | | | $1,271,889.50 | $1,221,013.92 |

**Armstrong v. Brown**
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018
Costs

## *Matter: CDCR/AOAP Merits/Monitoring*

| | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $1,604.00 | $1,539.84 |
| Photocopying/printing (Outside) | $712.29 | $683.80 |
| Translation/Interpreter Services | $1,841.20 | $1,767.55 |
| Online Research - PACER, Westlaw | $155.73 | $149.50 |
| Postage & Delivery | $184.72 | $177.33 |
| Telephone | $149.10 | $143.14 |
| Travel - Mileage, Tolls, Food | $12,174.94 | $11,687.94 |
| **Total RBGG Costs:** | **$16,821.98** | **$16,149.10** |
| | | |
| **Prison Law Office** | | |
| Photocopying (In house) | $301.80 | $289.73 |
| Interpreter services (SLI) | $4,793.70 | $4,601.95 |
| Travel - Mileage, Tolls, Food | $13,696.88 | $13,149.00 |
| Postage & Delivery | $1,566.10 | $1,503.46 |
| **Total PLO Costs:** | **$20,358.48** | **$19,544.14** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $61.80 | $59.33 |
| Postage & Delivery | $18.59 | $17.85 |
| **Total DREDF Costs:** | **$80.39** | **$77.17** |
| | | |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$37,260.85** | **$35,770.42** |

]

g v. Brown
Statement of 2018
gh December 31, 2018

NDISPUTED FEES AND COSTS

| SPUTED FEES | UNDISPUTED COSTS |
|---|---|
| $1,221,013.92 | $35,770.42 |

NDISPUTED: $1,256,784.34

# Armstrong v. Brown
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $85,276.80 | $762.56 |
| **TOTAL UNDISPUTED:** | | **$86,039.36** |

# Armstrong v. Brown
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018
*Matter: BPH*

| BPH (581-4) | | Actual Hours | Claimed Hours | 2018 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Ernest Galvan (EG) | | 2.2 | 2.2 | $780 | $1,716.00 | $1,647.36 |
| Gay C. Grunfeld (GCG) | | 4.40 | 4.40 | $835 | $3,674.00 | $3,527.04 |
| Thomas Nolan (TN) | | 49.60 | 49.60 | $700 | $34,720.00 | $33,331.20 |
| Karen Janssen (KJJ) | | 0.40 | 0.00 | $525 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | | 0.10 | 0.00 | $535 | $0.00 | $0.00 |
| Hugo D. Cabrera (HDC) | | 11.50 | 11.50 | $410 | $4,715.00 | $4,526.40 |
| Karen Stilber (KES) | | 1.60 | 1.60 | $340 | $544.00 | $522.24 |
| Dylan Verner-Crist (DVC) | | 0.30 | 0.00 | $240 | $0.00 | $0.00 |
| Marcus V. Levy (MVL) | | 0.70 | 0.00 | $240 | $0.00 | $0.00 |
| Nathalie C. Welch | | 3.80 | 1.30 | $240 | $312.00 | $299.52 |
| | Total Hours: | 74.60 | 70.60 | | | |
| **RBGG CLAIMED FEES:** | | | | | $45,681.00 | $43,853.76 |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 9.80 | 9.80 | $790 | $7,742.00 | $7,432.32 |
| Rita Lomio (RL) | | 18.60 | 18.60 | $615 | $11,439.00 | $10,981.44 |
| Rana Anabtawi (RA) | | 44.80 | 44.80 | $535 | $23,968.00 | $23,009.28 |
| | Total Hours: | 73.20 | 73.20 | | | |
| **PLO CLAIMED FEES:** | | | | | $43,149.00 | $41,423.04 |
| **TOTAL CLAIMED FEES FOR BPH WORK:** | | | | | $88,830.00 | $85,276.80 |

# Armstrong v. Brown
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018
## Costs

*Matter: BPH*

| | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | |
| Photocopying (In house) | $18.20 | $17.47 |
| Telephone | $0.60 | $0.58 |
| Travel - Mileage, Tolls, Food | $333.86 | $320.51 |
| **Total RBGG Costs:** | **$352.66** | **$338.55** |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $441.67 | $424.00 |
| **Total PLO Costs:** | **$441.67** | **$424.00** |
| **TOTAL CLAIMED BPH COSTS:** | **$794.33** | **$762.56** |

# EXHIBIT C

# Armstrong v. Brown
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $209,897.76 | $4,142.60 |
| | **TOTAL UNDISPUTED:** | **$214,040.36** |

Fourt
October 1
N

*DAPO Monitoring (581-9)*

**ROSEN, BIEN, GALVAN & GRUNFE**
Michael W. Bien (MWB)
Gay C. Grunfeld (GCG)
Ernest Galvan (EG)
Penny Godbold (PG)
Thomas Nolan (TN)
Michael L. Freedman (MLF)
Benjamin Bien-Kahn (BBK)
Krista Stone-Manista (KSM)
Jenny S. Yelin (JSY)
Hugo D. Cabrera (HDC)
Karen Stilber (KES)
F. Gail LaPurja (FGL)
Marcus V. Levy (MVL)
Fely Villadelgado (FFV)
Nathalie Welch (NCW)
Dylan Verner-Crist (DVC)
Hanna Wallace (HW)

Total H

**RBGG CLAIMED FEES:**

**TOTAL CLAIMED FOR DAPO MONITORING WORK:**

# EXHIBIT B

<u>**Armstrong v. Brown**</u>
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018
<u>Costs</u>

## *Matter: DAPO Monitoring*

| <u>Rosen, Bien, Galvan & Grunfeld (581-9)</u> | <u>Costs</u> | Costs Now Owing <u>Per Negotiated Compromise</u> |
|---|---|---|
| Photocopying (in-house) | $814.20 | $781.63 |
| Photocopying (outside) | $179.77 | $172.58 |
| Westlaw | $392.57 | $376.87 |
| Inhouse Postage | $57.35 | $55.06 |
| Long distance telephone charges | $1.35 | $1.30 |
| Travel - Mileage, Tolls, Food | $2,869.97 | $2,755.17 |
| **Total RBGG Costs:** | **$4,315.21** | **$4,142.60** |
| **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$4,315.21** | **$4,142.60** |

# EXHIBIT D

# Armstrong v. Brown
## Fourth Quarterly Statement of 2018
### October 1, 2018 through December 31, 2018

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $13,072.32 | $239.55 |
|  |  |  |
| **TOTAL UNDISPUTED:** |  | **$13,311.87** |

# Armstrong v. Brown
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018
*Matter: All Matters Fees Work*

| _Fees (581-2)_ | | Actual Hours | Claimed Hours | 2018 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 7.40 | 7.20 | $835 | $6,012.00 | $5,771.52 |
| Karen E. Stilber (KES) | | 14.80 | 14.00 | $340 | $4,760.00 | $4,569.60 |
| Linda H. Woo (LHW) | | 0.20 | 0.00 | $225 | $0.00 | $0.00 |
| | Total Hours: | 22.40 | 21.20 | | | |
| **RBGG CLAIMED FEES:** | | | | | **$10,772.00** | **$10,341.12** |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 1.50 | 1.50 | $615 | $922.50 | $885.60 |
| Margot Mendelson (MKM) | | 1.00 | 1.00 | $535 | $535.00 | $513.60 |
| Ashley Kirby (AK) | | 5.40 | 5.40 | $210 | $1,134.00 | $1,088.64 |
| | Total Hours: | 7.90 | 7.90 | | | |
| **PLO CLAIMED FEES:** | | | | | **$2,591.50** | **$2,487.84** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.30 | 0.30 | $845 | $253.50 | $243.36 |
| | Total Hours: | 0.30 | 0.30 | | | |
| **DREDF CLAIMED FEES:** | | | | | **$253.50** | **$243.36** |
| **TOTAL CLAIMED FEES FOR ARMSTRONG FEES WORK:** | | | | | **$13,617.00** | **$13,072.32** |

# Armstrong v. Brown
Fourth Quarterly Statement of 2018
October 1, 2018 through December 31, 2018
## Costs

## *Matter: Fees Work in All Matters*

| | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | |
| Photocopying and Printing (in-house) | $194.60 | $186.82 |
| Postage & Delivery | $46.53 | $44.67 |
| **Total RBGG Costs:** | **$241.13** | **$231.48** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $8.40 | $8.06 |
| **Total DREDF Costs:** | **$8.40** | **$8.06** |
| | | |
| **TOTAL CLAIMED FEES WORK COSTS:** | **$249.53** | **$239.55** |