DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
HUGO D. CABRERA - 309289
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:  (415) 433-6830
Facsimile:   (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:  (510) 644-2555
Facsimile:   (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. C94 2307 CW <br><br> **[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2019** <br><br> Judge:  Hon. Claudia Wilken |

1  On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on April 15, 2019, Plaintiffs served on Defendants their First Quarterly Statement for 2019 by overnight delivery.  The parties completed their meet-and-confer process on May 23, 2019 as to the fees and costs incurred on all matters.

As a result of the May 23, 2019 agreement, the parties agree to the following:

The parties agree to the payment of $1,536,774.35 to resolve all fees and costs incurred during the First Quarter of 2019, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $76,227.01 to resolve all fees and costs incurred during the First Quarter of 2019, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $171,458.83 to resolve all fees and costs incurred during the First Quarter of 2019, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $13,954.46 to resolve all fees and costs incurred during the First Quarter of 2019, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

IT IS HEREBY ORDERED that the amounts set forth above are due and

2
Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER 2019

[3391201.1]

collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from May 15, 2019, accruing at the rate provided by 28 U.S.C. § 1961.

DATED:  May 30, 2019

_____
Claudia Wilken
United States District Judge

*IT IS SO ORDERED*
*Judge Claudia Wilken*

APPROVED AS TO FORM:

DATED: May 23, 2019              */s/Sharon Garske*
                                         Sharon Garske
                                         Deputy Attorney General
                                         Attorney for Defendants


DATED:  May 23, 2019              */s/Gay Crosthwait Grunfeld*
                                         Gay Crosthwait Grunfeld
                                         Rosen Bien Galvan & Grunfeld LLP
                                         Attorney for Plaintiffs

# EXHIBIT A

# Armstrong v. Brown
### First Quarterly Statement of 2019
### January 1, 2019 through March 31, 2019

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,511,539.20 | $25,235.15 |
| **TOTAL UNDISPUTED:** | | **$1,536,774.35** |

**Armstrong v. Brown**
First Quarterly Statement of 2019
January 1, 2019 through March 31, 2019
*Matter: CDCR/AOAP Monitoring/Merits*

| Monitoring (581-3) | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 8.70 | 8.70 | $1,000 | $8,700.00 | $8,352.00 |
| Gay C. Grunfeld (GCG) | 26.70 | 25.30 | $860 | $21,758.00 | $20,887.68 |
| Ernest Galvan (EG) | 0.3 | 0 | $800 | $0.00 | $0.00 |
| Penny Godbold (PG) | 286.30 | 283.00 | $700 | $198,100.00 | $190,176.00 |
| Thomas Nolan (TN) | 231.50 | 228.40 | $725 | $165,590.00 | $158,966.40 |
| Michael L. Freedman (MLF) | 112.50 | 96.30 | $610 | $58,743.00 | $56,393.28 |
| Ben Bien-Kahn (BBK) | 117.20 | 110.10 | $585 | $64,408.50 | $61,832.16 |
| Jenny Yelin (JY) | 48.10 | 43.90 | $540 | $23,706.00 | $22,757.76 |
| Kara J. Janssen (KJJ) | 0.70 | 0.00 | $540 | $0.00 | $0.00 |
| Michael S. Nunez (MSN) | 1.70 | 0.00 | $525 | $0.00 | $0.00 |
| Hugo D. Cabrera (HDC) | 74.90 | 69.20 | $440 | $30,448.00 | $29,230.08 |
| Karen Stilber (KES) | 199.50 | 193.90 | $350 | $67,865.00 | $65,150.40 |
| F. Gail LaPurja (FGL) | 0.20 | 0.00 | $290 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 36.60 | 36.40 | $290 | $10,556.00 | $10,133.76 |
| Fely F. Villadelgado (FFV) | | | $275 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | 91.00 | 81.50 | $250 | $20,375.00 | $19,560.00 |
| Marcus V. Levy (MVL) | 0.40 | 0.00 | $250 | $0.00 | $0.00 |
| Nathalie Welch (NW) | 26.30 | 0.00 | $250 | $0.00 | $0.00 |
| Hanna Wallace (HW) | 336.20 | 323.50 | $250 | $80,875.00 | $77,640.00 |
| Michael Brier (MB) | 307.90 | 290.50 | $225 | $65,362.50 | $62,748.00 |
| **Total Hours:** | **1,906.70** | **1,790.70** | | | |
| **RBGG FEES:** | | | | **$816,487.00** | **$783,827.52** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 23.30 | 23.30 | $995 | $23,183.50 | $22,256.16 |
| Sara Norman (SN) | 5.80 | 5.80 | $805 | $4,669.00 | $4,482.24 |
| Rita Lomio (RL) | 249.30 | 249.30 | $625 | $155,812.50 | $149,580.00 |
| Thomas Nosewicz (TMN) | 152.90 | 152.90 | $600 | $91,740.00 | $88,070.40 |
| Margot Mendelson (MM) | 95.70 | 95.70 | $560 | $53,592.00 | $51,448.32 |
| Shira Tevah (ST) | 188.50 | 188.50 | $400 | $75,400.00 | $72,384.00 |
| Camille Woods (CW) | 135.40 | 135.40 | $350 | $47,390.00 | $45,494.40 |
| Amber Norris (AN) | 117.10 | 117.10 | $335 | $39,228.50 | $37,659.36 |
| Megan Lynch (ML) | 273.00 | 273.00 | $335 | $91,455.00 | $87,796.80 |
| Alayna O'Bryan | 103.00 | 103.00 | $275 | $28,325.00 | $27,192.00 |
| Tania Amarillas (TA) | 123.90 | 123.90 | $300 | $37,170.00 | $35,683.20 |
| Alexis Hoffman (AH) | 82.20 | 82.20 | $275 | $22,605.00 | $21,700.80 |
| Christopher Johnson (CJ) | 45.20 | 45.20 | $275 | $12,430.00 | $11,932.80 |
| Skye Lovett (SL) | 3.30 | 3.30 | $275 | $907.50 | $871.20 |
| Gabby Sergi (GS) | 65.70 | 65.70 | $275 | $18,067.50 | $17,344.80 |
| Gabriela Pelsinger (GP) | 108.60 | 108.60 | $275 | $29,865.00 | $28,670.40 |
| Juliette Mueller (JM) | 94.10 | 94.10 | $275 | $25,877.50 | $24,842.40 |
| **Total Hours:** | **1,867.00** | **1,867.00** | | | |
| **PLO FEES:** | | | | **$757,718.00** | **$727,409.28** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Case Clerk | 1.80 | 1.80 | $175 | $315.00 | $302.40 |
| **Total Hours:** | **1.80** | **1.80** | | | |
| **DREDF FEES:** | | | | **$315.00** | **$302.40** |
| **TOTAL CLAIMED CDCR/AOAP MONITORING FEES:** | | | | **$1,574,520.00** | **$1,511,539.20** |

**Armstrong v. Brown**
First Quarterly Statement of 2019
January 1, 2019 through March 31, 2019
Costs

## Matter: CDCR/AOAP Merits/Monitoring

| | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $1,489.60 | $1,430.02 |
| Photocopying/printing (Outside) | $1,360.81 | $1,306.38 |
| Online Research - PACER, Westlaw | $189.77 | $182.18 |
| Postage & Delivery | $315.23 | $302.62 |
| Telephone | $23.85 | $22.90 |
| Travel - Mileage, Tolls, Food | $6,529.61 | $6,268.43 |
| **Total RBGG Costs:** | **$9,908.87** | **$9,512.52** |
| | | |
| **Prison Law Office** | | |
| Photocopying (In house) | $404.40 | $388.22 |
| Travel - Mileage, Tolls, Food | $14,233.88 | $13,664.52 |
| Postage & Delivery | $1,545.76 | $1,483.93 |
| **Total PLO Costs:** | **$16,184.04** | **$15,536.68** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $167.20 | $160.51 |
| Postage & Delivery | $26.50 | $25.44 |
| **Total DREDF Costs:** | **$193.70** | **$185.95** |
| | | |
| **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$26,286.61** | **$25,235.15** |

# EXHIBIT B

## Armstrong v. Brown
First Quarterly Statement of 2019
January 1, 2019 through March 31, 2019

### BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $74,906.88 | $1,320.13 |
| | **TOTAL UNDISPUTED:** | **$76,227.01** |

**Armstrong v. Brown**
First Quarterly Statement of 2019
January 1, 2019 through March 31, 2019
*Matter: BPH*

| BPH (581-4) | | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 4.2 | 4.2 | $1,000 | $4,200.00 | $4,032.00 |
| Gay C. Grunfeld (GCG) | | 2.10 | 2.10 | $860 | $1,806.00 | $1,733.76 |
| Thomas Nolan (TN) | | 34.50 | 33.50 | $725 | $24,287.50 | $23,316.00 |
| Benjamin Bien-Kahn (BBK) | | 0.50 | 0.00 | $585 | $0.00 | $0.00 |
| Hugo D. Cabrera (HDC) | | 11.20 | 11.20 | $440 | $4,928.00 | $4,730.88 |
| Karen Stilber (KES) | | 4.50 | 4.30 | $350 | $1,505.00 | $1,444.80 |
| Dylan Verner-Crist (DVC) | | 0.70 | 0.00 | $250 | $0.00 | $0.00 |
| | Total Hours: | 57.70 | 55.30 | | | |
| **RBGG FEES:** | | | | | $36,726.50 | $35,257.44 |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 0.4 | 0.4 | $995 | $398.00 | $382.08 |
| Sara Norman (SN) | | 1.40 | 1.40 | $805 | $1,127.00 | $1,081.92 |
| Rita Lomio (RL) | | 26.10 | 26.10 | $625 | $16,312.50 | $15,660.00 |
| Rana Anabtawi (RA) | | 41.90 | 41.90 | $560 | $23,464.00 | $22,525.44 |
| | Total Hours: | 69.80 | 69.80 | | | |
| **PLO FEES:** | | | | | $41,301.50 | $39,649.44 |
| **TOTAL FEES FOR BPH WORK:** | | | | | $78,028.00 | $74,906.88 |

**Armstrong v. Brown**
First Quarterly Statement of 2019
January 1, 2019 through March 31, 2019
Costs

*Matter: BPH*

| | | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | | |
| Photocopying (In house) | | $82.00 | $78.72 |
| Westlaw research | | $16.82 | $16.15 |
| Telephone | | $1.60 | $1.54 |
| Travel - Mileage, Tolls, Food | | $393.62 | $377.88 |
| | **Total RBGG Costs:** | **$494.04** | **$474.28** |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | | $881.10 | $845.86 |
| | **Total PLO Costs:** | **$881.10** | **$845.86** |
| | **TOTAL BPH COSTS:** | **$1,375.14** | **$1,320.13** |

# EXHIBIT C

# Armstrong v. Brown
### First Quarterly Statement of 2019
### January 1, 2019 through March 31, 2019

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $167,263.68 | $4,195.15 |
| | **TOTAL UNDISPUTED:** | **$171,458.83** |

## Armstrong v. Brown
First Quarterly Statement of 2019
January 1, 2019 through March 31, 2019
*Matter: DAPO Monitoring*

| DAPO Monitoring (581-9) | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 2.80 | 2.80 | $1,000 | $2,800.00 | $2,688.00 |
| Gay C. Grunfeld (GCG) | 17.20 | 17.20 | $860 | $14,792.00 | $14,200.32 |
| Ernest Galvan (EG) | 0.80 | 0.00 | $800 | $0.00 | $0.00 |
| Penny Godbold (PG) | 4.20 | 4.10 | $700 | $2,870.00 | $2,755.20 |
| Thomas Nolan (TN) | 3.60 | 3.60 | $725 | $2,610.00 | $2,505.60 |
| Michael L. Freedman (MLF) | 16.40 | 15.70 | $610 | $9,577.00 | $9,193.92 |
| Benjamin Bien-Kahn (BBK) | 42.20 | 40.20 | $585 | $23,517.00 | $22,576.32 |
| Jenny S. Yelin (JSY) | 51.80 | 49.80 | $540 | $26,892.00 | $25,816.32 |
| Hugo D. Cabrera (HDC) | 122.90 | 116.80 | $440 | $51,392.00 | $49,336.32 |
| Karen Stilber (KES) | 6.50 | 6.50 | $350 | $2,275.00 | $2,184.00 |
| F. Gail LaPurja (FGL) | 14.10 | 10.20 | $290 | $2,958.00 | $2,839.68 |
| Marcus V. Levy (MVL) | 0.80 | 0.00 | $250 | $0.00 | $0.00 |
| Fely Villadelgado (FFV) | 0.40 | 0.00 | $275 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 173.10 | 138.20 | $250 | $34,550.00 | $33,168.00 |
| **Total Hours:** | **456.80** | **405.10** | | | |
| **RBGG FEES:** | | | | **$174,233.00** | **$167,263.68** |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | **$174,233.00** | **$167,263.68** |

**Armstrong v. Brown**
First Quarterly Statement of 2019
January 1, 2019 through March 31, 2019
**Costs**

*Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $991.20 | $951.55 |
| Photocopying (outside) | $299.44 | $287.46 |
| Westlaw | $18.92 | $18.16 |
| Inhouse Postage | $318.83 | $306.08 |
| Long distance telephone charges | $0.25 | $0.24 |
| Travel - Mileage, Tolls, Food | $2,741.31 | $2,631.66 |
| **Total RBGG Costs:** | **$4,369.95** | **$4,195.15** |
| **TOTAL DAPO MONITORING COSTS:** | **$4,369.95** | **$4,195.15** |

# EXHIBIT D

# Armstrong v. Brown
### First Quarterly Statement of 2019
### January 1, 2019 through March 31, 2019

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| FEES WORK (ALL MATTERS) | $13,762.56 | $191.90 |
|  | **TOTAL UNDISPUTED:** | **$13,954.46** |

**Armstrong v. Brown**
First Quarterly Statement of 2019
January 1, 2019 through March 31, 2019
*Matter: All Matters Fees Work*

| _Fees (581-2)_ | | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 8.70 | 8.50 | $860 | $7,310.00 | $7,017.60 |
| Karen E. Stilber (KES) | | 13.20 | 11.20 | $350 | $3,920.00 | $3,763.20 |
| | Total Hours: | 21.90 | 19.70 | | | |
| **RBGG FEES:** | | | | | $11,230.00 | $10,780.80 |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 2.00 | 2.00 | $625 | $1,250.00 | $1,200.00 |
| Ashley Kirby (AK) | | 7.20 | 7.20 | $210 | $1,512.00 | $1,451.52 |
| | Total Hours: | 9.20 | 9.20 | | | |
| **PLO FEES:** | | | | | $2,762.00 | $2,651.52 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.40 | 0.40 | $860 | $344.00 | $330.24 |
| | Total Hours: | 0.40 | 0.40 | | | |
| **DREDF FEES:** | | | | | $344.00 | $330.24 |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | $14,336.00 | $13,762.56 |

**Armstrong v. Brown**
First Quarterly Statement of 2019
January 1, 2019 through March 31, 2019
Costs

*Matter: Fees Work in All Matters*

| | | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | | |
| Photocopying and Printing (in-house) | | $149.20 | $143.23 |
| Long distance telephone | | $0.25 | $0.24 |
| Postage & Delivery | | $49.05 | $47.09 |
| | **Total RBGG Costs:** | **$198.50** | **$190.56** |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $1.40 | $1.34 |
| | **Total DREDF Costs:** | **$1.40** | **$1.34** |
| | **TOTAL FEES WORK COSTS :** | **$199.90** | **$191.90** |