DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:   (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
HUGO D. CABRERA - 309289
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:   (510) 644-2555
Facsimile:   (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. C94 2307 CW<br><br>**[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2019**<br><br>Judge:   Hon. Claudia Wilken |

[3428762.1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on July 16, 2019, Plaintiffs served on Defendants their Second Quarterly Statement for 2019 by overnight delivery.  The parties completed their meet-and-confer process on August 22, 2019 as to the fees and costs incurred on all matters.

As a result of the August 22, 2019 agreement, the parties agree to the following:

The parties agree to the payment of $1,710,419.38 to resolve all fees and costs incurred during the Second Quarter of 2019, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $76,340.86 to resolve all fees and costs incurred during the Second Quarter of 2019, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $326,470.97 to resolve all fees and costs incurred during the Second Quarter of 2019, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $14,655.27 to resolve all fees and costs incurred during the Second Quarter of 2019, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER 2019

[3428762.1]

1      IT IS HEREBY ORDERED that the amounts set forth above are due and

2   collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3   and costs will run from August 15, 2019, accruing at the rate provided by 28 U.S.C.

4   § 1961.

5

6   DATED:  _August 29, 2019_

7                                                      Claudia Wilken
                                                       United States District Judge

8

9   APPROVED AS TO FORM:

10

11   DATED: August 26, 2019          _/s/Sharon Garske_

12                                                    Sharon Garske
                                                      Deputy Attorney General
13                                                    Attorney for Defendants

14

15

16   DATED: August 26, 2019          _/s/Gay Crosthwait Grunfeld_

                                                      Gay Crosthwait Grunfeld
17                                                    Rosen Bien Galvan & Grunfeld LLP
                                                      Attorney for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER 2019

[3428762.1]

# EXHIBIT A

## Armstrong v. Brown

**Second Quarterly Statement of 2019**
**April 1, 2019 through June 30, 2019**

### CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,658,875.09 | $51,544.30 |

**TOTAL UNDISPUTED:**          **$1,710,419.38**

**Armstrong v. Brown**
Second Quarterly Statement of 2019
April 1, 2019 through June 30, 2019
*Matter:  CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 5.60 | 5.20 | $1,000 | $5,200.00 | $5,044.00 |
| Gay C. Grunfeld (GCG) | | 33.20 | 32.70 | $860 | $28,122.00 | $27,278.34 |
| Penny Godbold (PG) | | 217.90 | 216.60 | $700 | $151,620.00 | $147,071.40 |
| Thomas Nolan (TN) | | 231.50 | 230.40 | $725 | $167,040.00 | $162,028.80 |
| Michael L. Freedman (MLF) | | 161.50 | 143.30 | $610 | $87,413.00 | $84,790.61 |
| Ben Bien-Kahn (BBK) | | 158.50 | 156.00 | $585 | $91,260.00 | $88,522.20 |
| Jenny Yelin (JY) | | 42.30 | 39.90 | $540 | $21,546.00 | $20,899.62 |
| Kara J. Janssen (KJJ) | | 0.70 | 0.00 | $540 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 95.30 | 88.70 | $525 | $46,567.50 | $45,170.48 |
| Michael S. Nunez (MSN) | | 1.50 | 0.00 | $525 | $0.00 | $0.00 |
| Hugo D. Cabrera (HDC) | | 82.10 | 79.50 | $440 | $34,980.00 | $33,930.60 |
| Marc Shinn-Krantz (MSK) | | 0.30 | 0.00 | $400 | $0.00 | $0.00 |
| Karen Stilber (KES) | | 109.20 | 108.10 | $350 | $37,835.00 | $36,699.95 |
| Linda Woo (LHW) | | 8.00 | 8.00 | $350 | $2,800.00 | $2,716.00 |
| F. Gail LaPurja (FGL) | | 3.10 | 0.00 | $290 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 49.60 | 48.30 | $290 | $14,007.00 | $13,586.79 |
| Benjaim Hattem (BH) | | 1.00 | 0.00 | $275 | $0.00 | $0.00 |
| Fely F. Villadelgado (FFV) | | 0.60 | 0.00 | $275 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | | 130.40 | 118.60 | $250 | $29,650.00 | $28,760.50 |
| Marcus V. Levy (MVL) | | 2.70 | 0.00 | $250 | $0.00 | $0.00 |
| Sarah J. Essner (SE) | | 9.20 | 9.20 | $250 | $2,300.00 | $2,231.00 |
| Nathalie Welch (NW) | | 45.80 | 39.20 | $250 | $9,800.00 | $9,506.00 |
| Hanna Wallace (HW) | | 132.50 | 127.10 | $250 | $31,775.00 | $30,821.75 |
| Emma Cook (EC) | | 9.70 | 7.70 | $225 | $1,732.50 | $1,680.53 |
| Jack Gleiberman (JG) | | 54.40 | 45.60 | $225 | $10,260.00 | $9,952.20 |
| Ellinor Heywood (EH) | | 8.50 | 8.50 | $225 | $1,912.50 | $1,855.13 |
| Michael Brier (MB) | | 120.00 | 117.50 | $225 | $26,437.50 | $25,644.38 |
| | Total Hours: | 1,715.10 | 1,630.10 | | | |
| **RBGG FEES:** | | | | | $802,258.00 | $778,190.26 |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 8.40 | 8.40 | $995 | $8,358.00 | $8,107.26 |
| Rita Lomio (RL) | | 361.00 | 361.00 | $625 | $225,625.00 | $218,856.25 |
| Thomas Nosewicz (TMN) | | 143.10 | 143.10 | $600 | $85,860.00 | $83,284.20 |
| Margot Mendelson (MM) | | 112.70 | 112.70 | $560 | $63,112.00 | $61,218.64 |
| Shira Tevah (ST) | | 158.90 | 158.90 | $400 | $63,560.00 | $61,653.20 |
| Camille Woods (CW) | | 109.80 | 109.80 | $350 | $38,430.00 | $37,277.10 |
| Amber Norris (AN) | | 162.10 | 162.10 | $335 | $54,303.50 | $52,674.40 |
| Megan Lynch (ML) | | 243.90 | 243.90 | $335 | $81,706.50 | $79,255.31 |
| Tania Amarillas (TA) | | 301.50 | 301.50 | $300 | $90,450.00 | $87,736.50 |
| Alayna O'Bryan | | 118.90 | 118.90 | $275 | $32,697.50 | $31,716.58 |
| Alexis Hoffman (AH) | | 75.00 | 75.00 | $275 | $20,625.00 | $20,006.25 |
| Andrea Fenster (AF) | | 23.90 | 23.90 | $275 | $6,572.50 | $6,375.33 |
| Chelsea Rinnig (CR) | | 8.50 | 8.50 | $275 | $2,337.50 | $2,267.38 |
| Christopher Johnson (CJ) | | 26.00 | 26.00 | $275 | $7,150.00 | $6,935.50 |
| Elizabeth Crivaro (EC) | | 45.90 | 45.90 | $275 | $12,622.50 | $12,243.83 |
| Skye Lovett (SL) | | 103.10 | 103.10 | $275 | $28,352.50 | $27,501.93 |
| Gabby Sergi (GS) | | 80.20 | 80.20 | $275 | $22,055.00 | $21,393.35 |
| Gabriela Pelsinger (GP) | | 85.10 | 85.10 | $275 | $23,402.50 | $22,700.43 |
| Ilian Meza Pena (IP) | | 4.80 | 4.80 | $275 | $1,320.00 | $1,280.40 |
| Juliette Mueller (JM) | | 134.90 | 134.90 | $275 | $37,097.50 | $35,984.58 |
| Molly Rothschild (MR) | | 7.1 | 7.10 | $275 | $1,952.50 | $1,893.93 |
| | Total Hours: | 2,314.80 | 2,314.80 | | | |
| **PLO FEES:** | | | | | $907,590.00 | $880,362.30 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Case Clerk | | 1.90 | 1.90 | $175 | $332.50 | $322.53 |
| | Total Hours: | 1.90 | 1.90 | | | |
| **DREDF FEES:** | | | | | $332.50 | $322.53 |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | | $1,710,180.50 | $1,658,875.09 |

**Armstrong v. Brown**
Second Quarterly Statement of 2019
April 1, 2019 through June 30, 2019
Costs

## Matter:  CDCR/AOAP Merits/Monitoring

| | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $1,374.60 | $1,333.36 |
| Photocopying/printing (Outside) | $1,267.99 | $1,229.95 |
| Translation/Interpreter Services | $1,414.20 | $1,371.77 |
| Online Research - PACER, Westlaw | $165.28 | $160.32 |
| Postage & Delivery | $329.20 | $319.32 |
| Telephone | $19.30 | $18.72 |
| Travel - Mileage, Tolls, Food | $12,272.70 | $11,904.52 |
| **Total RBGG Costs:** | **$16,843.27** | **$16,337.97** |
| | | |
| **Prison Law Office** | | |
| Photocopying (In house) | $1,475.00 | $1,430.75 |
| Interpreting/Translation services | $79.96 | $77.56 |
| Interpreter services (SLI) | $14,544.64 | $14,108.30 |
| Travel - Mileage, Tolls, Food | $18,053.23 | $17,511.63 |
| Postage & Delivery | $1,936.90 | $1,878.79 |
| **Total PLO Costs:** | **$36,089.73** | **$35,007.04** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $174.40 | $169.17 |
| Postage & Delivery | $31.05 | $30.12 |
| **Total DREDF Costs:** | **$205.45** | **$199.29** |
| | | |
| **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$53,138.45** | **$51,544.30** |

# EXHIBIT B

## <u>Armstrong v. Brown</u>
**Second Quarterly Statement of 2019**
**April 1, 2019 through June 30, 2019**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| BPH | $75,425.75 | $915.12 |
| | **TOTAL UNDISPUTED:** | **$76,340.86** |

**Armstrong v. Brown**
Second Quarterly Statement of 2019
April 1, 2019 through June 30, 2019
*Matter: BPH*

| _BPH (581-4)_ | | Actual | Claimed | 2019 | | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total | |
| _BPH MONITORING (581-4)_ | | | | | | |
| | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 2.00 | 2.00 | $1,000 | $2,000.00 | $1,940.00 |
| Ernest Galvan (EG) | | 0.50 | 0.00 | $800 | $0.00 | $0.00 |
| Gay C. Grunfeld (GCG) | | 5.5 | 5.4 | $860 | $4,644.00 | $4,504.68 |
| Thomas Nolan (TN) | | 44.80 | 44.80 | $725 | $32,480.00 | $31,505.60 |
| Hugo D. Cabrera (HDC) | | 13.20 | 13.20 | $440 | $5,808.00 | $5,633.76 |
| Karen Stilber (KES) | | 4.70 | 4.70 | $350 | $1,645.00 | $1,595.65 |
| Dylan Verner-Crist (DVC) | | 2.20 | 0.00 | $250 | $0.00 | $0.00 |
| | Total Hours: | **72.90** | **70.10** | | | |
| **RBGG FEES:** | | | | | **$46,577.00** | **$45,179.69** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 0.3 | 0.3 | $995 | $298.50 | $289.55 |
| Sara Norman (SN) | | 12.60 | 12.60 | $805 | $10,143.00 | $9,838.71 |
| Rita Lomio (RL) | | 7.20 | 7.20 | $625 | $4,500.00 | $4,365.00 |
| Rana Anabtawi (RA) | | 29.00 | 29.00 | $560 | $16,240.00 | $15,752.80 |
| | Total Hours: | **49.10** | **49.10** | | | |
| **PLO FEES:** | | | | | **$31,181.50** | **$30,246.06** |
| | | | | | | |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$77,758.50** | **$75,425.75** |

**Armstrong v. Brown**
Second Quarterly Statement of 2019
April 1, 2019 through June 30, 2019
Costs

*Matter: BPH*

| | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | |
| Photocopying (In house) | $160.20 | $155.39 |
| Telephone | $2.55 | $2.47 |
| Travel - Mileage, Tolls, Food | $487.61 | $472.98 |
| **Total RBGG Costs:** | **$650.36** | **$630.85** |
| | | |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $293.06 | $284.27 |
| **Total PLO Costs:** | **$293.06** | **$284.27** |
| | | |
| **TOTAL BPH COSTS:** | **$943.42** | **$915.12** |

# EXHIBIT C

## <u>Armstrong v. Brown</u>
### Second Quarterly Statement of 2019
### April 1, 2019 through June 30, 2019

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COST</u> |
|---|---|---|
| DAPO MONITORING | $310,025.58 | $16,445.39 |
| **TOTAL UNDISPUTED:** | | **$326,470.97** |

**Armstrong v. Brown**
Second Quarterly Statement of 2019
April 1, 2019 through June 30, 2019
*Matter: DAPO Monitoring*

| _DAPO Monitoring (581-9)_ | | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 4.60 | 4.60 | $1,000 | $4,600.00 | $4,462.00 |
| Gay C. Grunfeld (GCG) | | 43.90 | 43.80 | $860 | $37,668.00 | $36,537.96 |
| Ernest Galvan (EG) | | 3.90 | 3.90 | $800 | $3,120.00 | $3,026.40 |
| Penny Godbold (PG) | | 29.40 | 29.20 | $700 | $20,440.00 | $19,826.80 |
| Thomas Nolan (TN) | | 26.00 | 26.00 | $725 | $18,850.00 | $18,284.50 |
| Michael L. Freedman (MLF) | | 21.80 | 20.30 | $610 | $12,383.00 | $12,011.51 |
| Benjamin Bien-Kahn (BBK) | | 49.50 | 48.70 | $585 | $28,489.50 | $27,634.82 |
| Jenny S. Yelin (JSY) | | 67.30 | 64.80 | $540 | $34,992.00 | $33,942.24 |
| Caroline E. Jackson | | 19.60 | 19.60 | $525 | $10,290.00 | $9,981.30 |
| Hugo D. Cabrera (HDC) | | 196.80 | 193.10 | $440 | $84,964.00 | $82,415.08 |
| Karen Stilber (KES) | | 53.00 | 52.00 | $350 | $18,200.00 | $17,654.00 |
| F. Gail LaPurja (FGL) | | 0.60 | 0.00 | $290 | $0.00 | $0.00 |
| Marcus V. Levy (MVL) | | 0.20 | 0.00 | $250 | $0.00 | $0.00 |
| Fely Villadelgado (FFV) | | 2.30 | 0.00 | $275 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | | 204.70 | 175.00 | $250 | $43,750.00 | $42,437.50 |
| Ellinor Heywood (EH) | | 12.00 | 8.30 | $225 | $1,867.50 | $1,811.48 |
| | Total Hours: | 735.60 | 689.30 | | | |
| **RBGG FEES:** | | | | | $319,614.00 | $310,025.58 |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | | $319,614.00 | $310,025.58 |

**Armstrong v. Brown**
Second Quarterly Statement of 2019
April 1, 2019 through June 30, 2019
<u>Costs</u>

*Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $1,574.80 | $1,527.56 |
| Photocopying (outside) | $3,498.04 | $3,393.10 |
| Document production database hosting/ | $384.25 | $372.72 |
| Transcription / Video Depositions | $6,155.00 | $5,970.35 |
| Westlaw | $113.39 | $109.99 |
| Inhouse Postage | $327.70 | $317.87 |
| Long distance telephone charges | $0.45 | $0.44 |
| Travel - Mileage, Tolls, Food | $5,284.63 | $4,753.37 |
| **Total RBGG Costs:** | **$16,954.01** | **$16,445.39** |
| **TOTAL DAPO MONITORING COSTS:** | **$16,954.01** | **$16,445.39** |

# EXHIBIT D

## Armstrong v. Brown
**Second Quarterly Statement of 2019**
**April 1, 2019 through June 30, 2019**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $14,454.46 | $200.82 |
| **TOTAL UNDISPUTED:** |  | **$14,655.27** |

**Armstrong v. Brown**
Second Quarterly Statement of 2019
April 1, 2019 through June 30, 2019
*Matter:  All Matters Fees Work*

| _Fees (581-2)_ | | Actual | Claimed | 2019 | | Fees Now Owing Per Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 7.10 | 6.50 | $860 | $5,590.00 | $5,422.30 |
| Karen E. Stilber (KES) | | 16.10 | 15.70 | $350 | $5,495.00 | $5,330.15 |
| | Total Hours: | 23.20 | 22.20 | | | |
| **RBGG FEES:** | | | | | **$11,085.00** | **$10,752.45** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 1.50 | 1.50 | $625 | $937.50 | $909.38 |
| Margot Mendelson (MKM) | | 1.40 | 1.40 | $560 | $784.00 | $760.48 |
| Ashley Kirby (AK) | | 6.70 | 6.70 | $210 | $1,407.00 | $1,364.79 |
| | Total Hours: | 9.60 | 9.60 | | | |
| **PLO FEES:** | | | | | **$3,128.50** | **$3,034.65** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.80 | 0.80 | $860 | $688.00 | $667.36 |
| | Total Hours: | 0.80 | 0.80 | | | |
| **DREDF FEES:** | | | | | **$688.00** | **$667.36** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$14,901.50** | **$14,454.46** |

**Armstrong v. Brown**
Second Quarterly Statement of 2019
April 1, 2019 through June 30, 2019
Costs

*Matter: Fees Work in All Matters*

| | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | |
| Photocopying and Printing (in-house) | $125.40 | $121.64 |
| Postage & Delivery | $80.03 | $77.63 |
| **Total RBGG Costs:** | **$205.43** | **$199.27** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $1.60 | $1.55 |
| **Total DREDF Costs:** | **$1.60** | **$1.55** |
| | | |
| **TOTAL FEES WORK COSTS :** | **$207.03** | **$200.82** |