DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | [PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2019 |
| v. | |
| GAVIN NEWSOM, et al., | Judge: Hon. Claudia Wilken |
| Defendants. | |

[3473385.1]

Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER 2019

1   On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on October 30, 2019, Plaintiffs served on Defendants their Third Quarterly Statement for 2019 by overnight delivery. The parties completed their meet-and-confer process on December 5, 2019 as to the fees and costs incurred on all matters.

As a result of the December 5, 2019 agreement, the parties agree to the following:

The parties agree to the payment of $1,428,689.64 to resolve all fees and costs incurred during the Third Quarter of 2019, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $119,379.36 to resolve all fees and costs incurred during the Third Quarter of 2019, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $333,419.02 to resolve all fees and costs incurred during the Third Quarter of 2019, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $15,989.00 to resolve all fees and costs incurred during the Third Quarter of 2019, for fees work. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

2

Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER 2019

[3473385.1]

1  IT IS HEREBY ORDERED that the amounts set forth above are due and
2 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees
3 and costs will run from December 2, 2019, accruing at the rate provided by 28 U.S.C.
4 § 1961.

6 DATED: __January 2, 2020__     _____
7                                 Claudia Wilken
                                  United States District Judge

*IT IS SO ORDERED*
*/s/ Claudia Wilken*
*Judge Claudia Wilken*

9 APPROVED AS TO FORM:

11 DATED: December 17, 2019        */s/Joanna Hood*_____
12                                 Joanna B. Hood
                                   Deputy Attorney General
13                                 Attorney for Defendants

16 DATED:  December 16, 2019       */s/Gay Crosthwait Grunfeld*_____
                                   Gay Crosthwait Grunfeld
17                                 Rosen Bien Galvan & Grunfeld LLP
                                   Attorney for Plaintiffs

# EXHIBIT A

# Armstrong v. Brown
### Third Quarterly Statement of 2019
### July 1, 2019 through September 30, 2019

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,410,643.36 | $18,046.29 |
| | **TOTAL UNDISPUTED:** | **$1,428,689.64** |

**Armstrong v. Brown**
Third Quarterly Statement of 2019
July 1, 2019 through September 30, 2019
*Matter: CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Sanford Jay Rosen (SJR) | 0.50 | 0.00 | $1,050 | $0.00 | $0.00 |
| Michael W. Bien (MWB) | 6.00 | 5.90 | $1,000 | $5,900.00 | $5,723.00 |
| Gay C. Grunfeld (GCG) | 35.20 | 35.00 | $860 | $30,100.00 | $29,197.00 |
| Ernest Galvan (EG) | 0.3 | 0 | $800 | $0.00 | $0.00 |
| Penny Godbold (PG) | 144.20 | 143.80 | $700 | $100,660.00 | $97,640.20 |
| Thomas Nolan (TN) | 152.00 | 151.70 | $725 | $109,982.50 | $106,683.03 |
| Lisa Ells (LAE) | 0.20 | 0.00 | $700 | $0.00 | $0.00 |
| Van Swearingen (VS) | 0.40 | 0.00 | $640 | $0.00 | $0.00 |
| Michael L. Freedman (MLF) | 175.40 | 170.60 | $610 | $104,066.00 | $100,944.02 |
| Ben Bien-Kahn (BBK) | 187.50 | 174.50 | $585 | $102,082.50 | $99,020.03 |
| Jenny Yelin (JY) | 6.60 | 6.20 | $540 | $3,348.00 | $3,247.56 |
| Caroline E. Jackson (CEJ) | 89.40 | 85.70 | $525 | $44,992.50 | $43,642.73 |
| Michael S. Nunez (MSN) | 0.90 | 0.00 | $525 | $0.00 | $0.00 |
| Hugo D. Cabrera (HDC) | 32.30 | 31.80 | $440 | $13,992.00 | $13,572.24 |
| Karen Stilber (KES) | 117.80 | 113.80 | $350 | $39,830.00 | $38,635.10 |
| Greg Gonzalez (GZG) | 29.80 | 29.60 | $290 | $8,584.00 | $8,326.48 |
| Benjaim Hattem (BH) | 0.90 | 0.00 | $275 | $0.00 | $0.00 |
| Fely F. Villadelgado (FFV) | 1.00 | 0.00 | $275 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | 109.70 | 102.00 | $250 | $25,500.00 | $24,735.00 |
| Marcus V. Levy (MVL) | 0.90 | 0.00 | $250 | $0.00 | $0.00 |
| Nathalie Welch (NW) | 25.20 | 0.00 | $250 | $0.00 | $0.00 |
| Adiba Khan (AK) | 6.60 | 0.00 | $225 | $0.00 | $0.00 |
| Jack Gleiberman (JG) | 344.60 | 324.20 | $225 | $72,945.00 | $70,756.65 |
| Ellinor Heywood (EH) | 300.70 | 270.40 | $225 | $60,840.00 | $59,014.80 |
| Heather Gans (HG) | 172.10 | 142.60 | $225 | $32,085.00 | $31,122.45 |
| Total Hours: | 1,939.70 | 1,787.80 | | | |
| **RBGG FEES:** | | | | **$754,907.50** | **$732,260.28** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 29.00 | 29.00 | $995 | $28,855.00 | $27,989.35 |
| Sara Norman (SN) | 2.40 | 2.40 | $805 | $1,932.00 | $1,874.04 |
| Rita Lomio (RL) | 187.80 | 187.80 | $625 | $117,375.00 | $113,853.75 |
| Thomas Nosewicz (TMN) | 131.30 | 131.30 | $600 | $78,780.00 | $76,416.60 |
| Margot Mendelson (MM) | 142.80 | 142.80 | $560 | $79,968.00 | $77,568.96 |
| Shira Tevah (ST) | 105.90 | 105.90 | $400 | $42,360.00 | $41,089.20 |
| Camille Woods (CW) | 153.80 | 153.80 | $350 | $53,830.00 | $52,215.10 |
| Patrick Booth (PB) | 2.20 | 2.20 | $350 | $770.00 | $746.90 |
| Amber Norris (AN) | 118.80 | 118.80 | $335 | $39,798.00 | $38,604.06 |
| Megan Lynch (ML) | 226.20 | 226.20 | $335 | $75,777.00 | $73,503.69 |
| Tania Amarillas (TA) | 193.90 | 193.90 | $300 | $58,170.00 | $56,424.90 |
| Alayna O'Bryan | 61.60 | 61.60 | $275 | $16,940.00 | $16,431.80 |
| Andrea Fenster (AF) | 65.20 | 65.20 | $275 | $17,930.00 | $17,392.10 |
| Cass Cole (CC) | 4.60 | 4.60 | $275 | $1,265.00 | $1,227.05 |
| Chelsea Rinnig (CR) | 35.90 | 35.90 | $275 | $9,872.50 | $9,576.33 |
| Elizabeth Crivaro (EC) | 26.00 | 26.00 | $275 | $7,150.00 | $6,935.50 |
| Skye Lovett (SL) | 66.90 | 66.90 | $275 | $18,397.50 | $17,845.58 |
| Gabriela Pelsinger (GP) | 63.00 | 63.00 | $275 | $17,325.00 | $16,805.25 |
| Ilian Meza Pena (IP) | 45.00 | 45.00 | $275 | $12,375.00 | $12,003.75 |
| Juliette Mueller (JM) | 51.20 | 51.20 | $275 | $14,080.00 | $13,657.60 |
| Michael Brodheim (MB) | 10.50 | 10.50 | $275 | $2,887.50 | $2,800.88 |
| Molly Rothschild (MR) | 7.3 | 7.30 | $275 | $2,007.50 | $1,947.28 |
| Total Hours: | 1,731.30 | 1,731.30 | | | |
| **PLO FEES:** | | | | **$697,845.00** | **$676,909.65** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LK) | 1.4 | 1.4 | $860 | $1,204.00 | $1,167.88 |
| Case Clerk | 1.80 | 1.80 | $175 | $315.00 | $305.55 |
| Total Hours: | 1.80 | 1.80 | | | |
| **DREDF FEES:** | | | | **$1,519.00** | **$1,473.43** |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | **$1,454,271.50** | **$1,410,643.36** |

**Armstrong v. Brown**
Third Quarterly Statement of 2019
July 1, 2019 through September 30, 2019
Costs

## Matter: CDCR/AOAP Merits/Monitoring

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---:|---:|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $1,194.80 | $1,158.96 |
| Photocopying/printing (Outside) | $1,144.55 | $1,110.21 |
| Translation/Interpreter Services | $189.95 | $184.25 |
| Online Research - PACER, Westlaw | $28.30 | $27.45 |
| Postage & Delivery | $76.40 | $74.11 |
| Telephone | $41.15 | $39.92 |
| Travel - Mileage, Tolls, Food | $4,185.75 | $4,060.18 |
| **Total RBGG Costs:** | **$6,860.90** | **$6,655.07** |
| | | |
| **Prison Law Office** | | |
| Photocopying (In house) | $231.40 | $224.46 |
| Interpreting/Translation services | $1,329.13 | $1,289.26 |
| Videoconferencing service (for deaf class members) | $16.65 | $16.15 |
| Travel - Mileage, Tolls, Food | $8,575.59 | $8,318.32 |
| Postage & Delivery | $1,522.15 | $1,476.49 |
| **Total PLO Costs:** | **$11,674.92** | **$11,324.67** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $55.00 | $53.35 |
| Postage & Delivery | $13.60 | $13.19 |
| **Total DREDF Costs:** | **$68.60** | **$66.54** |
| | | |
| **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$18,604.42** | **$18,046.29** |

# EXHIBIT B

## Armstrong v. Brown
Third Quarterly Statement of 2019
July 1, 2019 through September 30, 2019

### BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $117,726.96 | $1,652.40 |
| **TOTAL UNDISPUTED:** | | **$119,379.36** |

**Armstrong v. Brown**
Third Quarterly Statement of 2019
July 1, 2019 through September 30, 2019
*Matter: BPH*

| BPH (581-4) | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 7.20 | 7.20 | $1,000 | $7,200.00 | $6,984.00 |
| Gay C. Grunfeld (GCG) | 19.2 | 19.1 | $860 | $16,426.00 | $15,933.22 |
| Thomas Nolan (TN) | 32.50 | 32.50 | $725 | $23,562.50 | $22,855.63 |
| Penny Godbold (PG) | 0.50 | 0.00 | $700 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | 4.80 | 4.80 | $525 | $2,520.00 | $2,444.40 |
| Benjamin Bien-Kahn (BBK) | 0.70 | 0.00 | $585 | $0.00 | $0.00 |
| Jenny S. Yelin (JY) | 0.10 | 0.00 | $540 | $0.00 | $0.00 |
| Hugo D. Cabrera (HDC) | 28.20 | 24.60 | $440 | $10,824.00 | $10,499.28 |
| Karen Stilber (KES) | 1.70 | 0.00 | $350 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | 19.10 | 14.30 | $250 | $3,575.00 | $3,467.75 |
| Emma Cook (EC) | 1.20 | 0.00 | $225 | $0.00 | $0.00 |
| Jack Gleiberman (JG) | 3.00 | 0.00 | $225 | $0.00 | $0.00 |
| Heather Gans (HG) | 6.20 | 0.00 | $225 | $0.00 | $0.00 |
| Total Hours: | 124.40 | 102.50 | | | |
| **RBGG FEES:** | | | | $64,107.50 | $62,184.28 |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 0.7 | 0.7 | $995 | $696.50 | $675.61 |
| Sara Norman (SN) | 15.20 | 15.20 | $805 | $12,236.00 | $11,868.92 |
| Rita Lomio (RL) | 31.40 | 31.40 | $625 | $19,625.00 | $19,036.25 |
| Rana Anabtawi (RA) | 41.60 | 41.60 | $560 | $23,296.00 | $22,597.12 |
| Amber Norris (AN) | 4.2 | 4.2 | $335 | $1,407.00 | $1,364.79 |
| Total Hours: | 88.90 | 88.90 | | | |
| **PLO FEES:** | | | | $57,260.50 | $55,542.69 |
| **TOTAL FEES FOR BPH WORK:** | | | | $121,368.00 | $117,726.96 |

**Armstrong v. Brown**
Third Quarterly Statement of 2019
July 1, 2019 through September 30, 2019
Costs

*Matter: BPH*

| | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | | |
| Photocopying (In house) | | $100.60 | $97.58 |
| Telephone | | $0.70 | $0.68 |
| Travel - Mileage, Tolls, Food | | $159.90 | $155.10 |
| | **Total RBGG Costs:** | **$261.20** | **$253.36** |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | | $918.77 | $891.21 |
| Interpreter (SLI) | | $523.54 | $507.83 |
| | **Total PLO Costs:** | **$1,442.31** | **$1,399.04** |
| | **TOTAL BPH COSTS:** | **$1,703.51** | **$1,652.40** |

# EXHIBIT C

# Armstrong v. Brown
### Third Quarterly Statement of 2019
### July 1, 2019 through September 30, 2019

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $321,516.20 | $11,902.82 |
| | **TOTAL UNDISPUTED:** | **$333,419.02** |

**Armstrong v. Brown**
Third Quarterly Statement of 2019
July 1, 2019 through September 30, 2019
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 5.70 | 5.70 | $1,000 | $5,700.00 | $5,529.00 |
| Gay C. Grunfeld (GCG) | 46.00 | 46.00 | $860 | $39,560.00 | $38,373.20 |
| Ernest Galvan (EG) | 1.80 | 0.00 | $800 | $0.00 | $0.00 |
| Penny Godbold (PG) | 9.40 | 9.40 | $700 | $6,580.00 | $6,382.60 |
| Thomas Nolan (TN) | 44.50 | 39.70 | $725 | $28,782.50 | $27,919.03 |
| Michael L. Freedman (MLF) | 80.70 | 79.20 | $610 | $48,312.00 | $46,862.64 |
| Benjamin Bien-Kahn (BBK) | 45.30 | 41.40 | $585 | $24,219.00 | $23,492.43 |
| Kara J. Janssen (KJJ) | 2.60 | 0.00 | $540 | $0.00 | $0.00 |
| Jenny S. Yelin (JSY) | 48.80 | 48.50 | $540 | $26,190.00 | $25,404.30 |
| Caroline E. Jackson | 40.50 | 39.00 | $525 | $20,475.00 | $19,860.75 |
| Hugo D. Cabrera (HDC) | 137.10 | 134.60 | $440 | $59,224.00 | $57,447.28 |
| Karen Stilber (KES) | 82.10 | 81.70 | $350 | $28,595.00 | $27,737.15 |
| Benjamin Hattem (BH) | 14.10 | 0.00 | $275 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | 2.80 | 0.00 | $250 | $0.00 | $0.00 |
| Marcus V. Levy (MVL) | 0.60 | 0.00 | $250 | $0.00 | $0.00 |
| Fely Villadelgado (FFV) | 1.80 | 0.00 | $275 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 186.40 | 134.70 | $250 | $33,675.00 | $32,664.75 |
| Jack Gleiberman (JG) | 5.50 | 0.00 | $225 | $0.00 | $0.00 |
| Heather Gans (HG) | 21.10 | 16.00 | $225 | $3,600.00 | $3,492.00 |
| Ellinor Heywood (EH) | 31.60 | 29.10 | $225 | $6,547.50 | $6,351.08 |
| **Total Hours:** | 808.40 | 705.00 | | | |
| **RBGG FEES:** | | | | $331,460.00 | $321,516.20 |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | $331,460.00 | $321,516.20 |

**Armstrong v. Brown**
Third Quarterly Statement of 2019
July 1, 2019 through September 30, 2019
**Costs**

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $843.20 | $817.90 |
| Photocopying (outside) | $2,406.60 | $2,334.40 |
| Expert services | $3,900.00 | $3,783.00 |
| Transcription / Translation | $190.00 | $184.30 |
| Westlaw and PACER | $494.55 | $479.71 |
| Postage | $339.93 | $329.73 |
| Long distance and videophone charges | $7.95 | $7.71 |
| Travel - Mileage, Tolls, Food | $4,088.72 | $3,966.06 |
| **Total RBGG Costs:** | **$12,270.95** | **$11,902.82** |
| **TOTAL DAPO MONITORING COSTS:** | **$12,270.95** | **$11,902.82** |

# EXHIBIT D

# Armstrong v. Brown
### Third Quarterly Statement of 2019
### July 1, 2019 through September 30, 2019

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $15,811.97 | $177.03 |
| **TOTAL UNDISPUTED:** | | **$15,989.00** |

## Armstrong v. Brown
Third Quarterly Statement of 2019
July 1, 2019 through September 30, 2019
*Matter: All Matters Fees Work*

| *Fees (581-2)* | Actual Hours | Claimed Hours | 2019 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 9.00 | 8.80 | $860 | $7,568.00 | $7,340.96 |
| Karen E. Stilber (KES) | 11.10 | 11.10 | $350 | $3,885.00 | $3,768.45 |
| Total Hours: | 20.10 | 19.90 | | | |
| **RBGG FEES:** | | | | $11,453.00 | $11,109.41 |
| | | | | | |
| **PRISON LAW OFFICE** | | | | | |
| Rita Lomio | 3.20 | 3.20 | $625 | $2,000.00 | $1,940.00 |
| Margot Mendelson (MKM) | 2.60 | 2.60 | $560 | $1,456.00 | $1,412.32 |
| Ashley Kirby (AK) | 5.40 | 5.40 | $210 | $1,134.00 | $1,099.98 |
| Total Hours: | 11.20 | 11.20 | | | |
| **PLO FEES:** | | | | $4,590.00 | $4,452.30 |
| | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | 0.30 | 0.30 | $860 | $258.00 | $250.26 |
| Total Hours: | 0.30 | 0.30 | | | |
| **DREDF FEES:** | | | | $258.00 | $250.26 |
| | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | $16,301.00 | $15,811.97 |

**Armstrong v. Brown**
Third Quarterly Statement of 2019
July 1, 2019 through September 30, 2019
**Costs**

*Matter: Fees Work in All Matters*

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---:|---:|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | |
| Photocopying and Printing (in-house) | $157.60 | $152.87 |
| Postage & Delivery | $21.70 | $21.05 |
| **Total RBGG Costs:** | **$179.30** | **$173.92** |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $3.20 | $3.10 |
| **Total DREDF Costs:** | **$3.20** | **$3.10** |
| **TOTAL FEES WORK COSTS:** | **$182.50** | **$177.03** |