DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. C94 2307 CW<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND ALLOW MEMORANDA IN EXCESS OF TWENTY-FIVE PAGES** |

Plaintiffs will shortly file a Motion to Stop Defendants From Assaulting, Abusing and Retaliating Against People With Disabilities at R. J. Donovan Correctional Facility ("Plaintiffs' Motion"). Plaintiffs have requested and Defendants have agreed that Plaintiffs' opening Memorandum of Points and Authorities and Defendants' Memorandum of Points and Authorities in Opposition may exceed the twenty-five page limit set by Northern District Local Rule 7-4 (b). The opening and opposition memoranda shall not exceed 45 pages in length. Plaintiffs contend that the additional pages are necessary due to the extensive and detailed factual allegations that they plan to present regarding the experiences of *Armstrong* class members and the lengthy procedural history and remedial negotiations between the parties in this case.

The Parties have met and conferred regarding a briefing schedule for Plaintiffs' Motion. Defendants request 60 days in which to oppose Plaintiffs' Motion. To accommodate this request and the Court's published hearing schedule, the Parties agree that Plaintiffs' Motion shall be heard on May 19, 2020. Plaintiffs' Motion will be filed no later than February 28, 2020; Defendants' Opposition will be filed no later than April 27, 2020; and Plaintiffs' reply will be filed no later than May 11, 2020.

IT IS SO STIPULATED.

DATED: February 25, 2020     ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiffs

DATED: February 25, 2020

XAVIER BECERRA
Attorney General of the State of California

By: */s/ Joanna B. Hood*
Joanna B. Hood
Acting Supervising Deputy Attorney General

Attorneys for Defendants

**ORDER**

Having reviewed the above Stipulation of the parties, and good cause appearing, it is ORDERED that Plaintiffs' Memorandum of Points and Authorities in support of their Motion may be up to forty-five pages in length and Defendants' Memorandum of Points and Authorities in Opposition to that Motion may be also be up to forty-five pages in length.

Plaintiffs' Motion shall be heard on May 19, 2020. Plaintiffs' Motion will be filed no later than February 28, 2020; Defendants' Opposition will be filed no later than April 27, 2020 and Plaintiffs' reply will be filed no later than May 11, 2020.

IT IS SO ORDERED.

DATED: February 26, 2020

Honorable Claudia Wilken
United States District Judge