IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. 94-cv-02307 CW |
| Plaintiffs, | ORDER REGARDING PENDING MOTIONS |
| v. | (Re: Dkt. Nos. 2922, 2948) |
| GAVIN C. NEWSOM, et al., | |
| Defendants. | |

Two motions for a permanent injunction are now pending before the Court, both of which are scheduled for a hearing on July 21, 2020. See Docket Nos. 2922, 2948. The second motion, which was filed on June 3, 2020, repeats the legal arguments made in, and cites the same evidence as, the first motion, which was filed on February 28, 2020. In light of the significant overlap between the two motions, Defendants shall file a consolidated response to both motions no later than June 17, 2020, and Plaintiffs shall file a consolidated reply to both motions no later than July 1, 2020.

IT IS SO ORDERED.

Dated: June 4, 2020

CLAUDIA WILKEN
United States District Judge