DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:    (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | [PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2020 |
| v. | |
| GAVIN NEWSOM, et al., | Judge:  Hon. Claudia Wilken |
| Defendants. | |

[3565049.1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on April 21, 2020, Plaintiffs served on Defendants their First Quarterly Statement for 2020 by electronic transmission.  The parties completed their meet-and-confer process on June 17, 2020 as to the fees and costs incurred on all matters.

As a result of the June 17, 2020 agreement, the parties agree to the following:

The parties agree to the payment of $2,117,881.54 to resolve all fees and costs incurred during the First Quarter of 2020, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $98,302.79 to resolve all fees and costs incurred during the First Quarter of 2020, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $161,598.51 to resolve all fees and costs incurred during the First Quarter of 2020, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $17,343.82 to resolve all fees and costs incurred during the First Quarter of 2020, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1      IT IS HEREBY ORDERED that the amounts set forth above are due and

2  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3  and costs will run from May 21, 2020, accruing at the rate provided by 28 U.S.C. § 1961.

4

5  DATED:  June 24, 2020

Claudia Wilken
United States District Judge

6

7

8  APPROVED AS TO FORM:

9

10  DATED: June 23, 2020          /s/Joanna Hood

Joanna B. Hood
Deputy Attorney General
Attorney for Defendants

11

12

13

14

15  DATED:  June 23, 2020          /s/Gay Crosthwait Grunfeld

Gay Crosthwait Grunfeld
Rosen Bien Galvan & Grunfeld LLP
Attorney for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

3                                    Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER 2020

[3565049.1]

# EXHIBIT A

## **Armstrong v. Newsom**
**First Quarterly Statement of 2020**
**January 1, 2020 through March 31, 2020**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $2,056,907.97 | $60,973.57 |
| | **TOTAL UNDISPUTED:** | **$2,117,881.54** |

**Armstrong v. Newsom**
First Quarterly Statement of 2020
January 1, 2020 through March 31, 2020
*Matter:  CDCR/AOAP Monitoring/Merits*

| _Monitoring (581-3)_ | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 69.10 | 66.50 | $1,100 | $73,150.00 | $68,029.50 |
| Gay C. Grunfeld (GCG) | 186.80 | 185.90 | $875 | $162,662.50 | $151,276.13 |
| Ernest Galvan (EG) | 2.4 | 0 | $825 | $0.00 | $0.00 |
| Lisa Ells (LAE) | 3.4 | 0 | $730 | $0.00 | $0.00 |
| Van Swearingen (VS) | 0.5 | 0 | $660 | $0.00 | $0.00 |
| Penny Godbold (PG) | 409.50 | 400.60 | $715 | $286,429.00 | $266,319.47 |
| Thomas Nolan (TN) | 171.10 | 161.30 | $740 | $119,362.00 | $111,006.66 |
| Michael L. Freedman (MLF) | 479.10 | 457.80 | $635 | $290,703.00 | $270,353.79 |
| Ben Bien-Kahn (BBK) | 153.40 | 143.50 | $625 | $89,687.50 | $83,409.38 |
| Jenny Yelin (JY) | 9.30 | 0.00 | $565 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | 162.10 | 148.10 | $540 | $79,974.00 | $74,375.82 |
| Michael S. Nunez (MSN) | 105.00 | 90.10 | $540 | $48,654.00 | $45,248.22 |
| Cara E. Trapani (CET) | 12.30 | 0.00 | $440 | $0.00 | $0.00 |
| Mark Shinn-Krantz (MSK) | 0.10 | 0.00 | $440 | $0.00 | $0.00 |
| Alexander Gourse (AG) | 50.70 | 42.30 | $395 | $16,708.50 | $15,538.91 |
| Rekha Arulanantham (REA) | 10.60 | 0.00 | $395 | $0.00 | $0.00 |
| Karen Stilber (KES) | 201.30 | 198.20 | $350 | $69,370.00 | $64,514.10 |
| F. Gail LaPurja (FGL) | 11.30 | 0.00 | $320 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 22.20 | 20.50 | $320 | $6,560.00 | $6,100.80 |
| Fely F. Villadelgado (FFV) | 2.10 | 0.00 | $275 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | 277.60 | 261.30 | $250 | $65,325.00 | $60,752.25 |
| Marcus V. Levy (MVL) | 1.30 | 0.00 | $250 | $0.00 | $0.00 |
| Emma Cook (EC) | 7.90 | 0.00 | $250 | $0.00 | $0.00 |
| Nathalie Welch (NW) | 25.10 | 10.30 | $250 | $2,575.00 | $2,394.75 |
| Jack Gleiberman (JG) | 490.40 | 480.10 | $225 | $108,022.50 | $100,460.93 |
| Ellinor Heywood (EH) | 327.20 | 309.80 | $225 | $69,705.00 | $64,825.65 |
| Catherine Johnson (CJ) | 38.00 | 37.00 | $225 | $8,325.00 | $7,742.25 |
| Heather Gans (HG) | 136.50 | 126.50 | $225 | $28,462.50 | $26,470.13 |
| Total Hours: | 3,366.30 | 3,139.80 | | | |
| **RBGG FEES:** | | | | **$1,525,675.50** | **$1,418,878.22** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 16.30 | 16.30 | $995 | $16,218.50 | $15,083.21 |
| Corene Kendrick (CK) | 5.80 | 5.80 | $730 | $4,234.00 | $3,937.62 |
| Rita Lomio (RL) | 303.60 | 303.60 | $650 | $197,340.00 | $183,526.20 |
| Thomas Nosewicz (TMN) | 47.90 | 47.90 | $630 | $30,177.00 | $28,064.61 |
| Margot Mendelson (MM) | 74.00 | 74.00 | $625 | $46,250.00 | $43,012.50 |
| Shira Tevah (ST) | 141.00 | 141.00 | $440 | $62,040.00 | $57,697.20 |
| Patrick Booth (PB) | 69.20 | 69.20 | $380 | $26,296.00 | $24,455.28 |
| Amber Norris (AN) | 101.20 | 101.20 | $350 | $35,420.00 | $32,940.60 |
| Megan Lynch (ML) | 177.10 | 177.10 | $350 | $61,985.00 | $57,646.05 |
| Tania Amarillas (TA) | 207.40 | 207.40 | $325 | $67,405.00 | $62,686.65 |
| Alayna O'Bryan | 79.20 | 79.20 | $275 | $21,780.00 | $20,255.40 |
| Skye Lovett (SL) | 129.80 | 129.80 | $275 | $35,695.00 | $33,196.35 |
| Gabriela Pelsinger (GP) | 36.80 | 36.80 | $275 | $10,120.00 | $9,411.60 |
| Ilian Meza Pena (IP) | 108.10 | 108.10 | $275 | $29,727.50 | $27,646.58 |
| Juliette Mueller (JM) | 99.40 | 99.40 | $275 | $27,335.00 | $25,421.55 |
| Michael Brodheim (MB) | 44.30 | 44.30 | $275 | $12,182.50 | $11,329.73 |
| Total Hours: | 1,641.10 | 1,641.10 | | | |
| **PLO FEES:** | | | | **$684,205.50** | **$636,311.12** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LK) | 1.60 | 1.60 | $885 | $1,416.00 | $1,316.88 |
| Case Clerk | 2.40 | 2.40 | $180 | $432.00 | $401.76 |
| Total Hours: | 4.00 | 4.00 | | | |
| **DREDF FEES:** | | | | **$1,848.00** | **$1,718.64** |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | **$2,211,729.00** | **$2,056,907.97** |

**Armstrong v. Newsom**
First Quarterly Statement of 2020
January 1, 2020 through March 31, 2020
Costs

*Matter:  CDCR/AOAP Merits/Monitoring*

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $677.60 | $630.17 |
| Photocopying/printing (Outside) | $4,750.47 | $4,417.94 |
| Discovery service Relativity hosting (RJD production database - Feb and March) | $1,530.25 | $1,423.13 |
| Professional services - expert witness fees | $17,050.00 | $15,856.50 |
| Transcription and translation (Depositions) | $9,744.93 | $9,062.78 |
| Online Research - PACER, Westlaw | $3,252.97 | $3,025.26 |
| Process server (subpoenas) | $510.00 | $474.30 |
| Postage & Delivery | $830.57 | $772.43 |
| Telephone | $92.45 | $85.98 |
| Travel - Mileage, Tolls, Food | $8,777.18 | $8,162.78 |
| **Total RBGG Costs:** | **$47,216.42** | **$43,911.27** |
| | | |
| **Prison Law Office** | | |
| Photocopying (In house) | $191.20 | $177.82 |
| Interpreting/Translation services | $6,296.98 | $5,856.19 |
| Travel - Mileage, Tolls, Food | $9,218.35 | $8,573.07 |
| Postage & Delivery | $2,323.80 | $2,161.13 |
| **Total PLO Costs:** | **$18,030.33** | **$16,768.21** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $277.00 | $257.61 |
| Postage & Delivery | $39.23 | $36.48 |
| **Total DREDF Costs:** | **$316.23** | **$294.09** |
| | | |
| **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$65,562.98** | **$60,973.57** |

# EXHIBIT B

## <u>Armstrong v. Newsom</u>
**First Quarterly Statement of 2020**
**January 1, 2020 through March 31, 2020**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| BPH | $97,058.99 | $1,243.80 |

**TOTAL UNDISPUTED:**     **$98,302.79**

**Armstrong v. Newsom**
First Quarterly Statement of 2020
January 1, 2020 through March 31, 2020
*Matter: BPH*

| *BPH (581-4)* | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| *BPH MONITORING (581-4)* | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 1.40 | 1.40 | $1,100 | $1,540.00 | $1,432.20 |
| Ernest Galvan (EG) | | 0.70 | 0.00 | $825 | $0.00 | $0.00 |
| Gay C. Grunfeld (GCG) | | 2.5 | 2.5 | $875 | $2,187.50 | $2,034.38 |
| Thomas Nolan (TN) | | 60.00 | 59.50 | $740 | $44,030.00 | $40,947.90 |
| Caroline E. Jackson (CEJ) | | 9.70 | 8.40 | $540 | $4,536.00 | $4,218.48 |
| Benjamin Bien-Kahn (BBK) | | 0.30 | 0.00 | $625 | $0.00 | $0.00 |
| Rekha Arunlanatham | | 2.20 | 2.20 | $395 | $869.00 | $808.17 |
| Dylan Verner-Crist (DVC) | | 15.80 | 15.80 | $250 | $3,950.00 | $3,673.50 |
| Heather Gans (HG) | | 34.70 | 32.70 | $225 | $7,357.50 | $6,842.48 |
| | **Total Hours:** | **127.30** | **122.50** | | | |
| **RBGG FEES:** | | | | | **$64,470.00** | **$59,957.10** |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 6.10 | 6.10 | $820 | $5,002.00 | $4,651.86 |
| Rita Lomio (RL) | | 8.20 | 8.20 | $650 | $5,330.00 | $4,956.90 |
| Rana Anabtawi (RA) | | 47.30 | 47.30 | $625 | $29,562.50 | $27,493.13 |
| | **Total Hours:** | **61.60** | **61.60** | | | |
| **PLO FEES:** | | | | | **$39,894.50** | **$37,101.89** |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$104,364.50** | **$97,058.99** |

**Armstrong v. Newsom**
First Quarterly Statement of 2020
January 1, 2020 through March 31, 2020
**Costs**

*Matter: BPH*

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | |
| Photocopying (In house) | $18.00 | $16.74 |
| Telephone | $0.15 | $0.14 |
| Travel - Mileage, Tolls, Food | $951.73 | $885.11 |
| **Total RBGG Costs:** | **$969.88** | **$901.99** |
| | | |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $367.54 | $341.81 |
| **Total PLO Costs:** | **$367.54** | **$341.81** |
| | | |
| **TOTAL BPH COSTS:** | **$1,337.42** | **$1,243.80** |

# EXHIBIT C

# Armstrong v. Newsom
**First Quarterly Statement of 2020**
**January 1, 2020 through March 31, 2020**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $158,086.52 | $3,512.00 |
| **TOTAL UNDISPUTED:** | | **$161,598.51** |

**Armstrong v. Newsom**
First Quarterly Statement of 2020
January 1, 2020 through March 31, 2020
*Matter: DAPO Monitoring*

| _DAPO Monitoring (581-9)_ | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 1.80 | 0.00 | $1,100 | $0.00 | $0.00 |
| Gay C. Grunfeld (GCG) | | 19.80 | 18.90 | $875 | $16,537.50 | $15,379.88 |
| Van Swearingen (VS) | | 0.50 | 0.00 | $660 | $0.00 | $0.00 |
| Penny Godbold (PG) | | 7.70 | 0.00 | $715 | $0.00 | $0.00 |
| Thomas Nolan (TN) | | 1.50 | 0.00 | $740 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | | 11.10 | 9.10 | $625 | $5,687.50 | $5,289.38 |
| Jenny S. Yelin (JSY) | | 27.00 | 26.90 | $565 | $15,198.50 | $14,134.61 |
| Caroline E. Jackson (CEJ) | | 105.80 | 100.60 | $540 | $54,324.00 | $50,521.32 |
| Rekha Arulanantham (REA) | | 53.20 | 38.40 | $395 | $15,168.00 | $14,106.24 |
| Karen Stilber (KES) | | 11.80 | 11.80 | $350 | $4,130.00 | $3,840.90 |
| Gregorio Gonzalez (GZG) | | 0.20 | 0.00 | $320 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | | 208.70 | 184.10 | $250 | $46,025.00 | $42,803.25 |
| Jack Gleiberman (JG) | | 0.70 | 0.00 | $225 | $0.00 | $0.00 |
| Heather Gans (HG) | | 21.40 | 19.40 | $225 | $4,365.00 | $4,059.45 |
| Ellinor Heywood (EH) | | 38.00 | 38.00 | $225 | $8,550.00 | $7,951.50 |
| | **Total Hours:** | **509.20** | **447.20** | | | |
| **RBGG FEES:** | | | | | **$169,985.50** | **$158,086.52** |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | | **$169,985.50** | **$158,086.52** |

**Armstrong v. Newsom**
First Quarterly Statement of 2020
January 1, 2020 through March 31, 2020
**Costs**

### *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (in-house) | | $470.00 | $437.10 |
| Photocopying (outside) | | $112.92 | $105.02 |
| Westlaw | | $279.98 | $260.38 |
| Postage | | $400.55 | $372.51 |
| Long distance and videophone charges | | $0.35 | $0.33 |
| Travel - Mileage, Tolls, Food | | $2,512.54 | $2,336.66 |
| | **Total RBGG Costs:** | **$3,776.34** | **$3,512.00** |
| | **TOTAL DAPO MONITORING COSTS:** | **$3,776.34** | **$3,512.00** |

# EXHIBIT D

## <u>Armstrong v. Newsom</u>
**First Quarterly Statement of 2020**
**January 1, 2020 through March 31, 2020**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

| | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| FEES WORK (ALL MATTERS) | $17,232.44 | $111.39 |
| **TOTAL UNDISPUTED:** | | **$17,343.82** |

**Armstrong v. Newsom**
First Quarterly Statement of 2020
January 1, 2020 through March 31, 2020
*Matter: All Matters Fees Work*

| _Fees (581-2)_ | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 10.70 | 10.50 | $875 | $9,187.50 | $8,544.38 |
| Ernest Galvan (EG) | | 0.80 | 0.00 | $825 | $0.00 | $0.00 |
| Benjamin Bien-Kahn | | 0.10 | 0.00 | $625 | $0.00 | $0.00 |
| Karen E. Stilber (KES) | | 15.80 | 15.80 | $350 | $5,530.00 | $5,142.90 |
| | Total Hours: | **27.40** | **26.30** | | | |
| **RBGG FEES:** | | | | | **$14,717.50** | **$13,687.28** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 1.10 | 1.10 | $650 | $715.00 | $664.95 |
| Margot Mendelson (MKM) | | 2.20 | 2.20 | $625 | $1,375.00 | $1,278.75 |
| Ashley Kirby (AK) | | 4.90 | 4.90 | $225 | $1,102.50 | $1,025.33 |
| | Total Hours: | **8.20** | **8.20** | | | |
| **PLO FEES:** | | | | | **$3,192.50** | **$2,969.03** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.70 | 0.70 | $885 | $619.50 | $576.14 |
| | Total Hours: | **0.70** | **0.70** | | | |
| **DREDF FEES:** | | | | | **$619.50** | **$576.14** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$18,529.50** | **$17,232.44** |

**Armstrong v. Newsom**
First Quarterly Statement of 2020
January 1, 2020 through March 31, 2020
**Costs**

*Matter: Fees Work in All Matters*

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | |
| Photocopying and Printing (in-house) | $64.60 | $60.08 |
| Long distance telephone | $0.20 | $0.19 |
| Postage & Delivery | $53.17 | $49.45 |
| **Total RBGG Costs:** | **$117.97** | **$109.71** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $1.80 | $1.67 |
| **Total DREDF Costs:** | **$1.80** | **$1.67** |
| | | |
| **TOTAL FEES WORK COSTS :** | **$119.77** | **$111.39** |