DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
THOMAS NOLAN – 169692
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS
EDUCATION & DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

Attorneys for Plaintiffs

XAVIER BECERRA
Attorney General of California
DAMON G. MCCLAIN
Supervising Deputy Attorney General
JOANNA B. HOOD
Supervising Deputy Attorney General
TRACE O. MAIORINO
Deputy Attorney General
SEAN LODHOLZ
Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney General
State Bar No. 229854
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6008
 Fax: (916) 324-5205
 E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants
Gavin Newsom and California
Department of Corrections and
Rehabilitation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | Case No. C94 2307 CW <br><br> **[PROPOSED] STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO PROTECT ARMSTRONG CLASS MEMBERS DURING THE COVID-19 PANDEMIC** <br> Judge: Hon. Claudia Wilken |

Case No. C94 2307 CW

[3576566.1]

[PROPOSED] STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO PROTECT ARMSTRONG CLASS MEMBERS DURING THE COVID-19 PANDEMIC at ECF No. 2996

The Parties have met and conferred regarding Plaintiffs' Motion to Protect *Armstrong* Class Members During the COVID-19 Pandemic (ECF No. 2996) and submit this [proposed] stipulation and order. The parties, through their counsel, agree to the following:

1. Defendants may not house *Armstrong* class members in inaccessible housing locations. Defendants shall house *Armstrong* class members in isolation and quarantine units in accordance with the COVID-19 housing protocols issued by the Federal Receiver and shall not house *Armstrong* class members who have not before tested positive for COVID-19 in any housing unit that exposes them to people with active, confirmed cases of COVID-19 because of their disabilities or accommodation needs. Defendants must establish and maintain adequate safe, accessible housing at all institutions housing class members with impacting-placement disabilities (including people designated DLT) for the duration of the pandemic.

2. Defendants are ordered to develop and implement a plan to ensure that the ADA worker program can safely and effectively function without undue risk of transmission of COVID-19 at the institutions or that that program is replaced by a safe alternative method of providing disability-related assistance to class members.

3. The Court directs its expert or his designee to conduct a review of the sufficiency of Defendants' existing supply of accessible housing, including for purposes of medical isolation and quarantine in the event of COVID-19 outbreaks, to confer with the Federal Receiver in *Plata v. Newsom*, and to present his recommendations to the Court as soon as possible, but no more than thirty days from the date of this order.

4. If, due to emergent and unforeseen circumstances, Defendants temporarily are not able to house an *Armstrong* class member in safe, accessible housing, Defendants shall: (a) within 24 hours, provide notice to Plaintiffs, the Court Expert, and the Receiver, and confer with the Court Expert and representatives for Plaintiffs and the Receiver as soon as possible; (b) take all possible steps to find safe, accessible housing within 24 hours, conduct a review of the class member's placement each day thereafter, and provide

the results of those reviews to Plaintiffs and the Court Expert; and, (c) if the class member is not housed in safe, accessible housing for more than seven consecutive days, provide notice to the Court on the eighth day, including a report on all corrective action considered and taken.

Within thirty days of this order, Defendants shall submit a report to this Court describing the steps they have taken to comply with the order, and attesting to their compliance with the order.

This order is narrowly drawn, extends no further than necessary to correct the violation of the federal rights of *Armstrong* class members, and is the least intrusive means necessary to correct that violation.

IT IS SO STIPULATED

Respectfully submitted,

DATED: July 20, 2020              PRISON LAW OFFICE

                                  By: */s/ Rita Lomio*
                                      Rita Lomio

                                  Attorneys for Plaintiffs


DATED: July 20, 2020              XAVIER BECERRA
                                  Attorney General of the State of California

                                  By: */s/ Joanna B. Hood*
                                      Joanna B. Hood
                                      Supervising Deputy Attorney General

                                  Attorneys for Defendants

[3576566.1]

2   Case No. C94 2307 CW
[PROPOSED] STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO PROTECT ARMSTRONG CLASS MEMBERS DURING THE COVID-19 PANDEMIC at ECF No. 2996

**FILER'S ATTESTATION**

As required by Local Rule 5-1, I, Joanna B. Hood, attest that I obtained concurrence in the filing of this document from Rita Lomio, and that I have maintained records to support this concurrence.

DATED: July 20, 2020

                    */s/ Joanna B. Hood*
                    Joanna B. Hood

**IT IS SO ORDERED.**

DATED: _____

          The Honorable Claudia Wilken
          United States Senior District Judge

CF1997CS0005
34246389.docx

[3576566.1]

3   Case No. C94 2307 CW
[PROPOSED] STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO PROTECT ARMSTRONG CLASS MEMBERS DURING THE COVID-19 PANDEMIC at ECF No. 2996