DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621
Facsimile:  (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone:  (510) 644-2555
Facsimile:  (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | **[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2020** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Judge:  Hon. Claudia Wilken |

Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER 2020

[3612778.1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on July 30, 2020, Plaintiffs served on Defendants their Second Quarterly Statement for 2020 by electronic transmission. The parties completed their meet-and-confer process on September 10, 2020 as to the fees and costs incurred on all matters.

As a result of the September 10, 2020 agreement, the parties agree to the following:

The parties agree to the payment of $2,227,769.01 to resolve all fees and costs incurred during the Second Quarter of 2020, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $68,712.64 to resolve all fees and costs incurred during the Second Quarter of 2020, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $233,630.79 to resolve all fees and costs incurred during the Second Quarter of 2020, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $21,963.72 to resolve all fees and costs incurred during the Second Quarter of 2020, for fees work. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

2
Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER 2020

[3612778.1]

parties to settle these claims.

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from August 31, 2020, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: _____

Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

DATED: September 16, 2020     /s/Joanna B. Hood
Joanna B. Hood
Deputy Attorney General
Attorney for Defendants

DATED:  September 16, 2020     /s/Gay Crosthwait Grunfeld
Gay Crosthwait Grunfeld
Rosen Bien Galvan & Grunfeld LLP
Attorney for Plaintiffs

3

Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER 2020

[3612778.1]

# EXHIBIT A

# **Armstrong v. Newsom**
**Second Quarterly Statement of 2020**
**April 1, 2020 through June 30, 2020**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $2,147,088.83 | $80,680.18 |
| **TOTAL UNDISPUTED:** | | **$2,227,769.01** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
*Matter: CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 46.50 | 45.30 | $1,100 | $49,830.00 | $47,338.50 |
| Gay C. Grunfeld (GCG) | 180.70 | 180.00 | $875 | $157,500.00 | $149,625.00 |
| Ernest Galvan (EG) | 8.7 | 8.7 | $825 | $7,177.50 | $6,818.63 |
| Penny Godbold (PG) | 360.90 | 359.30 | $715 | $256,899.50 | $244,054.53 |
| Thomas Nolan (TN) | 270.00 | 268.00 | $740 | $198,320.00 | $188,404.00 |
| Michael L. Freedman (MLF) | 392.90 | 383.40 | $635 | $243,459.00 | $231,286.05 |
| Ben Bien-Kahn (BBK) | 203.20 | 182.50 | $625 | $114,062.50 | $108,359.38 |
| Jenny Yelin (JY) | 31.30 | 30.10 | $565 | $17,006.50 | $16,156.18 |
| Caroline E. Jackson (CEJ) | 206.50 | 197.60 | $540 | $106,704.00 | $101,368.80 |
| Michael S. Nunez (MSN) | 49.50 | 27.50 | $540 | $14,850.00 | $14,107.50 |
| Jessica Winter (JW) | 15.70 | 11.30 | $480 | $5,424.00 | $5,152.80 |
| Amy Xu (AX) | 0.50 | 0.00 | $460 | $0.00 | $0.00 |
| Rekha Arulanantham (REA) | 190.00 | 151.80 | $395 | $59,961.00 | $56,962.95 |
| Karen Stilber (KES) | 222.70 | 217.90 | $350 | $76,265.00 | $72,451.75 |
| Linda Woo (LHW) | 37.10 | 0.00 | $350 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 22.50 | 0.00 | $320 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 17.40 | 0.00 | $320 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | 16.60 | 10.10 | $250 | $2,525.00 | $2,398.75 |
| Marcus V. Levy (MVL) | 1.40 | 0.00 | $250 | $0.00 | $0.00 |
| Emma Cook (EC) | 35.50 | 34.30 | $250 | $8,575.00 | $8,146.25 |
| Nathalie Welch (NW) | 27.70 | 0.00 | $250 | $0.00 | $0.00 |
| Jack Gleiberman (JG) | 461.40 | 459.50 | $250 | $114,875.00 | $109,131.25 |
| Ellinor Heywood (EH) | 385.00 | 377.90 | $250 | $94,475.00 | $89,751.25 |
| Heather Gans (HG) | 260.80 | 255.20 | $225 | $57,420.00 | $54,549.00 |
| Catherine Johnson (CJ) | 48.70 | 45.90 | $225 | $10,327.50 | $9,811.13 |
| Rebecca Berman (RB) | 18.90 | 12.40 | $225 | $2,790.00 | $2,650.50 |
| Rwehyang Kim (RK) | 41.40 | 31.40 | $225 | $7,065.00 | $6,711.75 |
| Ericka Zheng (EZ) | 23.30 | 22.00 | $225 | $4,950.00 | $4,702.50 |
| Total Hours: | 3,576.80 | 3,312.10 | | | |
| **RBGG FEES:** | | | | $1,610,461.50 | $1,529,938.43 |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 13.10 | 13.10 | $995 | $13,034.50 | $12,382.78 |
| Sara Norman (SN) | 6.80 | 6.80 | $820 | $5,576.00 | $5,297.20 |
| Corene Kendrick (CK) | 63.50 | 63.50 | $730 | $46,355.00 | $44,037.25 |
| Rita Lomio (RL) | 252.00 | 252.00 | $650 | $163,800.00 | $155,610.00 |
| Margot Mendelson (MM) | 143.80 | 143.80 | $625 | $89,875.00 | $85,381.25 |
| Patrick Booth (PB) | 122.40 | 122.40 | $380 | $46,512.00 | $44,186.40 |
| Amber Norris (AN) | 150.30 | 150.30 | $350 | $52,605.00 | $49,974.75 |
| Megan Lynch (ML) | 202.50 | 202.50 | $350 | $70,875.00 | $67,331.25 |
| Tania Amarillas (TA) | 140.80 | 140.80 | $325 | $45,760.00 | $43,472.00 |
| Alayna O'Bryan | 70.40 | 70.40 | $275 | $19,360.00 | $18,392.00 |
| Skye Lovett (SL) | 162.70 | 162.70 | $275 | $44,742.50 | $42,505.38 |
| Gabriela Pelsinger (GP) | 63.60 | 63.60 | $275 | $17,490.00 | $16,615.50 |
| Ilian Meza Pena (IP) | 29.40 | 29.40 | $275 | $8,085.00 | $7,680.75 |
| Juliette Mueller (JM) | 53.10 | 53.10 | $275 | $14,602.50 | $13,872.38 |
| Michael Brodheim (MB) | 35.20 | 35.20 | $275 | $9,680.00 | $9,196.00 |
| Total Hours: | 1,509.60 | 1,509.60 | | | |
| **PLO FEES:** | | | | $648,352.50 | $615,934.88 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LK) | 1.10 | 1.10 | $885 | $973.50 | $924.83 |
| Case Clerk | 1.70 | 1.70 | $180 | $306.00 | $290.70 |
| Total Hours: | 2.80 | 2.80 | | | |
| **DREDF FEES:** | | | | $1,279.50 | $1,215.53 |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | **$2,260,093.50** | **$2,147,088.83** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
**Costs**

## Matter: *CDCR/AOAP Merits/Monitoring*

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---:|---:|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $3,001.20 | $2,851.14 |
| Photocopying/printing (Outside) | $5,127.72 | $4,871.33 |
| Discovery service Relativity hosting (RJD production database - April - June) | $5,072.75 | $4,819.11 |
| Professional services - expert witness fees | $51,075.00 | $48,521.25 |
| Transcription and translation (including Language Line and deposition of Amy Miller) | $3,658.83 | $3,475.89 |
| Online Research - PACER, Westlaw | $2,696.19 | $2,561.38 |
| Process server (subpoenas) | $154.70 | $146.97 |
| Postage & Delivery | $1,059.97 | $1,006.97 |
| Telephone | $8.80 | $8.36 |
| **Total RBGG Costs:** | **$71,855.16** | **$68,262.40** |
| | | |
| **Prison Law Office** | | |
| Interpreting/Translation services | $11,177.50 | $10,618.63 |
| Postage & Delivery | $1,766.60 | $1,678.27 |
| **Total PLO Costs:** | **$12,944.10** | **$12,296.90** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $96.00 | $91.20 |
| Postage & Delivery | $31.25 | $29.69 |
| **Total DREDF Costs:** | **$127.25** | **$120.89** |
| | | |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$84,926.51** | **$80,680.18** |

# EXHIBIT B

# **Armstrong v. Newsom**
**Second Quarterly Statement of 2020**
**April 1, 2020 through June 30, 2020**

## **BPH SUMMARY OF UNDISPUTED FEES AND COSTS**

| **MATTER** | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| BPH | $68,697.35 | $15.29 |
| | **TOTAL UNDISPUTED:** | **$68,712.64** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
*Matter: BPH*

| _BPH (581-4)_ | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **_BPH MONITORING (581-4)_** | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 0.30 | 0.30 | $1,100 | $330.00 | $313.50 |
| Gay C. Grunfeld (GCG) | | 1.9 | 1.9 | $875 | $1,662.50 | $1,579.38 |
| Thomas Nolan (TN) | | 57.70 | 57.00 | $740 | $42,180.00 | $40,071.00 |
| Penny Godbold (PG) | | 0.10 | 0.00 | $715 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 1.90 | 1.90 | $540 | $1,026.00 | $974.70 |
| Benjamin Bien-Kahn (BBK) | | 0.70 | 0.00 | $625 | $0.00 | $0.00 |
| Karen Stilber (KES) | | 0.30 | 0.00 | $350 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | | 1.50 | 0.00 | $250 | $0.00 | $0.00 |
| Heather Gans (HG) | | 4.40 | 4.40 | $225 | $990.00 | $940.50 |
| | Total Hours: | 68.80 | 65.50 | | | |
| **RBGG CLAIMED FEES:** | | | | | $46,188.50 | $43,879.08 |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 6.60 | 6.60 | $820 | $5,412.00 | $5,141.40 |
| Rita Lomio (RL) | | 8.50 | 8.50 | $650 | $5,525.00 | $5,248.75 |
| Rana Anabtawi (RA) | | 24.30 | 24.30 | $625 | $15,187.50 | $14,428.13 |
| | Total Hours: | 39.40 | 39.40 | | | |
| **PLO CLAIMED FEES:** | | | | | $26,124.50 | $24,818.28 |
| **TOTAL CLAIMED FEES FOR BPH WORK:** | | | | | $72,313.00 | $68,697.35 |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
**Costs**

*Matter: BPH*

| **Rosen, Bien, Galvan & Grunfeld (581-4)** | **Costs** | **Costs Now Owing Based on Negotiated Compromise** |
|---|---:|---:|
| Photocopying (In house) | $3.60 | $3.42 |
| Postage and delivery | $12.49 | $11.87 |
| **Total RBGG Costs:** | **$16.09** | **$15.29** |
| | | |
| **TOTAL CLAIMED BPH COSTS:** | **$16.09** | **$15.29** |

# EXHIBIT C

# **Armstrong v. Newsom**
**Second Quarterly Statement of 2020**
**April 1, 2020 through June 30, 2020**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $232,781.83 | $848.97 |
| | **TOTAL UNDISPUTED:** | **$233,630.79** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
*Matter: DAPO Monitoring*

| DAPO Monitoring (581-9) | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 11.10 | 10.80 | $1,100 | $11,880.00 | $11,286.00 |
| Gay C. Grunfeld (GCG) | 52.50 | 52.50 | $875 | $45,937.50 | $43,640.63 |
| Ernest Galvan (EG) | 4.60 | 4.60 | $825 | $3,795.00 | $3,605.25 |
| Penny Godbold (PG) | 10.70 | 9.50 | $715 | $6,792.50 | $6,452.88 |
| Thomas Nolan (TN) | 48.50 | 47.40 | $740 | $35,076.00 | $33,322.20 |
| Michael L. Freedman (MLF) | 11.10 | 10.70 | $635 | $6,794.50 | $6,454.78 |
| Benjamin Bien-Kahn (BBK) | 26.30 | 22.60 | $625 | $14,125.00 | $13,418.75 |
| Jenny S. Yelin (JSY) | 59.00 | 57.10 | $565 | $32,261.50 | $30,648.43 |
| Caroline E. Jackson (CEJ) | 22.50 | 21.20 | $540 | $11,448.00 | $10,875.60 |
| Marc Shinn-Krantz (MSK) | 0.70 | 0.00 | $440 | $0.00 | $0.00 |
| Rekha Arulanantham (REA) | 61.80 | 31.30 | $395 | $12,363.50 | $11,745.33 |
| Karen Stilber (KES) | 24.20 | 24.10 | $350 | $8,435.00 | $8,013.25 |
| Gregorio Gonzalez (GZG) | 1.40 | 0.00 | $320 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 241.90 | 224.50 | $250 | $56,125.00 | $53,318.75 |
| Heather Gans (HG) | 4.30 | 0.00 | $225 | $0.00 | $0.00 |
| Rwehyang Kim (RK) | 1.50 | 0.00 | $225 | $0.00 | $0.00 |
| **Total Hours:** | 582.10 | 516.30 | | | |
| **RBGG FEES:** | | | | $245,033.50 | $232,781.83 |
| **TOTAL FEES FOR DAPO MONITORING WORK:** | | | | **$245,033.50** | **$232,781.83** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
**Costs**

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---:|---:|
| Photocopying (in-house) | $182.60 | $173.47 |
| Westlaw | $510.05 | $484.55 |
| Postage | $195.65 | $185.87 |
| Long distance and videophone charges | $5.35 | $5.08 |
| **Total RBGG Costs:** | **$893.65** | **$848.97** |
| **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$893.65** | **$848.97** |

# EXHIBIT D

# **Armstrong v. Newsom**
**Second Quarterly Statement of 2020**
**April 1, 2020 through June 30, 2020**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| FEES WORK (ALL MATTERS) | $21,943.10 | $20.62 |
|  |  |  |
| **TOTAL UNDISPUTED:** |  | **$21,963.72** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
*Matter: All Matters Fees Work*

| *Fees (581-2)* | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 13.90 | 13.90 | $875 | $12,162.50 | $11,554.38 |
| Karen E. Stilber (KES) | | 20.30 | 19.30 | $350 | $6,755.00 | $6,417.25 |
| Fely F. Villadelgado (FFV) | | 0.20 | 0.00 | $275 | $0.00 | $0.00 |
| | Total Hours: | **34.40** | **33.20** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$18,917.50** | **$17,971.63** |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 3.00 | 3.00 | $650 | $1,950.00 | $1,852.50 |
| Ashley Kirby (AK) | | 4.80 | 4.80 | $225 | $1,080.00 | $1,026.00 |
| | Total Hours: | **7.80** | **7.80** | | | |
| **PLO FEES:** | | | | | **$3,030.00** | **$2,878.50** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 1.30 | 1.30 | $885 | $1,150.50 | $1,092.98 |
| | Total Hours: | **1.30** | **1.30** | | | |
| **DREDF FEES:** | | | | | **$1,150.50** | **$1,092.98** |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$23,098.00** | **$21,943.10** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
**Costs**

*Matter: Fees Work in All Matters*

| | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | | |
| Photocopying and Printing (in-house) | | $8.40 | $7.98 |
| Postage & Delivery | | $12.50 | $11.88 |
| | **Total RBGG Costs:** | **$20.90** | **$19.86** |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $0.80 | $0.76 |
| | **Total DREDF Costs:** | **$0.80** | **$0.76** |
| | **TOTAL CLAIMED FEES WORK COSTS :** | **$21.70** | **$20.62** |