1  DONALD SPECTER – 083925
   RITA K. LOMIO – 254501
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:   (510) 280-2621
   Facsimile:   (510) 280-2704
5
   MICHAEL W. BIEN – 096891
6  GAY C. GRUNFELD – 121944
   PENNY GODBOLD – 226925
7  MICHAEL FREEDMAN – 262850
   ROSEN BIEN
8  GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
9  San Francisco, California  94105-1738
   Telephone:   (415) 433-6830
10 Facsimile:   (415) 433-7104

11 LINDA D. KILB – 136101
   DISABILITY RIGHTS EDUCATION &
12 DEFENSE FUND, INC.
   3075 Adeline Street, Suite 201
13 Berkeley, California  94703
   Telephone:   (510) 644-2555
14 Facsimile:   (510) 841-8645

15 Attorneys for Plaintiffs

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20 JOHN ARMSTRONG, et al.,                Case No. C94 2307 CW

21            Plaintiffs,                 [PROPOSED] STIPULATED ORDER
                                          CONFIRMING UNDISPUTED
22       v.                               ATTORNEYS' FEES AND COSTS
                                          FOR THE SECOND QUARTER OF
23 GAVIN NEWSOM, et al.,                  2020

24            Defendants.                 Judge:   Hon. Claudia Wilken

25

26

27

28

[3612778.1]

Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER 2020

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on July 30, 2020, Plaintiffs served on Defendants their Second Quarterly Statement for 2020 by electronic transmission.  The parties completed their meet-and-confer process on September 10, 2020 as to the fees and costs incurred on all matters.

As a result of the September 10, 2020 agreement, the parties agree to the following:

The parties agree to the payment of $2,227,769.01 to resolve all fees and costs incurred during the Second Quarter of 2020, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $68,712.64 to resolve all fees and costs incurred during the Second Quarter of 2020, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $233,630.79 to resolve all fees and costs incurred during the Second Quarter of 2020, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $21,963.72 to resolve all fees and costs incurred during the Second Quarter of 2020, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

[3612778.1]

1    parties to settle these claims.

2          IT IS HEREBY ORDERED that the amounts set forth above are due and

3    collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

4    and costs will run from August 31, 2020, accruing at the rate provided by 28 U.S.C.

5    § 1961.

6

7    DATED:   September 17, 2020          _____
                                          Claudia Wilken
8                                         United States District Judge

9

10   APPROVED AS TO FORM:

11

12    DATED: September 16, 2020          /s/Joanna B. Hood
                                         _____
13                                       Joanna B. Hood
                                         Deputy Attorney General
14                                       Attorney for Defendants

15

16

17    DATED:  September 16, 2020          /s/Gay Crosthwait Grunfeld
                                         _____
18                                       Gay Crosthwait Grunfeld
                                         Rosen Bien Galvan & Grunfeld LLP
                                         Attorney for Plaintiffs

19

20

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER 2020

[3612778.1]

# EXHIBIT A

## **Armstrong v. Newsom**
**Second Quarterly Statement of 2020**
**April 1, 2020 through June 30, 2020**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $2,147,088.83 | $80,680.18 |

**TOTAL UNDISPUTED:**     **$2,227,769.01**

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
*Matter: CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 46.50 | 45.30 | $1,100 | $49,830.00 | $47,338.50 |
| Gay C. Grunfeld (GCG) | | 180.70 | 180.00 | $875 | $157,500.00 | $149,625.00 |
| Ernest Galvan (EG) | | 8.7 | 8.7 | $825 | $7,177.50 | $6,818.63 |
| Penny Godbold (PG) | | 360.90 | 359.30 | $715 | $256,899.50 | $244,054.53 |
| Thomas Nolan (TN) | | 270.00 | 268.00 | $740 | $198,320.00 | $188,404.00 |
| Michael L. Freedman (MLF) | | 392.90 | 383.40 | $635 | $243,459.00 | $231,286.05 |
| Ben Bien-Kahn (BBK) | | 203.20 | 182.50 | $625 | $114,062.50 | $108,359.38 |
| Jenny Yelin (JY) | | 31.30 | 30.10 | $565 | $17,006.50 | $16,156.18 |
| Caroline E. Jackson (CEJ) | | 206.50 | 197.60 | $540 | $106,704.00 | $101,368.80 |
| Michael S. Nunez (MSN) | | 49.50 | 27.50 | $540 | $14,850.00 | $14,107.50 |
| Jessica Winter (JW) | | 15.70 | 11.30 | $480 | $5,424.00 | $5,152.80 |
| Amy Xu (AX) | | 0.50 | 0.00 | $460 | $0.00 | $0.00 |
| Rekha Arulanantham (REA) | | 190.00 | 151.80 | $395 | $59,961.00 | $56,962.95 |
| Karen Stilber (KES) | | 222.70 | 217.90 | $350 | $76,265.00 | $72,451.75 |
| Linda Woo (LHW) | | 37.10 | 0.00 | $350 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | | 22.50 | 0.00 | $320 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 17.40 | 0.00 | $320 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | | 16.60 | 10.10 | $250 | $2,525.00 | $2,398.75 |
| Marcus V. Levy (MVL) | | 1.40 | 0.00 | $250 | $0.00 | $0.00 |
| Emma Cook (EC) | | 35.50 | 34.30 | $250 | $8,575.00 | $8,146.25 |
| Nathalie Welch (NW) | | 27.70 | 0.00 | $250 | $0.00 | $0.00 |
| Jack Gleiberman (JG) | | 461.40 | 459.50 | $250 | $114,875.00 | $109,131.25 |
| Ellinor Heywood (EH) | | 385.00 | 377.90 | $250 | $94,475.00 | $89,751.25 |
| Heather Gans (HG) | | 260.80 | 255.20 | $225 | $57,420.00 | $54,549.00 |
| Catherine Johnson (CJ) | | 48.70 | 45.90 | $225 | $10,327.50 | $9,811.13 |
| Rebecca Berman (RB) | | 18.90 | 12.40 | $225 | $2,790.00 | $2,650.50 |
| Rwehyang Kim (RK) | | 41.40 | 31.40 | $225 | $7,065.00 | $6,711.75 |
| Ericka Zheng (EZ) | | 23.30 | 22.00 | $225 | $4,950.00 | $4,702.50 |
| | Total Hours: | **3,576.80** | **3,312.10** | | | |
| **RBGG FEES:** | | | | | **$1,610,461.50** | **$1,529,938.43** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 13.10 | 13.10 | $995 | $13,034.50 | $12,382.78 |
| Sara Norman (SN) | | 6.80 | 6.80 | $820 | $5,576.00 | $5,297.20 |
| Corene Kendrick (CK) | | 63.50 | 63.50 | $730 | $46,355.00 | $44,037.25 |
| Rita Lomio (RL) | | 252.00 | 252.00 | $650 | $163,800.00 | $155,610.00 |
| Margot Mendelson (MM) | | 143.80 | 143.80 | $625 | $89,875.00 | $85,381.25 |
| Patrick Booth (PB) | | 122.40 | 122.40 | $380 | $46,512.00 | $44,186.40 |
| Amber Norris (AN) | | 150.30 | 150.30 | $350 | $52,605.00 | $49,974.75 |
| Megan Lynch (ML) | | 202.50 | 202.50 | $350 | $70,875.00 | $67,331.25 |
| Tania Amarillas (TA) | | 140.80 | 140.80 | $325 | $45,760.00 | $43,472.00 |
| Alayna O'Bryan | | 70.40 | 70.40 | $275 | $19,360.00 | $18,392.00 |
| Skye Lovett (SL) | | 162.70 | 162.70 | $275 | $44,742.50 | $42,505.38 |
| Gabriela Pelsinger (GP) | | 63.60 | 63.60 | $275 | $17,490.00 | $16,615.50 |
| Ilian Meza Pena (IP) | | 29.40 | 29.40 | $275 | $8,085.00 | $7,680.75 |
| Juliette Mueller (JM) | | 53.10 | 53.10 | $275 | $14,602.50 | $13,872.38 |
| Michael Brodheim (MB) | | 35.20 | 35.20 | $275 | $9,680.00 | $9,196.00 |
| | Total Hours: | **1,509.60** | **1,509.60** | | | |
| **PLO FEES:** | | | | | **$648,352.50** | **$615,934.88** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LK) | | 1.10 | 1.10 | $885 | $973.50 | $924.83 |
| Case Clerk | | 1.70 | 1.70 | $180 | $306.00 | $290.70 |
| | Total Hours: | **2.80** | **2.80** | | | |
| **DREDF FEES:** | | | | | **$1,279.50** | **$1,215.53** |
| | | | | | | |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | | **$2,260,093.50** | **$2,147,088.83** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
**Costs**

*Matter:  CDCR/AOAP Merits/Monitoring*

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $3,001.20 | $2,851.14 |
| Photocopying/printing (Outside) | $5,127.72 | $4,871.33 |
| Discovery service Relativity hosting (RJD production database - April - June) | $5,072.75 | $4,819.11 |
| Professional services - expert witness fees | $51,075.00 | $48,521.25 |
| Transcription and translation (including Language Line and deposition of Amy Miller) | $3,658.83 | $3,475.89 |
| Online Research - PACER, Westlaw | $2,696.19 | $2,561.38 |
| Process server (subpoenas) | $154.70 | $146.97 |
| Postage & Delivery | $1,059.97 | $1,006.97 |
| Telephone | $8.80 | $8.36 |
| **Total RBGG Costs:** | **$71,855.16** | **$68,262.40** |
| | | |
| **Prison Law Office** | | |
| Interpreting/Translation services | $11,177.50 | $10,618.63 |
| Postage & Delivery | $1,766.60 | $1,678.27 |
| **Total PLO Costs:** | **$12,944.10** | **$12,296.90** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $96.00 | $91.20 |
| Postage & Delivery | $31.25 | $29.69 |
| **Total DREDF Costs:** | **$127.25** | **$120.89** |
| | | |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$84,926.51** | **$80,680.18** |

# EXHIBIT B

## <u>Armstrong v. Newsom</u>
**Second Quarterly Statement of 2020**
**April 1, 2020 through June 30, 2020**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| BPH | $68,697.35 | $15.29 |
| | **TOTAL UNDISPUTED:** | **$68,712.64** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
*Matter: BPH*

| *BPH (581-4)* | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| *BPH MONITORING (581-4)* | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 0.30 | 0.30 | $1,100 | $330.00 | $313.50 |
| Gay C. Grunfeld (GCG) | | 1.9 | 1.9 | $875 | $1,662.50 | $1,579.38 |
| Thomas Nolan (TN) | | 57.70 | 57.00 | $740 | $42,180.00 | $40,071.00 |
| Penny Godbold (PG) | | 0.10 | 0.00 | $715 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 1.90 | 1.90 | $540 | $1,026.00 | $974.70 |
| Benjamin Bien-Kahn (BBK) | | 0.70 | 0.00 | $625 | $0.00 | $0.00 |
| Karen Stilber (KES) | | 0.30 | 0.00 | $350 | $0.00 | $0.00 |
| Dylan Verner-Crist (DVC) | | 1.50 | 0.00 | $250 | $0.00 | $0.00 |
| Heather Gans (HG) | | 4.40 | 4.40 | $225 | $990.00 | $940.50 |
| | **Total Hours:** | **68.80** | **65.50** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$46,188.50** | **$43,879.08** |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 6.60 | 6.60 | $820 | $5,412.00 | $5,141.40 |
| Rita Lomio (RL) | | 8.50 | 8.50 | $650 | $5,525.00 | $5,248.75 |
| Rana Anabtawi (RA) | | 24.30 | 24.30 | $625 | $15,187.50 | $14,428.13 |
| | **Total Hours:** | **39.40** | **39.40** | | | |
| **PLO CLAIMED FEES:** | | | | | **$26,124.50** | **$24,818.28** |
| **TOTAL CLAIMED FEES FOR BPH WORK:** | | | | | **$72,313.00** | **$68,697.35** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
**Costs**

*Matter: BPH*

| Rosen, Bien, Galvan & Grunfeld (581-4) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying (In house) | $3.60 | $3.42 |
| Postage and delivery | $12.49 | $11.87 |
| **Total RBGG Costs:** | **$16.09** | **$15.29** |
| | | |
| **TOTAL CLAIMED BPH COSTS:** | **$16.09** | **$15.29** |

# EXHIBIT C

<u>**Armstrong v. Newsom**</u>
**Second Quarterly Statement of 2020**
**April 1, 2020 through June 30, 2020**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COST</u> |
|---|---|---|
| DAPO MONITORING | $232,781.83 | $848.97 |

**TOTAL UNDISPUTED:**   **$233,630.79**

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
*Matter: DAPO Monitoring*

| _DAPO Monitoring (581-9)_ | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 11.10 | 10.80 | $1,100 | $11,880.00 | $11,286.00 |
| Gay C. Grunfeld (GCG) | | 52.50 | 52.50 | $875 | $45,937.50 | $43,640.63 |
| Ernest Galvan (EG) | | 4.60 | 4.60 | $825 | $3,795.00 | $3,605.25 |
| Penny Godbold (PG) | | 10.70 | 9.50 | $715 | $6,792.50 | $6,452.88 |
| Thomas Nolan (TN) | | 48.50 | 47.40 | $740 | $35,076.00 | $33,322.20 |
| Michael L. Freedman (MLF) | | 11.10 | 10.70 | $635 | $6,794.50 | $6,454.78 |
| Benjamin Bien-Kahn (BBK) | | 26.30 | 22.60 | $625 | $14,125.00 | $13,418.75 |
| Jenny S. Yelin (JSY) | | 59.00 | 57.10 | $565 | $32,261.50 | $30,648.43 |
| Caroline E. Jackson (CEJ) | | 22.50 | 21.20 | $540 | $11,448.00 | $10,875.60 |
| Marc Shinn-Krantz (MSK) | | 0.70 | 0.00 | $440 | $0.00 | $0.00 |
| Rekha Arulanantham (REA) | | 61.80 | 31.30 | $395 | $12,363.50 | $11,745.33 |
| Karen Stilber (KES) | | 24.20 | 24.10 | $350 | $8,435.00 | $8,013.25 |
| Gregorio Gonzalez (GZG) | | 1.40 | 0.00 | $320 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | | 241.90 | 224.50 | $250 | $56,125.00 | $53,318.75 |
| Heather Gans (HG) | | 4.30 | 0.00 | $225 | $0.00 | $0.00 |
| Rwehyang Kim (RK) | | 1.50 | 0.00 | $225 | $0.00 | $0.00 |
| | Total Hours: | **582.10** | **516.30** | | | |
| **RBGG FEES:** | | | | | **$245,033.50** | **$232,781.83** |
| **TOTAL FEES FOR DAPO MONITORING WORK:** | | | | | **$245,033.50** | **$232,781.83** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
**Costs**

## *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $182.60 | $173.47 |
| Westlaw | $510.05 | $484.55 |
| Postage | $195.65 | $185.87 |
| Long distance and videophone charges | $5.35 | $5.08 |
| **Total RBGG Costs:** | **$893.65** | **$848.97** |
| **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$893.65** | **$848.97** |

# EXHIBIT D

## <u>Armstrong v. Newsom</u>
**Second Quarterly Statement of 2020**
**April 1, 2020 through June 30, 2020**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| FEES WORK (ALL MATTERS) | $21,943.10 | $20.62 |
|  | **TOTAL UNDISPUTED:** | **$21,963.72** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
*Matter:  All Matters Fees Work*

| *Fees (581-2)* | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 13.90 | 13.90 | $875 | $12,162.50 | $11,554.38 |
| Karen E. Stilber (KES) | | 20.30 | 19.30 | $350 | $6,755.00 | $6,417.25 |
| Fely F. Villadelgado (FFV) | | 0.20 | 0.00 | $275 | $0.00 | $0.00 |
| | Total Hours: | **34.40** | **33.20** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$18,917.50** | **$17,971.63** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 3.00 | 3.00 | $650 | $1,950.00 | $1,852.50 |
| Ashley Kirby (AK) | | 4.80 | 4.80 | $225 | $1,080.00 | $1,026.00 |
| | Total Hours: | **7.80** | **7.80** | | | |
| **PLO FEES:** | | | | | **$3,030.00** | **$2,878.50** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 1.30 | 1.30 | $885 | $1,150.50 | $1,092.98 |
| | Total Hours: | **1.30** | **1.30** | | | |
| **DREDF FEES:** | | | | | **$1,150.50** | **$1,092.98** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$23,098.00** | **$21,943.10** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2020
April 1, 2020 through June 30, 2020
**Costs**

## *Matter: Fees Work in All Matters*

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | |
| Photocopying and Printing (in-house) | $8.40 | $7.98 |
| Postage & Delivery | $12.50 | $11.88 |
| **Total RBGG Costs:** | **$20.90** | **$19.86** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $0.80 | $0.76 |
| **Total DREDF Costs:** | **$0.80** | $0.76 |
| | | |
| **TOTAL CLAIMED FEES WORK COSTS :** | **$21.70** | **$20.62** |