```
1   XAVIER BECERRA
    Attorney General of California
2   JOANNA HOOD
    Supervising Deputy Attorney General
3   ANTHONY J. TARTAGLIO
    Deputy Attorney General
4   State Bar No. 280286
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3602
6    Fax:  (415) 703-5480
     E-mail:  Anthony.Tartaglio@doj.ca.gov
7   Attorneys for Defendants
    Gavin Newsom and California Department of
8   Corrections and Rehabilitation
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　　　　　　Defendants. | C 94-2307 CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' SUR-REPLY TO PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AT SEVEN ADDITIONAL PRISONS AND STATEWIDE [ECF No. 2948]**<br><br>Judge:　　The Honorable Claudia Wilken |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants move to seal several categories of information from documents in support of their sur-reply to Plaintiffs' motion at ECF No. 2948, including personal and identifying information, information that would disclose the identities of inmate witnesses and declarants, and safety and security information pursuant to Civil Local Rules 7-11 and 79-5.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants move this Court to file documents under seal pursuant to Civil Local Rules 7-11 and 79-5. Rule 79-5(d) requires the submitting party to submit a declaration establishing that the documents are sealable, a proposed order listing the sealable information in table format, and redacted and unredacted versions of the documents. Additionally, when submitting documents designated as confidential by the opposing party, under Rule 79-5(e), the submitting party's declaration must identify the documents designated as confidential.

On February 28, and June 3, 2020, Plaintiffs moved to seal several categories of information from documents in support of their R. J. Donovan and statewide motions, including inmate personal and identifying information, and information that would disclose the identities of inmate witnesses and declarants. (ECF Nos. 2920, 2947.) On September 9, 2020, this Court ordered that this information be sealed. (ECF Nos. 3061, 3062.) These categories of information are also present in documents Defendants will file to support their sur-reply to Plaintiffs' statewide motion. Therefore, in compliance with Rule 79-5, Defendants have concurrently filed a declaration identifying the sealable information in these documents, redacted copies of the documents, and unredacted copies of the documents under seal. Defendants have also submitted a proposed order for sealing these documents.

Local Rule 79-5(e) also requires Plaintiffs to submit a declaration establishing that this material is sealable, and they have already done so in support of their February 28, and June 3, 2020 motion to seal these categories of information. (*See* ECF Nos. 2920, 2947.) Moreover, Defendants did not object to Plaintiffs' request to seal this information. (ECF Nos. 2925, 2950.) Instead, Defendants submitted declarations in support of sealing these categories of information, explaining the importance of protecting identifying information of inmate witnesses, in addition to the significant safety and security risks associated with the public disclosure of this information. (ECF Nos. 2925 ¶ 11; 2950 ¶ 7.)

In addition to the above, Defendants also seek to seal specific safety and security information that, if disclosed, would endanger staff and inmates and threaten the security of CDCR's institutions.

Based on the foregoing, Defendants respectfully request that this Court grant Defendants' administrative motion to seal this information in their sur-reply to Plaintiffs' statewide motion.

Dated: November 17, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JOANNA HOOD
Supervising Deputy Attorney General

*/s/ Anthony Tartaglio*
ANTHONY J. TARTAGLIO
Deputy Attorney General
*Attorneys for Defendants*
*Gavin Newsom and California Department*
*of Corrections and Rehabilitation*

CF1997CS0005
42429871.docx