XAVIER BECERRA
Attorney General of California
JOANNA HOOD
Supervising Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney General
State Bar No. 229854
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3602
Fax: (415) 703-5480
E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Gavin Newsom and California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,** Plaintiffs, **v.** **GAVIN NEWSOM, et al.,** Defendants. | C 94-2307 CW **DECLARATION OF A. SERRANO** |

I, Correctional Officer A. Serrano, declare:

1. I am a correctional officer employed by the California Department of Corrections and Rehabilitation. I work at California State Prison, Los Angeles County. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, I could and would so testify.

2. I have been informed that an issue in this case concerns events of August 12 and 21, 2019. Specifically, I am informed that inmate [redacted] as asserted that I and officer Montoya threatened [redacted] ccused officers of assaulting him at California State Prison, Corcoran.

3. No such events occurred. I have never made a threatening statement to inmate [redacted] and have never observed Officer Montoya making such a threat.

I swear under penalty of perjury that the statements in this declaration are true. Signed on October 17, 2020, at Lancaster, California.

A. SERRANO

CF1997CS0005
42339030.docx