```
 1  XAVIER BECERRA
    Attorney General of California
 2  JOANNA HOOD
    Supervising Deputy Attorney General
 3  JEREMY DUGGAN
    Deputy Attorney General
 4  State Bar No. 229854
     455 Golden Gate Avenue, Suite 11000
 5   San Francisco, CA  94102-7004
     Telephone: (415) 510-3602
 6   Fax: (415) 703-5480
     E-mail: Jeremy.Duggan@doj.ca.gov
 7  Attorneys for Defendants
    Gavin Newsom and California Department of
 8  Corrections and Rehabilitation
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., | C 94-2307 CW |
| Plaintiffs, | **DECLARATION OF M. BOLTON** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

I, Correctional Officer M. Bolton, declare:

1. I am a correctional officer employed by the California Department of Corrections and Rehabilitation. I work at California State Prison, Los Angeles County. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, I could and would so testify.

2. I have been informed that an issue in this case concerns events of August 12, 2019. Specifically, I am informed that inmate ███████ has asserted that I denied him the ability to speak with mental health staff. Further, I understand that inmate ███ further asserts that on November 20, 2019, I denied him the right to attend religious services and stated

1

1 | that it was because he wrote so many complaints.

2 |     3. No such events occurred. I have not denied ▉ he right to see mental health
3 | staff, and have not denied him the right to attend mental health services.

5 | I swear under penalty of perjury that the statements in this declaration are true. Signed on
6 | October 18, 2020, at Lancaster, California.

*[signature]*
M. BOLTON

12 | CF1997CS0005
    | 42339030.docx