XAVIER BECERRA
Attorney General of California
JOANNA B. HOOD
Supervising Deputy Attorney General
ALICIA A. BOWER
Deputy Attorney General
State Bar No. 287799
  1515 Clay Street, Suite 2000
  Oakland, CA  94612
  Telephone:  (510) 879-1982
  Fax:  (510) 622-2270
  E-mail:  Alicia.Bower@doj.ca.gov
*Attorneys for Defendants Gavin Newsom and the California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 94-cv-02307 CW<br><br>**DECLARATION OF M. QUINTERO IN SUPPORT OF DEFENDANTS' SUR-REPLY TO PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AT SEVEN PRISONS AND STATEWIDE** |

I, M. Quintero, declare:

1. I have been employed with the California Department of Corrections and Rehabilitation (CDCR) since January 13, 2017.  I am a Correctional Officer at the California State Prison, Los Angeles County (LAC), a position that I have held since January 13, 2017.  I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, I could and would so testify.  I submit this declaration in support of Defendants' Sur-Reply to Plaintiffs' Motion for an Injunction at Seven Prisons and Statewide.

2. On April 15, 2020, I was assigned and working as the Control Booth Officer for the Facility C Building.  I was releasing inmates to receive their morning medication when I observed

1

Decl. Quintero Supp. Defs.' Sur-Reply Pls.' Mot. Inj. Seven Prisons & Statewide (Case No. 94-cv-02307 CW)

1 | inmate ▇▇▇▇ approach another inmate from behind. ▇ began striking
2 | that inmate in the upper back with what appeared to be a closed fist in a stabbing motion. I
3 | immediately advised Central Control via the institutional radio and requested a "Code 1" response
4 | before activating my personal alarm device.

5 |     3.    I ordered all inmates to get down. Due to ▇ physical disabilities, he remained
6 | standing but complied with lawful orders. Another officer then escorted ▇ to the lower
7 | shower to isolate him because his medical assistive device hindered handcuff placement.

8 |     4.    I wrote an incident report documenting this incident the same day, April 15, 2020.
9 | Attached to this declaration as **Exhibit A** is a true and correct copy of my report. This report
10 | accurately describes what occurred that day, and I incorporate the contents of this report into this
11 | declaration by reference.

12 |     I declare under penalty of perjury that the foregoing is true and correct. Executed on
13 | November 12, 2020, in Lancaster, California.

*[signature]*

M. Quintero, Correctional Officer
California State Prison, Los Angeles County
California Department of Corrections and Rehabilitation

CF1997CS0005
91313154

2

Decl. Quintero Supp. Defs.' Sur-Reply Pls.' Mot. Inj. Seven Prisons & Statewide (Case No. 94-cv-02307 CW)

# EXHIBIT A

| | | |
|---|---|---|
| **CDCR** | **INCIDENT REPORT PACKAGE** | **PAGE:** 22 |
| **REPORT NO.** ▮ | | **PROCESSED:** 09/23/2020 10:00 |
| | **INCIDENT LOG NUMBER:** ▮ | **REQUESTOR:** A. Lugo |

## STAFF NARRATIVE

**STAFF NAME:** Quintero, M▮  **NARRATIVE TYPE:** Initial Report
**CREATED DATE:** 04/15/2020  **CREATED TIME:** 14:51:49

### NARRATIVE

While performing my duties as Facility C Building 1 Control Booth Officer, I was releasing inmates to receive their morning medication, when I observed Inmate ▮ approach Inmate ▮ from behind. ▮ began to strike ▮ in the upper back with what appeared to be a closed fist in a stabbing motion. Due to my position and location of the incident, I was unable to observe anything further. I immediately advised Central Control via the institution radio and requested a "Code 1" Response before activating my personal alarm device. I ordered all inmates to get down to which all inmates complied including ▮ and ▮ separated from ▮ and got down into a prone position on the floor. Due to ▮ physical disabilities he remained standing but complied with all lawful orders.
Officer A. Katravas escorted ▮ to the lower B shower to isolate him as medical assistive device hindered handcuff placement. I notified Katravas that the shower water was turned off and the inmate had no access to water. Once ▮ was handcuffed he was immediately escorted out of the housing unit without further incident.

_M. Quintero_  **DATE:** 04/15/2020
STAFF SIGNATURE

**BADGE #:** 90038  **PERNR:** 106073

**NARRATIVE REVIEWED:** Yes  **REVIEWED BY STAFF:** Barbato, D▮
**REVIEWED DATE:** 04/15/2020  **REVIEWED TIME:** 15:00:49