XAVIER BECERRA
Attorney General of California
JOANNA B. HOOD
Supervising Deputy Attorney General
ALICIA A. BOWER
Deputy Attorney General
State Bar No. 287799
 1515 Clay Street, Suite 2000
 Oakland, CA  94612
 Telephone:  (510) 879-1982
 Fax:  (510) 622-2270
 E-mail:  Alicia.Bower@doj.ca.gov
*Attorneys for Defendants Gavin Newsom and the California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 94-cv-02307 CW<br><br>**DECLARATION OF A. KATRAVAS IN SUPPORT OF DEFENDANTS' SUR-REPLY TO PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AT SEVEN PRISONS AND STATEWIDE** |

I, A. Katravas, declare:

1. I have been employed with the California Department of Corrections and Rehabilitation (CDCR) since March 10, 2008. I am a Correctional Officer at the California State Prison, Los Angeles County (LAC), a position that I have held since June 30, 2008. I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, I could and would so testify. I submit this declaration in support of Defendants' Sur-Reply to Plaintiffs' Motion for an Injunction at Seven Prisons and Statewide.

2. On the morning of April 15, 2020, I was working as a Floor Officer in Facility C at LAC. I was monitoring the morning medication line when I observed inmate

1

1 ▮ holding what appeared to be an inmate-manufactured weapon. ▮ began making
2 downward stabbing motions on another inmate's back and side area. I yelled "Get Down!" and
3 heard the building alarm being activated.

4     3.    As I approached ▮ I observed the inmate whom ▮ had stabbed quickly step
5 away from ▮ and get down in a prone position on the floor. I then observed ▮ throw
6 down the weapon and turn around to submit to handcuffs. I was not able to handcuff ▮
7 because he had a medical device. I escorted him to the shower in order to secure the scene. I
8 continued to monitor ▮ until responding staff arrived. They escorted him out of the building
9 without further incident.

10     4.    I completed an incident report documenting this incident the same day, April 15,
11 2020. Attached to this declaration as **Exhibit A** is a true and correct copy of my report. This
12 report accurately describes what occurred that day, and I incorporate the contents of this report
13 into this declaration by reference.

14     I declare under penalty of perjury that the foregoing is true and correct. Executed on
15 November 12, 2020, in Lancaster, California.

A. Katravas, Correctional Officer
California State Prison, Los Angeles County
California Department of Corrections and Rehabilitation

CF1997CS0005
91313247

# EXHIBIT A

| CDCR | INCIDENT REPORT PACKAGE | PAGE: 21 |
|---|---|---|
| REPORT NO. ▮ |  | PROCESSED: 09/23/2020 10:00 |
|  | INCIDENT LOG NUMBER: ▮ | REQUESTOR: A. Lugo |

## STAFF NARRATIVE

**STAFF NAME:** Katravas, A▮  **NARRATIVE TYPE:** Supplemental Report
**CREATED DATE:** 04/15/2020  **CREATED TIME:** 14:50:46

### NARRATIVE

While assigned to C1 Floor #2, I was monitoring the morning medication line at the podium on the dayroom floor when I observed Inmate ▮ walk up from behind Inmate ▮ next to the Counselor's office in the A Section Dayroom. I observed Inmate ▮ holding what appeared to be an Inmate manufactured weapon black in color in his right hand. ▮ began making downward stabbing motion on ▮ back and side area. I yelled "Get down!" and heard the building alarm being activated. As I approached ▮ I observed Inmate ▮ quickly step away from ▮ and get down in a prone position on the floor. I observed ▮ throw down the weapon towards the rotunda and then turn around and submit to handcuffs. I was not able to handcuff ▮ because he was wearing a medical device on his left arm. I escorted ▮ to the Lower B shower in order to secure the scene. I instructed the control booth officer to turn off the water to the shower. Officer M. Quintero notified me that the water was off and the inmate had no access to water. I continued to monitor the inmate until responding staff arrived. ▮ was escorted out of the building without further incident. This concludes my involvement.

A. Katravas  **DATE:** 04/15/2020
STAFF SIGNATURE

**BADGE #:** 77753  **PERNR:** 27603

**NARRATIVE REVIEWED:** Yes  **REVIEWED BY STAFF:** Barbato, D▮
**REVIEWED DATE:** 04/15/2020  **REVIEWED TIME:** 15:00:01

---

**STAFF NAME:** Granados, E▮  **NARRATIVE TYPE:** Initial Report
**CREATED DATE:** 04/15/2020  **CREATED TIME:** 15:51:53

### NARRATIVE

While assigned to Facility C, Housing Unit #1 floor #1. I was monitoring the morning medication pill line at the podium. I turned towards the "A" section dayroom of the building and observed Inmate ▮ strike Inmate ▮ two (2) times with his right fist on the right side of ▮' Back. I observed ▮ back away about 5-6 steps from inmate ▮. I immediately order in a loud voice everyone get down and everyone complied with the exception on inmate ▮ I then heard the building alarm sound. I observed Correctional Officer A. Katravas approach ▮ and order him to submit to handcuffs. Katravas was unable to secure ▮ in handcuffs due to a medical assistive device. Katravas ordered ▮ to walk towards the B section shower in order to secure any further threat. Responding staff arrived to the building and Correctional Officer M. Galvez handcuffed ▮ and assisted him on his feet. As I walked back towards the exit door, I observed what appeared to be an inmate manufactured weapon in between the rotunda door and the counselor's office door in the general vicinity of the incident. I retrieved the inmate manufactured weapon wrapped it in latex gloves and placed it in my left cargo pocket. Responding staff escorted both inmates out of the housing unit without further incident. I proceeded to C/D sub-evidence room to process the inmate manufactured weapon. The inmate manufactured weapon measured approximately 8 inches long by ▮ of an inch in width, made of a white cloth handle and black metal sharpened to a tip. I placed the weapon in C/D Sub-Evidence Room Locker #2 in the. This concludes my involvement.

E. Granados  **DATE:** 04/15/2020
STAFF SIGNATURE

**BADGE #:** 90473  **PERNR:** 108288

**NARRATIVE REVIEWED:** Yes  **REVIEWED BY STAFF:** Barbato, D▮
**REVIEWED DATE:** 04/15/2020  **REVIEWED TIME:** 16:21:20