XAVIER BECERRA
Attorney General of California
JOANNA HOOD
Supervising Deputy Attorney General
JEREMY DUGGAN
Deputy Attorney General
State Bar No. 229854
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3602
  Fax: (415) 703-5480
  E-mail: Jeremy.Duggan@doj.ca.gov
*Attorneys for Defendants*
*Gavin Newsom and California Department of*
*Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | C 94-2307 CW <br><br> **DECLARATION OF D. MONTOYA** |

I, D. Montoya, declare:

1. I am a correctional officer employed by the California Department of Corrections and Rehabilitation. I work at California State Prison, Los Angeles County. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, I could and would so testify.

2. I have been informed that an issue in this case concerns an incident that occurred on February 16, 2019 at approximately 11:06 a.m. involving inmate ███████.

3. I promptly wrote a report to document that incident at or near the time that it occurred. A copy of that report is attached to this declaration as Exhibit A. The report accurately

1

describes the incident that occurred, and I incorporate the contents of my report into this declaration by reference.

I swear under penalty of perjury that the statements in this declaration are true. Signed on October 15, 2020, at Lancaster, California.

*D. Montoya* (signature)

CF1997CS0005
42339030.docx

**EXHIBIT A**

# STATE OF CALIFORNIA
## CRIME / INCIDENT REPORT
### PART C – STAFF REPORT
CDCR 837-C (REV. 10/15)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

INCIDENT LOG NUMBER: ▓

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| MONTOYA | | J | 02-16-2019 | 1106 hours |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 221671 | ▓ | 11 YRS. 07 MO. | 02-16-2019 | ▓ |

| RDO'S | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| THUR-FRI | 0600-1400 | BATTERY ON A PEACE OFFICER RESULTING IN THE USE OF FORCE | 3005 (d)(1) | |

**YOUR ROLE**
- ☐ Primary
- ☒ Responder
- ☐ Witness
- ☐ Camera
- ☐ Victim
- ☐ Other

**WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)**
- (S) J.Ferrso
- (S) S.Khodabakhsyan
- (S) A. Junes
- (S) A. Lopez

**INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES)**
▓

**FORCE USED BY YOU – TYPE OF WEAPON / SHOTS FIRED / NON-CONVENTIONAL FORCE**
- ☐ N/A
- ☒ Physical
- ☐ Hand-Held Baton
- ☐ X-10 BRD w/o OC
- ☐ X-10 BRD w/ OC

Lethal Weapons: ☐ Mini-14  ☐ .38 Cal  ☐ .40 Cal  ☐ 9 mm  ☐ Shotgun
Less Lethal Weapons: ☐ 37 mm  ☐ 40 mm  ☐ L8  ☐ 40 mm Multi  ☐ HFWRS
Chemical Agent: ☐ OC  ☐ OC  ☐ CS

☐ Non-Conventional or Force Not Listed Above:

**FORCE OBSERVED BY YOU**: ☐ N/A  ☒ Physical  ☐ Hand-Held Baton  ☐ Chemical Agent  ☐ X-10  ☐ Less Lethal  ☐ Lethal  ☐ Non-Conventional

**EVIDENCE COLLECTED BY YOU**: ☐ Yes  ☒ No  — EVIDENCE DESCRIPTION: ☒ N/A  — EVIDENCE DISPOSITION: ☒ N/A
BIO HAZARD: ☐ Yes ☒ No   PPE: ☐ Yes ☒ No

**REPORTING STAFF INJURED**: ☐ YES  ☒ NO
DESCRIPTION OF INJURY: ☒ N/A
LOCATION TREATED (HOSPITAL/CLINIC): ☒ N/A
FLUID EXPOSURE: ☐ BODILY  ☐ UNKNOWN  ☐ Other  ☒ N/A
SCIF 3301 /3067 COMPLETED: ☐ YES  ☒ NO

## NARRATIVE

On February 16, 2019, at approximately 1106 hours, I responded to personal alarm activation within Facility B housing unit 1.

As I was approaching the A-section of Building one, I observed an inmate later identified as ▓ restraints and being assisted to his feet near the ▓ well with Officer's A. Junes and A. Lopez. As I was providing dayroom coverage due to non-involved inmates still on the dayroom floor I heard an inmate later identified as Inmate ▓ violently kicking his cell window over and over with his right foot. I approached ▓ and ordered Inmate ▓ stop kicking the cell window, to which ▓ complied. I ordered ▓ turn around and submit to handcuffs through the open food port; ▓ complied and stated "FUCK YEAH LET'S GO".

☒ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # / ID# | DATE |
|---|---|---|---|
| D.MONTOYA | Correctional Officer | ▓ | 02-16-2019 |

| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | CLARIFICATION NEEDED | APPROVED | DATE |
|---|---|---|---|---|
| Correctional Sergeant | 02-16-2019 | ☐ YES ☒ NO | ☒ YES ☐ NO | 02-16-2019 |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**CRIME / INCIDENT REPORT**
**PART C1 - SUPPLEMENT**
CDCR 837-C1 (REV. 10/15)

PAGE 2 OF 2

INCIDENT LOG NUMBER: [redacted]

NAME: LAST: MONTOYA   FIRST: [redacted]   MI: J

TYPE OF INFORMATION:
☑ CONTINUATION OF REPORT   ☐ CLARIFICATION OF REPORT   ☐ ADDITIONAL INFORMATION

Once [redacted] was in restraints I instructed the control booth officer to open [redacted]. Once the cell door was open I ordered [redacted] to back out of his cell and side step to his left and face the wall, to which he complied. Officer J. Ferrso conducted a clothed body search on [redacted] for weapons or contraband with negative results. Ferrso held [redacted] left bicep with his right hand while I held [redacted] right bicep with my left and we began to escort [redacted] down the [redacted] dayroom and out the [redacted]. Once we approached outside of the [redacted] began yelling his "OOOOOOUUUU" which is a Security Threat Group (STG) Affiliation Gang call, gaining the attention of the inmate population. As we are escorting [redacted] loser to the gym he continued to yell "ALLAH IS GONNA KILL YOU" I gave [redacted] a direct order to stop yelling, [redacted] willfully refuse all direct orders continued to yell "ALLAH IS GONNA KILL YOU".

Once Ferrso and I entered the gym [redacted] began impeding our escort by violently twisting and turning his lower and upper extremities and yelling "FUCK YOU CRACKER ALLAH GONNA KILL YOU". I quickly placed both my hands around [redacted] right bicep and utilized my body weight along with [redacted] forward momentum and forced [redacted] down to the ground. [redacted] landing on the gym floor striking his chest then face. Once on the gym floor I quickly repositioned both my hands and applied downward pressure to [redacted] left shoulder with my left hand and his right shoulder with my right hand. [redacted] continued to violently twist and turn his lower and upper extremities to include moving his head left and right and attempting to bite me. I continued to hold [redacted] shoulders and slumped all my weight on [redacted] upper back and head area striking [redacted] with the code one vest on the back of his head. [redacted] started to yell "ALRIGHT" and then stopped his resistive behavior.

Once [redacted] stopped his violent behavior S. Khodabakhsyan and I assisted [redacted] to standing position once [redacted] was in a standing position I noticed a scratch to his upper lip area. Khodabakhsyan and I continued to escort [redacted] to the holding module located inside the gym. Once Khodabakhsyan and I approached holding module #6 I searched the module for weapons or contraband with negative results Khodabakhsyan placed [redacted] and secured holding [redacted]. Once the module was secured Khodabakhsyan conducted an unclothed body search of [redacted] upon completion of the unclothed body search Khodabakhsyan initiated the holding cell log.

☐ CHECK IF NARRATIVE IS CONTINUED ON CDCR 837-C1.

SIGNATURE OF REPORTING STAFF: D. MONTOYA   TITLE: Correctional Officer   BADGE # / ID#: [redacted]   DATE: 02-16-2019

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE): Correctional Sergeant   DATE RECEIVED: 02-16-2019   CLARIFICATION NEEDED: ☐ YES ☑ NO   APPROVED: ☑ YES ☐ NO   DATE: 02-16-2019

DISTRIBUTION: Original: Incident Package  Copy: Reporting Employee  Copy: Reviewing Supervisor