1  XAVIER BECERRA
   Attorney General of California
2  JOANNA B. HOOD
   Supervising Deputy Attorney General
3  NAMRATA KOTWANI
   Deputy Attorney General
4  State Bar No. 308741
    455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA 94102
    Telephone: (415) 510-4431
6  Fax: (415) 703-5843
    E-mail: Namrata.Kotwani@doj.ca.gov
7  *Attorneys for Defendants Gavin Newsom and the*
   *California Department of Corrections and*
8  *Rehabilitation*

9          IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

13
   **JOHN ARMSTRONG, et al.,**                  Case No. 94-cv-02307 CW
14
                                  Plaintiffs,   **DECLARATION OF C. WINKLER IN**
15                                              **SUPPORT OF DEFENDANTS' SUR-**
                                                **REPLY TO PLAINTIFFS' MOTION FOR**
16         v.                                   **A PERMANENT INJUNCTION AT**
                                                **SEVEN PRISONS AND STATEWIDE**
17  **GAVIN NEWSOM, et al.,**

18                                  Defendants.

19

20         I, C. Winkler, declare:

21         1.      I am employed with the California Department of Corrections and Rehabilitation

22  (CDCR). I currently work at Mule Creek State Prison. I am a Correctional Officer. I am

23  competent to testify to the matters set forth in this declaration and, if called upon by this Court, I

24  could and would so testify. I submit this declaration in support of Defendants' Sur-Reply to

25  Plaintiffs' Motion for an Injunction at Seven Prisons and Statewide.

26         2.      On August 27, 2020, I was performing my duties as Security Patrol inside the Facility

27  A Program Office. The institutional radio alerted me to a Code 1 resistive inmate inside Building

28  5. I responded to this Code and observed an inmate secured in handcuffs, leg restraints, and lying

                                               1

1    in the prone position on Building 5's C-Section Dayroom floor by the Officer Podium. The

2    inmate was later identified as Inmate ████ (CDCR No. ████ based on his state-issued

3    identification card.

4        3.    Officer E. Brazil and I assisted Inmate ████ up to his feet and escorted him out of

5    Building 5. Inmate ████ continued to yell racial slurs.

6        4.    Inmate ████ used his body weight and attempted to fall to the ground in front of

7    Facility A Enhanced Outpatient (EOP) Treatment Center. Officer Brazil and I assisted Inmate

8    ████ to the ground.

9        5.    Officer F. Orr brought a wheelchair. Officer Brazil and I assisted Inmate ████ to his

10   feet and placed him in the wheelchair. I relinquished custody of Inmate ████ to Officer F. Orr,

11   who escorted Inmate ████ to the Facility A Clinic for a medical evaluation.

12       6.    Officer F. Orr subsequently escorted Inmate ████ to the Facility A Program Office.

13   There, I conducted a search of Holding Cell 2 for contraband and found none. I assisted Inmate

14   ████ out of the wheelchair into Holding Cell 2. I ordered Inmate ████ to submit to an

15   unclothed body search. In response, Inmate ████ said, "Fuck you bitch ass cops."

16       7.    I again ordered Inmate ████ to submit to an unclothed body search. Inmate ████

17   replied "Fuck you." I explained to Inmate ████ that I would have to cut his clothes off to ensure

18   he had no contraband on his person before securing him in the holding cell. Inmate ████ replied

19   "Do what you got to do."

20       8.    I retrieved scissors from the Facility A Sergeant's Office while Officer Brazil

21   maintained custody of Inmate ████ Upon my return, I removed Inmate ████ shoes and cut

22   his clothes off (except his boxers). I conducted an unclothed body search and found no

23   contraband. I secured Inmate ████ in Holding Cell 2.

24       9.    I provided Inmate ████ with new pants and a shirt. I left Inmate ████ secured in

25   handcuffs due to his aggravated state. I maintained constant supervision of Inmate ████ while

26   he was secured in Holding Cell 2.

27       10.   I wrote an incident report documenting this incident the same day, August 27, 2020.

28   Attached to this declaration as **Exhibit A** is a true and correct copy of my report. This report

2

accurately describes what I observed that day, and I incorporate the contents of this report into this declaration by reference.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 12, 2020, in Ione, California.

_____
C. Winkler, Correctional Officer
Mule Creek State Prison
California Department of Corrections and Rehabilitation

3

# EXHIBIT A

**CDCR**
**INCIDENT REPORT PACKAGE**
**PAGE:** 22
**REPORT NO.** ███████
**PROCESSED:** 10/02/2020  12:42
**INCIDENT LOG NUMBER:** ███████
**REQUESTOR:** E. Laird

## STAFF NARRATIVE

| | |
|---|---|
| **STAFF NAME:** Winkler, C█ | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 08/27/2020 | **CREATED TIME:** 12:59:35 |

### NARRATIVE

On Thursday, August 27, 2020, at approximately 0824 hours, while performing my duties as Facility 'A' Security Patrol #1, I was inside Facility 'A' Program Office when I was alerted of a Code 1 resistive inmate inside Building A05, via my institutional radio. I responded to Building A05, from Facility 'A' Program Office, and observed an Inmate (later identified by State issued Identification) as ████ (████ ██████ secured in handcuffs, leg restraints, and lying in the prone position on 'C' section dayroom floor by the Officer Podium. Officer E. Brazil and myself assisted Inmate █████ up to his feet and escorted █████ out of Building A05. During the escort Inmate █████ continued to yell racial slurs. While escorting █████ in front of Facility 'A' Enhanced Outpatient Treatment Center, █████ stopped forward progress of the escort by using his body weight and attempting to fall to the ground. Officer Brazil and I assisted █████ to the ground. Officer F. Orr brought a wheelchair and E. Brazil and I assisted █████ to his feet and placed Inmate █████ in the wheelchair. I relinquished custody of █████ to Officer F. Orr, who escorted █████ to Facility 'A' Clinic where a medical evaluation was conducted and documented on a CDCR 7219 Medical Report of Injury. Officer F. Orr escorted █████ to Facility 'A' Program Office. I conducted a search of Holding Cell 2 which was negative for contraband. I assisted █████ out of the wheel chair and inside Holding Cell 2. I ordered █████ to submit to an unclothed body search, █████ replied "Fuck you bitch ass cops." I again ordered █████ to submit to an unclothed body search. █████ replied "Fuck you." I explained to █████ I am going to cut his clothes off to ensure he has no contraband on his immediate person before securing him in the holding cell. █████ replied "Do what you got to do." I retrieved the scissors from Facility 'A' Sergeants Office while E. Brazil maintained custody. I removed █████ shoes and proceeded to cut █████ clothes off excluding his boxers. I conducted an unclothed body search, which was negative results for contraband. I secured █████ in Holding Cell 2. I provided █████ with new pants and a shirt. I left █████ secured in handcuffs due to his aggravated state. I maintained constant supervision of █████ while secured in Holding Cell 2 due to being in handcuffs. This concludes my involvement in this incident. I returned to my normal assigned duties as Facility 'A' Security Patrol #1.

_C. Winkler_
**STAFF SIGNATURE**

**DATE:** 08/27/2020

**BADGE #:** 87862

**PERNR:** 100836

**NARRATIVE REVIEWED:** Yes
**REVIEWED DATE:** 08/27/2020

**REVIEWED BY STAFF:** Clays, D█████
**REVIEWED TIME:** 13:45:14