1  XAVIER BECERRA
Attorney General of California
2  JOANNA B. HOOD
Supervising Deputy Attorney General
3  NAMRATA KOTWANI
Deputy Attorney General
4  State Bar No. 308741
   455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102
   Telephone: (415) 510-4431
6  Fax: (415) 703-5843
   E-mail: Namrata.Kotwani@doj.ca.gov
7  *Attorneys for Defendants Gavin Newsom and the*
*California Department of Corrections and*
8  *Rehabilitation*

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

| 13 | | |
|---|---|---|
| 14 | **JOHN ARMSTRONG, et al.,** | Case No. 94-cv-02307 CW |
| 15 | Plaintiffs, | **DECLARATION OF S. MEDINA IN SUPPORT OF DEFENDANTS' SUR-REPLY TO PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION AT SEVEN PRISONS AND STATEWIDE** |
| 16 | v. | |
| 17 | **GAVIN NEWSOM, et al.,** | |
| 18 | Defendants. | |

19

20       I, S. Medina, declare:

21       1.      I am employed with the California Department of Corrections and Rehabilitation

22  (CDCR) at Mule Creek State Prison. I am a Correctional Officer. I am competent to testify to the

23  matters set forth in this declaration and, if called upon by this Court, I could and would so testify.

24  I submit this declaration in support of Defendants' Sur-Reply to Plaintiffs' Motion for an

25  Injunction at Seven Prisons and Statewide.

26       2.      On Thursday, August 27, 2020, I was performing my duties as EOP (Enhanced

27  Outpatient Program) Escort No. 2 for Facility A, Building 5. I saw Officer R. Cook attempt to

28  explain to Inmate ███ (██████████ why he was removed from his porter job.

1

1   3.  Inmate ███ immediately became agitated and walked away, attempting to get on

2 the phone in the C-Section Dayroom in Building 5. The phones were not activated because the

3 Dayroom was not open. Inmate ███ returned to the Building 5 Officers Podium facing the C-

4 Section Dayroom, pacing back and forth with his hands clenched into fists, yelling at Officer R.

5 Cook "You're a racist! You're a fuck n---a!" Due to his agitated and aggressive behavior, I gave

6 Inmate ███ a direct order to return to his assigned cell. Inmate ███ stated, "Fuck you! I'm

7 not going."

8   4.  Due to Inmate ███ present aggressive behavior and the possibility of him

9 becoming violent, I left the Building 5 Officer's Podium and gave Inmate ███ a direct order to

10 submit to handcuffs. As I was approaching Inmate ███ he stated, "What are you going to do?"

11 and sat down on the Dayroom floor. I gave Inmate ███ another direct order to submit to

12 handcuffs. Inmate ███ stated, "No fuck you! Don't touch me!" Simultaneously, I attempted to

13 grab Inmate ███ right wrist with my right hand. Inmate ███ immediately began resisting by

14 pulling his right arm away from me and spun to face me with his back to Officer R. Cook. Using

15 my right hand, I grabbed Inmate ███ right arm. Next, I gave Inmate ███ a direct order to

16 stop resisting. Inmate ███ continued to resist by thrashing his body from side to side. Officer

17 R. Cook grabbed Inmate ███ by his shoulders with both hands, forcing Inmate ███ face down

18 on the ground. I lost my grip of Inmate ███ right arm because he pulled his right arm under

19 his body. Using my left hand, I grabbed Inmate ███ right elbow and pulled his arm from

20 under him. Inmate ███ continued to resist by attempting to pull his arm under his body. Using

21 my right hand, I grabbed Inmate ███ right wrist, forcing his right arm behind his back. I let

22 go of my left grip, grabbed handcuffs, and cuffed Inmate ███ right wrist. Officer R. Cook

23 had Inmate ███ left arm behind his back, and I cuffed his left wrist.

24   5.  Inmate ███ attempted to incite the inmate population by yelling "I can't breathe!" I

25 assisted Inmate ███ into a seated position without resistance. Officer R. Cook attempted to

26 place leg restraints on Inmate ███ as he was kicking his legs. Inmate ███ stated, "Don't put

27 those on me!" and began to resist again by kicking his feet.

28

Decl. Medina Supp. Defs.' Sur Rep. Pls.' Mot. Inj. Seven Prisons & Statewide (Case No. 94-cv-02307 CW)

6.     Officer E. Brazil placed Inmate ███ in the prone position and Officer R. Cook placed the leg restraints on Inmate ███ ankles. After Inmate ███ was secured in leg restraints, he stopped resisting and was escorted out of the building by Officer E. Brazil and Officer C. Winkler.

7.     I returned to my duties.

8.     I wrote an incident report documenting this incident the same day, August 27, 2020. Attached to this declaration as **Exhibit A** is a true and correct copy of my report. This report accurately describes what I observed that day, and I incorporate the contents of my report into this declaration by reference.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2020, in Ione, California.

S. Medina, Correctional Officer
Mule Creek State Prison
California Department of Corrections and Rehabilitation

3

# EXHIBIT A

| | | |
|---|---|---|
| **CDCR** | **INCIDENT REPORT PACKAGE** | **PAGE:** 31 |
| **REPORT NO.** ████████ | | **PROCESSED:** 10/02/2020 12:42 |
| | **INCIDENT LOG NUMBER:** ████████ | **REQUESTOR:** E. Laird |

## STAFF NARRATIVE

| | |
|---|---|
| **STAFF NAME:** Medina, S██ | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 08/27/2020 | **CREATED TIME:** 14:49:27 |

### NARRATIVE

On Thursday, August 27, 2020, at approximately 0824 hours, while performing my duties as HCA A5 EOP ESCORT #2 in Building 5, Officer R. COOK attempted to explain to inmate ████ (████ ████) why he was removed from his porter job. ████ immediately became agitated and walked away attempting to get on the phone in C-Section Dayroom in Building 5. The phones were not activated because Dayroom was not open. ████ returned to the Building 5 Officers Podium facing C-Section Dayroom, pacing back and forth with his hands clinched into fists, yelling at Officer R. COOK stating "You're a racist! You're a fuck nigga!" Due to his agitated and aggressive behavior, I gave ████ a direct order to return to his assigned cell. ████ stated, "Fuck you! I'm not going." Due to ████ present aggressive behavior and the likelihood he may become violent, I left the Building 5 Officers Podium and gave ████ a direct order to submit to handcuffs. As I was approaching ████ he stated, "What are you going to do," and sat down on the Dayroom Floor. I gave ████ another direct order to submit to handcuffs. ████ stated, "No fuck you! Don't touch me!" and simultaneously I attempted to grab ████ right wrist with my right hand to effect custody. ████ immediately began resisting by pulling his right arm away from me and spun facing me with his back to Officer R. COOK. Using my right hand, I grabbed ████ right arm and I gave ████ a direct order to stop resisting. ████ continued to resist by thrashing his body from side to side. Officer R. COOK grabbed ████ by his shoulders with his left and right hands, forcing ████ face down on the ground. I lost my grip of ████ right arm due to ████ pulling his right arm under his body. Using my left hand, I grabbed ████ right elbow pulling his arm from under him. ████ continued to resist by attempting to pull his arm under his body. Using my right hand, I grabbed ████ right wrist forcing ████ right arm behind his back. I let go of my left grip and grabbed my hand cuffs and placed one side of the hand cuff on ████ right wrist. Officer R. COOK had ████ left arm behind his back and I placed the other side of the hand cuffs on his left wrist. ████ attempted to insight the inmate population and began yelling "I can't breathe!" I placed ████ in a seated position without resistance. Officer R. COOK attempted to place leg restraints on ████ due to his aggressive behavior and ████ kicking his legs. ████ stated, "Don't put those on me!" and began to resist again by kicking his feet. Officer E. BRAZIL placed ████ in the prone position and Officer R. COOK placed the leg restraints on ████ ankles. After ████ was secured in leg restraints, he stopped resisting and was escorted out of Building 5 by Officer E. BRAZIL and Officer C. WINKLER. I returned to my duties as HCA A5 EOP ESCORT # 2.

████ is a participant of a Mental Health Service Delivery System at the Enhanced Outpatient Program level of care and the Developmental Disability Program at the DD2 level of care. Due to the emergent nature of the incident, I was unable to address ████ adaptive support needs at the time of incident and/or prior to the use of force. ████ additive supports are as follows:

1. Communication - Redirect to deescalate when agitated

2. Rules and Procedures - Assist adjusting to new environment

3. Victimization - Vulnerable to pressuring/teasing

S. Medina
_____
STAFF SIGNATURE

**DATE:** 08/27/2020

**BADGE #:** 83222

**PERNR:** 87695

| | |
|---|---|
| **NARRATIVE REVIEWED:** Yes | **REVIEWED BY STAFF:** Mctaggart, K██ |
| **REVIEWED DATE:** 08/27/2020 | **REVIEWED TIME:** 14:58:01 |

**CDCR**                                 **INCIDENT REPORT PACKAGE**              **PAGE:** 32

**REPORT NO.** ██████

**INCIDENT LOG NUMBER:** ██████

**PROCESSED:** 10/02/2020  12:42
**REQUESTOR:** E. Laird

## STAFF NARRATIVE

**STAFF NAME:** Medina, S██           **NARRATIVE TYPE:** Supplemental Report
**CREATED DATE:** 08/30/2020           **CREATED TIME:** 13:34:40

### NARRATIVE

Q1. Did ██████ stop resisting after he was secured in handcuffs?

A1: Yes he stopped resisting.

S. Medina                                **DATE:** 08/30/2020
STAFF SIGNATURE

**BADGE #:** 83222           **PERNR:** 87695

**NARRATIVE REVIEWED:** Yes        **REVIEWED BY STAFF:** Mctaggart, K██
**REVIEWED DATE:** 08/31/2020     **REVIEWED TIME:** 08:27:46

---

**STAFF NAME:** Medina, Sean           **NARRATIVE TYPE:** Supplemental Report
**CREATED DATE:** 08/31/2020           **CREATED TIME:** 11:06:58

### NARRATIVE

Q1. In your report you stated, "██████ stated, "Don't put those on me!" and began to resist again by kicking his feet. Officer E. BRAZIL placed ██████ in the prone position and Officer R. COOK placed the leg restraints on ██████ ankles." Did you observe Officer Cook use force when securing inmate ██████ in leg restraints?
A1. Yes, I observed Officer Cook use physical force by grabbing ██████ left ankle with his right and left hand and securing it in restraints then grabbing ██████ right ankle with his right and left hand and securing it in restraints.

S. Medina                                **DATE:** 08/31/2020
STAFF SIGNATURE

**BADGE #:** 83222           **PERNR:** 87695

**NARRATIVE REVIEWED:** Yes        **REVIEWED BY STAFF:** Mctaggart, K██
**REVIEWED DATE:** 08/31/2020     **REVIEWED TIME:** 11:10:45