1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  JOANNA B. HOOD
   Supervising Deputy Attorney General
4  ANDREA S. MOON
   State Bar No. 291408
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 210-7361
7   Fax: (916) 324-5205
    E-mail: Andrea.Moon@doj.ca.gov
8  *Attorneys for Defendants Gavin Newsom*
   *California Department of Corrections and*
9  *Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,** | C 94-2307 CW |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

   PLEASE TAKE NOTICE that Deputy Attorney General Andrea S. Moon is associating as counsel on behalf of Defendants in this case. Please add the following to the service list:

/ / /

/ / /

/ / /

/ / /

1

1 | Andrea S. Moon
  | Deputy Attorney General
2 | State Bar No. 291408
  | 1300 I Street, Suite 125
3 | P.O. Box 944255
  | Sacramento, CA 94244-2550
4 | Telephone: (916) 210-7361
  | Fax: (916) 324-5205
5 | E-mail: Andrea.Moon@doj.ca.gov

6 | Dated: November 24, 2020           Respectfully submitted,

7 |                                     XAVIER BECERRA
  |                                     Attorney General of California
8 |                                     JOANNA B. HOOD
  |                                     Supervising Deputy Attorney General
9 |

10 |                                    */s/ Andrea S. Moon*

11 |

12 |                                    ANDREA S. MOON
   |                                    Deputy Attorney General
   |                                    *Attorneys for Defendants*
13 |

14 | CF1997CS0005
   | 34619410.docx

15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

# CERTIFICATE OF SERVICE

| Case Name: | *John Armstrong, et al. v. Newsom, et al.* | No. | **C 94-2307 CW** |
|---|---|---|---|

I hereby certify that on **November 24, 2020**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **NOTICE OF ASSOCIATION OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 24, 2020, at Sacramento, California.

| L. Venable | */s/ L. Venable* |
|---|---|
| Declarant | Signature |

CF1997CS0005
34619827.docx