DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:    (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2020**<br><br>Judge:   Hon. Claudia Wilken |

[3679244.1]

1   On March 26, 1997, the District Court established procedures by which Plaintiffs

2   are to collect periodic attorneys' fees and costs in this case in connection with their work

3   monitoring Defendants' compliance with the Court's Orders and collecting fees.

4   Pursuant to these procedures, on October 30, 2020, Plaintiffs served on Defendants

5   their Third Quarterly Statement for 2020 by electronic transmission.  The parties

6   completed their meet-and-confer process on January 23, 2021 as to the fees and costs

7   incurred on all matters.

8   As a result of the January 23, 2021 agreement, the parties agree to the following:

9   The parties agree to the payment of $3,000,035.18 to resolve all fees and costs

10  incurred during the Third Quarter of 2020, for monitoring and/or litigation activities in the

11  California Department of Corrections of Rehabilitation Division of Adult Operations and

12  Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

13  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

14  the parties to settle these claims.

15  The parties agree to the payment of $35,167.81 to resolve all fees and costs incurred

16  during the Third Quarter of 2020, for monitoring and/or litigation activities in the Board of

17  Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting

18  forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to

19  settle these claims.

20  The parties agree to the payment of $116,278.13 to resolve all fees and costs

21  incurred during the Third Quarter of 2020, for monitoring and/or litigation activities in the

22  Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

23  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

24  agreed to by the parties to settle these claims.

25  The parties agree to the payment of $17,771.42 to resolve all fees and costs incurred

26  during the Third Quarter of 2020, for fees work.  Attached hereto as **Exhibit D** are charts

27  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

28  parties to settle these claims.

[3679244.1]

1    IT IS HEREBY ORDERED that the amounts set forth above are due and

2  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

3  and costs will run from November 30, 2020, accruing at the rate provided by 28 U.S.C.

4  § 1961.

5

6  DATED: _____

7                                                         Claudia Wilken
                                                          United States District Judge

8

9  APPROVED AS TO FORM:

10

11  DATED: January 26, 2021          /s/Adriano Hrvatin
                                                          Adriano Hrvatin
12                                                        Deputy Attorney General
                                                          Attorney for Defendants
13

14

15

16  DATED:  January 26, 2021         /s/Gay Crosthwait Grunfeld
                                                          Gay Crosthwait Grunfeld
17                                                        Rosen Bien Galvan & Grunfeld LLP
                                                          Attorney for Plaintiffs
18

19

20

21

22

23

24

25

26

27

28

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER 2020

[3679244.1]

# EXHIBIT A

## **<u>Armstrong v. Newsom</u>**
**Third Quarterly Statement of 2020**
**July 1, 2020 through September 30, 2020**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| CDCR/AOAP MONITORING | $2,960,150.01 | $39,885.17 |
|  | **TOTAL UNDISPUTED:** | **$3,000,035.18** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2020
July 1, 2020 through September 30, 2020
*Matter:  CDCR/AOAP Monitoring/Merits*

| _Monitoring (581-3)_ | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 75.40 | 72.50 | $1,100 | $79,750.00 | $74,167.50 |
| Gay C. Grunfeld (GCG) | | 423.10 | 422.70 | $875 | $369,862.50 | $343,972.13 |
| Ernest Galvan (EG) | | 30.2 | 29.2 | $825 | $24,090.00 | $22,403.70 |
| Lisa Ells (LAE) | | 1.00 | 0.00 | $730 | $0.00 | $0.00 |
| Penny Godbold (PG) | | 401.20 | 400.50 | $715 | $286,357.50 | $266,312.48 |
| Thomas Nolan (TN) | | 300.10 | 290.50 | $740 | $214,970.00 | $199,922.10 |
| Michael L. Freedman (MLF) | | 512.20 | 504.50 | $635 | $320,357.50 | $297,932.48 |
| Ben Bien-Kahn (BBK) | | 191.50 | 179.90 | $625 | $112,437.50 | $104,566.88 |
| Jenny Yelin (JY) | | 23.60 | 21.10 | $565 | $11,921.50 | $11,087.00 |
| Caroline E. Jackson (CEJ) | | 152.50 | 150.40 | $540 | $81,216.00 | $75,530.88 |
| Michael S. Nunez (MSN) | | 50.50 | 35.70 | $540 | $19,278.00 | $17,928.54 |
| Jessica Winter (JW) | | 39.50 | 34.30 | $480 | $16,464.00 | $15,311.52 |
| Alexander Gourse (AG) | | 4.10 | 0.00 | $395 | $0.00 | $0.00 |
| Rekha Arulanantham (REA) | | 205.40 | 155.50 | $395 | $61,422.50 | $57,122.93 |
| Karen Stilber (KES) | | 302.40 | 297.30 | $350 | $104,055.00 | $96,771.15 |
| Linda Woo (LHW) | | 3.20 | 0.00 | $350 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | | 16.10 | 0.00 | $320 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 13.00 | 10.50 | $320 | $3,360.00 | $3,124.80 |
| Fely F. Villadelgado (FFV) | | 2.40 | 0.00 | $275 | $0.00 | $0.00 |
| Emma Cook (EC) | | 79.60 | 78.60 | $250 | $19,650.00 | $18,274.50 |
| Nathalie Welch (NW) | | 29.70 | 26.80 | $250 | $6,700.00 | $6,231.00 |
| Jack Gleiberman (JG) | | 592.50 | 589.80 | $250 | $147,450.00 | $137,128.50 |
| Ellinor Heywood (EH) | | 521.20 | 511.10 | $250 | $127,775.00 | $118,830.75 |
| Heather Gans (HG) | | 247.30 | 226.00 | $250 | $56,500.00 | $52,545.00 |
| Catherine Johnson (CJ) | | 25.20 | 24.40 | $225 | $5,490.00 | $5,105.70 |
| Rebecca Berman (RB) | | 75.60 | 56.40 | $225 | $12,690.00 | $11,801.70 |
| Rwehyang Kim (RK) | | 305.40 | 265.90 | $225 | $59,827.50 | $55,639.58 |
| Ericka Zheng (EZ) | | 62.50 | 57.40 | $225 | $12,915.00 | $12,010.95 |
| | Total Hours: | 4,686.40 | 4,441.00 | | | |
| **RBGG FEES:** | | | | | **$2,154,539.50** | **$2,003,721.74** |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 29.00 | 29.00 | $995 | $28,855.00 | $26,835.15 |
| Alison Hardy (AH) | | 3.70 | 3.70 | $830 | $3,071.00 | $2,856.03 |
| Sara Norman (SN) | | 8.70 | 8.70 | $820 | $7,134.00 | $6,634.62 |
| Corene Kendrick (CK) | | 155.90 | 155.90 | $730 | $113,807.00 | $105,840.51 |
| Rita Lomio (RL) | | 487.20 | 487.20 | $650 | $316,680.00 | $294,512.40 |
| Margot Mendelson (MM) | | 254.30 | 254.30 | $625 | $158,937.50 | $147,811.88 |
| Rana Anabtawi (RA) | | 2.40 | 2.40 | $625 | $1,500.00 | $1,395.00 |
| Patrick Booth (PB) | | 231.00 | 231.00 | $380 | $87,780.00 | $81,635.40 |
| Sophie J. Hart (SH) | | 1.20 | 1.20 | $380 | $456.00 | $424.08 |
| Amber Norris (AN) | | 215.90 | 215.90 | $350 | $75,565.00 | $70,275.45 |
| Megan Lynch (ML) | | 58.50 | 58.50 | $350 | $20,475.00 | $19,041.75 |
| Tovah Anna Ackerman (TAA) | | 43.20 | 43.20 | $325 | $14,040.00 | $13,057.20 |
| Tania Amarillas (TA) | | 198.80 | 198.80 | $325 | $64,610.00 | $60,087.30 |
| Eva Amarillas-Diaz (EAD) | | 24.10 | 24.10 | $275 | $6,627.50 | $6,163.58 |
| Alayna O'Bryan | | 3.00 | 3.00 | $275 | $825.00 | $767.25 |
| Skye Lovett (SL) | | 192.50 | 192.50 | $275 | $52,937.50 | $49,231.88 |
| Gabriela Pelsinger (GP) | | 91.60 | 91.60 | $275 | $25,190.00 | $23,426.70 |
| Hector Perla (HP) | | 30.60 | 30.60 | $275 | $8,415.00 | $7,825.95 |
| Ilian Meza Pena (IP) | | 44.60 | 44.60 | $275 | $12,265.00 | $11,406.45 |
| Jordan Payne (JP) | | 19.80 | 19.80 | $275 | $5,445.00 | $5,063.85 |
| Juliette Mueller (JM) | | 49.90 | 49.90 | $275 | $13,722.50 | $12,761.93 |
| Michael Brodheim (MB) | | 27.80 | 27.80 | $275 | $7,645.00 | $7,109.85 |
| | Total Hours: | 2,173.70 | 2,173.70 | | | |
| **PLO FEES:** | | | | | **$1,025,983.00** | **$954,164.19** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LK) | | 2.10 | 2.10 | $885 | $1,858.50 | $1,728.41 |
| Case Clerk | | 3.20 | 3.20 | $180 | $576.00 | $535.68 |
| | Total Hours: | 5.30 | 5.30 | | | |
| **DREDF FEES:** | | | | | **$2,434.50** | **$2,264.09** |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | | **$3,182,957.00** | **$2,960,150.01** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2020
July 1, 2020 through September 30, 2020
**Costs**

## *Matter:  CDCR/AOAP Merits/Monitoring*

|  | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $1,592.00 | $1,480.56 |
| Photocopying/printing (Outside) | $3,005.83 | $2,795.42 |
| Discovery service Relativity hosting and processing (RJD production database - July - September) | $9,356.25 | $8,701.31 |
| Professional services - expert witness fees | $15,968.28 | $14,850.50 |
| Transcription and translation | $2,176.15 | $2,023.82 |
| Online Research - PACER, Westlaw | $3,103.52 | $2,886.27 |
| Process server (subpoenas) | $318.00 | $295.74 |
| Postage & Delivery | $1,145.27 | $1,065.10 |
| Telephone | $39.90 | $37.11 |
| **Total RBGG Costs:** | **$36,705.20** | **$34,135.84** |
| | | |
| **Prison Law Office** | | |
| Interpreting/Translation services | $2,550.00 | $2,371.50 |
| Postage & Delivery | $3,427.60 | $3,187.67 |
| **Total PLO Costs:** | **$5,977.60** | **$5,559.17** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $157.00 | $146.01 |
| Postage & Delivery | $47.48 | $44.16 |
| **Total DREDF Costs:** | **$204.48** | **$190.17** |
| | | |
| **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$42,887.28** | **$39,885.17** |

# EXHIBIT B

<u>**Armstrong v. Newsom**</u>
**Third Quarterly Statement of 2020**
**July 1, 2020 through September 30, 2020**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| BPH | $35,143.31 | $24.51 |
|  | **TOTAL UNDISPUTED:** | **$35,167.81** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2020
July 1, 2020 through September 30, 2020
*Matter: BPH*

| *BPH (581-4)* | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| *BPH MONITORING (581-4)* | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 0.4 | 0.4 | $875 | $350.00 | $325.50 |
| Thomas Nolan (TN) | | 20.90 | 20.90 | $740 | $15,466.00 | $14,383.38 |
| Caroline E. Jackson (CEJ) | | 10.30 | 10.30 | $540 | $5,562.00 | $5,172.66 |
| Rekha Arunlanatham | | 4.50 | 4.20 | $395 | $1,659.00 | $1,542.87 |
| Ellinor Heywood (EH) | | 1.30 | 0.00 | $250 | $0.00 | $0.00 |
| Rwehyang Kim (RK) | | 2.30 | 0.00 | $225 | $0.00 | $0.00 |
| Heather Gans (HG) | | 7.70 | 7.70 | $250 | $1,925.00 | $1,790.25 |
| | **Total Hours:** | **47.40** | **43.50** | | | |
| **RBGG FEES:** | | | | | **$24,962.00** | **$23,214.66** |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 4.20 | 4.20 | $820 | $3,444.00 | $3,202.92 |
| Rita Lomio (RL) | | 0.30 | 0.30 | $650 | $195.00 | $181.35 |
| Rana Anabtawi (RA) | | 14.70 | 14.70 | $625 | $9,187.50 | $8,544.38 |
| | **Total Hours:** | **19.20** | **19.20** | | | |
| **PLO FEES:** | | | | | **$12,826.50** | **$11,928.65** |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$37,788.50** | **$35,143.31** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2020
July 1, 2020 through September 30, 2020
**Costs**

*Matter: BPH*

| | | Costs Now Owing Based On |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | **Costs** | **Negotiated Compromise** |
| Postage and delivery | $26.35 | $24.51 |
| **Total RBGG Costs:** | **$26.35** | **$24.51** |
| | | |
| **TOTAL CLAIMED BPH COSTS:** | **$26.35** | **$24.51** |

# EXHIBIT C

## <u>Armstrong v. Newsom</u>
**Third Quarterly Statement of 2020**
**July 1, 2020 through September 30, 2020**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $115,302.33 | $975.80 |

**TOTAL UNDISPUTED:    $116,278.13**

**Armstrong v. Newsom**
Third Quarterly Statement of 2020
July 1, 2020 through September 30, 2020
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 0.70 | 0.70 | $1,100 | $770.00 | $716.10 |
| Gay C. Grunfeld (GCG) | | 6.20 | 6.20 | $875 | $5,425.00 | $5,045.25 |
| Penny Godbold (PG) | | 0.20 | 0.00 | $715 | $0.00 | $0.00 |
| Thomas Nolan (TN) | | 22.40 | 22.40 | $740 | $16,576.00 | $15,415.68 |
| Michael L. Freedman (MLF) | | 0.20 | 0.00 | $635 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | | 13.80 | 12.90 | $625 | $8,062.50 | $7,498.13 |
| Jenny S. Yelin (JSY) | | 20.90 | 20.40 | $565 | $11,526.00 | $10,719.18 |
| Caroline E. Jackson (CEJ) | | 19.70 | 19.50 | $540 | $10,530.00 | $9,792.90 |
| Rekha Arulanantham (REA) | | 46.70 | 37.70 | $395 | $14,891.50 | $13,849.10 |
| Karen Stilber (KES) | | 1.80 | 0.00 | $350 | $0.00 | $0.00 |
| Gregorio Gonzalez (GZG) | | 0.30 | 0.00 | $320 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | | 242.90 | 224.80 | $250 | $56,200.00 | $52,266.00 |
| Ellinor Heywood (EH) | | 2.10 | 0.00 | $250 | $0.00 | $0.00 |
| Rebecca Berman (RB) | | 0.60 | 0.00 | $225 | $0.00 | $0.00 |
| Rwehyang Kim (RK) | | 2.50 | 0.00 | $225 | $0.00 | $0.00 |
| | **Total Hours:** | **381.00** | **344.60** | | | |
| **RBGG FEES:** | | | | | **$123,981.00** | **$115,302.33** |
| **TOTAL FEES FOR DAPO MONITORING WORK:** | | | | | **$123,981.00** | **$115,302.33** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2020
July 1, 2020 through September 30, 2020
**Costs**

*Matter: DAPO Monitoring*

|  |  | Costs Now Owing Based On |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-9)** | **Costs** | **Negotiated Compromise** |
| Photocopying (in-house) | $568.80 | $528.98 |
| Postage | $480.45 | $446.82 |
| **Total RBGG Costs:** | **$1,049.25** | **$975.80** |
| **TOTAL DAPO MONITORING COSTS:** | **$1,049.25** | **$975.80** |

# EXHIBIT D

## **<ins>Armstrong v. Newsom</ins>**
**Third Quarterly Statement of 2020**
**July 1, 2020 through September 30, 2020**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | <ins>UNDISPUTED FEES</ins> | <ins>UNDISPUTED COSTS</ins> |
|---|---|---|
| FEES WORK (ALL MATTERS) | $17,719.76 | $51.66 |
| **TOTAL UNDISPUTED:** | | **$17,771.42** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2020
July 1, 2020 through September 30, 2020
*Matter:  All Matters Fees Work*

| _Fees (581-2)_ | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 11.80 | 11.50 | $875 | $10,062.50 | $9,358.13 |
| Karen E. Stilber (KES) | | 14.60 | 14.60 | $350 | $5,110.00 | $4,752.30 |
| Nathalie Welch (NW) | | 0.20 | 0.00 | $250 | $0.00 | $0.00 |
| | Total Hours: | **26.60** | **26.10** | | | |
| **RBGG FEES:** | | | | | **$15,172.50** | **$14,110.43** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 2.00 | 2.00 | $650 | $1,300.00 | $1,209.00 |
| Margot Mendelson (MKM) | | 0.70 | 0.70 | $625 | $437.50 | $406.88 |
| Ashley Kirby (AK) | | 5.20 | 5.20 | $225 | $1,170.00 | $1,088.10 |
| | Total Hours: | **7.90** | **7.90** | | | |
| **PLO FEES:** | | | | | **$2,907.50** | **$2,703.98** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 1.10 | 1.10 | $885 | $973.50 | $905.36 |
| | Total Hours: | **1.10** | **1.10** | | | |
| **DREDF FEES:** | | | | | **$973.50** | **$905.36** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$19,053.50** | **$17,719.76** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2020
July 1, 2020 through September 30, 2020
**Costs**

*Matter: Fees Work in All Matters*

| Rosen, Bien, Galvan & Grunfeld (581-2) | | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying and Printing (in-house) | | $25.00 | $23.25 |
| Long distance telephone | | $0.05 | $0.05 |
| Postage & Delivery | | $30.50 | $28.37 |
| | **Total RBGG Costs:** | **$55.55** | **$51.66** |
| | **TOTAL FEES WORK COSTS :** | **$55.55** | **$51.66** |