DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:     (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:     (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2020<br><br>Judge:   Hon. Claudia Wilken |

[3712307.1]

1

2      On March 26, 1997, the District Court established procedures by which Plaintiffs

3  are to collect periodic attorneys' fees and costs in this case in connection with their work

4  monitoring Defendants' compliance with the Court's Orders and collecting fees.

5      Pursuant to these procedures, on January 22, 2021, Plaintiffs served on Defendants

6  their Fourth Quarterly Statement for 2020 by electronic transmission.  The parties

7  completed their meet-and-confer process on March 26, 2021 as to the fees and costs

8  incurred on all matters.

9      As a result of the March 26, 2021 agreement, the parties agree to the following:

10      The parties agree to the payment of $2,432,256.82 to resolve all fees and costs

11  incurred during the Fourth Quarter of 2020, for monitoring and/or litigation activities in

12  the California Department of Corrections of Rehabilitation Division of Adult Operations

13  and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

14  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

15  the parties to settle these claims.

16      The parties agree to the payment of 55,249.06 to resolve all fees and costs incurred

17  during the Fourth Quarter of 2020, for monitoring and/or litigation activities in the Board

18  of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts

19  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

20  parties to settle these claims.

21      The parties agree to the payment of $175,285.78 to resolve all fees and costs

22  incurred during the Fourth Quarter of 2020, for monitoring and/or litigation activities in

23  the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

24  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

25  agreed to by the parties to settle these claims.

26      The parties agree to the payment of $20,833.50 to resolve all fees and costs incurred

27  during the Fourth Quarter of 2020, for fees work.  Attached hereto as **Exhibit D** are charts

28  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER 2020

[3712307.1]

1    parties to settle these claims.

2        The parties agree to the payment of $1,900.71 to resolve all fees and costs incurred

3    during the Fourth Quarter of 2020, for litigation activities in the appeal of the RJD Order,

4    Ninth Circuit Court of Appeal Case No. 20-16921.  Attached hereto as **Exhibit E** are

5    charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

6    the parties to settle these claims.

7        IT IS HEREBY ORDERED that the amounts set forth above are due and

8    collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

9    and costs will run from February 22, 2021, accruing at the rate provided by 28 U.S.C.

10   § 1961.

11

12   DATED:  March 31, 2021

13                                                          Claudia Wilken
                                                           United States District Judge

14

15   APPROVED AS TO FORM:

16

17   DATED: March 30, 2021            /s/Trace O. Maiorino

18                                                     Trace O. Maiorino
                                                      Deputy Attorney General
19                                                     Attorney for Defendants

20

21

22   DATED:  March 30, 2021          /s/Gay Crosthwait Grunfeld

                                                       Gay Crosthwait Grunfeld
23                                                     Rosen Bien Galvan & Grunfeld LLP
                                                       Attorney for Plaintiffs

24

25

26

27

28

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER 2020

[3712307.1]

# EXHIBIT A

## <u>Armstrong v. Newsom</u>
**Fourth Quarterly Statement of 2020**
**October 1, 2020 through December 31, 2020**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| CDCR/AOAP MONITORING | $2,339,856.18 | $92,400.65 |
| | **TOTAL UNDISPUTED:** | **$2,432,256.82** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
*Matter: CDCR/AOAP Monitoring/Merits*

| Monitoring (581-3) | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 71.00 | 54.90 | $1,100 | $60,390.00 | $57,370.50 |
| Gay C. Grunfeld (GCG) | 222.20 | 221.60 | $875 | $193,900.00 | $184,205.00 |
| Ernest Galvan (EG) | 2.2 | 0 | $825 | $0.00 | $0.00 |
| Van Swearingen (VS) | 0.1 | 0 | $660 | $0.00 | $0.00 |
| Penny Godbold (PG) | 368.70 | 368.50 | $715 | $263,477.50 | $250,303.63 |
| Thomas Nolan (TN) | 228.10 | 222.70 | $740 | $164,798.00 | $156,558.10 |
| Michael L. Freedman (MLF) | 354.20 | 347.60 | $635 | $220,726.00 | $209,689.70 |
| Ben Bien-Kahn (BBK) | 212.00 | 191.90 | $625 | $119,937.50 | $113,940.63 |
| Jenny Yelin (JY) | 4.70 | 0.00 | $565 | $0.00 | $0.00 |
| Kara J. Janssen (KJJ) | 16.30 | 9.50 | $565 | $5,367.50 | $5,099.13 |
| Caroline E. Jackson (CEJ) | 206.60 | 199.90 | $540 | $107,946.00 | $102,548.70 |
| Michael S. Nunez (MSN) | 48.00 | 35.10 | $540 | $18,954.00 | $18,006.30 |
| Jessica Winter (JW) | 1.60 | 0.00 | $480 | $0.00 | $0.00 |
| Amy Xu (AX) | | | $460 | $0.00 | $0.00 |
| Cara E. Trapani (CET) | | | $440 | $0.00 | $0.00 |
| Mark Shinn-Krantz (MSK) | 54.30 | 49.20 | $440 | $21,648.00 | $20,565.60 |
| Priyah Kaul (PK) | 31.60 | 22.80 | $460 | $10,488.00 | $9,963.60 |
| Alexander Gourse (AG) | | | $395 | $0.00 | $0.00 |
| Rekha Arulanantham (REA) | 126.80 | 103.80 | $395 | $41,001.00 | $38,950.95 |
| Adrienne Harrold (AH) | 14.00 | 0.00 | $325 | $0.00 | $0.00 |
| Karen Stilber (KES) | 62.90 | 61.20 | $350 | $21,420.00 | $20,349.00 |
| Linda Woo (LHW) | | | $350 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 6.70 | 0.00 | $320 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 6.40 | 0.00 | $320 | $0.00 | $0.00 |
| Emma Cook (EC) | 38.10 | 37.10 | $250 | $9,275.00 | $8,811.25 |
| Nathalie Welch (NW) | 30.10 | 20.20 | $250 | $5,050.00 | $4,797.50 |
| Jack Gleiberman (JG) | 522.10 | 517.30 | $250 | $129,325.00 | $122,858.75 |
| Ellinor Heywood (EH) | 421.00 | 408.30 | $250 | $102,075.00 | $96,971.25 |
| Heather Gans (HG) | 171.80 | 162.40 | $250 | $40,600.00 | $38,570.00 |
| Catherine Johnson (CJ) | 27.10 | 26.70 | $250 | $6,675.00 | $6,341.25 |
| Rebecca Berman (RB) | 50.90 | 28.00 | $225 | $6,300.00 | $5,985.00 |
| Rwehyang Kim (RK) | 189.90 | 168.20 | $225 | $37,845.00 | $35,952.75 |
| Ericka Zheng (EZ) | 41.00 | 41.00 | $225 | $9,225.00 | $8,763.75 |
| | Total Hours: **3,530.40** | **3,297.90** | | | |
| **RBGG FEES:** | | | | **$1,596,423.50** | **$1,516,602.33** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 39.40 | 39.40 | $995 | $39,203.00 | $37,242.85 |
| Sara Norman (SN) | 2.90 | 2.90 | $820 | $2,378.00 | $2,259.10 |
| Corene Kendrick (CK) | 39.30 | 39.30 | $730 | $28,689.00 | $27,254.55 |
| Rita Lomio (RL) | 367.00 | 367.00 | $650 | $238,550.00 | $226,622.50 |
| Margot Mendelson (MM) | 129.50 | 129.50 | $625 | $80,937.50 | $76,890.63 |
| Patrick Booth (PB) | 225.40 | 225.40 | $380 | $85,652.00 | $81,369.40 |
| Jacob Hutt (JH) | 189.90 | 189.90 | $380 | $72,162.00 | $68,553.90 |
| Amber Norris (AN) | 139.30 | 139.30 | $350 | $48,755.00 | $46,317.25 |
| Tovah Anna Ackerman (TAA) | 121.30 | 121.30 | $325 | $39,422.50 | $37,451.38 |
| Tania Amarillas (TA) | 182.10 | 182.10 | $325 | $59,182.50 | $56,223.38 |
| Eva Amarillas-Diaz (EAD) | 39.00 | 39.00 | $275 | $10,725.00 | $10,188.75 |
| Skye Lovett (SL) | 181.60 | 181.60 | $275 | $49,940.00 | $47,443.00 |
| Gabriela Pelsinger (GP) | 181.20 | 181.20 | $275 | $49,830.00 | $47,338.50 |
| Ilian Meza Pena (IP) | 30.80 | 30.80 | $275 | $8,470.00 | $8,046.50 |
| Jordan Payne (JP) | 100.00 | 100.00 | $275 | $27,500.00 | $26,125.00 |
| Juliette Mueller (JM) | 38.40 | 38.40 | $275 | $10,560.00 | $10,032.00 |
| Michael Brodheim (MB) | 43.90 | 43.90 | $275 | $12,072.50 | $11,468.88 |
| | Total Hours: **2,051.00** | **2,051.00** | | | |
| **PLO FEES:** | | | | **$864,029.00** | **$820,827.55** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LK) | 1.90 | 1.90 | $885 | $1,681.50 | $1,597.43 |
| Claudia Center | 0.50 | 0.50 | $845 | $422.50 | $401.38 |
| Case Clerk (H. Min) | 2.50 | 2.50 | $180 | $450.00 | $427.50 |
| | Total Hours: **4.90** | **4.90** | | | |
| **DREDF FEES:** | | | | **$2,554.00** | **$2,426.30** |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | **$2,463,006.50** | **$2,339,856.18** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
**Costs**

## *Matter:  CDCR/AOAP Merits/Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-3) | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| Photocopying (In house) | $1,431.60 | $1,360.02 |
| Photocopying/printing (Outside) | $2,451.02 | $2,328.47 |
| Discovery service Relativity hosting and processing (RJD production database - Oct - Dec) | $11,509.87 | $10,934.38 |
| Professional services - expert witness fees | $53,055.00 | $50,402.25 |
| Transcription and translation (including deposition transcripts) | $14,397.41 | $13,677.54 |
| Online Research - PACER, Westlaw | $1,529.18 | $1,452.72 |
| Postage & Delivery | $1,254.59 | $1,191.86 |
| Telephone | $13.00 | $12.35 |
| Travel - Mileage, Tolls, Food | $709.87 | $674.38 |
| **Total RBGG Costs:** | **$86,351.54** | **$82,033.96** |
| | | |
| **Prison Law Office** | | |
| Interpreting/Translation services | $9,010.00 | $8,559.50 |
| Postage & Delivery | $1,474.90 | $1,401.16 |
| **Total PLO Costs:** | **$10,484.90** | **$9,960.66** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $372.00 | $353.40 |
| Pacer | $1.40 | $1.33 |
| Postage & Delivery | $54.00 | $51.30 |
| **Total DREDF Costs:** | **$427.40** | **$406.03** |
| | | |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$97,263.84** | **$92,400.65** |

# EXHIBIT B

## **Armstrong v. Newsom**
**Fourth Quarterly Statement of 2020**
**October 1, 2020 through December 31, 2020**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|--------|-----------------|------------------|
| BPH | $55,239.18 | $9.88 |

**TOTAL UNDISPUTED:**        **$55,249.06**

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
*Matter: BPH*

| _BPH (581-4)_ | | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| _BPH MONITORING (581-4)_ | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 0.20 | 0.20 | $1,100 | $220.00 | $209.00 |
| Gay C. Grunfeld (GCG) | | 1.7 | 1.7 | $875 | $1,487.50 | $1,413.13 |
| Thomas Nolan (TN) | | 33.10 | 33.10 | $740 | $24,494.00 | $23,269.30 |
| Penny Godbold (PG) | | 0.20 | 0.00 | $715 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 17.00 | 11.90 | $540 | $6,426.00 | $6,104.70 |
| Benjamin Bien-Kahn (BBK) | | 0.40 | 0.00 | $625 | $0.00 | $0.00 |
| Rekha Arunlanatham | | 6.90 | 5.00 | $395 | $1,975.00 | $1,876.25 |
| Ellinor Heywood (EH) | | 8.70 | 0.00 | $250 | $0.00 | $0.00 |
| Jack Gleiberman (JRG) | | 1.30 | 0.00 | $250 | $0.00 | $0.00 |
| Heather Gans (HG) | | 33.70 | 33.70 | $250 | $8,425.00 | $8,003.75 |
| | **Total Hours:** | **103.20** | **85.60** | | | |
| **RBGG FEES:** | | | | | **$43,027.50** | **$40,876.13** |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 1.20 | 1.20 | $820 | $984.00 | $934.80 |
| Rita Lomio (RL) | | 0.40 | 0.40 | $650 | $260.00 | $247.00 |
| Rana Anabtawi (RA) | | 22.20 | 22.20 | $625 | $13,875.00 | $13,181.25 |
| | **Total Hours:** | **23.80** | **23.80** | | | |
| **PLO FEES:** | | | | | **$15,119.00** | **$14,363.05** |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$58,146.50** | **$55,239.18** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
**Costs**

## *Matter: BPH*

| Rosen, Bien, Galvan & Grunfeld (581-4) | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| Photocopying (In house) | $8.80 | $8.36 |
| Postage and delivery | $1.60 | $1.52 |
| **Total RBGG Costs:** | **$10.40** | **$9.88** |
| | | |
| **TOTAL CLAIMED BPH COSTS:** | **$10.40** | **$9.88** |

# EXHIBIT C

## <u>Armstrong v. Newsom</u>
**Fourth Quarterly Statement of 2020**
**October 1, 2020 through December 31, 2020**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $174,699.30 | $586.48 |

**TOTAL UNDISPUTED:** **$175,285.78**

**s**

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.50 | 0.50 | $1,100 | $550.00 | $522.50 |
| Gay C. Grunfeld (GCG) | 8.30 | 7.70 | $875 | $6,737.50 | $6,400.63 |
| Penny Godbold (PG) | 9.50 | 9.50 | $715 | $6,792.50 | $6,452.88 |
| Thomas Nolan (TN) | 12.80 | 12.80 | $740 | $9,472.00 | $8,998.40 |
| Michael L. Freedman (MLF) | 0.80 | 0.00 | $635 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | 44.10 | 42.70 | $625 | $26,687.50 | $25,353.13 |
| Jenny S. Yelin (JSY) | 9.90 | 7.80 | $565 | $4,407.00 | $4,186.65 |
| Caroline E. Jackson (CEJ) | 48.60 | 47.60 | $540 | $25,704.00 | $24,418.80 |
| Priyah Kaul (PK) | 10.60 | 8.20 | $460 | $3,772.00 | $3,583.40 |
| Rekha Arulanantham (REA) | 58.20 | 52.20 | $395 | $20,619.00 | $19,588.05 |
| Adrienne Harrold (AH) | 1.30 | 0.00 | $325 | $0.00 | $0.00 |
| Karen Stilber (KES) | 0.40 | 0.00 | $350 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 289.50 | 278.80 | $250 | $69,700.00 | $66,215.00 |
| Ellinor Heywood (EH) | 1.50 | 0.00 | $250 | $0.00 | $0.00 |
| Heather Gans (HG) | 39.30 | 30.70 | $250 | $7,675.00 | $7,291.25 |
| Rwehyang Kim (RK) | 7.90 | 7.90 | $225 | $1,777.50 | $1,688.63 |
| **Total Hours:** | **543.20** | **506.40** | | | |
| **RBGG FEES:** | | | | **$183,894.00** | **$174,699.30** |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | **$183,894.00** | **$174,699.30** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
**Costs**

## *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Per Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $178.00 | $169.10 |
| Postage | $438.55 | $416.62 |
| Long distance and videophone charges | $0.80 | $0.76 |
| **Total RBGG Costs:** | **$617.35** | **$586.48** |
| **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$617.35** | **$586.48** |

# EXHIBIT D

## <u>Armstrong v. Newsom</u>
**Fourth Quarterly Statement of 2020**
**October 1, 2020 through December 31, 2020**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| FEES WORK (ALL MATTERS) | $20,810.70 | $22.80 |
| | **TOTAL UNDISPUTED:** | **$20,833.50** |

**<u>Armstrong v. Newsom</u>**
Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
*Matter: All Matters Fees Work*

| _Fees (581-2)_ | | Actual Hours | Claimed Hours | 2020 Rates | <u>Total</u> | <u>Fees Now Owing Based On Negotiated Compromise</u> |
|---|---|---|---|---|---|---|
| **<u>ROSEN, BIEN, GALVAN & GRUNFELD</u>** | | | | | | |
| Gay C. Grunfeld (GCG) | | 12.20 | 12.20 | $875 | $10,675.00 | $10,141.25 |
| Karen E. Stilber (KES) | | 19.90 | 19.90 | $350 | $6,965.00 | $6,616.75 |
| | Total Hours: | **32.10** | **32.10** | | | |
| **RBGG FEES:** | | | | | **$17,640.00** | **$16,758.00** |
| | | | | | | |
| **<u>PRISON LAW OFFICE</u>** | | | | | | |
| Rita Lomio | | 1.80 | 1.80 | $650 | $1,170.00 | $1,111.50 |
| Margot Mendelson (MKM) | | 1.80 | 1.80 | $625 | $1,125.00 | $1,068.75 |
| Ashley Kirby (AK) | | 6.40 | 6.40 | $225 | $1,440.00 | $1,368.00 |
| | Total Hours: | **10.00** | **10.00** | | | |
| **PLO FEES:** | | | | | **$3,735.00** | **$3,548.25** |
| | | | | | | |
| **<u>DISABILITY RIGHTS EDUCATION AND DEFENSE FUND</u>** | | | | | | |
| Linda Kilb (LDK) | | 0.6 | 0.6 | $885 | $531.00 | $504.45 |
| | Total Hours: | **0.60** | **0.60** | | | |
| **DREDF FEES:** | | | | | **$531.00** | **$504.45** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$21,906.00** | **$20,810.70** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
**Costs**

*Matter: Fees Work in All Matters*

| | | Costs Now Owing Per |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | **Costs** | **Negotiated Compromise** |
| Photocopying and Printing (in-house) | $24.00 | $22.80 |
| **Total RBGG Costs:** | **$24.00** | **$22.80** |
| **TOTAL CLAIMED FEES WORK COSTS :** | **$24.00** | **$22.80** |

# EXHIBIT E

## <u>Armstrong v. Newsom</u>
**Fourth Quarterly Statement of 2020**
**October 1, 2020 through December 31, 2020**

## APPEAL OF RJD ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| APPEAL OF RJD ORDER | $1,876.73 | $23.99 |

**TOTAL UNDISPUTED:**            **$1,900.71**

Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
*Matter: Appeal of RJD Order*

| *Fees (581-19)* | Actual Hours | Claimed Hours | 2020 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 1.20 | 1.20 | $875 | $1,050.00 | $997.50 |
| Michael L. Freedman (MLF) | 0.30 | 0.30 | $635 | $190.50 | $180.98 |
| Karen E. Stilber (KES) | 2.10 | 2.10 | $350 | $735.00 | $698.25 |
| Rhewyang Kim (RK) | 0.20 | 0 | $225 | $0.00 | $0.00 |
| | 3.80 | 3.60 | | $1,975.50 | **$1,876.73** |
| **TOTAL FEES FOR APPEAL OF RJD ORDER:** | | | | **$1,975.50** | **$1,876.73** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2020
October 1, 2020 through December 31, 2020
**Costs**

*Matter: Appeal of RJD Order*

|  | | Costs Now Owing Per |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-19)** | **Costs** | **Negotiated Compromise** |
| Westlaw research | $25.25 | $23.99 |
| **Total RBGG Costs:** | **$25.25** | **$23.99** |