Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOHN ARMSTRONG, et al.,

        Plaintiff(s),

v.

GAVIN NEWSOM, et al.,

        Defendant(s).

Case No: C94 2307 CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jacob J. Hutt, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: JOHN ARMSTRONG, et al. in the above-entitled action. My local co-counsel in this case is Rita Lomio, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1917 Fifth Street<br>Berkeley, CA 94710 | 1917 Fifth Street<br>Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (510) 280-2650 | (510) 280-2632 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jacob@prisonlaw.com | rlomio@prisonlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5565791.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/04/21

                                                                   Jacob J. Hutt
                                                                   APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob J. Hutt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 5, 2021

                                                                  UNITED STATES DISTRICT JUDGE