DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:    (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | [PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2021 |
| v. | |
| GAVIN NEWSOM, et al., | Judge:   Hon. Claudia Wilken |
| Defendants. | |

Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER 2021

[3749462.1]

1    On March 26, 1997, the District Court established procedures by which Plaintiffs

2  are to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring Defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, on April 26, 2021, Plaintiffs served on Defendants

5  their First Quarterly Statement for 2021 by electronic transmission.  The parties completed

6  their meet-and-confer process on June 15, 2021 as to the fees and costs incurred on all

7  matters.

8    As a result of the June 15, 2021 agreement, the parties agree to the following:

9    The parties agree to the payment of $1,955,939.23 to resolve all fees and costs

10  incurred during the First Quarter of 2021, for monitoring and/or litigation activities in the

11  California Department of Corrections of Rehabilitation Division of Adult Operations and

12  Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

13  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

14  the parties to settle these claims.

15    The parties agree to the payment of 118,961.68 to resolve all fees and costs incurred

16  during the First Quarter of 2021, for monitoring and/or litigation activities in the Board of

17  Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting

18  forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to

19  settle these claims.

20    The parties agree to the payment of $343,994.45 to resolve all fees and costs

21  incurred during the First Quarter of 2021, for monitoring and/or litigation activities in the

22  Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

23  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

24  agreed to by the parties to settle these claims.

25    The parties agree to the payment of $28,289.67 to resolve all fees and costs incurred

26  during the First Quarter of 2021, for fees work.  Attached hereto as **Exhibit D** are charts

27  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

28  parties to settle these claims.

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER 2021

1       The parties agree to the payment of $2,854.75 to resolve all fees and costs incurred

2   during the First Quarter of 2021, for litigation activities in the appeal of the RJD Order,

3   Ninth Circuit Court of Appeal Case No. 20-16921.  Attached hereto as **Exhibit E** are

4   charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

5   the parties to settle these claims.

6       IT IS HEREBY ORDERED that the amounts set forth above are due and

7   collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

8   and costs will run from May 26, 2021, accruing at the rate provided by 28 U.S.C. § 1961.

9

10  DATED:   June 22, 2021

    Claudia Wilken
    United States District Judge

11

12

13  APPROVED AS TO FORM:

14

15   DATED: June 17, 2021         /s/Trace O. Maiorino
                                  Trace O. Maiorino
16                                Deputy Attorney General
                                  Attorney for Defendants
17

18

19
     DATED:  June 17, 2021        /s/Gay Crosthwait Grunfeld
20                                Gay Crosthwait Grunfeld
                                  Rosen Bien Galvan & Grunfeld LLP
21                                Attorney for Plaintiffs

22

23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER 2021

[3749462.1]

# EXHIBIT A

## Armstrong v. Newsom
**First Quarterly Statement of 2021**
**January 1, 2021 through March 31, 2021**

### CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|--------|-----------------|------------------|
| CDCR/AOAP MONITORING | $1,912,626.93 | $43,312.31 |
| | **TOTAL UNDISPUTED:** | **$1,955,939.23** |

**Armstrong v. Newsom**
First Quarterly Statement of 2021
January 1, 2021 through March 31, 2021
*Matter: CDCR/AOAP Monitoring/Merits*

| _Monitoring (581-3)_ | | Actual Hours | Claimed Hours | 2021 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 62.20 | 39.60 | $1,200 | $47,520.00 | $45,144.00 |
| Gay C. Grunfeld (GCG) | | 97.70 | 97.40 | $925 | $90,095.00 | $85,590.25 |
| Ernest Galvan (EG) | | 1.1 | 0 | $875 | $0.00 | $0.00 |
| Lisa Ells (LAE) | | 0.50 | 0.00 | $775 | $0.00 | $0.00 |
| Penny Godbold (PG) | | 327.30 | 324.60 | $750 | $243,450.00 | $231,277.50 |
| Thomas Nolan (TN) | | 170.90 | 170.60 | $775 | $132,215.00 | $125,604.25 |
| Michael L. Freedman (MLF) | | 212.30 | 202.50 | $675 | $136,687.50 | $129,853.13 |
| Ben Bien-Kahn (BBK) | | 182.10 | 165.30 | $650 | $107,445.00 | $102,072.75 |
| Jenny Yelin (JY) | | 0.20 | 0.00 | $600 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 182.20 | 173.20 | $575 | $99,590.00 | $94,610.50 |
| Michael S. Nunez (MSN) | | 22.00 | 16.70 | $575 | $9,602.50 | $9,122.38 |
| Jessica Winter (JW) | | 0.90 | 0.00 | $515 | $0.00 | $0.00 |
| Amy Xu (AX) | | 1.40 | 0.00 | $485 | $0.00 | $0.00 |
| Cara E. Trapani (CET) | | 0.30 | 0.00 | $465 | $0.00 | $0.00 |
| Mark Shinn-Krantz (MSK) | | 1.70 | 0.00 | $465 | $0.00 | $0.00 |
| Priyah Kaul (PK) | | 28.00 | 25.00 | $485 | $12,125.00 | $11,518.75 |
| Rekha Arulanantham (REA) | | 102.90 | 96.60 | $425 | $41,055.00 | $39,002.25 |
| Adrienne Harrold (AH) | | 154.30 | 127.40 | $350 | $44,590.00 | $42,360.50 |
| Karen Stilber (KES) | | 28.20 | 28.20 | $375 | $10,575.00 | $10,046.25 |
| F. Gail LaPurja (FGL) | | 7.80 | 0.00 | $345 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 6.90 | 0.00 | $345 | $0.00 | $0.00 |
| Emma Cook (EC) | | 13.80 | 13.80 | $275 | $3,795.00 | $3,605.25 |
| Nathalie Welch (NW) | | 13.00 | 11.80 | $275 | $3,245.00 | $3,082.75 |
| Jack Gleiberman (JG) | | 349.40 | 348.30 | $275 | $95,782.50 | $90,993.38 |
| Ellinor Heywood (EH) | | 259.70 | 251.90 | $275 | $69,272.50 | $65,808.88 |
| Heather Gans (HG) | | 200.60 | 194.60 | $275 | $53,515.00 | $50,839.25 |
| Catherine Johnson (CJ) | | 27.40 | 26.90 | $275 | $7,397.50 | $7,027.63 |
| Fely F. Villadelgado (FFV) | | 56.30 | 0.00 | $275 | $0.00 | $0.00 |
| Rebecca Berman (RB) | | 44.50 | 22.90 | $240 | $5,496.00 | $5,221.20 |
| Rwehyang Kim (RK) | | 90.00 | 78.90 | $240 | $18,936.00 | $17,989.20 |
| Ericka Zheng (EZ) | | 25.20 | 25.20 | $240 | $6,048.00 | $5,745.60 |
| Adam Dean (AD) | | 30.50 | 19.00 | $225 | $4,275.00 | $4,061.25 |
| | Total Hours: | **2,701.30** | **2,460.40** | | | |
| **RBGG FEES:** | | | | | **$1,242,712.50** | **$1,180,576.88** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 23.50 | 23.50 | $995 | $23,382.50 | $22,213.38 |
| Sara Norman (SN) | | 1.70 | 1.70 | $850 | $1,445.00 | $1,372.75 |
| Rita Lomio (RL) | | 271.50 | 271.50 | $675 | $183,262.50 | $174,099.38 |
| Margot Mendelson (MM) | | 124.70 | 124.70 | $650 | $81,055.00 | $77,002.25 |
| Patrick Booth (PB) | | 162.10 | 162.10 | $380 | $61,598.00 | $58,518.10 |
| Jacob Hutt (JH) | | 227.40 | 227.40 | $425 | $96,645.00 | $91,812.75 |
| Amber Norris (AN) | | 110.00 | 110.00 | $375 | $41,250.00 | $39,187.50 |
| Tovah Anna Ackerman (TAA) | | 124.50 | 124.50 | $325 | $40,462.50 | $38,439.38 |
| Tania Amarillas (TA) | | 184.20 | 184.20 | $350 | $64,470.00 | $61,246.50 |
| Eva Amarillas-Diaz (EAD) | | 35.70 | 35.70 | $300 | $10,710.00 | $10,174.50 |
| Skye Lovett (SL) | | 159.50 | 159.50 | $300 | $47,850.00 | $45,457.50 |
| Gabriela Pelsinger (GP) | | 188.90 | 188.90 | $325 | $61,392.50 | $58,322.88 |
| Ilian Meza Pena (IP) | | 53.80 | 53.80 | $300 | $16,140.00 | $15,333.00 |
| Jordan Payne (JP) | | 71.70 | 71.70 | $300 | $21,510.00 | $20,434.50 |
| Juliette Mueller (JM) | | 39.30 | 39.30 | $300 | $11,790.00 | $11,200.50 |
| Michael Brodheim (MB) | | 24.50 | 24.50 | $300 | $7,350.00 | $6,982.50 |
| | Total Hours: | **1,803.00** | **1,803.00** | | | |
| **PLO FEES:** | | | | | **$770,313.00** | **$731,797.35** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Case Clerk (H. Min) | | 1.40 | 1.40 | $190 | $266.00 | $252.70 |
| | Total Hours: | **1.40** | **1.40** | | | |
| **DREDF FEES:** | | | | | **$266.00** | **$252.70** |
| | | | | | | |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | | **$2,013,291.50** | **$1,912,626.93** |

<u>Armstrong v. Newsom</u>
First Quarterly Statement of 2021
January 1, 2021 through March 31, 2021
<u>Costs</u>

*Matter:  CDCR/AOAP Merits/Monitoring*

|  | Costs | Costs Now Owing<br>Based on Negotiated Compromise |
|---|---|---|
| **<u>Rosen, Bien, Galvan & Grunfeld (581-3)</u>** | <u>Costs</u> | <u>Based on Negotiated Compromise</u> |
| Photocopying (In house) | $1,248.80 | $1,186.36 |
| Photocopying/printing (Outside) | $2,757.62 | $2,619.74 |
| Discovery service Relativity hosting and processing (RJD production database - Jan  -Mar) | $10,306.00 | $9,790.70 |
| Professional services - expert witness fees | $22,411.50 | $21,290.93 |
| Transcription and translation (including deposition transcripts) | $1,364.90 | $1,296.66 |
| Online Research - PACER, Westlaw | $182.69 | $173.56 |
| Postage & Delivery | $1,015.65 | $964.87 |
| **Total RBGG Costs:** | **$39,287.16** | **$37,322.80** |
| | | |
| **<u>Prison Law Office</u>** | | |
| Interpreting/Translation services | $3,988.48 | $3,789.06 |
| Videoconferencing service (for deaf class members) | $119.00 | $113.05 |
| Travel - Mileage, Tolls, Food | $143.99 | $136.79 |
| Postage & Delivery | $1,942.87 | $1,845.73 |
| **Total PLO Costs:** | **$6,194.34** | **$5,884.62** |
| | | |
| **<u>Disability Rights Education & Defense Fund, Inc.</u>** | | |
| Photocopying (in-house) | $92.00 | $87.40 |
| Postage & Delivery | $18.40 | $17.48 |
| **Total DREDF Costs:** | **$110.40** | **$104.88** |
| | | |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$45,591.90** | **$43,312.31** |

# EXHIBIT B

<u>Armstrong v. Newsom</u>
**First Quarterly Statement of 2021**
**January 1, 2021 through March 31, 2021**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|--------|-----------------|------------------|
| BPH | $118,899.63 | $62.05 |

**TOTAL UNDISPUTED:** **$118,961.68**

**Armstrong v. Newsom**
First Quarterly Statement of 2021
January 1, 2021 through March 31, 2021
*Matter: BPH*

| _BPH (581-4)_ | | Actual | Claimed | 2021 | | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | | | | | Based on Negotiated |
| | | Hours | Hours | Rates | Total | Compromise |
| _BPH MONITORING (581-4)_ | | | | | | |
| | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 3.20 | 2.10 | $1,200 | $2,520.00 | $2,394.00 |
| Ernest Galvan (EG) | | 3.80 | 3.80 | $875 | $3,325.00 | $3,158.75 |
| Gay C. Grunfeld (GCG) | | 23.2 | 23.2 | $925 | $21,460.00 | $20,387.00 |
| Thomas Nolan (TN) | | 50.40 | 50.40 | $775 | $39,060.00 | $37,107.00 |
| Penny Godbold (PG) | | 0.30 | 0.00 | $750 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 37.20 | 34.80 | $575 | $20,010.00 | $19,009.50 |
| Benjamin Bien-Kahn (BBK) | | 0.10 | 0.00 | $650 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | | 0.20 | 0.00 | $345 | $0.00 | $0.00 |
| Nathalie Welch (NW) | | 0.30 | 0.00 | $275 | $0.00 | $0.00 |
| Emma Cook (EC) | | 9.70 | 9.70 | $275 | $2,667.50 | $2,534.13 |
| Ellinor Heywood (EH) | | 0.20 | 0.00 | $275 | $0.00 | $0.00 |
| Jack Gleiberman (JRG) | | 26.50 | 24.50 | $275 | $6,737.50 | $6,400.63 |
| Rwehyang Kim (RK) | | 0.20 | 0.00 | $240 | $0.00 | $0.00 |
| Heather Gans (HG) | | 11.20 | 9.50 | $275 | $2,612.50 | $2,481.88 |
| | Total Hours: | **166.50** | **158.00** | | | |
| **RBGG FEES:** | | | | | **$98,392.50** | **$93,472.88** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 0.70 | 0.70 | $850 | $595.00 | $565.25 |
| Rita Lomio (RL) | | 6.80 | 6.80 | $675 | $4,590.00 | $4,360.50 |
| Rana Anabtawi (RA) | | 33.20 | 33.20 | $650 | $21,580.00 | $20,501.00 |
| | Total Hours: | **40.70** | **40.70** | | | |
| **PLO FEES:** | | | | | **$26,765.00** | **$25,426.75** |
| | | | | | | |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$125,157.50** | **$118,899.63** |

**Armstrong v. Newsom**
First Quarterly Statement of 2021
January 1, 2021 through March 31, 2021
Costs

*Matter: BPH*

|                                              |             | Costs Now Owing                  |
| :------------------------------------------- | ----------: | -------------------------------: |
| **Rosen, Bien, Galvan & Grunfeld (581-4)**   | **Costs**   | **Based on Negotiated Compromise** |
| Photocopying (In house)                      | $13.20      | $12.54                           |
| Postage and delivery                         | $52.12      | $49.51                           |
| **Total RBGG Costs:**                        | **$65.32**  | **$62.05**                       |
| **TOTAL CLAIMED BPH COSTS:**                 | **$65.32**  | **$62.05**                       |

# EXHIBIT C

<u>Armstrong v. Newsom</u>
**First Quarterly Statement of 2021**
**January 1, 2021 through March 31, 2021**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|--------|-----------------|-----------------|
| DAPO MONITORING | $343,863.90 | $130.55 |

**TOTAL UNDISPUTED:**   **$343,994.45**

**Armstrong v. Newsom**
First Quarterly Statement of 2021
January 1, 2021 through March 31, 2021
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | 2021 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 7.10 | 5.70 | $1,200 | $6,840.00 | $6,498.00 |
| Gay C. Grunfeld (GCG) | 28.00 | 28.00 | $925 | $25,900.00 | $24,605.00 |
| Ernest Galvan (EG) | 2.10 | 2.10 | $875 | $1,837.50 | $1,745.63 |
| Van Swearingen (VS) | 0.40 | 0.00 | $700 | $0.00 | $0.00 |
| Penny Godbold (PG) | 33.30 | 33.10 | $750 | $24,825.00 | $23,583.75 |
| Thomas Nolan (TN) | 71.30 | 67.50 | $775 | $52,312.50 | $49,696.88 |
| Michael L. Freedman (MLF) | 5.10 | 0.00 | $675 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | 79.80 | 78.60 | $650 | $51,090.00 | $48,535.50 |
| Jenny S. Yelin (JSY) | 14.70 | 14.60 | $600 | $8,760.00 | $8,322.00 |
| Caroline E. Jackson (CEJ) | 23.50 | 22.80 | $575 | $13,110.00 | $12,454.50 |
| Michael S Nunez (MSN) | 1.70 | 0.00 | $575 | $0.00 | $0.00 |
| Priyah Kaul (PK) | 90.70 | 90.70 | $485 | $43,989.50 | $41,790.03 |
| Rekha Arulanantham (REA) | 44.10 | 41.20 | $425 | $17,510.00 | $16,634.50 |
| Adrienne Harrold (AH) | 98.20 | 92.40 | $350 | $32,340.00 | $30,723.00 |
| Karen Stilber (KES) | 1.10 | 0.00 | $275 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 256.80 | 236.70 | $275 | $65,092.50 | $61,837.88 |
| Ellinor Heywood (EH) | 17.00 | 17.00 | $275 | $4,675.00 | $4,441.25 |
| Heather Gans (HG) | 33.60 | 33.60 | $275 | $9,240.00 | $8,778.00 |
| Jack Gleiberman (JG) | 4.40 | 0.00 | $275 | $0.00 | $0.00 |
| Rwehyang Kim (RK) | 18.50 | 18.50 | $240 | $4,440.00 | $4,218.00 |
| Total Hours: | **831.40** | **782.50** | | | |
| **RBGG FEES:** | | | | **$361,962.00** | **$343,863.90** |
| | | | | | |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | **$361,962.00** | **$343,863.90** |

**Armstrong v. Newsom**
First Quarterly Statement of 2021
January 1, 2021 through March 31, 2021
Costs

*Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $59.40 | $56.43 |
| Postage | $61.17 | $58.11 |
| Long distance and videophone charges | $16.85 | $16.01 |
| **Total RBGG Costs:** | **$137.42** | **$130.55** |
| **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$137.42** | **$130.55** |

# EXHIBIT D

## Armstrong v. Newsom
**First Quarterly Statement of 2021**
**January 1, 2021 through March 31, 2021**

## SUMMARY OF CLAIMED FEES WORK AND COSTS

|  | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $28,210.73 | $78.95 |
| **TOTAL CLAIMED:** | | **$28,289.67** |

**Armstrong v. Newsom**
First Quarterly Statement of 2021
January 1, 2021 through March 31, 2021
*Matter: All Matters Fees Work*

| _Fees (581-2)_ | | Actual Hours | Claimed Hours | 2021 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 19.70 | 19.70 | $925 | $18,222.50 | $17,311.38 |
| Karen E. Stilber (KES) | | 14.20 | 13.90 | $375 | $5,212.50 | $4,951.88 |
| | Total Hours: | **33.90** | **33.60** | | | |
| **RBGG FEES:** | | | | | **$23,435.00** | **$22,263.25** |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 4.10 | 4.10 | $675 | $2,767.50 | $2,629.13 |
| Margot Mendelson (MKM) | | 1.10 | 1.10 | $650 | $715.00 | $679.25 |
| Ashley Kirby (AK) | | 8.20 | 8.20 | $240 | $1,968.00 | $1,869.60 |
| | Total Hours: | **13.40** | **13.40** | | | |
| **PLO FEES:** | | | | | **$5,450.50** | **$5,177.98** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.9 | 0.9 | $900 | $810.00 | $769.50 |
| | Total Hours: | **0.90** | **0.90** | | | |
| **DREDF FEES:** | | | | | **$810.00** | **$769.50** |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$29,695.50** | **$28,210.73** |

**Armstrong v. Newsom**
First Quarterly Statement of 2021
January 1, 2021 through March 31, 2021
**Costs**

*Matter: Fees Work in All Matters*

| Rosen, Bien, Galvan & Grunfeld (581-2) | Costs | Costs Now Owing<br>Based on Negotiated Compromise |
|---|---|---|
| Photocopying and Printing (in-house) | $48.00 | $45.60 |
| Long distance telephone | $2.80 | $2.66 |
| Postage & Delivery | $32.30 | $30.69 |
| **Total RBGG Costs:** | **$83.10** | **$78.95** |
| | | |
| **TOTAL CLAIMED FEES WORK COSTS :** | **$83.10** | **$78.95** |

# EXHIBIT E

## Armstrong v. Newsom
**First Quarterly Statement of 2021**
**January 1, 2021 through March 31, 2021**

## APPEAL OF RJD ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| APPEAL OF RJD ORDER | $2,854.75 | $0.00 |
| **TOTAL UNDISPUTED:** | | **$2,854.75** |

<u>**Armstrong v. Newsom**</u>
**First Quarterly Statement of 2021**
**January 1, 2021 through March 31, 2021**

## APPEAL OF RJD ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| APPEAL OF RJD ORDER | $2,854.75 | $0.00 |
| | **TOTAL UNDISPUTED:** | **$2,854.75** |

First Quarterly Statement of 2021
January 1, 2021 through March 31, 2021
*Matter: Appeal of RJD Order*

| _Fees (581-19)_ | Actual Hours | Claimed Hours | 2021 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 1.70 | 1.70 | $925 | $1,572.50 | $1,493.88 |
| Michael L. Freedman (MLF) | 1.90 | 1.90 | $675 | $1,282.50 | $1,218.38 |
| Jessica L. Winter (JW) | 0.10 | 0.00 | $515 | $0.00 | $0.00 |
| Karen E. Stilber (KES) | 0.40 | 0.40 | $375 | $150.00 | $142.50 |
| | **4.10** | **4.00** | | **$3,005.00** | **$2,854.75** |
| **TOTAL FEES FOR APPEAL OF RJD ORDER:** | | | | **$3,005.00** | **$2,854.75** |