DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:    (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | [PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2021 |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Judge:  Hon. Claudia Wilken |

[3792841.1]

1

2        On March 26, 1997, the District Court established procedures by which Plaintiffs

3  are to collect periodic attorneys' fees and costs in this case in connection with their work

4  monitoring Defendants' compliance with the Court's Orders and collecting fees.

5        Pursuant to these procedures, on July 28, 2021, Plaintiffs served on Defendants

6  their Second Quarterly Statement for 2021 by electronic transmission.  The parties

7  completed their meet-and-confer process on September 3, 2021 as to the fees and costs

8  incurred on all matters.

9        As a result of the September 3, 2021 agreement, the parties agree to the following:

10        The parties agree to the payment of $2,082,629.66 to resolve all fees and costs

11  incurred during the Second Quarter of 2021, for monitoring and/or litigation activities in

12  the California Department of Corrections of Rehabilitation Division of Adult Operations

13  and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are

14  charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

15  the parties to settle these claims.

16        The parties agree to the payment of 79,090.73 resolve all fees and costs incurred

17  during the Second Quarter of 2021, for monitoring and/or litigation activities in the Board

18  of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts

19  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

20  parties to settle these claims.

21        The parties agree to the payment of $311,877.57 to resolve all fees and costs

22  incurred during the Second Quarter of 2021, for monitoring and/or litigation activities in

23  the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as

24  **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

25  agreed to by the parties to settle these claims.

26        The parties agree to the payment of $20,329.94 to resolve all fees and costs incurred

27  during the Second Quarter of 2021, for fees work.  Attached hereto as **Exhibit D** are charts

28  setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the

1    parties to settle these claims.

2        The parties agree to the payment of $24,210.84 to resolve all fees and costs incurred

3    during the Second Quarter of 2021, for litigation activities in the appeal of the RJD Order,

4    Ninth Circuit Court of Appeal Case No. 20-16921.  Attached hereto as **Exhibit E** are

5    charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

6    the parties to settle these claims.

7        The parties agree to the payment of $5,100.03 to resolve all fees and costs incurred

8    during the Second Quarter of 2021, for litigation activities in the appeal of the 5 Prisons

9    Order, Ninth Circuit Court of Appeal Case No. 21-15614.  Attached hereto as **Exhibit F**

10   are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to

11   by the parties to settle these claims.

12       ///

13       ///

14       ///

15       ///

16       ///

17       ///

18       ///

19       ///

20       ///

21       ///

22       ///

23       ///

24       ///

25       ///

26       ///

27       ///

28

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER 2021

1     IT IS HEREBY ORDERED that the amounts set forth above are due and

2 collectable as of forty-five days from the date of entry of this Order. Interest on these fees

3 and costs will run from August 27, 2021, accruing at the rate provided by 28 U.S.C.

4 § 1961.

5

6

7 DATED: September 13, 2021

    Claudia Wilken
    United States District Judge

8

9

10

11 APPROVED AS TO FORM:

12

13 DATED: September 10, 2021     */s/Trace O. Maiorino*

14     Trace O. Maiorino
    Deputy Attorney General

15     Attorney for Defendants

16

17

18 DATED: September 10, 2021     */s/Gay Crosthwait Grunfeld*

19     Gay Crosthwait Grunfeld
    Rosen Bien Galvan & Grunfeld LLP

20     Attorney for Plaintiffs

21

22

23

24

25

26

27

28

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER 2021

[3792841.1]