DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:   (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:   (510) 644-2555
Facsimile:   (510) 841-8645

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | [PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2021 |
| v. | |
| GAVIN NEWSOM, et al., | Judge:   Hon. Claudia Wilken |
| Defendants. | |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on October 29, 2021, Plaintiffs served on Defendants their Third Quarterly Statement for 2021 by electronic transmission.  The parties completed their meet-and-confer process on December 16, 2021 as to the fees and costs incurred on all matters.

As a result of the December 16, 2021 agreement, the parties agree to the following: The parties agree to the payment of $1,629,210.03 to resolve all fees and costs incurred during the Third Quarter of 2021, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $51,286.61 resolve all fees and costs incurred during the Third Quarter of 2021, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $272,643.81 to resolve all fees and costs incurred during the Third Quarter of 2021, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $19,211.99 to resolve all fees and costs incurred during the Third Quarter of 2021, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

1    The parties agree to the payment of $287,617.48 to resolve all fees and costs

2 incurred during the Third Quarter of 2021, for litigation activities in the appeal of the RJD

3 Order, Ninth Circuit Court of Appeal Case No. 20-16921.  Attached hereto as **Exhibit E**

4 are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to

5 by the parties to settle these claims.

6    IT IS HEREBY ORDERED that the amounts set forth above are due and

7 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

8 and costs will run from November 29, 2021, accruing at the rate provided by 28 U.S.C.

9 § 1961.

10

11

12 DATED:   December 27, 2021

Claudia Wilken
United States District Judge

13

14

15

16 APPROVED AS TO FORM:

17

18   DATED: December 22, 2021          /s/Trace O. Maiorino

19                                    Trace O. Maiorino
                                     Deputy Attorney General
20                                    Attorney for Defendants

21

22

23   DATED:  December 22, 2021         /s/ Gay Crosthwait Grunfeld

                                     Gay Crosthwait Grunfeld
24                                    Rosen Bien Galvan & Grunfeld LLP
                                     Attorney for Plaintiffs

25

26

27

28

[3839770.1]   [PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER 2021

# EXHIBIT A

## <u>Armstrong v. Newsom</u>
**Third Quarterly Statement of 2021**
**July 1, 2021 through September 30, 2021**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $1,599,364.59 | $29,845.44 |
| | **TOTAL UNDISPUTED:** | **$1,629,210.03** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
Matter: CDCR/AOAP Monitoring/Merits

| _Monitoring (581-3)_ | Actual Hours | Claimed Hours | 2021 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 19.20 | 14.90 | $1,200 | $17,880.00 | $17,209.50 |
| Gay C. Grunfeld (GCG) | 58.20 | 58.00 | $925 | $53,650.00 | $51,638.13 |
| Ernest Galvan (EG) | 1.3 | 0 | $875 | $0.00 | $0.00 |
| Lisa Ells (LAE) | 0.20 | 0.00 | $775 | $0.00 | $0.00 |
| Penny Godbold (PG) | 319.50 | 319.50 | $750 | $239,625.00 | $230,639.06 |
| Thomas Nolan (TN) | 111.10 | 109.20 | $775 | $84,630.00 | $81,456.38 |
| Michael L. Freedman (MLF) | 60.40 | 59.70 | $675 | $40,297.50 | $38,786.34 |
| Ben Bien-Kahn (BBK) | 34.90 | 30.60 | $650 | $19,890.00 | $19,144.13 |
| Caroline E. Jackson (CEJ) | 192.30 | 185.50 | $575 | $106,662.50 | $102,662.66 |
| Michael S. Nunez (MSN) | 98.80 | 44.80 | $575 | $25,760.00 | $24,794.00 |
| Mark Shinn-Krantz (MSK) | 1.60 | 0.00 | $500 | $0.00 | $0.00 |
| Priyah Kaul (PK) | 51.60 | 51.60 | $485 | $25,026.00 | $24,087.53 |
| Amy Xu (AX) | 0.70 | 0.00 | $485 | $0.00 | $0.00 |
| Eric Monek Anderson (EMA) | 74.30 | 68.60 | $425 | $29,155.00 | $28,061.69 |
| Rekha Arulanantham (REA) | 19.10 | 18.30 | $425 | $7,777.50 | $7,485.84 |
| Adrienne Harrold (AH) | 26.90 | 24.10 | $350 | $8,435.00 | $8,118.69 |
| Karen Stilber (KES) | 67.20 | 67.20 | $375 | $25,200.00 | $24,255.00 |
| Linda Woo (LHW) | 1.70 | 0.00 | $375 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 4.40 | 0.00 | $345 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 5.70 | 0.00 | $345 | $0.00 | $0.00 |
| Nathalie Welch (NW) | 7.10 | 6.60 | $275 | $1,815.00 | $1,746.94 |
| Jack Gleiberman (JG) | 256.80 | 256.30 | $275 | $70,482.50 | $67,839.41 |
| Ellinor Heywood (EH) | 109.30 | 107.40 | $275 | $29,535.00 | $28,427.44 |
| Heather Gans (HG) | 95.90 | 89.90 | $275 | $24,722.50 | $23,795.41 |
| Fely F. Villadelgado (FFV) | 118.50 | 0.00 | $275 | $0.00 | $0.00 |
| Rebecca Berman (RB) | 9.10 | 9.10 | $275 | $2,502.50 | $2,408.66 |
| Ericka Zheng (EZ) | 20.00 | 20.00 | $275 | $5,500.00 | $5,293.75 |
| Raynor Bond-Ashpole (RBA) | 8.60 | 8.40 | $240 | $2,016.00 | $1,940.40 |
| Ellen T. Brancart (ETB) | 21.60 | 19.60 | $240 | $4,704.00 | $4,527.60 |
| Sarah A. Corkcum (SAC) | 47.70 | 34.00 | $240 | $8,160.00 | $7,854.00 |
| Mateo Olvera-Sandoval (MOS) | 88.80 | 58.30 | $240 | $13,992.00 | $13,467.30 |
| Adam Dean (AD) | 331.80 | 324.60 | $240 | $77,904.00 | $74,982.60 |
| Total Hours: | **2,264.30** | **1,986.20** | | | |
| **RBGG CLAIMED FEES:** | | | | **$925,322.00** | **$890,622.43** |
| | | | | | |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 14.00 | 14.00 | $995 | $13,930.00 | $13,407.63 |
| Sara Norman (SN) | 0.40 | 0.40 | $850 | $340.00 | $327.25 |
| Rita Lomio (RL) | 215.30 | 215.30 | $675 | $145,327.50 | $139,877.72 |
| Margot Mendelson (MM) | 89.20 | 89.20 | $650 | $57,980.00 | $55,805.75 |
| Laura Bixby (LB) | 66.70 | 66.70 | $500 | $33,350.00 | $32,099.38 |
| Patrick Booth (PB) | 116.60 | 116.60 | $380 | $44,308.00 | $42,646.45 |
| Jacob Hutt (JH) | 259.20 | 259.20 | $425 | $110,160.00 | $106,029.00 |
| Amber Norris (AN) | 99.30 | 99.30 | $375 | $37,237.50 | $35,841.09 |
| Tania Amarillas (TA) | 102.90 | 102.90 | $350 | $36,015.00 | $34,664.44 |
| Tovah Anna Ackerman (TAA) | 218.90 | 218.90 | $325 | $71,142.50 | $68,474.66 |
| Gabriela Pelsinger (GP) | 187.60 | 187.60 | $325 | $60,970.00 | $58,683.63 |
| Eva Amarillas-Diaz (EAD) | 9.60 | 9.60 | $300 | $2,880.00 | $2,772.00 |
| Skye Lovett (SL) | 142.90 | 142.90 | $300 | $42,870.00 | $41,262.38 |
| Sophie Mishara (SM) | 15.40 | 15.40 | $300 | $4,620.00 | $4,446.75 |
| Alondra Diaz-Saavedra | 22.70 | 22.70 | $300 | $6,810.00 | $6,554.63 |
| Heaven Strouse (HS) | 38.40 | 38.40 | $300 | $11,520.00 | $11,088.00 |
| Ilian Meza Pena (IP) | 13.70 | 13.70 | $300 | $4,110.00 | $3,955.88 |
| Jordan Payne (JP) | 71.50 | 71.50 | $300 | $21,450.00 | $20,645.63 |
| Juliette Mueller (JM) | 35.00 | 35.00 | $300 | $10,500.00 | $10,106.25 |
| Maya Kiefer (MK) | 1.00 | 1.00 | $300 | $300.00 | $288.75 |
| Michael Brodheim (MB) | 44.00 | 44.00 | $300 | $13,200.00 | $12,705.00 |
| Nikayla Johnson (NJ) | 22.3 | 22.30 | $300 | $6,690.00 | $6,439.13 |
| Total Hours: | **1,786.60** | **1,786.60** | | | |
| **PLO CLAIMED FEES:** | | | | **$735,710.50** | **$708,121.36** |
| | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LK) | 0.40 | 0.40 | $900 | $360.00 | $346.50 |
| Case Clerk (H. Min) | 1.50 | 1.50 | $190 | $285.00 | $274.31 |
| Total Hours: | **1.90** | **1.90** | | | |
| **DREDF CLAIMED FEES:** | | | | **$645.00** | **$620.81** |
| | | | | | |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | **$1,661,677.50** | **$1,599,364.59** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
**Costs**

## Matter:  CDCR/AOAP Merits/Monitoring

|  | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $727.20 | $699.93 |
| Photocopying/printing (Outside) | $3,064.23 | $2,949.32 |
| Discovery service Relativity hosting and processing (RJD production database - July) | $2,951.80 | $2,841.11 |
| Professional services - expert/consultant fees | $6,688.00 | $6,437.20 |
| Interpreting/SLI | $300.00 | $288.75 |
| Online Research - PACER, Westlaw | $449.68 | $432.82 |
| Postage & Delivery | $1,094.21 | $1,053.18 |
| Telephone | $6.50 | $6.26 |
| Travel - Mileage, Tolls, Food | $8,559.27 | $8,238.30 |
| **Total RBGG Costs:** | **$23,840.89** | **$22,946.86** |
| | | |
| **Prison Law Office** | | |
| Interpreting/SLI/Translation services | $2,723.13 | $2,621.01 |
| Travel - Mileage, Tolls, Food | $3,875.03 | $3,729.72 |
| Postage & Delivery | $1,073.88 | $1,033.61 |
| **Subtotal PLO Costs:** | **$7,672.04** | **$7,384.34** |
| | -596.64 | -596.64 |
| **Total PLO Costs** | **$7,075.40** | **$6,787.70** |
| | | |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $96.00 | $92.40 |
| Postage & Delivery | $19.20 | $18.48 |
| **Total DREDF Costs:** | **$115.20** | **$110.88** |
| | | |
| **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$31,031.49** | **$29,845.44** |

# EXHIBIT B

## Armstrong v. Newsom
**Third Quarterly Statement of 2021**
**July 1, 2021 through September 30, 2021**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|--------|-----------------|------------------|
| BPH | $51,274.30 | $12.31 |

**TOTAL UNDISPUTED:** **$51,286.61**

**Armstrong v. Newsom**
Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
*Matter: BPH*

| BPH (581-4) | | Actual | Claimed | 2021 | | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | | | | | Based on Negotiated |
| | | Hours | Hours | Rates | Total | Compromise |
| **BPH MONITORING (581-4)** | | | | | | |
| | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 3.4 | 3.4 | $925 | $3,145.00 | $3,027.06 |
| Thomas Nolan (TN) | | 26.00 | 24.10 | $775 | $18,677.50 | $17,977.09 |
| Penny Godbold (PG) | | 5.50 | 5.50 | $750 | $4,125.00 | $3,970.31 |
| Caroline E. Jackson (CEJ) | | 14.90 | 13.40 | $575 | $7,705.00 | $7,416.06 |
| Benjamin Bien-Kahn (BBK) | | 0.10 | 0.00 | $650 | $0.00 | $0.00 |
| Rekha Arunlanatham | | 0.10 | 0.00 | $425 | $0.00 | $0.00 |
| Ellinor Heywood (EH) | | 0.90 | 0.00 | $275 | $0.00 | $0.00 |
| Jack Gleiberman (JRG) | | 3.50 | 3.50 | $275 | $962.50 | $926.41 |
| Adam Dean (AD) | | 8.80 | 8.80 | $240 | $2,112.00 | $2,032.80 |
| Mateo Olvera-Sandoval (MOS) | | 11.00 | 9.00 | $240 | $2,160.00 | $2,079.00 |
| Heather Gans (HG) | | 1.60 | 0.00 | $275 | $0.00 | $0.00 |
| | Total Hours: | **75.80** | **67.70** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$38,887.00** | **$37,428.74** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 0.60 | 0.60 | $850 | $510.00 | $490.88 |
| Rita Lomio (RL) | | 1.20 | 1.20 | $675 | $810.00 | $779.63 |
| Rana Anabtawi (RA) | | 20.10 | 20.10 | $650 | $13,065.00 | $12,575.06 |
| | Total Hours: | **21.90** | **21.90** | | | |
| **PLO CLAIMED FEES:** | | | | | **$14,385.00** | **$13,845.56** |
| | | | | | | |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$53,272.00** | **$51,274.30** |

<u>**Armstrong v. Newsom**</u>
Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
<u>Costs</u>

*Matter: BPH*

| Rosen, Bien, Galvan & Grunfeld (581-4) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying (In house) | $8.00 | $7.70 |
| Postage and delivery | $4.79 | $4.61 |
| **Total RBGG Costs:** | **$12.79** | **$12.31** |
| **TOTAL BPH COSTS:** | **$12.79** | **$12.31** |

.

# EXHIBIT C

## <u>Armstrong v. Newsom</u>
**Third Quarterly Statement of 2021**
**July 1, 2021 through September 30, 2021**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| DAPO MONITORING | $268,545.68 | $4,098.13 |
| **TOTAL UNDISPUTED:** | **$272,643.81** | |

**Armstrong v. Newsom**
Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | | Actual Hours | Claimed Hours | 2021 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 4.30 | 4.20 | $1,200 | $5,040.00 | $4,851.00 |
| Gay C. Grunfeld (GCG) | | 12.10 | 12.10 | $925 | $11,192.50 | $10,772.78 |
| Ernest Galvan (EG) | | 1.40 | 0.00 | $875 | $0.00 | $0.00 |
| Penny Godbold (PG) | | 17.20 | 17.20 | $750 | $12,900.00 | $12,416.25 |
| Thomas Nolan (TN) | | 47.70 | 47.20 | $775 | $36,580.00 | $35,208.25 |
| Benjamin Bien-Kahn (BBK) | | 138.10 | 131.40 | $650 | $85,410.00 | $82,207.13 |
| Caroline E. Jackson (CEJ) | | 37.80 | 35.90 | $575 | $20,642.50 | $19,868.41 |
| Michael S Nunez (MSN) | | 12.20 | 0.00 | $575 | $0.00 | $0.00 |
| Priyah Kaul (PK) | | 39.10 | 39.10 | $485 | $18,963.50 | $18,252.37 |
| Eric Monek Anderson (EMA) | | 1.50 | 0.00 | $425 | $0.00 | $0.00 |
| Rekha Arulanantham (REA) | | 10.40 | 10.00 | $425 | $4,250.00 | $4,090.63 |
| Adrienne Harrold (AH) | | 31.10 | 30.30 | $350 | $10,605.00 | $10,207.31 |
| Karen Stilber (KES) | | 0.30 | 0.00 | $375 | $0.00 | $0.00 |
| Linda Woo (LW) | | 0.50 | 0.00 | $375 | $0.00 | $0.00 |
| Gregorio Gonzalez (GZG) | | 0.30 | 0.00 | $345 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | | 250.90 | 240.30 | $275 | $66,082.50 | $63,604.41 |
| Ellinor Heywood (EH) | | 1.60 | 0.00 | $275 | $0.00 | $0.00 |
| Heather Gans (HG) | | 14.80 | 14.80 | $275 | $4,070.00 | $3,917.38 |
| Jack Gleiberman (JG) | | 11.90 | 11.90 | $275 | $3,272.50 | $3,149.78 |
| Adam Dean (AD) | | 1.60 | 0.00 | $240 | $0.00 | $0.00 |
| | Total Hours: | 634.80 | 594.40 | | | |
| **RBGG CLAIMED FEES:** | | | | | $279,008.50 | $268,545.68 |
| **TOTAL FEES FOR DAPO MONITORING WORK:** | | | | | $279,008.50 | $268,545.68 |

**Armstrong v. Newsom**
Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
Costs

*Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $329.60 | $317.24 |
| Photocopying (outside) | $34.26 | $32.98 |
| Westlaw | $34.11 | $32.83 |
| Postage & Delivery | $302.58 | $291.23 |
| Consultant/expert fees | $3,500.00 | $3,368.75 |
| Long distance and videophone charges | $14.25 | $13.72 |
| Travel - Mileage, Tolls, Food | $43.00 | $41.39 |
| **Total RBGG Costs:** | **$4,257.80** | **$4,098.13** |
| **TOTAL DAPO MONITORING COSTS:** | **$4,257.80** | **$4,098.13** |

# EXHIBIT D

## <u>Armstrong v. Newsom</u>
**Third Quarterly Statement of 2021**
**July 1, 2021 through September 30, 2021**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $19,175.41 | $36.58 |
|  | **TOTAL UNDISPUTED:** | **$19,211.99** |

### Armstrong v. Newsom
Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
*Matter: All Matters Fees Work*

| _Fees (581-2)_ | | Actual | Claimed | 2021 | | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 13.10 | 12.50 | $925 | $11,562.50 | $11,128.91 |
| Karen E. Stilber (KES) | | 11.60 | 11.60 | $375 | $4,350.00 | $4,186.88 |
| | **Total Hours:** | **24.70** | **24.10** | | | |
| **RBGG CLAIMED FEES:** | | | | | **$15,912.50** | **$15,315.78** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 1.60 | 1.60 | $675 | $1,080.00 | $1,039.50 |
| Margot Mendelson (MKM) | | 1.00 | 1.00 | $650 | $650.00 | $625.63 |
| Ashley Kirby (AK) | | 6.50 | 6.50 | $240 | $1,560.00 | $1,501.50 |
| | **Total Hours:** | **9.10** | **9.10** | | | |
| **PLO CLAIMED FEES:** | | | | | **$3,290.00** | **$3,166.63** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.8 | 0.8 | $900 | $720.00 | $693.00 |
| | **Total Hours:** | **0.80** | **0.80** | | | |
| **DREDF CLAIMED FEES:** | | | | | **$720.00** | **$693.00** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$19,922.50** | **$19,175.41** |

<u>**Armstrong v. Newsom**</u>
Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
<u>Costs</u>

## *Matter: Fees Work in All Matters*

| <u>Rosen, Bien, Galvan & Grunfeld (581-2)</u> | <u>Costs</u> | <u>Costs Now Owing Based on Negotiated Compromise</u> |
|---|---|---|
| Photocopying and Printing (in-house) | $21.40 | $20.60 |
| Postage & Delivery | $16.61 | $15.99 |
| **Total RBGG Costs:** | **$38.01** | **$36.58** |
| **TOTAL FEES WORK COSTS :** | **$38.01** | **$36.58** |

# EXHIBIT E

## Armstrong v. Newsom
### Third Quarterly Statement of 2021
### July 1, 2021 through September 30, 2021

## APPEAL OF RJD ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| APPEAL OF RJD ORDER | $287,025.20 | $592.28 |

**TOTAL UNDISPUTED:** **$287,617.48**

Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
*Matter: Appeal of RJD Order*

| Fees (581-19) | Actual Hours | Claimed Hours | 2021 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 11.9 | 11.9 | $1,200 | $14,280 | $13,744.50 |
| Gay C. Grunfeld (GCG) | 26.40 | 26.40 | $925 | $24,420.00 | $23,504.25 |
| Ernest Galvan (EG) | 0.20 | 0.00 | $875 | $0.00 | $0.00 |
| Penny M. Godbold (PG) | 3.00 | 3.00 | $750 | $2,250.00 | $2,165.63 |
| Michael L. Freedman (MLF) | 218.10 | 218.10 | $675 | $147,217.50 | $141,696.84 |
| Jessica L. Winter (JW) | 0.10 | 0.00 | $515 | $0.00 | $0.00 |
| Priyah Kaul (PK) | 10.30 | 10.30 | $485 | $4,995.50 | $4,808.17 |
| Adrienne Harrold (AH) | 191.00 | 191.00 | $350 | $66,850.00 | $64,343.13 |
| Jack Gleiberman (JB) | 14.40 | 14.40 | $275 | $3,960.00 | $3,811.50 |
| Karen E. Stilber (KES) | 32.40 | 32.40 | $375 | $12,150.00 | $11,694.38 |
| **RBGG Claimed Fees:** | **495.90** | **495.60** | | **$276,123.00** | **$265,768.39** |
| | | | | | |
| **KIRKLAND & ELLIS** | | | | | |
| Paul D. Clement | 1.50 | 1.50 | $1,895 | $2,843 | $2,735.91 |
| Erin E. Murphy | 1.00 | 1.00 | $1,495 | $1,495 | $1,438.94 |
| Harker Rhodes | 15.50 | 15.50 | $1,145 | $17,747.50 | $17,081.97 |
| **Kirkland & Ellis Claimed Fees:** | **18.00** | **18.00** | | **$22,085.00** | **$21,256.81** |
| | | | | | |
| **TOTAL FEES FOR APPEAL OF RJD ORDER:** | | | | **$298,208.00** | **$287,025.20** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2021
July 1, 2021 through September 30, 2021
**Costs**

## *Matter: Appeal of RJD Order*

| Rosen, Bien, Galvan & Grunfeld (581-19) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Telephone | $1.05 | $1.01 |
| Research - Pacer and Westlaw | $614.31 | $591.27 |
| **Total RBGG Costs:** | **$615.36** | **$592.28** |

.