Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN C. NEWSOM, et al., <br><br> Defendants. | Case No.  C 94-2307 CW <br><br> **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated January 20th, 2022.

Dated: January 26th, 2022                                  Respectfully submitted,


                                                                                    /s/
                                                                     EDWARD W. SWANSON
                                                                     Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated January 20th, 2022.

Dated: 1/26/2022

_____
HON. CLAUDIA WILKEN
United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

January 20, 2022

Invoice # 30894

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2021 | AAB | Review of RVR documents. | 0.40<br>350.00/hr | 140.00 |
|  | AAB | Review of materials re RVR and SATF issues. | 1.30<br>350.00/hr | 455.00 |
| 12/3/2021 | EWS | Conference with A. Barron.  Email with counsel. | 0.20<br>750.00/hr | 150.00 |
|  | EWS | Conference with outside expert. | 0.50<br>750.00/hr | 375.00 |
| 12/5/2021 | EWS | Review information from parties.  Confer with A. Gugelmann. | 0.20<br>750.00/hr | 150.00 |
| 12/6/2021 | AAB | Meeting with E. Swanson. | 0.60<br>350.00/hr | 210.00 |
|  | EWS | Review parties' filings.  Confer with court. | 1.20<br>750.00/hr | 900.00 |
|  | EWS | Conference with A. Gugelmann. | 0.20<br>750.00/hr | 150.00 |
|  | EWS | Conference with A. Barron. | 0.70<br>750.00/hr | 525.00 |
| 12/7/2021 | AAB | Review of Bobb murder file. | 1.30<br>350.00/hr | 455.00 |
|  | APG | Review material from parties and questions from court.  Email E Swanson | 1.40<br>650.00/hr | 910.00 |

Armstrong                                                                             Page    2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/7/2021 | EWS | Conference with A. Gugelmann. Email to court. | 0.30 750.00/hr | 225.00 |
| | EWS | Review correspondence from counsel. | 0.20 750.00/hr | 150.00 |
| | EWS | Conference with A. Gugelmann. | 0.20 750.00/hr | 150.00 |
| | EWS | Conference with court. | 0.30 750.00/hr | 225.00 |
| | EWS | Conference with A. Gugelmann. | 0.40 750.00/hr | 300.00 |
| 12/8/2021 | AAB | Review of SATF murder report. | 1.10 350.00/hr | 385.00 |
| | AAB | Review of RVR materials. | 0.70 350.00/hr | 245.00 |
| | EWS | Review material in advance of meeting on RVR. | 0.30 750.00/hr | 225.00 |
| | EWS | Phone call with counsel. | 0.30 750.00/hr | 225.00 |
| 12/9/2021 | AAB | Meeting with parties. | 1.20 350.00/hr | 420.00 |
| | AAB | Review of new SATF materials. | 2.90 350.00/hr | 1,015.00 |
| | AAB | Phone call with E. Swanson. | 0.30 350.00/hr | 105.00 |
| | EWS | Conference with A. Gugelmann. | 0.10 750.00/hr | 75.00 |
| | EWS | Phone call with A. Barron. | 0.40 750.00/hr | 300.00 |
| | EWS | Review material in advance of RVR meeting. | 0.90 750.00/hr | 675.00 |
| | EWS | Conference with counsel re RVRs. | 1.10 750.00/hr | 825.00 |
| 12/10/2021 | EWS | Conference with A. Gugelmann. | 0.20 750.00/hr | 150.00 |
| | EWS | Conference with counsel. Confer with A. Gugelmann. | 0.40 750.00/hr | 300.00 |

Armstrong                                                                                                                   Page      3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/10/2021 | APG | Conferences with E Swanson | 0.30<br>650.00/hr | 195.00 |
|  | EWS | Phone call from counsel. | 0.10<br>750.00/hr | 75.00 |
| 12/11/2021 | EWS | Review and respond to email from A. Gugelmann. | 0.20<br>750.00/hr | 150.00 |
|  | APG | Review new draft regulations re timeline for implementation; email E Swanson | 0.40<br>650.00/hr | 260.00 |
|  | EWS | Review correspondence from plaintiffs' counsel. | 0.30<br>750.00/hr | 225.00 |
| 12/12/2021 | EWS | Review correspondence from parties. | 0.20<br>750.00/hr | 150.00 |
| 12/13/2021 | AAB | Phone call with E. Swanson. | 0.10<br>350.00/hr | 35.00 |
|  | AAB | Review of Plaintiff's submission re SATF. | 0.70<br>350.00/hr | 245.00 |
|  | EWS | Review correspondence from plaintiffs, court order. | 0.40<br>750.00/hr | 300.00 |
|  | EWS | Review court order, material from coordinating committee. | 0.40<br>750.00/hr | 300.00 |
|  | EWS | Conference with A. Gugelmann. | 0.20<br>750.00/hr | 150.00 |
|  | EWS | Conference with A. Barron. | 0.10<br>750.00/hr | 75.00 |
| 12/14/2021 | AAB | Review of Plaintiff's submission re SATF. | 3.00<br>350.00/hr | 1,050.00 |
|  | AAB | Review of CDCR response re SATF. | 0.80<br>350.00/hr | 280.00 |
|  | APG | Review order on remedial plan | 0.50<br>650.00/hr | 325.00 |
|  | EWS | Conference with A. Gugelmann.  Email to parties.  Review information from parties. | 1.00<br>750.00/hr | 750.00 |
|  | EWS | Conference with A. Barron. | 0.20<br>750.00/hr | 150.00 |
|  | EWS | Review material for client | 0.10<br>750.00/hr | 75.00 |

Armstrong                                                                                                    Page     4

|            |     |                                                  | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------|-----------------|--------|
| 12/14/2021 | EWS | Review filing in related case.  Confer with colleagues. | 0.40<br>750.00/hr | 300.00 |
|            | APG | Conference with E Swanson                        | 0.80<br>650.00/hr | 520.00 |
| 12/15/2021 | AAB | Review of supporting materials.                  | 1.40<br>350.00/hr | 490.00 |
|            | APG | Attend court coordination meeting                | 0.80<br>650.00/hr | 520.00 |
|            | APG | Meeting with parties re implementation           | 1.10<br>650.00/hr | 715.00 |
|            | APG | Conference with E Swanson                        | 0.60<br>650.00/hr | 390.00 |
|            | EWS | Conference with court representatives.           | 0.80<br>750.00/hr | 600.00 |
|            | EWS | Conference with A. Gugelmann.                    | 0.40<br>750.00/hr | 300.00 |
|            | EWS | Review information from counsel.                 | 0.20<br>750.00/hr | 150.00 |
|            | APG | Conference with E Swanson                        | 0.20<br>650.00/hr | 130.00 |
|            | APG | Review CMC statement re RVRs                     | 0.20<br>650.00/hr | 130.00 |
|            | EWS | Conference with counsel, A. Gugelmann.           | 0.20<br>750.00/hr | 150.00 |
|            | EWS | Conference with A. Gugelmann.                    | 0.20<br>750.00/hr | 150.00 |
|            | EWS | Meeting with counsel.                            | 1.10<br>750.00/hr | 825.00 |
| 12/16/2021 | EWS | Review correspondence from counsel.              | 0.10<br>750.00/hr | 75.00  |
|            | EWS | Court hearing in Plata.                          | 0.50<br>750.00/hr | 375.00 |
|            | EWS | Conference with parties re BWC.                  | 1.00<br>750.00/hr | 750.00 |
|            | EWS | Review correspondence from counsel.              | 0.20<br>750.00/hr | 150.00 |

Armstrong                                                                                                   Page     5

|            |     |                                                                               | Hrs/Rate          | Amount  |
|------------|-----|-------------------------------------------------------------------------------|-------------------|---------|
| 12/16/2021 | EWS | Review material re SATF and confer with A. Barron.                            | 0.70<br>750.00/hr | 525.00  |
| 12/17/2021 | AAB | Review of submissions.                                                        | 0.60<br>350.00/hr | 210.00  |
|            | APG | Draft quarterly update for court                                              | 1.10<br>650.00/hr | 715.00  |
|            | EWS | Draft email to parties.                                                       | 0.20<br>750.00/hr | 150.00  |
|            | AAB | Phone call with E. Swanson.                                                   | 1.00<br>350.00/hr | 350.00  |
|            | APG | Email OIG re order                                                            | 0.10<br>650.00/hr | 65.00   |
|            | EWS | Phone call with A. Barron.                                                    | 0.90<br>750.00/hr | 675.00  |
| 12/19/2021 | EWS | Review and edit quarterly report.  Review correspondence from parties.        | 0.70<br>750.00/hr | 525.00  |
| 12/20/2021 | AAB | Meeting with parties re SATF.                                                 | 0.40<br>350.00/hr | 140.00  |
|            | EWS | Meeting with counsel.                                                         | 0.60<br>750.00/hr | 450.00  |
|            | EWS | Conference with counsel.                                                      | 0.40<br>750.00/hr | 300.00  |
|            | APG | Review edits to quarterly report                                              | 0.10<br>650.00/hr | 65.00   |
| 12/21/2021 | EWS | Draft email to A. Barron.                                                     | 0.20<br>750.00/hr | 150.00  |
|            | EWS | Review correspondence from defendants.                                        | 0.30<br>750.00/hr | 225.00  |
| 12/22/2021 | EWS | Review emails from counsel.                                                   | 0.20<br>750.00/hr | 150.00  |
| 12/23/2021 | EWS | Review filings and emails from parties.                                       | 0.20<br>750.00/hr | 150.00  |
| 12/30/2021 | EWS | Review and edit quarterly report.  Confer with A. Gugelmann.                  | 0.30<br>750.00/hr | 225.00  |
|            | EWS | Review emails from counsel.  Confer with A. Barron.                           | 0.20<br>750.00/hr | 150.00  |

Armstrong                                                                                                    Page      6

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/30/2021 EWS | Review RVR correspondence.  Email to A. Barron. | 0.30<br>750.00/hr | 225.00 |
|  | For professional services rendered | 47.00 | $27,370.00 |
|  | Previous balance |  | $16,483.30 |
|  | Accounts receivable transactions |  |  |
| 1/11/2022 | Payment - thank you. Check No. 4039326700 |  | ($16,483.30) |
|  | Total payments and adjustments |  | ($16,483.30) |
|  | Balance due |  | $27,370.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Audrey Barron - Associate | 17.80 | 350.00 | $6,230.00 |
| August P. Gugelmann - Partner | 7.60 | 650.00 | $4,940.00 |
| Edward W. Swanson - Partner | 21.60 | 750.00 | $16,200.00 |