IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN C. NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 94-cv-02307 CW<br><br>**ORDER REGARDING LETTER FILED *IN PROPRIA PERSONA***<br><br>(Dkt. No. 3376) |

　　　　The above-titled case is a class action, with attorneys representing the class. Mario Gonzalez, an inmate at California State Prison, Los Angeles County, has submitted under the caption of this case a letter in which he alleges that prison staff retaliated against him for speaking with attorneys representing the class in violation of this Court's orders. *See generally* Docket No. 3376. To the extent that Mr. Gonzalez believes that prison staff are violating his rights under the Americans with Disabilities Act or the Armstrong Remedial Plan, he may contact class counsel with respect to that issue. The Court does not entertain requests by class members filed *in propria persona*.

　　　　IT IS SO ORDERED.

Dated: February 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge