United States District Court
Northern District of California

1

2

3          IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    JOHN ARMSTRONG, et al.,                    Case No. 94-cv-02307 CW

7              Plaintiffs,                      **ORDER REGARDING LETTER FILED**
                                                ***IN PROPRIA PERSONA***
8         v.
                                                (Dkt. No. 3378)
9    GAVIN C. NEWSOM, et al.,

10             Defendants.

11

12        The above-titled case is a class action, with attorneys representing the class.  Mychal Reed,

13   an inmate at Richard J. Donovan Correctional Facility, has submitted under the caption of this

14   case a letter in which alleges that prison staff retaliated against him for providing assistance to

15   attorneys representing the class.  *See generally* Docket No. 3378.  To the extent that Mr. Reed

16   believes that prison staff are violating his rights under the Americans with Disabilities Act or the

17   Armstrong Remedial Plan, he may contact class counsel with respect to that issue.  The Court does

18   not entertain requests by class members filed *in propria persona*.

19        IT IS SO ORDERED.

20   Dated: February 24, 2022

                                                _____
21                                              CLAUDIA WILKEN
                                                United States District Judge
22

23

24

25

26

27

28