IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN C. NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 94-cv-02307 CW<br><br>**ORDER REGARDING LETTER FILED** ***IN PROPRIA PERSONA***<br><br>(Dkt. No. 3381) |

　　　The above-titled case is a class action, with attorneys representing the class. Vernon Grant, an inmate at Kern Valley State Prison, has submitted under the caption of this case a letter in which he requests that the Court provide him with information as to how video footage taken pursuant to the Five Prisons Remedial Plan can be used and obtained by inmates who have received rules violation reports. *See generally* Docket No. 3381. To the extent that Mr. Grant is a member of the class and he has questions about his rights under the Five Prisons Remedial Plan, he may contact class counsel with respect to that issue. The Court does not entertain requests by class members filed *in propria persona*.

　　　IT IS SO ORDERED.

Dated: February 24, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge