Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN C. NEWSOM, et al., <br><br> Defendants. | Case No. C 94-2307 CW <br><br> **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated February 24th, 2022.

Dated: February 25th, 2022                                     Respectfully submitted,

                                                                                        /s/
                                                                    EDWARD W. SWANSON
                                                                    Court Expert

## ORDER

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated February 24th, 2022.

Dated: 2/28/2022

*[signature: Claudia Wilken]*

HON. CLAUDIA WILKEN

United States District Court

2

**Admin. Motion and [Proposed] Order for Payment**
*John Armstrong, et al., v. Gavin C. Newsom, et al.*, C 94-2307 CW

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

February 24, 2022

Invoice # 30959

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/1/2022 | EWS | Review emails from CDCR. | 0.20<br>750.00/hr | 150.00 |
|  | EWS | Review correspondence from counsel. | 0.20<br>750.00/hr | 150.00 |
| 1/2/2022 | EWS | Review reports and letters from plaintiffs; confer with colleagues. | 0.70<br>750.00/hr | 525.00 |
| 1/3/2022 | APG | Review material from parties | 0.40<br>650.00/hr | 260.00 |
| 1/4/2022 | AAB | Meeting with E. Swanson. | 0.70<br>350.00/hr | 245.00 |
|  | EWS | Conference with A. Barron. | 0.70<br>750.00/hr | 525.00 |
|  | EWS | Review filings in related case, email from counsel. | 0.40<br>750.00/hr | 300.00 |
| 1/5/2022 | AAB | Review of additional materials from CDCR and outlining issues. | 1.20<br>350.00/hr | 420.00 |
|  | EWS | Review filings in related case. Review emails from parties. | 0.40<br>750.00/hr | 300.00 |
|  | APG | Review Coleman filing | 0.20<br>650.00/hr | 130.00 |
| 1/6/2022 | AAB | Review of material related to SATF. | 2.80<br>350.00/hr | 980.00 |

|            |     |                                                                                 | Hrs/Rate         | Amount |
|------------|-----|---------------------------------------------------------------------------------|------------------|--------|
| 1/6/2022   | AAB | Drafting outline of issues and email to E. Swanson.                             | 1.40<br>350.00/hr | 490.00 |
|            | APG | Review correspondence from parties                                              | 0.30<br>650.00/hr | 195.00 |
|            | EWS | Review material in advance of calls with counsel. Review filing in related case. | 0.60<br>750.00/hr | 450.00 |
|            | EWS | Review outline of issue for calls with parties.                                 | 0.20<br>750.00/hr | 150.00 |
| 1/7/2022   | AAB | Phone call with E. Swanson.                                                     | 0.50<br>350.00/hr | 175.00 |
|            | AAB | Conference with plaintiffs.                                                     | 1.00<br>350.00/hr | 350.00 |
|            | APG | Conference with Ed Swanson. Meeting with parties re investigation tool and IAI  | 1.00<br>650.00/hr | 650.00 |
|            | APG | Meeting with parties re EWS                                                     | 1.10<br>650.00/hr | 715.00 |
|            | EWS | Review material in advance of calls. Confer with A. Barron.                     | 0.90<br>750.00/hr | 675.00 |
|            | EWS | Conference with plaintiffs' counsel.                                            | 1.00<br>750.00/hr | 750.00 |
|            | EWS | Review emails to counsel.                                                       | 0.20<br>750.00/hr | 150.00 |
|            | EWS | Conference with parties re investigations.                                      | 0.70<br>750.00/hr | 525.00 |
|            | EWS | Meeting with counsel re EWS.                                                    | 1.00<br>750.00/hr | 750.00 |
|            | EWS | Review and respond to emails from counsel.                                      | 0.20<br>750.00/hr | 150.00 |
|            | EWS | Conference with A. Gugelmann.                                                   | 0.30<br>750.00/hr | 225.00 |
|            | EWS | Phone call with CDCR counsel re SATF.                                           | 0.80<br>750.00/hr | 600.00 |
| 1/10/2022  | EWS | Review correspondence from counsel. Email to counsel.                           | 0.30<br>750.00/hr | 225.00 |
| 1/11/2022  | AAB | Phone call with E. Swanson.                                                     | 0.30<br>350.00/hr | 105.00 |

|            |     |                                                                          | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------|-----------------|--------|
| 1/11/2022  | AAB | Preparation for meeting with parties.                                    | 0.40 350.00/hr  | 140.00 |
|            | AAB | Conference with all parties regarding SATF investigation.                | 1.00 350.00/hr  | 350.00 |
|            | EWS | Preparation for meeting with counsel. Confer with A. Barron.             | 0.20 750.00/hr  | 150.00 |
|            | EWS | Review and respond to emails from counsel re SATF.                       | 0.30 750.00/hr  | 225.00 |
|            | EWS | Conference with A. Barron.                                               | 0.30 750.00/hr  | 225.00 |
|            | EWS | Conference with counsel re SATF.                                         | 1.00 750.00/hr  | 750.00 |
| 1/12/2022  | AAB | Review of additional materials from CDCR.                                | 1.40 350.00/hr  | 490.00 |
|            | AAB | Phone call with E. Swanson.                                              | 0.30 350.00/hr  | 105.00 |
|            | APG | Review budget information. Meeting with parties                          | 1.30 650.00/hr  | 845.00 |
|            | EWS | Conference with parties re budget, roll-out of investigation process.    | 1.00 750.00/hr  | 750.00 |
|            | EWS | Conference with A. Barron.                                               | 0.30 750.00/hr  | 225.00 |
|            | EWS | Phone call with counsel.                                                 | 0.50 750.00/hr  | 375.00 |
| 1/13/2022  | AAB | Review of materials from CDCR.                                           | 0.90 350.00/hr  | 315.00 |
|            | AAB | Conference with E. Swanson.                                              | 0.50 350.00/hr  | 175.00 |
|            | EWS | Conference with A. Barron.                                               | 0.50 750.00/hr  | 375.00 |
|            | EWS | Review and respond to emails from counsel.                               | 0.20 750.00/hr  | 150.00 |
| 1/14/2022  | AAB | Review of materials from CDCR and editing outline.                       | 1.20 350.00/hr  | 420.00 |
|            | AAB | Meeting with S. Norman.                                                  | 0.80 350.00/hr  | 280.00 |

|            |     |                                                              | Hrs/Rate        | Amount   |
|------------|-----|--------------------------------------------------------------|-----------------|----------|
| 1/14/2022  | EWS | Conference with counsel re interviews.                       | 0.80 750.00/hr  | 600.00   |
|            | EWS | Review correspondence from counsel.                          | 0.20 750.00/hr  | 150.00   |
|            | EWS | Review and respond to emails from counsel.                   | 0.20 750.00/hr  | 150.00   |
| 1/15/2022  | EWS | Review reports from plaintiffs.  Confer with colleagues.     | 0.30 750.00/hr  | 225.00   |
| 1/16/2022  | EWS | Review correspondence from counsel.                          | 0.20 750.00/hr  | 150.00   |
| 1/17/2022  | EWS | Review correspondence from plaintiffs.                       | 0.20 750.00/hr  | 150.00   |
| 1/18/2022  | AAB | Review of materials from CDCR.                               | 1.30 350.00/hr  | 455.00   |
|            | APG | Meeting with parties re remedial plan                        | 1.20 650.00/hr  | 780.00   |
|            | EWS | Conference with parties re roll-out.                         | 1.00 750.00/hr  | 750.00   |
|            | EWS | Review CMC statement.                                        | 0.30 750.00/hr  | 225.00   |
|            | APG | Conference with E Swanson                                    | 0.20 650.00/hr  | 130.00   |
|            | EWS | Conference with A. Gugelmann.  Review notes from meeting.    | 0.20 750.00/hr  | 150.00   |
| 1/19/2022  | AAB | Review of additional materials from parties; revising outline. | 3.20 350.00/hr | 1,120.00 |
|            | AAB | Revising issues outline.                                     | 1.20 350.00/hr  | 420.00   |
|            | AAB | Drafting survey to class members.                            | 1.00 350.00/hr  | 350.00   |
|            | APG | Review draft stipulation re implementation.  Email E Swanson | 0.20 650.00/hr  | 130.00   |
|            | EWS | Review and respond to email from counsel.                    | 0.20 750.00/hr  | 150.00   |
|            | EWS | Review correspondence in Armstrong, filing in Plata.         | 0.50 750.00/hr  | 375.00   |

|            |     |                                                              | Hrs/Rate        | Amount   |
|------------|-----|--------------------------------------------------------------|-----------------|----------|
| 1/20/2022  | APG | Meeting with parties                                         | 0.50 700.00/hr  | 350.00   |
|            | APG | Conference with E Swanson.                                   | 0.20 700.00/hr  | 140.00   |
|            | EWS | Conference with A. Barron.                                   | 0.20 825.00/hr  | 165.00   |
|            | AAB | Conference with E. Swanson.                                  | 0.10 550.00/hr  | 55.00    |
|            | APG | Conference with E Swanson.                                   | 0.20 700.00/hr  | 140.00   |
|            | EWS | Preparation for meeting with counsel.                        | 0.20 825.00/hr  | 165.00   |
|            | EWS | Meeting with counsel. Confer with A. Gugelmann.              | 0.60 825.00/hr  | 495.00   |
| 1/21/2022  | AAB | Review of Plaintiffs' second submission and revising outline.| 0.70 550.00/hr  | 385.00   |
|            | AAB | Conference with E. Swanson.                                  | 1.50 550.00/hr  | 825.00   |
|            | AAB | Review of edits from plaintiff's counsel to surveys.         | 0.10 550.00/hr  | 55.00    |
|            | AAB | Review of Ps response and editing outline.                   | 0.80 550.00/hr  | 440.00   |
|            | AAB | Revising survey.                                             | 0.20 550.00/hr  | 110.00   |
|            | EWS | Review and respond to emails from counsel re SATF, RVR issues.| 0.40 825.00/hr | 330.00   |
|            | EWS | Conference with A. Barron.                                   | 1.50 825.00/hr  | 1,237.50 |
| 1/22/2022  | EWS | Review correspondence from counsel.                          | 0.30 825.00/hr  | 247.50   |
| 1/24/2022  | AAB | Review of advocacy letter re class member.                   | 0.40 550.00/hr  | 220.00   |
|            | EWS | Review correspondence from counsel.                          | 0.20 825.00/hr  | 165.00   |
|            | EWS | Court hearing in Plata.                                      | 1.20 825.00/hr  | 990.00   |

Armstrong                                                                                     Page     6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/24/2022 | EWS | Phone call with counsel. | 0.30<br>825.00/hr | 247.50 |
| 1/25/2022 | AAB | Review of plaintiffs second letter. | 1.20<br>550.00/hr | 660.00 |
|  | AAB | Review of Ps submissions and revising investigation outline. | 2.60<br>550.00/hr | 1,430.00 |
|  | EWS | Conference with A. Gugelmann. | 0.50<br>825.00/hr | 412.50 |
|  | EWS | Meeting with counsel re remedial plan. | 1.50<br>825.00/hr | 1,237.50 |
|  | EWS | Review minutes. Email to coordinating committee. | 0.20<br>825.00/hr | 165.00 |
|  | APG | Conference with E Swanson. | 0.50<br>700.00/hr | 350.00 |
|  | APG | Meeting with parties (partial attendance) | 0.50<br>700.00/hr | 350.00 |
| 1/26/2022 | AAB | Review of materials and creating document requests. | 1.00<br>550.00/hr | 550.00 |
|  | EWS | Review filing in related case. Review correspondence from counsel. Confer with A. Barron. | 0.30<br>825.00/hr | 247.50 |
| 1/27/2022 | AAB | Review of materials and revising investigation outline. | 0.70<br>550.00/hr | 385.00 |
|  | AAB | Meet and confer [partial attendance] | 1.50<br>550.00/hr | 825.00 |
|  | AAB | Drafting document requests to parties. | 3.10<br>550.00/hr | 1,705.00 |
|  | EWS | Conference with parties - meet and confer. | 3.30<br>825.00/hr | 2,722.50 |
| 1/28/2022 | AAB | Review of comments to survey and call with E. Swanson. | 0.20<br>550.00/hr | 110.00 |
| 1/29/2022 | EWS | Review and respond to emails from parties. | 0.20<br>825.00/hr | 165.00 |
| 1/31/2022 | AAB | Review of survey edits. | 0.30<br>550.00/hr | 165.00 |
|  | AAB | Meeting with counsel. | 0.60<br>550.00/hr | 330.00 |

Armstrong                                                                                       Page      7

|            |     |                                      | Hrs/Rate          | Amount       |
|------------|-----|--------------------------------------|-------------------|--------------|
| 1/31/2022  | EWS | Meeting with A. Barron.              | 0.30 825.00/hr    | 247.50       |
|            | EWS | Meeting with parties re surveys.     | 0.70 825.00/hr    | 577.50       |
|            | EWS | Conference with client               | 0.30 825.00/hr    | 247.50       |

For professional services rendered                                       73.30        $43,765.00

Additional Charges :

| 1/22/2022 | FedEx - ship hard drive from office to A McGuigan | | 21.13 |

Total additional charges                                                               $21.13

Total amount of this bill                                                              $43,786.13

Previous balance                                                                       $27,370.00

Accounts receivable transactions

| 2/7/2022 | Payment - thank you. Check No. 4039333693 | ($27,370.00) |

Total payments and adjustments                                                         ($27,370.00)

Balance due                                                                            $43,786.13

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Audrey Barron - Associate | 15.00 | 550.00 | $8,250.00 |
| Audrey Barron - Associate | 21.10 | 350.00 | $7,385.00 |
| August P. Gugelmann - Partner | 1.90 | 700.00 | $1,330.00 |
| August P. Gugelmann - Partner | 5.90 | 650.00 | $3,835.00 |
| Edward W. Swanson - Partner | 12.20 | 825.00 | $10,065.00 |
| Edward W. Swanson - Partner | 17.20 | 750.00 | $12,900.00 |