DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:    (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | **STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2021** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Judge:   Hon. Claudia Wilken |

[3875027.1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on January 26, 2022, Plaintiffs served on Defendants their Fourth Quarterly Statement for 2021 by electronic transmission.  The parties completed their meet-and-confer process on March 11, 2022 as to the fees and costs incurred on all matters.

As a result of the March 11, 2022 agreement, the parties agree to the following:

The parties agree to the payment of $2,051,119.33 to resolve all fees and costs incurred during the Fourth Quarter of 2021, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $99,273.85 resolve all fees and costs incurred during the Fourth Quarter of 2021, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $244,552.51 to resolve all fees and costs incurred during the Fourth Quarter of 2021, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $24,320.89 to resolve all fees and costs incurred during the Fourth Quarter of 2021, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

[3875027.1]

1      The parties agree to the payment of $116,825.05 to resolve all fees and costs

2  incurred during the Fourth Quarter of 2021, for litigation activities in the appeal of the RJD

3  Order, Ninth Circuit Court of Appeal Case No. 20-16921.  Attached hereto as **Exhibit E**

4  are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to

5  by the parties to settle these claims.

6      The parties agree to the payment of $69,404.94 to resolve all fees and costs incurred

7  during the Fourth Quarter of 2021, for litigation activities in the appeal of the Five Prisons

8  Order, Ninth Circuit Court of Appeal Case No. 21-15614.  Attached hereto as **Exhibit F**

9  are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to

10  by the parties to settle these claims.

11      IT IS HEREBY ORDERED that the amounts set forth above are due and

12  collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

13  and costs will run from February 25, 2022, accruing at the rate provided by 28 U.S.C.

14  § 1961.

DATED: ___3/15/2022___

Claudia Wilken
United States District Judge

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

[3875027.1]

1    APPROVED AS TO FORM:

2

3    DATED:  March 14, 2022              */s/ Sharon Garske*
                                         Sharon Garske
4                                        Supervising Deputy Attorney General
                                         Attorney for Defendants
5

6

7    DATED:  March 14, 2022              */s/ Gay Crosthwait Grunfeld*
                                         Gay Crosthwait Grunfeld
8                                        Rosen Bien Galvan & Grunfeld LLP
                                         Attorney for Plaintiffs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C94 2307 CW

STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER 2021

[3875027.1]

# EXHIBIT A

## <u>Armstrong v. Newsom</u>
**Fourth Quarterly Statement of 2021**
**October 1, 2021 through December 31, 2021**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| CDCR/AOAP MONITORING | $1,979,939.02 | $71,180.31 |
| | **TOTAL UNDISPUTED:** | **$2,051,119.33** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
*Matter: CDCR/AOAP Monitoring/Merits*

| _Monitoring (581-3)_ | Actual | Claimed | 2021 | | _Fees Now Owing_ |
|---|---|---|---|---|---|
| | Hours | Hours | Rates | Total | _Based on Negotiated Compromise_ |
| ROSEN, BIEN, GALVAN & GRUNFELD | | | | | |
| Michael W. Bien (MWB) | 20.10 | 15.70 | $1,200 | $18,840.00 | $18,133.50 |
| Gay C. Grunfeld (GCG) | 90.90 | 89.50 | $925 | $82,787.50 | $79,682.97 |
| Ernest Galvan (EG) | 0.3 | 0 | $875 | $0.00 | $0.00 |
| Lisa Ells (LAE) | 0.20 | 0.00 | $775 | $0.00 | $0.00 |
| Penny Godbold (PG) | 376.60 | 376.50 | $750 | $282,375.00 | $271,785.94 |
| Thomas Nolan (TN) | 162.90 | 161.60 | $775 | $125,240.00 | $120,543.50 |
| Michael L. Freedman (MLF) | 194.90 | 191.20 | $675 | $129,060.00 | $124,220.25 |
| Ben Bien-Kahn (BBK) | 157.60 | 155.60 | $650 | $101,140.00 | $97,347.25 |
| Kara J. Janssen (KJJ) | 0.50 | 0.00 | $600 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | 91.00 | 87.40 | $575 | $50,255.00 | $48,370.44 |
| Michael S. Nunez (MSN) | 44.60 | 35.80 | $575 | $20,585.00 | $19,813.06 |
| Jessica L. Winter (JW) | 1.00 | 1.00 | $515 | $0.00 | $0.00 |
| Priyah Kaul (PK) | 71.60 | 70.40 | $485 | $34,144.00 | $32,863.60 |
| Eric Monek Anderson (EMA) | 63.50 | 62.80 | $425 | $26,690.00 | $25,689.13 |
| Adrienne Harrold (AH) | 81.90 | 75.20 | $350 | $26,320.00 | $25,333.00 |
| Karen Stilber (KES) | 85.30 | 85.30 | $375 | $31,987.50 | $30,787.97 |
| Linda Woo (LHW) | 1.00 | 0.00 | $375 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 10.70 | 0.00 | $345 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 3.10 | 0.00 | $345 | $0.00 | $0.00 |
| Nathalie Welch (NW) | 13.50 | 11.60 | $275 | $3,190.00 | $3,070.38 |
| Jack Gleiberman (JG) | 333.80 | 328.50 | $275 | $90,337.50 | $86,949.84 |
| Ellinor Heywood (EH) | 181.90 | 177.80 | $275 | $48,895.00 | $47,061.44 |
| Heather Gans (HG) | 110.30 | 107.80 | $275 | $29,645.00 | $28,533.31 |
| Fely F. Villadelgado (FFV) | 105.20 | 0.00 | $275 | $0.00 | $0.00 |
| Rebecca Berman (RB) | 24.10 | 18.10 | $275 | $4,977.50 | $4,790.84 |
| Raynor Bond-Ashpole (RBA) | 12.90 | 12.90 | $240 | $3,096.00 | $2,979.90 |
| Ellen T. Brancart (ETB) | 57.00 | 55.50 | $240 | $13,320.00 | $12,820.50 |
| Sarah A. Corkum (SAC) | 128.40 | 123.20 | $240 | $29,568.00 | $28,459.20 |
| Adam Dean (AD) | 299.80 | 294.60 | $240 | $70,704.00 | $68,052.60 |
| Mateo Olvera-Sandoval (MOS) | 220.20 | 204.20 | $240 | $49,008.00 | $47,170.20 |
| Kelly Mu (KM) | 261.30 | 154.00 | $240 | $36,960.00 | $35,574.00 |
| Isabel Ting (IT) | 243.30 | 179.60 | $240 | $43,104.00 | $41,487.60 |
| | Total Hours: **3,449.40** | **3,074.80** | | | |
| **RBGG FEES:** | | | | **$1,352,229.00** | **$1,301,520.41** |
| PRISON LAW OFFICE | | | | | |
| Donald Specter (DS) | 8.30 | 8.30 | $995 | $8,258.50 | $7,948.81 |
| Sara Norman (SN) | 0.60 | 0.60 | $850 | $510.00 | $490.88 |
| Rita Lomio (RL) | 98.80 | 98.80 | $675 | $66,690.00 | $64,189.13 |
| Margot Mendelson (MM) | 83.30 | 83.30 | $650 | $54,145.00 | $52,114.56 |
| Laura Bixby (LB) | 142.20 | 142.20 | $500 | $71,100.00 | $68,433.75 |
| Patrick Booth (PB) | 111.60 | 111.60 | $380 | $42,408.00 | $40,817.70 |
| Jacob Hutt (JH) | 271.80 | 271.80 | $425 | $115,515.00 | $111,183.19 |
| Amber Norris (AN) | 190.20 | 190.20 | $375 | $71,325.00 | $68,650.31 |
| Tania Amarillas (TA) | 201.60 | 201.60 | $350 | $70,560.00 | $67,914.00 |
| Tovah Anna Ackerman (TAA) | 140.20 | 140.20 | $325 | $45,565.00 | $43,856.31 |
| Gabriela Pelsinger (GP) | 37.60 | 37.60 | $325 | $12,220.00 | $11,761.75 |
| Skye Lovett (SL) | 265.30 | 265.30 | $300 | $79,590.00 | $76,605.38 |
| Sophie Mishara (SM) | 33.60 | 33.60 | $300 | $10,080.00 | $9,702.00 |
| Alondra Diaz-Saavedra | 46.20 | 46.20 | $300 | $13,860.00 | $13,340.25 |
| Ilian Meza Pena (IP) | 23.10 | 23.10 | $300 | $6,930.00 | $6,670.13 |
| Juliette Mueller (JM) | 65.90 | 65.90 | $300 | $19,770.00 | $19,028.63 |
| Michael Brodheim (MB) | 52.80 | 52.80 | $300 | $15,840.00 | $15,246.00 |
| | Total Hours: **1,773.10** | **1,773.10** | | | |
| **PLO FEES:** | | | | **$704,366.50** | **$677,952.76** |
| DISABILITY RIGHTS EDUCATION AND DEFENSE FUND | | | | | |
| Linda Kilb (LK) | 0.20 | 0.20 | $900 | $180.00 | $173.25 |
| Case Clerk (H. Min) | 1.60 | 1.60 | $190 | $304.00 | $292.60 |
| | Total Hours: **1.80** | **1.80** | | | |
| **DREDF FEES:** | | | | **$484.00** | **$465.85** |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | **$2,057,079.50** | **$1,979,939.02** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
Costs

## Matter:  CDCR/AOAP Merits/Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-3) | | Costs | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $1,294.00 | $1,245.48 |
| Photocopying/printing (Outside) | | $3,024.26 | $2,910.85 |
| Professional services - expert/consultant fees | | $37,105.50 | $35,714.04 |
| Online Research - PACER, Westlaw, State courts | | $1,072.23 | $1,032.02 |
| Postage & Delivery | | $933.86 | $898.84 |
| Telephone | | $5.60 | $5.39 |
| Travel - Mileage, Tolls, Food | | $23,621.00 | $22,735.21 |
| | **Total RBGG Costs:** | **$67,056.45** | **$64,541.83** |
| | | | |
| **Prison Law Office** | | | |
| Interpreting/SLI/Translation services | | $3,391.50 | $3,264.32 |
| Travel - Mileage, Tolls, Food | | $2,317.62 | $2,230.71 |
| Postage & Delivery | | $1,045.60 | $1,006.39 |
| | **Total PLO Costs:** | **$6,754.72** | **$6,501.42** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $120.00 | $115.50 |
| Postage & Delivery | | $22.40 | $21.56 |
| | **Total DREDF Costs:** | **$142.40** | **$137.06** |
| | | | |
| | **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$73,953.57** | **$71,180.31** |

# EXHIBIT B

## <u>Armstrong v. Newsom</u>
**Fourth Quarterly Statement of 2021**
**October 1, 2021 through December 31, 2021**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| BPH | $98,339.59 | $934.26 |
| **TOTAL UNDISPUTED:** | | **$99,273.85** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
*Matter: BPH*

| _BPH (581-4)_ | | Actual | Claimed | 2021 | | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | | | | | Based on Negotiated |
| | | Hours | Hours | Rates | Total | Compromise |
| _BPH MONITORING (581-4)_ | | | | | | |
| | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 0.20 | 0.20 | $1,200 | $240.00 | $231.00 |
| Ernest Galvan (EG) | | 0.30 | 0.00 | $875 | $0.00 | $0.00 |
| Gay C. Grunfeld (GCG) | | 0.7 | 0.7 | $925 | $647.50 | $623.22 |
| Thomas Nolan (TN) | | 75.50 | 75.50 | $775 | $58,512.50 | $56,318.28 |
| Penny Godbold (PG) | | 0.20 | 0.00 | $750 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 6.40 | 6.40 | $575 | $3,680.00 | $3,542.00 |
| Benjamin Bien-Kahn (BBK) | | 0.20 | 0.00 | $650 | $0.00 | $0.00 |
| Adam Dean (AD) | | 0.90 | 0.00 | $240 | $0.00 | $0.00 |
| Mateo Olvera-Sandoval (MOS) | | 49.40 | 49.40 | $240 | $11,856.00 | $11,411.40 |
| | Total Hours: | **133.80** | **132.20** | | | |
| **RBGG FEES:** | | | | | **$74,936.00** | **$72,125.90** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Rana Anabtawi (RA) | | 41.90 | 41.90 | $650 | $27,235.00 | $26,213.69 |
| | Total Hours: | **41.90** | **41.90** | | | |
| **PLO FEES:** | | | | | **$27,235.00** | **$26,213.69** |
| | | | | | | |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$102,171.00** | **$98,339.59** |

.

<u>**Armstrong v. Newsom**</u>
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
<u>Costs</u>

*Matter: BPH*

| Rosen, Bien, Galvan & Grunfeld (581-4) | Costs | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying (In house) | $57.20 | $55.06 |
| Postage and delivery | $4.81 | $4.63 |
| Interpreter/SLI | $765.00 | $736.31 |
| Telephone | $1.75 | $1.68 |
| Travel - Mileage, Tolls, Food | $141.90 | $136.58 |
| **Total RBGG Costs:** | **$970.66** | **$934.26** |
| **TOTAL BPH COSTS:** | **$970.66** | **$934.26** |

# EXHIBIT C

## <u>Armstrong v. Newsom</u>
**Fourth Quarterly Statement of 2021**
**October 1, 2021 through December 31, 2021**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| DAPO MONITORING | $241,443.61 | $3,108.90 |

**TOTAL UNDISPUTED:**     **$244,552.51**

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
*Matter: DAPO Monitoring*

| _DAPO Monitoring (581-9)_ | | Actual | Claimed | 2021 | | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | | | | | Based on Negotiated |
| | | Hours | Hours | Rates | Total | Compromise |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 2.60 | 2.30 | $1,200 | $2,760.00 | $2,656.50 |
| Gay C. Grunfeld (GCG) | | 13.60 | 13.60 | $925 | $12,580.00 | $12,108.25 |
| Penny Godbold (PG) | | 9.50 | 9.50 | $750 | $7,125.00 | $6,857.81 |
| Thomas Nolan (TN) | | 33.90 | 33.80 | $775 | $26,195.00 | $25,212.69 |
| Michael L. Freedman (MLF) | | 0.20 | 0.00 | $675 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | | 93.70 | 91.90 | $650 | $59,735.00 | $57,494.94 |
| Caroline E. Jackson (CEJ) | | 13.00 | 10.90 | $575 | $6,267.50 | $6,032.47 |
| Priyah Kaul (PK) | | 46.20 | 46.20 | $485 | $22,407.00 | $21,566.74 |
| Eric Monek Anderson (EMA) | | 55.30 | 51.90 | $425 | $22,057.50 | $21,230.34 |
| Mark Shinn-Krantz (MSK) | | 0.20 | 0.00 | $465 | $0.00 | $0.00 |
| Adrienne Harrold (AH) | | 56.60 | 55.90 | $350 | $19,565.00 | $18,831.31 |
| Nathalie Welch (NCW) | | 242.70 | 223.00 | $275 | $61,325.00 | $59,025.31 |
| Ellinor Heywood (EH) | | 0.90 | 0.00 | $275 | $0.00 | $0.00 |
| Heather Gans (HG) | | 4.40 | 4.40 | $275 | $1,210.00 | $1,164.63 |
| Jack Gleiberman (JG) | | 15.70 | 8.90 | $275 | $2,447.50 | $2,355.72 |
| Sarah A. Corkum (SAC) | | 18.70 | 16.70 | $240 | $4,008.00 | $3,857.70 |
| Isabel Ting (IT) | | 1.50 | 0.00 | $240 | $0.00 | $0.00 |
| Adam Dean (AD) | | 13.20 | 13.20 | $240 | $3,168.00 | $3,049.20 |
| | Total Hours: | **621.90** | **582.20** | | | |
| **RBGG FEES:** | | | | | $250,850.50 | $241,443.61 |
| | | | | | | |
| **TOTAL FEES FOR DAPO** | | | | | | |
| **MONITORING WORK:** | | | | | $250,850.50 | $241,443.61 |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
<u>Costs</u>

## *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | | Costs | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (in-house) | | $305.00 | $293.56 |
| Photocopying (outside) | | $9.84 | $9.47 |
| Westlaw | | $58.79 | $56.59 |
| Postage & Delivery | | $270.58 | $260.43 |
| Consultant/expert fees | | $1,067.50 | $1,027.47 |
| Long distance and videophone charges | | $1.70 | $1.64 |
| Travel - Mileage, Tolls, Food | | $1,516.62 | $1,459.75 |
| | **Total RBGG Costs:** | **$3,230.03** | **$3,108.90** |
| | **TOTAL DAPO MONITORING COSTS:** | **$3,230.03** | **$3,108.90** |

# EXHIBIT D

## <u>Armstrong v. Newsom</u>
**Fourth Quarterly Statement of 2021**
**October 1, 2021 through December 31, 2021**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| FEES WORK (ALL MATTERS) | $24,288.21 | $32.69 |

### TOTAL UNDISPUTED: $24,320.89

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
*Matter:  All Matters Fees Work*

| _Fees (581-2)_ | | Actual Hours | Claimed Hours | 2021 Rates | Total | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 16.90 | 16.40 | $925 | $15,170.00 | $14,601.13 |
| Karen E. Stilber (KES) | | 14.70 | 14.70 | $375 | $5,512.50 | $5,305.78 |
| | Total Hours: | **31.60** | **31.10** | | | |
| **RBGG FEES:** | | | | | **$20,682.50** | **$19,906.91** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Margot Mendelson (MKM) | | 3.80 | 3.80 | $650 | $2,470.00 | $2,377.38 |
| Ashley Kirby (AK) | | 5.30 | 5.30 | $240 | $1,272.00 | $1,224.30 |
| | Total Hours: | **9.10** | **9.10** | | | |
| **PLO FEES:** | | | | | **$3,742.00** | **$3,601.68** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.9 | 0.9 | $900 | $810.00 | $779.63 |
| | Total Hours: | **0.90** | **0.90** | | | |
| **DREDF FEES:** | | | | | **$810.00** | **$779.63** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$25,234.50** | **$24,288.21** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
Costs

*Matter: Fees Work in All Matters*

| Rosen, Bien, Galvan & Grunfeld (581-2) | Costs | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|
| Long distance telephone | $0.20 | $0.19 |
| Postage & Delivery | $33.76 | $32.49 |
| Total RBGG Costs: | **$33.96** | **$32.69** |
| | | |
| TOTAL FEES WORK COSTS : | **$33.96** | **$32.69** |

# EXHIBIT E

## Armstrong v. Newsom
**Fourth Quarterly Statement of 2021**
**October 1, 2021 through December 31, 2021**

## APPEAL OF RJD ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| APPEAL OF RJD ORDER | $112,491.23 | $4,333.83 |
| | **TOTAL UNDISPUTED:** | **$116,825.05** |

.

Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
*Matter: Appeal of RJD Order*

| _Fees (581-19)_ | Actual | Claimed | 2021 | | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|---|---|---|
| | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 3.9 | 3.9 | $1,200 | $4,680 | $4,504.50 |
| Gay C. Grunfeld (GCG) | 24.70 | 24.70 | $925 | $22,847.50 | $21,990.72 |
| Lisa A. Ells (LE) | 0.20 | 0.00 | $775 | $0.00 | $0.00 |
| Penny M. Godbold (PG) | 0.50 | 0.00 | $750 | $0.00 | $0.00 |
| Michael L. Freedman (MLF) | 59.40 | 59.40 | $675 | $40,095.00 | $38,591.44 |
| Jessica L. Winter (JW) | 4.50 | 4.40 | $515 | $2,266.00 | $2,181.03 |
| Priyah Kaul (PK) | 21.30 | 21.30 | $485 | $10,330.50 | $9,943.11 |
| Eric Monek Anderson (EMA) | 5.70 | 5.70 | $425 | $2,422.50 | $2,331.66 |
| Adrienne Harrold (AH) | 39.20 | 39.00 | $350 | $13,650.00 | $13,138.13 |
| Jack Gleiberman (JB) | 11.30 | 11.30 | $275 | $3,107.50 | $2,990.97 |
| Karen E. Stilber (KES) | 46.90 | 46.60 | $375 | $17,475.00 | $16,819.69 |
| **RBGG FEES:** | **213.70** | **212.40** | | **$116,874.00** | **$112,491.23** |

**TOTAL FEES FOR APPEAL OF RJD ORDER:** | | | | **$116,874.00** | **$112,491.23**

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
**Costs**

*Matter: Appeal of RJD Order*

| Rosen, Bien, Galvan & Grunfeld (581-19) | Costs | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|
| Outside copying and scanning | $3,931.38 | $3,783.95 |
| In-house copying and printing | $115.20 | $110.88 |
| Postage and Delivery | $455.60 | $438.52 |
| Telephone | $0.50 | $0.48 |
| **Total RBGG Costs:** | **$4,502.68** | **$4,333.83** |

# EXHIBIT F

<u>**Armstrong v. Newsom**</u>
**Fourth Quarterly Statement of 2021**
**October 1, 2021 through December 31, 2021**

## APPEAL OF 5 PRISONS ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| APPEAL OF 5 PRISONS ORDER | $68,886.13 | $518.82 |

**TOTAL UNDISPUTED:** **$69,404.94**

Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
*Matter: Appeal of 5 PRISONS Order*

| *Fees (581-20)* | Actual | Claimed | 2021 | | Fees Now Owing Based on Negotiated |
|---|---|---|---|---|---|
| | Hours | Hours | Rates | Total | Compromise |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 2.5 | 2.5 | $1,200 | $3,000 | $2,887.50 |
| Gay C. Grunfeld (GCG) | 8.00 | 8.00 | $925 | $7,400.00 | $7,122.50 |
| Michael L. Freedman (MLF) | 53.80 | 53.80 | $675 | $36,315.00 | $34,953.19 |
| Adriene Harrold (AH) | 44.70 | 44.70 | $350 | $15,645.00 | $15,058.31 |
| Jack Gleiberman (JG) | 27.90 | 27.90 | $275 | $7,672.50 | $7,384.78 |
| Karen E. Stilber (KES) | 4.10 | 4.10 | $375 | $1,537.50 | $1,479.84 |
| | **138.50** | **138.50** | | **$71,570.00** | **$68,886.13** |

**TOTAL FEES FOR APPEAL OF 5 PRISONS ORDER:**    **$71,570.00**    **$68,886.13**

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2021
October 1, 2021 through December 31, 2021
**Costs**

### Matter: Appeal of Five Prisons Order

| Rosen, Bien, Galvan & Grunfeld (581-20) | Costs | Fees Now Owing Based on Negotiated Compromise |
|---|---|---|
| Westlaw research | $539.03 | $518.82 |
| **Total RBGG Costs:** | **$539.03** | **$518.82** |

.