Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN C. NEWSOM, et al., <br><br> Defendants. | Case No.  C 94-2307 CW <br><br> **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated March 21st, 2022.

Dated: March 25th, 2022                                    Respectfully submitted,


                                                                                  /s/
                                                                         EDWARD W. SWANSON
                                                                         Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated March 21st, 2022.

Dated: 3/29/2022

HON. CLAUDIA WILKEN
United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

March 21, 2022

Invoice # 30980

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2022 | EWS | Preparation for coordination meeting.  Coordination meeting. | 0.90<br>825.00/hr | 742.50 |
|  | EWS | Review filing in related case, emails from counsel. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review information from CCHCS. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with special master's team.  Email to colleague. | 0.20<br>825.00/hr | 165.00 |
| 2/2/2022 | AAB | Phone call with E. Swanson. | 0.20<br>550.00/hr | 110.00 |
|  | APG | Meeting with parties re investigations (partial attendance) | 0.70<br>700.00/hr | 490.00 |
|  | EWS | Review and respond to emails from CCHCS. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with parties re time frames. | 1.10<br>825.00/hr | 907.50 |
|  | EWS | Conference with A. Barron. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review correspondence from CDCR. | 0.20<br>825.00/hr | 165.00 |
| 2/3/2022 | AAB | Meeting with staff re RVR. | 0.30<br>550.00/hr | 165.00 |

Armstrong                                                                                                          Page        2

|            |     |                                                                  | Hrs/Rate      | Amount   |
|------------|-----|------------------------------------------------------------------|---------------|----------|
| 2/3/2022   | EWS | Review and respond to emails from CCHCS, counsel, colleagues.    | 0.30 825.00/hr | 247.50   |
|            | EWS | Conference with CCHCS.                                           | 0.50 825.00/hr | 412.50   |
|            | EWS | Meeting with counsel re program assignments.                     | 1.00 825.00/hr | 825.00   |
| 2/4/2022   | AAB | Phone call with E. Swanson re SATF surveys.                      | 0.40 550.00/hr | 220.00   |
|            | AAB | Meeting with PLO regarding survey logistics.                     | 0.70 550.00/hr | 385.00   |
|            | EWS | Phone call from counsel.                                         | 0.20 825.00/hr | 165.00   |
|            | EWS | Conference with A. Barron re surveys, next steps.                | 0.40 825.00/hr | 330.00   |
| 2/6/2022   | EWS | Review material re RVRs.                                         | 0.30 825.00/hr | 247.50   |
| 2/7/2022   | AAB | Review of RVR letter.                                            | 0.40 550.00/hr | 220.00   |
|            | EWS | Meeting with counsel re RVRs.                                    | 1.50 825.00/hr | 1,237.50 |
|            | EWS | Review correspondence from CDCR, CCHCS.                          | 0.20 825.00/hr | 165.00   |
|            | EWS | Conference with A. Barron.  Review material before meeting.      | 0.30 825.00/hr | 247.50   |
|            | EWS | Conference with Coleman team.                                    | 0.60 825.00/hr | 495.00   |
| 2/8/2022   | APG | Review data on healthcare RVR resolution                         | 0.20 700.00/hr | 140.00   |
|            | APG | Review revised remedial plan.  Meeting with plaintiffs' counsel  | 1.20 700.00/hr | 840.00   |
|            | EWS | Review and respond to emails from counsel.                       | 0.20 825.00/hr | 165.00   |
|            | APG | Conference with E Swanson.                                       | 0.10 700.00/hr | 70.00    |
|            | EWS | Review and respond to emails from counsel.                       | 0.20 825.00/hr | 165.00   |

Armstrong                                                                                                        Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 2/8/2022 | EWS | Conference with counsel.  Review remedial plan.  Confer with A. Gugelmann. | 0.70<br>825.00/hr | 577.50 |
| 2/9/2022 | APG | Review letter re BWC issues at SATF | 0.20<br>700.00/hr | 140.00 |
|  | APG | Meeting with parties re EWS | 1.20<br>700.00/hr | 840.00 |
|  | EWS | Conference with parties re EWS, BWCs. [partial attendance] | 1.00<br>825.00/hr | 825.00 |
|  | APG | Conference with E Swanson | 0.10<br>700.00/hr | 70.00 |
|  | APG | Review edits to remedial plan | 0.20<br>700.00/hr | 140.00 |
|  | EWS | Review video.  Confer with A. Gugelmann. | 0.20<br>825.00/hr | 165.00 |
| 2/10/2022 | AAB | Review of SOMS roster. | 0.90<br>550.00/hr | 495.00 |
|  | AAB | Phone call with E. Swanson. | 0.40<br>550.00/hr | 220.00 |
|  | AAB | Editing survey recipient sheet. | 0.80<br>550.00/hr | 440.00 |
|  | EWS | Conference with A. Barron. | 0.40<br>825.00/hr | 330.00 |
|  | EWS | Review materials from parties. | 0.30<br>825.00/hr | 247.50 |
| 2/13/2022 | EWS | Review material re SATF. | 1.00<br>825.00/hr | 825.00 |
| 2/14/2022 | AAB | Drafting survey recipient spreadsheet. | 2.30<br>550.00/hr | 1,265.00 |
|  | EWS | Review Plata filing. | 0.20<br>825.00/hr | 165.00 |
| 2/15/2022 | AAB | Editing survey recipient sheet. | 0.40<br>550.00/hr | 220.00 |
|  | EWS | Conference with CDCR re health care data.  Confer with A. Barron. | 1.00<br>825.00/hr | 825.00 |
|  | EWS | Review correspondence from counsel. | 0.20<br>825.00/hr | 165.00 |

Armstrong                                                                                                    Page     4

|            |     |                                                                      | Hrs/Rate        | Amount  |
|------------|-----|----------------------------------------------------------------------|-----------------|---------|
| 2/15/2022  | AAB | Meeting with healthcare staff.                                       | 0.90 550.00/hr  | 495.00  |
| 2/16/2022  | AAB | Finalizing survey and drafting followup requests to healthcare staff.| 0.80 550.00/hr  | 440.00  |
|            | AAB | Meeting with E. Swanson.                                             | 0.20 550.00/hr  | 110.00  |
|            | EWS | Court hearing in Plata.                                              | 1.00 825.00/hr  | 825.00  |
|            | EWS | Conference with A. Barron.                                           | 0.20 825.00/hr  | 165.00  |
|            | EWS | Draft email to parties. Review email from parties.                   | 0.20 825.00/hr  | 165.00  |
|            | EWS | Review correspondence.                                               | 0.20 825.00/hr  | 165.00  |
| 2/17/2022  | EWS | Review and respond to emails from counsel.                           | 0.20 825.00/hr  | 165.00  |
|            | APG | Review final remedial plan                                           | 0.20 700.00/hr  | 140.00  |
| 2/18/2022  | EWS | Review report from plaintiffs.                                       | 0.30 825.00/hr  | 247.50  |
| 2/21/2022  | EWS | Review material re SATF.                                             | 0.50 825.00/hr  | 412.50  |
| 2/22/2022  | EWS | Review emails from counsel, CCHCS.                                   | 0.20 825.00/hr  | 165.00  |
| 2/23/2022  | EWS | Review and respond to emails from counsel, CCHCS.                    | 0.20 825.00/hr  | 165.00  |
| 2/24/2022  | EWS | Review correspondence from counsel.                                  | 0.30 825.00/hr  | 247.50  |
|            | EWS | Review and respond to email from counsel. Review email from parties. | 0.20 825.00/hr  | 165.00  |
|            | EWS | Conference with colleague.                                           | 0.40 825.00/hr  | 330.00  |
| 2/25/2022  | EWS | Review filings in related case, emails from counsel.                 | 0.20 825.00/hr  | 165.00  |
|            | APG | Review issues re quarterly reporting. Email E Swanson                | 0.20 700.00/hr  | 140.00  |

Armstrong                                                                                               Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 2/25/2022 | EWS | Review SATF materials.  Outline issues. | 0.80<br>825.00/hr | 660.00 |
| 2/27/2022 | EWS | Review and respond to email re quarterly reporting.  Review SATF notes. | 0.40<br>825.00/hr | 330.00 |
| 2/28/2022 | APG | Review material re blind/low-vision class members | 0.40<br>700.00/hr | 280.00 |
|  | APG | Meeting with plaintiffs re blind/low-vision issues | 0.60<br>700.00/hr | 420.00 |
|  | EWS | Conference with counsel re data. | 0.40<br>825.00/hr | 330.00 |
|  | EWS | Draft email to CDCR. | 0.10<br>825.00/hr | 82.50 |
|  | AAB | Phone call with CDCR. | 0.50<br>550.00/hr | 275.00 |
|  | APG | Conference with E Swanson. | 0.10<br>700.00/hr | 70.00 |
|  | EWS | Review material in advance of call with counsel. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with A. Gugelmann, review information. | 0.30<br>825.00/hr | 247.50 |
|  | EWS | Conference with counsel re blind/low vision. | 0.50<br>825.00/hr | 412.50 |

|  |  |  |
|---|---:|---:|
| For professional services rendered | 35.30 | $25,917.50 |
| Previous balance |  | $43,786.13 |
| Balance due |  | $69,703.63 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Audrey Barron - Associate | 9.20 | 550.00 | $5,060.00 |
| August P. Gugelmann - Partner | 5.40 | 700.00 | $3,780.00 |
| Edward W. Swanson - Partner | 20.70 | 825.00 | $17,077.50 |