United States District Court
Northern District of California

1
2
3           IN THE UNITED STATES DISTRICT COURT
4          FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6    JOHN ARMSTRONG, et al.,              Case No. 94-cv-02307 CW
7              Plaintiffs,                **ORDER REGARDING LETTER FILED**
8         v.                              ***IN PROPRIA PERSONA***
9    GAVIN C. NEWSOM, et al.,             (Dkt. No. 3396)
10             Defendants.
11
12        The above-titled case is a class action, with attorneys representing the class.  Mychal Reed,
13   an inmate at Richard J. Donovan Correctional Facility, has submitted under the caption of this
14   case a letter in which he discusses various matters, including acts of retaliation he alleges to have
15   suffered at the hands of prison staff as a result of having assisted counsel for the class.  *See*
16   *generally* Docket No. 3396.  To the extent that Mr. Reed believes that prison staff are retaliating
17   against him on the basis of his disabilities, he may contact class counsel with respect to that issue.
18   The Court does not entertain requests by class members filed *in propria persona*.
19        IT IS SO ORDERED.
20   Dated: April 4, 2022
21                                        CLAUDIA WILKEN
                                          United States District Judge
22
23
24
25
26
27
28