ROB BONTA
Attorney General of California
SHARON A. GARSKE
Supervising Deputy Attorney General
SEAN LODHOLZ
Deputy Attorney General
State Bar No. 299096
  1300 I Street
  Sacramento, CA  95814
  Telephone:  (916) 210-7369
  Fax:  (916) 324-5205
  E-mail:  Sean.Lodholz@doj.ca.gov
*Attorneys for Defendants Gavin Newsom and the California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et. al.,** <br><br> Defendants. | Case No. C 94-2307 CW <br><br> **ORDER DIRECTING ADDITIONAL INTERIM PAYMENT OF COSTS** |

On June 11, 2007, the Court directed Defendants to deposit the sum of $100,000 with the Clerk of the Court as an interim payment of costs, to provide funds for compensation of the Court appointed expert in this case. (ECF No. 1121.)  The Court also specified that when the sum is substantially drawn down by payments to the Court appointed expert, that the Court may order Defendants to deposit additional sums with the Clerk of the Court.  Since then, additional sums have been periodically deposited into the account when it becomes low in funds.  The account was last replenished on August 18, 2021 (ECF No. 3306), and because of subsequent monthly payments to the expert, Ed Swanson, it is now substantially depleted.

1   Accordingly, Defendants are ordered to deposit forthwith an additional $500,000 with the
2   Clerk of the Court, to be added to the funds in the existing account.
3   IT IS SO ORDERED.

DATED: 4/13/2022

_____
CLAUDIA WILKEN
United States District Judge

CF1997CS0005
43170080.docx