Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN ARMSTRONG, et al., | Case No.  C 94-2307 CW |
| Plaintiffs, | **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |
| v. | |
| GAVIN C. NEWSOM, et al., | |
| Defendants. | |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated April 11th, 2022.

Dated: April 15th, 2022

Respectfully submitted,

_____
/s/

EDWARD W. SWANSON

Court Expert

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated April 11th, 2022.

Dated: 4/18/ 2022

HON. CLAUDIA WILKEN

United States District Court

2

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


April 11, 2022


Invoice # 31058

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/2022 | CB | Call with inmate re survey. | 0.10<br>225.00/hr | 22.50 |
| | AAB | Review of email from E. Swanson to all parties re survey tampering issue. | 0.10<br>550.00/hr | 55.00 |
| | AAB | Phone call with staff re surveys being opened at SATF.  Email to E. Swanson re response. | 0.40<br>550.00/hr | 220.00 |
| | AAB | Review of documents and revising document requests. | 1.50<br>550.00/hr | 825.00 |
| | EWS | Conference with colleague.  Email to counsel. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Draft and respond to emails re upcoming meetings. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Review documents from parties. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Phone call with counsel.  Confer with colleague. | 0.80<br>825.00/hr | 660.00 |
| | EWS | Review correspondence from counsel. | 0.20<br>825.00/hr | 165.00 |
| 3/2/2022 | CB | Emails re surveys returned in the mail. | 0.20<br>225.00/hr | 45.00 |
| | EWS | Meeting with counsel re program assignments. | 0.50<br>825.00/hr | 412.50 |

Armstrong

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2022 | EWS | Phone call with class member.  Confer with A. Barron. Call with class member. | 0.90<br>825.00/hr | 742.50 |
| | EWS | Phone call with counsel re surveys. | 0.80<br>825.00/hr | 660.00 |
| | AAB | Phone call with parties re surveys. | 0.10<br>550.00/hr | 55.00 |
| | AAB | Phone call with E. Swanson re surveys. | 0.10<br>550.00/hr | 55.00 |
| | AAB | Emails with vendor and paralegal re survey mailing. | 0.20<br>550.00/hr | 110.00 |
| | AAB | Review of voicemails from incarcerated people regarding survey tampering issue. | 0.40<br>550.00/hr | 220.00 |
| | AAB | Phone call with parties. | 0.40<br>550.00/hr | 220.00 |
| | AAB | Emails and calls with staff and E. Swanson re survey tampering issue. | 0.50<br>550.00/hr | 275.00 |
| | AAB | Meeting with parties re program assignment data. | 1.00<br>550.00/hr | 550.00 |
| | EWS | Conference with colleagues.  Call to court. | 0.60<br>825.00/hr | 495.00 |
| | BE | Call with inmate Lonnie Polsof re survey issues | 0.10<br>275.00/hr | 27.50 |
| | AAB | Phone call with counsel re surveys. | 0.80<br>550.00/hr | 440.00 |
| | AAB | Phone call with class member.  Confer with E. Swanson. Call with class member. | 0.90<br>550.00/hr | 495.00 |
| | EWS | Conference with A. Barron.  Email with counsel. | 0.20<br>825.00/hr | 165.00 |
| | EWS | Review and respond to emails re surveys. | 0.30<br>825.00/hr | 247.50 |
| 3/3/2022 | BE | Phone call with incarcerated person re survey/letter issues | 0.20<br>275.00/hr | 55.00 |
| | BE | Conference with relative of incarcerated person | 0.10<br>275.00/hr | 27.50 |
| | AAB | Listening to and responding to voice mails from incarcerated people at SATF and their family members. | 0.80<br>550.00/hr | 440.00 |

Armstrong                                                                                           Page        3

|            |     |                                                                                    | Hrs/Rate      | Amount |
|------------|-----|------------------------------------------------------------------------------------|---------------|--------|
| 3/3/2022   | AAB | Drafting letter to survey recipients.                                              | 0.30<br>550.00/hr | 165.00 |
|            | APG | Review OIG report.  Review letter re SATF                                          | 1.10<br>700.00/hr | 770.00 |
|            | EWS | Conference with A. Barron re SATF investigation.                                   | 1.20<br>825.00/hr | 990.00 |
|            | EWS | Conference with A. Barron re correspondence to class members.<br>Review and edit letter. | 0.20<br>825.00/hr | 165.00 |
|            | EWS | Conference with A. Gugelmann re reporting.                                         | 0.20<br>825.00/hr | 165.00 |
|            | AAB | Conference with E. Swanson re correspondence to class members.<br>Review and edit letter. | 0.20<br>550.00/hr | 110.00 |
|            | AAB | Conference with E. Swanson re SATF investigation.                                  | 1.20<br>550.00/hr | 660.00 |
|            | APG | Conference with E Swanson                                                          | 0.20<br>700.00/hr | 140.00 |
|            | EWS | Review filings in related cases, emails in Armstrong.                              | 0.20<br>825.00/hr | 165.00 |
| 3/4/2022   | AAB | Review of edits to survey letter and email to parties re same.                     | 0.30<br>550.00/hr | 165.00 |
|            | APG | Meeting with CDCR re blind/low-vision class issues.  Conference with E<br>Swanson | 0.50<br>700.00/hr | 350.00 |
|            | EWS | Meeting with CDCR counsel.  Confer with A. Gugelmann.                              | 0.50<br>825.00/hr | 412.50 |
|            | EWS | Review and respond to message from court.  Confer with A.<br>Gugelmann.  Communicate with coordination committee. | 0.40<br>825.00/hr | 330.00 |
|            | AAB | Emails with vendor regarding additional mailing project for second SATF<br>letter. | 0.40<br>550.00/hr | 220.00 |
| 3/6/2022   | EWS | Review correspondence from counsel. Confer with A. Barron.                         | 0.30<br>825.00/hr | 247.50 |
| 3/7/2022   | AAB | Meeting with parties regarding document requests.                                  | 1.00<br>550.00/hr | 550.00 |
|            | AAB | Revising and sending document requests.                                            | 0.60<br>550.00/hr | 330.00 |
|            | EWS | Review correspondence from parties, coordinating committee.                        | 0.30<br>825.00/hr | 247.50 |

Armstrong                                                                                                    Page      4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2022 | AAB | Phone call with incarcerated person. | 0.30<br>550.00/hr | 165.00 |
|  | EWS | Review emails from parties.  Confer with colleagues. | 0.40<br>825.00/hr | 330.00 |
|  | APG | Email plaintiffs re blind/low vision issues | 0.10<br>700.00/hr | 70.00 |
| 3/9/2022 | APG | Meeting with parties re BWC issues | 1.20<br>700.00/hr | 840.00 |
|  | APG | Meeting with parties re early warning system (partial attendance) | 0.40<br>700.00/hr | 280.00 |
|  | EWS | Meeting re EWS. | 0.80<br>825.00/hr | 660.00 |
|  | EWS | Conference with parties re BWC monitoring. | 1.00<br>825.00/hr | 825.00 |
| 3/10/2022 | APG | Conference with E Swanson re reporting | 0.80<br>700.00/hr | 560.00 |
|  | EWS | Review correspondence. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with counsel re SATF. | 0.30<br>825.00/hr | 247.50 |
| 3/11/2022 | APG | Review material re legal mail issues, DPH class members, CSP-SAC monitoring, SATF issues | 0.80<br>700.00/hr | 560.00 |
|  | EWS | Review email from counsel. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Meeting with A. Gugelmann.  Draft email to parties. | 0.80<br>825.00/hr | 660.00 |
| 3/14/2022 | EWS | Review report from plaintiffs. | 0.20<br>825.00/hr | 165.00 |
| 3/15/2022 | EWS | Review emails from counsel. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with A. Barron re interviews; forward information. | 0.20<br>825.00/hr | 165.00 |
| 3/18/2022 | EWS | Conference with A. Barron re SATF. | 0.20<br>825.00/hr | 165.00 |
|  | AAB | Email to E. Swanson regarding interview prep. | 0.40<br>550.00/hr | 220.00 |

Armstrong                                                                                                                    Page     5

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 3/18/2022 | AAB | Meeting with T. Davis re doc requests. | 0.50 550.00/hr | 275.00 |
| 3/20/2022 | EWS | Review correspondence from counsel. Review meet and confer agenda. Review status statement.  Email with colleagues. | 0.50 825.00/hr | 412.50 |
| 3/21/2022 | BE | Take phone call from SATF inmate and take notes on issues; email to A Barron re same. | 0.30 275.00/hr | 82.50 |
| | AAB | Review of incarcerated person surveys; updating chart; email to E. Swanson and A. McGuigan re same. | 3.00 550.00/hr | 1,650.00 |
| | EWS | Review and respond to emails re SATF investigation. | 0.40 825.00/hr | 330.00 |
| 3/22/2022 | AAB | Meeting re RVR process. | 1.80 550.00/hr | 990.00 |
| | AAB | Preparation for SATF tour - discussion with E. Swanson, review of surveys and compiling interview list. | 5.60 550.00/hr | 3,080.00 |
| | APG | Review status conference statement | 0.40 700.00/hr | 280.00 |
| | EWS | Conference with A. Barron re SATF visit. | 1.10 825.00/hr | 907.50 |
| | APG | Emails with E Swanson and CDCR re blind, low-vision issues | 0.10 700.00/hr | 70.00 |
| | EWS | Review correspondence from parties, coordination committee. | 0.30 825.00/hr | 247.50 |
| | EWS | Review letters from plaintiffs. | 0.30 825.00/hr | 247.50 |
| | EWS | Conference with parties re RVRs. | 1.10 825.00/hr | 907.50 |
| 3/23/2022 | AAB | Meeting with Plaintiffs. | 0.60 550.00/hr | 330.00 |
| | AAB | Creating interviewee template. | 0.90 550.00/hr | 495.00 |
| | AAB | Meeting with CDCR re SATF interviews. | 0.60 550.00/hr | 330.00 |
| | AAB | Preparation for SATF interviews. | 0.60 550.00/hr | 330.00 |
| | AAB | Review of SATF survey responses and selecting interviewees. | 8.40 550.00/hr | 4,620.00 |

Armstrong                                                                                                    Page      6

|            |     |                                                                                              | Hrs/Rate    | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------|-------------|----------|
| 3/23/2022  | EWS | Conference with counsel re SATF tour.                                                        | 0.50<br>825.00/hr | 412.50 |
|            | EWS | Conference with CDCR re SATF tour.  Confer with A. Barron.                                   | 0.70<br>825.00/hr | 577.50 |
| 3/24/2022  | AAB | Preparation for SATF interviews.                                                             | 5.30<br>550.00/hr | 2,915.00 |
|            | AAB | Phone call with R. Wesley.                                                                   | 0.70<br>550.00/hr | 385.00 |
|            | AAB | Revising interview list.                                                                     | 2.00<br>550.00/hr | 1,100.00 |
|            | APG | Review message to parties; email E Swanson                                                   | 0.10<br>700.00/hr | 70.00 |
|            | APG | Conference with E Swanson; review filings re rollout                                         | 0.30<br>700.00/hr | 210.00 |
|            | EWS | Meeting with parties for meet and confer.  (Work on SATF)                                    | 3.70<br>825.00/hr | 3,052.50 |
|            | EWS | Meeting with coordinating committee.  Confer with A. Gugelmann in advance of meeting.        | 0.90<br>825.00/hr | 742.50 |
|            | EWS | Review and respond to emails re SATF tour.                                                   | 0.40<br>825.00/hr | 330.00 |
|            | EWS | Conference with R. Wesley.  Conference with A. Barron.  Conference with A. McGuigan.         | 0.60<br>825.00/hr | 495.00 |
|            | EWS | Review correspondence from parties.  Review outline for SATF.                               | 0.60<br>825.00/hr | 495.00 |
|            | EWS | Review correspondence from parties.  Email to colleagues.                                    | 0.20<br>825.00/hr | 165.00 |
| 3/25/2022  | AAB | Revising interview template; call with interpreter.                                          | 0.80<br>550.00/hr | 440.00 |
|            | AAB | Preparation for interviews - organizing materials and interview questions.                   | 3.80<br>550.00/hr | 2,090.00 |
|            | EWS | Conference with A. Barron re tour.                                                           | 0.40<br>825.00/hr | 330.00 |
| 3/26/2022  | EWS | Review correspondence from parties.  Email with A. Gugelmann.                                | 0.20<br>825.00/hr | 165.00 |
|            | EWS | Conference with R. Wesley.  Email to A. Barron.                                              | 0.60<br>825.00/hr | 495.00 |

Armstrong

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2022 | AAB | Travel to hotel [minus 1 hour billed separately towards preparation] | 2.50 550.00/hr | 1,375.00 |
| | AAB | Preparation for witness interviews - review of documents, organizing interview folders. | 5.00 550.00/hr | 2,750.00 |
| | EWS | Travel to SATF.  Conference with A. Barron en route. | 4.00 825.00/hr | 3,300.00 |
| 3/28/2022 | AAB | Meeting with E. Swanson. | 0.80 550.00/hr | 440.00 |
| | AAB | Preparation for next interviews - review of surveys and editing outlines. | 2.00 550.00/hr | 1,100.00 |
| | AAB | Witness interviews at SATF; drive to and from SATF. | 10.50 550.00/hr | 5,775.00 |
| | EWS | Conference with A. Barron re interviews. | 0.70 825.00/hr | 577.50 |
| | EWS | Meetings at SATF for investigation.  Travel to and from prison. | 10.00 825.00/hr | 8,250.00 |
| 3/29/2022 | EWS | Interviews at SATF.  Travel to and from SATF. Conference with A. Barron en route.  Further conference after interviews. | 10.80 825.00/hr | 8,910.00 |
| | AAB | Conference with E. Swanson re interviews. | 0.50 550.00/hr | 275.00 |
| | AAB | Meeting with E. Swanson. | 0.80 550.00/hr | 440.00 |
| | AAB | Preparation for next days' interviews. | 3.00 550.00/hr | 1,650.00 |
| | AAB | Meeting with incarcerated people at SATF; drive to and from prison. | 10.00 550.00/hr | 5,500.00 |
| | EWS | Meetings at SATF. Travel to and from SATF; conference with A. Barron en route. | 10.00 825.00/hr | 8,250.00 |
| 3/30/2022 | APG | Review case management statement and attend court for status conference | 1.40 700.00/hr | 980.00 |
| | APG | Draft quarterly report.  Review correspondence and prior orders. Review new regulations | 1.30 700.00/hr | 910.00 |
| | AAB | Interviews at SATF.  Meeting with staff.  Travel to and from SATF. Conference with E. Swanson en route. | 14.00 550.00/hr | 7,700.00 |
| | APG | Conference with E Swanson and email parties re investigations review | 0.20 700.00/hr | 140.00 |

Armstrong                                                                                           Page     8

|            |     |                                                                                   | Hrs/Rate | Amount |
|------------|-----|-----------------------------------------------------------------------------------|----------|--------|
| 3/30/2022  | EWS | Interviews at SATF.  Meeting with staff.  Travel to and from SATF. Conference with A. Barron en route. | 14.00 825.00/hr | 11,550.00 |
| 3/31/2022  | APG | Conference with E Swanson                                                          | 0.70 700.00/hr | 490.00 |
|            | EWS | Conference with A. Gugelmann.  Review and edit quarterly submission. Email to counsel. | 1.20 825.00/hr | 990.00 |
|            | EWS | Review and respond to emails from colleague, counsel.                             | 0.20 825.00/hr | 165.00 |
|            | APG | Finalize and file quarterly report                                                | 0.20 700.00/hr | 140.00 |
|            |     | For professional services rendered                                                | 182.80   | $122,730.00 |

Additional Charges :

| Date       | Description                              | Amount     |
|------------|------------------------------------------|------------|
| 2/25/2022  | Digital One invoice #SF22-020233         | 1,980.90   |
| 3/10/2022  | AAB hotel cost for SATF trip             | 1,311.24   |
| 3/23/2022  | translator for AAB for SATF              | 20.00      |
| 3/25/2022  | COVID test for AAB for trip to SATF      | 78.43      |
| 3/27/2022  | EWS Gas for Trip to SATF                 | 58.74      |
|            | Meal for EWS for SATF trip               | 35.27      |
|            | EWS gas fro trip to SATF                 | 52.58      |
| 3/28/2022  | Meal for AAB for SATF trip               | 31.35      |
|            | Meal for EWS for SATF trip               | 52.45      |
| 3/29/2022  | Meal for AAB for SATF trip               | 3.95       |
|            | Food for EWS for trip to SATF            | 49.92      |
|            | Meal for AAB for SATF trip               | 34.30      |
| 3/31/2022  | Virtual VRI-Intrepreting                 | 375.00     |
|            | Total additional charges                 | $4,084.13  |
|            | Total amount of this bill                | $126,814.13 |
|            | Previous balance                         | $69,703.63 |

Armstrong

|  | Amount |
|---|---|
| Balance due | $196,517.76 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Audrey Barron - Associate | 95.60 | 550.00 | $52,580.00 |
| August P. Gugelmann - Partner | 9.80 | 700.00 | $6,860.00 |
| Britt Evangelist - Partner | 0.70 | 275.00 | $192.50 |
| Carly Bittman - Associate | 0.30 | 225.00 | $67.50 |
| Edward W. Swanson - Partner | 76.40 | 825.00 | $63,030.00 |