Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOHN ARMSTRONG, et al., | Case No.  C 94-2307 CW |
| Plaintiffs, | **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |
| v. |  |
| GAVIN C. NEWSOM, et al., |  |
| Defendants. |  |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated May 9th, 2022.

Dated: May 10th, 2022                                   Respectfully submitted,


                                                          _____/s/_____

                                                          EDWARD W. SWANSON

                                                          Court Expert

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated May 9th, 2022.

Dated:  5/12/2022

HON. CLAUDIA WILKEN

United States District Court

2

**Admin. Motion and Order for Payment**

*John Armstrong, et al., v. Gavin C. Newsom, et al.*, C 94-2307 CW

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866


Invoice submitted to:
Armstrong


May 9, 2022


Invoice # 31130

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/1/2022 | APG | Meeting with plaintiffs re blind/low-vision issues | 0.80<br>700.00/hr | 560.00 |
|  | APG | Further conference with E Swanson | 0.30<br>700.00/hr | 210.00 |
|  | EWS | Review and respond to emails from counsel. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review documents from parties.  Email with parties. | 0.40<br>825.00/hr | 330.00 |
|  | EWS | Conference with A. Barron. | 0.40<br>825.00/hr | 330.00 |
|  | AAB | Conference with E Swanson | 0.40<br>550.00/hr | 220.00 |
|  | APG | Review correspondence re blind, low-vision | 0.20<br>700.00/hr | 140.00 |
|  | APG | Conference with E Swanson | 0.30<br>700.00/hr | 210.00 |
|  | EWS | Conference with A. Gugelmann.  Review material from plaintiffs and defendants re blind/low-vision. | 0.40<br>825.00/hr | 330.00 |
|  | EWS | Conference with plaintiffs re blind/low-vision. | 1.00<br>825.00/hr | 825.00 |
| 4/4/2022 | AAB | Review of interview notes and organizing same. | 0.70<br>550.00/hr | 385.00 |

Armstrong

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2022 | EWS | Review and respond to emails from counsel, A. Barron.  Conference with A. Barron. | 0.40 825.00/hr | 330.00 |
|  | EWS | Review filing in related case. Review emails from counsel. | 0.30 825.00/hr | 247.50 |
|  | AAB | Phone call with E. Swanson. | 0.20 550.00/hr | 110.00 |
|  | AAB | Phone call with E. Swanson. | 0.30 550.00/hr | 165.00 |
|  | AAB | Phone call with E. Swanson. | 0.30 550.00/hr | 165.00 |
|  | EWS | Conference with A. Barron re SATF. | 0.50 825.00/hr | 412.50 |
| 4/6/2022 | EWS | Conference with A. Barron re SATF visit. | 0.30 825.00/hr | 247.50 |
| 4/7/2022 | EWS | Review letter from plaintiffs.  Confer with A. Gugelmann. | 0.30 825.00/hr | 247.50 |
|  | AAB | Phone call with E. Swanson re LAC. | 0.20 550.00/hr | 110.00 |
|  | EWS | Conference with A. Barron re LAC. | 0.20 825.00/hr | 165.00 |
| 4/8/2022 | EWS | Review and forward notes of interviews. | 0.30 825.00/hr | 247.50 |
|  | AAB | Phone call with E. Swanson. | 0.10 550.00/hr | 55.00 |
|  | EWS | Conference with A. Barron.  Review email from counsel. | 0.20 825.00/hr | 165.00 |
|  | EWS | Review correspondence from counsel. | 0.40 825.00/hr | 330.00 |
| 4/11/2022 | APG | Conference with E Swanson re reporting, quarterly productions | 0.70 700.00/hr | 490.00 |
|  | APG | Review remedial plans re issues for reporting; emails with E Swanson re same | 0.60 700.00/hr | 420.00 |
|  | APG | Further conference with E Swanson in advance of call with parties | 0.20 700.00/hr | 140.00 |
|  | APG | Meeting with parties re quarterly reporting | 0.80 700.00/hr | 560.00 |

Armstrong

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/11/2022 | EWS | Conference with counsel re quarterly reviews. | 0.80 825.00/hr | 660.00 |
| | AAB | Phone call with class member. | 0.10 550.00/hr | 55.00 |
| | EWS | Review topics with A. Gugelmann. | 0.20 825.00/hr | 165.00 |
| | EWS | Review and respond to emails from counsel. | 0.20 825.00/hr | 165.00 |
| | EWS | Conference with A. Gugelmann re quarterly reports. | 0.70 825.00/hr | 577.50 |
| 4/12/2022 | AAB | Meeting with plaintiffs. | 0.50 550.00/hr | 275.00 |
| | EWS | Phone call with counsel. | 0.50 825.00/hr | 412.50 |
| | APG | Review depo notice; email E Swanson re same | 0.10 700.00/hr | 70.00 |
| 4/13/2022 | AAB | Phone call with R. Wesley. | 0.70 550.00/hr | 385.00 |
| | AAB | Listening to and responding to voicemails from incarcerated people. | 0.60 550.00/hr | 330.00 |
| | AAB | Meeting with E. Swanson. | 0.80 550.00/hr | 440.00 |
| | EWS | Review and respond to email from counsel. | 0.20 825.00/hr | 165.00 |
| | EWS | Conference with A. Barron. | 0.80 825.00/hr | 660.00 |
| | EWS | Conference with R. Wesley. [partial attendance] | 0.50 825.00/hr | 412.50 |
| 4/14/2022 | AAB | Phone call with class member. | 0.10 550.00/hr | 55.00 |
| | APG | Review OIG report | 0.90 700.00/hr | 630.00 |
| | EWS | Review correspondence from counsel. Confer with A. Gugelmann, A. Barron.  Contact special master. | 0.80 825.00/hr | 660.00 |
| | APG | Conference with E Swanson re OIG report | 0.20 700.00/hr | 140.00 |

Armstrong

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2022 | EWS | Conference with A. Gugelmann re OIG. | 0.20<br>825.00/hr | 165.00 |
| 4/15/2022 | AAB | Meeting with parties re LAC tour. | 1.00<br>550.00/hr | 550.00 |
| | EWS | Conference with A. Barron. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Conference with counsel. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Review correspondence from parties. | 0.20<br>825.00/hr | 165.00 |
| | AAB | Phone call with E. Swanson. | 0.30<br>550.00/hr | 165.00 |
| | EWS | Review and respond to email from A. Barron.  Email to CDCR. | 0.20<br>825.00/hr | 165.00 |
| 4/18/2022 | AAB | Phone call with E. Swanson. | 0.10<br>550.00/hr | 55.00 |
| | AAB | Review of interview notes. | 1.60<br>550.00/hr | 880.00 |
| | EWS | Review correspondence from counsel. | 0.20<br>825.00/hr | 165.00 |
| | EWS | Draft email to special master. Contact CDCR counsel. | 0.20<br>825.00/hr | 165.00 |
| | EWS | Review correspondence from plaintiffs.  Email to Receiver's staff. | 0.50<br>825.00/hr | 412.50 |
| 4/19/2022 | APG | Conference with E Swanson re SATF investigation | 0.30<br>700.00/hr | 210.00 |
| | EWS | Conference with A Gugelmann re SATF investigation | 0.30<br>825.00/hr | 247.50 |
| 4/20/2022 | AAB | Preparation for incarcerated person interviews. | 0.20<br>550.00/hr | 110.00 |
| | AAB | Phone call with class member. | 0.40<br>550.00/hr | 220.00 |
| 4/21/2022 | AAB | Interviews with class members. | 5.90<br>550.00/hr | 3,245.00 |
| | APG | Meeting with parties re blind/low-vision class member issues.<br>Conference with E Swanson | 1.00<br>700.00/hr | 700.00 |

Armstrong                                                                                          Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/21/2022 | APG | Review COVID report re iso/quarantine and ADA issues.  Conference with E Swanson | 0.90 700.00/hr | 630.00 |
|  | EWS | Interviews with class members. [partial attendance] | 5.00 825.00/hr | 4,125.00 |
|  | EWS | Conference with parties re blind/low-vision issues. | 1.00 825.00/hr | 825.00 |
|  | EWS | Conference with parties re program assignments. | 0.80 825.00/hr | 660.00 |
| 4/22/2022 | AAB | Meeting with captain regarding mail room issue. | 0.60 550.00/hr | 330.00 |
|  | EWS | Conference with Receiver's staff.  Review correspondence from parties. | 0.50 825.00/hr | 412.50 |
|  | APG | Conference with E Swanson | 0.20 700.00/hr | 140.00 |
|  | EWS | Conference with A. Gugelmann re contact from Receiver. | 0.20 825.00/hr | 165.00 |
|  | EWS | Conference with special master | 0.30 825.00/hr | 247.50 |
|  | EWS | Phone call with CDCR. | 0.50 825.00/hr | 412.50 |
| 4/24/2022 | EWS | Review correspondence from plaintiffs.  Review and respond to email from Receiver. | 0.50 825.00/hr | 412.50 |
| 4/25/2022 | AAB | Meeting regarding tablets at SATF. | 0.80 550.00/hr | 440.00 |
|  | AAB | Review of interview notes and updating outline. | 2.60 550.00/hr | 1,430.00 |
|  | APG | Meeting with parties re status of CST | 1.10 700.00/hr | 770.00 |
|  | EWS | Conference with parties re CST. | 1.10 825.00/hr | 907.50 |
|  | EWS | Conference with counsel re tablets. | 0.80 825.00/hr | 660.00 |
|  | AAB | Review of issues outline. | 1.00 550.00/hr | 550.00 |
|  | EWS | Review correspondence from parties. | 0.30 825.00/hr | 247.50 |

Armstrong

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/26/2022 | AAB | Interview of SATF staff member. | 2.50 550.00/hr | 1,375.00 |
| | AAB | Review of notes. | 0.80 550.00/hr | 440.00 |
| | AAB | Meeting with CDCR Healthcare staff. | 1.30 550.00/hr | 715.00 |
| | AAB | Phone call with attorney. | 0.20 550.00/hr | 110.00 |
| | EWS | Interview with SATF staff member | 2.50 825.00/hr | 2,062.50 |
| | EWS | Phone call from prison.  Conference with A. Barron. | 0.20 825.00/hr | 165.00 |
| | EWS | Meeting with A. Barron re document issues. | 0.50 825.00/hr | 412.50 |
| | EWS | Conference with Receiver's staff. | 1.10 825.00/hr | 907.50 |
| | EWS | Review information from Receiver's staff. | 0.40 825.00/hr | 330.00 |
| | AAB | Phone call with E. Swanson. | 0.20 550.00/hr | 110.00 |
| | APG | Review correspondence on blind/low-vision issues | 0.40 700.00/hr | 280.00 |
| | EWS | Phone call with A. Barron.  Email and call with Special Master's team. | 0.40 825.00/hr | 330.00 |
| 4/27/2022 | AAB | Review of materials from ISUDT. | 0.20 550.00/hr | 110.00 |
| | AAB | Meeting with SATF staff member | 1.10 550.00/hr | 605.00 |
| | AAB | Review of notes and updating outline. | 5.00 550.00/hr | 2,750.00 |
| | APG | Review plaintiff objections to new regulations; review CDCR responses to advocacy letters; review correspondence re RVRs; review correspondence re quarterly productions and associated video | 1.40 700.00/hr | 980.00 |
| | APG | Review CA9 order | 0.20 700.00/hr | 140.00 |

Armstrong

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2022 | EWS | Preparation for meeting with coordinating committee. | 0.30 825.00/hr | 247.50 |
| | EWS | Conference with coordinating committee. | 1.10 825.00/hr | 907.50 |
| | EWS | Interview of staff member. | 1.10 825.00/hr | 907.50 |
| | EWS | Review and respond to email from counsel.  Prepare for interview. | 0.20 825.00/hr | 165.00 |
| | EWS | Review court order.  Review and respond to emails. | 0.20 825.00/hr | 165.00 |
| 4/28/2022 | AAB | Phone call for deaf and hard of hearing working group. [partial attendance] | 0.80 550.00/hr | 440.00 |
| | AAB | Review of SATF notes and updating outline. | 1.60 550.00/hr | 880.00 |
| | AAB | Phone call with E. Swanson. | 0.20 550.00/hr | 110.00 |
| | EWS | Conference with A. Barron.  Call with parties re deaf and hearing impaired. | 2.10 825.00/hr | 1,732.50 |
| | AAB | Travel to Lancaster for LAC tour.  [time spent on flight reviewing SATF notes] | 4.00 550.00/hr | 2,200.00 |
| | EWS | Conference with A. Barron re LAC visit. | 0.20 825.00/hr | 165.00 |
| 4/29/2022 | APG | Conference with E Swanson; meeting with CDCR re blind, low-vision issues | 0.60 700.00/hr | 420.00 |
| | EWS | Conference with CDCR. | 0.50 825.00/hr | 412.50 |
| | EWS | Conference with parties re doc production. | 1.00 825.00/hr | 825.00 |
| | EWS | Review and respond to messages from A. Barron.  Review correspondence from parties. | 0.50 825.00/hr | 412.50 |
| | AAB | Travel to prison. | 0.50 550.00/hr | 275.00 |
| | AAB | Travel from prison. | 4.00 550.00/hr | 2,200.00 |
| | AAB | Tour of LAC. | 7.40 550.00/hr | 4,070.00 |

Armstrong

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/29/2022 | APG | Conference with parties re document production issues | 1.00 700.00/hr | 700.00 |
|  | EWS | Conference with A. Gugelmann. | 0.10 825.00/hr | 82.50 |
|  |  | For professional services rendered | 97.30 | $65,190.00 |

Additional Charges :

| | | |
|---|---|---|
| 3/16/2022 | Digital One invoice #SF22-030097 | 113.56 |
| 3/25/2022 | Digital One invoice #SF22-030053 | 1,359.16 |
| 3/30/2022 | Food for E Swanson | 3.77 |
|  | Food for E Swanson | 16.97 |
|  | Food for A Barron | 48.65 |
|  | Gas for E Swanson | 79.50 |
| 3/31/2022 | Digital One invoice #SF22-030175 | 505.55 |
| 4/14/2022 | Digital One invoice #SF22-030132 | 820.60 |
| 4/15/2022 | Flight for A Barron | 218.60 |
|  | Flight for A Barron | 309.20 |
| 4/16/2022 | Hotel for A Barron | 160.56 |
| 4/18/2022 | Hotel for A Barron | 2,008.16 |
| 4/25/2022 | Conference Call | 6.00 |
| 4/28/2022 | Uber for A Barron | 8.05 |
|  | Uber for A Barron | 19.90 |
|  | Rental Car for A Barron | 214.84 |
|  | Total additional charges | $5,893.07 |
|  | Total amount of this bill | $71,083.07 |
|  | Previous balance | $196,517.76 |

Accounts receivable transactions

| | | |
|---|---|---|
| 4/13/2022 | Payment - thank you. Check No. 4039353042 | ($25,917.50) |
| 4/19/2022 | Payment - thank you | ($43,786.13) |

Armstrong

|  |  | Amount |
|---|---|---|
| 4/25/2022 | Payment - thank you | ($126,814.13) |
|  | Total payments and adjustments | ($196,517.76) |
|  | Balance due | $71,083.07 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Audrey Barron - Associate | 49.30 | 550.00 | $27,115.00 |
| August P. Gugelmann - Partner | 12.20 | 700.00 | $8,540.00 |
| Edward W. Swanson - Partner | 35.80 | 825.00 | $29,535.00 |