IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN C. NEWSOM, et al.,<br><br>  Defendants. | Case No. 94-cv-02307 CW<br><br>**ORDER RE: *PRO SE* LETTERS AND FILINGS** |

The above-titled case is a class action, with attorneys representing the class. The Court routinely receives *pro se* letters and other requests by persons who may be members of the class. Because the class in this action is represented by counsel, members of the class may file motions, requests, and letters only through their counsel of record. Persons who are not members of the class may not seek relief in this case. Accordingly, with good cause appearing, the Court HEREBY ORDERS the Clerk to forward *pro se* filings in this case to counsel of record for the class, namely Rosen Bien Galvan & Grunfeld LLP, 101 Mission Street, 6th floor, San Francisco, CA 94104, and inform the inmate by copy of this order that it has done so. The Court will not retain copies of the *pro se* attempted filings that are forwarded to counsel. Counsel may return to the Court any attempted filings that they believe require Court review and are beyond the scope of this action or were filed by persons who are not members of the class.

IT IS SO ORDERED.

Dated: May 18, 2022

CLAUDIA WILKEN
United States District Judge