Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN C. NEWSOM, et al., <br><br> Defendants. | Case No. C 94-2307 CW <br><br> **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated June 8th, 2022.

Dated: June 8th, 2022                                Respectfully submitted,


                                                     _____/s/_____
                                                     EDWARD W. SWANSON
                                                     Court Expert

## ORDER

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated June 8th, 2022.

Dated: 6/8/2022

*[signature]*

HON. CLAUDIA WILKEN

United States District Court

2

**Admin. Motion and Order for Payment**
*John Armstrong, et al., v. Gavin C. Newsom, et al.*, C 94-2307 CW

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

June 8, 2022

Invoice # 31213

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2022 | AAB | Review of notes and incorporating into outline. | 3.10<br>550.00/hr | 1,705.00 |
|  | AAB | Meeting with CDCR counsel regarding document requests. | 0.50<br>550.00/hr | 275.00 |
|  | AAB | Review of interview notes and updating outline. | 4.30<br>550.00/hr | 2,365.00 |
|  | APG | Phone call with plaintiffs re quarterly productions | 1.00<br>700.00/hr | 700.00 |
|  | EWS | Conference with A. Gugelmann. Conference with counsel. | 1.00<br>825.00/hr | 825.00 |
|  | EWS | Conference with CDCR counsel, A. Barron. | 0.50<br>825.00/hr | 412.50 |
|  | EWS | Review and respond to email from A. Barron. Outline outstanding issues. | 0.50<br>825.00/hr | 412.50 |
|  | EWS | Review email from CDCR; confer with A. Gugelmann. | 0.20<br>825.00/hr | 165.00 |
| 5/3/2022 | AAB | Review of documents from CDCR and updating issues outline. | 3.80<br>550.00/hr | 2,090.00 |
|  | AAB | Meeting with E. Swanson; email to CDCR. | 1.50<br>550.00/hr | 825.00 |
|  | EWS | Review material from parties, Receiver. | 0.20<br>825.00/hr | 165.00 |

Armstrong                                                                                                    Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2022 | EWS | Conference with A. Barron re SATF | 1.50<br>825.00/hr | 1,237.50 |
|  | APG | Review material re depo and meet and confer letter.  Emails with E Swanson | 0.30<br>700.00/hr | 210.00 |
| 5/4/2022 | AAB | Meeting with parties regarding RVR process. | 1.60<br>550.00/hr | 880.00 |
|  | AAB | Meeting with E. Swanson regarding LAC and SATF. | 1.50<br>550.00/hr | 825.00 |
|  | EWS | Review information in advance of RVR meeting. | 0.30<br>825.00/hr | 247.50 |
|  | EWS | Meeting with parties re RVRs. | 1.50<br>825.00/hr | 1,237.50 |
|  | EWS | Conference with A. Barron re LAC tour, SATF. | 1.40<br>825.00/hr | 1,155.00 |
|  | AAB | Review of CDO training presentation. | 0.20<br>550.00/hr | 110.00 |
| 5/5/2022 | AAB | Meeting with E. Swanson re SATF. | 1.50<br>550.00/hr | 825.00 |
|  | AAB | Drafting email to CDCR regarding additional request. | 0.30<br>550.00/hr | 165.00 |
|  | EWS | Conference with A. Barron re SATF. | 1.50<br>825.00/hr | 1,237.50 |
|  | APG | Conference with E Swanson | 0.40<br>700.00/hr | 280.00 |
|  | EWS | Conference with A. Gugelmann.  Email to counsel. | 0.40<br>825.00/hr | 330.00 |
| 5/6/2022 | EWS | Review and respond to email from counsel.  Review email from counsel. | 0.20<br>825.00/hr | 165.00 |
| 5/9/2022 | APG | Review notes of EWS meeting | 0.20<br>700.00/hr | 140.00 |
|  | BE | Briefly cover meeting and take notes for A Barron. | 0.70<br>275.00/hr | 192.50 |
|  | AAB | Review of voicemails from class members. | 0.40<br>550.00/hr | 220.00 |
|  | EWS | Review material in advance of call with parties. | 0.40<br>825.00/hr | 330.00 |

Armstrong                                                                                                    Page    3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/9/2022 | EWS | Review correspondence from parties. | 0.20<br>825.00/hr | 165.00 |
|  | APG | Review correspondence re 30b6 subpoena. Email E Swanson re status | 0.30<br>700.00/hr | 210.00 |
| 5/10/2022 | APG | Conference with E Swanson in advance of party call | 0.50<br>700.00/hr | 350.00 |
|  | APG | Meeting with parties re DPV issues | 1.00<br>700.00/hr | 700.00 |
|  | APG | Emails with E Swanson re blind/low-vision issues | 0.20<br>700.00/hr | 140.00 |
|  | EWS | Preparation for call with parties.  Confer with A. Gugelmann. | 0.50<br>825.00/hr | 412.50 |
|  | EWS | Meeting with parties to discuss blind/low-vision issues. | 1.00<br>825.00/hr | 825.00 |
| 5/11/2022 | AAB | Preparation for SATF tour. | 0.30<br>550.00/hr | 165.00 |
|  | AAB | Phone call with E. Swanson. | 0.40<br>550.00/hr | 220.00 |
|  | AAB | Review of OIG report and notes re same. | 2.90<br>550.00/hr | 1,595.00 |
|  | APG | Conference with E Swanson re DPV issues | 0.20<br>700.00/hr | 140.00 |
|  | APG | Meeting with plaintiffs re DPV issues | 0.90<br>700.00/hr | 630.00 |
|  | EWS | Conference with A. Guglemann in advance of call with client. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review and respond to emails from counsel. | 0.30<br>825.00/hr | 247.50 |
|  | EWS | Conference with A. Barron re SATF tour. | 0.40<br>825.00/hr | 330.00 |
|  | EWS | Conference with counsel re blind/low-vision issues. | 0.80<br>825.00/hr | 660.00 |
| 5/12/2022 | APG | Review material from parties on blind/low vision issues.  Emails with E Swanson | 0.50<br>700.00/hr | 350.00 |
|  | EWS | Phone call with Receiver. | 0.40<br>825.00/hr | 330.00 |

Armstrong                                                                                                             Page    4

|            |     |                                                                                          | Hrs/Rate       | Amount   |
|------------|-----|------------------------------------------------------------------------------------------|----------------|----------|
| 5/12/2022  | EWS | Review and comment on blind/low-vision survey.  Review emails from parties.              | 0.30 825.00/hr | 247.50   |
|            | EWS | Review information from A. Barron re SATF.                                               | 0.40 825.00/hr | 330.00   |
|            | AAB | Phone call with M. Knowles.                                                              | 0.20 550.00/hr | 110.00   |
|            | AAB | Review of staffing data and creating comparison chart.                                   | 1.00 550.00/hr | 550.00   |
|            | AAB | Review of new document production.                                                       | 4.00 550.00/hr | 2,200.00 |
| 5/13/2022  | APG | Review agenda for coordination meeting; conference E Swanson                             | 0.40 700.00/hr | 280.00   |
|            | EWS | Review material re SATF, blind/low-vision deposition.                                    | 0.30 825.00/hr | 247.50   |
|            | EWS | Conference with A. Gugelmann re emails from counsel.                                     | 0.30 825.00/hr | 247.50   |
| 5/15/2022  | AAB | Review of documents from CDCR.                                                           | 0.80 550.00/hr | 440.00   |
|            | AAB | Travel to Hanford [time on train spent preparing for interviews].                        | 5.00 550.00/hr | 2,750.00 |
|            | EWS | Travel to Hanford.  Draft questions, confer with A. Barron en route.                     | 4.00 825.00/hr | 3,300.00 |
| 5/16/2022  | APG | Meeting with parties re blind/low-vision issues                                          | 0.50 700.00/hr | 350.00   |
|            | EWS | Review and respond to emails from Receiver's office, co-counsel.                         | 0.10 825.00/hr | 82.50    |
|            | EWS | Review material in advance of interviews.                                                | 0.40 825.00/hr | 330.00   |
|            | APG | Review information from parties                                                          | 0.30 700.00/hr | 210.00   |
|            | AAB | Preparation for day two interviews.                                                      | 2.00 550.00/hr | 1,100.00 |
|            | AAB | Interviews and tour at SATF.  Travel to and from.  Conference with E. Swanson.           | 10.00 550.00/hr | 5,500.00 |
|            | EWS | Interviews and tour at SATF.  Travel to and from.  Conference with A. Barron.            | 10.00 825.00/hr | 8,250.00 |

Armstrong                                                                                                           Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/17/2022 | APG | Review joint case management statement. Review correspondence from parties on various matters. Email E Swanson re status on outstanding issues | 1.80<br>700.00/hr | 1,260.00 |
|  | AAB | Meeting with E. Swanson. | 0.70<br>550.00/hr | 385.00 |
|  | AAB | Preparation for next interviews. | 1.20<br>550.00/hr | 660.00 |
|  | AAB | Interviews and tour at SATF. Travel to and from. Conference with E. Swanson. | 10.00<br>550.00/hr | 5,500.00 |
|  | EWS | Meeting with A. Barron. | 0.70<br>825.00/hr | 577.50 |
|  | EWS | Interviews and tour at SATF. Travel to and from. Conference with A. Barron. | 10.00<br>825.00/hr | 8,250.00 |
| 5/18/2022 | APG | Review correspondence re audiologist and email E Swanson | 0.20<br>700.00/hr | 140.00 |
|  | AAB | Preparation for next day interviews. | 1.00<br>550.00/hr | 550.00 |
|  | AAB | Interviews and tour at SATF. Travel to and from. Conference with E. Swanson. | 10.00<br>550.00/hr | 5,500.00 |
|  | EWS | Interviews and tour at SATF. Travel to and from. Conference with A Barron. | 10.00<br>825.00/hr | 8,250.00 |
| 5/19/2022 | AAB | Review of notes and drafting post-interview thoughts and follow up requests. | 1.50<br>550.00/hr | 825.00 |
|  | EWS | Travel from SATF to office (remaining time billed to other matters). | 2.00<br>825.00/hr | 1,650.00 |
|  | AAB | Interviews and tour of SATF. Meeting with E. Swanson before and after. Travel to prison. | 8.00<br>550.00/hr | 4,400.00 |
|  | EWS | Interviews and tour of SATF. Meeting with A. Barron before and after. Travel to prison. | 8.00<br>825.00/hr | 6,600.00 |
| 5/20/2022 | EWS | Review correspondence from counsel. | 0.20<br>825.00/hr | 165.00 |
| 5/22/2022 | AAB | Travel from Hanford to Bay Area | 3.50<br>550.00/hr | 1,925.00 |
| 5/23/2022 | AAB | Review of materials from CDCR. | 1.00<br>550.00/hr | 550.00 |

Armstrong     Page   6

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2022 | APG | Emails with E Swanson re blind/low-vision issues | 0.10<br>700.00/hr | 70.00 |
|  | EWS | Review information from CDCR. Review correspondence between parties. Draft email to A. Barron. Review and respond to email from A. Gugelmann. | 0.70<br>825.00/hr | 577.50 |
| 5/24/2022 | AAB | Meeting with CHCCS regarding updated issues. | 0.90<br>550.00/hr | 495.00 |
|  | AAB | Meeting with E. Swanson and A. McGuigan re survey analysis. | 1.00<br>550.00/hr | 550.00 |
|  | APG | Meeting with CDCR re upper extremity codes | 0.90<br>700.00/hr | 630.00 |
|  | EWS | Review material before CCHCS call. Email with colleagues. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with CCHCS. | 0.90<br>825.00/hr | 742.50 |
|  | EWS | Review correspondence re DMEs, desk reference. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with A. Barron re SATF. | 0.90<br>825.00/hr | 742.50 |
|  | AAB | Meeting with A. McGuigan re data analysis. | 0.40<br>550.00/hr | 220.00 |
|  | APG | Conference with E Swanson re blind/low-viz issues | 0.10<br>700.00/hr | 70.00 |
|  | EWS | Conference with colleagues re surveys. | 0.30<br>825.00/hr | 247.50 |
| 5/25/2022 | AM | Create a spreadsheet for survey responses. Start review of surveys to complete spreadsheet | 2.20<br>100.00/hr | 220.00 |
|  | AAB | Review of new documents from CDCR and drafting additional document requests. | 4.60<br>550.00/hr | 2,530.00 |
|  | APG | Meeting with parties re CST | 0.70<br>700.00/hr | 490.00 |
|  | APG | Conference with E Swanson | 0.10<br>700.00/hr | 70.00 |
|  | APG | Review information on blind/low vis class members | 0.30<br>700.00/hr | 210.00 |

Armstrong                                                                                                           Page     7

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/25/2022 | EWS | Review correspondence re SATF investigation. | 0.20<br>825.00/hr | 165.00 |
| | AAB | Phone call with M. O'Reilly regarding mail from SATF. | 0.10<br>550.00/hr | 55.00 |
| | EWS | Conference with parties re CST questions. Conference with A. Gugelmann. | 0.80<br>825.00/hr | 660.00 |
| 5/26/2022 | AM | Continue reviewing surveys and adding information to the spreadsheet. | 2.60<br>100.00/hr | 260.00 |
| | AAB | Attending all parties meet and confer. | 2.60<br>550.00/hr | 1,430.00 |
| | APG | Conference with E Swanson | 0.30<br>700.00/hr | 210.00 |
| | EWS | Review and respond to email from CCHCS, colleagues. | 0.20<br>825.00/hr | 165.00 |
| | EWS | Phone call with counsel. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Meeting with counsel. | 3.80<br>825.00/hr | 3,135.00 |
| | EWS | Conference with A. Gugelmann. | 0.30<br>825.00/hr | 247.50 |
| 5/27/2022 | EWS | Conference with parties re RVR. | 1.50<br>825.00/hr | 1,237.50 |
| | AAB | Meeting regarding RVR process. | 1.50<br>550.00/hr | 825.00 |
| | EWS | Phone call with counsel re SATF. | 0.70<br>825.00/hr | 577.50 |
| 5/29/2022 | EWS | Review Plata CMC statement. Email to A. Barron. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Review correspondence from parties, filing in related case. | 0.30<br>825.00/hr | 247.50 |
| 5/30/2022 | EWS | Review and respond to emails from A. Barron re SATF. | 0.10<br>825.00/hr | 82.50 |
| 5/31/2022 | AAB | Phone call with E. Swanson. | 1.00<br>550.00/hr | 550.00 |
| | AAB | Meeting with CDCR counsel regarding additional document request. | 0.50<br>550.00/hr | 275.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| Armstrong | | | | Page 8 |
| 5/31/2022 | AAB | Review of notes. | 0.40<br>550.00/hr | 220.00 |
| | APG | Conference with E Swanson | 0.40<br>700.00/hr | 280.00 |
| | EWS | Review correspondence from counsel.  Email to A. Gugelmann. | 0.20<br>825.00/hr | 165.00 |
| | EWS | Conference with A. Barron re SATF issues. | 1.00<br>825.00/hr | 825.00 |
| | EWS | Conference with A. Gugelmann. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Conference with CDCR, CCHCS representatives. | 0.50<br>825.00/hr | 412.50 |
| | AAB | Review of documents related to murders. | 0.90<br>550.00/hr | 495.00 |
| | AAB | Review of murder related documents and email to E. Swanson re same. | 1.50<br>550.00/hr | 825.00 |
| | | For professional services rendered | 188.50 | $123,357.50 |
| | | Additional Charges : | | |
| 4/29/2022 | | AAB meal | | 15.35 |
| | | AAB meal | | 33.12 |
| 4/30/2022 | | AAB Uber cost | | 61.95 |
| 5/13/2022 | | Covid tests for prison visit | | 86.31 |
| 5/15/2022 | | Uber for AAB | | 9.90 |
| | | Food for EWS | | 12.04 |
| | | Travel cost for Amtrak | | 38.50 |
| 5/16/2022 | | food for EWS | | 11.00 |
| | | Food for EWS | | 12.03 |
| | | Food for EWS | | 39.85 |
| | | Meal for AAB | | 42.44 |
| 5/17/2022 | | Food for EWS | | 5.00 |

Armstrong                                                                                                          Page      9

|            |                                   | Amount        |
|------------|-----------------------------------|---------------|
| 5/17/2022  | Food for EWS                      | 37.06         |
|            | Food for EWS                      | 46.60         |
| 5/18/2022  | Food for EWS                      | 46.84         |
|            | Food for EWS                      | 51.85         |
| 5/19/2022  | Food for EWS                      | 29.16         |
|            | food for EWS                      | 39.85         |
|            | gas for EWS                       | 96.46         |
|            | Total additional charges          | $715.31       |
|            | Total amount of this bill         | $124,072.81   |
|            | Previous balance                  | $71,083.07    |
|            | Accounts receivable transactions  |               |
| 5/24/2022  | Payment - thank you               | ($71,083.07)  |
|            | Total payments and adjustments    | ($71,083.07)  |
|            | Balance due                       | $124,072.81   |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amy McGuigan - Paralegal | 4.80 | 100.00 | $480.00 |
| Audrey Barron - Associate | 97.60 | 550.00 | $53,680.00 |
| August P. Gugelmann - Partner | 11.60 | 700.00 | $8,120.00 |
| Britt Evangelist - Partner | 0.70 | 275.00 | $192.50 |
| Edward W. Swanson - Partner | 73.80 | 825.00 | $60,885.00 |