DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:    (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | **STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2022** |
| v. | |
| GAVIN NEWSOM, et al., | Judge:   Hon. Claudia Wilken |
| Defendants. | |

[4102370.1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on April 22, 2022, Plaintiffs served on Defendants their First Quarterly Statement for 2022 by electronic transmission.  The parties completed their meet-and-confer process on June 8, 2022 as to the fees and costs incurred on all matters.

As a result of the June 8, 2022 agreement, the parties agree to the following:

The parties agree to the payment of $1,960,118.13 to resolve all fees and costs incurred during the First Quarter of 2022, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $92,215.22 to resolve all fees and costs incurred during the First Quarter of 2022, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $236,291.24 to resolve all fees and costs incurred during the First Quarter of 2022, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $24,670.80 to resolve all fees and costs incurred during the First Quarter of 2022, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

2

Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER 2022

[4102370.1]

1      The parties agree to the payment of $23,417.69 to resolve all fees and costs incurred

2 during the First Quarter of 2022, for litigation activities in the appeal of the RJD Order,

3 Ninth Circuit Court of Appeal Case No. 20-16921.  Attached hereto as **Exhibit E** are

4 charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by

5 the parties to settle these claims.

6      The parties agree to the payment of $410,937.37 to resolve all fees and costs

7 incurred during the First Quarter of 2022, for litigation activities in the appeal of the Five

8 Prisons Order, Ninth Circuit Court of Appeal Case No. 21-15614.  Attached hereto as

9 **Exhibit F** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts

10 agreed to by the parties to settle these claims.

11      IT IS HEREBY ORDERED that the amounts set forth above are due and

12 collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

13 and costs will run from May 23, 2022, accruing at the rate provided by 28 U.S.C. § 1961.

14

15 DATED: 6/15/2022

_____
Claudia Wilken
United States District Judge

16

17

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

[4102370.1]

1    APPROVED AS TO FORM:

2

3    DATED:  June 10, 2022                /s/Sharon Garske
                                          _____
4                                         Sharon Garske
                                          Supervising Deputy Attorney General
5                                         Attorney for Defendants

6

7    DATED:  June 9, 2022                 /s/Gay Crosthwait Grunfeld
                                          _____
8                                         Gay Crosthwait Grunfeld
                                          Rosen Bien Galvan & Grunfeld LLP
9                                         Attorney for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C94 2307 CW

STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST
QUARTER 2022

[4102370.1]

# EXHIBIT A

## Armstrong v. Newsom
**FIRST Quarterly Statement of 2022**
**January 1, 2022 through March 31, 2022**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|--------|-----------------|------------------|
| CDCR/AOAP MONITORING | $1,947,113.44 | $13,004.69 |
|  | **TOTAL UNDISPUTED:** | **$1,960,118.13** |

**Armstrong v. Newsom**
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
*Matter: CDCR/AOAP Monitoring/Merits*

| Monitoring (581-3) | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 15.10 | 13.90 | $1,400 | $19,460.00 | $18,730.25 |
| Gay C. Grunfeld (GCG) | 99.20 | 98.70 | $1,000 | $98,700.00 | $94,998.75 |
| Penny Godbold (PG) | 351.90 | 351.90 | $800 | $281,520.00 | $270,963.00 |
| Thomas Nolan (TN) | 172.50 | 167.90 | $825 | $138,517.50 | $133,323.09 |
| Michael L. Freedman (MLF) | 60.50 | 59.50 | $750 | $44,625.00 | $42,951.56 |
| Ben Bien-Kahn (BBK) | 101.30 | 99.20 | $725 | $71,920.00 | $69,223.00 |
| Caroline E. Jackson (CEJ) | 134.30 | 118.20 | $650 | $76,830.00 | $73,948.88 |
| Michael S. Nunez (MSN) | 27.20 | 22.60 | $675 | $15,255.00 | $14,682.94 |
| Mark Shinn-Krantz (MSK) | 0.30 | 0.00 | $550 | $0.00 | $0.00 |
| Priyah Kaul (PK) | 22.00 | 21.90 | $575 | $12,592.50 | $12,120.28 |
| Eric Monek Anderson (EMA) | 25.70 | 25.00 | $500 | $12,500.00 | $12,031.25 |
| Hannah Chartoff (HC) | 2.40 | 0.00 | $425 | $0.00 | $0.00 |
| Adrienne Harrold (AH) | 87.80 | 77.20 | $425 | $32,810.00 | $31,579.63 |
| Karen Stilber (KES) | 70.00 | 70.00 | $400 | $28,000.00 | $26,950.00 |
| Linda Woo (LHW) | 0.10 | 0.00 | $400 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 3.90 | 0.00 | $375 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 8.80 | 6.10 | $375 | $2,287.50 | $2,201.72 |
| Nathalie Welch (NW) | 15.60 | 11.10 | $300 | $3,330.00 | $3,205.13 |
| Jack Gleiberman (JG) | 241.80 | 236.90 | $300 | $71,070.00 | $68,404.88 |
| Ellinor Heywood (EH) | 116.20 | 110.40 | $300 | $33,120.00 | $31,878.00 |
| Morgan Botelle (MB) | 36.20 | 11.00 | $300 | $3,300.00 | $3,176.25 |
| Fely F. Villadelgado (FFV) | 115.00 | 0.00 | $300 | $0.00 | $0.00 |
| Rebecca Berman (RB) | 36.00 | 25.90 | $300 | $7,770.00 | $7,478.63 |
| Raynor Bond Ashpole (RBA) | 0.70 | 0.00 | $260 | $0.00 | $0.00 |
| Yesi Murillo (YM) | 13.30 | 10.20 | $260 | $2,652.00 | $2,552.55 |
| Ellen T. Brancart (ETB) | 41.80 | 40.60 | $260 | $10,556.00 | $10,160.15 |
| Sarah A. Corkum (SAC) | 87.70 | 86.70 | $260 | $22,542.00 | $21,696.68 |
| Adam Dean (AD) | 194.60 | 194.30 | $260 | $50,518.00 | $48,623.58 |
| Mateo Olvera-Sandoval (MOS) | 153.00 | 134.90 | $260 | $35,074.00 | $33,758.73 |
| Kelly Mu (KM) | 297.50 | 279.20 | $260 | $72,592.00 | $69,869.80 |
| Zoe Cullison-Shimada (ZS) | 22.30 | 19.10 | $260 | $4,966.00 | $4,779.78 |
| Isabel Ting (IT) | 271.70 | 198.50 | $260 | $51,610.00 | $49,674.63 |
| **Total Hours:** | **2,738.60** | **2,490.90** | | | |
| **RBGG FEES:** | | | | **$1,204,117.50** | **$1,158,963.09** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 9.50 | 9.50 | $1,100 | $10,450.00 | $10,058.13 |
| Sara Norman (SN) | 6.20 | 6.20 | $900 | $5,580.00 | $5,370.75 |
| Rita Lomio (RL) | 156.40 | 156.40 | $725 | $113,390.00 | $109,137.88 |
| Margot Mendelson (MM) | 105.00 | 105.00 | $700 | $73,500.00 | $70,743.75 |
| Laura Bixby (LB) | 102.40 | 102.40 | $550 | $56,320.00 | $54,208.00 |
| Patrick Booth (PB) | 188.80 | 188.80 | $400 | $75,520.00 | $72,688.00 |
| Jacob Hutt (JH) | 259.10 | 259.10 | $475 | $123,072.50 | $118,457.28 |
| Sophie J. Hart (SJH) | 16.90 | 16.90 | $475 | $8,027.50 | $7,726.47 |
| Amber Norris (AN) | 118.60 | 118.60 | $400 | $47,440.00 | $45,661.00 |
| Claudia Cesena (CS) | 12.00 | 12.00 | $400 | $4,800.00 | $4,620.00 |
| Tania Amarillas (TA) | 194.00 | 194.00 | $350 | $67,900.00 | $65,353.75 |
| Tovah Anna Ackerman (TAA) | 103.80 | 103.80 | $350 | $36,330.00 | $34,967.63 |
| Gabriela Pelsinger (GP) | 160.10 | 160.10 | $350 | $56,035.00 | $53,933.69 |
| Skye Lovett (SL) | 206.70 | 206.70 | $325 | $67,177.50 | $64,658.34 |
| Sophie Mishara (SM) | 53.70 | 53.70 | $300 | $16,110.00 | $15,505.88 |
| Alondra Diaz-Saavedra | 21.30 | 21.30 | $300 | $6,390.00 | $6,150.38 |
| Audrey Lim (AL) | 23.00 | 23.00 | $300 | $6,900.00 | $6,641.25 |
| Ilian Meza Pena (IP) | 12.30 | 12.30 | $300 | $3,690.00 | $3,551.63 |
| Isabela Avila Breach (IAB) | 10.50 | 10.50 | $300 | $3,150.00 | $3,031.88 |
| Juliette Mueller (JM) | 93.30 | 93.30 | $300 | $27,990.00 | $26,940.38 |
| Michael Brodheim (MB) | 23.70 | 23.70 | $300 | $7,110.00 | $6,843.38 |
| **Total Hours:** | **1,877.30** | **1,877.30** | | | |
| **PLO FEES:** | | | | **$816,882.50** | **$786,249.41** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Claudia Center (CC) | 1.30 | 1.30 | $920 | $1,196.00 | $1,151.15 |
| Case Clerk (H. Min) | 3.80 | 3.80 | $205 | $779.00 | $749.79 |
| **Total Hours:** | **5.10** | **5.10** | | | |
| **DREDF FEES:** | | | | **$1,975.00** | **$1,900.94** |
| **TOTAL CLAIMED CDCR/AOAP MONITORING FEES:** | | | | **$2,022,975.00** | **$1,947,113.44** |

**Armstrong v. Newsom**
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
**Costs**

## *Matter:  CDCR/AOAP Merits/Monitoring*

|  |  | Costs Now Owing Based On |
| --- | --- | --- |
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | **Costs** | **Negotiated Compromise** |
| Photocopying (In house) | $323.00 | $310.89 |
| Photocopying/printing (Outside) | $2,133.43 | $2,053.43 |
| Data hosting | $854.00 | $821.98 |
| Transcription and Translation | $402.90 | $387.79 |
| Online Research - PACER, Westlaw, State courts | $235.81 | $226.97 |
| Postage & Delivery | $1,057.22 | $1,017.57 |
| Telephone | $7.85 | $7.56 |
| Travel - Mileage, Tolls, Food | $1,780.99 | $1,714.20 |
| **Total RBGG Costs:** | **$6,795.20** | **$6,540.38** |
|  |  |  |
| **Prison Law Office** |  |  |
| Interpreting/SLI/Translation services | $643.17 | $619.05 |
| Travel - Mileage, Tolls, Food | $4,999.01 | $4,811.55 |
| Postage & Delivery | $996.15 | $958.79 |
| **Total PLO Costs:** | **$6,638.33** | **$6,389.39** |
|  |  |  |
| **Disability Rights Education & Defense Fund, Inc.** |  |  |
| Photocopying (in-house) | $64.00 | $61.60 |
| Postage & Delivery | $13.84 | $13.32 |
| **Total DREDF Costs:** | **$77.84** | **$74.92** |
|  |  |  |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$13,511.37** | **$13,004.69** |

# EXHIBIT B

<u>Armstrong v. Newsom</u>
**FIRST Quarterly Statement of 2022**
**January 1, 2022 through March 31, 2022**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| BPH | $92,190.18 | $25.04 |

**TOTAL UNDISPUTED:** **$92,215.22**

**Armstrong v. Newsom**
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
*Matter: BPH*

| *BPH (581-4)* | | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| *BPH MONITORING (581-4)* | | | | | | |
| | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 2.9 | 2.9 | $1,000 | $2,900.00 | $2,791.25 |
| Thomas Nolan (TN) | | 54.10 | 50.60 | $825 | $41,745.00 | $40,179.56 |
| Penny Godbold (PG) | | 1.10 | 0.00 | $800 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 26.00 | 25.60 | $650 | $16,640.00 | $16,016.00 |
| Gregorio Z. Gonzalez (GZG) | | 1.70 | 0.00 | $375 | $0.00 | $0.00 |
| Jack Gleiberman (JRG) | | 1.00 | 0.00 | $300 | $0.00 | $0.00 |
| Nathalie Welch (NW) | | 26.00 | 21.50 | $300 | $6,450.00 | $6,208.13 |
| Adam Dean (AD) | | 0.20 | 0.00 | $260 | $0.00 | $0.00 |
| Isabel Ting (IT) | | 0.30 | 0.00 | $260 | $0.00 | $0.00 |
| Mateo Olvera-Sandoval (MOS) | | 52.10 | 46.70 | $260 | $12,142.00 | $11,686.68 |
| | Total Hours: | **165.40** | **147.30** | | | |
| **RBGG FEES:** | | | | | **$79,877.00** | **$76,881.61** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 0.30 | 0.30 | $900 | $270.00 | $259.88 |
| Rita Lomio (RL) | | 1.00 | 1.00 | $725 | $725.00 | $697.81 |
| Rana Anabtawi (RA) | | 21.30 | 21.30 | $700 | $14,910.00 | $14,350.88 |
| | Total Hours: | **22.60** | **22.60** | | | |
| **PLO FEES:** | | | | | **$15,905.00** | **$15,308.56** |
| | | | | | | |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$95,782.00** | **$92,190.18** |

**Armstrong v. Newsom**
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
Costs

*Matter: BPH*

| Rosen, Bien, Galvan & Grunfeld (581-4) | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| Photocopying (In house) | $9.40 | $9.05 |
| Postage and delivery | $16.62 | $16.00 |
| Total RBGG Costs: | **$26.02** | **$25.04** |
| TOTAL CLAIMED BPH COSTS: | **$26.02** | **$25.04** |

# EXHIBIT C

## Armstrong v. Newsom
**FIRST Quarterly Statement of 2022**
**January 1, 2022 through March 31, 2022**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|--------|-----------------|-----------------|
| DAPO MONITORING | $235,605.08 | $686.16 |
| | | |
| **TOTAL UNDISPUTED:** | | **$236,291.24** |

**Armstrong v. Newsom**
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
*Matter: DAPO Monitoring*

| _DAPO Monitoring (581-9)_ | | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 2.70 | 2.70 | $1,400 | $3,780.00 | $3,638.25 |
| Gay C. Grunfeld (GCG) | | 12.30 | 12.30 | $1,000 | $12,300.00 | $11,838.75 |
| Penny Godbold (PG) | | 4.10 | 0.00 | $800 | $0.00 | $0.00 |
| Thomas Nolan (TN) | | 39.30 | 39.10 | $825 | $32,257.50 | $31,047.84 |
| Benjamin Bien-Kahn (BBK) | | 88.90 | 86.70 | $725 | $62,857.50 | $60,500.34 |
| Caroline E. Jackson (CEJ) | | 56.80 | 56.00 | $650 | $36,400.00 | $35,035.00 |
| Priyah Kaul (PK) | | 12.00 | 12.00 | $575 | $6,900.00 | $6,641.25 |
| Eric Monek Anderson (EMA) | | 9.30 | 9.30 | $500 | $4,650.00 | $4,475.63 |
| Adrienne Harrold (AH) | | 18.60 | 17.90 | $425 | $7,607.50 | $7,322.22 |
| Karen Stilber (KES) | | 0.70 | 0.00 | $400 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | | 255.90 | 232.20 | $300 | $69,660.00 | $67,047.75 |
| Rebecca Berman (RB) | | 0.50 | 0.00 | $300 | $0.00 | $0.00 |
| Jack Gleiberman (JG) | | 6.90 | 0.00 | $300 | $0.00 | $0.00 |
| Sarah A. Corkum (SAC) | | 32.50 | 32.20 | $260 | $8,372.00 | $8,058.05 |
| Isabel Ting (IT) | | 0.20 | 0.00 | $260 | $0.00 | $0.00 |
| Adam Dean (AD) | | 1.40 | 0.00 | $260 | $0.00 | $0.00 |
| | Total Hours: | 542.10 | 500.40 | | | |
| **RBGG FEES:** | | | | | **$244,784.50** | **$235,605.08** |
| **TOTAL FEES FOR DAPO MONITORING WORK:** | | | | | **$244,784.50** | **$235,605.08** |

**Armstrong v. Newsom**
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
Costs

## Matter: DAPO Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-9) | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| Photocopying (in-house) | $324.60 | $312.43 |
| Postage & Delivery | $219.68 | $211.44 |
| Long distance and videophone charges | $2.70 | $2.60 |
| Travel - Mileage, Tolls, Food | $165.91 | $159.69 |
| **Total RBGG Costs:** | **$712.89** | **$686.16** |
| **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$712.89** | **$686.16** |

# EXHIBIT D

## Armstrong v. Newsom
**FIRST Quarterly Statement of 2022**
**January 1, 2022 through March 31, 2022**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $24,602.46 | $68.34 |

### TOTAL UNDISPUTED: $24,670.80

**Armstrong v. Newsom**
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
*Matter:  All Matters Fees Work*

| _Fees (581-2)_ | | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 14.80 | 14.70 | $1,000 | $14,700.00 | $14,148.75 |
| Karen E. Stilber (KES) | | 14.80 | 14.80 | $400 | $5,920.00 | $5,698.00 |
| Jack Gleiberman (JRB) | | 0.20 | 0.00 | $300 | $0.00 | $0.00 |
| | Total Hours: | 29.80 | 29.50 | | | |
| **RBGG FEES:** | | | | | **$20,620.00** | **$19,846.75** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Margot Mendelson (MKM) | | 3.80 | 3.80 | $700 | $2,660.00 | $2,560.25 |
| Ashley Kirby (AK) | | 6.10 | 6.10 | $250 | $1,525.00 | $1,467.81 |
| | Total Hours: | 9.90 | 9.90 | | | |
| **PLO FEES:** | | | | | **$4,185.00** | **$4,028.06** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.8 | 0.8 | $945 | $756.00 | $727.65 |
| | Total Hours: | 0.80 | 0.80 | | | |
| **DREDF FEES:** | | | | | **$756.00** | **$727.65** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$25,561.00** | **$24,602.46** |

**Armstrong v. Newsom**
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
**Costs**

## *Matter: Fees Work in All Matters*

| Rosen, Bien, Galvan & Grunfeld (581-2) | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| Postage & Delivery | $71.00 | $68.34 |
| **Total RBGG Costs:** | **$71.00** | **$68.34** |
| | | |
| **TOTAL CLAIMED FEES WORK COSTS :** | **$71.00** | **$68.34** |

# EXHIBIT E

## Armstrong v. Newsom
**FIRST Quarterly Statement of 2022**
**January 1, 2022 through March 31, 2022**

## APPEAL OF RJD ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| APPEAL OF RJD ORDER | $23,203.47 | $214.22 |
| **TOTAL UNDISPUTED:** | | **$23,417.69** |

FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
*Matter: Appeal of RJD Order*

| *Fees (581-19)* | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 3.00 | 3.00 | $1,000 | $3,000.00 | $2,887.50 |
| Michael L. Freedman (MLF) | 13.00 | 13.00 | $750 | $9,750.00 | $9,384.38 |
| Adrienne Harrold (AH) | 23.50 | 23.50 | $425 | $9,987.50 | $9,612.97 |
| Jack Gleiberman (JB) | 2.30 | 2.30 | $300 | $690.00 | $664.13 |
| Karen E. Stilber (KES) | 1.70 | 1.70 | $400 | $680.00 | $654.50 |
| **RBGG Fees:** | **43.50** | **43.50** | | **$24,107.50** | **$23,203.47** |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL FEES FOR APPEAL OF RJD ORDER:** | | | | **$24,107.50** | **$23,203.47** |

<u>**Armstrong v. Newsom**</u>
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
<u>Costs</u>

*Matter: Appeal of RJD Order*

| | | Costs Now Owing Based On |
|---|---|---|
| <u>**Rosen, Bien, Galvan & Grunfeld (581-19)**</u> | <u>Costs</u> | <u>Negotiated Compromise</u> |
| Westlaw research | $222.57 | $214.22 |
| **Total RBGG Costs:** | **$222.57** | **$214.22** |

# EXHIBIT F

## Armstrong v. Newsom
**FIRST Quarterly Statement of 2022**
**January 1, 2022 through March 31, 2022**

## APPEAL OF 5 PRISONS ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| APPEAL OF 5 PRISONS ORDER | $407,817.27 | $3,120.11 |
| **TOTAL UNDISPUTED:** | | **$410,937.37** |

FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
*Matter: Appeal of 5 PRISONS Order*

| _Fees (581-20)_ | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 4.4 | 4.4 | $1,400 | $6,160 | $5,929.00 |
| Gay C. Grunfeld (GCG) | 59.30 | 58.70 | $1,000 | $58,700.00 | $56,498.75 |
| Ernest Galvan (EG) | 0.20 | 0.00 | $950 | $0.00 | $0.00 |
| Penny Godbold (PG) | 4.30 | 4.30 | $800 | $3,440.00 | $3,311.00 |
| Michael L. Freedman (MLF) | 222.50 | 222.50 | $750 | $166,875.00 | $160,617.19 |
| Priyah Kaul (PK) | 4.90 | 4.90 | $575 | $2,817.50 | $2,711.84 |
| Jessica Winter (JW) | 4.50 | 4.50 | $600 | $2,700.00 | $2,598.75 |
| Adrienne Harrold (AH) | 218.50 | 216.40 | $425 | $91,970.00 | $88,521.13 |
| Jack Gleiberman (JG) | 117.00 | 117.00 | $300 | $35,100.00 | $33,783.75 |
| Karen E. Stilber (KES) | 98.90 | 98.80 | $400 | $39,520.00 | $38,038.00 |
| **RBGG Fees** | **730.10** | **727.10** | | **$407,282.50** | **$392,009.41** |
| | | | | | |
| **KIRKLAND & ELLIS** | | | | | |
| Paul D. Clement (2021 Rate) | 1.00 | 1.00 | $1,895 | $1,895 | $1,823.94 |
| Paul D. Clement (2022 Rate) | 1.75 | 1.75 | $1,995 | $3,491 | $3,360.33 |
| Harker Rhodes (2021 Rate) | 5.00 | 5.00 | $1,145 | $5,725 | $5,510.31 |
| Harker Rhodes (2022 Rate) | 4.25 | 4.25 | $1,250 | $5,312.50 | $5,113.28 |
| **Kirkland & Ellis Fees:** | **12.00** | **12.00** | | **$16,423.75** | **$15,807.86** |

**TOTAL FEES FOR APPEAL OF 5**
**PRISONS ORDER:**                                                    $423,706.25                    $407,817.27

**Armstrong v. Newsom**
FIRST Quarterly Statement of 2022
January 1, 2022 through March 31, 2022
**Costs**

*Matter: Appeal of Five Prisons Order*

| Rosen, Bien, Galvan & Grunfeld (581-20) | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| In house copying and printing | $174.40 | $167.86 |
| Outside copying and binding | $1,057.08 | $1,017.44 |
| Pacer | $7.60 | $7.32 |
| Westlaw research | $2,002.59 | $1,927.49 |
| **Total RBGG Costs:** | **$3,241.67** | **$3,120.11** |