Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN C. NEWSOM, et al., <br><br> Defendants. | Case No.  C 94-2307 CW <br><br> **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated July 15th, 2022.

Dated: July 15th, 2022                                                                 Respectfully submitted,


                                                                                                   /s/
                                                                                    EDWARD W. SWANSON
                                                                                    Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated July 15th, 2022.

Dated: 7/20/2022

_____
HON. CLAUDIA WILKEN
United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

July 15, 2022

Invoice # 31326

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2022 | AAB | Phone call with incarcerated person. | 0.10<br>550.00/hr | 55.00 |
|  | AAB | Phone call with class member. | 0.60<br>550.00/hr | 330.00 |
|  | APG | Attend Plata CMC | 0.90<br>700.00/hr | 630.00 |
|  | EWS | Conference with counsel re SATF. | 0.50<br>825.00/hr | 412.50 |
|  | EWS | Review filing in related case, tour report from plaintiffs. | 0.30<br>825.00/hr | 247.50 |
|  | AAB | Meeting with Plaintiffs. | 0.80<br>550.00/hr | 440.00 |
|  | APG | Conference with E Swanson | 0.10<br>700.00/hr | 70.00 |
|  | EWS | Conference with A. Gugelmann re hearing. Respond to email from counsel. | 0.20<br>825.00/hr | 165.00 |
| 6/2/2022 | AM | Continue work on inputting survey responses into spreadsheet | 0.40<br>100.00/hr | 40.00 |
|  | AAB | Review of notes and drafting additional document requests. | 1.80<br>550.00/hr | 990.00 |
|  | EWS | Review notes from A. Barron. | 0.20<br>825.00/hr | 165.00 |

Armstrong                                                                                                           Page     2

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 6/2/2022 | AAB | Preparation for SATF Staff interview. | 0.40<br>550.00/hr | 220.00 |
| | AAB | Interview of SATF Staff | 1.60<br>550.00/hr | 880.00 |
| | EWS | Meeting with counsel re matrix (partial attendance). | 0.60<br>825.00/hr | 495.00 |
| 6/3/2022 | AAB | Interview of SATF Staff | 1.80<br>550.00/hr | 990.00 |
| | AAB | Reviewing interview notes and drafting information requests. | 2.00<br>550.00/hr | 1,100.00 |
| | APG | Conference with E Swanson re CTS issues | 0.20<br>700.00/hr | 140.00 |
| | CB | Phone call with inmate re SATF. | 0.20<br>225.00/hr | 45.00 |
| | APG | Phone call with parties re CST updates | 0.70<br>700.00/hr | 490.00 |
| | EWS | Conference with A. Gugelmann re conference call. | 0.20<br>825.00/hr | 165.00 |
| 6/6/2022 | AAB | Scheduling follow up interviews. | 0.20<br>550.00/hr | 110.00 |
| | AAB | Review of Plaintiffs' production letter. | 0.60<br>550.00/hr | 330.00 |
| | EWS | Conference with A. Barron.  Review and comment on minutes of coordination meeting. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Review reports on quarterly productions. | 0.80<br>825.00/hr | 660.00 |
| 6/7/2022 | AAB | Meeting with E. Swanson. | 1.40<br>550.00/hr | 770.00 |
| | AAB | Interview of ADAC. | 3.10<br>550.00/hr | 1,705.00 |
| | APG | Review letter re quarterly production. Emails with E Swanson | 0.70<br>700.00/hr | 490.00 |
| | EWS | Conference with A. Barron re SATF. | 1.40<br>825.00/hr | 1,155.00 |
| | EWS | Interview with SATF Staff.  Conference with A. Barron. | 3.10<br>825.00/hr | 2,557.50 |

Armstrong                                                                                                     Page    3

|            |     |                                                       | Hrs/Rate          | Amount   |
|------------|-----|-------------------------------------------------------|-------------------|----------|
| 6/7/2022   | AAB | Review of Q1 SATF letter from plaintiffs.             | 0.90<br>550.00/hr | 495.00   |
|            | EWS | Review correspondence from coordinating committee.    | 0.10<br>825.00/hr | 82.50    |
| 6/8/2022   | AAB | Preparation for SATF Staff interview.                 | 0.40<br>550.00/hr | 220.00   |
|            | AAB | Interview with SATF Staff                             | 1.00<br>550.00/hr | 550.00   |
|            | AAB | Review of notes and drafting additional doc requests. | 0.60<br>550.00/hr | 330.00   |
|            | APG | Review calprotect report on covid                     | 0.40<br>700.00/hr | 280.00   |
|            | EWS | Meeting with coordinating committee.                  | 0.70<br>825.00/hr | 577.50   |
|            | EWS | Interview with SATF Staff                             | 1.00<br>825.00/hr | 825.00   |
|            | EWS | Conference with counsel re program data.              | 1.50<br>825.00/hr | 1,237.50 |
|            | EWS | Phone call with counsel.                              | 0.20<br>825.00/hr | 165.00   |
|            | EWS | Preparation for court coordination meeting.           | 0.30<br>825.00/hr | 247.50   |
| 6/9/2022   | AAB | Phone call with court.                                | 0.70<br>550.00/hr | 385.00   |
|            | EWS | Conference with court.                                | 0.60<br>825.00/hr | 495.00   |
|            | EWS | Conference with parties re SATF tour.                 | 0.50<br>825.00/hr | 412.50   |
| 6/10/2022  | AAB | Preparation for interview of SATF Staff               | 0.20<br>550.00/hr | 110.00   |
|            | AAB | Drafting document requests.                           | 0.60<br>550.00/hr | 330.00   |
|            | AAB | Phone call with E. Swanson.                           | 0.20<br>550.00/hr | 110.00   |
|            | AAB | Meeting with plaintiffs.                              | 0.30<br>550.00/hr | 165.00   |

Armstrong                                                                                                          Page     4

|            |     |                                                                                      | Hrs/Rate        | Amount   |
|------------|-----|--------------------------------------------------------------------------------------|-----------------|----------|
| 6/10/2022  | AAB | Drafting doc requests.                                                               | 2.70 550.00/hr  | 1,485.00 |
|            | AAB | Conference with office manager regarding handling calls from incarcerated people at SATF. | 0.10 550.00/hr | 55.00 |
|            | AAB | Emails regarding scheduling follow up calls.                                         | 0.10 550.00/hr  | 55.00    |
|            | AAB | Meeting with SATF Staff                                                              | 0.40 550.00/hr  | 220.00   |
|            | APG | Review correspondence and conference with E Swanson re production issues             | 0.20 700.00/hr  | 140.00   |
|            | EWS | Review emails from counsel.  Confer with colleagues.                                 | 0.20 825.00/hr  | 165.00   |
|            | EWS | Conference with A. Barron.  Call with counsel.                                       | 0.50 825.00/hr  | 412.50   |
| 6/13/2022  | EWS | Conference with A. Gugelmann re quarterly reporting.                                 | 0.20 825.00/hr  | 165.00   |
|            | EWS | Review emails from counsel re tours, proposed language changes. Confer with A. Barron. | 0.40 825.00/hr | 330.00 |
|            | APG | Conference with E Swanson                                                            | 0.20 700.00/hr  | 140.00   |
| 6/14/2022  | AAB | Review of class member voicemails.                                                   | 0.70 550.00/hr  | 385.00   |
|            | AAB | Meeting with CDCR counsel.                                                           | 0.30 550.00/hr  | 165.00   |
|            | AAB | Phone call with class members' family.                                               | 0.20 550.00/hr  | 110.00   |
|            | AAB | Phone call with class member's family.                                               | 0.20 550.00/hr  | 110.00   |
|            | AAB | Meeting with E. Swanson re document requests.                                        | 1.10 550.00/hr  | 605.00   |
|            | EWS | Conference with counsel re document production.                                      | 0.40 825.00/hr  | 330.00   |
|            | EWS | Conference with A. Barron re inquiries re SATF.  Email to counsel.                   | 0.30 825.00/hr  | 247.50   |
|            | EWS | Conference with A. Barron re document requests.                                      | 0.90 825.00/hr  | 742.50   |

Armstrong                                                                                         Page     5

|            |     |                                                                                    | Hrs/Rate        | Amount   |
|------------|-----|------------------------------------------------------------------------------------|-----------------|----------|
| 6/15/2022  | AAB | Meeting with E. Swanson regarding document requests.                               | 0.60 550.00/hr  | 330.00   |
|            | AAB | Review of survey spreadsheet.                                                      | 0.20 550.00/hr  | 110.00   |
|            | AAB | Meeting with staff regarding survey responses.                                     | 0.50 550.00/hr  | 275.00   |
|            | AAB | Interview of SATF Staff and debrief with E. Swanson.                               | 1.50 550.00/hr  | 825.00   |
|            | AAB | Revising and sending additional document requests.                                 | 0.50 550.00/hr  | 275.00   |
|            | EWS | Conference with A. Barron re document requests.                                    | 0.60 825.00/hr  | 495.00   |
|            | EWS | Conferences with A. Gugelmann re quarterly reports.                                | 0.90 825.00/hr  | 742.50   |
|            | EWS | Interview of SATF Staff  Conference with A. Barron.                                | 1.50 825.00/hr  | 1,237.50 |
|            | EWS | Conference with A. Gugelmann.  Respond to emails from counsel.                     | 0.20 825.00/hr  | 165.00   |
|            | EWS | Review information from A. Gugelmann re quarterly reports, information from parties. | 0.40 825.00/hr | 330.00   |
|            | APG | Conference with E. Swanson.  Respond to emails from counsel.                       | 0.20 700.00/hr  | 140.00   |
|            | APG | Review footage re RJD allegations                                                  | 0.60 700.00/hr  | 420.00   |
|            | APG | Meeting with E Swanson re quarterly reporting                                      | 0.90 700.00/hr  | 630.00   |
|            | EWS | Conference with colleagues re surveys.                                             | 0.40 825.00/hr  | 330.00   |
| 6/16/2022  | AAB | Review of documents from CDCR.                                                     | 1.10 550.00/hr  | 605.00   |
|            | AAB | Review of documents from CDCR.                                                     | 3.10 550.00/hr  | 1,705.00 |
|            | EWS | Review SATF report.                                                                | 1.00 825.00/hr  | 825.00   |
|            | EWS | Conference with counsel re reporting.                                              | 1.00 825.00/hr  | 825.00   |

Armstrong                                                                                                  Page    6

|            |     |                                                                                                   | Hrs/Rate           | Amount    |
|------------|-----|---------------------------------------------------------------------------------------------------|--------------------|-----------|
| 6/16/2022  | EWS | Review and respond to emails from counsel.                                                        | 0.10<br>825.00/hr  | 82.50     |
|            | APG | Conference with E Swanson in advance of meeting with plaintiffs                                   | 0.50<br>700.00/hr  | 350.00    |
|            | APG | Review material in advance of call with plaintiffs. Email E Swanson re quarterly productions     | 0.50<br>700.00/hr  | 350.00    |
|            | APG | Meeting with plaintiffs re RJD, SATF reports                                                      | 1.00<br>700.00/hr  | 700.00    |
|            | EWS | Review and respond to emails from counsel.                                                        | 0.20<br>825.00/hr  | 165.00    |
|            | EWS | Conference with A. Gugelmann.                                                                     | 0.50<br>825.00/hr  | 412.50    |
| 6/17/2022  | AAB | Meeting with CCHCS.                                                                               | 1.00<br>550.00/hr  | 550.00    |
|            | APG | Conferences with E Swanson re quarterly reporting, outline issue for reporting, review prior orders | 1.50<br>700.00/hr  | 1,050.00  |
|            | EWS | Conference with A. Barron. Meeting with CCHCS.                                                    | 1.00<br>825.00/hr  | 825.00    |
|            | EWS | Conference with A. Gugelmann re quarterly reports.                                                | 0.70<br>825.00/hr  | 577.50    |
|            | AAB | Review of OIG report and memo to E. Swanson re same.                                              | 4.90<br>550.00/hr  | 2,695.00  |
| 6/20/2022  | AAB | Review of materials related to SATF.                                                              | 3.90<br>550.00/hr  | 2,145.00  |
|            | APG | Review issues for quarterly monitoring; review remedial plan and orders                           | 0.50<br>700.00/hr  | 350.00    |
|            | APG | Conference with E Swanson re quarterly reporting                                                  | 0.20<br>700.00/hr  | 140.00    |
|            | EWS | Conference with A. Gugelmann.                                                                     | 0.20<br>825.00/hr  | 165.00    |
|            | EWS | Review SATF information from A. Barron. Confer with A. Barron.                                    | 0.60<br>825.00/hr  | 495.00    |
|            | EWS | Draft email to counsel re quarterly reporting.                                                    | 0.70<br>825.00/hr  | 577.50    |
|            | AAB | Phone call with E. Swanson.                                                                       | 0.40<br>550.00/hr  | 220.00    |

Armstrong                                                                                                                  Page      7

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/21/2022 | AAB | Email with plaintiffs re scheduling. | 0.10<br>550.00/hr | 55.00 |
|  | AAB | Review of materials from class memeber | 0.70<br>550.00/hr | 385.00 |
|  | EWS | Review and respond to emails from counsel, CCHCS.  Review filings in related case. | 0.40<br>825.00/hr | 330.00 |
|  | EWS | Review correspondence from plaintiffs re program assignments, CDCR re COVID reporting. | 0.20<br>825.00/hr | 165.00 |
| 6/22/2022 | AAB | Preparation for class member interview. | 1.40<br>550.00/hr | 770.00 |
|  | AAB | Interview of class member. | 1.70<br>550.00/hr | 935.00 |
|  | AAB | Phone call with E. Swanson. | 0.30<br>550.00/hr | 165.00 |
|  | APG | Review information re CST; emails with Ed Swanson | 0.20<br>700.00/hr | 140.00 |
|  | EWS | Interview of class member.  (Partial attendance) | 1.20<br>825.00/hr | 990.00 |
|  | EWS | Conference with A. Barron. | 0.30<br>825.00/hr | 247.50 |
|  | EWS | Review email from counsel re blind/low-vision.  Review and respond to email re matrix. | 0.20<br>825.00/hr | 165.00 |
|  | APG | Review updates on blind/low-vision accommodations and covid reporting | 0.20<br>700.00/hr | 140.00 |
|  | EWS | Conference with A. Barron.  Review email from counsel.  Conference with A. Gugelmann. | 0.30<br>825.00/hr | 247.50 |
| 6/23/2022 | AAB | Interview of healthcare AW. | 1.40<br>550.00/hr | 770.00 |
|  | APG | Meeting with parties re quarterly reporting | 0.60<br>700.00/hr | 420.00 |
|  | EWS | Conference with A. Gugelmann in advance of call with counsel. | 0.10<br>825.00/hr | 82.50 |
|  | EWS | Conference with counsel re RJD production. | 0.50<br>825.00/hr | 412.50 |
|  | EWS | Conference with Health Care AW. | 1.40<br>825.00/hr | 1,155.00 |

Armstrong                         Page 8

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2022 | EWS | Conference with parties re quarterly reports. | 0.50  825.00/hr | 412.50 |
| | EWS | Conference with A. Gugelmann re quarterly report. | 0.50  825.00/hr | 412.50 |
| | EWS | Conference with A. Barron re doc production. | 0.20  825.00/hr | 165.00 |
| | EWS | Conference with A. Gugelmann re RJD report. | 0.10  825.00/hr | 82.50 |
| | EWS | Review RJD report. | 0.60  825.00/hr | 495.00 |
| | AAB | Conference with E. Swanson re doc production. | 0.20  550.00/hr | 110.00 |
| | AAB | Preparation for interview of healthcare AW. | 0.30  550.00/hr | 165.00 |
| | AAB | Phone call with E. Swanson. | 0.30  550.00/hr | 165.00 |
| | APG | Conference with E Swanson | 0.10  700.00/hr | 70.00 |
| | APG | Review emails re quarterly productions; email E Swanson | 0.20  700.00/hr | 140.00 |
| | EWS | Conference with A. Barron re interviews. | 0.30  825.00/hr | 247.50 |
| 6/24/2022 | AAB | Meeting with E. Swanson. | 2.10  550.00/hr | 1,155.00 |
| | APG | Meeting with plaintiffs re reporting | 1.50  700.00/hr | 1,050.00 |
| | APG | Draft quarterly report.  Review remedial orders.  Review notes of party meetings. | 1.10  700.00/hr | 770.00 |
| | EWS | Review RJD report. | 0.60  825.00/hr | 495.00 |
| | EWS | Conference with counsel re RJD report. | 1.50  825.00/hr | 1,237.50 |
| | APG | Conference with E Swanson in advance of call with plaintiffs | 0.20  700.00/hr | 140.00 |
| | EWS | Conference with A. Gugelmann. | 0.20  825.00/hr | 165.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| Armstrong | | | | Page 9 |
| 6/24/2022 | EWS | Conference with A. Barron re report.  Call to plaintiffs' counsel. | 2.10<br>825.00/hr | 1,732.50 |
| 6/26/2022 | EWS | Review correspondence from counsel.  Review new CDO training. | 0.30<br>825.00/hr | 247.50 |
| | EWS | Review emails re master plan and respond. | 0.20<br>825.00/hr | 165.00 |
| 6/27/2022 | EWS | Review correspondence from counsel. | 0.40<br>825.00/hr | 330.00 |
| 6/28/2022 | AAB | Meeting with staff regarding exit interviews. | 0.90<br>550.00/hr | 495.00 |
| | EWS | Conference with SATF, parties re SATF visit.  Conference with A. Barron. | 0.90<br>825.00/hr | 742.50 |
| | EWS | Review information from plaintiffs re SATF. | 0.20<br>825.00/hr | 165.00 |
| 6/29/2022 | AAB | Meeting with parties re RVRs. | 0.90<br>550.00/hr | 495.00 |
| | AAB | Meeting with CDCR counsel. | 0.60<br>550.00/hr | 330.00 |
| | AAB | Meeting with Plaintiff's counsel. | 0.60<br>550.00/hr | 330.00 |
| | EWS | Conference with counsel re RVR. | 0.90<br>825.00/hr | 742.50 |
| | EWS | Conference with counsel for CDCR. | 0.50<br>825.00/hr | 412.50 |
| | EWS | Conference with plaintiffs' counsel. | 0.50<br>825.00/hr | 412.50 |
| 6/30/2022 | EWS | Review correspondence from plaintiffs re RJD. | 0.20<br>825.00/hr | 165.00 |
| | APG | Finalize and file quarterly report | 0.40<br>700.00/hr | 280.00 |
| | EWS | Review and edit quarterly report. | 0.30<br>825.00/hr | 247.50 |
| | | For professional services rendered | 109.70 | $73,435.00 |

Armstrong                                                                                           Page    10

Additional Charges :

|            |                          | Amount        |
|------------|--------------------------|---------------|
| 6/9/2022   | Conference Call          | 4.41          |
|            | Total additional charges | $4.41         |
|            | Total amount of this bill | $73,439.41   |
|            | Previous balance         | $124,072.81   |
|            | Accounts receivable transactions | |
| 6/13/2022  | Payment - thank you      | ($124,072.81) |
|            | Total payments and adjustments | ($124,072.81) |
|            | Balance due              | $73,439.41    |

Timekeeper Summary

| Name                          | Hours | Rate   | Amount     |
|-------------------------------|-------|--------|------------|
| Amy McGuigan - Paralegal      | 0.40  | 100.00 | $40.00     |
| Audrey Barron - Associate     | 54.30 | 550.00 | $29,865.00 |
| August P. Gugelmann - Partner | 13.80 | 700.00 | $9,660.00  |
| Carly Bittman - Associate     | 0.20  | 225.00 | $45.00     |
| Edward W. Swanson - Partner   | 41.00 | 825.00 | $33,825.00 |