Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN C. NEWSOM, et al., <br><br> Defendants. | Case No.  C 94-2307 CW <br><br> **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated August 10th, 2022.

Dated: August 10th, 2022

Respectfully submitted,

/s/
EDWARD W. SWANSON
Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated August 10th, 2022.

Dated: 8/11/2022

_____

HON. CLAUDIA WILKEN

United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

August 10, 2022

Invoice # 31373

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2022 | EWS | Review correspondence from parties. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review and respond to emails from Special Master, counsel. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with plaintiffs' counsel re SATF visit. | 1.00<br>825.00/hr | 825.00 |
| 7/4/2022 | AAB | Phone call with E. Swanson. | 0.30<br>550.00/hr | 165.00 |
|  | EWS | Conference with A. Gugelmann re next steps. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with A. Barron. | 0.30<br>825.00/hr | 247.50 |
|  | APG | Conference with E Swanson | 0.20<br>700.00/hr | 140.00 |
| 7/5/2022 | AAB | Meeting with CCHCS re RVR process. | 1.70<br>550.00/hr | 935.00 |
|  | EWS | Review and respond to emails from plaintiffs re quarterly reporting. Review and comment on SATF outline. | 0.80<br>825.00/hr | 660.00 |
|  | EWS | Conference with colleagues.  Review 1824 document. | 0.30<br>825.00/hr | 247.50 |
|  | AAB | Preparation for meeting with CCHCS. | 0.40<br>550.00/hr | 220.00 |

Armstrong                                                                                                          Page     2

|            |     |                                                                                           | Hrs/Rate         | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------|------------------|----------|
| 7/5/2022   | AAB | Review of notes and follow up requests to CDCR.                                           | 1.00 550.00/hr   | 550.00   |
|            | APG | Conference with E Swanson re quarterly reporting                                          | 0.20 700.00/hr   | 140.00   |
|            | EWS | Conference with A. Gugelmann re quarterly report issues.                                  | 0.20 825.00/hr   | 165.00   |
| 7/6/2022   | AAB | Review of Ombudsman audit documents.                                                      | 0.70 550.00/hr   | 385.00   |
|            | EWS | Review and respond to email from colleague. Email to outside expert.                      | 0.20 825.00/hr   | 165.00   |
| 7/7/2022   | AAB | Phone call with class member and email to parties re same.                                | 0.60 550.00/hr   | 330.00   |
|            | AAB | Meeting with CCHCS staff.                                                                 | 0.40 550.00/hr   | 220.00   |
| 7/8/2022   | AAB | Review of data from CDCR; call with A. Gugelmann regarding communication to parties.      | 0.90 550.00/hr   | 495.00   |
|            | AAB | Meeting with Plaintiffs.                                                                  | 1.00 550.00/hr   | 550.00   |
|            | APG | Conference with A Barron re data sharing                                                  | 0.40 700.00/hr   | 280.00   |
| 7/10/2022  | EWS | Review and respond to email from colleague.                                               | 0.10 825.00/hr   | 82.50    |
| 7/12/2022  | AAB | Review of data from CDCR and email to counsel re same.                                    | 0.50 550.00/hr   | 275.00   |
|            | AAB | Interview of class member.                                                                | 0.40 550.00/hr   | 220.00   |
| 7/13/2022  | EWS | Review emails from parties, letters from plaintiffs' counsel.                             | 0.50 825.00/hr   | 412.50   |
|            | EWS | Review training, correspondence re coordination.                                          | 0.30 825.00/hr   | 247.50   |
| 7/14/2022  | AAB | Meeting with CCHCS.                                                                       | 0.30 550.00/hr   | 165.00   |
| 7/15/2022  | AAB | Conference with HOH work group.                                                           | 2.20 550.00/hr   | 1,210.00 |
|            | EWS | Conference with A. Gugelmann and A. Barron. Review correspondence from plaintiffs.        | 0.50 825.00/hr   | 412.50   |

Armstrong                                                                                                   Page     3

|            |     |                                                                           | Hrs/Rate          | Amount   |
|------------|-----|---------------------------------------------------------------------------|-------------------|----------|
| 7/15/2022  | APG | Email parties re meetings on CST and quarterly doc review                 | 0.20<br>700.00/hr | 140.00   |
| 7/16/2022  | APG | Emails with E Swanson, parties re upcoming meetings                       | 0.10<br>700.00/hr | 70.00    |
| 7/18/2022  | AAB | Review of voicemails from class members and email to E. Swanson re same.  | 0.60<br>550.00/hr | 330.00   |
|            | EWS | Preparation for meeting with parties.                                     | 0.20<br>825.00/hr | 165.00   |
|            | EWS | Review correspondence.  Email to counsel.  Review filing in related case. | 0.50<br>825.00/hr | 412.50   |
|            | EWS | Phone call with counsel.                                                  | 0.70<br>825.00/hr | 577.50   |
| 7/19/2022  | EWS | Conference with A. Barron re SATF.                                        | 0.60<br>825.00/hr | 495.00   |
|            | EWS | Conference with parties for meet and confer.                              | 2.60<br>825.00/hr | 2,145.00 |
|            | EWS | Review and respond to emails from counsel, CCHCS.                         | 0.20<br>825.00/hr | 165.00   |
|            | AAB | Conference with E. Swanson re SATF.                                       | 0.60<br>550.00/hr | 330.00   |
| 7/20/2022  | AAB | Meeting with staff regarding document requests.                           | 0.80<br>550.00/hr | 440.00   |
|            | AAB | Drafting memo to staff re data analysis.                                  | 1.20<br>550.00/hr | 660.00   |
|            | APG | Conference with E Swanson re quarterly reporting, CST, review of productions | 0.80<br>700.00/hr | 560.00 |
|            | APG | Meeting with parties re CST data                                          | 0.50<br>700.00/hr | 350.00   |
|            | APG | Meeting with CDCR re quarterly review letters                             | 0.70<br>700.00/hr | 490.00   |
|            | EWS | Conference with A. Barron and A. McGuigan re data analysis.               | 0.80<br>825.00/hr | 660.00   |
|            | EWS | Conference with A. Gugelmann re quarterly reporting.                      | 0.80<br>825.00/hr | 660.00   |
|            | EWS | Conference with parties re CST.                                           | 0.60<br>825.00/hr | 495.00   |

Armstrong                                                                                                    Page     4

|            |     |                                                                                                                |   Hrs/Rate      |   Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------|-----------------|------------|
| 7/20/2022  | APG | Conference with E Swanson re SATF interviews                                                                   | 0.10  700.00/hr | 70.00      |
|            | EWS | Conference with A. Gugelmann re quarterly interviews.                                                          | 0.10  825.00/hr | 82.50      |
|            | EWS | Conference with CDCR re reports.                                                                               | 0.70  825.00/hr | 577.50     |
| 7/22/2022  | APG | Meeting with parties re SATF interviews                                                                        | 0.80  700.00/hr | 560.00     |
|            | EWS | Conference with parties re quarterly interviews.  Review material in advance of call.                          | 0.80  825.00/hr | 660.00     |
|            | EWS | Review correspondence from CDCR re quarterly reports, emails from parties, blind/low-vision data.              | 0.60  825.00/hr | 495.00     |
|            | APG | Conference with E Swanson re CST                                                                               | 0.40  700.00/hr | 280.00     |
|            | EWS | Conference with CDCR re SATF footage.                                                                          | 0.20  825.00/hr | 165.00     |
|            | EWS | Conference with A. Gugelmann re CST info.                                                                      | 0.40  825.00/hr | 330.00     |
| 7/25/2022  | EWS | Review correspondence from plaintiffs.                                                                         | 0.20  825.00/hr | 165.00     |
|            | EWS | Review correspondence from counsel.  Email parties re meeting.  Review filing in related case.                 | 0.30  825.00/hr | 247.50     |
| 7/27/2022  | EWS | Preparation for Court Coordination meeting.  Review material from plaintiffs, Receiver's staff.                | 0.50  825.00/hr | 412.50     |
|            | EWS | Meeting with coordination committee.                                                                           | 0.90  825.00/hr | 742.50     |
|            | EWS | Review document requests from plaintiffs.  Email to A. Barron.                                                 | 0.10  825.00/hr | 82.50      |
| 7/30/2022  | EWS | Review SATF information from plaintiffs.  Email with A. Barron.                                                | 0.20  825.00/hr | 165.00     |
|            | EWS | Review emails from parties re SATF visits.                                                                     | 0.20  825.00/hr | 165.00     |
| 7/31/2022  | EWS | Review letter from plaintiffs re white cane memo, email re low-vision issues.  Correspond with A. Gugelmann and A. Barron. | 0.30  825.00/hr | 247.50     |
|            |     | For professional services rendered                                                                             | 35.30           | $24,832.50 |

Armstrong                                                                                                          Page    5

    Additional Charges :

|  |  | Amount |
|---|---|---:|
| 5/11/2022 | Digital One invoice #SF22-050093 | 327.75 |
|  | Total additional charges | $327.75 |
|  | Total amount of this bill | $25,160.25 |
|  | Previous balance | $73,439.41 |
|  | Accounts receivable transactions |  |
| 7/25/2022 | Payment - thank you | ($73,439.41) |
|  | Total payments and adjustments | ($73,439.41) |
|  | Balance due | $25,160.25 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Audrey Barron - Associate | 13.60 | 550.00 | $7,480.00 |
| August P. Gugelmann - Partner | 4.40 | 700.00 | $3,080.00 |
| Edward W. Swanson - Partner | 17.30 | 825.00 | $14,272.50 |