Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN C. NEWSOM, et al., <br><br> Defendants. | Case No.  C 94-2307 CW <br><br> **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated September 7th, 2022.

Dated: September 7th, 2022                                           Respectfully submitted,


                                                                                                    /s/
                                                                                     EDWARD W. SWANSON
                                                                                     Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated September 7th, 2022.

Dated: September 12, 2022

_____
HON. CLAUDIA WILKEN
United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

September 7, 2022

Invoice # 31439

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2022 | AM | Review data sent by CDCR.  Create tables and charts of staff vs inmate population,  and other items requested by counsel. | 4.90<br>100.00/hr | 490.00 |
|  | EWS | Review and respond to emails re contact with Receiver, review of SATF information. | 0.20<br>825.00/hr | 165.00 |
| 8/2/2022 | AAB | Meeting to watch body word camera footage. | 0.50<br>550.00/hr | 275.00 |
|  | EWS | Conference with parties re SATF review.  Conference with A. Barron. | 0.50<br>825.00/hr | 412.50 |
| 8/3/2022 | EWS | Review emails from counsel re upcoming meetings on SATF, investigations. | 0.40<br>825.00/hr | 330.00 |
| 8/4/2022 | AAB | Review of emails and documents re investigation. | 0.70<br>550.00/hr | 385.00 |
|  | AAB | Meeting with Plaintiffs. | 0.60<br>550.00/hr | 330.00 |
|  | AAB | Meeting with E. Swanson re SATF. | 0.70<br>550.00/hr | 385.00 |
|  | EWS | Conference with plaintiffs' counsel. | 0.50<br>825.00/hr | 412.50 |
|  | EWS | Conference with A. Barron re SATF report. | 0.80<br>825.00/hr | 660.00 |
|  | EWS | Conference with parties re CST. | 1.20<br>825.00/hr | 990.00 |

Armstrong                                                                                                          Page     2

|            |     |                                                                                                      | Hrs/Rate      | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|---------------|--------|
| 8/4/2022   | EWS | Review and respond to emails from counsel re CST; from Receiver's staff.                             | 0.20 825.00/hr | 165.00 |
|            | EWS | Review email from plaintiffs.                                                                        | 0.10 825.00/hr | 82.50  |
| 8/5/2022   | EWS | Conference with parties re upper extremities.                                                        | 0.60 825.00/hr | 495.00 |
|            | EWS | Conference with parties re sharing quarterly reports.                                                | 0.80 825.00/hr | 660.00 |
|            | EWS | Review material in advance of upper extremity issue.                                                 | 0.20 825.00/hr | 165.00 |
| 8/6/2022   | EWS | Review email from defendants re quarterly reports. Draft email to court representatives. Draft email to A. Gugelmann. | 0.50 825.00/hr | 412.50 |
| 8/7/2022   | EWS | Review report re investigation of staff complaint. Confer with A. Barron. Review report re CIM.      | 0.30 825.00/hr | 247.50 |
| 8/8/2022   | AAB | Meeting with Plaintiffs; debrief with E. Swanson.                                                    | 0.50 550.00/hr | 275.00 |
|            | AAB | Review of SATF document production.                                                                  | 0.50 550.00/hr | 275.00 |
|            | AAB | Review of memo from Ps.                                                                              | 0.30 550.00/hr | 165.00 |
|            | AAB | Meeting with parties re SATF document production.                                                    | 0.30 550.00/hr | 165.00 |
|            | APG | Conference with E Swanson re reporting issues                                                        | 0.50 700.00/hr | 350.00 |
|            | EWS | Review notes with parties re CST. Conference with A. Gugelmann.                                      | 0.50 825.00/hr | 412.50 |
|            | EWS | Review and respond to email from court representatives. Review email from counsel.                   | 0.30 825.00/hr | 247.50 |
|            | EWS | Conference with parties re document issue.                                                           | 0.30 825.00/hr | 247.50 |
|            | AAB | Drafting email to CDCR re IA interview issue.                                                        | 0.20 550.00/hr | 110.00 |
|            | APG | Review information on blind/low-vision aids                                                          | 0.10 700.00/hr | 70.00  |
|            | EWS | Conference with plaintiff's re client interview. Confer with A. Barron.                              | 0.50 825.00/hr | 412.50 |

Armstrong                                                                                                                   Page     3

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/9/2022 | AAB | Meeting with E. Swanson re SATF report. | 0.90<br>550.00/hr | 495.00 |
| | EWS | Review and respond to correspondence from Special Master.  Email to parties. | 0.20<br>825.00/hr | 165.00 |
| | EWS | Conference with A. Barron re SATF report. | 0.70<br>825.00/hr | 577.50 |
| | EWS | Review RVR material, emails from plaintiffs. | 0.20<br>825.00/hr | 165.00 |
| | AAB | Revising report outline. | 2.00<br>550.00/hr | 1,100.00 |
| | APG | Review files and emails with Plata, Coleman counsel | 0.20<br>700.00/hr | 140.00 |
| 8/10/2022 | AAB | Review of materials from CDCR. | 0.80<br>550.00/hr | 440.00 |
| | AAB | Meeting with paralegal regarding data. | 0.40<br>550.00/hr | 220.00 |
| | AAB | Meeting with E. Swanson re SATF. | 1.40<br>550.00/hr | 770.00 |
| | AAB | Review of materials from CDCR. | 1.00<br>550.00/hr | 550.00 |
| | APG | Meeting with parties re CST | 1.10<br>700.00/hr | 770.00 |
| | EWS | Conference with A. Barron re SATF. | 1.30<br>825.00/hr | 1,072.50 |
| | EWS | Conference with parties re staff misconduct review. | 1.10<br>825.00/hr | 907.50 |
| | EWS | Review information re SATF report. | 0.20<br>825.00/hr | 165.00 |
| 8/11/2022 | AAB | Interview of class member. | 0.70<br>550.00/hr | 385.00 |
| | AAB | Meeting re RVR process. | 1.10<br>550.00/hr | 605.00 |
| | AAB | Review of SATF materials. | 1.10<br>550.00/hr | 605.00 |
| | EWS | Meeting with parties re RVR. | 1.10<br>825.00/hr | 907.50 |

Armstrong                                                                                                    Page    4

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 8/11/2022 | EWS | Conference with parties re expedited transfer. | 0.60<br>825.00/hr | 495.00 |
|  | EWS | Review information re SATF 7362s. | 0.20<br>825.00/hr | 165.00 |
| 8/12/2022 | AAB | Meeting with E. Swanson. | 0.30<br>550.00/hr | 165.00 |
|  | AAB | Meeting with all parties re document production. | 0.60<br>550.00/hr | 330.00 |
|  | EWS | Conference with A. Barron re SATF. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with parties re document production issues. | 0.70<br>825.00/hr | 577.50 |
|  | EWS | Review and respond to emails from CCHCS, colleague. | 0.20<br>825.00/hr | 165.00 |
| 8/14/2022 | EWS | Conference with A. Barron re upcoming meetings. | 0.40<br>825.00/hr | 330.00 |
| 8/15/2022 | AAB | Meeting with CCHCS. | 2.10<br>550.00/hr | 1,155.00 |
|  | EWS | Review correspondence from counsel.  Email to A. Gugelmann re correspondence. | 0.20<br>825.00/hr | 165.00 |
|  | AAB | Review of documents from CDCR. | 1.80<br>550.00/hr | 990.00 |
|  | AAB | Review of data and creating SATF data chart. | 2.20<br>550.00/hr | 1,210.00 |
|  | EWS | Conference with CCHCS re SATF.  (Partial attendance) | 1.60<br>825.00/hr | 1,320.00 |
| 8/16/2022 | AAB | Meeting with E. Swanson. | 0.20<br>550.00/hr | 110.00 |
|  | AAB | Meeting with CCHCS. | 1.10<br>550.00/hr | 605.00 |
|  | EWS | Conference with A Barron in advance of call with Receiver. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with Receiver and team. | 1.00<br>825.00/hr | 825.00 |
|  | EWS | Review email re staff interviews.  Email with A. Barron re Receiver contacts. | 0.20<br>825.00/hr | 165.00 |

Armstrong                                                                                                    Page    5

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/16/2022 | EWS | Review and respond to emails from Receiver's staff. Review email from CDCR. | 0.20 825.00/hr | 165.00 |
|  | AAB | Drafting outline for CCHCS call. | 1.00 550.00/hr | 550.00 |
| 8/17/2022 | AAB | Meeting with class member. | 2.10 550.00/hr | 1,155.00 |
|  | AAB | Drafting email to E. Swanson regarding follow up requests from class member interview. | 0.30 550.00/hr | 165.00 |
|  | EWS | Review and respond to emails from A. Barron re interview, doc requests. | 0.20 825.00/hr | 165.00 |
|  | EWS | Interview with witness. | 1.50 825.00/hr | 1,237.50 |
| 8/18/2022 | AAB | Meeting with Plaintiffs. | 0.80 550.00/hr | 440.00 |
|  | AAB | Review of documents from CDCR. | 1.50 550.00/hr | 825.00 |
|  | EWS | Conference with A. Barron. | 0.40 825.00/hr | 330.00 |
| 8/21/2022 | EWS | Review correspondence re RVRs, DMEs. | 0.30 825.00/hr | 247.50 |
| 8/23/2022 | AAB | Review of CCHCS presentation re RVRs and email to E. Swanson re same. | 0.40 550.00/hr | 220.00 |
|  | AAB | Review of materials from parties. | 1.60 550.00/hr | 880.00 |
|  | EWS | Review and respond to emails from colleagues re SATF investigation. Review correspondence from plaintiffs. | 0.30 825.00/hr | 247.50 |
|  | AAB | Phone call with class member. | 0.20 550.00/hr | 110.00 |
|  | EWS | Review RVR slides. Review RVR correspondence. Confer with A. Barron. | 0.40 825.00/hr | 330.00 |
| 8/24/2022 | AAB | Phone call with Ps counsel. | 0.60 550.00/hr | 330.00 |
|  | AAB | Review of document from incarcerated person and email to CDCR re same. | 0.20 550.00/hr | 110.00 |
| 8/25/2022 | EWS | Review and respond to emails from A. Barron. | 0.20 825.00/hr | 165.00 |

Armstrong                                                                                              Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/25/2022 | AAB | Review of RVR data from CCHCS. | 0.20<br>550.00/hr | 110.00 |
|  | AAB | Meeting with CCHCS re RVRs and email to E. Swanson re same. | 1.20<br>550.00/hr | 660.00 |
| 8/26/2022 | EWS | Review emails from parties. | 0.20<br>825.00/hr | 165.00 |
| 8/27/2022 | AAB | Review of data regarding SATF; email to E. Swanson re same. | 2.00<br>550.00/hr | 1,100.00 |
|  | AAB | Drafting healthcare RVR section and murder outline. | 3.50<br>550.00/hr | 1,925.00 |
| 8/29/2022 | EWS | Review letter re RAP at SVSP. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review and edit portion of report. | 1.10<br>825.00/hr | 907.50 |
| 8/30/2022 | APG | Review material on CTS, review advocacy letters. Review information on interview protocols. Prepare for call with parties on CTS | 1.10<br>700.00/hr | 770.00 |
|  | APG | Meeting with parties re CTS and regulations | 1.10<br>700.00/hr | 770.00 |
|  | EWS | Conference with A. Guglemann in advance of call. | 0.30<br>825.00/hr | 247.50 |
|  | EWS | Meeting with parties re CST, regs.  Conference with A. Gugelmann. | 1.10<br>825.00/hr | 907.50 |
|  | APG | Meeting with E Swanson in advance of party meeting | 0.30<br>700.00/hr | 210.00 |
| 8/31/2022 | EWS | Review letter re regs from plaintiffs' counsel. | 0.20<br>825.00/hr | 165.00 |
|  |  | For professional services rendered | 71.70 | $44,710.00 |
|  |  | Additional Charges : |  |  |
| 6/30/2022 |  | PACER charges, Q2 2022 |  | 22.60 |
|  |  | Total additional charges |  | $22.60 |
|  |  | Total amount of this bill |  | $44,732.60 |
|  |  | Previous balance |  | $25,160.25 |

Armstrong                                                                                                    Page    7

|  |  | Amount |
|---|---|---:|
| Accounts receivable transactions | | |
| 8/23/2022  Payment - thank you | | ($25,160.25) |
| Total payments and adjustments | | ($25,160.25) |
| Balance due | | $44,732.60 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Amy McGuigan - Paralegal | 4.90 | 100.00 | $490.00 |
| Audrey Barron - Associate | 37.60 | 550.00 | $20,680.00 |
| August P. Gugelmann - Partner | 4.40 | 700.00 | $3,080.00 |
| Edward W. Swanson - Partner | 24.80 | 825.00 | $20,460.00 |