DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:     (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:     (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | **STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2022** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Judge:  Hon. Claudia Wilken |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on July 20, 2022, Plaintiffs served on Defendants their Second Quarterly Statement for 2022 by electronic transmission.  The parties completed their meet-and-confer process on September 2, 2022 as to the fees and costs incurred on all matters.

As a result of the September 2, 2022 agreement, the parties agree to the following:

The parties agree to the payment of $2,327,859.87 to resolve all fees and costs incurred during the Second Quarter of 2022, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $132,141.20 to resolve all fees and costs incurred during the Second Quarter of 2022, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $175,496.85 to resolve all fees and costs incurred during the Second Quarter of 2022, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $23,110.59 to resolve all fees and costs incurred during the Second Quarter of 2022, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

[4151525.1]

The parties agree to the payment of $26,767.75 to resolve all fees and costs incurred during the Second Quarter of 2022, for litigation activities in the appeal of the RJD Order, Ninth Circuit Court of Appeal Case No. 20-16921.  Attached hereto as **Exhibit E** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $5,544.00 to resolve all fees and costs incurred during the Second Quarter of 2022, for litigation activities in the appeal of the Five Prisons Order, Ninth Circuit Court of Appeal Case No. 21-15614.  Attached hereto as **Exhibit F** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from August 22, 2022, accruing at the rate provided by 28 U.S.C. § 1961.

DATED:  September 12, 2022

Claudia Wilken
United States District Judge

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER 2022

[4151525.1]

1

2   APPROVED AS TO FORM:

3

4   DATED:  September 6, 2022          /s/Sharon Garske
                                       Sharon Garske
5                                      Supervising Deputy Attorney General
                                       Attorney for Defendants
6

7

8   DATED:  September 6, 2022          /s/Gay Crosthwait Grunfeld
                                       Gay Crosthwait Grunfeld
9                                      Rosen Bien Galvan & Grunfeld LLP
                                       Attorney for Plaintiffs
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C94 2307 CW

STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER 2022

[4151525.1]

# EXHIBIT A

## <u>Armstrong v. Newsom</u>
**Second Quarterly Statement of 2022**
**April 1, 2022 through June 30, 2022**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| CDCR/AOAP MONITORING | $2,247,921.64 | $79,938.23 |
| | **TOTAL UNDISPUTED:** | **$2,327,859.87** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
*Matter: CDCR/AOAP Monitoring/Merits*

| Monitoring (581-3) | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 16.00 | 15.40 | $1,400 | $21,560.00 | $20,751.50 |
| Gay C. Grunfeld (GCG) | 74.40 | 74.40 | $1,000 | $74,400.00 | $71,610.00 |
| Ernest Galvan (EG) | 0.5 | 0.2 | $950 | $190.00 | $182.88 |
| Penny Godbold (PG) | 369.40 | 369.30 | $800 | $295,440.00 | $284,361.00 |
| Thomas Nolan (TN) | 233.30 | 230.30 | $825 | $189,997.50 | $182,872.59 |
| Jenny S. Yelin (JY) | 0.10 | 0.00 | $750 | $0.00 | $0.00 |
| Michael L. Freedman (MLF) | 154.00 | 151.30 | $750 | $113,475.00 | $109,219.69 |
| Ben Bien-Kahn (BBK) | 51.70 | 50.90 | $725 | $36,902.50 | $35,518.66 |
| Caroline E. Jackson (CEJ) | 219.40 | 207.40 | $650 | $134,810.00 | $129,754.63 |
| Michael S. Nunez (MSN) | 58.50 | 33.10 | $675 | $22,342.50 | $21,504.66 |
| Priyah Kaul (PK) | 4.90 | 4.49 | $575 | $2,817.50 | $2,711.84 |
| Eric Monek Anderson (EMA) | 103.30 | 103.10 | $500 | $51,550.00 | $49,616.88 |
| Hannah Chartoff (HC) | 55.10 | 54.10 | $425 | $22,992.50 | $22,130.28 |
| Karen Stilber (KES) | 43.80 | 43.30 | $400 | $17,320.00 | $16,670.50 |
| Linda Woo (LHW) | 0.20 | 0.00 | $400 | $0.00 | $0.00 |
| F. Gail LaPurja (FGL) | 5.40 | 0.00 | $375 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 7.10 | 5.50 | $375 | $2,062.50 | $1,985.16 |
| Nathalie Welch (NW) | 11.90 | 10.20 | $300 | $3,060.00 | $2,945.25 |
| Jack Gleiberman (JG) | 245.10 | 242.80 | $300 | $72,840.00 | $70,108.50 |
| Ellinor Heywood (EH) | 27.00 | 23.90 | $300 | $7,170.00 | $6,901.13 |
| Morgan Botelle (MB) | 344.00 | 302.10 | $300 | $90,630.00 | $87,231.38 |
| Fely F. Villadelgado (FFV) | 98.80 | 0.00 | $300 | $0.00 | $0.00 |
| Rebecca Berman (RB) | 14.70 | 13.40 | $300 | $4,020.00 | $3,869.25 |
| Adam Dean (AD) | 187.50 | 187.50 | $300 | $56,250.00 | $54,140.63 |
| Sanjana Srinivasan (SS) | 5.00 | 0.00 | $300 | $0.00 | $0.00 |
| Yesi Murillo (YM) | 41.50 | 35.10 | $260 | $9,126.00 | $8,783.78 |
| Ellen T. Brancart (ETB) | 20.50 | 20.10 | $260 | $5,226.00 | $5,030.03 |
| Sarah A. Corkum (SAC) | 147.10 | 143.50 | $260 | $37,310.00 | $35,910.88 |
| Teya Khalil (TK) | 14.60 | 14.60 | $260 | $3,796.00 | $3,653.65 |
| Kelly Mu (KM) | 275.60 | 262.40 | $260 | $68,224.00 | $65,665.60 |
| Hannah Potter (HP) | 8.80 | 0.00 | $260 | $0.00 | $0.00 |
| Zoe Cullison-Shimada (ZS) | 21.70 | 21.40 | $260 | $5,564.00 | $5,355.35 |
| Isabel Ting (IT) | 290.00 | 258.90 | $260 | $67,314.00 | $64,789.73 |
| **Total Hours:** | **3,150.90** | **2,879.10** | | | |
| **RBGG FEES:** | | | | **$1,416,390.00** | **$1,363,275.38** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 6.90 | 6.90 | $1,100 | $7,590.00 | $7,305.38 |
| Sara Norman (SN) | 1.40 | 1.40 | $900 | $1,260.00 | $1,212.75 |
| Rita Lomio (RL) | 191.70 | 191.70 | $725 | $138,982.50 | $133,770.66 |
| Margot Mendelson (MM) | 66.90 | 66.90 | $700 | $46,830.00 | $45,073.88 |
| Tess Borden (TB) | 18.60 | 18.60 | $550 | $10,230.00 | $9,846.38 |
| Jacob Hutt (JH) | 267.80 | 267.80 | $475 | $127,205.00 | $122,434.81 |
| Patrick Booth (PB) | 172.40 | 172.40 | $400 | $68,960.00 | $66,374.00 |
| Amber Norris (AN) | 120.40 | 120.40 | $400 | $48,160.00 | $46,354.00 |
| Claudia Cesena (CS) | 119.70 | 119.70 | $400 | $47,880.00 | $46,084.50 |
| Tania Amarillas (TA) | 351.40 | 351.40 | $350 | $122,990.00 | $118,377.88 |
| Gabriela Pelsinger (GP) | 112.20 | 112.20 | $350 | $39,270.00 | $37,797.38 |
| Skye Lovett (SL) | 376.80 | 376.80 | $325 | $122,460.00 | $117,867.75 |
| Alondra Diaz-Saavedra | 46.60 | 46.60 | $300 | $13,980.00 | $13,455.75 |
| Audrey Lim (AL) | 104.80 | 104.80 | $300 | $31,440.00 | $30,261.00 |
| Dewi Zarni (DZ) | 19.50 | 19.50 | $300 | $5,850.00 | $5,630.63 |
| Ilian Meza Pena (IP) | 109.80 | 109.80 | $300 | $32,940.00 | $31,704.75 |
| Isabela Avila Breach (IAB) | 56.80 | 56.80 | $300 | $17,040.00 | $16,401.00 |
| Joanna Cardenas (JC) | 44.50 | 44.50 | $300 | $13,350.00 | $12,849.38 |
| Juliette Mueller (JM) | 13.10 | 13.10 | $300 | $3,930.00 | $3,782.63 |
| Katherine Hong (KH) | 7.90 | 7.90 | $300 | $2,370.00 | $2,281.13 |
| Korbin Felder (KF) | 1.10 | 1.10 | $300 | $330.00 | $317.63 |
| Michael Brodheim | 0.50 | 0.50 | $300 | $150.00 | $144.38 |
| Sophie Mishara (SM) | 52.30 | 52.30 | $300 | $15,690.00 | $15,101.63 |
| **Total Hours:** | **2,263.10** | **2,263.10** | | | |
| **PLO FEES:** | | | | **$918,887.50** | **$884,429.22** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Case Clerk (H. Min) | 1.10 | 1.10 | $205 | $225.50 | $217.04 |
| **Total Hours:** | **1.10** | **1.10** | | | |
| **DREDF FEES:** | | | | **$225.50** | **$217.04** |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | **$2,335,503.00** | **$2,247,921.64** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
**Costs**

*Matter:  CDCR/AOAP Merits/Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-3) | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $1,693.60 | $1,630.09 |
| Photocopying/printing (Outside) | | $2,149.83 | $2,069.21 |
| Expert Services | | $42,600.35 | $41,002.84 |
| Transcription and Translation | | $490.14 | $471.76 |
| Online Research - PACER, Westlaw, State courts | | $382.98 | $368.62 |
| Postage & Delivery | | $1,038.34 | $999.40 |
| Telephone | | $6.00 | $5.78 |
| Travel - Mileage, Tolls, Food | | $12,416.90 | $11,951.27 |
| | **Total RBGG Costs:** | **$60,778.14** | **$58,498.96** |
| | | | |
| **Prison Law Office** | | | |
| Interpreting/SLI/Translation services | | $3,817.49 | $3,674.33 |
| Travel - Mileage, Tolls, Food | | $17,384.84 | $16,732.91 |
| Postage & Delivery | | $974.94 | $938.38 |
| | **Total PLO Costs:** | **$22,177.27** | **$21,345.62** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $80.00 | $77.00 |
| Postage & Delivery | | $17.30 | $16.65 |
| | **Total DREDF Costs:** | **$97.30** | **$93.65** |
| | | | |
| **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | | **$83,052.71** | **$79,938.23** |

# EXHIBIT B

## Armstrong v. Newsom
### Second Quarterly Statement of 2022
### April 1, 2022 through June 30, 2022

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $132,136.81 | $4.39 |
| | **TOTAL UNDISPUTED:** | **$132,141.20** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
*Matter: BPH*

| *BPH (581-4)* | | Actual | Claimed | 2022 | | Fees Now Owing Based On Negotiated |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total | Compromise |
| *BPH MONITORING (581-4)* | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 1.50 | 1.50 | $1,400 | $2,100.00 | $2,021.25 |
| Gay C. Grunfeld (GCG) | | 5.5 | 5.5 | $1,000 | $5,500.00 | $5,293.75 |
| Thomas Nolan (TN) | | 49.80 | 47.50 | $825 | $39,187.50 | $37,717.97 |
| Penny Godbold (PG) | | 2.00 | 2.00 | $800 | $1,600.00 | $1,540.00 |
| Benjamin Bien-Kahn (BBK) | | 0.10 | 0.00 | $725 | $0.00 | $0.00 |
| Michael S. Nunez (MSN) | | 49.80 | 25.50 | $675 | $17,212.50 | $16,567.03 |
| Caroline E. Jackson (CEJ) | 39.10 | | 37.90 | $650 | $24,635.00 | $23,711.19 |
| Karen E. Stilber (KES) | | 3.80 | 3.80 | $400 | $1,520.00 | $1,463.00 |
| Nathalie Welch (NW) | | 58.90 | 57.70 | $300 | $17,310.00 | $16,660.88 |
| Adam Dean (AD) | | 9.60 | 9.60 | $300 | $2,880.00 | $2,772.00 |
| | Total Hours: | **220.10** | **191.00** | | | |
| **RBGG FEES:** | | | | | **$111,945.00** | **$107,747.06** |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 0.40 | 0.40 | $900 | $360.00 | $346.50 |
| Rita Lomio (RL) | | 1.70 | 1.70 | $725 | $1,232.50 | $1,186.28 |
| Rana Anabtawi (RA) | | 27.20 | 27.20 | $700 | $19,040.00 | $18,326.00 |
| Tess Borden (TB) | | 2.60 | 2.60 | $550 | $1,430.00 | $1,376.38 |
| Jacob Hutt (JH) | | 6.9 | 6.9 | $475 | $3,277.50 | $3,154.59 |
| | Total Hours: | **38.80** | **38.80** | | | |
| **PLO FEES:** | | | | | **$25,340.00** | **$24,389.75** |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$137,285.00** | **$132,136.81** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
**Costs**

*Matter: BPH*

| Rosen, Bien, Galvan & Grunfeld (581-4) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying (In house) | $2.60 | $2.50 |
| Postage and delivery | $1.96 | $1.89 |
| **Total RBGG Costs:** | **$4.56** | **$4.39** |
| **TOTAL CLAIMED BPH COSTS:** | **$4.56** | **$4.39** |

# EXHIBIT C

## <u>Armstrong v. Newsom</u>
### Second Quarterly Statement of 2022
### April 1, 2022 through June 30, 2022

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COST</u> |
|---|---|---|
| DAPO MONITORING | $174,413.18 | $1,083.67 |
| | **TOTAL UNDISPUTED:** | **$175,496.85** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual | Claimed | 2022 | | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.60 | 0.00 | $1,400 | $0.00 | $0.00 |
| Gay C. Grunfeld (GCG) | 7.30 | 7.30 | $1,000 | $7,300.00 | $7,026.25 |
| Penny Godbold (PG) | 9.40 | 9.40 | $800 | $7,520.00 | $7,238.00 |
| Thomas Nolan (TN) | 13.30 | 13.30 | $825 | $10,972.50 | $10,561.03 |
| Benjamin Bien-Kahn (BBK) | 75.30 | 72.90 | $725 | $52,852.50 | $50,870.53 |
| Caroline E. Jackson (CEJ) | 30.20 | 29.70 | $650 | $19,305.00 | $18,581.06 |
| Priyah Kaul (PK) | 11.80 | 11.40 | $575 | $6,555.00 | $6,309.19 |
| Eric Monek Anderson (EMA) | 11.80 | 11.80 | $500 | $5,900.00 | $5,678.75 |
| Hannah Chartoff (HC) | 13.50 | 13.50 | $425 | $5,737.50 | $5,522.34 |
| Fely F. Villadelgado (FFV) | 2.00 | 0.00 | $300 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 204.60 | 191.60 | $300 | $57,480.00 | $55,324.50 |
| Rebecca Berman (RB) | 3.90 | 0.00 | $300 | $0.00 | $0.00 |
| Jack Gleiberman (JG) | 8.10 | 7.00 | $300 | $2,100.00 | $2,021.25 |
| Sarah A. Corkum (SAC) | 21.10 | 21.10 | $260 | $5,486.00 | $5,280.28 |
| Isabel Ting (IT) | 0.20 | 0.00 | $260 | $0.00 | $0.00 |
| Adam Dean (AD) | 0.30 | 0.00 | $300 | $0.00 | $0.00 |
| Total Hours: | **413.40** | **389.00** | | | |
| **RBGG FEES:** | | | | **$181,208.50** | **$174,413.18** |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | **$181,208.50** | **$174,413.18** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
Costs

## *Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|---|
| Photocopying (in-house) | | $255.80 | $246.21 |
| Postage & Delivery | | $87.77 | $84.48 |
| Long distance and videophone charges | | $0.10 | $0.10 |
| Travel - Mileage, Tolls, Food | | $782.22 | $752.89 |
| | **Total RBGG Costs:** | **$1,125.89** | **$1,083.67** |
| | **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$1,125.89** | **$1,083.67** |

# EXHIBIT D

## Armstrong v. Newsom
### Second Quarterly Statement of 2022
### April 1, 2022 through June 30, 2022

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| FEES WORK (ALL MATTERS) | $22,989.31 | $121.28 |
|  | **TOTAL UNDISPUTED:** | **$23,110.59** |

**Armstrong v. Newsom**
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
*Matter:  All Matters Fees Work*

| _Fees (581-2)_ | | Actual Hours | Claimed Hours | 2022 Rates | _Total_ | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 14.50 | 14.50 | $1,000 | $14,500.00 | $13,956.25 |
| Ernest Galvan (EG) | | 0.40 | 0.40 | $950 | $380.00 | $365.75 |
| Karen E. Stilber (KES) | | 11.60 | 11.60 | $400 | $4,640.00 | $4,466.00 |
| Morgan Botelle (MKB) | | 0.20 | 0.00 | $300 | $0.00 | $0.00 |
| | Total Hours: | **26.70** | **26.50** | | | |
| **RBGG FEES:** | | | | | **$19,520.00** | **$18,788.00** |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Margot Mendelson (MKM) | | 2.60 | 2.60 | $700 | $1,820.00 | $1,751.75 |
| Ashley Kirby (AK) | | 6.40 | 6.40 | $250 | $1,600.00 | $1,540.00 |
| | Total Hours: | **9.00** | **9.00** | | | |
| **PLO FEES:** | | | | | **$3,420.00** | **$3,291.75** |
| | | | | | | |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 1.00 | 1.00 | $945 | $945.00 | $909.56 |
| | Total Hours: | **1.00** | **1.00** | | | |
| **DREDF FEES:** | | | | | **$945.00** | **$909.56** |
| | | | | | | |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$23,885.00** | **$22,989.31** |

<u>**Armstrong v. Newsom**</u>
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
<u>**Costs**</u>

## *Matter: Fees Work in All Matters*

| Rosen, Bien, Galvan & Grunfeld (581-2) | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| Photocopying and Printing (in-house) | $86.00 | $82.78 |
| Postage & Delivery | $40.00 | $38.50 |
| **Total RBGG Costs:** | **$126.00** | **$121.28** |
| **TOTAL CLAIMED FEES WORK COSTS :** | **$126.00** | **$121.28** |

# EXHIBIT E

## Armstrong v. Newsom
**Second Quarterly Statement of 2022**
**April 1, 2022 through June 30, 2022**

## APPEAL OF RJD ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| APPEAL OF RJD ORDER | $26,560.19 | $207.56 |
| | **TOTAL UNDISPUTED:** | **$26,767.75** |

Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
*Matter: Appeal of RJD Order*

| _Fees (581-19)_ | Actual | Claimed | 2022 | | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 3.00 | 3.00 | $1,000 | $3,000.00 | $2,887.50 |
| Michael L. Freedman (MLF) | 32.20 | 32.20 | $750 | $24,150.00 | $23,244.38 |
| Hanna Chartoff (HC) | 0.20 | 0.20 | $425 | $85.00 | $81.81 |
| Karen E. Stilber (KES) | 0.90 | 0.90 | $400 | $360.00 | $346.50 |
| **RBGG Fees:** | **36.30** | **36.30** | | **$27,595.00** | **$26,560.19** |
| **TOTAL FEES FOR APPEAL OF RJD ORDER:** | | | | **$27,595.00** | **$26,560.19** |

<u>**Armstrong v. Newsom**</u>
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
<u>Costs</u>

*Matter: Appeal of RJD Order*

| | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-19)** | | |
| Westlaw research | $215.65 | $207.56 |
| **Total RBGG Costs:** | **$215.65** | **$207.56** |

# EXHIBIT F

<u>**Armstrong v. Newsom**</u>
**Second Quarterly Statement of 2022**
**April 1, 2022 through June 30, 2022**

## APPEAL OF 5 PRISONS ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| APPEAL OF 5 PRISONS ORDER | $5,274.50 | $269.50 |
| **TOTAL UNDISPUTED:** | | **$5,544.00** |

Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
*Matter: Appeal of 5 PRISONS Order*

| *Fees (581-20)* | Actual | Claimed | 2022 | | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.5 | 0.5 | $1,400 | $700 | $673.75 |
| Gay C. Grunfeld (GCG) | 4.30 | 4.30 | $1,000 | $4,300.00 | $4,138.75 |
| Karen E. Stilber (KES) | 1.20 | 1.20 | $400 | $480.00 | $462.00 |
| | **5.50** | **5.50** | | **$5,480.00** | **$5,274.50** |
| **TOTAL FEES FOR APPEAL OF 5 PRISONS ORDER:** | | | | **$5,480.00** | **$5,274.50** |

<u>**Armstrong v. Newsom**</u>
Second Quarterly Statement of 2022
April 1, 2022 through June 30, 2022
<u>Costs</u>

## *Matter: Appeal of Five Prisons Order*

|  | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| <u>**Rosen, Bien, Galvan & Grunfeld (581-20)**</u> | | |
| In house copying and printing | $280.00 | $269.50 |
| **Total RBGG Costs:** | **$280.00** | **$269.50** |