DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621
Facsimile:     (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California  94703
Telephone:    (510) 644-2555
Facsimile:     (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No. C94 2307 CW |
| Plaintiffs, | **[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2022** |
| v. | |
| GAVIN NEWSOM, et al., | Judge:   Hon. Claudia Wilken |
| Defendants. | |

[4202768.1]

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on October 28, 2022, Plaintiffs served on Defendants their Third Quarterly Statement for 2022 by electronic transmission.  The parties completed their meet-and-confer process on December 14, 2022 as to the fees and costs incurred on all matters.

As a result of the December 14, 2022 agreement, the parties agree to the following:

The parties agree to the payment of $2,843,761.13 to resolve all fees and costs incurred during the Third Quarter of 2022, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case.  Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $278,794.26 to resolve all fees and costs incurred during the Third Quarter of 2022, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case.  Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $194,978.46 to resolve all fees and costs incurred during the Third Quarter of 2022, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case.  Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $20,049.71 to resolve all fees and costs incurred during the Third Quarter of 2022, for fees work.  Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

[4202768.1]

The parties agree to the payment of $151,632.73 to resolve all fees and costs incurred during the Third Quarter of 2022, for litigation activities in the appeal of the RJD Order, Ninth Circuit Court of Appeal Case No. 20-16921.  Attached hereto as **Exhibit E** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $100,203.32 to resolve all fees and costs incurred during the Third Quarter of 2022, for litigation activities in the appeal of the Five Prisons Order, Ninth Circuit Court of Appeal Case No. 21-15614.  Attached hereto as **Exhibit F** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from November 28, 2022, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: _____

_____
Claudia Wilken
United States District Judge

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[4202768.1]

1

2  APPROVED AS TO FORM:

3

4     DATED:  December  15, 2022          /s/Sharon Garske
                                          Sharon Garske
5                                         Supervising Deputy Attorney General
                                          Attorney for Defendants
6

7

8     DATED:  December 14, 2022          /s/Gay Crosthwait Grunfeld
                                          Gay Crosthwait Grunfeld
9                                         Rosen Bien Galvan & Grunfeld LLP
                                          Attorney for Plaintiffs
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C94 2307 CW

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER 2022

[4202768.1]

# EXHIBIT A

<u>**Armstrong v. Newsom**</u>
**Third Quarterly Statement of 2022**
**July 1, 2022 through September 30, 2022**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| CDCR/AOAP MONITORING | $2,785,532.19 | $58,228.94 |
| | **TOTAL UNDISPUTED:** | **$2,843,761.13** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
*Matter:  CDCR/AOAP Monitoring/Merits*

| Monitoring (581-3) | Actual Hours | Claimed Hours | 2022 Rates | Total Claimed | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 17.80 | 16.20 | $1,400 | $22,680.00 | $21,716.10 |
| Gay C. Grunfeld (GCG) | 62.40 | 61.50 | $1,000 | $61,500.00 | $58,886.25 |
| Penny Godbold (PG) | 363.90 | 362.00 | $800 | $289,600.00 | $277,292.00 |
| Thomas Nolan (TN) | 221.10 | 214.40 | $825 | $176,880.00 | $169,362.60 |
| Michael L. Freedman (MLF) | 222.60 | 216.40 | $750 | $162,300.00 | $155,402.25 |
| Ben Bien-Kahn (BBK) | 262.80 | 243.00 | $725 | $176,175.00 | $168,687.56 |
| Kara J. Janssen (KJJ) | 0.20 | 0.00 | $700 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | 142.10 | 131.60 | $650 | $85,540.00 | $81,904.55 |
| Michael S. Nunez (MSN) | 31.30 | 26.00 | $675 | $17,550.00 | $16,804.13 |
| Priyah Kaul (PK) | 10.30 | 10.30 | $575 | $5,922.50 | $5,670.79 |
| Eric Monek Anderson (EMA) | 166.70 | 166.40 | $500 | $83,200.00 | $79,664.00 |
| Hannah Chartoff (HC) | 83.20 | 82.40 | $425 | $35,020.00 | $33,531.65 |
| Adrienne Harrold (AH) | 3.00 | 0.00 | $425 | $0.00 | $0.00 |
| Karen Stilber (KES) | 93.10 | 90.10 | $400 | $36,040.00 | $34,508.30 |
| F. Gail LaPurja (FGL) | 6.90 | 0.00 | $375 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 9.80 | 0.00 | $375 | $0.00 | $0.00 |
| Nathalie Welch (NW) | 7.10 | 7.10 | $300 | $2,130.00 | $2,039.48 |
| Jack Gleiberman (JG) | 10.10 | 9.80 | $300 | $2,940.00 | $2,815.05 |
| Morgan Botelle (MB) | 135.00 | 107.70 | $300 | $32,310.00 | $30,936.83 |
| Fely F. Villadelgado (FFV) | 122.00 | 0.00 | $300 | $0.00 | $0.00 |
| Adam Dean (ADD) | 242.80 | 240.00 | $300 | $72,000.00 | $68,940.00 |
| Sanjana Srinivasan (SS) | 18.00 | 17.00 | $300 | $5,100.00 | $4,883.25 |
| Yesi Murillo (YM) | 23.10 | 20.70 | $260 | $5,382.00 | $5,153.27 |
| Ellen T. Brancart (ETB) | 9.10 | 9.10 | $260 | $2,366.00 | $2,265.45 |
| Sarah A. Corkum (SAC) | 115.10 | 100.30 | $260 | $26,078.00 | $24,969.69 |
| Teya Khalil (TK) | 41.40 | 38.90 | $260 | $10,114.00 | $9,684.16 |
| Emma Lower (ERL) | 234.90 | 228.10 | $260 | $59,306.00 | $56,785.50 |
| Kelly Mu (TKM) | 152.90 | 131.60 | $260 | $34,216.00 | $32,761.82 |
| Lindsay Newfeld (LHN) | 197.50 | 177.20 | $260 | $46,072.00 | $44,113.94 |
| Hannah Potter (HP) | 36.90 | 33.70 | $260 | $8,762.00 | $8,389.62 |
| Amit Rao (AR) | 28.70 | 12.00 | $260 | $3,120.00 | $2,987.40 |
| Megan Rich (MTR) | 208.30 | 166.70 | $260 | $43,342.00 | $41,499.97 |
| Averi Suk (ADS) | 249.90 | 209.30 | $260 | $54,418.00 | $52,105.24 |
| Julie de Vaulx (JDV) | 9.60 | 9.60 | $260 | $2,496.00 | $2,389.92 |
| Luke Weitzenberg (LRW) | 10.50 | 10.00 | $260 | $2,600.00 | $2,489.50 |
| Isabel Ting (IT) | 232.90 | 180.10 | $260 | $46,826.00 | $44,835.90 |
| **Total Hours:** | **3,783.00** | **3,329.20** | | | |
| **RBGG FEES:** | | | | **$1,611,985.50** | **$1,543,476.12** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 18.00 | 18.00 | $1,100 | $19,800.00 | $18,958.50 |
| Sara Norman (SN) | 3.20 | 3.20 | $900 | $2,880.00 | $2,757.60 |
| Rita Lomio (RL) | 291.90 | 291.90 | $725 | $211,627.50 | $202,633.33 |
| Margot Mendelson (MM) | 38.90 | 38.90 | $700 | $27,230.00 | $26,072.73 |
| Tess Borden (TB) | 196.60 | 196.60 | $550 | $108,130.00 | $103,534.48 |
| Jacob Hutt (JH) | 250.00 | 250.00 | $475 | $118,750.00 | $113,703.13 |
| Patrick Booth (PB) | 294.70 | 294.70 | $400 | $117,880.00 | $112,870.10 |
| Sophie J. Hart (SJH) | 8.90 | 8.90 | $475 | $4,227.50 | $4,047.83 |
| Amber Norris (AN) | 177.90 | 177.90 | $400 | $71,160.00 | $68,135.70 |
| Claudia Cesena (CS) | 177.30 | 177.30 | $400 | $70,920.00 | $67,905.90 |
| A.D. Lewis (ADL) | 7.40 | 7.40 | $400 | $2,960.00 | $2,834.20 |
| Tania Amarillas (TA) | 295.50 | 295.50 | $350 | $103,425.00 | $99,029.44 |
| Tovah Anna Ackerman (TAA) | 177.00 | 177.00 | $350 | $61,950.00 | $59,317.13 |
| Gabriela Pelsinger (GP) | 155.00 | 155.00 | $350 | $54,250.00 | $51,944.38 |
| Skye Lovett (SL) | 357.30 | 357.30 | $325 | $116,122.50 | $111,187.29 |
| Alondra Diaz-Saavedra | 63.80 | 63.80 | $300 | $19,140.00 | $18,326.55 |
| Audrey Lim (AL) | 48.20 | 48.20 | $300 | $14,460.00 | $13,845.45 |
| Dewi Zarni (DZ) | 87.00 | 87.00 | $300 | $26,100.00 | $24,990.75 |
| Ilian Meza Pena (IP) | 73.20 | 73.20 | $300 | $21,960.00 | $21,026.70 |
| Isabela Avila Breach (IAB) | 99.40 | 99.40 | $300 | $29,820.00 | $28,552.65 |
| Joanna Cardenas (JC) | 226.80 | 226.80 | $300 | $68,040.00 | $65,148.30 |
| Katherine Hong (KH) | 6.90 | 6.90 | $300 | $2,070.00 | $1,982.03 |
| Korbin Felder (KF) | 33.90 | 33.90 | $300 | $10,170.00 | $9,737.78 |
| Sophie Mishara (SM) | 32.80 | 32.80 | $300 | $9,840.00 | $9,421.80 |
| **Total Hours:** | **3,121.60** | **3,121.60** | | | |
| **PLO FEES:** | | | | **$1,292,912.50** | **$1,237,963.72** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Claudia Center (CC) | 4.20 | 4.20 | $920 | $3,864.00 | $3,699.78 |
| Case Clerk (H. Min) | 2.00 | 2.00 | $205 | $410.00 | $392.58 |
| **Total Hours:** | **6.20** | **6.20** | | | |
| **DREDF FEES:** | | | | **$4,274.00** | **$4,092.36** |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | **$2,909,172.00** | **$2,785,532.19** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
Costs

## Matter:  CDCR/AOAP Merits/Monitoring

| Rosen, Bien, Galvan & Grunfeld (581-3) | | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying (In house) | | $963.40 | $922.46 |
| Photocopying/printing (Outside) | | $1,859.87 | $1,780.83 |
| Outside data hosting | | $341.00 | $326.51 |
| Expert Services | | $13,758.10 | $13,173.38 |
| Transcription and Translation | | $333.12 | $318.96 |
| Online Research - PACER, Westlaw, State courts | | $269.23 | $257.79 |
| Postage & Delivery | | $924.80 | $885.50 |
| Telephone | | $4.45 | $4.26 |
| Travel - Mileage, Tolls, Food | | $16,837.85 | $16,122.24 |
| | **Total RBGG Costs:** | **$35,291.82** | **$33,791.92** |
| | | | |
| **Prison Law Office** | | | |
| Transcription and Translation | | $3,107.78 | $2,975.70 |
| SLI Interpreter Services | | $1,869.50 | $1,790.05 |
| Expert Services | | $4,924.60 | $4,715.30 |
| Travel - Mileage, Tolls, Food | | $13,395.58 | $12,826.27 |
| Postage & Delivery | | $2,086.19 | $1,997.53 |
| | **Total PLO Costs:** | **$25,383.65** | **$24,304.84** |
| | | | |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $115.60 | $110.69 |
| Postage & Delivery | | $22.44 | $21.49 |
| | **Total DREDF Costs:** | **$138.04** | **$132.17** |
| | | | |
| | **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$60,813.51** | **$58,228.94** |

# EXHIBIT B

<u>**Armstrong v. Newsom**</u>
**Third Quarterly Statement of 2022**
**July 1, 2022 through September 30, 2022**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| BPH | $274,690.95 | $4,103.31 |
| **TOTAL UNDISPUTED:** | **$278,794.26** | |

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
*Matter: BPH*

| _BPH (581-4)_ | | Actual | Claimed | 2022 | | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total | |
| _BPH MONITORING (581-4)_ | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 1.20 | 1.20 | $1,400 | $1,680.00 | $1,608.60 |
| Gay C. Grunfeld (GCG) | | 6.7 | 6.7 | $1,000 | $6,700.00 | $6,415.25 |
| Thomas Nolan (TN) | | 99.90 | 88.50 | $825 | $73,012.50 | $69,909.47 |
| Penny Godbold (PG) | | 19.00 | 19.00 | $800 | $15,200.00 | $14,554.00 |
| Benjamin Bien-Kahn (BBK) | | 0.40 | 0.00 | $725 | $0.00 | $0.00 |
| Michael S. Nunez (MSN) | | 46.90 | 27.30 | $675 | $18,427.50 | $17,644.33 |
| Caroline E. Jackson (CEJ) | | 69.80 | 65.40 | $650 | $42,510.00 | $40,703.33 |
| Hannah Chartoff (HC) | | 38.90 | 33.00 | $425 | $14,025.00 | $13,428.94 |
| Karen E. Stilber (KES) | | 10.20 | 10.20 | $400 | $4,080.00 | $3,906.60 |
| Nathalie Welch (NW) | | 99.50 | 93.70 | $300 | $28,110.00 | $26,915.33 |
| Sanjana Srinivasan (SS) | | 0.90 | 0.00 | $300 | $0.00 | $0.00 |
| Adam Dean (AD) | | 2.40 | 0.00 | $300 | $0.00 | $0.00 |
| Isabel Ting (IT) | | 34.60 | 23.60 | $260 | $6,136.00 | $5,875.22 |
| Yesi Murillo (YM) | | 1.30 | 0.00 | $260 | $0.00 | $0.00 |
| | Total Hours: | 431.70 | 368.60 | | | |
| **RBGG FEES:** | | | | | **$209,881.00** | **$200,961.06** |
| **PRISON LAW OFFICE** | | | | | | |
| Sara Norman (SN) | | 0.5 | 0.5 | $900 | $450.00 | $430.88 |
| Rita Lomio (RL) | | 21.5 | 21.5 | $725 | $15,587.50 | $14,925.03 |
| Rana Anabtawi (RA) | | 80.9 | 80.9 | $700 | $56,630.00 | $54,223.23 |
| Tess Borden (TB) | | 1.4 | 1.4 | $550 | $770.00 | $737.28 |
| Jacob Hutt (JH) | | 7.0 | 7.0 | $475 | $3,325.00 | $3,183.69 |
| Patrick Booth (PB) | | 0.6 | 0.6 | $400 | $240.00 | $229.80 |
| | Total Hours: | 111.90 | 111.90 | | | |
| **PLO FEES:** | | | | | **$77,002.50** | **$73,729.89** |
| **TOTAL FEES FOR BPH WORK:** | | | | | **$286,883.50** | **$274,690.95** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
**Costs**

*Matter: BPH*

|  | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | |
| Photocopying (In house) | $20.00 | $19.15 |
| Postage and delivery | $4.26 | $4.08 |
| Transcription and Translation | $2,084.10 | $1,995.53 |
| Westlaw research | $129.57 | $124.06 |
| Telephone | $0.70 | $0.67 |
| Travel - Mileage, Tolls, Food | $1,414.71 | $1,354.58 |
| **Total RBGG Costs:** | **$3,653.34** | **$3,498.07** |
| | | |
| **Prison Law Office** | | |
| Travel - Mileage, Tolls, Food | $632.10 | $605.24 |
| **Total PLO Costs:** | **$632.10** | **$605.24** |
| | | |
| **TOTAL BPH COSTS:** | **$4,285.44** | **$4,103.31** |

# EXHIBIT C

## <u>Armstrong v. Newsom</u>
**Third Quarterly Statement of 2022**
**July 1, 2022 through September 30, 2022**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| DAPO MONITORING | $193,266.59 | $1,711.88 |
| | **TOTAL UNDISPUTED:** | **$194,978.46** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | | Actual | Claimed | 2022 | | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 2.10 | 2.10 | $1,400 | $2,940.00 | $2,815.05 |
| Gay C. Grunfeld (GCG) | | 4.50 | 4.30 | $1,000 | $4,300.00 | $4,117.25 |
| Penny Godbold (PG) | | 1.40 | 1.10 | $800 | $880.00 | $842.60 |
| Thomas Nolan (TN) | | 19.50 | 19.50 | $825 | $16,087.50 | $15,403.78 |
| Michael L. Freedman (MLF) | | 0.10 | 0.00 | $750 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | | 88.80 | 87.70 | $725 | $63,582.50 | $60,880.24 |
| Caroline E. Jackson (CEJ) | | 33.20 | 32.80 | $650 | $21,320.00 | $20,413.90 |
| Priyah Kaul (PK) | | 21.30 | 21.30 | $575 | $12,247.50 | $11,726.98 |
| Eric Monek Anderson (EMA) | | 13.80 | 13.80 | $500 | $6,900.00 | $6,606.75 |
| Adrienne Harrold (AH) | | 2.30 | 0.00 | $425 | $0.00 | $0.00 |
| Hannah Chartoff (HC) | | 36.70 | 36.70 | $425 | $15,597.50 | $14,934.61 |
| Nathalie Welch (NCW) | | 209.30 | 193.30 | $300 | $57,990.00 | $55,525.43 |
| Adam Dean (ADD) | | 1.00 | 0.00 | $300 | $0.00 | $0.00 |
| Sarah A. Corkum (SAC) | | 1.00 | 0.00 | $260 | $0.00 | $0.00 |
| Isabel Ting (IT) | | 1.60 | 0.00 | $260 | $0.00 | $0.00 |
| | Total Hours: | **436.60** | **412.60** | | | |
| **RBGG FEES:** | | | | | **$201,845.00** | **$193,266.59** |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | | **$201,845.00** | **$193,266.59** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
Costs

*Matter: DAPO Monitoring*

| Rosen, Bien, Galvan & Grunfeld (581-9) | | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| Photocopying (in-house) | | $276.00 | $264.27 |
| Westlaw | | $2.44 | $2.34 |
| Postage & Delivery | | $502.29 | $480.94 |
| Long distance and videophone charges | | $2.75 | $2.63 |
| Travel - Mileage, Tolls, Food | | $1,004.38 | $961.69 |
| | **Total RBGG Costs:** | **$1,787.86** | **$1,711.88** |
| | **TOTAL DAPO MONITORING COSTS:** | **$1,787.86** | **$1,711.88** |

# EXHIBIT D

## <u>Armstrong v. Newsom</u>
**Third Quarterly Statement of 2022**
**July 1, 2022 through September 30, 2022**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| FEES WORK (ALL MATTERS) | $19,957.17 | $92.54 |
|  | **TOTAL UNDISPUTED:** | **$20,049.71** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
*Matter: All Matters Fees Work*

| _Fees (581-2)_ | | Actual | Claimed | 2022 | | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 12.80 | 12.50 | $1,000 | $12,500.00 | $11,968.75 |
| Karen E. Stilber (KES) | | 9.00 | 9.00 | $400 | $3,600.00 | $3,447.00 |
| | Total Hours: | 21.80 | 21.50 | | | |
| **RBGG FEES:** | | | | | **$16,100.00** | **$15,415.75** |
| **PRISON LAW OFFICE** | | | | | | |
| Rita Lomio | | 1.90 | 1.90 | $725 | $1,377.50 | $1,318.96 |
| Margot Mendelson (MKM) | | 1.20 | 1.20 | $700 | $840.00 | $804.30 |
| Ashley Kirby (AK) | | 6.70 | 6.70 | $250 | $1,675.00 | $1,603.81 |
| | Total Hours: | 9.80 | 9.80 | | | |
| **PLO FEES:** | | | | | **$3,892.50** | **$3,727.07** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Linda Kilb (LDK) | | 0.90 | 0.90 | $945 | $850.50 | $814.35 |
| | Total Hours: | 0.90 | 0.90 | | | |
| **DREDF FEES:** | | | | | **$850.50** | **$814.35** |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | | **$20,843.00** | **$19,957.17** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
Costs

*Matter: Fees Work in All Matters*

| | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | |
| Postage & Delivery | $96.65 | $92.54 |
| **Total RBGG Costs:** | **$96.65** | **$92.54** |
| **TOTAL FEES WORK COSTS :** | **$96.65** | **$92.54** |

# EXHIBIT E

## <u>Armstrong v. Newsom</u>
**Third Quarterly Statement of 2022**
**July 1, 2022 through September 30, 2022**

## APPEAL OF RJD ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| <u>MATTER</u> | <u>UNDISPUTED FEES</u> | <u>UNDISPUTED COSTS</u> |
|---|---|---|
| APPEAL OF RJD ORDER | $151,270.64 | $362.09 |
| **TOTAL UNDISPUTED:** | | **$151,632.73** |

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
*Matter: Appeal of RJD Order*

| _Fees (581-19)_ | Actual | Claimed | 2022 | | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 6.0 | 6.0 | $1,400 | $8,400 | $8,043.00 |
| Gay C. Grunfeld (GCG) | 82.90 | 82.90 | $1,000 | $82,900.00 | $79,376.75 |
| Penny M. Godbold (PG) | 3.70 | 3.70 | $800 | $2,960.00 | $2,834.20 |
| Michael L. Freedman (MLF) | 35.10 | 34.00 | $750 | $25,500.00 | $24,416.25 |
| Marc Shinn-Krantz (MSK) | 0.60 | 0.00 | $550 | $0.00 | $0.00 |
| Hanna Chartoff (HC) | 17.60 | 17.60 | $425 | $7,480.00 | $7,162.10 |
| Karen E. Stilber (KES) | 41.40 | 40.60 | $400 | $16,240.00 | $15,549.80 |
| Jack Gleiberman (JG) | 4.6 | 4.6 | $300 | $1,380.00 | $1,321.35 |
| **RBGG  Fees:** | **185.90** | **183.40** | | **$144,860.00** | **$138,703.45** |
| | | | | | |
| **KIRKLAND & ELLIS** | | | | | |
| Harker Rhodes | 10.5 | 10.5 | $1,250 | $13,125.00 | $12,567.19 |
| **Kirkland & Ellis Fees:** | **10.5** | **10.5** | | **$13,125.00** | **$12,567.19** |
| | | | | | |
| **TOTAL FEES FOR APPEAL OF RJD ORDER:** | | | | **$157,985.00** | **$151,270.64** |

<u>**Armstrong v. Newsom**</u>
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
<u>Costs</u>

*Matter: Appeal of RJD Order*

| <u>Rosen, Bien, Galvan & Grunfeld (581-19)</u> | <u>Costs</u> | Costs Now Owing<br><u>Based On Negotiated Compromise</u> |
|---|---|---|
| In-house copying and printing | $22.00 | $21.07 |
| Pacer | $19.00 | $18.19 |
| Westlaw research | $337.16 | $322.83 |
| **Total RBGG Costs:** | **$378.16** | **$362.09** |

# EXHIBIT F

## Armstrong v. Newsom
### Third Quarterly Statement of 2022
### July 1, 2022 through September 30, 2022

## APPEAL OF 5 PRISONS ORDER SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| APPEAL OF 5 PRISONS ORDER | $100,197.59 | $5.74 |

**TOTAL UNDISPUTED:**   **$100,203.32**

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
*Matter: Appeal of 5 PRISONS Order*

| _Fees (581-20)_ | Actual | Claimed | 2022 | | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| | Hours | Hours | Rates | Total | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 71.70 | 71.70 | $1,000 | $71,700.00 | $68,652.75 |
| Ernest Galvan (EG) | 2.20 | 2.20 | $950 | $2,090.00 | $2,001.18 |
| Lisa A. Ells (LAE) | 0.70 | 0.70 | $850 | $595.00 | $569.71 |
| Michael L. Freedman (MLF) | 8.00 | 8.00 | $750 | $6,000.00 | $5,745.00 |
| Hannah Chartoff (HC) | 17.60 | 17.60 | $425 | $7,480.00 | $7,162.10 |
| Adam Dean (ADD) | 1.80 | 0.00 | $300 | $0.00 | $0.00 |
| Jack Gleiberman (JG) | 3.40 | 3.40 | $300 | $1,020.00 | $976.65 |
| Karen E. Stilber (KES) | 40.20 | 39.40 | $400 | $15,760.00 | $15,090.20 |
| | **145.60** | **143.00** | | **$104,645.00** | **$100,197.59** |

| **TOTAL FEES FOR APPEAL OF 5 PRISONS ORDER:** | **$104,645.00** | **$100,197.59** |
|---|---|---|

**Armstrong v. Newsom**
Third Quarterly Statement of 2022
July 1, 2022 through September 30, 2022
**Costs**

## *Matter: Appeal of Five Prisons Order*

| Rosen, Bien, Galvan & Grunfeld (581-20) | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| Outside copying and scanning | $5.99 | $5.74 |
| **Total RBGG Costs:** | **$5.99** | **$5.74** |