Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN C. NEWSOM, et al., <br><br> Defendants. | Case No.  C 94-2307 CW <br><br> **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated February 8th, 2023.

Dated: February 8th, 2023                                       Respectfully submitted,


                                                                                    /s/
                                                                        EDWARD W. SWANSON
                                                                        Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated February 8th, 2023.

Dated: February 9, 2023

HON. CLAUDIA WILKEN
United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

February 8, 2023

Invoice # 31807

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2023 | AAB | Review of materials regarding effective communication issue. | 0.50<br>550.00/hr | 275.00 |
|  | AAB | Review of materials from E. Swanson re CCHCS response to SATF report. | 0.30<br>550.00/hr | 165.00 |
|  | AAB | Review of materials from parties regarding EC issue. | 0.60<br>550.00/hr | 330.00 |
|  | AAB | Review of Deaf/HOH workgroup agenda. | 0.10<br>550.00/hr | 55.00 |
|  | APG | Review outline of SATF report follow-up steps | 0.20<br>700.00/hr | 140.00 |
|  | EWS | Meeting with A. Barron re report. | 0.30<br>825.00/hr | 247.50 |
| 1/4/2023 | EWS | Conference with A. Gugelmann re SATF. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review and respond to emails from A. Barron re EC, DME issues. | 0.20<br>825.00/hr | 165.00 |
|  | APG | Conference with E Swanson | 0.20<br>700.00/hr | 140.00 |
| 1/5/2023 | AAB | Phone call with E. Swanson regarding EC issue. | 0.70<br>550.00/hr | 385.00 |
|  | EWS | Conference with A. Barron re EC, other issues. | 0.50<br>825.00/hr | 412.50 |

Armstrong                                                                                           Page     2

|            |     |                                                                                           | Hrs/Rate        | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------|-----------------|----------|
| 1/6/2023   | AAB | Conference with parties regarding CART.                                                   | 0.60 550.00/hr  | 330.00   |
|            | EWS | Conference with parties re CART. Confer with A. Barron.                                   | 0.70 825.00/hr  | 577.50   |
| 1/9/2023   | AAB | Review of email regarding Matrix issues.                                                  | 0.10 550.00/hr  | 55.00    |
|            | AAB | Conference with E. Swanson regarding Master Planning issues; emails to parties regarding same. | 0.60 550.00/hr  | 330.00   |
|            | EWS | Conference with A. Barron re master plan issues.                                          | 0.40 825.00/hr  | 330.00   |
| 1/10/2023  | AAB | Conference with CCHCS regarding single cell issue; debrief with E. Swanson.               | 1.20 550.00/hr  | 660.00   |
|            | EWS | Preparation for single-cell meeting.                                                      | 0.20 825.00/hr  | 165.00   |
|            | EWS | Review emails from counsel re master plan, matrix.                                        | 0.20 825.00/hr  | 165.00   |
|            | AAB | Conference with E. Swanson regarding single cell housing issue.                           | 0.20 550.00/hr  | 110.00   |
|            | EWS | Conference with A. Barron re single celling.                                              | 0.20 825.00/hr  | 165.00   |
|            | EWS | Meeting with CCHCS.                                                                       | 1.00 825.00/hr  | 825.00   |
| 1/11/2023  | APG | Meeting with parties re quarterly interview processes (partial attendance)                | 1.00 700.00/hr  | 700.00   |
|            | EWS | Conference with parties re quarterly interviews.                                          | 1.10 825.00/hr  | 907.50   |
|            | APG | Conference with E Swanson                                                                 | 0.20 700.00/hr  | 140.00   |
|            | EWS | Conference with A. Gugelmann re staff misconduct interviews.                              | 0.20 825.00/hr  | 165.00   |
| 1/12/2023  | AAB | Review of memos re Deaf/HOH meeting.                                                      | 0.30 550.00/hr  | 165.00   |
|            | AAB | Meeting of deaf/HOH workgroup meeting.                                                    | 1.90 550.00/hr  | 1,045.00 |
|            | EWS | Review emails from counsel.                                                               | 0.10 825.00/hr  | 82.50    |

Armstrong                                                                                                      Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 1/13/2023 | AAB | Conference with E. Swanson re work group issues. | 0.20<br>550.00/hr | 110.00 |
|  | EWS | Conference with A. Barron re work group issues. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review emails from parties. | 0.20<br>825.00/hr | 165.00 |
| 1/17/2023 | AAB | Conference with E. Swanson. | 0.30<br>550.00/hr | 165.00 |
|  | AAB | Phone call with Plaintiffs. | 0.60<br>550.00/hr | 330.00 |
|  | AAB | Conference with Defendants re Master Planning. | 0.50<br>550.00/hr | 275.00 |
|  | EWS | Conference with plaintiffs' counsel re master plan. | 0.50<br>825.00/hr | 412.50 |
|  | EWS | Review correspondence from parties re EC, SATF. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with A. Barron. | 0.30<br>825.00/hr | 247.50 |
|  | EWS | Conference with CDCR re master plan. | 0.50<br>825.00/hr | 412.50 |
| 1/18/2023 | AAB | Meeting regarding Master Planning/Matrix. | 1.20<br>550.00/hr | 660.00 |
|  | AAB | Conference with E. Swanson regarding Master Planning. | 0.20<br>550.00/hr | 110.00 |
|  | AAB | Conference with E. Swanson. | 0.10<br>550.00/hr | 55.00 |
|  | EWS | Conference with parties re blind/low-vision stipulation. | 1.20<br>825.00/hr | 990.00 |
|  | AAB | Conference with parties regarding CART. | 0.90<br>550.00/hr | 495.00 |
|  | EWS | Conference with A. Barron re matrix meeting. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with parties re CART statement of work. | 0.80<br>825.00/hr | 660.00 |
| 1/19/2023 | EWS | Communication with court. Review email from counsel. | 0.20<br>825.00/hr | 165.00 |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---:|---:|
| | Armstrong | | | | Page    4 |
| 1/20/2023 | EWS | Meeting with parties for meet and confer. | | 3.90<br>825.00/hr | 3,217.50 |
| 1/23/2023 | AAB | Emails with Plaintiffs counsel re exit tour. | | 0.20<br>550.00/hr | 110.00 |
| | EWS | Review emails from CCHCS. Review and edit coordination minutes. Email to coordination counsel. | | 0.30<br>825.00/hr | 247.50 |
| 1/24/2023 | EWS | Conference with CCHCS. Email to coordinating committee. | | 0.60<br>825.00/hr | 495.00 |
| 1/25/2023 | EWS | Preparation for coordination meeting. | | 0.50<br>825.00/hr | 412.50 |
| | EWS | Meeting with court coordination committee. | | 0.60<br>825.00/hr | 495.00 |
| | EWS | Review and respond to emails from coordinating committee, counsel for parties. | | 0.30<br>825.00/hr | 247.50 |
| 1/26/2023 | AAB | Conference with parties regarding SATF exit tour. | | 0.80<br>550.00/hr | 440.00 |
| | AAB | Review of CDCR SATF response. | | 0.70<br>550.00/hr | 385.00 |
| | APG | Meeting with parties re EWS | | 1.10<br>700.00/hr | 770.00 |
| | EWS | Review notes of SATF exit interview, emails from counsel. | | 0.30<br>825.00/hr | 247.50 |
| | AAB | Phone call with E. Swanson. | | 0.50<br>550.00/hr | 275.00 |
| | EWS | Conference with A. Barron re SATF response and meeting. | | 0.50<br>825.00/hr | 412.50 |
| | EWS | Meeting with counsel re EWS. | | 1.00<br>825.00/hr | 825.00 |
| 1/27/2023 | AAB | Phone call with Plaintiffs. | | 0.20<br>550.00/hr | 110.00 |
| 1/30/2023 | EWS | Review emails, letters from counsel. | | 0.30<br>825.00/hr | 247.50 |
| 1/31/2023 | AAB | Conference with E Swanson | | 0.10<br>550.00/hr | 55.00 |
| | APG | Conference with E Swanson | | 0.20<br>700.00/hr | 140.00 |

Armstrong                                                                                             Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/31/2023 | EWS | Review and respond to email from CCHCS. Conference with Audrey Barron. Conference with A. Gugelmann. | 0.30<br>825.00/hr | 247.50 |
|  | EWS | Phone call with CCHCS. Email to counsel. | 0.30<br>825.00/hr | 247.50 |
|  |  | For professional services rendered | 35.00 | $24,772.50 |
|  |  | Previous balance |  | $145,753.27 |
|  |  | Accounts receivable transactions |  |  |
| 1/24/2023 |  | Payment - thank you |  | ($60,063.27) |
| 1/24/2023 |  | Payment - thank you |  | ($85,690.00) |
|  |  | Total payments and adjustments |  | ($145,753.27) |
|  |  | Balance due |  | $24,772.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Audrey Barron - Associate | 13.60 | 550.00 | $7,480.00 |
| August P. Gugelmann - Partner | 2.90 | 700.00 | $2,030.00 |
| Edward W. Swanson - Partner | 18.50 | 825.00 | $15,262.50 |