IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 4:94-cv-02307-CW<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER TO FILE UNDER SEAL DEFENDANTS' DESIGNATED MATERIALS IN SUPPORT OF PLAINTIFFS' RESPONSE TO COURT EXPERT'S REPORT REGARDING TREATMENT OF PEOPLE WITH DISABILITIES AT SATF**<br><br>**[ECF No. 3458]** |

The declaration of defense counsel in response to Plaintiffs' Administrative Motion to Consider Whether to File Under Seal Defendants' Designated Materials establishes compelling reasons for sealing the names of non-party staff; confidential investigation and personnel records and information; and the names of non-party survey respondents. Therefore, the following material shall be sealed:

/ / /

/ / /

/ / /

1

| Exhibit | Sealable Information |
|---|---|
| Declaration of Penny Godbold in Support of Plaintiffs' Response to Court Expert's Report Regarding Treatment of People with Disabilities at SATF, **Exhibits D and F.**<br><br>Declaration of Rita K. Lomio in Support of Plaintiffs' Response to Court Expert's Report Regarding Treatment of People with Disabilities at SATF, **Exhibits 12, 13, 14, 15, 19, 21, 25, 29-32, 34, 38-42, 48, 52-54, 58, 59, 66, 67, and 70.** | Names of non-party staff. |
| Declaration of Rita K. Lomio in Support of Plaintiffs' Response to Court Expert's Report Regarding Treatment of People with Disabilities at SATF, **Exhibits 43-47, 49, and 50.** | Confidential Investigation & Personnel Records/Information. |
| Declaration of Rita K. Lomio in Support of Plaintiffs' Response to Court Expert's Report Regarding Treatment of People with Disabilities at SATF, **Exhibit 65.** | Names of non-party survey respondents. |

**IT IS SO ORDERED**

Dated: _____   _____
                                                                                       The Honorable Claudia Wilken