Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN C. NEWSOM, et al., <br><br> Defendants. | Case No.  C 94-2307 CW <br><br> **ADMINISTRATIVE MOTION AND ORDER FOR PAYMENT** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated March 10th, 2023.

Dated: March 10th, 2023

Respectfully submitted,

_____/s/_____
EDWARD W. SWANSON
Court Expert

**ORDER**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated March 10th, 2023.

Dated: March 13, 2023

_____
HON. CLAUDIA WILKEN
United States District Court

Swanson & McNamara LLP
300 Montgomery Street
Suite 1100
San Francisco, CA 94104
415-477-3800
EIN: 94-3309866

Invoice submitted to:
Armstrong

March 10, 2023

Invoice # 31885

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/1/2023 | AAB | Phone call with plaintiffs. | 0.20<br>550.00/hr | 110.00 |
| 2/3/2023 | EWS | Review emails from counsel re SATF report. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review court order; email to colleagues. | 0.20<br>825.00/hr | 165.00 |
| 2/6/2023 | APG | Review CA9 order | 0.40<br>700.00/hr | 280.00 |
| 2/7/2023 | AAB | Conference with SATF staff. | 0.60<br>550.00/hr | 330.00 |
|  | AAB | Plata CMC. | 2.10<br>550.00/hr | 1,155.00 |
|  | EWS | Review notes from Plata hearing. Confer with A. Barron. Review and respond to email from CCHCS. Review email from parties. | 0.40<br>825.00/hr | 330.00 |
|  | AAB | Emails to court regarding CMC. | 0.10<br>550.00/hr | 55.00 |
|  | AAB | Phone call with E. Swanson. | 0.40<br>550.00/hr | 220.00 |
|  | EWS | Draft emails to court, party. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Conference with A. Gugelmann re quarterly report issues. | 0.50<br>825.00/hr | 412.50 |

Armstrong                                                                                                         Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 2/7/2023 | EWS | Meeting with A. Barron re SATF. Review CMC statement. | 0.50<br>825.00/hr | 412.50 |
|  | EWS | Meeting with CCHCS re SATF. | 0.60<br>825.00/hr | 495.00 |
| 2/8/2023 | AAB | Review of Plaintiffs' response to SATF report. | 1.20<br>550.00/hr | 660.00 |
|  | AAB | Phone call with E. Swanson. | 1.00<br>550.00/hr | 550.00 |
|  | APG | Review SATF response | 0.40<br>700.00/hr | 280.00 |
|  | AAB | Conference with E. Swanson. Email with court. | 0.20<br>550.00/hr | 110.00 |
|  | EWS | Conference with A. Barron. Email with court. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Phone call with A. Barron re SATF filings. | 1.00<br>825.00/hr | 825.00 |
| 2/9/2023 | AAB | Conference with E. Swanson re SATF. | 0.20<br>550.00/hr | 110.00 |
|  | EWS | Conference with A. Barron re SATF. | 0.20<br>825.00/hr | 165.00 |
| 2/10/2023 | APG | Conference with E Swanson re CA9 decision | 0.10<br>700.00/hr | 70.00 |
|  | APG | Review correspondence re CST | 0.20<br>700.00/hr | 140.00 |
|  | EWS | Review Ninth Circuit decisions on RJD and 5 prisons. Confer with A. Gugelmann. | 0.60<br>825.00/hr | 495.00 |
|  | EWS | Conference with colleague, Receiver. | 0.20<br>825.00/hr | 165.00 |
| 2/12/2023 | EWS | Review filings re SATF. Email to A. Barron. | 1.30<br>825.00/hr | 1,072.50 |
| 2/13/2023 | AAB | Review of Plaintiffs' proposed order. | 0.20<br>550.00/hr | 110.00 |
|  | AAB | Meeting with E. Swanson regarding SATF proposed order. | 0.60<br>550.00/hr | 330.00 |
|  | APG | Review report on investigations; review related footage | 2.10<br>700.00/hr | 1,470.00 |

Armstrong                                                                                            Page    3

|            |     |                                                                                   | Hrs/Rate          | Amount  |
|------------|-----|-----------------------------------------------------------------------------------|-------------------|---------|
| 2/13/2023  | EWS | Review letter briefs re EC in advance of meeting with parties.                    | 0.70<br>825.00/hr | 577.50  |
|            | EWS | Review filings in related case.                                                   | 0.20<br>825.00/hr | 165.00  |
|            | AAB | Meeting with CCHCS regarding Deaf issues.                                         | 0.40<br>550.00/hr | 220.00  |
|            | EWS | Review letters from plaintiffs. Respond to email from plaintiffs.                 | 0.20<br>825.00/hr | 165.00  |
|            | EWS | Conference with CCHCS re hearing expert.                                          | 0.40<br>825.00/hr | 330.00  |
|            | EWS | Conference with A. Barron re SATF filings.                                        | 0.60<br>825.00/hr | 495.00  |
| 2/14/2023  | AAB | Review of effective communication issues.                                         | 0.30<br>550.00/hr | 165.00  |
|            | EWS | Conference with parties re EC issues.                                             | 1.10<br>825.00/hr | 907.50  |
|            | EWS | Review reports, emails from parties.                                              | 0.30<br>825.00/hr | 247.50  |
|            | AAB | Review of protective order and email to E. Swanson re same.                       | 0.50<br>550.00/hr | 275.00  |
|            | AAB | Meeting regarding effective communication issues.                                 | 1.10<br>550.00/hr | 605.00  |
|            | EWS | Review plaintiffs' order in advance of call with Receiver. Call with Receiver.    | 0.50<br>825.00/hr | 412.50  |
| 2/15/2023  | APG | Meeting with parties re quarterly interviews                                      | 0.50<br>700.00/hr | 350.00  |
|            | APG | Further conference with E Swanson                                                 | 0.20<br>700.00/hr | 140.00  |
|            | EWS | Conference with parties re quarterly interviews.                                  | 0.50<br>825.00/hr | 412.50  |
|            | EWS | Conference with A. Gugelmann re investigation reports.                            | 0.20<br>825.00/hr | 165.00  |
|            | APG | Conference with E Swanson re investigations                                       | 0.50<br>700.00/hr | 350.00  |
|            | EWS | Review correspondence from parties.                                               | 0.20<br>825.00/hr | 165.00  |

Armstrong                                                                                                    Page     4

|            |     |                                                                                                 | Hrs/Rate         | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------|------------------|----------|
| 2/15/2023  | EWS | Conference with A. Gugelmann re plaintiffs' letter on investigations.                           | 0.50 825.00/hr   | 412.50   |
|            | EWS | Phone call with plaintiffs.                                                                     | 0.50 825.00/hr   | 412.50   |
| 2/16/2023  | AAB | Meeting with special master.                                                                    | 0.60 550.00/hr   | 330.00   |
|            | AAB | Review of Defendant's reply to SATF report.                                                     | 0.70 550.00/hr   | 385.00   |
|            | AAB | Attending Blind/LV work group.                                                                  | 1.80 550.00/hr   | 990.00   |
|            | APG | Conference with E Swanson re quarterly data productions                                         | 0.50 700.00/hr   | 350.00   |
|            | APG | Review letter and associated documents/footage                                                  | 1.50 700.00/hr   | 1,050.00 |
|            | APG | Meeting with plaintiffs' counsel                                                                | 1.00 700.00/hr   | 700.00   |
|            | EWS | Conference with A. Gugelmann re investigative reports.                                          | 0.50 825.00/hr   | 412.50   |
|            | EWS | Review investigations information from plaintiffs.                                              | 0.40 825.00/hr   | 330.00   |
|            | EWS | Review plaintiffs' response to SATF report. Confer with A. Barron.                              | 1.00 825.00/hr   | 825.00   |
|            | EWS | Conference with Special Master's team.                                                          | 0.50 825.00/hr   | 412.50   |
|            | EWS | Conference with plaintiffs re investigative reports.                                            | 1.00 825.00/hr   | 825.00   |
| 2/17/2023  | AAB | Phone call with court; debrief with E. Swanson.                                                 | 1.50 550.00/hr   | 825.00   |
|            | EWS | Review new staffing information from CCHCS. Prepare for meeting with Court.                     | 1.00 825.00/hr   | 825.00   |
|            | AAB | Phone call with E. Swanson.                                                                     | 0.10 550.00/hr   | 55.00    |
|            | EWS | Conference with court. Conference with A. Barron.                                               | 1.50 825.00/hr   | 1,237.50 |
| 2/20/2023  | EWS | Review correspondence from parties re blind/low-vision, white cane, individual advocacy, other matters. Confer with A. Barron. | 0.90 825.00/hr   | 742.50   |

Armstrong                                                                                                    Page     5

|            |     |                                                                                       | Hrs/Rate        | Amount   |
|------------|-----|---------------------------------------------------------------------------------------|-----------------|----------|
| 2/20/2023  | EWS | Review SATF pleadings. Draft memo. Conference with A. Barron.                         | 1.80 825.00/hr  | 1,485.00 |
|            | AAB | Revising memo.                                                                        | 1.00 550.00/hr  | 550.00   |
| 2/21/2023  | AAB | Revising memo.                                                                        | 0.40 550.00/hr  | 220.00   |
|            | AAB | Meeting with CCHCS regarding SATF.                                                    | 0.60 550.00/hr  | 330.00   |
|            | EWS | Conference with Receiver, SATF staff.                                                 | 0.50 825.00/hr  | 412.50   |
|            | AAB | Phone call with E. Swanson.                                                           | 0.10 550.00/hr  | 55.00    |
|            | APG | Conference with E Swanson re investigations                                           | 0.30 700.00/hr  | 210.00   |
|            | EWS | Review and respond to messages from A. Barron re SATF.                                | 0.20 825.00/hr  | 165.00   |
|            | EWS | Conference with A. Gugelmann, A. Barron.                                              | 0.30 825.00/hr  | 247.50   |
|            | EWS | Conference with A. Gugelmann re investigative reports.                                | 0.30 825.00/hr  | 247.50   |
| 2/22/2023  | EWS | Review correspondence from parties re RVRs, parole. Respond to email from parties.    | 0.40 825.00/hr  | 330.00   |
|            | EWS | Conference with colleague re report.                                                  | 0.20 825.00/hr  | 165.00   |
| 2/23/2023  | AAB | Review of court order.                                                                | 0.30 550.00/hr  | 165.00   |
|            | AAB | Meeting with E. Swanson regarding SATF order.                                         | 0.50 550.00/hr  | 275.00   |
|            | AAB | Phone call with Court.                                                                | 0.20 550.00/hr  | 110.00   |
|            | EWS | Review material from parties. Review material from court. Call with CDCR.             | 0.50 825.00/hr  | 412.50   |
|            | EWS | Conference with A. Barron re order.                                                   | 0.50 825.00/hr  | 412.50   |
|            | EWS | Conference with court.                                                                | 0.20 825.00/hr  | 165.00   |

Armstrong                                                                                           Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/23/2023 | EWS | Review information re RVRs at CHCS. | 0.30<br>825.00/hr | 247.50 |
|  | EWS | Review information from plaintiffs re CART, deaf/hard of hearing workgroup. | 0.30<br>825.00/hr | 247.50 |
|  | EWS | Phone call with defense counsel. | 0.20<br>825.00/hr | 165.00 |
| 2/24/2023 | AAB | Review of Plaintiffs' letter regarding RVRs. | 0.30<br>550.00/hr | 165.00 |
|  | APG | Conference with E Swanson in advance of CDCR call | 0.50<br>700.00/hr | 350.00 |
|  | APG | Phone call with CDCR counsel | 0.90<br>700.00/hr | 630.00 |
|  | EWS | Review investigation report. Confer with A. Gugelmann. | 1.30<br>825.00/hr | 1,072.50 |
|  | APG | Phone call with CDCR; further conference with E Swanson | 1.00<br>700.00/hr | 700.00 |
|  | EWS | Conference with CDCR re investigation and discipline. Confer with A. Gugelmann. | 1.00<br>825.00/hr | 825.00 |
| 2/26/2023 | EWS | Review correspondence from counsel re visits, parole issues. | 0.20<br>825.00/hr | 165.00 |
| 2/27/2023 | EWS | Review emails from parties re meeting agenda, responses. Confer with A. Barron re inquiry from party. | 0.50<br>825.00/hr | 412.50 |
|  | AAB | Review of court order. | 0.20<br>550.00/hr | 110.00 |
| 2/28/2023 | AAB | Phone call with E. Swanson. | 0.30<br>550.00/hr | 165.00 |
|  | EWS | Conference with A. Barron re SATF. | 0.20<br>825.00/hr | 165.00 |
|  | EWS | Review emails from counsel, CCHCS re upcoming meetings, orders in related cases. | 0.40<br>825.00/hr | 330.00 |
|  | AAB | Phone call with E. Swanson. | 0.20<br>550.00/hr | 110.00 |
|  | EWS | Phone call with A. Barron re meeting with parties re SATF. | 0.30<br>825.00/hr | 247.50 |
|  |  | For professional services rendered | 56.40 | $40,345.00 |

Armstrong            Page    7

Additional Charges :

| | | Amount |
|---|---|---:|
| 2/17/2023 | Conference Call | 8.22 |
| | Total additional charges | $8.22 |
| | Total amount of this bill | $40,353.22 |
| | Previous balance | $24,772.50 |
| | Accounts receivable transactions | |
| 2/21/2023 | Payment - thank you | ($24,772.50) |
| | Total payments and adjustments | ($24,772.50) |
| | Balance due | $40,353.22 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Audrey Barron - Associate | 17.90 | 550.00 | $9,845.00 |
| August P. Gugelmann - Partner | 10.10 | 700.00 | $7,070.00 |
| Edward W. Swanson - Partner | 28.40 | 825.00 | $23,430.00 |