DONALD SPECTER – 083925
RITA K. LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

LINDA D. KILB – 136101
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. C94 2307 CW<br><br>**STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2022**<br><br>Judge: Hon. Claudia Wilken |

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on January 24, 2023, Plaintiffs served on Defendants their Fourth Quarterly Statement for 2022 by electronic transmission. The parties completed their meet-and-confer process on March 11, 2023 as to the fees and costs incurred on all matters.

As a result of the March 11, 2023 agreement, the parties agree to the following:

The parties agree to the payment of $2,712,947.10 to resolve all fees and costs incurred during the Fourth Quarter of 2022, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $174,906.35 to resolve all fees and costs incurred during the Fourth Quarter of 2022, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $168,219.40 to resolve all fees and costs incurred during the Fourth Quarter of 2022, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $31,229.55 to resolve all fees and costs incurred during the Fourth Quarter of 2022, for fees work. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

IT IS HEREBY ORDERED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from February 23, 2023, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: March 17, 2023

_____
Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

DATED: March 16, 2023        /s/Sharon Garske
                             Sharon Garske
                             Supervising Deputy Attorney General
                             Attorney for Defendants


DATED: March 16, 2023        /s/Gay Crosthwait Grunfeld
                             Gay Crosthwait Grunfeld
                             Rosen Bien Galvan & Grunfeld LLP
                             Attorney for Plaintiffs

# EXHIBIT A

# **Armstrong v. Newsom**
**Fourth Quarterly Statement of 2022**
**October 1, 2022 through December 31, 2022**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $2,649,072.84 | $63,874.26 |
| | **TOTAL UNDISPUTED:** | **$2,712,947.10** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2022
October 1, 2022 through December 31, 2022
*Matter: CDCR/AOAP Monitoring/Merits*

| Monitoring (581-3) | | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 5.00 | 4.80 | $1,400 | $6,720.00 | $6,468.00 |
| Gay C. Grunfeld (GCG) | | 36.60 | 36.60 | $1,000 | $36,600.00 | $35,227.50 |
| Penny Godbold (PG) | | 358.60 | 358.60 | $800 | $286,880.00 | $276,122.00 |
| Thomas Nolan (TN) | | 248.50 | 237.40 | $825 | $195,855.00 | $188,510.44 |
| Michael L. Freedman (MLF) | | 207.70 | 205.40 | $750 | $154,050.00 | $148,273.13 |
| Ben Bien-Kahn (BBK) | | 130.30 | 128.60 | $725 | $93,235.00 | $89,738.69 |
| Kara J. Janssen (KJJ) | | 0.40 | 0.00 | $700 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 114.70 | 110.60 | $650 | $71,890.00 | $69,194.13 |
| Michael S. Nunez (MSN) | | 43.10 | 35.00 | $675 | $23,625.00 | $22,739.06 |
| Cara E. Trapani (CET) | | 0.30 | 0.00 | $550 | $0.00 | $0.00 |
| Mark Shinn-Krantz (MSK) | | 0.60 | 0.00 | $550 | $0.00 | $0.00 |
| Priyah Kaul (PK) | | 17.70 | 17.70 | $575 | $10,177.50 | $9,795.84 |
| Eric Monek Anderson (EMA) | | 250.80 | 250.50 | $500 | $125,250.00 | $120,553.13 |
| Hannah Chartoff (HC) | | 62.20 | 62.20 | $425 | $26,435.00 | $25,443.69 |
| Adrienne Harrold (AH) | | 72.60 | 67.70 | $425 | $28,772.50 | $27,693.53 |
| Karen Stilber (KES) | | 89.30 | 88.20 | $400 | $35,280.00 | $33,957.00 |
| F. Gail LaPurja (FGL) | | 5.60 | 0.00 | $375 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | | 11.30 | 7.50 | $375 | $2,812.50 | $2,707.03 |
| Nathalie Welch (NW) | | 8.30 | 6.60 | $300 | $1,980.00 | $1,905.75 |
| Fely F. Villadelgado (FFV) | | 104.50 | 0.00 | $300 | $0.00 | $0.00 |
| Adam Dean (ADD) | | 148.30 | 145.00 | $300 | $43,500.00 | $41,868.75 |
| Sanjana Srinivasan (SS) | | 11.30 | 11.30 | $300 | $3,390.00 | $3,262.88 |
| Yesi Murillo (YM) | | 14.00 | 13.10 | $300 | $3,930.00 | $3,782.63 |
| Ellen T. Brancart (ETB) | | 9.60 | 9.60 | $260 | $2,496.00 | $2,402.40 |
| Sarah A. Corkum (SAC) | | 32.00 | 30.40 | $260 | $7,904.00 | $7,607.60 |
| Teya Khalil (TK) | | 31.50 | 31.50 | $260 | $8,190.00 | $7,882.88 |
| Emma Lower (ERL) | | 374.50 | 358.90 | $260 | $93,314.00 | $89,814.73 |
| Lindsay Newfeld (LHN) | | 251.40 | 244.10 | $260 | $63,466.00 | $61,086.03 |
| Hannah Potter (HP) | | 23.40 | 21.60 | $260 | $5,616.00 | $5,405.40 |
| Amit Rao (AR) | | 369.50 | 294.60 | $260 | $76,596.00 | $73,723.65 |
| Megan Rich (MTR) | | 209.60 | 193.40 | $260 | $50,284.00 | $48,398.35 |
| Averi Suk (ADS) | | 364.10 | 331.60 | $260 | $86,216.00 | $82,982.90 |
| Julie de Vaulx (JDV) | | 14.50 | 14.50 | $260 | $3,770.00 | $3,628.63 |
| Luke Weitzenberg (LRW) | | 27.80 | 27.80 | $260 | $7,228.00 | $6,956.95 |
| Isabel Ting (IT) | | 5.60 | 0.00 | $260 | $0.00 | $0.00 |
| | Total Hours: | 3,655.20 | 3,344.80 | | | |
| **RBGG FEES:** | | | | | $1,555,462.50 | $1,497,132.66 |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter (DS) | | 5.10 | 5.10 | $1,100 | $5,610.00 | $5,399.63 |
| Rita Lomio (RL) | | 297.80 | 297.80 | $725 | $215,905.00 | $207,808.56 |
| Margot Mendelson (MM) | | 49.40 | 49.40 | $700 | $34,580.00 | $33,283.25 |
| Tess Borden (TB) | | 187.90 | 187.90 | $550 | $103,345.00 | $99,469.56 |
| Jacob Hutt (JH) | | 274.00 | 274.00 | $475 | $130,150.00 | $125,269.38 |
| Patrick Booth (PB) | | 136.50 | 136.50 | $400 | $54,600.00 | $52,552.50 |
| Sophie J. Hart (SJH) | | 11.90 | 11.90 | $475 | $5,652.50 | $5,440.53 |
| Amber Norris (AN) | | 130.30 | 130.30 | $400 | $52,120.00 | $50,165.50 |
| Claudia Cesena (CS) | | 160.00 | 160.00 | $400 | $64,000.00 | $61,600.00 |
| A.D. Lewis (ADL) | | 37.10 | 37.10 | $350 | $12,985.00 | $12,498.06 |
| Tania Amarillas (TA) | | 170.70 | 170.70 | $350 | $59,745.00 | $57,504.56 |
| Tovah Anna Ackerman (TAA) | | 109.50 | 109.50 | $350 | $38,325.00 | $36,887.81 |
| Gabriela Pelsinger (GP) | | 188.10 | 188.10 | $350 | $65,835.00 | $63,366.19 |
| Skye Lovett (SL) | | 374.10 | 374.10 | $325 | $121,582.50 | $117,023.16 |
| Alondra Diaz-Saavedra | | 43.00 | 43.00 | $300 | $12,900.00 | $12,416.25 |
| Audrey Lim (AL) | | 80.80 | 80.80 | $300 | $24,240.00 | $23,331.00 |
| Dewi Zarni (DZ) | | 57.30 | 57.30 | $300 | $17,190.00 | $16,545.38 |
| Ilian Meza Pena (IP) | | 75.80 | 75.80 | $300 | $22,740.00 | $21,887.25 |
| Isabela Avila Breach (IAB) | | 182.80 | 182.80 | $300 | $54,840.00 | $52,783.50 |
| Joanna Cardenas (JC) | | 215.00 | 215.00 | $300 | $64,500.00 | $62,081.25 |
| Sophie Mishara (SM) | | 119.10 | 119.10 | $300 | $35,730.00 | $34,390.13 |
| | Total Hours: | 2,906.20 | 2,906.20 | | | |
| **PLO FEES:** | | | | | $1,196,575.00 | $1,151,703.44 |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | | |
| Case Clerk (H. Min) | | 1.20 | 1.20 | $205 | $246.00 | $236.75 |
| | Total Hours: | 1.20 | 1.20 | | | |
| **DREDF FEES:** | | | | | $246.00 | $236.75 |
| **TOTAL CDCR/AOAP MONITORING FEES:** | | | | | $2,752,283.50 | $2,649,072.84 |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2022
October 1, 2022 through December 31, 2022
**Costs**

## Matter:  CDCR/AOAP Merits/Monitoring

|  | Costs | Costs Now Owing Based on Negotiated Compromise |
|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | |
| Photocopying (In house) | $860.40 | $828.14 |
| Photocopying/printing (Outside) | $2,253.24 | $2,168.74 |
| Server storage/data hosting | $403.00 | $387.89 |
| Expert Services | $17,575.80 | $16,916.71 |
| Transcription and Translation | $598.03 | $575.60 |
| Online Research - PACER, Westlaw, State courts | $835.06 | $803.75 |
| Postage & Delivery | $638.44 | $614.50 |
| Telephone | $1.80 | $1.73 |
| Travel - Mileage, Tolls, Food | $15,971.65 | $15,372.71 |
| Credit | ($27.28) | ($27.28) |
| **Total RBGG Costs:** | **$39,110.14** | **$37,642.49** |
| **Prison Law Office** | | |
| Transcription and translation | $5,393.52 | $5,191.26 |
| SLI Interpreter Services | $8,617.61 | $8,294.45 |
| Travel - Mileage, Tolls, Food | $11,491.54 | $11,060.61 |
| Postage & Delivery | $1,664.44 | $1,602.02 |
| **Total PLO Costs:** | **$27,167.11** | **$26,148.34** |
| **Disability Rights Education & Defense Fund, Inc.** | | |
| Photocopying (in-house) | $74.80 | $72.00 |
| Postage & Delivery | $11.88 | $11.43 |
| **Total DREDF Costs:** | **$86.68** | **$83.43** |
| **TOTAL CDCR/AOAP MERITS/MONITORING COSTS:** | **$66,363.93** | **$63,874.26** |

# EXHIBIT B

# **Armstrong v. Newsom**
**Fourth Quarterly Statement of 2022**
**October 1, 2022 through December 31, 2022**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $173,497.84 | $1,408.50 |
| | **TOTAL UNDISPUTED:** | **$174,906.35** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2022
October 1, 2022 through December 31, 2022
*Matter: BPH*

| BPH (581-4) | | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **BPH MONITORING (581-4)** | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 0.50 | 0.50 | $1,400 | $700.00 | $673.75 |
| Gay C. Grunfeld (GCG) | | 2.5 | 2.5 | $1,000 | $2,500.00 | $2,406.25 |
| Thomas Nolan (TN) | | 62.60 | 60.50 | $825 | $49,912.50 | $48,040.78 |
| Penny Godbold (PG) | | 15.60 | 15.60 | $800 | $12,480.00 | $12,012.00 |
| Benjamin Bien-Kahn (BBK) | | 0.20 | 0.00 | $725 | $0.00 | $0.00 |
| Caroline E. Jackson (CEJ) | | 59.40 | 55.30 | $650 | $35,945.00 | $34,597.06 |
| Eric Monek Anderson (EMA) | | 0.10 | 0.00 | $500 | $0.00 | $0.00 |
| Hannah Chartoff (HC) | | 28.10 | 28.10 | $425 | $11,942.50 | $11,494.66 |
| F. Gail LaPurja (FGL) | | 0.10 | 0.00 | $375 | $0.00 | $0.00 |
| Nathalie Welch (NW) | | 57.80 | 55.90 | $300 | $16,770.00 | $16,141.13 |
| Adam Dean (AD) | | 1.80 | 0.00 | $300 | $0.00 | $0.00 |
| Hannah Potter (HAP) | | 10.00 | 8.00 | $260 | $2,080.00 | $2,002.00 |
| Amit Rao (AR) | | 3.90 | 0.00 | $260 | $0.00 | $0.00 |
| | Total Hours: | 242.60 | 226.40 | | | |
| **RBGG FEES:** | | | | | $132,330.00 | $127,367.63 |
| **PRISON LAW OFFICE** | | | | | | |
| Donald Specter | | 0.8 | 0.8 | $1,100 | $880.00 | $847.00 |
| Sara Norman (SN) | | 1.2 | 1.2 | $900 | $1,080.00 | $1,039.50 |
| Rita Lomio (RL) | | 6.6 | 6.6 | $725 | $4,785.00 | $4,605.56 |
| Rana Anabtawi (RA) | | 47.2 | 47.2 | $700 | $33,040.00 | $31,801.00 |
| Jacob Hutt (JH) | | 12.9 | 12.9 | $475 | $6,127.50 | $5,897.72 |
| Patrick Booth (PB) | | 0.4 | 0.4 | $400 | $160.00 | $154.00 |
| Tania Amarillas (TA) | | 5.3 | 5.3 | $350 | $1,855.00 | $1,785.44 |
| | Total Hours: | 68.30 | 68.30 | | | |
| **PLO FEES:** | | | | | $47,927.50 | $46,130.22 |
| **TOTAL FEES FOR BPH WORK:** | | | | | $180,257.50 | $173,497.84 |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2022
October 1, 2022 through December 31, 2022
**Costs**

*Matter: BPH*

| | | Costs | Costs Now Owing<br>Based on Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-4)** | | | |
| Transcription and Translation | | | |
| Westlaw research | | $49.88 | $48.01 |
| Travel - Mileage, Tolls, Food | | $1,151.77 | $1,108.58 |
| | **Total RBGG Costs:** | **$1,201.65** | **$1,156.59** |
| **Prison Law Office** | | | |
| Travel - Mileage, Tolls, Food | | $261.73 | $251.92 |
| | **Total PLO Costs:** | **$261.73** | **$251.92** |
| | **TOTAL BPH COSTS:** | **$1,463.38** | **$1,408.50** |

# EXHIBIT C

# **Armstrong v. Newsom**
**Fourth Quarterly Statement of 2022**
**October 1, 2022 through December 31, 2022**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COST |
|---|---|---|
| DAPO MONITORING | $167,099.14 | $1,120.26 |
| | **TOTAL UNDISPUTED:** | **$168,219.40** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2022
October 1, 2022 through December 31, 2022
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 1.50 | 1.50 | $1,400 | $2,100.00 | $2,021.25 |
| Gay C. Grunfeld (GCG) | 2.70 | 2.70 | $1,000 | $2,700.00 | $2,598.75 |
| Ernest Galvan (EG) | 0.10 | 0.00 | $950 | $0.00 | $0.00 |
| Penny Godbold (PG) | 8.60 | 8.60 | $800 | $6,880.00 | $6,622.00 |
| Thomas Nolan (TN) | 22.00 | 22.00 | $825 | $18,150.00 | $17,469.38 |
| Michael L. Freedman (MLF) | 0.40 | 0.00 | $750 | $0.00 | $0.00 |
| Benjamin Bien-Kahn (BBK) | 20.10 | 19.90 | $725 | $14,427.50 | $13,886.47 |
| Caroline E. Jackson (CEJ) | 7.80 | 7.60 | $650 | $4,940.00 | $4,754.75 |
| Priyah Kaul (PK) | 14.70 | 14.70 | $575 | $8,452.50 | $8,135.53 |
| Marc Shinn-Krantz (MSK) | 0.20 | 0.00 | $550 | $0.00 | $0.00 |
| Eric Monek Anderson (EMA) | 20.00 | 20.00 | $500 | $10,000.00 | $9,625.00 |
| Adrienne Harrold (AH) | 74.40 | 71.30 | $425 | $30,302.50 | $29,166.16 |
| Hannah Chartoff (HC) | 26.20 | 26.20 | $425 | $11,135.00 | $10,717.44 |
| Nathalie Welch (NCW) | 186.80 | 185.00 | $300 | $55,500.00 | $53,418.75 |
| Amit Rao (AR) | 47.70 | 34.70 | $260 | $9,022.00 | $8,683.68 |
| **Total Hours:** | **433.20** | **414.20** | | | |
| **RBGG FEES:** | | | | **$173,609.50** | **$167,099.14** |
| **TOTAL FOR DAPO MONITORING WORK:** | | | | **$173,609.50** | **$167,099.14** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2022
October 1, 2022 through December 31, 2022
**Costs**

## Matter: DAPO Monitoring

| **Rosen, Bien, Galvan & Grunfeld (581-9)** | **Costs** | **Costs Now Owing Based on Negotiated Compromise** |
|---|---:|---:|
| Photocopying (in-house) | $92.20 | $88.74 |
| Postage & Delivery | $156.81 | $150.93 |
| Long distance and videophone charges | $1.55 | $1.49 |
| Travel - Mileage, Tolls, Food | $1,025.48 | $987.02 |
| Refunds | ($107.93) | ($107.93) |
| **Total RBGG Costs:** | **$1,168.11** | **$1,120.26** |
| **TOTAL DAPO MONITORING COSTS:** | **$1,168.11** | **$1,120.26** |

# EXHIBIT D

# **Armstrong v. Newsom**
**Fourth Quarterly Statement of 2022**
**October 1, 2022 through December 31, 2022**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---:|---:|
| FEES WORK (ALL MATTERS) | $31,172.97 | $56.59 |
|  |  |  |
| **TOTAL UNDISPUTED:** |  | **$31,229.55** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2022
October 1, 2022 through December 31, 2022
*Matter: All Matters Fees Work*

| *Fees (581-2)* | Actual Hours | Claimed Hours | 2022 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Gay C. Grunfeld (GCG) | 20.10 | 20.00 | $1,000 | $20,000.00 | $19,250.00 |
| Benjamin Bien-Kahn (BBK) | 0.10 | 0.00 | $950 | $0.00 | $0.00 |
| Karen E. Stilber (KES) | 13.60 | 13.60 | $400 | $5,440.00 | $5,236.00 |
| Total Hours: | **33.80** | **33.60** | | | |
| **RBGG FEES:** | | | | **$25,440.00** | **$24,486.00** |
| **PRISON LAW OFFICE** | | | | | |
| Rita Lomio (RL) | 1.20 | 1.20 | $725 | $870.00 | $837.38 |
| Margot Mendelson (MKM) | 3.80 | 3.80 | $700 | $2,660.00 | $2,560.25 |
| Ashley Kirby (AK) | 8.00 | 8.00 | $250 | $2,000.00 | $1,925.00 |
| Total Hours: | **13.00** | **13.00** | | | |
| **PLO FEES:** | | | | **$5,530.00** | **$5,322.63** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Linda Kilb (LDK) | 1.50 | 1.50 | $945 | $1,417.50 | $1,364.34 |
| Total Hours: | **1.50** | **1.50** | | | |
| **DREDF FEES:** | | | | **$1,417.50** | **$1,364.34** |
| **TOTAL FEES FOR ARMSTRONG FEES WORK:** | | | | **$32,387.50** | **$31,172.97** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2022
October 1, 2022 through December 31, 2022
**Costs**

*Matter: Fees Work in All Matters*

| **Rosen, Bien, Galvan & Grunfeld (581-2)** | | **Costs** | **Costs Now Owing** **Based on Negotiated Compromise** |
|---|---|---|---|
| Pacer | | $0.80 | $0.77 |
| Postage & Delivery | | $57.99 | $55.82 |
| | **Total RBGG Costs:** | **$58.79** | **$56.59** |
| | **TOTAL FEES WORK COSTS :** | **$58.79** | **$56.59** |