# Exhibit A

# Serena Sukhija, OD, FAAO

(310) 971-0735                                                                     795 E. Second St., Suite 2
ssukhija@westernu.edu                                                          Pomona, CA 91766

---

## EDUCATION

**Residency in Low Vision Rehabilitation**                                    07/2014 to 06/2015
State University of New York College of Optometry and Lighthouse Guild, New York, New York

**Doctor of Optometry**                                                            08/2010 to 05/2014
University of California, Berkeley School of Optometry, Berkeley, California

**Bachelor of Science in Physiology and Neuroscience with Minor in Economics**     09/2006 to 06/2010
University of California at San Diego, San Diego, California

---

## EMPLOYMENT/CLINICAL EXPERIENCE

**Chief of Vision Rehabilitation, Assistant Professor, Western University of Health Sciences – College of Optometry**

02/2020 to Present

- Lead the Low Vision Rehabilitation Clinic service in all operations
- Oversee and teach third and fourth year students in the low vision clinic
- Build and grow the Low Vision Rehabilitation satellite clinic in Century City, CA
- Develop and teach second year optometry students in didactic labs
- Co-Instructor of Record for Integrated Clinical Analysis 2 course

**Adjunct Faculty, Western University of Health Sciences – College of Osteopathic Medicine of the Pacific**

01/2021 to Present

- Lecture to second year DO students about vision impairment

**Co-Director of Comprehensive Clinic, New York Eye and Ear Infirmary of Mount Sinai**

03/2019 to 12/2019

- Oversee all general operations of the Comprehensive Ophthalmology Resident Clinic

**Coordinator – Low Vision Services, New York Eye and Ear Infirmary of Mount Sinai**

08/2015 to 12/2019

- Developed a successful low vision clinic in a specialty hospital setting
- Provided low vision optometric services to patients
- Provided primary eye care and specialty evaluations in the ocular disease service
- Supervise and teach ophthalmology residents in the refraction and low vision service

**Adjunct Faculty, Icahn School of Medicine at Mount Sinai**             08/2015 to 12/2019

- Implemented a lecture series for ophthalmology residents in the areas of refraction, low vision, and geometric and physical optics. Lecturer only.

**Adjunct Assistant Professor, Hunter College, New York**                 08/2015 to 12/2019

- Instructor and lecturer for SPED 740 Medical Aspects and Educational Implication of Visual Impairment, in the Special Education department, to graduate students in the Teachers for the Blind and Visually Impaired program

**Independent Contractor, Cohen's Fashion Optical, New York**                  10/2018 to 11/2019
- On call fill in optometrist. Provide primary care eye services and contact lens fittings in a private practice setting

**Independent Contractor, Moscot, New York**                  10/2015 to 12/2018
- On call fill in optometrist. Provide primary care eye services and contact lens fittings in a private practice setting

---

## RESEARCH

**Neuro-Ophthalmology Research Disease Investigator Consortium (NORDIC), New York**
                  08/2018 to 12/2019
- Consultant. Certified technicians for the refraction and visual acuity portion for clinical trials

---

## AFFILIATIONS

American Optometric Association (member)
California Optometric Association (member)
California Optometric Association – Low Vision Section (Vice Chair, Secretary/Treasurer)
American Academy of Optometry (Fellow)
Association of Schools and Colleges of Optometry Low Vision Educators SIG (Steering Committee)

---

## PRESENTATIONS

**Poster Presentation:**
Sukhija S. Use of Fresnel Prism to Manage Visual Field Loss from a Pituitary Macroadenoma. Presented at the Southern Educational Congress of Optometry (SECO) March 2015 in Atlanta, Georgia.

Sukhija S, Eleftherion C, Marinoff R. Low Vision Management of a Patient with Profound Vision Impairment. Presented at the American Academy of Optometry November 2014 Annual Meeting in Denver, Colorado.

Eleftherion C, Sukhija S, Wong T. Delayed Diagnosis of Rampant Ocular Syphilis that Manifested as Acute Posterior Multifocal Placoid Pigmentary Epitheliopathy. Presented at the American Academy of Optometry November 2014 Annual Meeting in Denver, Colorado.

**Lectures:**
O'Connell, W. Sukhija, S. Lin, R. "Low Vision Technology Update: Past, Present, and Future." CE lecture given in October 2022 at the American Academy of Optometry annual meeting.

Marinoff, R. Sukhija, S. Lin, R. "The Rehabilitation Intersection." CE lecture given in October 2022 at the American Academy of Optometry annual meeting.

Sukhija, S. Marinoff, R. "Low Vision for the Primary Care Practitioner." CE lecture given in November 2021 at the American Academy of Optometry annual meeting.

Sukhija, S. "Should Mr. and Mrs. Smith Be Driving? Functional Vision and Driving with Low Vision." CE lecture given in March 2021 at the Inland Empire Optometric Society meeting.

Sukhija, S. "Mr. and Mrs. Smith Drive Cross Country – Functional Vision and Driving with Low Vision." CE lecture given in February 2021 for Western University of Health Sciences College of Optometry.

Sukhija, S. "Low Vision and Technology." Presented in December 2019 at New York University (NYU) Ophthalmology Grand Rounds.

Lovett, J. Schuman, J. Sukhija, S. "Going Blind: Coming Out of the Dark About Vision Loss." Participated in a panel event and lecture in November 2019 for Fight for Sight event.

Sukhija, S. "Low Vision and Glaucoma." Presented in November 2017 at the monthly meeting of the New York Eye and Ear Infirmary of Mount Sinai's glaucoma support group.

Sukhija, S. "Low Vision and Driving." Presented in July 2017 at the State University of New York School of Optometry Summer Lecture Series.

Sukhija, S. "What's New Doc? Update on Current Treatments and Clinical Trials for Common Ocular Conditions Seen in the Low Vision Clinic." Presented in the November 2015 Continuing Education at Lighthouse Guild International.

Sukhija, S. "Driving with Low Vision." Presented at the June 2015 Continuing Education at Lighthouse Guild International.

Sukhija, S. "Should Mr. and Mrs. Smith Be Driving? An Overview of Driving with Low Vision." Presented in March 2015 at State University College of New York College of Optometry Resident Presentations.

**Publications/Under Review:**
Wong T, Sukhija S, Bradley M. "Innovative mobility technology targets low vision." *Optometry Times*, vol. 11, issue 2. Jan 18, 2019.

Sukhija S, Marinoff R. Driving with Low Vision: Case Reports and Guidelines for Fitting and Training. Optometry. Under review.

**VOLUNTEER EXPERIENCE**

**COVID-19 Vaccine Clinic, Pomona, CA**                                    2/2021-10/2021

**14th Street Y Recreation and Fitness Center vision screening, New York, NY**            2/12/2019

**Sirovich Senior Center vision screening, New York, NY**                      9/6/2018

**Human Resources Health Fair vision screening, New York, NY**                3/21/2018

**Metropolitan Transportation Authority vision screening, New York, NY**      9/19/2017-9/20/2017

**Volunteer Optometric Services to Humanity (VOSH)**
- Volunteer Doctor (2/2019): Volunteer with VOSH Northeast optometric service trip to Panama; provided vision care to over 2000 patients in Penonomé, Panama.
- Student President (04/2012 to 05/2013): Serve as a liaison between UC Berkeley optometry students, VOSH-CA and VOSH International; lead and assist VOSH board (Vice President, Treasurer, and Equipment Organizers)
- Nicaragua Student Volunteer (01/2013): Volunteer on an optometry school service trip to Nicaragua; provided vision care to over 1000 patients in San Juan Del Sur, Nicaragua.
- Belize Trip Leader (01/2012): Leader and organizer of a VOSH-CA service trip to Belize; provided vision care to over 800 patients in four underserved areas of Belize over a four day clinic; established relationships with government officials to help facilitate future VOSH trip to Belize

- Student Board member (10/2010 to 04/2012): organized events for Berkeley Optometry students to volunteer at local Lions Club

---

**HONORS AND AWARDS**

Karl Kirchgessner Foundation Grant Recipient, 2022
Karl Kirchgessner Foundation Grant Recipient, 2021
American Optometric Association Foundation – Healthy Eyes Healthy Children Community Grant Recipient, 2020
Resident Award for Outstanding Teaching and Dedicated Service, New York Eye and Ear Infirmary of Mount Sinai, 2020
Lavelle Grant Recipient, 2019
Fellow of the American Academy of Optometry, 2016-present
Diplomate, American Board of Optometry, 2016 (Status: Diplomate – Not Current)
Beta Sigma Kappa Optometric Honor Society, 2012-2014
Ming Pow Low: Low Vision Award, UC Berkeley, 2014
Drs. Stephen R. and Doris Sze Chun Service Award, UC Berkeley, 2013