# Exhibit B

# Thomas Olzak professional Biography

Thomas retired June 2017.  However, he has continued to be engaged in the community and areas of interest currently he is a member of the Board of directors at Guide Dogs of America, Strategic Planning group and a member of their speakers' bureau. He is a motivational speaker who has traveled both internationally and domestically on behalf of GDA.

Currently, he is a volunteer at the Western University's Low Vision Clinic as their "resource Specialist."  He is part of the Low Vision rehabilitation team that provides the necessary tools that enable those who are at the beginning stages of Vision Loss.  These tools are designed to enable the patients to begin forming the necessary coping mechanisms that will enable them to attain their goal of a productive life. He is also a member of their Strategic Planning Committee where he uses his extensive Business knowledge to assist in planning for future growth and employee development.

Prior to losing his eyesight in 1992, Thomas was a Regional Sales Manager and Gemologist for a large retail jewelry chain.  In this position he supervised the Southern California region.  Due to his vision loss, a career change was necessary. Therefore, he enrolled at California State Polytechnic University and earned his Bachelor of Arts degree in Behavioral Science in 1996.  Subsequently, he enrolled at Western State University College of Law where he received his Juris Doctor in 1999.

Having achieved his educational goals, Thomas was employed by California Reimbursement Enterprises. As the Director of Advocacy and Operations Development he established the advocacy program. He advocated for the rights of consumers and the establishment of benefits through Social Security and Medi-Cal. He established the corporate policies and procedures as well as editing policy manuals.

Subsequently, he was employed as the Transition Team Leader with Westside Center for Independent Living, focusing on the DIAL project (Deinstitutionalization is About Living). The DIAL project was a pilot project designed to implement the Olmstead Act. The objective was to assess potential consumers, draft Independent Living Plans, and coordinate services to insure their successful transition to the least restrictive community-based setting.  Further, he advocated on behalf of the consumer to attain the necessary resources to be successful in their transition.

Thomas then joined Braille Institute's team in August of 2006. As Manager of Youth and Career Services, he coordinated, assisted, and implemented integrated programs that aided Braille Institute's students in achieving their goals of breaking down barriers to an independent quality life.

In 2015 Thomas tried retirement but it did not take.  He was recruited by Junior Blind of America as the director of Transition Services for the Student Transition Enrichment Program.  A community Base program that is designed to assist Blind and visually

# Thomas Olzak professional Biography

impaired students to attain their goals of independence and full integration into our society.

Thomas is 15-year alumni of Guide Dogs of America and is a current board member. Further, He was the founding President of The Foundation Fighting Blindness, Orange County Chapter; he was Chairperson of The Foundation Fighting Blindness "The Future is Now" 2008 symposium; and a member of the Joint Action Advocacy Group, Braille Institute Speaker's Bureau, Guide Dogs of America's Speakers Bureau, Southern California Transition Council, Association for Education and Rehabilitation of the Blind and Visually Impaired, , and California Transcribers and Educators of the Blind and Visually Impaired.