ROB BONTA
Attorney General of California
SHARON A. GARSKE
Supervising Deputy Attorney General
SEAN LODHOLZ
OLENA LIKHACHOVA
ANNE KAMMER
GURPREET SANDHU
TRACE O. MAIORINO
Deputy Attorney General
State Bar No. 215167
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4438
  Fax:  (415) 703-5843
  E-mail:  Sharon.Garske@doj.ca.gov
*Attorneys for Defendants*
*Gavin Newsom, Board of Parole Hearings,*
*and CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 4:94-cv-02307-CW<br><br>**DECLARATION OF PRINCIPAL LIBRARIAN BRANDY BUENAFE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]** |

I, Brandy Buenafe, declare:

1. I have been employed by the California Department of Corrections and Rehabilitation (CDCR) since 2007. I have been the Principal Librarian in CDCR's Office of Correctional Education since 2014. In this role, I provide policy, procedures, purchasing, and professional development for CDCR's library staff. Before that, I was a Librarian at California State Prison, Corcoran, for five years and Senior Librarian at Pleasant Valley State Prison for two years. I

graduated in 2018 with my Master of Business Administration degree from National University, 2007 with my Master of Library and Information Science degree from San Jose State University, and 2001 with my Bachelor of Arts in History from University of California at Santa Cruz.  I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Order to Enforce the Revised Permanent Injunction (ECF No. 3525).  I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so.

2.    As Principal Librarian, I oversee the operations of CDCR's 123 libraries statewide. My duties include, but are not limited to:  developing modern library programs (e.g., computerized programs and databases in collection development, acquisition, cataloging and classification, reference, circulation, and preservation of library materials); developing standard operational procedures; researching and evaluating modern library program options of statewide implementation; supervising, monitoring, and training correctional library staff with implementing programs; and developing statewide implementation of standardized tracking procedures for verification of incarcerated persons access and usage of library programs and materials.  My duties also include coordinating with the Class Action Management Unit and Office of Correctional Education on providing access to ADA appliances to assist people with disabilities.

3.    I am familiar with CDCR's library services provided to the incarcerated population. CDCR libraries offer legal and leisure reading materials, literacy programming, book clubs, reading challenges, and essay contests.  Our libraries provide recreational, academic, and legal resources for our population, including those with disabilities.  Legal resources are provided via computers, touch screen kiosks, and tablets utilizing Lexis Nexis.

4.    I am familiar with CDCR's Disability Placement Program (DPP) developed as part of the *Armstrong v. Newsom* class action and the related remedial plans, which are a set of plans, policies, and procedure to assure nondiscrimination against incarcerated persons (and parolees) with disabilities.  The DPP applies to all CDCR's institutions, facilities, programs that the CDCR provides or operates, and to incarcerated persons who have disabilities that affect a major life activity whether or not the disabilities impact placement.  There is electronic equipment for use in

2

the recreational and law libraries, and education areas to accommodate persons with disabilities. Examples of this equipment are Merlins and DaVinci machines which magnify documents and software that reads documents aloud for persons who have low vision or are blind.

5.     As part of CDCR's Division of Rehabilitative Programs, the Office of Correctional Education offers various academic and education programs at each institution, including access to recreational and law libraries.  Correctional library staff, including Senior Librarians, Librarians, and Library Technical Assistants, evaluate and facilitate requests from incarcerated people related to law-library services such as court access, electronic delivery systems, and legal software. Correctional library staff disseminate information contained in the law library and provide meaningful access to the courts for incarcerated people, utilizing court-mandated legal delivery systems such as books, subscriptions, periodicals, and other items.  Correctional librarians are expected to perform professional-level library work in connection with selecting, cataloging, loaning, or the reference-use of books, electronic media, and other library materials to assist incarcerated people.  Correctional library staff are equipped to answer reference questions from incarcerated people and to deliver library assistance by utilizing bibliographic and electronic media as required and consistent with the American Library Association's standards. Correctional library staff provide recreational or educational materials and legal access utilizing books, electronic media, and other library materials.  Correctional library staff are required to act in accordance with court-ordered mandates, CDCR's Department Operations Manuals, and correctional policies.  Further, correctional library staff are required to participate in training to keep informed of new developments in library science to incorporate new technologies, ideas, or methodologies in the delivery of library services to incarcerated people.  To do this, library staff utilize professional publications, conferences, and continuing education classes, and other resources, in accordance with the American Library Association's and the Correctional Education Association's standards.

6.     Correctional libraries are staffed by Senior Librarians, Librarians, Library Technical Assistants, and incarcerated people who serve as library clerks.  Depending on the physical layout of a library there will be a mixture of classifications working in the library.  These correctional

library staff have been trained and are required to assist incarcerated people with disabilities to access library services.  These services may include, provision of forms, including assistance in reading and scribing those forms, identifying research materials and providing them to the incarcerated person, and other reading and writing tasks, but do not include providing legal advice or conducting legal research.  The Office of Correctional Education has routinely directed library staff during meetings and trainings to provide reading and scribing services to anyone with a disability who needs assistance.  This direction was reiterated to law library staff at statewide training on October 4, 2023, and direction was issued to the field on December 6, 2023.

7.    The reading and writing needs of DPV class members are also currently accommodated through the use of electronic desktop magnifiers (e.g., Merlin and DaVinci) located within the prison law libraries at each DPV-designated institution.  These devices enlarge printed text and convert printed text into audio.  Class members have access to headphones to ensure privacy of the audio translation of printed text.  These devices also allow low-vision individuals to hand-write documents by providing real-time enlargement of the sheet of paper placed in front of the device's camera, which is displayed in variable enlarged formats on an electronic display.  Accordingly, class members who require access to large print and audio, can access printed materials related to their parole suitability hearing by using these existing electronic auxiliary aids.  CDCR acknowledges that some class members have alleged privacy concerns related to the positioning of the desktop magnifiers within the prison law libraries. Devices in the libraries are positioned in areas that provide the most privacy given physical plant layout, available space, and to ensure institutional safety and security.  Librarians and Library Technical Assistants supervise and observe library patrons to ensure the privacy of the patrons using the devices and to ensure, as best they can, that others do not have unauthorized access to it. Experienced Librarians and Library Technical Assistants are aware of the need to protect the privacy of an incarcerated person's private information related to the circumstances of their criminal offense.  Experienced Librarians and Library Technical Assistants understand that the unauthorized release of such information may subject that incarcerated person to manipulation, harassment, or physical harm, thereby, undermining the safety and security of the institution,

4

other incarcerated people, employees, and members of the public.

8. Correctional library staff are available to, and often do, assist an incarcerated person with writing, which can include plans for release. Plans for release are general plans for housing, employment, community-based support services, or substance-abuse treatment offered to the incarcerated person in anticipation of the parole-suitability hearing. Correctional library staff are available to assist incarcerated people with any writing needs to describe or document plans such as letters of support, offers of housing, or other forms of support available to the person upon release.

9. As noted above, libraries house, depending on the needs of the institutions' population, auxiliary aides to assist the low-vision populations. Correctional library staff facilitate class-members' access and use of these auxiliary aides. The library staff are familiar with how to use the equipment in the libraries and have available user guides for further reference. I understand that all DPV class members are going to receive an individualized assessment by a vision consultant to determine their individual needs for various auxiliary aides. It is my understanding that these assessments will enable CDCR to more accurately determine the needs of the blind/low vision populations at different institutions, and better assess what services correctional library staff should be providing this population. CDCR anticipates that fewer blind/low vision class members will need to access the auxiliary aides in the libraries because they will have individual access to an appropriately prescribed auxiliary aide for their own independent and private in-cell use. It is anticipated that this will increase correctional library staff ability to provide individual, one-on-one assistance to the small population of class members who may require a personal scribe to assist with letter writing or other written tasks performed in anticipation of a parole suitability hearing or completed as a post-hearing task. In the meantime, library staff will continue to assist class members either at the time of the request or at a reasonable time determined by library staff.

10. Broadly speaking, correctional library staff are qualified to assist *Armstrong* class members with writing documents, such as substance abuse relapse-prevention plans, remorse letters to a victim, letters to potential support persons in the community, summaries of the insight

gained from a self-help book (aka "book report") or institutional self-help program, or just notes for their own use.  Law library staff are trained to transcribe what the incarcerated person wishes to write, and to avoid any instances of overfamiliarity or providing legal advice.  The law library staff person's role is to transcribe what the class member wishes to write to, among other things, demonstrate the class member's suitability for parole.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 11___, 2023, at Sacramento, California.

DocuSigned by:

*Brandy Buenafe*

3D6049E859BF44F...

Brandy Buenafe
Principal Librarian
California Department of Corrections and
Rehabilitation

CF1997CS0005
43985577.docx

Decl. Buenafe ISO Defs.' Opp'n to Pl.'s Motion for Order to Enforce the RPI  (4:94-cv-02307-CW)

# CERTIFICATE OF SERVICE

Case Name:   **J. Armstrong, et al. v. Gavin**       No.       **C 94-2307 CW**
             **Newsom, et al.**

I hereby certify that on December 12, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1.      DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

2.      DECLARATION OF PRINCIPAL LIBRARIAN BRANDY BUENAFE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

3.      DECLARATION OF HEIDI L. RUMMEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

4.      DECLARATION OF DEPUTY DIRECTOR JARED LOZANO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

5.      DECLARATION OF DANIEL MOELLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

6.      DECLARATION OF SERENA SUKHIJA, O.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

7.      DECLARATION OF I. STREAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

8.      DECLARATION OF TARA DOETSCH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

I certify that participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 12, 2023, at Los Angeles, California.


| L. Smith | /s/ L. Smith |
|----------|--------------|
| Declarant | Signature |