ROB BONTA
Attorney General of California
SHARON A. GARSKE
Supervising Deputy Attorney General
TRACE MAIORINO
SEAN LODHOLZ
ANNE KAMMER
GURPREET SANDHU
OLENA LIKHACHOVA
Deputy Attorney General
State Bar No. 285574
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6332
  Fax:  (916) 324-5205
  E-mail:  Olena.Likhachova@doj.ca.gov
*Attorneys for Defendants*
*Gavin Newsom, Board of Parole Hearings,*
*and CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,** | 4:94-cv-02307-CW |
| Plaintiffs, | **DECLARATION OF SERENA SUKHIJA, O.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

I, Serena Sukhija, O.D., declare:

1.   I am an Optometrist licensed by the State of California since 2014 and have remained in good standing since that date.  I graduated from the University of California Berkeley School of Optometry in 2014, and I completed my residency in Low Vision Rehabilitation at the State University of New York College of Optometry and Lighthouse Guild in 2015.  I am currently

1

employed as the Chief of Vision Rehabilitation and serve as an Assistant Professor at the Western University of Health Sciences College of Optometry, and have been employed in this capacity since February 2020. In my current role, I operate and manage the Low Vision Rehabilitation Clinic. I also personally evaluate vision impaired patients and diagnose their accommodation needs for approximately 16 hours or more per week.

2. I previously worked as a co-director of the Comprehensive Clinic at the New York Eye and Ear Infirmary of Mount Sinai in New York City. In this role, I oversaw all general operations of the Comprehensive Ophthalmology Resident Clinic. From 2015 through 2019, I worked as a coordinator of low-vision services at the New York Eye and Ear Infirmary of Mount Sinai. I developed a successful low-vision clinic, provided low-vision optometric services, provided primary eye care, conducted specialty evaluations of ocular disease, and supervised and taught ophthalmology residents in the refraction and low-vision service. I also implemented a lecture series for ophthalmology residents in the areas of refraction, low-vision, and geometric and physical optics at the Icahn School of Medicine at Mount Sinai. I worked as an instructor and lecturer to graduate students in the Teachers for the Blind and Visually Impaired Program at the Hunter College in New York. My research, affiliations, presentations and publications are detailed in my Curriculum Vitae, a true and correct copy of which is attached to this declaration as Exhibit A.

3. As a low-vision specialist, I have evaluated over three thousand patients to determine the visual accommodations needed for independent reading and writing, developed training plans for those patients, and conducted over four thousand hours of one-on-one training on the use of the electronic auxiliary aids related to reading or writing.

4. I regularly evaluate patients who are either vision impaired or totally blind. I also have experience evaluating patients with multiple disabilities, including blind patients with developmental impairments, vision-impaired patients with upper extremity disabilities, and vision-impaired patients who are deaf. My patient demographics range from busy tech-savvy professionals to patients who are unfamiliar with modern technology, and include patients of all ages.

Decl. Sukhija in Supp. Defs.' Opp'n to Pls.' Motion to Enforce the Revised Perm. Injunction  (4:94-cv-02307-CW)

5.    My team at the Western University of Health Sciences Eye Care Institute and I have been retained by the California Correctional Health Care Services (CCHCS) to provide consultation services to assist with the care and treatment of patients with visual needs and accommodations that are beyond the scope of routine refractive cases that can be managed with spectacle prescriptions (i.e., glasses), non-specialty contact lenses, or surgery.  My team and I have been asked to conduct individualized assessments of all vision-impaired individuals in the custody of the California Department of Corrections and Rehabilitation (CDCR) whose vision impairment impacts placement and cannot be corrected to central visual acuity better than 20/200 with the use of corrective lenses to determine appropriate reading and writing accommodations for those individuals.

6.    As part of this individualized assessment, my team and I will meet in person with each DPV class member to determine if they require an alternative format to read printed materials independently, such as large print, Braille, or audio.  My team and I will also determine if the class member's independent reading and writing needs can be accommodated through the use of an electronic auxiliary aid that can be used in a correctional setting.  During their individualized assessment, each class member will be able to try out various auxiliary aids that may be recommended as an accommodation for their reading and writing needs.  If our team recommends an electronic auxiliary aid, the class member's assessment will include an individualized training plan for that aid.  One goal of this individualized assessment and training is to minimize dependence on third parties and ensure the class member can read and write independently and privately.  There is no one-size-fits-all approach to accommodations for sight-impaired patients and many factors must be considered before prescribing an auxiliary aid, including the patient's age, education, work history, professional needs, desire to learn, computer literacy, and physical or mental limitations.  These and other factors are necessarily a part of the individualized assessment process that I will use to evaluate class members' needs.

7.    I understand that Plaintiffs' Motion for Order to Enforce the Revised Permanent Injunction concerns, in part, a sight-impaired person's ability to prepare for parole hearings.  I further understand that as a part of this preparation, the class member may need to review a

3

collection of documents that will be considered by the decision-makers at the parole hearing. I have been advised that this process is referred to as the *Olson* review. As part of the individual assessment, I will consider tasks such as the *Olson* review, to ensure independent and private review of these materials.

8.   I am informed that DPV class members are housed at multiple CDCR institutions statewide. My team and I anticipate spending approximately one hour per individual patient assessment (excluding travel time). My team and I have now completed individualized assessments of four DPV class members housed at the Substance Abuse Treatment Facility (SATF) and one DPV class member housed at the California Institution for Women. We will continue to schedule and complete these individualized assessments until all evaluations are completed.

9.   At CDCR's request, I have reviewed the declaration of Michael Parker in Support of Plaintiffs' Motion for Order to Enforce the Revised Permanent Injunction and the attached exhibits (ECF No. 3525-5). As part of my consultation services, I have participated in video-conferences with Plaintiffs' attorneys, the Court Expert, and Mr. Parker. Mr. Parker opines that to accomplish reading and writing tasks, DPV class members require video magnifiers with the following functions: (a) variable magnification up to 60 times the original size of the image; (b) color change, including variation of text and background color; and (c) contrast change. (*Id.* at ¶ 7.) Mr. Parker identifies Optelec ClearView GO 17 as an example of a device that is suitable for any low-vision class member to perform paper-based reading and writing tasks in their cells. (*Id.*) In my professional opinion, anyone who requires 60-time magnification of a printed text should not use the Optelec ClearView GO 17, or any other electronic magnifier, because this magnification level would not allow even for a single letter to fit on the screen in some instances. Once a patient requires magnification over 20 times, electronic magnifiers are not particularly useful for independent reading, whether long-term or short-term assistance is needed. Instead, patients who require magnification over 20 times generally are better accommodated by text-to-speech devices that perform reading tasks. Moreover, in my opinion, Zoomax Snow 12 is a better and more appropriate accommodation for in-cell use by low-vision class members who require an electronic

4

magnifier.  Although this device has a smaller screen size (12 inches v. 17 inches for Optelec), it is more portable because it weighs about three pounds, which is less than one-third of the weight of the approximate twelve-pound Optelec ClearView GO 17.  Due to this weight difference, Zoomax Snow 12 is easier to maneuver during the reading tasks where the optional foldable stand is not used by the patient and is easier to transport by a patient who wishes to use the device outside their cell, such as in education or program areas.

10.  Mr. Parker opines that to perform writing tasks, low-vision individuals who require video magnification will require computer screen magnification software that has the following functions: (a) variable magnification up to 60 times the original size of the image; (b) color change, including variation of text and background color; (c) contrast change; and (d) the ability to enlarge all text and images displayed on the computer monitor, and recommends ZoomText Magnifier/Screen Reader computer magnification software.  (*Id.* at ¶ 8.)  In my professional opinion, the screen magnification software built into a Windows 10 or 11 laptop will reasonably accommodate the writing needs of low-vision individuals who require a computer to write.  This built-in screen magnification software has the power to magnify the original visual content up to 400%, allows for color and contrast change, and can reasonably accommodate any basic typing that needs to be done on a laptop.  It should be noted, however, that a patient needs to be able to navigate and use a computer well enough to utilize computer screen magnification software.  Otherwise, training is lengthy and requires the patient to be committed to learning how to use a computer.

11.  Mr. Parker opines that individuals who cannot see well enough to read or write at any font size can use a computer to read and write if the computer has screen reading software with the following functions: (a) the ability to adjust speed of speech; (b) the ability to detect and communicate typographical errors; (c) the ability to convey the formatting of the document being composed; and (d) the ability to toggle on and off formatting information with relative ease, and recommends Job Access With Speech (JAWS) screen reading software.  (*Id.* at ¶ 9.)  In my professional opinion, the screen reader built into all Windows 10 and 11 computers (Windows Narrator) is a reasonable alternative to JAWS.  Given the tasks of typing and having the words

5

read back to a patient, Widows Narrator is appropriate and a reasonable accommodation. The software allows users to (a) adjust settings including the voice, relative volume, and speed of speech; (b) identify typographical errors by announcing characters or words as they are typed or reading back text; and (c) convey document formatting with the press of a shortcut key. JAWS is more appropriate for tech-savvy patients in professional settings and is useful during a more interactive website browsing. And because DPV class members do not have internet access, any such advantages JAWS provides for web browsing are immaterial. JAWS is more complicated, especially for users who are not tech savvy. Due to the complexity of JAWS, incarcerated persons with no technical background will require numerous hours of training. Training incarcerated persons to use Windows Narrator would be more practical because Windows Narrator is a free software that is readily available on all Windows 10 and Windows 11 computers and is far more accessible than JAWS following DPV class member's release from incarceration. JAWS is only available through a subscription starting at $1,475.00, which may not be affordable to patients post-incarceration. Windows Narrator is a reasonable accommodation.

12. Mr. Parker opines that a single software program that combines the ZoomText Magnifier/Screen Reader and JAWS screen reading software (e.g., Fusion), is suitable to accommodate the needs of both low-vision and blind individuals. (*Id.* at ¶ 10.) As detailed above, the Windows Navigation screen magnification and narration software that comes with any Windows 10 or 11 laptop is sufficient to accommodate DPV class members' typing needs on a laptop.

13. Mr. Parker opines that the LyriQ Assistive Reader, a scan-and-read (text-to-speech) device, is a suitable accommodation for low-vision or blind individuals who cannot see well enough to read or write. (*Id.* at ¶ 13.) I am familiar with this device and frequently recommend it to my blind and low-vision patients. LyriQ Assistive Reader is among the assistive devices that will be considered during the individualized assessments of DPV class members performed by my team at the Eye Care Institute.

14. Mr. Parker opines that some blind and low-vision individuals will not be able to read or write independently despite availability of assistive technologies, and will require access to a trustworthy scribe who can review and revise dictated material. (*Id.* at ¶ 14.) He further states that dictation could occur on a digital tape recorder. (*Id.*) It is my understanding that CDCR already provides DPV class members with access to scribes in the form of ADA workers and prison librarians. In my professional opinion, digital recorders are generally only useful to vision-impaired patients during training because they allow the user to review directions and instructions as they are learning new skills. Additionally, digital recorders typically are not password-protected, so the information dictated may not be private and a patient would need to understand this fact. Further, a scribe hearing a digital recording may not understand what is being said and would not have the opportunity to request clarification in real time. In my opinion, dictating directly to a scribe is a better alternative than using a digital recorder.

15. At the request of the CDCR, I have also reviewed the declarations of seven DPV class members attached as exhibits 32, 37, 46, 50, 52, 54, and 56 to Caroline Jackson's declaration (ECF No. 3525-2). I regularly evaluate patients with substantially similar vision-impairments and needs to those described in the declarations. In my professional opinion, I believe that the best way to accommodate the DPV class members and the foregoing declarants' unique reading and writing needs is through the individualized assessment described in more detail above, instead of adopting a one-size-fits-all approach.

On December 8, 2023, in Los Angeles, California, I declare under penalty of perjury that the foregoing is true and correct.

_____
Serena Sukhija, O.D.
Chief of Vision Rehabilitation
Western University of Health Sciences
College of Optometry

7

# EXHIBIT A

# Serena Sukhija, OD, FAAO

(310) 971-0735                                                      795 E. Second St., Suite 2
ssukhija@westernu.edu                                          Pomona, CA 91766

---

**EDUCATION**

**Residency in Low Vision Rehabilitation**                          07/2014 to 06/2015
State University of New York College of Optometry and Lighthouse Guild, New York, New York

**Doctor of Optometry**                                             08/2010 to 05/2014
University of California, Berkeley School of Optometry, Berkeley, California

**Bachelor of Science in Physiology and Neuroscience with Minor in Economics**   09/2006 to 06/2010
University of California at San Diego, San Diego, California

---

**EMPLOYMENT/CLINICAL EXPERIENCE**

**Chief of Vision Rehabilitation, Assistant Professor, Western University of Health Sciences – College of Optometry**

02/2020 to Present

- Lead the Low Vision Rehabilitation Clinic service in all operations
- Oversee and teach third and fourth year students in the low vision clinic
- Build and grow the Low Vision Rehabilitation satellite clinic in Century City, CA
- Develop and teach second year optometry students in didactic labs
- Co-Instructor of Record for Integrated Clinical Analysis 2 course

**Adjunct Faculty, Western University of Health Sciences – College of Osteopathic Medicine of the Pacific**

01/2021 to Present

- Lecture to second year DO students about vision impairment

**Co-Director of Comprehensive Clinic, New York Eye and Ear Infirmary of Mount Sinai**
03/2019 to 12/2019

- Oversee all general operations of the Comprehensive Ophthalmology Resident Clinic

**Coordinator – Low Vision Services, New York Eye and Ear Infirmary of Mount Sinai**
08/2015 to 12/2019

- Developed a successful low vision clinic in a specialty hospital setting
- Provided low vision optometric services to patients
- Provided primary eye care and specialty evaluations in the ocular disease service
- Supervise and teach ophthalmology residents in the refraction and low vision service

**Adjunct Faculty, Icahn School of Medicine at Mount Sinai**             08/2015 to 12/2019

- Implemented a lecture series for ophthalmology residents in the areas of refraction, low vision, and geometric and physical optics. Lecturer only.

**Adjunct Assistant Professor, Hunter College, New York**               08/2015 to 12/2019

- Instructor and lecturer for SPED 740 Medical Aspects and Educational Implication of Visual Impairment, in the Special Education department, to graduate students in the Teachers for the Blind and Visually Impaired program

**Independent Contractor, Cohen's Fashion Optical, New York**          10/2018 to 11/2019
- On call fill in optometrist. Provide primary care eye services and contact lens fittings in a private practice setting

**Independent Contractor, Moscot, New York**          10/2015 to 12/2018
- On call fill in optometrist. Provide primary care eye services and contact lens fittings in a private practice setting

## RESEARCH

**Neuro-Ophthalmology Research Disease Investigator Consortium (NORDIC), New York**
                                                                      08/2018 to 12/2019
- Consultant. Certified technicians for the refraction and visual acuity portion for clinical trials

## AFFILIATIONS

American Optometric Association (member)
California Optometric Association (member)
California Optometric Association – Low Vision Section (Vice Chair, Secretary/Treasurer)
American Academy of Optometry (Fellow)
Association of Schools and Colleges of Optometry Low Vision Educators SIG (Steering Committee)

## PRESENTATIONS

**Poster Presentation:**
Sukhija S. Use of Fresnel Prism to Manage Visual Field Loss from a Pituitary Macroadenoma. Presented at the Southern Educational Congress of Optometry (SECO) March 2015 in Atlanta, Georgia.

Sukhija S, Eleftherion C, Marinoff R. Low Vision Management of a Patient with Profound Vision Impairment. Presented at the American Academy of Optometry November 2014 Annual Meeting in Denver, Colorado.

Eleftherion C, Sukhija S, Wong T. Delayed Diagnosis of Rampant Ocular Syphilis that Manifested as Acute Posterior Multifocal Placoid Pigmentary Epitheliopathy. Presented at the American Academy of Optometry November 2014 Annual Meeting in Denver, Colorado.

**Lectures:**
O'Connell, W. Sukhija, S. Lin, R. "Low Vision Technology Update: Past, Present, and Future." CE lecture given in October 2022 at the American Academy of Optometry annual meeting.

Marinoff, R. Sukhija, S. Lin, R. "The Rehabilitation Intersection." CE lecture given in October 2022 at the American Academy of Optometry annual meeting.

Sukhija, S. Marinoff, R. "Low Vision for the Primary Care Practitioner." CE lecture given in November 2021 at the American Academy of Optometry annual meeting.

Sukhija, S. "Should Mr. and Mrs. Smith Be Driving? Functional Vision and Driving with Low Vision." CE lecture given in March 2021 at the Inland Empire Optometric Society meeting.

Sukhija, S. "Mr. and Mrs. Smith Drive Cross Country – Functional Vision and Driving with Low Vision." CE lecture given in February 2021 for Western University of Health Sciences College of Optometry.

Sukhija, S. "Low Vision and Technology." Presented in December 2019 at New York University (NYU) Ophthalmology Grand Rounds.

Lovett, J. Schuman, J. Sukhija, S. "Going Blind: Coming Out of the Dark About Vision Loss." Participated in a panel event and lecture in November 2019 for Fight for Sight event.

Sukhija, S. "Low Vision and Glaucoma." Presented in November 2017 at the monthly meeting of the New York Eye and Ear Infirmary of Mount Sinai's glaucoma support group.

Sukhija, S. "Low Vision and Driving." Presented in July 2017 at the State University of New York School of Optometry Summer Lecture Series.

Sukhija, S. "What's New Doc? Update on Current Treatments and Clinical Trials for Common Ocular Conditions Seen in the Low Vision Clinic." Presented in the November 2015 Continuing Education at Lighthouse Guild International.

Sukhija, S. "Driving with Low Vision." Presented at the June 2015 Continuing Education at Lighthouse Guild International.

Sukhija, S. "Should Mr. and Mrs. Smith Be Driving? An Overview of Driving with Low Vision." Presented in March 2015 at State University College of New York College of Optometry Resident Presentations.

**Publications/Under Review:**
Wong T, Sukhija S, Bradley M. "Innovative mobility technology targets low vision." *Optometry Times*, vol. 11, issue 2. Jan 18, 2019.

Sukhija S, Marinoff R. Driving with Low Vision: Case Reports and Guidelines for Fitting and Training. Optometry. Under review.

_____

**VOLUNTEER EXPERIENCE**

**COVID-19 Vaccine Clinic, Pomona, CA**                                                                    2/2021-10/2021

**14th Street Y Recreation and Fitness Center vision screening, New York, NY**                    2/12/2019

**Sirovich Senior Center vision screening, New York, NY**                                                    9/6/2018

**Human Resources Health Fair vision screening, New York, NY**                                        3/21/2018

**Metropolitan Transportation Authority vision screening, New York, NY**            9/19/2017-9/20/2017

**Volunteer Optometric Services to Humanity (VOSH)**
- Volunteer Doctor (2/2019): Volunteer with VOSH Northeast optometric service trip to Panama; provided vision care to over 2000 patients in Penonomé, Panama.
- Student President (04/2012 to 05/2013): Serve as a liaison between UC Berkeley optometry students, VOSH-CA and VOSH International; lead and assist VOSH board (Vice President, Treasurer, and Equipment Organizers)
- Nicaragua Student Volunteer (01/2013): Volunteer on an optometry school service trip to Nicaragua; provided vision care to over 1000 patients in San Juan Del Sur, Nicaragua.
- Belize Trip Leader (01/2012): Leader and organizer of a VOSH-CA service trip to Belize; provided vision care to over 800 patients in four underserved areas of Belize over a four day clinic; established relationships with government officials to help facilitate future VOSH trip to Belize

- Student Board member (10/2010 to 04/2012): organized events for Berkeley Optometry students to volunteer at local Lions Club

_____

**HONORS AND AWARDS**

Karl Kirchgessner Foundation Grant Recipient, 2022
Karl Kirchgessner Foundation Grant Recipient, 2021
American Optometric Association Foundation – Healthy Eyes Healthy Children Community Grant Recipient, 2020
Resident Award for Outstanding Teaching and Dedicated Service, New York Eye and Ear Infirmary of Mount Sinai, 2020
Lavelle Grant Recipient, 2019
Fellow of the American Academy of Optometry, 2016-present
Diplomate, American Board of Optometry, 2016 (Status: Diplomate – Not Current)
Beta Sigma Kappa Optometric Honor Society, 2012-2014
Ming Pow Low: Low Vision Award, UC Berkeley, 2014
Drs. Stephen R. and Doris Sze Chun Service Award, UC Berkeley, 2013

# CERTIFICATE OF SERVICE

Case Name:   **J. Armstrong, et al. v. Gavin**      No.   **C 94-2307 CW**
**Newsom, et al.**

I hereby certify that on December 12, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1.    DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

2.    DECLARATION OF PRINCIPAL LIBRARIAN BRANDY BUENAFE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

3.    DECLARATION OF HEIDI L. RUMMEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

4.    DECLARATION OF DEPUTY DIRECTOR JARED LOZANO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

5.    DECLARATION OF DANIEL MOELLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

6.    DECLARATION OF SERENA SUKHIJA, O.D., IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

7.    DECLARATION OF I. STREAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

8.    DECLARATION OF TARA DOETSCH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NO. 3525]

I certify that participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 12, 2023, at Los Angeles, California.


L. Smith                                             /s/ L. Smith
Declarant                                            Signature