# CERTIFICATE OF SERVICE

Case Name:   **Armstrong, et al. v. Newsom, et al.**   No.   **4:94-cv-02307-CW**

I hereby certify that on <u>December 13, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF I. STREAN (REDACTED)**

I certify that participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 13, 2023</u>, at San Diego, California.

| A. Kammer | /s/ *A. Kammer* |
|---|---|
| Declarant | Signature |

CF1997CS0005
84286999.docx