ROB BONTA
Attorney General of California
SHARON A. GARSKE
Supervising Deputy Attorney General
SEAN LODHOLZ
OLENA LIKHACHOVA
GURPREET SANDHU
TRACE O. MAIORINO
ANNE KAMMER
Deputy Attorney General
State Bar No. 243113
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 321-5781
  Fax: (619) 645-2581
  E-mail: Anne.Kammer@doj.ca.gov
*Attorneys for Defendants*
*Gavin Newsom, Board of Parole Hearings,*
*and CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,** | C 94-2307 CW |
| Plaintiffs, | **SUPPLEMENTAL DECLARATION OF DANIEL MOELLER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NOS. 3525, 3554, 3557]** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

I, Daniel Moeller, declare:

1.    I am employed by the California Board of Parole Hearings (Board) and currently serve as the Associate Chief Deputy Commissioner, a position I have held since 2009. My work experience is detailed in my Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Order to Enforce the Revised Permanent Injunction (previous declaration) (ECF No. 3543-1). I submit this declaration in support of Defendants' Response to Plaintiffs' Reply in

1

Support of Motion for Order to Enforce the Revised Permanent Injunction (ECF No. 3554). I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, would do so.

2. As detailed in my previous declaration, as the Associate Chief Deputy Commissioner, I oversee the Board's Americans with Disabilities Act (ADA) Compliance Unit. In addition, I oversee certification, placement, and annual parole suitability hearings for offenders with mental health disorders. I supervise deputy commissioners who conduct parole suitability hearings, parole discharge reviews, and nonviolent offender reviews. I also review pre-hearing requests to waive or postpone parole suitability hearings.

3. In my role as Associate Chief Deputy Commissioner, I am familiar with the statutes, regulations, administrative directives, and court orders governing the Board, including the permanent injunctions issued by the Court in this case and the *Armstrong* Remedial Plan II (ARP II). I am also familiar with California Code of Regulations, title 15, section 2256, pursuant to which the Board provides indigent incarcerated individuals with attorney representation at parole suitability hearings at state expense. The Board provides attorney representation as an accommodation under the ADA to incarcerated individuals with disabilities, as required by this Court's permanent injunctions and set forth in the ARP II.

**DPV Class Members Identified in the Jackson Reply Declaration**

4. I have reviewed the declaration submitted by DPV class member 8 identified in paragraph 17 of the Jackson Declaration in Support of Plaintiffs' Reply, filed on December 27, 2023 (Jackson Reply Decl.) (ECF No. 3554-4.) (*See* Jackson Reply Decl. Ex. M.) Plaintiffs identify DPV class member 8 as an incarcerated individual who was assigned a vision disability code (DPV) because he has macular degeneration. (*Id.* ¶¶ 4-5.) DPV class member 8 acknowledges he can read printed materials "when the font is as small as size 16" and "can use the handheld, lighted magnifier to further enlarge size 16 font and read documents that way." (*Id.* ¶ 6.) DPV class member 8, however, contends that he "can access documents most effectively if [he] can review them in both large print and audio format." (*Id.* ¶ 7.)

5.    As stated in my previous declaration, pending completion of DPV class members' individualized assessments by the Eye Care Institute and deployment of Zoomax Snow 12 assistive devices at DPV-designated institutions, class members can obtain their hearing transcript and Comprehensive Risk Assessment (CRA) in their preferred accessible format (*e.g.*, large print or audio) by submitting a written request to the Board for the same.  (*See* ECF No. 3543-1, ¶¶ 9 and 13.)  The Board will provide the class member their hearing transcript and CRA in the requested format (*e.g.*, large print or audio) within 10 days of class member's written request. (*Id.* at ¶ 13.)

6.    DPV class member 8 is scheduled for a parole suitability hearing on the date identified in his declaration.  (*See* Jackson Reply Decl. Ex. M, ¶ 3.)  According to the Board's records, the Board first received a written request from Plaintiffs' counsel for DPV class member 8's CRA in large print and audio formats, and prior hearing transcript in audio format, on December 18, 2023[1].  (*See* Jackson Reply Decl. at ¶ 18 and Ex. N to Jackson Reply Decl.)  DPV class member 8's request to receive all future parole documents in audio format and in large print font was documented in a Special Accommodation Source Document, which includes the date it was issued, a true and correct copy of which is attached to this declaration as **Exhibit A**.  The Board issued DPV class member 8 a copy of his CRA in large-print font within three days of receiving a written request for the same and 33 days before his scheduled parole suitability hearing.  A true and correct copy of the Special Accommodation Source Document is attached to this declaration as **Exhibit B**.  The Board also issued DPV class member 8 a copy of his CRA and prior parole suitability hearing transcript in audio format within four days of receiving a written request for the same and 32 days before his scheduled parole suitability hearing.  A true and correct copy of the Special Accommodation Source Document is attached to this declaration as **Exhibit C**.

---

[1] The written request from Plaintiffs' counsel was delivered to the Board before the Board's ADA Compliance Unit's (ADACU) reviewed DPV class member 8's BPH form 1073 to complete Section IV of that form.  Had the Board not received the December 18, 2023, written request from Plaintiffs' counsel, upon review of DPV class member 8's BPH form 1073 indicating that he was accommodated through large print format of BPH form 1073, ADACU would have created a Special Source Document relating to DPV class member 8's need for large print material.

3

7. DPV class member 8 was most recently denied parole because the Board found that he posed a current unreasonable danger to society due to his lack of credibility, history of violent crime, the circumstances of the life crime involving a gruesome murder while under the influence of drugs and alcohol, 47 years of continued drug use, and continued history of rules violations in prison involving controlled substance use, indicating that he is still struggling with addiction and following the laws in terms of not engaging in criminal behavior. (*See* a true and correct copy of DPV class member 8's hearing transcript attached to this declaration as **Exhibit D** at 72-79.) At that hearing, DPV class member 8 indicated he had two magnifiers he used to correct his vision— one for close reading and another for writing, and his appointed panel attorney stipulated to the provision of ADA accommodations for this hearing. (*See id.* at 6-8.)

8. DPV class member 8's December 8, 2023 BPH form 1073 notes that DPV class member 8 needs a magnifier to see and to independently read his documents. A true and correct copy of the foregoing BPH form 1073 is attached to this declaration as **Exhibit E**. This BPH form 1073 further notes that DPV class member 8 received a large print version of BPH form 1073 as an accommodation. (*See* **Ex. E** at 2.) Source Documents completed to date in connection with his upcoming parole suitability hearing indicate that DPV class member 8 has met twice with his appointed panel attorney, and was accommodated through a magnifying device issued to him, which he brought with him and uses when necessary. True and correct copies of DPV class member 8's Source Documents, with the dates of these two attorney visits, are collectively attached as **Exhibit F** to this declaration.

9. Although DPV class member 8 appears to indicate a purported inability to participate in academic, vocational, or job programming at CDCR due to his vision impairment, it is not clear why he is unable to use his accommodations as needed to participate in programming. Further there is group programming (such as narcotics anonymous) that does not require reading and writing. Finally, a person is not required to participate in structured programming to be found suitable for parole, but it is helpful for many people. In order to demonstrate parole suitability a person needs to show that they have changed since the commitment offense, and that

the risk factors (such as substance abuse, criminal thinking, or seeking to please negative peers) have been eliminated or mitigated.

10.   I have reviewed the declaration submitted by DPV class member 9 identified in paragraph 20 of the Jackson Reply Declaration.  (*See* Jackson Reply Decl. Ex. P.)  Plaintiffs identify DPV class member 9 as an incarcerated individual who was assigned a DPV code because he has "severe bilateral visual impairment that over the years has progressed to near blindness."  (*Id.* ¶ 4.)  His parole suitability hearing is currently scheduled for the date identified in his declaration.  (*Id.* ¶ 3.)  As he noted in his declaration, since 2015, he appeared before the Board at least three times.  True and correct copies of transcripts, with the dates of those hearings, from the last two hearings are attached to this declaration as **Exhibits G**, and **H**, respectively.

11.   I understand that at his most recent hearing, DPV class member 9 contends that he had "two new programming certificates and two letters of support that were not in [his] 10-Day Packet that [he] wanted to give the Board [but] could not read them".  (*See* Jackson Reply Decl. Ex. P, ¶ 12.)  Yet, as he admits, the Board directed a Correctional Officer at the hearing to read out and scan his programming certificates and letters of support.  (*Id.*)  His BPH 1073 form also indicates that, at his most recent parole hearing, DPV class member 9 was provided an attorney, a magnifying device, reading glasses, and a walker.  The hearing officer also repeated or rephrased statements and questions as necessary.  A true and correct copy of DPV class member 9's BPH 1073 form is attached to this declaration as **Exhibit I**.  Further, his attorney also confirmed at the hearing that no additional accommodations were necessary.  (*See* hearing transcript, **Ex. H**, 11-17:3.)  Although DPV class member 9 complained about not being able to get help with completing a "book-report" and writing letters of community support, I have not located any ADA grievances submitted to the Board making this or any other ADA request.  (*See* Jackson Reply Decl. Ex. P, ¶¶ 14, 21.)  DPV class member 9's parole was denied not because of a disability-based barrier or lack of reasonable accommodations, but because of his institutional disciplinary history, lack of insight into current and historical criminal behavior, lack of insight into consequences of substance abuse, ongoing criminal mindset, and other reasons.  (*See* **Ex. H** at 72-84.)

5

12. During DPV class member 9's second most recent hearing, he was provided with a magnifying device, and the Board read documents slowly and used simple language. Neither DPV class member 9 nor his attorney raised any objections or concerns relating to the assistance received to prepare for his parole suitability hearing. (*See* DPV class member 9's hearing transcript, a true and correct copy of which is attached to this declaration as **Exhibit G** at 8:16:22; 12:1-12.) Once again, he was denied parole for reasons unrelated to his disability. The Board determined his release would pose an unreasonable risk to public safety due to his poor institutional behavior, lack of self-awareness and coping skills for substance abuse, failure to accept responsibility for his criminal behavior, and other reasons. (*Id.* at 68-78.)

13. In preparation for his upcoming parole suitability hearing, and without it being requested by Plaintiffs, DPV class member 9 received an audio copy of his Comprehensive Risk Assessment. Source Documents also confirm that DPV class member 9 received an attorney consultation, *Olson* review, a review of his letter of support and parole plans, and a psychologist evaluation. (*See* DPV class member 9's Source Documents attached to this declaration as **Exhibits J, K** and **L**.) DPV class member 9 did not submit any grievance forms to request further accommodations.

### DPH Class Member Identified in the Jackson Reply Declaration

14. I have reviewed the declaration submitted by DPH class member 7 identified in paragraph 19 of the Jackson Reply Declaration. (*See* Jackson Reply Decl. Ex. O.) This DPH class member's primary means of communication is sign language. (*Id.* ¶ 3.) He scored a 12.9 on the Test of Adult Basic Education (TABE), equivalent to the reading level of a high school graduate. (*Id.* ¶ 4.) He is currently represented by a panel attorney. For his initial suitability hearing, he submitted a BPH 1003 Hearing Rights Form requesting that his initial parole-suitability hearing be waived for two years. He waived his initial hearing to complete additional programming and to develop parole plans. Because this was his initial hearing, there are no previous decisions or transcripts. DPH class member 7's BPH Form 1073, a true and correct copy of which is attached to this declaration as **Exhibit M**, indicates he has requested a magnifying device, personal durable medical equipment (glasses), sign language interpreter, and

6

writing materials as reasonable accommodations for his hearing impairment during his upcoming hearing. A true and correct copy of DPH class member 7's BPH 1003 Hearing Rights Form waiving his parole suitability hearing is attached to this declaration as **Exhibit N**.

15. Nine days after the date that appears on the foregoing BPH 1003 Hearing Rights Form, DPH class member 7 participated in a CRA interview with the assistance of a sign-language interpreter (SLI). Approximately 21 months later, Plaintiffs made a written request to the Board for a new CRA and report. Plaintiffs asserted that the interpreter provided inadequate interpretation services and was unqualified to provide sign-language interpretation services at parole-related proceedings. Plaintiffs requested the Board not use this interpreter to provide services at future proceedings. On December 6, 2023, the Board granted Plaintiffs' request for a new CRA. The Board also confirmed that the sign-language interpreter present during the previous CRA would not be used for future proceedings because he was not on the hiring list of the new contractors retained to provide sign-language interpretation services at parole proceedings.

16. In accordance with the Board granting Plaintiffs' request for a new report, a new CRA interview was scheduled on January 5, 2024. An American Sign Language (ASL) interpreter and a Certified Deaf Interpreter (CDI) were present to provide DPH class member 7 with interpretation services during the new CRA interview. DPH class member 7 however refused to participate in the new CRA interview requested by Plaintiffs. According to the Source Document authored by the interviewing BPH psychologist, DPH class member 7 understood that the psychologist conducting the CRA interview would still write a report without his participation, and that the report would be based on information in the record in absence of information obtained during an interview. DPH class member 7 was advised the new CRA report would be in effect for the next three years. The Source Document indicates that DPH class member 7 sought a postponement of his suitability hearing to take more classes and to be "ready to open up." A true and correct copy of the Source Document for the new CRA, which includes the date of the new CRA interview, is attached to this declaration as **Exhibit O**. That same day,

Suppl. Moeller Decl. ISO Defs.' Resp. to Pl.'s Reply ISO Motion for Order to Enforce the RPI 94-02307-CW)

Plaintiffs were promptly advised of DPH class member 7's refusal to participate in the new CRA interview.

17.    DPH class member 7 is currently scheduled for a parole-suitability hearing on the date identified in his declaration submitted to the Court.  (*See* Jackson Reply Decl. Ex. O, ¶ 5.)  I understand, however, from reviewing his declaration submitted to the Court that he intends to waive his upcoming hearing.  An incarcerated person may submit a BPH 1003 Hearing Rights Form requesting a waiver of a scheduled hearing, but to date, the Board has not yet received such a form from DPH class member 7.  Further, I have reviewed the Board's BPH 1074 grievance log and the Board's Information and Technology System (BITS) for any ADA grievances, but I did not locate any ADA grievances submitted by DPH class member 7 addressing the accommodations provided to him during any parole proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 11, 2024, at Sacramento, California.


DocuSigned by:
B9D7AA230362413...

DANIEL MOELLER
Associate Chief Deputy Commissioner
Board of Parole Hearings

ROB BONTA
Attorney General of California
SHARON A. GARSKE
Supervising Deputy Attorney General
SEAN LODHOLZ
OLENA LIKHACHOVA
GURPREET SANDHU
TRACE O. MAIORINO
ANNE KAMMER
Deputy Attorney General
State Bar No. 243113
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 321-5781
  Fax:  (619) 645-2581
  E-mail:  Anne.Kammer@doj.ca.gov
*Attorneys for Defendants*
*Gavin Newsom, Board of Parole Hearing,*
*and CDCR*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 4:94-cv-02307-CW<br><br>**EXHIBITS TO SUPPLEMENTAL DECLARATION OF DANIEL MOELLER** |

**EXHIBITS**

| Ex. No.: | Description: | Filed Under Seal/Redacted: |
|---|---|---|
| **A.** | DPV class member 8's Special Accommodation Source Document. | Class member identifying information redacted. |
| **B.** | DPV class member 8's Special Accommodation Source Document. | Class member identifying information redacted. |

1

| | | |
|---|---|---|
| **C.** | DPV class member 8's Special Accommodation Source Document. | Class member identifying information redacted. |
| **D.** | DPV class member 8's Hearing Transcript. | Filed under seal. |
| **E.** | DPV class member 8's BPH Form 1073. | Class member identifying information redacted. |
| **F.** | DPV class member 8's Attorney Source Documents. | Class member identifying information redacted. |
| **G.** | DPV class member 9's Hearing Transcripts. | Filed under seal. |
| **H.** | DPV class member 9's Hearing Transcripts. | Filed under seal. |
| **I.** | DPV class member 9's BPH Form 1073. | Class member identifying information redacted. |
| **J.** | DPV class member 9's Source Documents. | Class member identifying information redacted. |
| **K.** | DPV class member 9's Source Documents. | Class member identifying information redacted. |
| **L.** | DPV class member 9's Source Documents. | Class member identifying information redacted. |
| **M.** | DPH class member 7's BPH Form 1073 | Class member identifying information redacted. |
| **N.** | DPH class member 7's BPH Form 1003 | Class member identifying information redacted. |
| **O.** | DPH class member 7's Source Document. | Class member identifying information redacted. |

CF1997CS0005
37782158.docx

2

# EXHIBIT A

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**            **STATE OF CALIFORNIA**
**PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED**

| Inmate Name | CDC Number | Institution |
|---|---|---|
| ███████████ | █████ | ████████████████ |

**Parole Proceeding**

- [ ] Attorney Consult
- [ ] Administrative Appeal
- [ ] Central File Review
- [ ] Clinician Interview
- [ ] Document Review
- [x] Other
- [ ] Initial Interview-Issue Conditions of Parole
- [ ] Notice of Amended Conditions of Parole
- [ ] Psychologist Evaluation
- [ ] Review of Letter of Support
- [ ] Review of Parole Plans

DPV - Special ADA Accommodation Required

**Accommodation(s) Provided**

- [ ] No Accommodation
- [ ] Accessibility
- [ ] Accessible Transportation
- [ ] Assistive Hearing Devices
- [ ] Attorney
- [ ] Audio Taped Materials
- [ ] Audiocassettes
- [ ] Braille
- [ ] Cane
- [ ] Closed Caption
- [ ] Communication Books or Boards
- [ ] Computer Aided Transcription Services
- [ ] Computer Terminals
- [ ] Foreign Language Interpreter
- [ ] Highlighter Pens and Markers
- [x] Large Print Material
- [ ] Magnifying Device
- [ ] Materials on Videotape
- [ ] Note Taker
- [ ] Open and Closed Captioning
- [ ] Phone Handset Amplifiers
- [ ] Qualified Readers
- [ ] Reading
- [ ] Reading Machines
- [ ] Regional Center Advocates
- [ ] Sign Language Interpreter
- [ ] Speech Synthesizers
- [ ] Staff Assistance
- [ ] TDD Machines
- [ ] Tele Typewriters
- [ ] Videotext Displays
- [ ] Wheelchair
- [ ] Written Materials
- [x] Other

audio format

**Additional Comments**

████ is DPV and requires his BPH documents in audio format and 24-point bolded font, unless doing so makes the document difficult to review.

| Parole Proceeding Conducted By | Date of Parole Proceeding |
|---|---|
| ███████████ | ████████ |

# EXHIBIT B

DEPARTMENT OF CORRECTIONS AND REHABILITATION                    STATE OF CALIFORNIA
PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED

| Inmate Name | CDC Number | Institution |
|---|---|---|
| ███████████ | ██████ | ████████████████ |

**Parole Proceeding**

- [ ] Attorney Consult
- [ ] Administrative Appeal
- [ ] Central File Review
- [ ] Clinician Interview
- [ ] Document Review
- [X] Other          CRA
- [ ] Initial Interview-Issue Conditions of Parole
- [ ] Notice of Amended Conditions of Parole
- [ ] Psychologist Evaluation
- [ ] Review of Letter of Support
- [ ] Review of Parole Plans

**Accommodation(s) Provided**

- [ ] No Accommodation
- [ ] Accessibility
- [ ] Accessible Transportation
- [ ] Assistive Hearing Devices
- [ ] Attorney
- [ ] Audio Taped Materials
- [ ] Audiocassettes
- [ ] Braille
- [ ] Cane
- [ ] Closed Caption
- [ ] Communication Books or Boards
- [ ] Computer Aided Transcription Services
- [ ] Computer Terminals
- [ ] Foreign Language Interpreter
- [ ] Highlighter Pens and Markers
- [X] Large Print Material
- [ ] Magnifying Device
- [ ] Materials on Videotape
- [ ] Note Taker
- [ ] Open and Closed Captioning
- [ ] Phone Handset Amplifiers
- [ ] Qualified Readers
- [ ] Reading
- [ ] Reading Machines
- [ ] Regional Center Advocates
- [ ] Sign Language Interpreter
- [ ] Speech Synthesizers
- [ ] Staff Assistance
- [ ] TDD Machines
- [ ] Tele Typewriters
- [ ] Videotext Displays
- [ ] Wheelchair
- [ ] Written Materials
- [ ] Other

**Additional Comments**

████ was served with his current CRA in large print font.

| Parole Proceeding Conducted By | Date of Parole Proceeding |
|---|---|
| ██████████ | ██████████ |

# EXHIBIT C

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**                    **STATE OF CALIFORNIA**
**PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED**

| Inmate Name | CDC Number | Institution |
|---|---|---|
| ███████████ | ██████ | ████████████████ |

**Parole Proceeding**

☐ Attorney Consult                        ☐ Initial Interview-Issue Conditions of Parole
☐ Administrative Appeal                    ☐ Notice of Amended Conditions of Parole
☐ Central File Review                      ☐ Psychologist Evaluation
☐ Clinician Interview                      ☐ Review of Letter of Support
☐ Document Review                          ☐ Review of Parole Plans
☒ Other

Hearing Transcript & CRA

**Accommodation(s) Provided**

☐ No Accommodation
☐ Accessibility                            ☐ Note Taker
☐ Accessible Transportation               ☐ Open and Closed Captioning
☐ Assistive Hearing Devices               ☐ Phone Handset Amplifiers
☐ Attorney                                 ☐ Qualified Readers
☐ Audio Taped Materials                    ☐ Reading
☐ Audiocassettes                           ☐ Reading Machines
☐ Braille                                  ☐ Regional Center Advocates
☐ Cane                                     ☐ Sign Language Interpreter
☐ Closed Caption                           ☐ Speech Synthesizers
☐ Communication Books or Boards            ☐ Staff Assistance
☐ Computer Aided Transcription Services    ☐ TDD Machines
☐ Computer Terminals                       ☐ Tele Typewriters
☐ Foreign Language Interpreter             ☐ Videotext Displays
☐ Highlighter Pens and Markers             ☐ Wheelchair
☐ Large Print Material                     ☐ Written Materials
☐ Magnifying Device                        ☒ Other
☐ Materials on Videotape

audio format

**Additional Comments**

██████ was sent his ███████████████ hearing transcript and ██████████████
CRA in audio format.

| Parole Proceeding Conducted By | Date of Parole Proceeding |
|---|---|
| ████████████ | ████████ |

# EXHIBIT D

# EXHIBIT FILED UNDER SEAL

# EXHIBIT E

**NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING**
BPH 1073

## I.   PRE-INTERVIEW FILE/DEC REVIEW (STAFF ONLY)

I acknowledge that I have reviewed all relevant and reasonably available central file and/or field file and Disability and Effective Communication System (DECS) information prior to first contact with the inmate/parolee involved in this parole proceeding.

Print Name: [redacted]                Sign Name:                        Date: [redacted]

**Mental Health Concerns**                                          **Source**        **Dated**

**Identified Disabilities**                          **Note:**        **Source**        **Dated**

DPV       Blind or Low Vision                                    CDC 128C       [redacted]
DPM       Unable to walk                                         CDC 128C       [redacted]

**Other Potential Assistance Needs**

**Reading Level:** 12.4          Total GPL: 12.4

**Speaks English**   [X] Yes   [ ] No

**Languages Spoken**

## II.   INMATE/PAROLEE RIGHTS & SELF IDENTIFICATION

You have a right to receive help for your hearing. If you need help talking, reading, hearing, seeing, understanding, or getting to your hearing, you have a right to that help. You have a right to receive help in meeting with your attorney. If you do not speak English, you have a right to an interpreter. If you are deaf and use sign language, you have a right to a sign language interpreter. If you cannot read, the BPH or CDCR must provide you with help to read the forms and papers. If you need special transportation, the BPH or CDCR must provide it for you. If you do not get help, or you do not think you got the kind of help you need, ask for a BPH 1074 Grievance Form.

Check all that apply:

[ ] I need help reading my documents.                    [ ] I need the following help to hear
[ ] I need help understanding the procedures and forms.   [X] I need the following help to see   **MAGNIFIER**
[ ] I need a sign language interpreter.                   [ ] I need to communicate in writing.
[ ] I need a wheelchair and I  [ ] do have one.  [ ] do not have one.
[X] I need a Durable Medical Equipment to get around :   **Compression Stockings, Full Lower Denture, Full Upper Denture, Incontinence Supplies, Magnifying Device Needed, Walker**

Have Durable Medical Equipment :   Compression Stockings, Full Lower Denture, Full Upper Denture, Incontinence Supplies, Magnifying Device Needed, Walker

Do not have Durable Medical Equipment : _____

[ ] I do not speak English and need an interpreter in

[ ] I need a housing accommodation :

[ ] I have a health problem, I need   [ ] A medical evaluation   [ ] A mental health evaluation   [ ] Medication

[ ] Other

[ ] **I do not need any help for my parole hearing.**

Name: [redacted]                                          CDC Number: [redacted]
Proceeding: Lifer                          Type of Hearing:  Subsequent Hearing
Location: [redacted]

BOARD OF PAROLE HEARINGS                                                    STATE OF CALIFORNIA
**NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING**
BPH 1073

| III.   INITIAL SERVICE OF RIGHTS (STAFF ONLY) |
|---|

I have informed inmate/parolee of his/her rights and charges, if any, and have determined that he/she:

[X]  Appears to understand      [ ]  Appears to have difficulty understanding

Effective Communication Method Used:    "  **Large Print Material**"

▓▓▓▓ / Correctional Counselor _____    _____    ▓▓▓▓▓▓
Staff Name and Title (please print)              Staff Signature              Date

---

Name: ▓▓▓▓▓▓▓▓▓                                                    CDC Number: ▓▓▓▓▓
Proceeding: Lifer                            Type of Hearing:  Subsequent Hearing
Location:    ▓▓▓▓▓▓▓▓▓▓▓

BPH 1073, NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING

# EXHIBIT F

DEPARTMENT OF CORRECTIONS AND REHABILITATION                STATE OF CALIFORNIA
PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED

| Inmate Name | CDC Number | Institution |
|---|---|---|
| ███ ███ | ███ | ███ ███ |

## Parole Proceeding

**X** Attorney Consult                        ☐ Initial Interview-Issue Conditions of Parole
☐ Administrative Appeal                       ☐ Notice of Amended Conditions of Parole
☐ Central File Review                         ☐ Psychologist Evaluation
☐ Clinician Interview                         ☐ Review of Letter of Support
☐ Document Review                             ☐ Review of Parole Plans
☐ Other

## Accommodation(s) Provided

☐ No Accommodation
☐ Accessibility                               ☐ Note Taker
☐ Accessible Transportation                   ☐ Open and Closed Captioning
☐ Assistive Hearing Devices                   ☐ Phone Handset Amplifiers
☐ Attorney                                    ☐ Qualified Readers
☐ Audio Taped Materials                       ☐ Reading
☐ Audiocassettes                              ☐ Reading Machines
☐ Braille                                     ☐ Regional Center Advocates
☐ Cane                                        ☐ Sign Language Interpreter
☐ Closed Caption                              ☐ Speech Synthesizers
☐ Communication Books or Boards               ☐ Staff Assistance
☐ Computer Aided Transcription Services       ☐ TDD Machines
☐ Computer Terminals                          ☐ Tele Typewriters
☐ Foreign Language Interpreter                ☐ Videotext Displays
☐ Highlighter Pens and Markers                ☐ Wheelchair
☐ Large Print Material                        ☐ Written Materials
**X** Magnifying Device                       ☐ Other
☐ Materials on Videotape

## Additional Comments

███ was provided with magnifying glasses. They have been issued to him and he brings them with him when necessary.

| Parole Proceeding Conducted By | Date of Parole Proceeding |
|---|---|
| ███ ███ | ███ |

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**          **STATE OF CALIFORNIA**
**PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED**

| Inmate Name | CDC Number | Institution |
|---|---|---|
| ▇▇ ▇▇▇ | ▇▇▇ | ▇▇▇ ▇▇▇ |

### Parole Proceeding

[X] Attorney Consult
[ ] Administrative Appeal
[ ] Central File Review
[ ] Clinician Interview
[ ] Document Review
[ ] Other

[ ] Initial Interview-Issue Conditions of Parole
[ ] Notice of Amended Conditions of Parole
[ ] Psychologist Evaluation
[ ] Review of Letter of Support
[ ] Review of Parole Plans

### Accommodation(s) Provided

[ ] No Accommodation
[ ] Accessibility
[ ] Accessible Transportation
[ ] Assistive Hearing Devices
[X] Attorney
[ ] Audio Taped Materials
[ ] Audiocassettes
[ ] Braille
[X] Cane
[ ] Closed Caption
[ ] Communication Books or Boards
[ ] Computer Aided Transcription Services
[ ] Computer Terminals
[ ] Foreign Language Interpreter
[ ] Highlighter Pens and Markers
[ ] Large Print Material
[X] Magnifying Device
[ ] Materials on Videotape

[ ] Note Taker
[ ] Open and Closed Captioning
[ ] Phone Handset Amplifiers
[ ] Qualified Readers
[ ] Reading
[ ] Reading Machines
[ ] Regional Center Advocates
[ ] Sign Language Interpreter
[ ] Speech Synthesizers
[ ] Staff Assistance
[ ] TDD Machines
[ ] Tele Typewriters
[ ] Videotext Displays
[ ] Wheelchair
[ ] Written Materials
[X] Other
walker

### Additional Comments

| Parole Proceeding Conducted By | Date of Parole Proceeding |
|---|---|
| ▇▇ ▇▇▇ | ▇▇▇ |

# EXHIBIT G

# EXHIBIT FILED UNDER SEAL

# EXHIBIT H

# EXHIBIT FILED UNDER SEAL

# EXHIBIT I

**NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING**                                    **STATE OF CALIFORNIA**
BPH 1073

## I.    PRE-INTERVIEW FILE/DEC REVIEW (STAFF ONLY)

I acknowledge that I have reviewed all relevant and reasonably available central file and/or field file and Disability and Effective Communication System (DECS) information prior to first contact with the inmate/parolee involved in this parole proceeding.

Print Name: _____          Sign Name: _____          Date: _____

| **Mental Health Concerns** | | **Source** | **Dated** |
|---|---|---|---|
| CCCMS   Correctional Clinical Case Management System | | CDC 1845 | |

| **Identified Disabilities** | **Note:** | **Source** | **Dated** |
|---|---|---|---|
| DPM        Unable to walk | DPM USES WALKER TO WALK | CDC 1845 | |

**Other Potential Assistance Needs**

**Reading Level:** 5.5          **Total GPL:** 5.5

**Speaks English**   [X] Yes   [ ] No

**Languages Spoken**

## II.    INMATE/PAROLEE RIGHTS & SELF IDENTIFICATION

You have a right to receive help for your hearing. If you need help talking, reading, hearing, seeing, understanding, or getting to your hearing, you have a right to that help. You have a right to receive help in meeting with your attorney. If you do not speak English, you have a right to an interpreter. If you are deaf and use sign language, you have a right to a sign language interpreter. If you cannot read, the BPH or CDCR must provide you with help to read the forms and papers. If you need special transportation, the BPH or CDCR must provide it for you. If you do not get help, or you do not think you got the kind of help you need, ask for a BPH 1074 Grievance Form.

Check all that apply:

[X] I need help reading my documents.                    [ ] I need the following help to hear

[ ] I need help understanding the procedures and forms.   [X] I need the following help to see   **EYE GLASS FRAMES**

[ ] I need a sign language interpreter.                   [ ] I need to communicate in writing.

[ ] I need a wheelchair and I   [ ] do have one.   [ ] do not have one.

[ ] I need a Durable Medical Equipment to get around :

Have Durable Medical Equipment : _____

Do not have Durable Medical Equipment : _____

[ ] I do not speak English and need an interpreter in

[ ] I need a housing accommodation :

[ ] I have a health problem, I need   [ ] A medical evaluation   [ ] A mental health evaluation   [ ] Medication

[X] Other  I/M will have his walker

[ ] **I do not need any help for my parole hearing.**

Name: _____                                    CDC Number: _____
Proceeding: Lifer                Type of Hearing:  Subsequent Hearing
Location: _____

BPH 1073, NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING

NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING     **STATE OF CALIFORNIA**
BPH 1073

| III.  INITIAL SERVICE OF RIGHTS (STAFF ONLY) |
|---|

I have informed inmate/parolee of his/her rights and charges, if any, and have determined that he/she:

[X]  Appears to understand     [ ]  Appears to have difficulty understanding

Effective Communication Method Used:     " **Eye Glasses**"

███████ / Correctional Counselor _____     _____     ███████
Staff Name and Title (please print)                                       Staff Signature                          Date

| IV.  ACCOMMODATIONS PLANNED |
|---|

Accommodation(s)/Assistance to be provided at hearing(s): " **Attorney**"    " **Magnifying Device** "
                                                                                " **Personal Durable Medical Equipment** "

Summary:        Accommodations Planned

Comment:        CCCMS/DPM/DPV-walker, cane, knee ankle foot orthoses, compression stocking, orthotics, vision vest, glasses

███████ / BPH Staff _____     _____     ███████
Staff Name and Title (please print)                                       Staff Signature                          Date

| V.  SUMMARY OF ACCOMMODATIONS |
|---|

Accommodation(s)/Assistance provided at hearing(s):     " **Attorney**"  " **Magnifying Device**"
                                                                " **Personal Durable Medical Equipment**"

Private Durable Medical Equipment(Inmate/Parolee Provided):  " **Read/S** " **Glasses** " y" **Other** " mobility vest" " **Walker** "
                                                                    " **Repeat/Rephrase as Necessary**"

███████ / Deputy Commissioner _____     _____     ███████
Staff Name and Title (please print)                                       Staff Signature                          Date

Name: ███████████████                                                     CDC Number: ███████
Proceeding: Lifer                                    Type of Hearing:  Subsequent Hearing
Location:  ████████████████████

BPH 1073, NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING

# EXHIBIT J

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**                    **STATE OF CALIFORNIA**
**PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED**

| Inmate Name | CDC Number | Institution |
|---|---|---|
| ▉ | ▉ | ▉ |

## Parole Proceeding

[X] Attorney Consult                              [ ] Initial Interview-Issue Conditions of Parole
[ ] Administrative Appeal                         [ ] Notice of Amended Conditions of Parole
[X] Central File Review                           [ ] Psychologist Evaluation
[ ] Clinician Interview                           [X] Review of Letter of Support
[ ] Document Review                              [X] Review of Parole Plans
[ ] Other

## Accommodation(s) Provided

[ ] No Accommodation
[ ] Accessibility                                [ ] Note Taker
[ ] Accessible Transportation                    [ ] Open and Closed Captioning
[ ] Assistive Hearing Devices                    [ ] Phone Handset Amplifiers
[X] Attorney                                     [ ] Qualified Readers
[ ] Audio Taped Materials                        [ ] Reading
[ ] Audiocassettes                              [ ] Reading Machines
[ ] Braille                                      [ ] Regional Center Advocates
[ ] Cane                                         [ ] Sign Language Interpreter
[ ] Closed Caption                              [ ] Speech Synthesizers
[ ] Communication Books or Boards               [ ] Staff Assistance
[ ] Computer Aided Transcription Services        [ ] TDD Machines
[ ] Computer Terminals                          [ ] Tele Typewriters
[ ] Foreign Language Interpreter                 [ ] Videotext Displays
[ ] Highlighter Pens and Markers                 [X] Wheelchair
[ ] Large Print Material                         [ ] Written Materials
[ ] Magnifying Device                           [ ] Other
[ ] Materials on Videotape

## Additional Comments

**Effective communication achieved. ▉ indicated that he has glaucoma and takes eye drops, but sees faces blurred.**

| Parole Proceeding Conducted By | Date of Parole Proceeding |
|---|---|
| ▉ | ▉ |

# EXHIBIT K

DEPARTMENT OF CORRECTIONS AND REHABILITATION                    STATE OF CALIFORNIA
PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED

| Inmate Name | CDC Number | Institution |
|---|---|---|
| ███████████ | ██████ | █████████████████████ |

## Parole Proceeding

☐ Attorney Consult                    ☐ Initial Interview-Issue Conditions of Parole
☐ Administrative Appeal               ☐ Notice of Amended Conditions of Parole
☐ Central File Review                 ☒ Psychologist Evaluation
☐ Clinician Interview                 ☐ Review of Letter of Support
☐ Document Review                     ☐ Review of Parole Plans
☐ Other

## Accommodation(s) Provided

☒ No Accommodation
☐ Accessibility                          ☐ Note Taker
☐ Accessible Transportation              ☐ Open and Closed Captioning
☐ Assistive Hearing Devices              ☐ Phone Handset Amplifiers
☐ Attorney                               ☐ Qualified Readers
☐ Audio Taped Materials                  ☐ Reading
☐ Audiocassettes                         ☐ Reading Machines
☐ Braille                                ☐ Regional Center Advocates
☐ Cane                                   ☐ Sign Language Interpreter
☐ Closed Caption                         ☐ Speech Synthesizers
☐ Communication Books or Boards          ☐ Staff Assistance
☐ Computer Aided Transcription Services  ☐ TDD Machines
☐ Computer Terminals                     ☐ Tele Typewriters
☐ Foreign Language Interpreter           ☐ Videotext Displays
☐ Highlighter Pens and Markers           ☐ Wheelchair
☐ Large Print Material                   ☐ Written Materials
☐ Magnifying Device                      ☐ Other
☐ Materials on Videotape

## Additional Comments

**Effective communication achieved through paraphrasing/repeating as needed.**

| Parole Proceeding Conducted By | Date of Parole Proceeding |
|---|---|
| ████████████ | ██████████ |

# EXHIBIT L

DEPARTMENT OF CORRECTIONS AND REHABILITATION                          STATE OF CALIFORNIA
PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED

| Inmate Name | CDC Number | Institution |
|---|---|---|
| ▮▮▮▮ | ▮▮ | ▮▮▮▮ |

**Parole Proceeding**

[X] Attorney Consult                    [ ] Initial Interview-Issue Conditions of Parole
[ ] Administrative Appeal               [ ] Notice of Amended Conditions of Parole
[X] Central File Review                 [ ] Psychologist Evaluation
[ ] Clinician Interview                 [X] Review of Letter of Support
[ ] Document Review                     [X] Review of Parole Plans
[ ] Other

**Accommodation(s) Provided**

[ ] No Accommodation
[ ] Accessibility                       [ ] Note Taker
[ ] Accessible Transportation           [ ] Open and Closed Captioning
[ ] Assistive Hearing Devices           [ ] Phone Handset Amplifiers
[X] Attorney                            [ ] Qualified Readers
[ ] Audio Taped Materials               [ ] Reading
[ ] Audiocassettes                      [ ] Reading Machines
[ ] Braille                             [ ] Regional Center Advocates
[ ] Cane                                [ ] Sign Language Interpreter
[ ] Closed Caption                      [ ] Speech Synthesizers
[ ] Communication Books or Boards       [ ] Staff Assistance
[ ] Computer Aided Transcription Services  [ ] TDD Machines
[ ] Computer Terminals                  [ ] Tele Typewriters
[ ] Foreign Language Interpreter        [ ] Videotext Displays
[ ] Highlighter Pens and Markers        [X] Wheelchair
[ ] Large Print Material                [ ] Written Materials
[ ] Magnifying Device                   [ ] Other
[ ] Materials on Videotape

**Additional Comments**

▮▮▮▮ is visually impaired.  Effective communication achieved.

| Parole Proceeding Conducted By | Date of Parole Proceeding |
|---|---|
| ▮▮▮▮ | ▮▮▮▮ |

# EXHIBIT M

NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING                                    **STATE OF CALIFORNIA**
BPH 1073

## I.  PRE-INTERVIEW FILE/DEC REVIEW (STAFF ONLY)

I acknowledge that I have reviewed all relevant and reasonably available central file and/or field file and Disability and Effective Communication System (DECS) information prior to first contact with the inmate/parolee involved in this parole proceeding.

Print Name: ▮▮▮▮▮                          Sign Name: _____              Date: ▮▮▮▮▮

| Mental Health Concerns | | Source | Dated |
|---|---|---|---|

| Identified Disabilities | Note: | Source | Dated |
|---|---|---|---|
| DPH    Deaf or Hearing Impaired | primary is ASL, secondary method is written notes for communication. | CDC 1845 | ▮▮▮▮ |

**Other Potential Assistance Needs**

**Reading Level:** 12.9          **Total GPL:** 12.9

**Speaks English**  [X] Yes   [ ] No

**Languages Spoken**

## II.  INMATE/PAROLEE RIGHTS & SELF IDENTIFICATION

You have a right to receive help for your hearing. If you need help talking, reading, hearing, seeing, understanding, or getting to your hearing, you have a right to that help. You have a right to receive help in meeting with your attorney. If you do not speak English, you have a right to an interpreter. If you are deaf and use sign language, you have a right to a sign language interpreter. If you cannot read, the BPH or CDCR must provide you with help to read the forms and papers. If you need special transportation, the BPH or CDCR must provide it for you. If you do not get help, or you do not think you got the kind of help you need, ask for a BPH 1074 Grievance Form.

Check all that apply:

[ ] I need help reading my documents.                    [ ] I need the following help to hear
[ ] I need help understanding the procedures and forms.  [ ] I need the following help to see
[X] I need a sign language interpreter.                  [X] I need to communicate in writing.
[ ] I need a wheelchair and I [ ] do have one. [ ] do not have one.
[ ] I need a Durable Medical Equipment to get around :

Have Durable Medical Equipment : _____

Do not have Durable Medical Equipment : _____

[ ] I do not speak English and need an interpreter in

[ ] I need a housing accommodation :

[ ] I have a health problem, I need  [ ] A medical evaluation  [ ] A mental health evaluation  [ ] Medication

[X] Other  a blank pad of paper to  write on, and an ASL intrepreter

[ ] **I do not need any help for my parole hearing.**

Name: ▮▮▮▮▮▮▮▮▮                                                CDC Number: ▮▮▮▮
Proceeding: Lifer                        Type of Hearing:  Consultation
Location: ▮▮▮▮▮▮▮▮▮▮▮

BPH 1073, NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING

NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING
BPH 1073

| III.   INITIAL SERVICE OF RIGHTS (STAFF ONLY) |
|---|

I have informed inmate/parolee of his/her rights and charges, if any, and have determined that he/she:

[X]  Appears to understand     [ ]  Appears to have difficulty understanding

Effective Communication Method Used:    " **Written Materials**"

Comment:  this is 'S' secondary method of communicaton, 'S' primary is ASL

_____ / Correctional Counselor                          _____

Staff Name and Title (please print)              Staff Signature              Date

| IV.   ACCOMMODATIONS PLANNED |
|---|

Accommodation(s)/Assistance to be provided at hearing(s):  "**Magnifying Device**"    "**Personal Durable Medical Equipment**"
"**Sign Language Interpreter**"

Summary:      Accommodations Planned

Comment:      DPH/glasses/writing materials

_____ / BPH Staff                                       _____

Staff Name and Title (please print)              Staff Signature              Date

| V.   SUMMARY OF ACCOMMODATIONS |
|---|

Accommodation(s)/Assistance provided at hearing(s):      "**No Accommodation**"

Private Durable Medical Equipment(Inmate/Parolee Provided):

Comment: ASL interpreter: _____

_____ Commissioner                                     _____

Staff Name and Title (please print)              Staff Signature              Date

Name: _____                                          CDC Number: _____

Proceeding: Lifer                          Type of Hearing:  Consultation

Location: _____

BPH 1073, NOTICE AND REQUEST FOR ASSISTANCE AT A PAROLE PROCEEDING

# EXHIBIT N

HEARING RIGHTS FORM                                                                STATE OF CALIFORNIA

# HEARING RIGHTS FORM
## Parole Consideration, Rescission, Reconsideration Hearings

**INSTRUCTIONS:**
- ➤ Use this form for a parole consideration hearing, a rescission hearing, or a reconsideration hearing.
- ➤ If you want your hearing to occur as scheduled, fill out sections I and II.
- ➤ If you want to waive your hearing, fill out sections, I, II, and III [parole consideration hearings only].
- ➤ If you want to postpone your hearing, fill out sections I, II, and IV.

| | |
|---|---|
| Are you trying to change a Hearing Rights Form you already submitted for your hearing? | ☑No ☐Yes |

## I.  ATTENDANCE AT HEARING (check one box)

☐ I plan to attend my hearing.               ☑ I do not plan to attend my hearing.

## II.  ATTORNEY REPRESENTATION (check one box)

☑ I request a state appointed attorney.

☐ I have hired my own attorney.

Attorney's Name:_____

Attorney's Address:_____

Attorney's Telephone Number:_____

☐ I waive my right to have an attorney.

I was informed on _____ (date) that I have been scheduled to appear before the Board of Parole Hearings. I was also informed of my right to be represented by an attorney at the hearing. I know that if I do not wish to retain my own attorney, the state will appoint an attorney to represent me at state expense. Knowing this, I have decided that I **DO NOT** want an attorney to represent me at my hearing.

By requesting a state appointed or indicating that I have hired my own attorney, I agree the Department of Corrections and Rehabilitation and the Board of Parole Hearings can release my non-confidential records to my attorney.

| Inmate Signature: | CDCR Number: | Date: |
|---|---|---|

## III.  REQUEST FOR WAIVER OF HEARING (DOES NOT APPLY TO RESCISSION HEARING)

☑ I choose to waive my parole consideration hearing for the reasons stated below. I ask the Board to approve my request.

I request to waive my hearing for: [ ] one year  [☑] two years  [ ] three years  [ ] four years  [ ] five years (choose one)

Reason or Reasons: _to complete additional programming and to develop my parole plans and packet for BPH's consideration._

## IV.  REQUEST TO POSTPONE HEARING

☐ I request that my hearing be postponed for _____ months, for the following

Reason or Reasons:_____
_____

| Inmate Signature: | CDCR Number: | Date: |
|---|---|---|

| Attorney Signature: | | Date: |
|---|---|---|

BPH 1003 Hearing Rights Form Parole Consideration, RESC, & RECON (Rev. 06/16)

# EXHIBIT O

DEPARTMENT OF CORRECTIONS AND REHABILITATION                        STATE OF CALIFORNIA
PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED

| Inmate Name | CDC Number | Institution |
|---|---|---|
| ███████████ | ██████ | ███████████████ |

## Parole Proceeding

- [ ] Attorney Consult
- [ ] Administrative Appeal
- [ ] Central File Review
- [ ] Clinician Interview
- [ ] Document Review
- [ ] Other

- [ ] Initial Interview-Issue Conditions of Parole
- [ ] Notice of Amended Conditions of Parole
- [X] Psychologist Evaluation
- [ ] Review of Letter of Support
- [ ] Review of Parole Plans

## Accommodation(s) Provided

- [ ] No Accommodation
- [ ] Accessibility
- [ ] Accessible Transportation
- [ ] Assistive Hearing Devices
- [ ] Attorney
- [ ] Audio Taped Materials
- [ ] Audiocassettes
- [ ] Braille
- [ ] Cane
- [ ] Closed Caption
- [ ] Communication Books or Boards
- [ ] Computer Aided Transcription Services
- [ ] Computer Terminals
- [ ] Foreign Language Interpreter
- [ ] Highlighter Pens and Markers
- [ ] Large Print Material
- [ ] Magnifying Device
- [ ] Materials on Videotape

- [ ] Note Taker
- [ ] Open and Closed Captioning
- [ ] Phone Handset Amplifiers
- [ ] Qualified Readers
- [ ] Reading
- [ ] Reading Machines
- [ ] Regional Center Advocates
- [X] Sign Language Interpreter
- [ ] Speech Synthesizers
- [ ] Staff Assistance
- [ ] TDD Machines
- [ ] Tele Typewriters
- [ ] Videotext Displays
- [ ] Wheelchair
- [ ] Written Materials
- [X] Other

Certified Deaf Interpreter AND ASL

## Additional Comments

Interview utilized ASL interpreter ████████ and CDI interpreter ██████ through the agency Natural Languages. ████████ refused to participate in the interview. He also demonstrated clear understanding that the evaluator would need to write a report regardless, which would be based on records in the absence of interview data, and which would be good for three years. He stated that he wished to postpone in order to take more classes and be "ready to open up."

| Parole Proceeding Conducted By | Date of Parole Proceeding |
|---|---|
| ███████████ | ███████ |

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**                                    **STATE OF CALIFORNIA**
**PAROLE PROCEEDING ACCOMMODATION(S) PROVIDED**

interpreter