# CERTIFICATE OF SERVICE

Case Name: **J. Armstrong, et al. v. Gavin Newsom, et al.**    No.    **C 94-2307 CW**

I hereby certify that on January 11, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NOS. 3525, 3554, 3557]**

**DECLARATION OF ACTING ASSISTANT DEPUTY DIRECTOR DAWN LOREY IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NOS. 3525, 3554, 3557]; AND EXHIBITS**

**SUPPLEMENTAL DECLARATION OF DANIEL MOELLER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NOS. 3525, 3554, 3557]; AND EXHIBITS**

**SUPPLEMENTAL DECLARATION OF TARA DOETSCH IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ORDER TO ENFORCE THE REVISED PERMANENT INJUNCTION [ECF NOS. 3525, 3554, 3557]; AND EXHIBITS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 11, 2024, at Los Angeles, California.

| V. Thompson | /s/ *V. Thompson* |
|---|---|
| Declarant | Signature |