# Exhibit 20

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 4/3/2024    **Date IAC Received 1824:** 3/27/2024    **1824 Log Number:** 539828

**Inmate's Name:** ▮▮▮▮    **CDCR #:** ▮▮▮▮    **Housing:** C8-▮▮▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Associate Governmental Program Analyst ▮▮▮▮ Health Care Grievance Representative ▮▮▮▮ Office of Grievance Representative ▮▮▮▮ Field Training Lieutenant ▮▮▮▮ Psychologist Dr. ▮▮▮▮ Chief physician and surgeon W. Kokor, Healthcare Compliance Analyst ▮▮▮▮ Registered Nurse ▮▮▮▮

**Summary of Inmate's 1824 Request:** Inmate reports being informed by the Prison Law Office that he qualifies for use of the CART program because he is DNH. Inmate requests approval to use CART to help with completing a Transitions class, any appointments, all pre-release, medical. BPH, etc.

---

### Interim Accommodation:

☒ No interim accommodation required: You are not alleging a disability or requesting an accommodation to access Programs, Services, or Activities (PSA)s.

---

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports being informed by the Prison Law Office that he qualifies for use of the CART program because he is DNH. Inmate requests approval to use CART to help with completing a Transitions class, any appointments, all pre-release, medical. BPH, etc.

**Response:** On 4/3/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

You are accommodated with a Personal Sound Amplification Device (PSAD) and hearing aids. The use of CART is intended for individuals with severe hearing loss who must rely on written notes to establish effective communication during due process events. With your hearing aids and PSAD, you have demonstrated an ability to maintain a functional hearing level which enables you to achieve effective communication without written notes. Your current effective communication history demonstrates your ability to effectively communicate with your current assistive devices and required methods of communication, which are the use of your hearing aids and for staff to speak loudly and clearly. You have demonstrated your current ability to reiterate what was said to you and respond appropriately when these methods are used. As such, you have equally accessible means of establishing effective communication with your current assistive devices and methods of communication. You do not require CART to establish effective communication and/or access PSAs.

Your request was forwarded to the Central Screening Team (CST) for review. The CST identified your claim regarding CART and determined it does not fit within the scope of a request for reasonable accommodation. These claims have been referred to the appropriate department and will be responded to within sixty days via a grievance response.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife _____    _1. S___/._____    Date sent to inmate: **APR 1 8 2024**

**ADA Coordinator/Designee**    **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use Only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| Satf | 539820 | CSATF OFFICE  MAR 27 2024  OF GRIEVANCES |

************TALK TO STAFF IF YOU HAVE AN EMERGENCY************
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮ | C-8▮ |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I am filing this Request Do to I files Informal About the CDCR Dragging feet Do to I'm A DNH Inmate I Solits According to the Disecon law Office And Once I was Moved From D-yard bldg only have 16 hours

**WHY CAN'T YOU DO IT?**
at transfers left Maybe this should Also Be A way to Complet this Class So Have Sign me up with CAET Program to help Accomadate as Appointment All Pre-

**WHAT DO YOU NEED?**
Release, Medical, BAH, ICT Think you

_(Use the back of this form if more space is needed)_

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☐ | No ☐ | Not Sure ☐ |
|---|---|---|---|

List and attach documents, if available:

I understand that staff h▮▮▮▮ perate may cause this request to be disapproved.

3-26-24
**DATE SIGNED**

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ███████████          CDCR #: ████████          CDCR 1824 Log #: 539828

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**          Date CDCR 1824 received by IAC: 3 / 27 / 2024

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)          [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ████████ | SSA | ████████ | 3 / 27 / 2024 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2     CDCR 1824 INTERVIEWS**          *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____          Due back to IAC: ____ / ____ / ____          Returned to IAC: ____ / ____ / ____

Assigned to: _____          Title: _____

Information needed: _____

_____

_____

_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: _____     Location: _____

Interviewer notes: _____

_____

_____

_____

**Staff Interviewed:** _____     Title: _____     Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

_____

**Staff Interviewed:** _____     Title: _____     Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

_____

*Notes:*  I/M is DNH with with a primary communication method of hearing aids and an alternate communication method of
~~need staff to speak loudly and clearly. I/M is currently accommodated with a Personal Sound Amplification Device.~~
~~Use of CART is intended for individuals with hearing loss who utilize written notes to communicate.~~

_____

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**IAP / Interview Worksheet**

DRAFT

Inmate: ▮▮▮▮▮▮▮▮▮▮   CDCR #▮▮▮▮▮▮   CDCR 1824 Log #: 539828

| Step 3: | **DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below) |
| --- | --- |

☐ An Interim Accommodation **IS NOT required**.

Reason: _____

_____

☐ An Interim Accommodation **IS required**.

Reason: _____

_____

**Accommodation(s) provided:**                    Date provided:

_____   ___/___/___

_____   ___/___/___

_____   ___/___/___

Comments: _____

_____

_____

| Person Completing Step 3 | Title | Signature | ___/___/___ Date Completed |
| --- | --- | --- | --- |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ████████████          CDC #: ██████ PID #: ████

**CHSS035C DPP Disability/Accommodation Summary** Wednesday March 27, 2024 01:34:30 PM

As of: 03/27/2024  ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|

**OFFENDER/PLACEMENT**

CDC#:
Name: ████████████
Facility: SATF-Facility C
Housing C 008 ████████
Area/Bed:
Placement 54
Score:
Custody Medium (A)
Designation:
   Housing Non-Designated Program Facility
Program:
   Housing Ground Floor-Limited Stairs
Restrictions: Lower/Bottom Bunk Only
   Physical Lifting Restriction- Unable to Lift more than 19
Limitations to Pounds
   Job/Other: No Rooftop Work
      Permanent - 12/31/9999

**DISABILITY ASSISTANCE**

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 12/23/2003
DPP Codes: DLT, DNH
DPP Determination Date: 11/14/2018
Current MH LOC: GP
Current MH LOC Date: 09/26/2023
SLI Required: No
Interview Date: 09/11/2017
Primary Method(s) - Hearing: Hearing Aids
Alternate Method - Hearing: Need Staff to Speak Loudly
    and Clearly
Non-Formulary Inmate interviewed on
Accommodations/Comments: 9/11/17 by CCI ████████.

Additional
Alternate: American Sign
Language.

TimeStamp: 11 September
2017 16:17:07 --- User:
████████████

Learning Disability:
Initial Reading Level: 05.0
Initial Reading Level Date: 03/26/2021
Durable Medical Equipment: Hearing Aid
    Non-invasive Airway
    Assistive Devices - C-Pap
    Machine
    Electrical Access
    Eyeglass Frames
    Foot Orthoses
    Hearing / Mobility Impaired
    Disability Vest
    Incontinence Supplies
    Other (Include in
    Comments)
    Partial Lower Denture
    Therapeutic
    Shoes/Orthotics
Languages Spoken:

**IMPORTANT DATES**

Date Received: 03/14/2017
Last Returned Date:
Release Date: 03/07/2026
Release Type: Earliest Possible Release Date

**WORK/VOCATION/PIA**

Privilege Group: A
Work Group: A1
AM Job Start Date:
Status:
Position #:
Position Title:
Regular Days On:

Exhibit 21

**REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE**          **AMENDED REPONSE**

**RAP Meeting Date:** 3/13/2024          **Date IAC Received 1824:** 3/7/2024          **1824 Log Number:** 530605

**Inmate's Name:** [redacted]          **CDCR #:** [redacted]          **Housing:** D5-[redacted]

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugweze, Psychologist [redacted] Health Care Grievance Representative [redacted] Custody Appeals Representative [redacted], Associate Governmental Program Analyst [redacted] Registered Nurse [redacted] Staff Services Analyst [redacted] Staff Services Analyst [redacted] Field Training Lieutenant [redacted] Assistant Principle (A) [redacted]

**Summary of Inmate's 1824 Request:** Inmate alleges an identified staff member intentionally refuses to open his door to allow him to access recreation yard or the opportunity to exchange his hearing aid batteries; Inmate requests to be allowed to exit his cell in the morning for medication release to be able to exchange hearing aid batteries and asks the retaliation to stop.

---

Interim Accommodation:

☒ No interim accommodation required: **You are accommodated with a pocket talker and Over the Ear Headphones (OTEH).**

---

**RAP RESPONSE:**

**RAP is able to render a final decision on the following:** Inmate alleges an identified staff member intentionally refuses to open his door to allow him to access recreation yard or the opportunity to exchange him hearing aid batteries; Inmate requests to be allowed to exit his cell in the morning for medication release to be able to exchange hearing aid batteries and asks the retaliation to stop.

**Response:** On **3/13/2024**, the RAP met and discussed your 1824, Reasonable Accommodation Request.

**Per the Interim Accommodation Procedure (IAP) worksheet, dated 3/7/2024, you were accommodated with a pocket talker and OTEH.**

Your request was forwarded to the Central Screening Team (CST) for review. The CST identified your claim regarding **your allegation of staff misconduct** and determined it does not fit within the scope of a request for reasonable accommodation. These claims have been referred to the appropriate department and will be responded to within sixty days via a grievance response.

Due to its nature, your request was forwarded to Health Care Services for input. Health Care Services provided the RAP with a Disability Verification Process (DVP) Worksheet indicating you are receiving hearing aid batteries weekly.

You are encouraged to utilize the appropriate avenues to address issues, such as submitting a 7362 to Health Care Services for any medical related requests. If you are dissatisfied or disagree with the treatment being provided by Health Care Services, you may submit a 602HC and your concerns will be addressed through the Health Care Grievance Process. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife                    _(signature)_                    **Date sent to inmate:**     APR 2 6 2024

**ADA Coordinator/Designee**          **Signature**

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 3/13/2024          **Date IAC Received 1824:** 3/7/2024          **1824 Log Number:** 530605

**Inmate's Name:** ▮▮▮▮▮          **CDCR #:** ▮▮▮▮          **Housing:** D5-▮▮▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugweze, Psychologist ▮▮▮ Health Care Grievance Representative ▮▮▮ Custody Appeals Representative ▮▮▮ Associate Governmental Program Analyst ▮▮▮ Registered Nurse ▮▮▮ Staff Services Analyst ▮▮▮ Staff Services Analyst ▮▮▮ Field Training Lieutenant ▮▮▮ Assistant Principle (A) ▮▮▮

**Summary of Inmate's 1824 Request:** Inmate alleges an identified staff member intentionally refuses to open his door to allow him to access recreation yard or the opportunity to exchange his hearing aid batteries; Inmate requests to be allowed to exit his cell in the morning for medication release to be able to exchange hearing aid batteries and asks the retaliation to stop.

### Interim Accommodation:

☒ No interim accommodation required: You are not alleging a disability or requesting an accommodation to access Programs, Services, or Activities (PSA)s.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate alleges an identified staff member intentionally refuses to open his door to allow him to access recreation yard or the opportunity to exchange his hearing aid batteries; Inmate requests to be allowed to exit his cell in the morning for medication release to be able to exchange hearing aid batteries and asks the retaliation to stop.

**Response:** On 3/19/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

Your request was forwarded to the Central Screening Team (CST) for review. The CST identified your claim regarding access to the recreation yard and hearing aid batteries and determined it does not fit within the scope of a request for reasonable accommodation. These claims have been referred to the appropriate department and will be responded to within sixty days via a grievance response.

Due to its nature, your request was forwarded to Health Care Services for input. Health Care Services provided the RAP with a Disability Verification Process (DVP) Worksheet indicating you are receiving hearing aid batteries weekly.

You are encouraged to utilize the appropriate avenues to address issues, such as submitting a 7362 to Health Care Services for any medical related requests. If you are dissatisfied or disagree with the treatment being provided by Health Care Services, you may submit a 602HC and your concerns will be addressed through the Health Care Grievance Process. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife

**ADA Coordinator/Designee**          **Signature**

**Date sent to inmate:**    APR 0 2 2024



STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 530605 | CSATF OFFICE MAR 07 2024 |

| **\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*** **DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC | | |

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ▮ | ▮ | Rec-Aid | D-S- ▮ |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
(1) THE Second WATCH Control officer; ▮ Badge# ▮ Has intentionally Refuse to open my living Assigned cell D-S-17 Door Refusing to Allow Recreation yard Excercise in the Morning As A Ridicule to Here With on 3/6/24 Deliberately Refuse to Allow this HEARING Impaired Person the opportunity to Get HEARRING Aid Batteries At Morning med Release.

**WHY CAN'T YOU DO IT?**
I cant Be allowed To Exit my cell in the Morning med Release For opportunity Exchange HEARING AID BATTERIES Due To Such Discrimination, And Ridicule Abuse of Athority by Such Employee; Whereby I HAD To/Sit in the cell With No Ability to HEAR APPliances Ect....

**WHAT DO YOU NEED?**
Have This Employee to stop such Retaliations Because I Couldn't Hear such order where He HAd written CDCR 128g when I Was standing ATTEMpting to get in my cell, And Now He Refuse To Allow me out of my cell As He Abuse Athority in control Booth Retaliatory; And I Couldn't locate The ADA. Sgt At Noon Med Release To Assist with the Batteries, or or penalcode 832.5 complaint forms; However, LVN; G.FoRD Issued BAtteries @ Noon Med's; (Use the back of this form if more space is needed)

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☑ | No ☐ | Not Sure ☐ |
|---|---|---|---|

List and attach documents, if available:  See Unit Health Records

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

March 6, 2024
**DATE SIGNED**

Assistance in completing this form was p▮

| Last Name | ▮st Name | Signature |
|---|---|---|

DRAFT

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>. Step 2 should be completed whenever the inmate's request is unclear or when additional input from the inmate and/or staff will help the RAP better understand the request.

Inmate: [redacted]                 CDCR #: [redacted]          CDCR 1824 Log #: 530605

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**                Date CDCR 1824 received by IAC: 03 / 07 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)      [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

| [redacted] | AGPA | [redacted] | 03 / 07 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____     Due back to IAC: ____ / ____ / ____     Returned to IAC: ____ / ____ / ____

Assigned to: _____     Title: _____

Information needed: _____

_____

_____

_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:** _____     **Location:** _____

Interviewer notes: _____

_____

_____

_____

**Staff Interviewed:** _____ Title: _____ Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____ Title: _____ Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

*Notes:* FORWARD TO HC FOR INPUT REGARDING RECORD OF HEARING AID BATTERY REPLACEMENT. AS OF 10/31/2023, I/M IS ACCOMMODATED WITH A POCKET TALKER. I/M IS ALSO ACCOMMODATED WITH OTEH. ALL 1824'S ARE SCREENED BY CST, IDENTIFIED ASM WILL BE REFERED FOR INQUIRY AND/OR INVESTIGATION.

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**IAP / Interview Worksheet**

DRAFT

Inmate: ███████████████    CDCR #: ███████    CDCR 1824 Log #: 530615

---

**Step 3:** **DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason:_____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason:_____

_____

_____

Accommodation(s) provided:                                    Date provided:

_____    ___ / ___ / ___

_____    ___ / ___ / ___

_____    ___ / ___ / ___

Comments:_____

_____

_____

| ███████████ | AGPA | | 03 / 08 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ████████████                                    CDC #: ███████  PID #: ███████

CHSS035C **DPP Disability/Accommodation Summary** Thursday March 07, 2024 11:51:28 AM

As of: 03/07/2024  ➡

---

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| CDC#: ████████ | Current DDP Status: NDD |
| Name: ████████████ | DDP Adaptive: None |
| Facility: SATF-Facility D | Support Needs: |
| Housing Area/Bed: D 005 ████ | Current DDP Status Date: 10/21/2005 |
| Placement Score: 841 | DPP Codes: DNH |
| Custody: Medium (A) | DPP Determination Date: 11/18/2021 |
| Designation: | Current MH LOC: CCCMS |
| Housing Program: Sensitive Needs Yard | Current MH LOC Date: 06/06/2019 |
| Housing Lower/Bottom Bunk Only | SLI Required: No |
| Restrictions: | Interview Date: 04/30/2016 |
| Physical Limitations No Rooftop Work | Primary Method(s) - Hearing: Hearing Aids |
| to Job/Other: Permanent - 12/31/9999 | Alternate Method - Hearing: Need Staff to Speak Loudly and Clearly |
| | Non-Formulary Accommodations/Comments: Already possesses a Dual Vision/Hearing Vest. |
| | Learning Disability: |
| | Initial Reading Level: 03.0 |
| | Initial Reading Level Date: 02/25/2020 |
| | Durable Medical Equipment: Hearing Aid |
| | Ankle Foot Orthoses/Knee Ankle Foot Orthoses (AFO/KAFO) |
| | Eyeglass Frames |
| | Hearing Impaired Disability Vest |
| | Incontinence Supplies |
| | Partial Upper Denture - Acrylic |
| | Therapeutic Shoes/Orthotics |
| | Languages Spoken: |

---

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|
| Date Received: 10/12/2000 | Privilege Group: A |
| Last Returned Date: | Work Group: A1 |
| Release Date: 10/21/2034 | AM Job Start Date: 12/30/2022 |
| Release Type: Minimum Eligible Parole Date | Status: Full Time |
| | Position #: REC.002.005 |
| | Position Title: D-5 3/W REC WRKR |
| | Regular Days On: Tue,Wed,Thu,Fri,Sat (14:30:00 - 17:00:00) |
| | Tue,Wed,Thu,Fri,Sat (18:00:00 - 22:00:00) |

**Disability Verification Process (DVP)**
**Worksheet**
SIDE 1

| INMATE'S NAME (Print) | | CDCR 1824 LOG NUMBER |
|---|---|---|
| ▮▮▮▮▮▮ | | 530605 |
| | CDCR NUMBER | |
| | ▮▮▮▮▮ | |

**INSTRUCTIONS**

- **A SME Shall COMPLETE SECTION 1 prior to or during the <u>INITIAL</u> RAP.**

- **When the RAP needs more information,  the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).**

---

**SECTION 1 – SME FINDINGS**

Person completing worksheet: G. Ugwueze, MD          Title: CME

Type of Review: [✓] Health care review    [ ] Mental Health review    [ ] Education / learning disability review

[ ] Other review: _____

[✓] File Review conducted.  Documents obtained:

[ ] CDCR 1845    dated: ___/___/___     [ ] CDCR 7410 dated: ___/___/___    [ ] CDCR 128-C2: dated: ___/___/___

[✓] CDCR 7536    dated: 03/06/24     [ ] CDC 7221-DME dated: ___/___/___

[ ] CDCR 128-C3: dated: ___/___/___     [ ] CDCR 7386: dated: ___/___/___    [ ] CDCR 7388:    dated: ___/___/___

[ ] Other: _____ dated: ___/___/___     [ ] Other: _____ dated: ___/___/___

[ ] Recently evaluated for this issue.        Date seen: ___/___/___

[ ] Evaluation (exam/interview) scheduled.  Anticipated date to be seen: ___/___/___

························································································

Disability indicated: [✓] Yes    [ ] No    [ ] Unable to Determine

DPP: DNH

Summary of findings:  DME: Ankle Foot Orthoses/Knee Ankle Foot Orthoses, disability vest, eyeglass frames, hearing aid, incontinence supplies, therapeutic shoes/orthotics

Summary of limitations: Bottom bunk, no rooftop work/hazardous restriction

Comments: Patient is receiving hearing aid batteries weekly.

_____          03 | 14 | 2024
Signature of Subject Matter Expert          Date Signed

DVP Worksheet – Assignment - rev 8-17-17

## 7536 DME/Supply Receipt
03/06/24 12:42 PST Performed by ██████████████ LVN
Entered on 03/06/24 12:42 PST

**Patient Encounter Information**

ENCTR Information: Encounter Info: Patient Name: ████████████ ,DOB: ██████████ ,FIN:
████████████ ,Facility: SATF,Encounter Type: Institutional Encounter

**Approved DME/Medical Supplies**

DME Air Cell Cushion-High Profile (Roho): N/A
DME Air Cushion (for Wheelchair Seat): N/A
DME Air Cushion-Full (Day/Geri Chair): N/A
DME Ankle Foot Orthoses/Knee Ankle Foot: Ankle Foot Orthoses/Knee Ankle Foot Orthoses Permanent
DME Back Braces: N/A
DME Binder Abdominal: N/A
DME Breast Pump: N/A
DME Bubble Humidifier: N/A
DME Burn Garment: N/A
DME Cane: N/A
DME Commode Chair: N/A
DME Compression Stocking: N/A
DME Crutches: N/A
DME Diabetic Supplies Monitors: N/A
DME Disability Vest: Disability Vest Permanent
DME Disability Vest Choices: Hearing Impaired Disability Vest
DME Eyeglass Frames: Eyeglass Frames Permanent
DME Eyeglasses for Aphakia: N/A
DME Fall Prevention Slippers: N/A
DME Foot Orthoses: N/A
DME Hearing Aid: Hearing Aid Permanent
DME Heel/Foot Protector: N/A
DME Helmet: N/A
DME Hernia Belt: N/A
DME Incontinence Supplies: Incontinence Supplies Permanent
DME Knee Braces: N/A
DME Magnifier: N/A
DME BiPap: N/A
DME CPAP: N/A
DME Ocular Conformers: N/A
DME Ostomy Supplies: N/A
DME Oxygen Concentrators: N/A
DME Pressure Reducing Support Services: N/A
DME Prosthetic Limbs Lower Extremity: N/A
DME Prosthetic Limbs Upper Extremity: N/A
DME Scleral Shell Contact Lenses: N/A
DME Sitz Bath: N/A
DME Spinal Orthoses: N/A
DME Therapeutic Contact Lenses: N/A
DME Theraband: N/A
DME Therapeutic Shoes/Orthotics: Therapeutic Shoes/Orthotics Permanent
DME Toilet Seat Lift (Erector): N/A
DME Toileting Aid: N/A
DME Tracheostomy Care Supplies: N/A
DME Truss Hernia Support: N/A
DME Urinal: N/A
DME Urologic Supplies: N/A
DME Vaginal Dilator: N/A
DME Voice Prosthesis Augmentative: N/A
DME Walkers: N/A
DME Wash Basins: N/A
DME Wide Wheelchair: N/A
DME Wheelchair: N/A
DME Wound Care Dressings: N/A
DME Negative Pressure Wound Therapy: N/A
DME Wrist Support Brace: N/A
DME Other Options: N/A

**Durable Medical Equipment and Supply Receipt**

7536 Descriptions 1: Hearing aid
7536 Make 1: 2 size 13 batteries
7536 Comments 1a: 1:1 exhcahnge
7536 Date of 7221: 03/06/24

**RECEIVED**

**MAR 07 2024**

MEDICAL RECORDS
CSATF

---

**SATF**(Location:SATF D 005 ██████████████ )
Patient Name: ████████████          DOB / AGE / SEX: ████████████
Admitting Physician:
Admission Date / MRN / Financial Num: 08/09/19 ████████████          ██ of 2

Print Date: 03/06/24
Print Time: 12:43 PST
Printed by: ████████████
                              LVN

0

**7536 DME/Supply Receipt**
03/06/24 12:42 PST Performed by ▮▮▮▮▮ LVN
Entered on 03/06/24 12:42 PST
**Durable Medical Equipment and Supply Receipt (cont.)**
7536 Section C: Received DME/Medical Supply
7536 Patient Signature: X
7536 Patient Signature Date: 03/06/24
7536 Issuing Staff Signature: X
7536 Issuing Staff Date: 03/06/24
7536 Witness Name: X
7536 Witness Signature: X
7536 Witness Date: 03/06/24

*LVN 3/6/24*

Patient Name: ▮▮▮▮▮    SATF(Location:SATF D 005▮▮▮    DOB / AGE / SEX: ▮▮▮▮▮
Admitting Physician:
Admission Date / MRN / Financial Num: 08/09/19    ▮▮▮▮▮

Page 2 of 2
Print Date: 03/06/24
Print Time: 12:43 PST
Printed by: ▮▮▮▮▮
LVN

0
0

Exhibit 22

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 10/13/2021        **Date IAC Received 1824:** 10/6/2021        **1824 Log Number:** SATF-D-21-01598

**Inmate's Name:** ▓▓▓▓        **CDCR #:** ▓▓▓▓        **Housing:** D5-▓▓▓▓

**RAP Staff Present:** ADA Coordinator   C. Critchlow,   Custody Appeals Representative   ▓▓▓▓   Doctor   G. Ugwueze ,
Health Care Grievance Representative   ▓▓▓▓   Health Care Compliance Analyst   ▓▓▓▓   Psychologist   ▓▓▓▓
Student Services   ▓▓▓▓

**Summary of Inmate's 1824 Request:** Inmate alleges discrimination due to disability.

### Interim Accommodation:

☒ No Interim Accommodation required: You are safely accessing programs, services, and activities.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate alleges discrimination due to disability.

**Response:** On 10/13/2021, the RAP met and discussed your 1824, Reasonable Accommodation Request.

Due to its nature an inquiry was conducted for staff non-compliance. Your allegations, of being discriminated against, was elevated to Business Services management for further inquiry pursuant to Disability Placement Program Non-Compliance accountability protocols and remedy to any programming concerns. All staff personnel matters are confidential in nature. Details of any inquiry will not be shared with staff, members of the public or inmates.

Your allegations regarding misconduct by staff has been forwarded for review to the Hiring Authority and is being handled through the grievance process.

To address property issues, such as wanting to purchase items, you are encouraged to notify custody staff or submit a GA-22 to the facility supervisory staff.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602 (or 602A if more room is required) and your concerns will be addressed through the Inmate Grievance Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

C. Critchlow
**ADA Coordinator/Designee**        **Signature**        **Date sent to inmate:**

CSATF APPEALS

NOV 02 2021

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | SATF-D-21-01598 | CSATF APPEALS |
| | | OCT 06 2021 |

**\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***

<u>DO NOT</u> use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | A1A / O.N.H | 5-D ▮ |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?

on OCT 5, 2021 I WAS NOT ABLE TO HEAR The Announcem- -ent of CANTEEN Pick for form's, s.t, ▮▮▮▮▮ HAD me Address The CANTEEN MANAGER, ▮▮▮▮▮ whom HAD Ridiculed me for being (D.N.H) As Deliberate Baggering for NOT Being Able TO HEAR.

WHY CAN'T YOU DO IT?

I couldn't Delegate the Hurt I felt for his offensive ANTAgonizing Beligerent Attitude, in Such Baggering Discrimination

WHAT DO YOU NEED?

I Need Accomodation of CANTEEN Privilege's Without Any Discrimination violation Federal Law Welfar, & INstitution Code 5325.1 (i) Hazzardous Proceedure. See Attached canteen list

(Use the back of this form if more space is needed)

DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?     Yes ☐     No ☐     Not Sure ☐

List and attach documents, if available:

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| ▮▮▮▮▮▮▮▮ | OCT 5, 2021 |
|---|---|
| **INMATE'S SIGNATURE** | **DATE SIGNED** |

Assistance in completing this form was provided by:

| ▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮ |
|---|---|---|
| Last Name | First Name | Signature |

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) shall complete Step 1 below within 1 working day.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: [redacted]　　　CDCR # [redacted]　　　CDCR 1824 Log #: 21-01598

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**　　　Date CDCR 1824 received by IAC: 10/6/21

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ **Yes / Unsure** (Complete Steps 2 &/or 3)　　　☒ **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| Person Completing Step 1 | Title SSA | Signature | Date Completed 10/6/21 |
|---|---|---|---|

---

**STEP 2　CDCR 1824 INTERVIEWS**　　　Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"

Date assigned: 10/6/21　　　Due back to IAC: 10/7/21　　　Returned to IAC: 10/7/21

Assigned to: [redacted]　　　Title: FTS

Information needed: Clarification - How was i/m ridiculed? Was he denied canteen?

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: 10/6/21　　　Location: DS Dayroom

Interviewer notes: See attached

Staff Interviewed: _____　Title: _____　Interview date: ___/___/___
Interviewer Notes: _____

Staff Interviewed: _____　Title: _____　Interview date: ___/___/___
Interviewer Notes: _____

Notes: Staff allegation entered into SOMS 10/6/21

| Interviewer (Print Name) | Title | Signature | Date Completed ___/___/___ |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 172634 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue) :**

SEE ATTACHED 1824 DATED 10/6/21

CSATF APPEALS
OCT 06 2021

STAFF USE ONLY

**Inmate/Parolee Signature:** _____          **Date Submitted:**

**B. Continuation of CDCR 602, Section B only (Action requested):**

**Inmate/Parolee Signature:** _____          **Date Submitted:** _____

**QUESTION #1- How was Inmate ███████ ridiculed?**

████████ stated that he spoke with Facility D, Canteen Manager ████████ and explained that he was "turning in his canteen slip, late due to his hearing disability". ████████ stated that Canteen Manager ████████ responded by repeatedly asking him "do you hear me know"; approximately three times, mocking his disability. ████████ stated that is why he felt that he was ridiculed for being DNH.

**QUESTION #2-Was Inmate ████████ denied canteen?**

████████ feels that he was denied access to canteen, due to Canteen Manager ████████ refusal to accept his canteen slip.

## IAP / Interview Worksheet

Inmate: [redacted]          CDCR #: [redacted]     CDCR 1824 Log #: 21-01598

---

**Step 3:   DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

☐  An Interim Accommodation **IS NOT required**.

Reason:_____

_____

_____

☐  An Interim Accommodation **IS required**.

Reason:_____

_____

**Accommodation(s) provided:**                                          **Date provided:**

_____          ___/____/____

_____          ___/____/____

_____          ___/____/____

Comments:_____

_____

_____

| | | | |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | ___/____/____ Date Completed |

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc ).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ██████

CHSS035C

## DPP Disability/Accommodation Summary

CDC #: ██████  PID #: ██████

As of: 10/06/2021  ➡

Wednesday October 06, 2021 02:34:49 PM

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| CDC#: ██████ | Current DDP Status: NDD |
| Name: ██████ | DDP Adaptive: None |
| Facility: SATF-Facility D | Support Needs: |
| Housing Area/Bed: D 005 ██████ | Current DDP Status Date: 10/21/2005 |
| Placement Score: 849 | DPP Codes: DNH |
| Custody Designation: Medium (A) | DPP Determination Date: 08/02/2017 |
| Housing Program: Sensitive Needs Yard | Current MH LOC: CCCMS |
| Housing Restrictions: Lower/Bottom Bunk Only | Current MH LOC Date: 06/06/2019 |
| Physical Limitations to Job/Other: Transport Vehicle with Lift | SLI Required: No |
| Special Cuffing Needed | Interview Date: 08/02/2017 |
| No Rooftop Work | Primary Method: Hearing Aids |
| Temporary - 06/17/2020 | Alternate Method: Need Staff to Speak Loudly and Clearly |
| | Learning Disability: |
| | Initial TABE Score: 03.2 |
| | Initial TABE Date: 05/29/2014 |
| | Durable Medical Equipment: Hearing Aid |
| | Canes |
| | Eyeglass Frames |
| | Hearing Impaired Disability Vest |
| | Partial Upper Denture - Acrylic |
| | Languages Spoken: |

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|
| Date Received: 10/12/2000 | Privilege Group: A |
| Last Returned Date: | Work Group: A1 |
| Release Date: 10/21/2034 | AM Job Start Date: |
| Release Type: Minimum Eligible Parole Date | Status: |
| | Position #: |
| | Position Title: |
| | Regular Days On: |

**Disability Verification Process (DVP) Worksheet**
SIDE 1

| INMATE'S NAME (Print) | CDCR 1824 LOG NUMBER |
|---|---|
| ▮▮▮▮▮ | 21-01598 |
| CDCR NUMBER | |
| ▮▮▮▮▮ | |

## INSTRUCTIONS

- **A SME Shall COMPLETE SECTION 1 prior to or during the <u>INITIAL RAP.</u>**

- **When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).**

---

**SECTION 1 – SME FINDINGS**

Person completing worksheet: G. Ugwueze, MD _____ Title: CME _____

Type of Review: [✓] Health care review [ ] Mental Health review [✓] Education / learning disability review

[ ] Other review: _____

[✓] File Review conducted. Documents obtained:

[✓] CDCR 1845 dated: 08 / 02 / 17 [ ] CDCR 7410 dated: __/__/__ [ ] CDCR 128-C2: dated: __/__/__

[✓] CDCR 7536 dated: 03 / 14 / 21 [ ] CDC 7221-DME dated: __/__/__

[ ] CDCR 128-C3: dated: __/__/__ [ ] CDCR 7386: dated: __/__/__ [ ] CDCR 7388: dated: __/__/__

[ ] Other: _____ dated: __/__/__ [ ] Other: _____ dated: __/__/__

[ ] Recently evaluated for this issue. Date seen: __/__/__

[ ] Evaluation (exam/interview) scheduled. Anticipated date to be seen: __/__/__

................................................................

Disability indicated: [ ] Yes [ ] No [ ] Unable to Determine

DPP: DNH

Summary of findings: DME: Hearing aid; canes; eyeglass frames; HID vest; partial upper denture

_____

Summary of limitations: Lower/bottom bunk; transport vehicle w/ lift; special cuffing needed; no rooftop work

_____

Comments: Canteen access is a custody concern.

_____

_____

_____

_____

Signature of Subject Matter Expert      10-14-2021

                                                   Date Signed

DVP Worksheet – Assignment - rev 8-17-17

**Disability Verification Process (DVP)
Worksheet**
SIDE 1

INMATE'S NAME (Print)

CDCR 1824 LOG NUMBER
SATF -　D

CDCR NUMBER

21-01598

## INSTRUCTIONS

- **A SME Shall COMPLETE SECTION 1 prior to or during the INITIAL RAP.**

- **When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).**

### SECTION 1 – SME FINDINGS

Person completing worksheet: _____  Title: _____  SSA

Type of Review: ☐ Health care review   ☐ Mental Health review   ☐ Education / learning disability review
☒ Other review: _____  HCGO

☐ File Review conducted.  Documents obtained:

☐ CDCR 1845   dated: ___/___/___       ☐ CDCR 7410 dated: ___/___/___       ☐ CDCR 128-C2: dated: ___/___/___
☐ CDCR 7536   dated: ___/___/___       ☐ CDC 7221-DME dated: ___/___/___
☐ CDCR 128-C3: dated: ___/___/___      ☐ CDCR 7386: dated: ___/___/___      ☐ CDCR 7388: dated: ___/___/___
☐ Other: _____  dated: ___/___/___       ☐ Other: _____  dated: ___/___/___

☐ Recently evaluated for this issue.   Date seen: ___/___/___

☐ Evaluation (exam/interview) scheduled.  Anticipated date to be seen: ___/___/___

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TABE   3.2

Disability indicated: ☐ Yes   ☐ No   ☐ Unable to Determine   DNH

Summary of findings: _____
_____
_____

Summary of limitations: _____
_____
_____

Comments: _____
_____
_____
_____

_____                    10-14-21
Expert                                          Date Signed