# Exhibit 23

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 1/3/2024    **Date IAC Received 1824:** 12/29/2023    **1824 Log Number:** 498625

**Inmate's Name:** ▮▮▮▮    **CDCR #:** ▮▮▮▮    **Housing:** D5-▮▮▮▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Executive Officer A. Banerjee, Chief Medical Executive G. Ugweze, Chief Psychologist Dr. J. Howard, Health Care Grievance Representative ▮▮▮▮, Custody Appeals Representative ▮▮▮▮, Associate Governmental Program Analyst ▮▮▮▮, Health Program Manager III ▮▮▮▮, Registered Nurse ▮▮▮▮, Field Training Lieutenant ▮▮▮▮, Vice Principal ▮▮▮▮

**Summary of Inmate's 1824 Request:** Inmate alleges they were advised they are eligible for new iPhone and watch technology due to their hearing impairment; Inmate requests speech to text technology and a new watch.

### Interim Accommodation:

☒ No interim accommodation required: You are currently accommodated with hearing aids and a Personal Sound Amplification Device (PSAD).

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate alleges they were advised they are eligible for new iPhone and watch technology due to their hearing impairment; Inmate requests speech to text technology and a new watch.

**Response:** On 1/3/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

You do not have a severe hearing impairment impacting placement. You are accommodated with hearing aids, pocket talker, and access to the caption phone. Your current Effective Communication (EC) methods of hearing aids and need staff to speak loudly and clearly are sufficient to maintain EC during due process and all general communication. You do not require an iPad/ iPhone with live captioning or a vibrating watch to access Programs, Services, or Activities (PSA)s.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife    _Signature_    **Date sent to Inmate:**
**ADA Coordinator/Designee**    **Signature**    **JAN 2 5 2024**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| Satf | 498685 | [CSATF OFFICE]<br>DEC 29 2023<br>OF GRIv |

**\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***
<u>DO NOT</u> use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC.

| INMATE'S NAME (P██████) | CDCR NUMBER ███ | ASSIGNMENT<br>Rec-Aid | HOUSING<br>D-5-█ |
|---|---|---|---|

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I WAS Informed of the fact I am Eligelble for the "iPhone" for Deaf people who do not use sign language with speech to Technology; AND I NOT getting that Accomodation of The "iphone" or the "iTablet" persuant To November 2023. As well Approve the watch;

**WHY CAN'T YOU DO IT?**
The personnel Hasn't Issued the "iphone; or iTablet"

**WHAT DO YOU NEED?**
①. Please Accomodate this Deaf person with Such speach-to-Text Technology with in a Reasonable Time frame; ②.Please accomodate the vibrating Alarm watch. Respectfully Request

(Use the back of this form if more space is needed)

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**  Yes ☐  No ☐  Not Sure ☐
List and attach documents, if available:

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| INMATE'S SIGNATURE | DATE SIGNED |
|---|---|

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▮▮▮▮▮          CDCR #: ▮▮▮▮▮          CDCR 1824 Log #: 498625

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**          Date CDCR 1824 received by IAC: 12 / 29 / 23

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is
being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)          [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ▮▮▮▮▮ | AGPA | ⟍⟋ | 12 / 29 / 23 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**          *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____          Due back to IAC: ____ / ____ / ____          Returned to IAC: ____ / ____ / ____

Assigned to: _____          Title: _____

Information needed: _____

_____

_____

_____

Note 1:  Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2:  IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: _____          Location: _____

Interviewer notes: _____

_____

_____

Staff Interviewed: _____          Title: _____          Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

Staff Interviewed: _____          Title: _____          Interview date: ____ / ____ / ____

Interviewer Notes: . _____

_____

_____

_____

***Notes:***  ISSUANCE OF THE IPHONE TECHNOLOGY IS INTENDED FOR INDIVIDUALS WITH PROFOUND HEARING
LOSS. I/M IS CURRENLTY DESIGNATED DNH AND IS BEING ACCOMMODATED WITH HEARING AIDS AND A
POCKET TALKER. I/M'S CURRENT METHODS OF EC ARE HEARINGS AND STAFF SPEAK LOUDLY AND
CLEARLY.

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

## IAP / Interview Worksheet

Inmate: ███████     CDCR #: ███████     CDCR 1824 Log #: 498625

---

**Step 3:  DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

[ ]  An Interim Accommodation **IS NOT required**.

Reason: _____

_____

[ ]  An Interim Accommodation **IS required**.

Reason: _____

_____

**Accommodation(s) provided:**                                         **Date provided:**

_____     ___/___/___

_____     ___/___/___

_____     ___/___/___

Comments: _____

_____

_____

| ███████ | AGPA | | 01 / 02 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing Instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ███████ ███████                                              CDC #: ███████    PID #: ███████

CHSS035C **DPP Disability/Accommodation Summary** Friday December 29, 2023 12:35:52 PM

As of: 12/29/2023  ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| CDC#: | Current DDP Status: NDD |
| Name: ███ | DDP Adaptive None |
| Facility: SATF-Facility D | Support Needs: |
| Housing Area/Bed: D 005 ███ | Current DDP Status Date: 10/21/2005 |
| Placement Score: 841 | DPP Codes: DNH |
| Custody Medium (A) | DPP Determination Date: 11/18/2021 |
| Designation: | Current MH LOC: CCCMS |
| Housing Program: Sensitive Needs Yard | Current MH LOC Date: 06/06/2019 |
| Housing Restrictions: Lower/Bottom Bunk Only | SLI Required: No |
| Physical Limitations No Rooftop Work | Interview Date: 04/30/2016 |
| to Job/Other: Permanent - 12/31/9999 | Primary Method(s) - Hearing: Hearing Aids |

**OFFENDER/PLACEMENT**

- CDC#:
- Name: ███
- Facility: SATF-Facility D
- Housing Area/Bed: D 005 ███
- Placement Score: 841
- Custody Medium (A)
- Designation:
- Housing Program: Sensitive Needs Yard
- Housing Restrictions: Lower/Bottom Bunk Only
- Physical Limitations No Rooftop Work
- to Job/Other: Permanent - 12/31/9999

**DISABILITY ASSISTANCE**

- Current DDP Status: NDD
- DDP Adaptive None
- Support Needs:
- Current DDP Status Date: 10/21/2005
- DPP Codes: DNH
- DPP Determination Date: 11/18/2021
- Current MH LOC: CCCMS
- Current MH LOC Date: 06/06/2019
- SLI Required: No
- Interview Date: 04/30/2016
- Primary Method(s) - Hearing: Hearing Aids
- Alternate Method - Hearing: Need Staff to Speak Loudly and Clearly
- Non-Formulary Already posseses a Dual
- Accommodations/Comments: Vision/Hearing Vest.
- Learning Disability:
- Initial Reading Level: 03.0
- Initial Reading Level Date: 02/25/2020
- Durable Medical Equipment: Hearing Aid
  - Ankle Foot Orthoses/Knee Ankle Foot Orthoses (AFO/KAFO)
  - Eyeglass Frames
  - Incontinence Supplies
  - Partial Upper Denture - Acrylic
- Languages Spoken:

**IMPORTANT DATES**

- Date Received: 10/12/2000
- Last Returned Date:
- Release Date: 10/21/2034
- Release Type: Minimum Eligible Parole Date

**WORK/VOCATION/PIA**

- Privilege Group: A
- Work Group: A1
- AM Job Start 12/30/2022 Date:
- Status: Full Time
- Position #: REC.002.005
- Position Title: D-5 3/W REC WRKR
- Regular Days On: Tue,Wed,Thu,Fri,Sat (14:30:00 - 17:00:00)
  - Tue,Wed,Thu,Fri,Sat (18:00:00 - 22:00:00)

# Exhibit 24

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

RAP Meeting Date: 7/24/2024          Date IAC Received 1824: 7/11/2024          1824 Log Number: 590923

Inmate's Name: ▋▋▋▋▋▋          CDCR #: ▋▋▋▋▋          Housing: D5-▋

RAP Staff Present: Associate Warden (A) A. Iversen, Associate Warden J. Ourique, Associate Governmental Program Analyst ▋▋▋
Chief Medical Executive Dr. G. Ugwueze, Psychologist Dr.▋▋, Healthcare Compliance Analyst▋▋▋ Registered Nurse▋▋
Health Care Grievance Representative ▋▋▋, Office of Grievance Representative ▋▋▋ Compliance Lieutenant▋▋

**Summary of Inmate's 1824 Request:** Inmate reports being hearing impaired and having trouble understanding staff both over the PA and in person resulting in him missing announcements for Programs, Services, and Activities (PSA); Inmate requests a vibrating watch, text-to-speech iPad, and personal notifications.

Interim Accommodation:

☒ No interim accommodation required: You are safely accessing PSA's.

## RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports being hearing impaired and having trouble understanding staff both over the PA and in person resulting in him missing announcements for Programs, Services, and Activities (PSA); Inmate requests a vibrating watch, text-to-speech iPad, and personal notifications.

**Response:** On 7/17/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request. It was determined more time was required to review your request and gather information. Your request was scheduled to be seen again in RAP on 7/24/2024.

On 7/24/2024, the RAP reconvened to discuss your request.

A review of Strategic Offender Management System (SOMS) Effective Communication (EC) history page shows that you had four documented EC interactions with staff in the month of June a review of documentation from those EC interactions shows that staff were able to effectively communicate with you through a combination of your primary method of EC: hearing aids and your secondary method of EC: needing staff to speak loudly and clearly.

Per the Interim Accommodation Procedure (IAP) worksheet, dated 7/18/2024, you were observed accessing PSA's and being notifies of every announcement that pertains to the facility or personal notifications.

You will not receive a text to speech iPad as you are not designated DPH, and you currently achieve effective communication through existing accommodations.

Per memo titled "Issuance of Vibrating Watches as a Reasonable Accommodation for Permanent Hearing-Impaired, Impacting Placement Incarcerated Persons," your request for a vibrating watch will be reviewed by the RAP. If request is disapproved, vibrating watches were made available for the incarcerated population to purchase via the quarterly package process at the beginning of the month.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife                          _signature_                     Date sent to inmate:   AUG 0 9 2024
ADA Coordinator/Designee          Signature

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 590923 | JUL 11 2024 |

********** TALK TO STAFF IF YOU HAVE AN EMERGENCY **********
DO NOT use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC.

OF GRIEVANCES

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | | |

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I am DNH and I have problems communicating with staff and understanding the instructions that they are giving me over the P.A. system or directly. I also regularly miss announcements for yard/exercise, medical appointments/dental, religious services, etc.

**WHY CAN'T YOU DO IT?**
There is a communication barrier - I cannot hear the P.A. system clearly, translate the message. I cannot read officers' lips clearly, and sometimes I miss the translation of a word in conversation.

**WHAT DO YOU NEED?**
I need to be considered for the "Multifunction Pedometer Bracelet" vibrating watch so I can notify myself of appointments and start/end times for yard. I need a speech-to-text iPhone/iPad so I can have transcriptions of conversations to make sure I see and understand every word! I also need an officer to come to my door to make individual announcements for medical appointments, yard, etc. *(Use the back of this form if more space is needed)*

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☐ | No ☐ | Not Sure ☐ |
|---|---|---|---|

List and attach documents, if available:

_____
_____
_____

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

7/10/24
DATE SIGNED

Assistance in completing this form was provided by:
PRISON LAW OFFICE

| Last Name | First Name | Signature |
|---|---|---|

DRAFT

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: █████████████     CDCR #: ██████     CDCR 1824 Log #: 590923

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**     Date CDCR 1824 received by IAC: 7 / 11 / 2024

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)     [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

| ██████████ | SSA | ████████████ | 7 / 11 / 2024 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2     CDCR 1824 INTERVIEWS**     *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ___ / ___ / ___     Due back to IAC: ___ / ___ / ___     Returned to IAC: ___ / ___ / ___

Assigned to: _____     Title: _____

Information needed: _____
_____
_____
_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: _____     Location: _____

Interviewer notes: _____
_____
_____

Staff Interviewed: ████████████     Title: Comp Sgt.     Interview date: 07 / 18 / 24

Interviewer Notes: HU Staff reported ████████ is always accessing FSA's and is notified of every announcement that pertains to the facility or personal notification

Staff Interviewed: Notes     Title: Notes     Interview date: ___ / ___ / ___

Interviewer Notes: A review of the SOMS effective communication history page indicates that you had four documented EC interactions with staff in the month of June. A review of the documentation from those EC interactions shows that staff were able to effectively communicate with you through a combination of your primary method of EC: hearing aids and your secondary method of EC: need staff to speak loudly and clearly.

*Notes:* Per memo titled, "issuance of vibrating watches as a reasonable accommodation for permanent hearing-impaired, impacting placement incarcerated persons," the inmate's request for a vibrating watch will be reviewed by the RAP. If request is disapproved, vibrating watches were made available for the incarcerated population to purchase via the quarterly package process on 7/1/2024.

| ███████████████ | RBPM | ███████████████ | 07 / 18 / 24 |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**IAP / Interview Worksheet**

DRAFT

Inmate: ▓▓▓▓▓▓▓▓▓ _____ CDCR #: ▓▓▓▓▓▓▓ CDCR 1824 Log #: 590923 _____

---

Step 3: DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason:_____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason:_____

_____

_____

**Accommodation(s) provided:**                                         **Date provided:**

_____    ____/ ____/ ____

_____    ____/ ____/ ____

_____    ____/ ____/ ____

Comments: _____

_____

_____

| _____ | _____ | _____ | ____/ ____/ ____ |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ███████████                                                                    CDC #: ███████  PID #: ███████
CHSS035C                          **DPP Disability/Accommodation Summary**          Thursday July 11, 2024 11:00:35 AM
As of: [07/11/2024] ⇨

## OFFENDER/PLACEMENT

CDC#:
Name: ███████████
Facility: SATF-Facility D
Housing Area/Bed: D 005 ███████████
Placement Score: 841
Custody Designation: Medium (A)
Housing Program: Sensitive Needs Yard
Housing Restrictions: Lower/Bottom Bunk Only
Physical Limitations to No Rooftop Work
Job/Other: Permanent – 12/31/9999
EOP Accommodation
Recommendations:

## DISABILITY ASSISTANCE

Current DDP Status: NDD
DDP Adaptive: None
Support Needs:
Current DDP Status Date: 10/21/2005
DPP Codes: DNH
DPP Determination Date: 11/18/2021
Current MH LOC: CCCMS
Current MH LOC Date: 06/06/2019
SLI Required: No
Interview Date: 04/30/2016
Primary Method(s) – Hearing Aids
Hearing:
Alternate Method – Hearing: Need Staff to Speak Loudly and Clearly
Non-Formulary Already posseses a Dual Vision/Hearing Vest.
Accommodations/Comments:
Learning Disability:
Initial Reading Level: 03.0
Initial Reading Level Date: 02/25/2020
Durable Medical Equipment: Hearing Aid
Ankle Foot Orthoses/Knee Ankle Foot Orthoses
(AFO/KAFO)
Eyeglass Frames
Hearing Impaired Disability Vest
Incontinence Supplies
Partial Upper Denture – Acrylic
Therapeutic Shoes/Orthotics
Languages Spoken:

## IMPORTANT DATES

Date Received: 10/12/2000
Last Returned Date:
Release Date: 10/21/2029
Release Type: Earliest Possible Release Date

## WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start Date: 05/11/2024
Status: Half-Time
Position #: REC.002.006
Position Title: D-5 3W REC WORKER
Regular Days On: Tue,Wed,Thu,Fri,Sat (13:00:00 – 17:00:00)

Name: ██████████████████

CHSS033C

# Effective Communication

CDC #: ██████    PID #: ██████████

Tuesday August 13, 2024 2:15:11 PM

| | |
|---|---|
| Interaction Date: 08/10/2024 | Interaction Time: 11:55:00 |
| Interaction Type: Delivered RAP Response | Related Key: None |

## Communication Barriers

### Documented Communication Barriers

**Offender requires EC on this Interaction Date:** 08/10/2024

**Disability Placement Program - Hearing:**
DPP Code: Hearing Impairment NOT Impacting Placement
DPP Determination Date: 11/18/2021

**Reading Level:**
Reading Level: 03.0
Reading Level Date: 02/25/2020

**Sign Language Interpreter Needed:** No
Primary Method(s) - Hearing: Hearing Aids
Alternate Method - Hearing: Need Staff to Speak Loudly and Clearly
Non-Formulary Accommodations/Comments: Already posseses a Dual Vision/Hearing Vest.

### Other Communication Barriers not listed (mandatory if none are documented above)

#590923

## Accommodations and Assistance Provided

### (1 – 1 of 1)

| Accommodation/Assistance Type |
|---|
| Spoke loudly & clearly |

Primary Method(s) of EC used?: No      Reason Primary EC Not Used: Hearing Aids not present or not functioning

### Additional Information for Accommodations and Assistance Provided

Spoke loud and clear inmate was able hear and understand

## Other Persons

| Name | Role |
|---|---|
| No Rows Found | |

## Staff Assistant Participation

Staff Assistant Assigned?: No
Institution/Parole Region: UNKNOWN
Name of Staff Assistant: Unknown
or
Name of Person:
Interaction of the Staff Assistant was: N/A

## Method Used to Determine if Communication was Effective

### (1 – 1 of 1)

| Method |
|---|
| Offender provided appropriate, substantive responses... |

### Method Used Notes

| |
|---|
| None |

## Related Electronic Documents

| Type | Date | Title | Source | Nbr of Pages |
|---|---|---|---|---|

| Type | Date | Title | Source | Nbr of Pages |
|------|------|-------|--------|--------------|
| No Rows Found | | | | |

**Effective Communication Recorded By**

Name: ██████ [PEBL001]                                    **Title:** Sergeant

Exhibit 25

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 590237 | JUL 10 2024 |

**********TALK TO STAFF IF YOU HAVE AN EMERGENCY**********
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

OF GRIEVANCES

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ▓▓▓▓▓▓ | ▓▓▓▓ | | |

INSTRUCTIONS:
* You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
* You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
* Submit this form to the Custody Appeals Office.
* The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
* The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
* If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I am missing announcements for med pass and meals, due to the inability to hear them.

**WHY CAN'T YOU DO IT?**
I am DNH. I have asked staff to flash my lights but that is not happening due to me not being DPH.

**WHAT DO YOU NEED?**
I need to be considered for the new vibrating watch - Multifunction pedometer Bracelet. I am missing announcements and I am not using my audible alarm because i don't hear it initially, and by the time I do, I've aggravated by podmates.

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☐  No ☐  Not Sure ☐
List and attach documents, if available:

I understand the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ re to cooperate may cause this request to be disapproved.

| INMATE'S SIGNATURE | 7-9-24 DATE SIGNED |
|---|---|

Assistance in completing this form was provided by:
Prison Law Office.

| Last Name | First Name | Signature |
|---|---|---|

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 7/17/2024        **Date IAC Received 1824:** 7/10/2024        **1824 Log Number:** 590237

**Inmate's Name:**                                **CDCR #**                        **Housing:** A2-

**RAP Staff Present:** ADA Coordinator N. Scaife, Associate Governmental Program Analyst        Psychologist Dr.        Healthcare
Compliance Analyst            Registered Nurse        Health Care Grievance Representative        Office of Grievance
Representative        Compliance Lieutenant            Chief Physician and Surgeon Dr. W. Kokor,

**Summary of Inmate's 1824 Request:** Inmate reports missing announcements for meals and Med Pass due to being hearing impaired; Inmate reports previously requesting flashing lights; Inmate requests a vibrating watch.

### Interim Accommodation:

☒ No interim accommodation required: You are safely accessing Programs, Services, and Activities.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports missing announcements for meals and Med Pass due to being hearing impaired; Inmate reports previously requesting flashing lights; Inmate requests a vibrating watch.

**Response:** On 7/10/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

Per the Interim Accommodation Procedure (IAP) worksheet, dated 7/15/2024, you were observed by a building officer and regularly attend meals, med pass, Division of Rehabilitative Programs (DRP) classes and respond immediately to announcements. Officers are not aware of any prior request for use of flashing lights.

Per CDCR memo, "Issuance of Vibrating Watches as a Reasonable Accommodation for Permanent Hearing-Impaired, Impacting Placement", Incarcerated Person, dated 6/3/2024, all persons not designated DPH may purchase a vibrating watch from any departmentally approved authorized personal property vendor as part of their quarterly package order in keeping with title 15 and the authorized personal property schedule.

A review of Strategic Offender Management System (SOMS) indicates you are designated DNH and are accommodated with hearing aids as well as a pocket talker. You do not meet criteria to be accommodated with a vibrating watch.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife                                                                            **Date sent to inmate:** AUG 0 7 2024

**ADA Coordinator/Designee**        **Signature**

# Exhibit 26

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 3/13/2024      **Date IAC Received 1824:** 2/23/2024      **1824 Log Number:** 524844

**Inmate's Name:** ███████      **CDCR #:** ███████      **Housing:** A2██████

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugweze, Psychologist ██████ Health Care Grievance Representative ██████ Custody Appeals Representative ██████ Associate Governmental Program Analyst ██████ Registered Nurse ██████ Staff Services Analyst ██████ Staff Services Analyst ██████ Field Training Lieutenant ██████ Assistant Principle (A) ██████

**Summary of Inmate's 1824 Request:** Inmate reports difficulty hearing the dayroom televisions because the volume is set to allow the population to hear announcements; Inmate requests the implementation of individual transmitters to allow the population to personally control the volume.

---

### Interim Accommodation:

☒ No interim accommodation required: Closed captioning is activated on all dayroom televisions. Additionally, you may use your hearing aids and Personal Sound Amplification Device (PSAD) to listen to the television while awaiting a response.

---

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports difficulty hearing the dayroom televisions because the volume is set to allow the population to hear announcements; Inmate requests the implementation of individual transmitters to allow the population to personally control the volume.

**Response:** On 2/28/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request. It was determined more time was required to review your request and gather information. Your request was scheduled to be seen again in RAP on 3/13/2024.

The RAP has determined that you are appropriately accommodated with the closed captioning that is available on all televisions at SATF and your Personal Sound Amplification Device (PSAD). However, SATF will review the feasibility of procuring radio transmitters for each television at the institution. This will involve procurement and as a result may take a substantial amount of time. You will receive an amended RAP response for this request once a determination has been made. There is no timeline for when this will be completed.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

---

N. Scaife                    _signature_                    **Date sent to inmate:** MAR 2 0 2024    MAR 2 2 2024

**ADA Coordinator/Designee**          **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) 524944 | DATE RECEIVED BY STAFF: FEB 23 2024 OF GRIEVANCES |
|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*\*
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT A-Z BAL /PORCI | HOUSING A -2 |
|---|---|---|---|

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

I AM A DIAGNOSED effecully HEARing the televisions on the DAY Rooms AS they Are set at a Volume that the population CAN HEAR the OFFICERS ANNOUNCEments, between the ANNOUNCEments, It's and the overall DAY Room no, je this makes them HArd to HEAR even with Hearing Aids

**WHY CAN'T YOU DO IT?**

television Volume set level for ANNOUNCEments And Also the excessive Noise from the DAY Rooms

**WHAT DO YOU NEED?**

FM. TRANSmitters for each DAY Room televison, they have these et AVENAL state prison and otherS As well, this would Allow every inmate An-And INCIuded to liSten to the televison with there FM RADio'S EH provides A free FM RADio APP and this would Allow for each inmate to ADJUst the volume for that I CAN PERSONAl needs. This would Also Help the population HEAr ANNoUnce ments As the general noise would be REDUCED
*(Use the back of this form if more space is needed)*

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY? | Yes ☒ | No ☐ | Not Sure ☐ |
|---|---|---|---|

List and attach documents, if available: IN mediCAl File

I understand that [redacted] ure to cooperate may cause this request to be disapproved.

INMATE'S SIGNATURE                    DATE SIGNED  2-23-24

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

## Interim Accommodation Procedure (IAP) / Interview Worksheet

DRAFT

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ██████████████████     CDCR #: ██████████     CDCR 1824 Log #: 524844

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**     Date CDCR 1824 received by IAC: 02 / 23 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)     [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

| ██████████ | AGPA | ██████████ | 02 / 23 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | | Date Completed |

---

**STEP 2   CDCR 1824 INTERVIEWS**     *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____     Due back to IAC: ____ / ____ / ____     Returned to IAC: ____ / ____ / ____

Assigned to: _____     Title: _____

Information needed: _____
_____
_____

Note 1:  Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2:  IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:** _____ **Location:** _____

Interviewer notes: _____
_____
_____

**Staff Interviewed:** _____ Title: _____ Interview date: ____ / ____ / ____

Interviewer Notes: _____
_____

**Staff Interviewed:** _____ Title: _____ Interview date: ____ / ____ / ____

Interviewer Notes: _____
_____
_____

*Notes:*  ADAC WILL REVIEW I/M'S REQUEST. _____
_____
_____

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| **Interviewer (Print Name)** | **Title** | **Signature** | **Date Completed** |

**IAP / Interview Worksheet**                                       DRAFT

Inmate: ████████████████          CDCR #: ████████      CDCR 1824 Log #: 524844

| Step 3: | DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below) |

☐ An Interim Accommodation **IS NOT required**.

Reason:_____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason:_____

_____

_____

Accommodation(s) provided:                                    Date provided:

_____    ____ / ____ / ____

_____    ____ / ____ / ____

_____    ____ / ____ / ____

Comments:_____

_____

_____

████████████████          AGPA

| Person Completing Step 3 | Title | Signature | 02 / 23 / 24 Date Completed |

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.

- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.

- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter.  Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.

- Consult with the ADA Coordinator when unsure which box to check in Step 1.

- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.

- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.

- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.

- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).

- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ███████████████

CHSS035C **DPP Disability/Accommodation Summary** Friday February 23, 2024 01:11:01 PM

CDC #: ████████ PID #: ███

As of: 02/23/2024 ➡

---

### OFFENDER/PLACEMENT

CDC#: ████████████
Name: ████████████
Facility: SATF-Facility A
Housing A 002 ████████
Area/Bed:
Placement Score: 19
Custody Medium (A)
Designation:
Housing Program: Non-Designated Program Facility
Housing Lower/Bottom Bunk Only
Restrictions:
Physical
Limitations to
Job/Other:

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 03/02/2010
DPP Codes: DNH
DPP Determination Date: 01/27/2023
Current MH LOC: CCCMS
Current MH LOC Date: 01/06/2011
SLI Required: No
Interview Date: 01/30/2020
Primary Method(s) - Hearing: Hearing Aids
Alternate Method - Hearing: Need Staff to Speak
Loudly and Clearly
Non-Formulary
Accommodations/Comments:
Learning Disability:
Initial Reading Level: 12.9
Initial Reading Level Date: 10/14/2011
Durable Medical Equipment: Hearing Aid
Compression
Stocking
Eyeglass Frames
Knee Braces
Therapeutic
Shoes/Orthotics
Languages Spoken:

---

### IMPORTANT DATES

Date Received: 03/01/2010
Last Returned
Date:
Release Date: 03/28/2058
Release Type: Minimum Eligible Parole Date

### WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start 10/06/2022
Date:
Status: Full Time
Position #: BAR.002.001
Position Title: A2 BARBER/PORTER
Regular Days Monday through Friday (14:30:00 -
On: 17:00:00)
Monday through Friday (18:00:00 -
22:00:00)

# Exhibit 27

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 1/3/2024       **Date IAC Received 1824:** 1/2/2024          **1824 Log Number:** 499490

**Inmate's Name:** ▮▮▮▮▮▮▮              **CDCR #:** ▮▮▮▮▮▮▮                 **Housing:** A2-▮▮▮▮▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Executive Officer A. Banerjee, Chief Medical Executive G. Ugwueze, Chief Psychologist Dr. J. Howard, Health Care Grievance Representative ▮▮▮▮▮ Custody Appeals Representative ▮▮▮▮▮ Associate Governmental Program Analyst▮▮▮▮ Health Program Manager III▮▮▮▮ Registered Nurse▮▮▮▮ Field Training Lieutenant ▮▮▮▮, Vice Principal ▮▮▮▮▮

**Summary of Inmate's 1824 Request:** Inmate states inability to hear conversations if front of him due to hearing aids not filtering out background noise; Inmate requests a different type of hearing aids.

### Interim Accommodation:

☒ No interim accommodation required: You are not alleging a disability or requesting an accommodation to access Programs, Services, or Activities (PSA)s.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate states inability to hear conversations if front of him due to hearing aids not filtering out background noise; Inmate requests a different type of hearing aids.

**Response:** On 1/3/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

Due to its nature, your request was forwarded to Health Care Services for input. Health Care Services provided the RAP with a Disability Verification Process (DVP) Worksheet indicating Flame 250 digital hearing aid is the only type of hearing aid available at this time. It is recommended by the Hearing Aid specialist to replace #13 hearing aid batteries every 7-10 days or as needed.

You may utilize a 602HC to address disagreement with treatment provided by California Correctional Health Care Services (CCHCS).

You are encouraged to utilize the appropriate avenues to address issues, such as submitting a 7362 to Health Care Services for any medical related requests. If you are dissatisfied or disagree with the treatment being provided by Health Care Services, you may submit a 602HC and your concerns will be addressed through the Health Care Grievance Process. If you disagree with this determination, you may submit a CDCR 602-2, and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied**: If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife                        _/s/ N. Scaife_                    **Date sent to inmate:**     JAN 3 0 2024

**ADA Coordinator/Designee**          **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

CSATF OFFICE
JAN 02 2024
OF GRIEVANCES

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 409490 | CSATF OFFICE |

JAN 02 2023
OF GRIEVANCES

**\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| | | BARBER | A-2 |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

Hear conversations in front of Me while using My Hearing Aids

**WHY CAN'T YOU DO IT?**

the current Hearing Aids I was given (Flame 250) Does Not properly Filter the BackGround Noise, so Most of What is Heard is everything but the conversation at HAnd

**WHAT DO YOU NEED?**

there is a different Type of Hearing Aid currently Available it is Called ReXton ARena HP3

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**     Yes ☐     No ☒     Not Sure ☐

List and attach documents, if available:

I understand that ▮▮▮▮▮▮▮▮▮▮▮ re to cooperate may cause this request to be disapproved.

▮▮▮▮▮▮▮▮▮▮▮
**INMATE'S SIGNATURE**                    12-29-23
                                           **DATE SIGNED**

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|
| | | |

DRAFT

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>. Step 2 should be completed whenever the inmate's request is unclear or when additional input from the inmate and/or staff will help the RAP better understand the request.

Inmate: _____    CDCR #: _____    CDCR 1824 Log #: 499490

| STEP 1 INTERIM ACCOMMODATION ASSESSMENT | Date CDCR 1824 received by IAC: 1 / 2 / 2024 |

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ **Yes / Unsure** (Complete Steps 2 &/or 3)    ☑ **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:
- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| _____ | SSA | _____ | 1 / 2 / 2024 |
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ___ / ___ / ___    Due back to IAC: ___ / ___ / ___    Returned to IAC: ___ / ___ / ___

Assigned to: _____    Title: _____

Information needed: _____

_____

_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:** _____  **Location:** _____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ___ / ___ /

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ___ / ___ /

Interviewer Notes: _____

_____

_____

***Notes:*** Forward to healthcare for information on digital hearing aids. In the future, I/M is encouraged to submit a 7362 to seek medical care.

_____

_____

| _____ | _____ | _____ | ___ / ___ / ___ |
| **Interviewer (Print Name)** | **Title** | **Signature** | **Date Completed** |

DRAFT

## IAP / Interview Worksheet

Inmate: ███████████████    CDCR #: ██████████    CDCR 1824 Log #: 499490

---

**Step 3:** DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason: _____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason: _____

_____

_____

**Accommodation(s) provided:**                                    **Date provided:**

_____    ____/____/____

_____    ____/____/____

_____    ____/____/____

Comments: _____

_____

_____

_____    _____    _____    ____/____/____
Person Completing Step 3          Title          Signature          Date Completed

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name:                                                                CDC # :          PID # :

CHSS035C **DPP Disability/Accommodation Summary** Tuesday January 02, 2024 12:51:00 PM

As of: 01/02/2024    ➡

---

**OFFENDER/PLACEMENT**

CDC#:
Name:
Facility: SATF-Facility A
Housing A 002
Area/Bed:
Placement Score: 19
Custody Medium (A)
Designation:
Housing Program: Non-Designated Program Facility
Housing Lower/Bottom Bunk Only
Restrictions:
Physical
Limitations to
Job/Other:

**DISABILITY ASSISTANCE**

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 03/02/2010
DPP Codes: DNH
DPP Determination Date: 01/27/2023
Current MH LOC: CCCMS
Current MH LOC Date: 01/06/2011
SLI Required: No
Interview Date: 01/30/2020
Primary Method(s) - Hearing: Hearing Aids
Alternate Method - Hearing: Need Staff to Speak
Loudly and Clearly
Non-Formulary
Accommodations/Comments:
Learning Disability:
Initial Reading Level: 12.9
Initial Reading Level Date: 10/14/2011
Durable Medical Equipment: Hearing Aid
Compression Stocking
Eyeglass Frames
Hearing Impaired
Disability Vest
Knee Braces
Therapeutic
Shoes/Orthotics
Languages Spoken:

---

**IMPORTANT DATES**

Date Received: 03/01/2010
Last Returned
Date:
Release Date: 11/27/2057
Release Type: Minimum Eligible Parole Date

**WORK/VOCATION/PIA**

Privilege Group: A
Work Group: A1
AM Job Start 10/06/2022
Date:
Status: Full Time
Position #: BAR.002.001
Position Title: A2 BARBER/PORTER
Regular Days Monday through Friday (14:30:00 -
On: 17:00:00)
Monday through Friday (18:00:00 -
22:00:00)

**Disability Verification Process (DVP) Worksheet**
SIDE 1

| INMATE'S NAME (Print) | CDCR 1824 LOG NUMBER |
|---|---|
| ███████ | 499490 |
| **CDCR NUMBER** ███████ | |

## INSTRUCTIONS

- **A SME Shall COMPLETE SECTION 1 prior to or during the <u>INITIAL</u> RAP.**
- **When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).**

---

**SECTION 1** – SME FINDINGS

Person completing worksheet: G. Ugwueze, MD          Title: CME

Type of Review:  [✓] Health care review     [ ] Mental Health review     [ ] Education / learning disability review
                 [ ] Other review: _____

[✓] File Review conducted. Documents obtained:

[ ] CDCR 1845   dated: ___/___/___     [ ] CDCR 7410 dated: ___/___/___     [ ] CDCR 128-C2: dated: ___/___/___
[ ] CDCR 7536   dated: ___/___/___     [ ] CDC 7221-DME dated: ___/___/___
[ ] CDCR 128-C3: dated: ___/___/___    [ ] CDCR 7386: dated: ___/___/___     [ ] CDCR 7388:  dated: ___/___/___
[ ] Other: _____ dated: ___/___/___     [ ] Other: _____ dated: ___/___/___

[ ] Recently evaluated for this issue.      Date seen: ___/___/___

[ ] Evaluation (exam/interview) scheduled. Anticipated date to be seen: ___/___/___

········································································································

Disability indicated: [✓] Yes   [ ] No   [ ] Unable to Determine

                        DPP: DNH
Summary of findings:  DME: compression stocking, eyeglass, hearing aid, HID vest, knee brace,
                      therapeutic shoes
_____

Summary of limitations: bottom bunk
_____
_____

Comments: Flame 250 digital hearing aid is the only type of hearing aid available at this time. It is
          recommended by the Hearing Aid specialist to replace #13 battery every 7-10 days or as
          needed.
_____
_____
_____

_____          01/04/2024 .
Signature of Subject Matter Expert        Date Signed

DVP Worksheet – Assignment - rev 8-17-17

# Exhibit 28

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 3/8/2023      **Date IAC Received 1824:** 3/3/2023      **1824 Log Number:** SATF-A-23-00491

**Inmate's Name:** ▮▮▮      **CDCR #:** ▮▮▮      **Housing:** A2-▮▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugweze, Doctor ▮▮▮, Chief Psychologist A. Myers, Health Care Compliance Analyst ▮▮▮, Health Care Compliance Analyst ▮▮▮, Registered Nurse ▮▮▮, Health Care Grievance Representative ▮▮▮, Custody Appeals Representative ▮▮▮, ADA Staff Services Analyst ▮▮▮, Education Representative ▮▮▮, Field Training Lieutenant ▮▮▮

**Summary of Inmate's 1824 Request:** Inmate requests over the ear headphones for Viapath tablet.

---

<u>Interim Accommodation:</u>

    ☒ No interim accommodation required:  You are safely accessing programs, services, and activities.

---

**RAP Response:**

**RAP is able to render a final decision on the following:** Inmate requests over the ear headphones for Viapath tablet.

**Response**: On 3/8/2023, the RAP met and discussed your 1824, Reasonable Accommodation Request.

Viapath conducted training the week of 12/5/2022 and incorrectly advised inmates to submit an 1824 request for over the ear head phones for tablets. SATF does not currently have over the ear headphones to provide. If SATF receives these items, SATF will develop a plan to disseminate them. You may purchase over the ear headphones through quarterly packages.

Over the ear headphones are available for purchase through approved vendors and or special purchase orders. The headphones must be clear, they may not be solid colors. You can make purchases through approved vendors. To purchase assistive device items through Maxi Aids, you are required to submit a Special Purchase Order form to the ADA Coordinator (ADAC) for approval. You will need to submit a completed form to the ADA office for review. Once the form is approved by the ADAC, you will send your completed form and source of payment to the authorized vendor. To purchase items from other approved vendors, such as Walkenhorst, simply send your completed order form and source of payment to the authorized vendor. Approval from the ADAC is not required. The RAP encourages you to select an assistive device which meets the guidelines set forth in Department Operations Manuel (DOM) Authorized Personal Property Schedule (APPS).

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-1 and your concerns will be addressed through the Inmate Grievance Process.

**Direction if dissatisfied**:  If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

---

N. Scaife                                                        Date sent to inmate:

**ADA Coordinator/Designee**       **Signature**

CSATF OFFICE

MAR 28 2023

OF GRIEVANCES

RAP Response - rev 09-30-22.docx

STATE OF CALIFORNIA

**REASONABLE ACCOMMODATION REQUEST**

CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF |
|---|---|---|
| SATF | SATF - A-23-00491 | CSATF OFFICE<br>MAR 03 2023 ✓<br>OF GRIEVANCES |

***********TALK TO STAFF IF YOU HAVE AN EMERGENCY***********

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC.

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT ▓▓/▓▓ | HOUSING A-2- |
|---|---|---|---|

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

I asked the GTL representative about the ever the ear headsets they stated they were going to provide for the inmates who wear hearing aids and he told me to purchase the headsets from canteen as that will work, I can't use the earbuds provided with my hearing aids. and I can not afford to purchase any could.

**WHY CAN'T YOU DO IT?**

the earbuds are not compatible with hearing aids and I can not hear well enough with or them. I do not feel I should have to pay for a headset that is not designed for these tablets. We should not have to pay to be accomodated

**WHAT DO YOU NEED?**

the hearing impaired inmates need to be given a headset that works with our hearing aids, the general population does not have to pay for their headsets so why do we. please provide the hearing impaired inmates with a hearing aid compatible headset.

_(Use the back of this form if more space is needed)_

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☐    No ☒    Not Sure ☐

List and attach documents, if available:

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

**INMATE'S SIGNATURE**    3-2-23    **DATE SIGNED**

Assistance in completing this form was provided by:

Last Name          First Name          Signature

STATE OF CALIFORNIA

**REASONABLE ACCOMMODATION REQUEST**

CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| | | |

**\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*\***

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| | | | |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

_____
_____
_____
_____
_____

**WHY CAN'T YOU DO IT?**

_____
_____
_____
_____

**WHAT DO YOU NEED?**

_____
_____
_____
_____
_____
_____          *(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**     Yes ☐     No ☐     Not Sure ☐

List and attach documents, if available:

_____
_____

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_____     _____
**INMATE'S SIGNATURE**          **DATE SIGNED**

Assistance in completing this form was provided by:

_____     _____     _____
Last Name          First Name          Signature

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▓▓▓▓▓▓          CDCR #: ▓▓▓▓▓          CDCR 1824 Log #: SATF-A-23-00491

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**          Date CDCR 1824 received by IAC: 03 / 03 / 23

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)   [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ▓▓▓▓▓▓ | CCI | ▓▓▓▓▓▓ | 03 / 03 / 23 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: 03 / 03 / 23          Due back to IAC: 03 / 06 / 23          Returned to IAC: ____ / ____ / ____

Assigned to: _____          Title: _____

Information needed: _____

_____

_____

_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:** _____    **Location:** _____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

***Notes:*** VIAPATH CONDUCTED TRAINING THE WEEK OF 12/5/2022 AND INCORRECTLY ADVISED I/M'S TO SUBMIT AN 1824 TO REQUEST OVER THE EAR HEAD PHONES FOR TABLETS. SATF DOES NOT CURRENLTY HAVE ~~THE ITEMS. IF SATF RECEIVES THESE ITEMS, SATF WILL DEVELOP A PLAN TO DISSEMINATE THE ITEMS~~ ~~ACCORDINGLY. I/M CAN ALSO PURCHASE OVER THE EAR HEADPHONES THROUGH QUARTERLY PACKAG~~

____ / ____ / ____

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

.

## IAP / Interview Worksheet

Inmate: █████████████_____     CDCR # ████____     CDCR 1824 Log #: SATF-A-23-00491

---

**Step 3:**  DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐  An Interim Accommodation **IS NOT required**.

   Reason:_____

   _____

   _____

☐  An Interim Accommodation **IS required**.

   Reason:_____

   _____

   _____

**Accommodation(s) provided:**                                        **Date provided:**

_____          ____/____/____

_____          ____/____/____

_____          ____/____/____

Comments: _____

_____

_____

_____

| _____ | _____ | _____ | ____/____/____ |
| Person Completing Step 3 | Title | Signature | Date Completed |

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter.  Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name ████████████ I                                                    CDC #: ████████ PID #: ████

CHSS035C **DPP Disability/Accommodation Summary** Friday March 03, 2023 01:52:24 I

As of: 03/03/2023 ⇨

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| CDC#: ████ | Current DDP NCF |
| Name: ████████ | Status: |
| Facility: SATF-Facility A | DDP Adaptive None |
| Housing Area/Bed: A 002 ████ | Support Needs: |
| Placement Score: 19 | Current DDP 03/02/2010 |
| Custody Medium (A) | Status Date: |
| Designation: | DPP Codes: DNH |
| Housing Program: Sensitive Needs Yard | DPP Determination 01/27/2023 |
| Housing Lower/Bottom Bunk Only | Date: |
| Restrictions: | Current MH LOC: CCCMS |
| Physical Limitations | Current MH LOC 01/06/2011 |
| to Job/Other: | Date: |

Additional Disability Assistance fields:

- Current DDP: NCF
- Status:
- DDP Adaptive Support Needs: None
- Current DDP Status Date: 03/02/2010
- DPP Codes: DNH
- DPP Determination Date: 01/27/2023
- Current MH LOC: CCCMS
- Current MH LOC Date: 01/06/2011
- SLI Required: No
- Interview Date: 01/27/2023
- Primary Method: Hearing Aids
- Alternate Method: Need Staff to Speak Loudly and Clearly
- Learning Disability:
- Initial TABE Score: 12.9
- Initial TABE Date: 10/14/2011
- Durable Medical Equipment: Hearing Aid
  Eyeglass Frames
  Hearing Impaired Disability Vest
  Knee Braces
  Therapeutic Shoes/Orthotics
- Languages Spoken:

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|
| Date Received: 03/01/2010 | Privilege Group: A |
| Last Returned Date: | Work Group: A1 |
| Release Date: 12/04/2057 | AM Job Start Date: 10/06/2022 |
| Release Type: Minimum Eligible Parole Date | Status: Full Time |
| | Position #: BAR.002.001 |
| | Position Title: A2 BARBER/PORTER (WHT) |
| | Regular Days On: Monday through Friday (14:30:00 - 17:00:00) |
| | Monday through Friday (18:00:00 - 22:00:00) |

3/3/2023

**Disability Verification Process (DVP)**
**Worksheet**
SIDE 1

| INMATE'S NAME (Print:) | CDCR 1824 LOG NUMBER |
|---|---|
| ▓▓▓ | SATF -   A |
| CDCR NUMBER ▓▓▓ | 23-00491 |

## INSTRUCTIONS

- A SME Shall COMPLETE SECTION 1 prior to or during the <u>INITIAL</u> RAP.
- When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).

### SECTION 1 – SME FINDINGS

Person completing worksheet: _____ ▓▓▓ _____ Title: _____ AGPA _____

Type of Review: ☐ Health care review   ☐ Mental Health review   ☐ Education / learning disability review
☑ Other review: _____ HCGO _____

☐ File Review conducted. Documents obtained:

☐ CDCR 1845  dated: __/__/__    ☐ CDCR 7410 dated: __/__/__    ☐ CDCR 128-C2: dated: __/__/__
☐ CDCR 7536  dated: __/__/__    ☐ CDC 7221-DME dated: __/__/__    ☐ CDCR 7388: dated: __/__/__
☐ CDCR 128-C3: dated: __/__/__    ☐ CDCR 7386: dated: __/__/__
☐ Other: _____ dated: __/__/__    ☐ Other: _____ dated: __/__/__

☐ Recently evaluated for this issue.   Date seen: __/__/__

☐ Evaluation (exam/interview) scheduled.  Anticipated date to be seen: __/__/__

TABE  12.9
Disability indicated: ☑ Yes  ☐ No  ☐ Unable to Determine   DNH

Summary of findings: _____

Summary of limitations: _____

Comments: _____ GRIEVANCE REGARDING RAP ISSUE _____

▓▓▓                                    3/8/2023
_____ er Expert                      _____ Date Signed

Exhibit 29

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 12/13/2023          **Date IAC Received 1824:** 12/11/2023          **1824 Log Number:** 490926

**Inmate's Name:** ████████          **CDCR #:** ██████          **Housing:** B1-█████

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugwueze, Psychologist Dr. ████, Health Care Grievance Representative ████████, Custody Appeals Representative ██████, Associate Governmental Program Analyst ████, Staff Services Analyst ████████, Staff Services Analyst ██████, Education Representative ████████ Field Training Lieutenant ████████

**Summary of Inmate's 1824 Request:** Inmate requests a Personal Sound Amplification Device (PSAD), an iPad with live captioning, and a magnifier.

---

Interim Accommodation:

☒ Interim Accommodation Provided: You were offered a card magnifier but refused to accept the accommodation. You were also advised of the availability of the full-page magnifier which is available for checkout in your building.

---

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate requests a Personal Sound Amplification Device (PSAD), an iPad with live captioning, and a magnifier.

**Response:** On 12/13/2023, the RAP met and discussed your 1824, Reasonable Accommodation Request.

On 12/11/2023, you were provided a PSAD by a Field Training Sergeant (FTS). Please be advised, you may request battery exchange on a one for one basis by contacting your FTS. The FTS offered to provide you with a card magnifier, but you refused the accommodation. You were advised of the availability of the full-page magnifier which is available for checkout in your building.

You do not have a severe hearing impairment impacting placement. You are accommodated with hearing aids, pocket talker, and access to the caption phone. Your current Effective Communication (EC) methods of hearing aids and need staff to speak loudly and clearly are sufficient to maintain EC during due process and all general communication. You do not require an iPad or iPhone with live captioning to access PSAs.

Due to its nature, your request was forwarded to Health Care Services for input. Health Care Services provided the RAP with a Disability Verification Process (DVP) Worksheet indicating you recently had a vision evaluation with Optometry on 10/13/2023. Your vision with corrective lenses in the right eye is 20/25 and the left eye is 20/20. You are not designated vision impaired; you do not qualify for an LED magnifier at this time.

You are encouraged to utilize the appropriate avenues to address issues, such as submitting a 7362 to Health Care Services for any medical related requests. If you are dissatisfied or disagree with the treatment being provided by Health Care Services, you may submit a 602HC and your concerns will be addressed through the Health Care Grievance Process. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife _____          _____          **Date sent to inmate:**          JAN 1 0 2024

**ADA Coordinator/Designee**          **Signature**

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

Page 1 of 1

| INSTITUTION (Staff use only) SATF | LOG NUMBER (Staff Use Only) 490926 | DATE RECEIVED BY STAFF: CSATF OFFICE DEC 11 2023 OF GRIEVANCES |
|---|---|---|

**\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) ▓▓▓ | CDCR NUMBER ▓▓▓ | ASSIGNMENT B-1- | HOUSING B-1- |
|---|---|---|---|

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
_____
_____
_____
_____
_____

**WHY CAN'T YOU DO IT?**
_____
_____
_____
_____

**WHAT DO YOU NEED?** Magnifier, wanker-Talker, I Pad, Phone Thingie, Stand alone magnifier. thank y'all
_____
_____
_____
_____ *(Use the back of this form if more space is needed)*

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?    Yes ☑    No ☐    Not Sure ☐ |
|---|

List and attach documents, if available:
_____
_____

I understand that st▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and my failure to cooperate may cause this request to be disapproved.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓         12-8-23
                       **DATE SIGNED**

Assistance in completing this form was provided by:

| _____ | _____ | _____ |
|---|---|---|
| Last Name | First Name | Signature |

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate ███████    CDCR #: ███████    CDCR 1824 Log #: 490926

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 12 / 11 / 23

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)    [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ███████ | AGPA | ███████ | 12 / 11 / 23 |
|---|---|---|---|
| Person Completing Step 1 | Title | | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: 12 / 11 / 23    Due back to IAC: 12 / 12 / 23    Returned to IAC: 12 12 23

Assigned to: FACILITY B    Title: FTS

Information needed: <u>PLEASE ISSUE I/M A POCKET TALKER. PLEASE OFFER I/M A CARD SIZED MAGNIFIER AND ADVISE OF THE AVAILABILITY OF FULL PAGE MAGNIFIER FOR CHECK OUT.</u>

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score. etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: 12/11/23    1645    Location: B1

Interviewer notes: I/M WAS ISSUED POCKET TALKER. IM REFUSED CARD MAGNIFER BUT WAS ADVISED OF FULL SIZED MAGNIFER

Staff Interviewed: _____    Title: _____    Interview date: ___ / ___ / ___
Interviewer Notes: _____

Staff Interviewed: _____    Title: _____    Interview date: ___ / ___ / ___
Interviewer Notes: _____

***Notes:*** FORWARD FOR HC FOR INPUT FOR REQUEST OF MAGNIFIER AND VISION RELATED REQUESTS. A REVIEW OF SOMS INDICATES I/M DOES NOT HAVE A DOCUMENTED VISION IMPAIRMENT. ADAC APPROVES ISSUANCE OF POCKET TALKER.

| ███████ | GGT | ███████ | 12 / 11 / 23 |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

DRAFT

## IAP / Interview Worksheet

Inmate: _____    CDCR #: _____    CDCR 1824 Log #: 490926

---

**Step 3:  DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

☐ An Interim Accommodation **IS NOT required**.

   Reason: _____

   _____

   _____

☐ An Interim Accommodation **IS required**.

   Reason: _____

   _____

   _____

**Accommodation(s) provided:**                                **Date provided:**

_____    ____ / ____ / ____

_____    ____ / ____ / ____

_____    ____ / ____ / ____

Comments: _____

_____

_____

| ▮▮▮▮▮▮▮ | AGPA | | 12 / 12 / 23 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.

- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.

- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.

- Consult with the ADA Coordinator when unsure which box to check in Step 1.

- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.

- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.

- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.

- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).

- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ███████████

CDC #: ████    PID #: ████

CHSS035C **DPP Disability/Accommodation Summary** Monday December 11, 2023 04:10:42 PM

As of: 12/11/2023

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| **CDC#:** ████ | **Current DDP Status:** NCF |
| **Name:** ███████████ | **DDP Adaptive** None |
| **Facility:** SATF-Facility B | **Support Needs:** |
| **Housing** B 001 | **Current DDP Status Date:** 12/03/2003 |
| **Area/Bed:** | **DPP Codes:** DPM, DNH |
| **Placement** 19 | **DPP Determination Date:** 09/01/2023 |
| **Score:** | **Current MH LOC:** GP |
| **Custody** Medium (A) | **Current MH LOC Date:** 12/05/2003 |
| **Designation:** | **SLI Required:** No |
| **Housing** General Population | **Interview Date:** 05/24/2021 |
| **Program:** | **Primary Method(s) - Hearing:** Hearing Aids |
| **Housing** Ground Floor-No Stairs | **Alternate Method - Hearing:** Need Staff to Speak Loudly and Clearly |
| **Restrictions:** Lower/Bottom Bunk Only | **Non-Formulary** Per CDCR 128-B dated 5-24-21, CCI ██████ |
| **Physical** | **Accommodations/Comments:** updated the Effective Communication Chrono. |
| **Limitations to** | **Knowles's Primary Method: Hearing Aids.** |
| **Job/Other:** | His Alternative Method: Need Staff to Speak Loudly and Clearly. |
| | TimeStamp: 24 May 2021 14:05:10 --- User: ███████████ |
| | **Learning Disability:** |
| | **Initial Reading Level:** 12.9 |
| | **Initial Reading Level Date:** 12/10/2003 |
| | **Durable Medical Equipment:** Hearing Aid |
| | Ankle Foot Orthoses/Knee Ankle Foot Orthoses (AFO/KAFO) |
| | Wrist Support Brace |
| | Compression Stocking |
| | Canes |
| | Mobility Impaired Disability Vest |
| | Eyeglass Frames |
| | Full Upper Denture |
| | Hearing Impaired Disability Vest |
| | Knee Braces |
| | Partial Lower Denture - Acrylic |
| | Therapeutic Shoes/Orthotics |
| | Walkers |
| | **Languages Spoken:** |

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|
| **Date Received:** 11/21/2003 | **Privilege Group:** B |
| **Last Returned Date:** | **Work Group:** A2 |
| **Release Date:** 05/09/2278 | **AM Job Start Date:** |
| **Release Type:** Minimum Eligible Parole Date | **Status:** |
| | **Position #:** |
| | **Position Title:** |
| | **Regular Days On:** |

**Disability Verification Process (DVP) Worksheet**
SIDE 1

| INMATE'S NAME (Print) | CDCR 1824 LOG NUMBER |
|---|---|
| ▮▮▮▮▮▮▮ | 490926 |
| CDCR NUMBER | |
| ▮▮▮▮▮▮▮ | |

## INSTRUCTIONS

- **A SME Shall COMPLETE SECTION 1 prior to or during the <u>INITIAL</u> RAP.**

- **When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).**

---

### SECTION 1 – SME FINDINGS

Person completing worksheet: G. Ugwueze, MD          Title: CME

Type of Review:  [✓] Health care review    [ ] Mental Health review    [✓] Education / learning disability review

[ ] Other review: _____

[✓] File Review conducted.  Documents obtained:

[ ] CDCR 1845    dated: ___/___/___    [ ] CDCR 7410 dated: ___/___/___    [ ] CDCR 128-C2: dated: ___/___/___

[ ] CDCR 7536    dated: ___/___/___    [ ] CDC 7221-DME dated: ___/___/___

[ ] CDCR 128-C3: dated: ___/___/___    [ ] CDCR 7386: dated: ___/___/___    [ ] CDCR 7388:    dated: ___/___/___

[ ] Other: _____ dated: ___/___/___    [ ] Other: _____ dated: ___/___/___

[ ] Recently evaluated for this issue.    Date seen: ___/___/___

[ ] Evaluation (exam/interview) scheduled.  Anticipated date to be seen: ___/___/___

......................................................................................................

Disability indicated:  [✓] Yes    [ ] No    [ ] Unable to Determine

DPP: DNH, DPM

Summary of findings: DME: Permanent: AFO/Knee AFO, cane, compression stocking, eyeglasses, hearing aid, HID vest, knee braces, MID vest, therapeutic shoes, walker, wrist support brace

Summary of limitations: Bottom Bunk, Ground Floor- No Stairs

Comments: Patient recently had vision evaluation with Optometry on 10/13/23. Patient's vision with corrective lenses in right eye is 20/25, left eye 20/20. Patient is not a designated vision impaired; pt does not qualify for an LED magnifier at this time.

_____
Signature of Subject Matter Expert

Date Signed: 12/15/2023

DVP Worksheet – Assignment - rev 8-17-17

Exhibit 30

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 4/10/2024      **Date IAC Received 1824:** 4/5/2024      **1824 Log Number:** 543876

**Inmate's Name:** ▓▓▓▓▓▓      **CDCR #:** ▓▓▓▓▓      **Housing:** E2-▓▓▓

**RAP Staff Present:** ADA Coordinator N. Scaife, Associate Governmental Program Analyst ▓▓▓ Psychologist Dr. ▓▓▓ Chief Physician and Surgeon W. Kokor, Staff Services Analyst ▓▓▓ Registered Nurse ▓▓▓ Health Care Grievance Representative ▓▓▓ Office of Grievance Representative ▓▓▓ Field Training Lieutenant ▓▓▓

**Summary of Inmate's 1824 Request:** Inmate reports difficulty carrying items; Inmate reports difficulty hearing announcements; Inmate requests a walker bag and personal notifications.

### Interim Accommodation:

☒ No interim accommodation required: You are not alleging a disability or requesting an accommodation to access Programs, Services, or Activities (PSA)s.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports difficulty carrying items; Inmate reports difficulty hearing announcements; Inmate requests a walker bag and personal notifications.

**Response:** On 4/10/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

A review of Strategic Offender Management System (SOMS) indicates you are prescribed a temporary walker for 6 months. However, SATF is currently out of walker bags you have been placed on the waitlist and will receive a bag when stock arrives, and your name is reached on the list. In interim, you may request assistance carrying items from ADA workers.

Per the Interim Accommodation Procedure (IAP) worksheet, dated 4/6/2024, you were interviewed and advised to wear your hearing aid to assist hearing announcements on the PA. You were also issued a pocket talker on 4/9/2024 to further assist you.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife _____      _~~/. Smif~~_ _____      Date sent to inmate:   APR 2 4 2024

**ADA Coordinator/Designee**      **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 543876 | APR 05 2024 |
| **TALK TO STAFF IF YOU HAVE AN EMERGENCY. DO NOT use a CDCR 1824 to request healthcare or to appeal a healthcare decision. This may delay your access to health care. Instead submit a CDCR 7362 or a CDCR 602-HC** | | OF GRIEVANCES |

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| | | | B1 |

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

I have incontinence supplies that I have to KOP and I need to be able to put it somewhere when I leave the unit.

I can't hear the PA announcements.

**WHY CAN'T YOU DO IT?**

I don't have a bag for my walker.

The PA sounds very muffled and I'm DNH.

**WHAT DO YOU NEED?**

I need a bag that attaches to my walker.

I need the C/o to inform me of where I am going via normal voice instead of over the PA.

*(Use the back of this form if more space is needed)*

| DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?    Yes ☑    No ☐    Not Sure ☐ |
|---|
| List and attach documents, if available: See Medical File |

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| INMATE'S SIGNATURE | 4/3/24 |
|---|---|
| | DATE SIGNED |

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day.</u>
Step 2 should be completed whenever the inmate's request is unclear or when additional input from the inmate and/or staff will help the RAP better understand the request.

Inmate: ▮▮▮▮▮▮▮▮     CDCR #: ▮▮▮▮▮▮     CDCR 1824 Log #: 543876

---

**STEP 1  INTERIM ACCOMMODATION ASSESSMENT**     Date CDCR 1824 received by IAC: 04 / 05 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)     [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ▮▮▮▮▮▮ | AGPA | ▮▮▮▮▮▮ | 04 / 05 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2   CDCR 1824 INTERVIEWS**     *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: 04 / 05 / 24     Due back to IAC: 04 / 06 / 24     Returned to IAC: 04 / XX / 24

Assigned to: FACILITY E     Title: FTS

Information needed: <u>PLEASE ADVISE I/M SATF IS OUT OF STOCK OF WALKER BAGS; I/M HAS BEEN PLACED ON WAITING LIST. PLEASE ADVISE I/M OF THE AVAILABILITY OF POCKET TALKERS AND DETERMINE IF THIS WOULD BETTER ACCOMMODATE THE I/M.</u>

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: 4/6/24 1150     Location: E1 Dayroom

Interviewer notes: SPOKE TO I/M ABOUT WALKER BAG ADVISED HIM HE WOULD RECIEVE ONE AS SOON AS THEY CAME IN. ALSO I/M WAS NOT WEARING HEARING AID AND I ADVISED HIM TO WEAR IT. HE SAID HE ONLY HAS A PROBLEM HEARING ANNOUNCEMENTS ON PA AND HE CAN

Staff Interviewed: ▮▮▮▮▮▮     Title: SGT     Interview date: 04 / 06 / 24

Interviewer Notes: HEAR WHEN OFFICER IN CONTROL BOOTH OPENS THE WINDOW AND SHOUTS TO HIM. I SPOKE TO OFFICER S AND ADVISED THEM TO OPEN HIS DOOR AND SPEAK TO HIM WITHOUT P.A.

Staff Interviewed: _____     Title: _____     Interview date: ___ / ___ / ___

Interviewer Notes: A REVIEW OF SOMS INDICATES I/M IS PRESCRIBED A TEMP WALKER FOR 6 MONTHS. HOWEVER, SATF IS CURRENTLY OUT OF STOCK OF WHEELCHAIR/WALKER BAGS. I/M HAS BEEN PLACED ON THE WAITING LIST AND WILL RECEIVE A BAG WHEN STOCK ARRIVES. IN INTERIM, I/M MAY REQUEST ASSISTANCE CARRYING ITEMS FROM ADA WORKERS

Notes: I/M IS DESIGNATED DNH, HEARING IMPAIRED NOT IMPACTING PLACEMENT, WITH NEEDS STAFF TO SPEAK LOUDLY AND CLEARLY AS PRIMARY EC. I/M IS PRESCRIBED HEARING AIDS. I/M IS ENCOURAGED TO UTILIZE HEARING AIDS. I/M WAS ISSUED A POCket talker on 4/9/24

| ▮▮▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮ | 4 / 9 / 24 |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**IAP / Interview Worksheet**

Inmate: ███████████    CDCR #: ████████    CDCR 1824 Log #: 543876

---

**Step 3:** DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐ An Interim Accommodation **IS NOT required.**

Reason:_____

_____

_____

☐ An Interim Accommodation **IS required.**

Reason:_____

_____

_____

Accommodation(s) provided:                                    Date provided:

_____    ____/____/____

_____    ____/____/____

_____    ____/____/____

Comments:_____

_____

_____

| ██████████ | AGPA | | 04 / 05 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ███████████████████     CDC #: ███████  PID #: ███████

CHSS035C **DPP Disability/Accommodation Summary** Friday April 05, 2024 12:46:19 PM

As of: 04/05/2024 ➡

---

### OFFENDER/PLACEMENT

CDC#: ██████
Name: ████████████████
Facility: SATF-Facility E
Housing E 001 ████████
Area/Bed:
Placement 19
Score:
Custody Unclassified
Designation:
Housing Non-Designated Program Facility
Program:
Housing Lower/Bottom Bunk Only
Restrictions:
Physical
Limitations to
Job/Other:

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 04/19/2017
DPP Codes: DNH
DPP Determination Date: 01/11/2024
Current MH LOC: CCCMS
Current MH LOC Date: 06/26/2017
SLI Required: No
Interview Date: 01/19/2024
Primary Method(s) - Hearing: Need Staff to Speak Loudly and Clearly
Alternate Method - Hearing: Reads Lips
Non-Formulary
Accommodations/Comments:
Learning Disability:
Initial Reading Level: 12.0
Initial Reading Level Date: 01/30/2024
Durable Medical Equipment: Hearing Aid
Canes
Eyeglass Frames
Hearing / Mobility
Impaired Disability
Vest
Incontinence
Supplies
Other (Include in
Comments)
Walkers
Languages Spoken:

---

### IMPORTANT DATES

Date Received: 12/13/2023
Last Returned Date:
Release Date: 06/27/2026
Release Type: Earliest Possible Release Date

### WORK/VOCATION/PIA

Privilege Group: U
Work Group: U
AM Job Start Date:
Status:
Position #:
Position Title:
Regular Days On: