# Exhibit 36

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 2/21/2024        **Date IAC Received 1824:** 2/14/2024        **1824 Log Number:** 520316

**Inmate's Name:** ▮▮▮▮▮▮                        **CDCR #** ▮▮▮▮                        **Housing:** B2-▮▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugwueze, Psychologist Dr. ▮▮▮ Health Care Grievance Representative ▮▮▮, Custody Appeals Representative ▮▮▮ Associate Governmental Program Analyst ▮▮▮ Staff Services Analyst ▮▮▮ Field Training Lieutenant ▮▮▮ Principle (A) ▮▮▮

**Summary of Inmate's 1824 Request:** Inmate reports difficulty waking up on time due to being a deep sleeper and documented hearing impairment; Inmate requests sign language classes and a vibrating watch.

---

### Interim Accommodation:

☒ No interim accommodation required: You are currently designated Hearing Impaired, Not Impacting Placement (DNH) and accommodated with hearing aids.

---

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports difficulty waking up on time due to being a deep sleeper and documented hearing impairment; Inmate requests sign language classes and a vibrating watch.

**Response**: On 2/21/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

Your request was forwarded to the Central Screening Team (CST) for review. The CST identified you claim regarding programs and determined it does not fit within the scope of a request for reasonable accommodation. These claims have been referred to the appropriate department and will be responded to within sixty days via a grievance response.

A review of Strategic Offender Management System (SOMS) indicates you are currently designated DNH with primary Effective Communication (EC) of needs staff to speak loudly and clearly and alternate of hearing aids. Accounting confirmed you are not considered indigent. You may utilize approved processes to purchase a vibrating watch. Sign Language Interpreter (SLI) classes are not currently available at California Substance Abuse Treatment Facility and State Prison at Corcoran (CSATF).

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2, and your concerns will be addressed through the Inmate Grievance Process.

**Direction if dissatisfied**: If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife                                                        Date sent to inmate:        MAR 1 2 2024

**ADA Coordinator/Designee**        **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) 520316 | DATE RECEIVED BY STAFF: CSATF OF... FEB 14 2024 ...GRIEVANCES |
|---|---|---|

**\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*\***
DO NOT use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT N/A | HOUSING B2 |
|---|---|---|---|

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDOR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I can't wake up on time and depend on my
Bunky/Celly to wake me up. And I can't
Afford paying from the catalog.

**WHY CAN'T YOU DO IT?**
I am a deep Sleeper (AND HAVE DOCUMENTED
HEARING IMPAIRMENT.)

**WHAT DO YOU NEED?**
I like to request to get a Sign Language Classes
and a Vibrating watch and Alarm.

_____
_____
_____  _(Use the back of this form if more space is needed)_

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☒   No ☐   Not Sure ☐
List and attach documents, if available:
Hearing impaired

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| | 1-31-2024 |
|---|---|
| INMATE'S SIGNATURE | DATE SIGNED |

Assistance in completing this form was provided by:

| | |
|---|---|
| Last Name | First Name | Signature |

DRAFT

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>. Step 2 should be completed whenever the inmate's request is unclear or when additional input from the inmate and/or staff will help the RAP better understand the request.

| Inmate: | CDCR #: | CDCR 1824 Log #: 520316 |
|---|---|---|

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 02 / 14 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ **Yes / Unsure** (Complete Steps 2 &/or 3)        ☑ **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely navigate stairs.
- Cannot safely access upper bunk.
- Seizure disorder and is assigned an upper bunk.
- Workplace safety concerns.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| | AGPA | | 02 / 14 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____        Due back to IAC: ____ / ____ / ____        Returned to IAC: ____ / ____ / ____

Assigned to: _____    Title: _____

Information needed: _____
_____
_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:**_____ **Location:**_____

Interviewer notes: _____
_____
_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____
_____
_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____
_____
_____

***Notes:*** A REVIEW OF SOMS INDICATES I/M IS CURRENTLY DESIGNATED DNH WITH PRIMARY EC OF NEEDS
~~STAFF TO SPEAK LOUDLY AND CLEARLY AND ALTERNATE OF HEARING AIDS. ACCOUNTING CONFIRMED~~
~~I/M IS NOT CONSIDERED INDIGENT. I/M MAY UTILIZE APPROVED PROCESSES TO PURCHASE A VIBRATING~~
~~WATCH. SLI CLASSES ARE NOT CURRENTLY AVAILABLE AT SATF.~~

| | | | ____ / ____ / ____ |
|---|---|---|---|
| **Interviewer (Print Name)** | **Title** | **Signature** | **Date Completed** |

DRAFT

## IAP / Interview Worksheet

Inmate: █████████████████     CDCR #: ██████████     CDCR 1824 Log #: 520316

---

**Step 3:    DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason: _____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason: _____

_____

_____

| **Accommodation(s) provided:** | **Date provided:** |
|---|---|
| _____ | ___ / ___ / ___ |
| _____ | ___ / ___ / ___ |
| _____ | ___ / ___ / ___ |

Comments: _____

_____

_____

| ██████████████ | AGPA | | 02 / 15 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter.  Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name ██████████████████████                                    CDC #: ██████    PID # ████

CHSS035C **DPP Disability/Accommodation Summary** Wednesday February 14, 2024 02:01:48 PM

As of: 02/14/2024 ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|

**OFFENDER/PLACEMENT**

CDC# ████████████████
Name ████████
Facility: SATF-Facility B
Housing Area/Bed: B 002 ███████████
Placement Score: 31
Custody Designation: Medium (A)
Housing Program: General Population
Housing Restrictions:
Physical Limitations
to Job/Other:

**DISABILITY ASSISTANCE**

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 11/07/2012
DPP Codes: DNH
DPP Determination Date: 01/24/2017
Current MH LOC: GP
Current MH LOC Date: 11/02/2012
SLI Required: No
Interview Date: 06/19/2019
Primary Method(s) - Hearing: Need Staff to Speak Loudly and Clearly
Alternate Method - Hearing: Hearing Aids
Non-Formulary *Alternative methods:*
Accommodations/Comments: **American Sign Language**
**Reads Lips**
**Written Notes**
**Sign Exact English**

Refer to updated EC Chrono (rev. 12/13) CDC 128B dated 6/19/19
Learning Disability:
Initial Reading Level: 04.4
Initial Reading Level Date: 10/16/2018
Durable Medical Equipment: Hearing Aid
Hearing Impaired Disability Vest
Languages Spoken:

**IMPORTANT DATES**

Date Received: 11/02/2012
Last Returned Date:
Release Date: 12/28/2037
Release Type: Earliest Possible Release Date

**WORK/VOCATION/PIA**

Privilege Group: A
Work Group: A1
AM Job Start Date:
Status:
Position #:
Position Title:
Regular Days On:

# Exhibit 37

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 12/20/2023      **Date IAC Received 1824:** 12/15/2023      **1824 Log Number:** 492884

**Inmate's Name:** ▆▆▆▆      **CDCR #:** ▆▆▆▆      **Housing:** CTC-▆▆▆

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Physician and Surgeon Dr. N. Ndu, Psychologist Dr. ▆▆ Health Care Grievance Representative ▆▆▆▆, Custody Appeals Representative ▆▆▆▆ Associate Governmental Program Analyst ▆▆▆▆, Staff Services Analyst ▆▆▆▆ Field Training Lieutenant ▆▆▆

**Summary of Inmate's 1824 Request:** Inmate reports getting winded while wheeling himself to the podium for announcements; Inmate requests staff make personal notifications to him at his cell.

---

### Interim Accommodation:

☒ No interim accommodation required: You are safely accessing Programs, Services, or Activities (PSA)s in your wheelchair and has access to Americans with Disabilities Act (ADA) workers for assistance if needed.

---

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports the battery in talking book player no longer works; Inmate requests a replacement battery pack.

**Response:** On 12/20/2023, the RAP met and discussed your 1824, Reasonable Accommodation Request.

Per the Interim Accommodation Procedure (IAP) worksheet, dated 12/15/2023, you were observed accessing Programs, Services, or Activities (PSA)s while in possession of your wheelchair. You were educated on how to utilize your wheelchair and ask for assistance from ADA workers to provide assistance if needed.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2, and your concerns will be addressed through the Inmate Grievance Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife                                          **Date sent to inmate:**      JAN 1 2 2024

**ADA Coordinator/Designee**          **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 492884 | CSATF OFFICE DEC 15 2023 OF GRIEVANCES |

\*\*\*\*\*\*\*\*\*\*\***TALK TO STAFF IF YOU HAVE AN EMERGENCY**\*\*\*\*\*\*\*\*\*\*\*

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ████ | ████ | 2nd W ADA | F1-██ |

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

I get winded just trying to go the podium, and everywhere else.

**WHY CAN'T YOU DO IT?**

I just returned 2 days ago from a 5 day stay in the Hospital for pneumonia. It has been very difficult moving around, even just to the podium. I

**WHAT DO YOU NEED?**

I have previously asked about having some to inform me about announcements because I can rarely understand the PA system. And now, if I am paged to the podium, or medical or anywhere I need to have some come down to tell I to help me, & esc even to just the podium. I am getting winded for the smallest activity.

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☐    No ☐    Not Sure ☑

List and attach documents, if available:

I understand that staff ████ cooperate may cause this request to be disapproved.

12-12-23
**DATE SIGNED**

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day.</u>
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: [redacted]          CDCR #: [redacted]          CDCR 1824 Log #: __492884__

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**          Date CDCR 1824 received by IAC: _12_ / _15_ / _23_

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[✓] **Yes / Unsure (Complete Steps 2 &/or 3)**          [ ] **No (None of the issues below are present)** [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

[redacted]          AGPA          [redacted]          _12_ / _15_ / _23_

Person Completing Step 1          Title          Date Completed

---

**STEP 2    CDCR 1824 INTERVIEWS**          *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: _12_ / _15_ / _23_          Due back to IAC: _12_ / _18_ / _23_          Returned to IAC: _12 / 18 / 23_

Assigned to: FACILITY F          Title: FTS

Information needed: <u>PLEASE ENSURE I/M IS SAFELY ACCESSING PSA'S AND IS IN POSSESSION OF HIS ASSIGNED WHEELCHAIR. PLEASE ADVISE I/M HE MAY UTILIZE HIS WHEELCHAIR AND REQUEST ASSISTANCE WITH PUSHING FROM ANY ADA WORK OR STAFF.</u>

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: _12/15/23    2000HRS_ Location: _F1_

Interviewer notes: _I observed F/m accessing PSAS while in possession of his wheelchair. I explained to him how to utilize his wheelchair and ask for assistance from ADA workers to push and assist him when needed._

Staff Interviewed: _C/o_ [redacted]          Title: _C/o_          Interview date: _12_ / _15_ / _23_

Interviewer Notes: _Officer_ [redacted] _stated she see's F/m Jacques using his wheelchair and being assisted by ADA workers to access PSA's._

Staff Interviewed: _____          Title: _____          Interview date: ___ / ___ / ___

Interviewer Notes: _____

Notes: A REVIEW OF SOMS INDICATES I/M IS CURRENLTY DESIGNATED DPO WITH AN ASSIGNED WHEELCHAIR. I/M MAY REQUEST ASSISTANCE WITH ACCESSING FROM ADA WORKERS OR STAFF, INCLUDING THE ADA WORKER CURRENTLY ASSIGNED TO THE SAME HOUSING POD.

[redacted]          _SGT_          [redacted]          _12_ / _15_ / _23_

Interviewer (Print Name)          Title          Signature          Date Completed

**IAP / Interview Worksheet**

Inmate: ████████    CDCR #: ████████    CDCR 1824 Log #: 492884

**Step 3:** **DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

[✓] An Interim Accommodation **IS NOT required.**

Reason: Im is safely accessing DSA's # in wheelchair and has access to ADA workers for assistance.

[ ] An Interim Accommodation **IS required.**

Reason: _____

_____

_____

**Accommodation(s) provided:**                                    **Date provided:**

_____    ___/___/____

_____    ___/___/____

_____    ___/___/____

Comments: _____

_____

_____

| ████████ | AGPA | ████████ | 12 / 12 / 23 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: 

CDC #:     PID #:

**CHSS035C DPP Disability/Accommodation Summary** Friday December 15, 2023 10:44:10 AM

As of: 12/15/2023

## OFFENDER/PLACEMENT

CDC#:
Name:
Facility: SATF-Facility F
Housing F 001
Area/Bed:
Placement Score: 19
Custody Medium (A)
Designation:
Housing Program: Non-Designated Program Facility
Housing Ground Floor-Limited Stairs
Restrictions: Lower/Bottom Bunk Only
Physical Transport Vehicle with Lift
Limitations to Special Cuffing Needed
Job/Other: Permanent - 12/31/9999

## DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 10/23/2017
DPP Codes: DPO
DPP Determination Date: 05/11/2023
Current MH LOC: CCCMS
Current MH LOC Date: 08/09/2023
SLI Required:
Interview Date:
Non-Formulary
Accommodations/Comments:
Learning Disability:
Initial Reading Level: 12.9
Initial Reading Level Date: 10/30/2017
Durable Medical Equipment: Air Cushion (for
   Wheelchair Seat)
   Canes
   Mobility Impaired
   Disability Vest
   Diabetic
   Supplies/Monitors
   Eyeglass Frames
   Incontinence Supplies
   Night Guard
   Therapeutic
   Shoes/Orthotics
   Walkers
   Wide Wheel Chair
Languages Spoken:

## IMPORTANT DATES

Date Received: 10/18/2017
Last Returned
Date:
Release Date: 08/27/2207
Release Type: Minimum Eligible Parole Date

## WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start 05/19/2021
Date:
Status: Full Time
Position #: AD1.001.007
Position Title: F B-1 ADA WORKER GROUP A
Regular Days On: Monday through Friday (06:30:00 -
   10:00:00)
   Monday through Friday (10:30:00 -
   14:00:00)

# Exhibit 38

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 12/20/2023     **Date IAC Received 1824:** 12/18/2023     **1824 Log Number:** 493631

**Inmate's Name:** ▮      **CDCR #:** ▮      **Housing:** CTC ▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Physician and Surgeon Dr. N. Ndu, Psychologist Dr. ▮▮ Health Care Grievance Representative ▮▮, Custody Appeals Representative ▮▮, Associate Governmental Program Analyst ▮, Staff Services Analyst ▮o, Field Training Lieutenant ▮▮

**Summary of Inmate's 1824 Request:** Inmate alleges they missed pill call because they could not hear the announcement; Inmate requests to have staff give them personal notification of announcements.

### Interim Accommodation:

☒ No interim accommodation required: You do not report difficulty accessing Programs, Services, or Activities (PSA)s or performing Activities of Daily Living (ADL)s.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate alleges they missed pill call because they could not hear the announcement; Inmate requests to have staff give them personal notification of announcements.

**Response:** On 12/20/2023, the RAP met and discussed your 1824, Reasonable Accommodation Request.

Your previous 1824 requesting personal notifications (Grievance Log #492884) stated personal notifications were needed due to getting winded when wheeling yourself to the podium.

Due to its nature, your request was forwarded to Health Care Services for input. Health Care Services provided the RAP with a Disability Verification Process (DVP) Worksheet indicating you do not have documented hearing responsibility; you are scheduled for a hearing evaluation by your Primary Care Provider (PCP) on 12/27/2023. On 12/17/2023, you failed to show up to medication line for Suboxone. You did attend morning and evening medication on that day.

It is your responsibility to listen for announcements.

You are encouraged to utilize the appropriate avenues to address issues, such as submitting a 7362 to Health Care Services for any medical related requests. If you are dissatisfied or disagree with the treatment being provided by Health Care Services, you may submit a 602HC and your concerns will be addressed through the Health Care Grievance Process. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife        _1. Scaife_        **Date sent to Inmate:**     **JAN 1 7 2024**

**ADA Coordinator/Designee**      **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only)<br>SATF | LOG NUMBER (Staff Use Only)<br>49343 | DATE RECEIVED BY STAFF:<br>CSATF OFFICE<br>DEC 18 2023<br>OF GRIEVANCES |
|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\***TALK TO STAFF IF YOU HAVE AN EMERGENCY**\*\*\*\*\*\*\*\*\*\*\*\*
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT<br>2 (w ADA | HOUSING<br>F1– |
|---|---|---|---|

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I met w/ an ADA Sgt yesterday for this very issue. I was denied my Afternoon Meds because I was late to pill call

**WHY CAN'T YOU DO IT?**
I did not hear, nor did 5 other Podmates, the call for Pill call. One said he heard a mail call but that was it. This is at least the 3rd X I've requested help being notified of Podium announcements ANY and ALL. I DO NOT hear them, or understand whats said.

**WHAT DO YOU NEED?** I need some kind of Remedy for not being able to hear or understand PC announcements. Whether lights on/off or a Porter, or guid cost. Also me [redacted] ridiculous statements saying what time to do pill call. Anytime from 11:40 to 12:45. It VARIES that much? I ask AGAIN, can i please get assistance for responding to announcements. And C/o's cooperation as well.

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☐    No ☑    Not Sure ☐

List and attach documents, if available:

I understand that sta [redacted] failure to cooperate may cause this request to be disapproved.

12-17-23
**DATE SIGNED**

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>. Step 2 should be completed whenever the inmate's request is unclear or when additional input from the inmate and/or staff will help the RAP better understand the request.

Inmate: ███████    CDCR #: ███████    CDCR 1824 Log #: 493631

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 12 / 18 / 23

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)    [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

| ███████ | AGPA | ███████ | 12 / 18 / 23 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ___ / ___ / ___    Due back to IAC: ___ / ___ / ___    Returned to IAC: ___ / ___ / ___

Assigned to: _____    Title. _____

Information needed: _____
_____
_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: _____    Location: _____

Interviewer notes: _____
_____
_____

**Staff Interviewed:** _____    Title: _____    Interview date: ___ / ___ / ___

Interviewer Notes: _____
_____
_____

**Staff Interviewed:** _____    Title: _____    Interview date: ___ / ___ / ___

Interviewer Notes: _____
_____
_____

*Notes:* FORWARD TO HC FOR INPUT REGARDING RECORD OF MEDICATION ADMINISTRATION ON 12/16/2023 - 12/17/2023 AND INPUT REGARDING REPORTED HEARING DIFFICULTIES. PREVIOUS 1824# 492884 REQUESTED PERSONAL NOTIFICATIONS, HOWEVER, STATED THE NEED WAS DUE TO GETTING WINDED WHEN WHEELING HIMSELF TO THE PODIUM.

| _____ | _____ | _____ | ___ / ___ / ___ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**IAP / Interview Worksheet**

Inmate: ▆▆▆▆▆    CDCR #: ▆▆▆▆    CDCR 1824 Log #: 493631

---

**Step 3:** DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason: _____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason: _____

_____

_____

**Accommodation(s) provided:**                                         **Date provided:**

_____          ___/___/___

_____          ___/___/___

_____          ___/___/___

Comments: _____

_____

_____

| ▆▆▆▆▆▆ | AGPA | | 12 / 19 / 23 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing Instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ▨

**CHSS035C** **DPP Disability/Accommodation Summary** Monday December 18, 2023 01:41:37 PM

CDC #: ▨   PID #: ▨

As of: 12/18/2023 ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|

### OFFENDER/PLACEMENT

CDC#: ▨
Name: ▨
Facility: SATF-Facility F
Housing Area/Bed: F 001 ▨
Placement Score: 19
Custody Medium (A)
Designation:
Housing Program: Non-Designated Program Facility
Housing Ground Floor-Limited Stairs
Restrictions: Lower/Bottom Bunk Only
Physical Transport Vehicle with Lift
Limitations to Special Cuffing Needed
Job/Other: Permanent - 12/31/9999

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 10/23/2017
DPP Codes: DPO
DPP Determination Date: 05/11/2023
Current MH LOC: CCCMS
Current MH LOC Date: 08/09/2023
SLI Required:
Interview Date:
Non-Formulary
Accommodations/Comments:
Learning Disability:
Initial Reading Level: 12.9
Initial Reading Level Date: 10/30/2017
Durable Medical Equipment: Air Cushion (for
Wheelchair Seat)
Canes
Mobility Impaired
Disability Vest
Diabetic
Supplies/Monitors
Eyeglass Frames
Incontinence Supplies
Night Guard
Therapeutic
Shoes/Orthotics
Walkers
Wide Wheel Chair
Languages Spoken:

### IMPORTANT DATES

Date Received: 10/18/2017
Last Returned
Date:
Release Date: 08/27/2207
Release Type: Minimum Eligible Parole Date

### WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start 05/19/2021
Date:
Status: Full Time
Position #: AD1.001.007
Position Title: F B-1 ADA WORKER GROUP A
Regular Days On: Monday through Friday (06:30:00 -
10:00:00)
Monday through Friday (10:30:00 -
14:00:00)

**Disability Verification Process (DVP) Worksheet**
SIDE 1

| INMATE'S NAME (Print) | CDCR 1824 LOG NUMBER |
|---|---|
| ▮▮▮▮▮ | 493631 |
| CDCR NUMBER ▮▮▮▮ | |

## INSTRUCTIONS

- **A SME Shall COMPLETE SECTION 1 prior to or during the INITIAL RAP.**

- **When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).**

---

**SECTION 1 – SME FINDINGS**

Person completing worksheet: G. Ugwueze, MD        Title: CME

Type of Review: [✓] Health care review   [ ] Mental Health review   [ ] Education / learning disability review
[ ] Other review: _____

[✓] File Review conducted. Documents obtained:

[ ] CDCR 1845   dated: ___ /___ /___   [ ] CDCR 7410 dated: ___ /___ /___   [ ] CDCR 128-C2: dated: ___ /___ /___
[ ] CDCR 7536   dated: ___ /___ /___   [ ] CDC 7221-DME dated: ___ /___ /___
[ ] CDCR 128-C3: dated: ___ /___ /___   [ ] CDCR 7386: dated: ___ /___ /___   [ ] CDCR 7388   dated: ___ /___ /___
[ ] Other: _____ dated: ___ /___ /___   [ ] Other: _____ dated: ___ /___ /___

[ ] Recently evaluated for this issue.   Date seen: ___ /___ /___

[ ] Evaluation (exam/interview) scheduled.   Anticipated date to be seen: ___ /___ /___

··········································································································

Disability indicated: [✓] Yes   [ ] No   [ ] Unable to Determine

DPP: DPO

Summary of findings: DME: Permanent: air cushion, cane, diabetic supplies/monitors, eyeglass, incontinence supplies, MID vest, therapeutic shoes, walker, wide wheelchair, night guard

Summary of limitations: Special Cuffing, Transport Vehicle With Lift, Bottom Bunk, Ground Floor- Limited Stairs

Comments: Patient does not have a documented hearing disability; patient is scheduled for hearing evaluation by PCP on 12/27/2023. On 12/17/23, pt failed to show up to med line for Suboxone. He showed up for morning and evening medication.

Signature of Subject Matter Expert        Date Signed 12/20/23

DVP Worksheet – Assignment - rev 8-17-17

# Exhibit 39

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 10/04/2023          **Date IAC Received 1824:** 10/2/2023          **1824 Log Number:** 457562

**Inmate's Name:**                                          **CDCR #:**                              **Housing:** F2-

**RAP Staff Present:** ADA Coordinator N. Scaife, Health Program Manager III          , Chief Medical Executive G. Ugweze, Psychologist Dr.          , Health Care Grievance Representative          , Custody Appeals Representative          , Dental Representative          , Registered Nurse          , Staff Services Analyst          , Education Representative          .

**Summary of Inmate's 1824 Request:** The inmate reports their tablet is broken. The inmate requests repair or replacement.

### Interim Accommodation:

☒ No interim accommodation required: You are not alleging a disability or requesting an accommodation to access Programs, Services, or Activities (PSA)s.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** The inmate reports their tablet is broken. The inmate requests repair or replacement.

**Response**: On 5/20/2021, the RAP met and discussed your 1824, Reasonable Accommodation Request.

The RAP reviewed your request and determined it is not a request for reasonable accommodation. You are encouraged to utilize the appropriate avenues to address requests or concerns. The inmate may submit a remedy ticket to Via Path through the kiosk. The California Department of Corrections and Rehabilitation (CDCR) is not responsible for issuing, servicing, or maintaining Via Path tablets.

If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process. You are not alleging a disability or requesting an accommodation to access Programs, Services, or Activities (PSA)s.

**Direction if dissatisfied**: If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife                                                                                                      **Date sent to inmate:**

**ADA Coordinator/Designee**                          **Signature** '

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 457362 | OCT 02 2023 |

\*\*\*\*\*\*\*\*\*\*\***TALK TO STAFF IF YOU HAVE AN EMERGENCY**\*\*\*\*\*\*\*\*\*\*\*
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | SATF | F-2-▮ |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

I HAVE ASKED FOR HELP TO GET GTL TO FIX MY TABLET IM CCCMS AND I CAN'T GET TIME TO CALL MY FAMILY OR USE KIOSK AT NIGHT, MY CHARGER AND HEADPHONE PORT ARE BROKEN I NEED A NEW TABLET PLEASE, I'M NOT GETTING EQUAL ACCESS

**WHY CAN'T YOU DO IT?**

BECAUSE GTL DOES NOT COME FIX IT LAST TIME THE MAN SAID HE HAD NO TABLET TO REPLACE

**WHAT DO YOU NEED?**

A WAY TO GET MY TABLET REPLACED AND A WAY TO CHARGE IT UNTIL THEN PLEASE

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☒    No ☐    Not Sure ☐

List and attach documents, if available:    SOMS

I understand that sta ▮▮▮▮▮▮▮▮▮▮▮▮ to cooperate may cause this request to be disapproved.

10-1-23
**DATE SIGNED**

Assistance in compl ▮▮▮▮▮▮▮▮▮

| Last Name | First Name | Signature |
|---|---|---|

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|

| ***********TALK TO STAFF IF YOU HAVE AN EMERGENCY*********** |
|---|
| **DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC |

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
_____
_____
_____
_____

**WHY CAN'T YOU DO IT?**
_____
_____
_____

**WHAT DO YOU NEED?**
_____
_____
_____
_____
_____    *(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☐    No ☐    Not Sure ☐

List and attach documents, if available:
_____
_____

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_____    _____
**INMATE'S SIGNATURE**                    **DATE SIGNED**

Assistance in completing this form was provided by:

_____    _____    _____
Last Name                              First Name                              Signature

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: _____     CDCR #: _____     CDCR 1824 Log #: 457562

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**          Date CDCR 1824 received by IAC: 10 / 02/ / 2023

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ **Yes / Unsure** (Complete Steps 2 &/or 3)          ☑ **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely navigate stairs.
- Cannot safely access upper bunk.
- Seizure disorder and is assigned an upper bunk.
- Workplace safety concerns.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| N. SCAIFE | ADAC | | 10 / 2 / 2023 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2     CDCR 1824 INTERVIEWS**          *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____          Due back to IAC: ____ / ____ / ____          Returned to IAC: ____ / ____ / ____

Assigned to: _____          Title: _____

Information needed: _____

_____

_____

_____

Note 1:  Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2:  IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: _____     Location: _____

Interviewer notes: _____

_____

_____

Staff Interviewed: _____     Title: _____     Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

Staff Interviewed: _____     Title: _____     Interview date: ____ / ____ / ____

Interviewer Notes: <u>I/M IS NOT ALLEGING A DISABILITY OR REQUESTING AN ACCOMMODATION TO ACCESS PSA'S.</u>
<u>I/M MAY SUBMIT REMEDY TICKET TO GTL.  CDCR IS NOT RESPONSIBLE FOR ISSUING,</u>
<u>          SERVICING, OR MAINTAINING GTL TABLETS.</u>

*Notes:* _____

_____

_____

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**IAP / Interview  Worksheet**

Inmate: _____    CDCR #: _____    CDCR 1824 Log #: _____

| | |
|---|---|
| **Step 3:** | **DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below) |

☐ An Interim Accommodation **IS NOT required**.

Reason:_____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason:_____

_____

_____

**Accommodation(s) provided:**                                        **Date provided:**

_____    ____ / ____ / ____

_____    ____ / ____ / ____

_____    ____ / ____ / ____

Comments: _____

_____

_____

_____

_____    _____    _____    ____ / ____ / ____
Person Completing Step 3          Title          Signature          Date Completed

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ▒▒▒▒▒▒▒▒▒                                          CDC #: ▒▒▒▒   PID #: ▒▒▒▒

CHSS035C **DPP Disability/Accommodation Summary** Monday October 02, 2023 01:46:39 PM

As of: 10/02/2023 ➡

---

### OFFENDER/PLACEMENT

CDC#: ▒▒▒
Name: ▒▒▒▒▒▒▒▒▒▒
Facility: SATF-Facility F
Housing F 002 ▒▒▒▒
Area/Bed:
Placement 42
Score:
Custody Medium (A)
Designation:
Housing Non-Designated Program Facility
Program:
Housing Ground Floor-No Stairs
Restrictions: Lower/Bottom Bunk Only
Physical Limited Wheelchair User
Limitations to Special Cuffing Needed
Job/Other: No Rooftop Work
Permanent - 12/31/9999

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 06/25/2002
DPP Codes: DPO
DPP Determination Date: 04/20/2023
Current MH LOC: CCCMS
Current MH LOC Date: 05/19/2021
SLI Required:
Interview Date:
Non-Formulary
Accommodations/Comments:
Learning Disability:
Initial Reading Level: 06.0
Initial Reading Level Date: 02/23/2021
Durable Medical Equipment: Ankle Foot
Orthoses/Knee Ankle
Foot Orthoses
(AFO/KAFO)
Wrist Support Brace
Compression Stocking
Mobility Impaired
Disability Vest
Diabetic
Supplies/Monitors
Eyeglasses for Aphakia
Incontinence Supplies
Pressure Reducing
Support Services-Groups
1,2 & 3 (Mattress)
Night Guard
Other (Include in
Comments)
Therapeutic
Shoes/Orthotics
Walkers
Wheelchair
Wound Care Dressings
Languages Spoken:

---

### IMPORTANT DATES

Date Received: 10/01/2020
Last Returned
Date:
Release Date: 11/16/2028
Release Type: Earliest Possible Release Date

### WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start 09/18/2023
Date:
Status: Reentry
Position #: CB2.020.011
Position Title: F DRP CB2-1 F2-B-160
Regular Days Monday, Wed, Friday (08:15:00 -
On: 10:15:00)

# Exhibit 40

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 11/1/2023    **Date IAC Received 1824:** 10/25/2023    **1824 Log Number:** 469166

**Inmate's Name:** ▓▓▓▓▓    **CDCR #:** ▓▓▓▓    **Housing:** D1-▓▓▓

**RAP Staff Present:** ADA Coordinator N. Scaife, Health Program Manager III ▓▓▓▓ Physician and Surgeon ▓▓▓▓ Registered Nurse ▓▓▓▓ Psychologist Dr. ▓▓▓▓, Health Care Grievance Representative ▓▓▓▓ Custody Appeals Representative ▓▓ ▓▓▓▓ Associate Governmental Program Analyst ▓▓▓▓ Staff Services Analyst ▓▓▓▓ Staff Services Analyst ▓▓▓▓

**Summary of Inmate's 1824 Request:** The alleges suffering from anxiety and depression due to being without a tablet. The inmate requests a tablet.

<u>Interim Accommodation:</u>

☒ No interim accommodation required: You are safely accessing programs, services, and activities.

## RAP RESPONSE:

**RAP is unable to render a final decision on the following:** The alleges suffering from anxiety and depression due to being without a tablet. The inmate requests a tablet.

**Response:** On 11/01/2023, the RAP met and discussed your 1824, Reasonable Accommodation Request.
The RAP reviewed your request and determined it is not a request for reasonable accommodation. Your request was forwarded to Mental Health (MH) Services for reports of anxiety and depression, and routine consult. Per Operational Procedure (OP) 526, GTL will provide all equipment, infrastructure, hardware, and software. GTL will provide all maintenance and operational support for the entire term of the contract. You are encouraged to utilize the appropriate avenues to address requests or concerns, such as utilizing the GTL kiosk to request a tablet.

Due to its nature, your request was forwarded to Mental Health Services for input. Mental Health Services provided the RAP with a Disability Verification Process (DVP) Worksheet indicating you were seen on 10/23/2023 and 10/24/2023 by Dr. ▓▓▓ at which time you expressed the same concerns contained in this 1824 regarding depression and frustration with lack of a tablet. You were informed that the tablets remain on back order. Due to your reported symptoms, you were placed back into the Correctional Clinical Case Management System (CCCMS) level of care on 10/24/2023.

Dr. ▓▓▓ placed orders for you to receive a MH assessment and an Interdisciplinary Treatment Team (IDTT) now that you have been re-introduced in the Mental Health Services Delivery System (MHSDS). Your MH will be monitored for any changes or worsening in your symptoms and chart review indicates you are capable of completing the 7362 processes independently if you require MH support as needed (PRN).

You are encouraged to utilize the appropriate avenues to address issues, such as submitting a 7362 to Mental Health Services for any mental health related requests. If you are dissatisfied or disagree with the treatment being provided by Mental Health Services, you may submit a 602HC and your concerns will be addressed through the Health Care Grievance Process. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife                                                      Date sent to Inmate:   NOV 2 1 2023
**ADA Coordinator/Designee**          **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| *SATF* | *469166* | OF GRIEVANCES |
| | | OCT 25 2023 |

\*\*\*\*\*\*\*\*\***TALK TO STAFF IF YOU HAVE AN EMERGENCY**\*\*\*\*\*\*\*\*\*
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC.

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ADA WORKER | D-1- |

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

IM A TRIPLE C INMATE WHO IS SUFFERING FROM DEPRESSION AND ANXITY DUE TO NOT BEING ABLE TO SPEAK TO MY CHILDREN BECAUSE I DON'T HAVE A TABLET WE ARE LOCKED DOWN SO OFTEN THAT I CAN'T EMAIL OR MESSAGE AS OFTEN A I CAN.

**WHY CAN'T YOU DO IT?**

NO TABLET

**WHAT DO YOU NEED?**    A TABLET

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☐    No ☐    Not Sure ☒
List and attach documents, if available:

I understand that staff have a right to interview as well as ▓▓▓▓▓▓▓▓▓ to cooperate may cause this request to be disapproved.

▓▓▓▓▓▓▓▓▓▓▓▓▓    10-24-23
                 **DATE SIGNED**

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|
| | | |

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day.</u>
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▮▮▮▮    CDCR #: ▮▮▮▮    CDCR 1824 Log #: 469166

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 10 / 25 / 23

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)    [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care ▮▮▮▮ safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

| ▮▮▮▮ | AGPA | ▮▮▮▮ | 10 / 25 / 23 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____    Due back to IAC: ____ / ____ / ____    Returned to IAC: ____ / ____ / ____

Assigned to: _____    Title: _____

Information needed: _____

_____

_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: _____    Location: _____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

~~FORWARD TO MH FOR REPORTS OF ANXIETY AND DEPRESSION; OOG FORWARDED TO MH~~
~~FOR ROUTINE CONSULT.~~

**Notes:** PER OP 526, GTL WILL PROVIDE ALL EQUIPMENT, INFRASTRUCTURE, HARDWARE, AND SOFTWARE. GTL ~~WILL PROVIDE ALL MAINTENANCE AND OPERATIONAL SUPPORT FOR THE ENTIRE TERM OF THE CONTRACT. I/M IS ENCOURAGED TO UTILIZE KIOSK TO REQUESTS A TABLET. I/M MAY UTILIZE PHONES IN DAYROOM OR WRITE LETTERS TO CONTACT LOVED ONES.~~

| | | | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

DRAFT

**IAP / Interview Worksheet**

Inmate: ███████    CDCR #: ███████    CDCR 1824 Log #: 469166

---

**Step 3:** DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason: _____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason: _____

_____

_____

Accommodation(s) provided:                    Date provided:

_____    ____/____/____

_____    ____/____/____

_____    ____/____/____

Comments: _____

_____

_____

| ███████ | AGPA | | 10 / 26 / 23 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ▮▮▮▮▮▮▮                                                    CDC #: ▮▮▮▮▮ PID #: ▮▮▮▮▮

**CHSS035C DPP Disability/Accommodation Summary** Wednesday October 25, 2023 02:24:33 PM

As of: [10/25/2023] ➡

---

### OFFENDER/PLACEMENT

CDC#: ▮▮▮▮
Name: ▮▮▮▮
Facility: SATF-Facility D
Housing Area/Bed: D 001 ▮▮▮▮
Placement Score: 77
Custody Designation: Medium (A)
Housing Program: Sensitive Needs Yard
Housing Restrictions:
Physical Limitations to
Job/Other:

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive: None
Support Needs:
Current DDP Status Date: 11/05/2020
DPP Codes:
DPP Determination Date:
Current MH LOC: CCCMS
Current MH LOC Date: 10/24/2023
SLI Required:
Interview Date:
Non-Formulary
Accommodations/Comments:
Learning Disability:
Initial Reading Level: 04.0
Initial Reading Level Date: 11/04/2021
Durable Medical Equipment:
Languages Spoken:

---

### IMPORTANT DATES

Date Received: 11/03/2020
Last Returned
Date:
Release Date: 11/11/2058
Release Type: Minimum Eligible Parole Date

### WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start 01/28/2022
Date:
Status: Full Time
Position #: AD2.002.004
Position Title: D B-2 ADA WORKER GROUP B
Regular Days On: Sun, Wed, Thu, Fri, Sat (13:00:00 -
16:45:00)
Sun, Wed, Thu, Fri, Sat (17:30:00 -
20:30:00)

# Exhibit 41

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 12/13/2023 **Date IAC Received 1824:** 12/11/2023 **1824 Log Number:** 490965

**Inmate's Name:** ▉ **CDCR #:** ▉ **Housing:** F1▉

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugwueze, Psychologist Dr. ▉ Health Care Grievance Representative ▉, Custody Appeals Representative ▉, Associate Governmental Program Analyst ▉, Staff Services Analyst ▉, Staff Services Analyst ▉, Education Representative ▉, Field Training Lieutenant ▉

**Summary of Inmate's 1824 Request:** Inmate reports being hearing impaired; Inmate requests an iPad.

<u>Interim Accommodation:</u>

☒ No interim accommodation required: You are not alleging a disability or requesting an accommodation to access Programs, Services, or Activities (PSA)s.

## RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports being hearing impaired; Inmate requests an iPad.

**Response**: On 12/13/2023, the RAP met and discussed your 1824, Reasonable Accommodation Request.

You do not have a severe hearing impairment impacting placement. You are accommodated with hearing aids, pocket talker, CART service during due process events and access to the caption phone. Your current Effective Communication (EC) methods of staff speaking loudly and clearly, and written notes are sufficient to maintain EC during due process and all general communication. You do not require an iPad with live captioning to access PSA's.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife _____     _____     **Date sent to inmate:**    JAN 0 9 2024

**ADA Coordinator/Designee**     **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) **490905** | DATE RECEIVED BY STAFF: ˙SATF OFFICE ˌ  DEC 11 2023  ˙GRIEVANCES |
|---|---|---|

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT ADA 2/w WORKER | HOUSING F1 |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
CAN'T PROPERLY COMMUNICATE VERBALLY AT ALL TIMES, MY SECONDARY FORM OF COMMUNICATION IS WRITTEN NOTES.

**WHY CAN'T YOU DO IT?**
CAN'T ALWAYS PROPERLY COMMUNICATE WITH INMATES OR STAFF DUE TO HEARING.

**WHAT DO YOU NEED?**
I'M REQUESTING I-PAD/I-PHONE FOR WRITTEN NOTE COMMUNICATION.

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☒    No ☐    Not Sure ☐
List and attach documents, if available:    SEE MEDICAL FILE.

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_____ **INMATE'S SIGNATURE**          **12·10·2023**
                                                          **DATE SIGNED**

Assistance in completing this form was provided by:

_____          _____          _____
**Last Name**                          **First Name**                          **Signature**

**Interim Accommodation Procedure (IAP) / Interview Worksheet**

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) shall complete Step 1 below within 1 working day.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▓▓▓▓    CDCR #: ▓▓▓▓    CDCR 1824 Log #: 490965

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 12 / 11 / 23

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)    [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely navigate stairs.
- Cannot safely access upper bunk.
- Seizure disorder and is assigned an upper bunk.
- Workplace safety concerns.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ▓▓▓▓ | AGPA | ▓▓▓▓ | 12 / 11 / 23 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____    Due back to IAC: ____ / ____ / ____    Returned to IAC: ____ / ____ / ____

Assigned to: _____    Title: _____

Information needed: _____

_____

_____

Note 1:  Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2:  IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time: _____    Location: _____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

*Notes:*  ADAC WILL REVIEW REQUEST FOR I-PAD

_____

_____

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| **Interviewer (Print Name)** | Title | Signature | Date Completed |

**IAP / Interview  Worksheet**

Inmate: ▆▆▆▆▆▆     CDCR #: ▆▆▆▆▆     CDCR 1824 Log #: <u>490965</u>

---

**Step 3:**  DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐  An Interim Accommodation **IS NOT required**.

   Reason: _____

   _____

   _____

☐  An Interim Accommodation **IS required**.

   Reason: _____

   _____

   _____

Accommodation(s) provided:                                    Date provided:

_____     ____ / ____ / ____

_____     ____ / ____ / ____

_____     ____ / ____ / ____

Comments: _____

_____

_____

| ▆▆▆▆▆▆▆▆ | AGPA | | 12 / 12 / 23 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing Instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: [REDACTED]                                                    CDC #: [REDACTED]  PID #: [REDACTED]

CHSS035C **DPP Disability/Accommodation Summary** Monday December 11, 2023 04:44:02 PM

As of: 12/11/2023 ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|

**OFFENDER/PLACEMENT**

CDC#:
Name: [REDACTED]
Facility: SATF-Facility F
Housing F 001
Area/Bed:
Placement 19
Score:
Custody Medium (A)
Designation:
Housing Non-Designated Program Facility
Program:
Housing Barrier Free/Wheelchair Accessible
Restrictions: Ground Floor-No Stairs
Lower/Bottom Bunk Only
Physical Full Time Wheelchair User
Limitations to Transport Vehicle with Lift
Job/Other: Special Cuffing Needed
Lifting Restriction- Unable to Lift more than 19
Pounds
Permanent - 12/31/9999

**DISABILITY ASSISTANCE**

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 02/18/2009
DPP Codes: DPW, DNH
DPP Determination Date: 06/20/2023
Current MH LOC: CCCMS
Current MH LOC Date: 09/16/2022
SLI Required: No
Interview Date: 08/21/2023
Primary Method(s) - Hearing: Need Staff to Speak
Loudly and Clearly
Alternate Method - Hearing: Written Notes
Non-Formulary CART service shall be
Accommodations/Comments: provided during due
process events.
Learning Disability:
Initial Reading Level: 11.0
Initial Reading Level Date: 09/29/2016
Durable Medical Equipment: Hearing Aid
Back Braces
Ankle Foot
Orthoses/Knee Ankle
Foot Orthoses
(AFO/KAFO)
Mobility Impaired
Disability Vest
Eyeglass Frames
Foot Orthoses
Knee Braces
Other (Include in
Comments)
Therapeutic
Shoes/Orthotics
Wheelchair
Languages Spoken:

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|

**IMPORTANT DATES**

Date Received: 02/13/2009
Last Returned
Date:
Release Date: 02/23/2026
Release Type: Minimum Eligible Parole Date

**WORK/VOCATION/PIA**

Privilege Group: A
Work Group: A1
AM Job Start 04/19/2023
Date:
Status: Full Time
Position #: AD1.001.001
Position Title: F B-1 ADA WORKER GROUP A
Regular Days On: Sun, Wed, Thu, Fri, Sat (06:30:00 -
10:00:00)
Sun, Wed, Thu, Fri, Sat (10:30:00 -
14:00:00)

# Exhibit 42

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 7/17/2024    **Date IAC Received 1824:** 7/15/2024    **1824 Log Number:** 592614

**Inmate's Name:** ▮    **CDCR #:** ▮    **Housing:** A1-▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Associate Governmental Program Analyst▮, Psychologist Dr.▮, Healthcare Compliance Analyst▮, Registered Nurse▮, Health Care Grievance Representative▮, Office of Grievance Representative▮, Compliance Lieutenant▮, Chief Physician and Surgeon Dr. W. Kokor,

**Summary of Inmate's 1824 Request:** Inmate reports difficulty hearing announcements; Inmate requests a vibrating watch.

---

### Interim Accommodation:

☒ No interim accommodation required:  You are safely accessing Programs, Services, and Activities (PSA)s.

---

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports difficulty hearing announcements; Inmate requests a vibrating watch.

**Response:** On 7/17/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

A review of Strategic Offender Management System (SOMS) indicates you are designated DNH and are accommodated with hearing aids as well as a pocket talker.

Per CDCR memo, Issuance of Vibrating Watches as a Reasonable Accommodation for Permanent Hearing-Impaired, Impacting Placement Incarcerated Person Dated 6/3/2024, all persons not designated DPH may purchase a vibrating watch from any departmentally approved authorized personal property package vendor as part of their quarterly package order in keeping with title 15 and the authorized personal property schedule.

As you are not designated DPH you do not qualify to be accommodated with a vibrating watch.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife    _signature_    **Date sent to inmate:**    **AUG 1 3 2024**

**ADA Coordinator/Designee**    **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 592614 | CSATF OFFICE |

**\*\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*\***

JUL 15 2024

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

OF GRIEVANCES

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ████ | ████ | NONE | A1- ████ |

INSTRUCTIONS:

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?** I have trouble hearing the Amounce ments, I was told That the PLO Informed the hearing Impaired Inmates of a rechargable Vibrating watch,

**WHY CAN'T YOU DO IT?** I'm hearing impaired

**WHAT DO YOU NEED?** The rechargable Vibrating watch the PLO said SATF had for hearing Impaired inmates.

You already approved me to buy my own when I had my Stimulus Check,

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☑    No ☐    Not Sure ☐

List and attach documents, if available: See medical file

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

████                                    7/12/24
**INMATE'S SIGNATURE**                    **DATE SIGNED**

Assistance in completing this form was provided by:

_____     _____     _____
Last Name                    First Name                    Signature

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ███████    CDCR #: ███████    CDCR 1824 Log #: 592614

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 07 / 15 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ **Yes / Unsure** (Complete Steps 2 &/or 3)    ☑ **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.    • Cannot safely navigate stairs.
- Cannot safely access upper bunk.    • Seizure disorder and is assigned an upper bunk.
- Workplace safety concerns.    • Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ███████ | AGPA | ███████ | 07 / 15 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ___ / ___ / ___    Due back to IAC: ___ / ___ / ___    Returned to IAC: ___ / ___ / ___

Assigned to: _____    Title: _____

Information needed: _____

_____

_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:** _____    **Location:** _____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** ███████    Title: C/O    Interview date: 07 / 15 / 24

Interviewer Notes: OFFICER IS BUILDING REGULAR AND IS FAMILIAR WITH ███████ RESPONDS TO
ANNOUNCEMENTS QUICKLY AND IS OFTEN THE FIRST ONE READY FOR MEALS, YARDS, ETC

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ___ / ___ /___

Interviewer Notes: PURSUANT TO CDCR MEMO ISSUANCE OF VIBRATING WATCHES AS A REASONABLE
ACCOMMODATION FOR PERMANENT HEARING-IMPAIRED, IMPACTING PLACEMENT
INCARCERATED PERSON DATED 06/03/2024, ALL PERSONS NOT DESIGNATED DPH MAY
PURCHASE A VIBRATING WATCH FROM ANY DEPARTMENTALLY APPROVED AUTHORIZED

***Notes:*** PERSONAL PROPERTY PACKAGE VENDOR AS A PART OF THEIR QUARTERLY PACKAGE ORDER IN
KEEPING WITH TITLE 15 AND THE AUTHORIZED PERSONAL PROPERTY SCHEDULE. A REVIEW OF SOMS
INDICATES I/M IS DESIGNATED DNH AND IS ACCOMMODATED WITH HEARING AIDS AS WELL AS A POCKET
TALKER

| ███████ | AGPA | ███████ | 02 / 15 / 24 |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**IAP / Interview  Worksheet**

Inmate [redacted]                    CDCR #: [redacted]        CDCR 1824 Log #: 592614

---

**Step 3:  DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

☐  An Interim Accommodation **IS NOT required**.

Reason: _____

_____

_____

☐  An Interim Accommodation **IS required**.

Reason: _____

_____

_____

**Accommodation(s) provided:**                                                    **Date provided:**

_____     ___/___/___

_____     ___/___/___

_____     ___/___/___

Comments: _____

_____

| [redacted] | AGPA | | 07 / 15 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note:  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ▓▓▓▓▓
CHSS035C

CDC #: ▓▓▓    PID #: ▓▓▓▓

## DPP Disability/Accommodation Summary

Monday July 15, 2024 01:43:53 PM

As of: 07/15/2024 ➡

### OFFENDER/PLACEMENT

CDC#: ▓▓▓
Name: ▓▓
Facility: SATF-Facility A
Housing Area/Bed: A 001 ▓▓▓
Placement Score: 19
Custody Designation: Medium (A)
Housing Program: Non-Designated Program Facility
Housing Restrictions: Ground Floor-Limited Stairs
Lower/Bottom Bunk Only
Physical Limitations to Lifting Restriction- Unable to Lift more than 19 Pounds
Job/Other: Permanent - 12/31/9999
EOP Accommodation
Recommendations:

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive: None
Support Needs:
Current DDP Status Date: 01/14/2005
DPP Codes: DNH
DPP Determination Date: 09/25/2019
Current MH LOC: CCCMS
Current MH LOC Date: 01/28/2005
SLI Required: No
Interview Date: 10/19/2015
Primary Method(s) - Hearing Aids
Hearing:
Alternate Method - Hearing: Reads Lips
Non-Formulary
Accommodations/Comments:
Learning Disability:
Initial Reading Level: 11.8
Initial Reading Level Date: 05/01/2014
Durable Medical Equipment: Hearing Aid
Canes
Non-invasive Airway Assistive Devices - C-Pap Machine
Electrical Access
Eyeglass Frames
Hearing Impaired Disability Vest
Incontinence Supplies
Knee Braces
Therapeutic Shoes/Orthotics
Languages Spoken:

### IMPORTANT DATES

Date Received: 12/27/2004
Last Returned Date:
Release Date: 09/27/2030
Release Type: Earliest Possible Release Date

### WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start Date:
Status:
Position #:
Position Title:
Regular Days On:



CALIFORNIA DEPARTMENT *of*
## Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

<u>INSTRUCTIONS:</u> Do not mail this response.

**Effective Communication** shall be provided upon delivery and documented in SOMS.

**Offender Name:** ███████████     **Date:** 09/06/2024
**CDC#:** ████
**Current Location:** SATF-Facility A     **Current Area/Bed:** A  001  1███████

**Log #:** 000000592614

---

**Claim #: 001**

| | |
|---|---|
| **Received at Institution/Parole Region:** | California Substance Abuse Treatment Facility |
| **Submitted to Facility/Parole District:** | California Substance Abuse Treatment Facility |
| **Housing Area/Parole Unit:** | |

**Group:**  RAP Response Required     **Category:**  Reasonable Accommodation     **Sub-Category:**  Devices/Items

### I. CLAIM

Inmate reports difficulty hearing announcements; Inmate requests a vibrating watch.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

1824 Desk Reference Manual

#### B. DOCUMENTS CONSIDERED

CDCR 1824 Request for Reasonable Accommodation

### III. REASONING AND DECISION

On 7/17/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.
A review of Strategic Offender Management System (SOMS) indicates you are designated DNH and are accommodated with hearing aids as well as a pocket talker.
Per CDCR memo, Issuance of Vibrating Watches as a Reasonable Accommodation for Permanent Hearing-Impaired, Impacting Placement Incarcerated Person Dated 6/3/2024, all persons not designated DPH may purchase a vibrating watch from any departmentally approved authorized personal property package vendor as part of their quarterly package order in keeping with title 15 and the authorized personal property schedule.
As you are not designated DPH you do not qualify to be accommodated with a vibrating watch.
You are encouraged to utilize the appropriate avenues to address requests or concerns.

### IV. Comments

N/A

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY the claim.

If you are dissatisfied with the decision of this claim, you may appeal this decision by mailing a CDCR Form 602-2 to the Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| ███████ | Reviewing Authority | 09/05/2024 |

Exhibit 43

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 1/24/2024        **Date IAC Received 1824:** 1/22/2024        **1824 Log Number:** 508719

**Inmate's Name:** ▮▮▮▮        **CDCR #:** ▮▮▮▮        **Housing:** A3-▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugweze, Psychologist Dr. ▮▮ Health Care Grievance Representative ▮▮, Custody Appeals Representative ▮ ▮, Associate Governmental Program Analyst ▮▮, Registered Nurse ▮▮ Staff Services Analyst ▮▮, Field Training Lieutenant ▮ ▮ ▮▮.

**Summary of Inmate's 1824 Request:** The inmate reports worsening hearing loss and alleges inability to hear dining and medication pass notifications. The inmate requests a mattress vibrator to wake him for program.

### Interim Accommodation:

☒ Interim Accommodation provided: You were issued a pocket talker on 01/03/2024 as an interim accommodation.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** The inmate reports worsening hearing loss and alleges inability to hear dining and medication pass notifications. The inmate requests a mattress vibrator to wake him for program.

**Response:** On 01/24/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.
Per the Interim Accommodation Procedure (IAP) worksheet, dated 01/22/2024, you were issued a pocket talker on 01/03/2024 as an interim accommodation. Your request was forwarded to healthcare (HC) for input regarding your report of worsening hearing loss and record of diabetic call attendance. Housing unit staff utilize hearing impaired notification. You currently have an DPP verification code of DNH with hearing aids noted as your primary method of disability assistance, and an alternate method of disability assistance which requires staff to speak loudly and clearly. AS such, your hearing is restored to functional levels with the assistance and devices currently provided. A vibrating bed shaker is not indicated at this time, as you do not have profound hearing loss impacting your placement.

Due to its nature, your request was forwarded to Health Care Services for input. Health Care Services provided the RAP with a Disability Verification Process (DVP) Worksheet indicating per review of your chart, you started weekly diabetic medication, Semaglutide on 11/22/2023, and according to the Medication Administration Record, you received this medication every Wednesday and have not missed a dose from 11/22/2023 – 01/17/2024. You are scheduled to follow-up with a Hearing Aid Specialist on 02/21/2024.

You are encouraged to utilize the appropriate avenues to address issues, such as submitting a 7362 to Health Care Services for any medical related requests. If you are dissatisfied or disagree with the treatment being provided by Health Care Services, you may submit a 602HC and your concerns will be addressed through the Health Care Grievance Process. If you disagree with this determination, you may submit a CDCR 602-2, and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife _____        _____1. S~f/_____        **Date sent to inmate:**    FEB 2 1 2024

**ADA Coordinator/Designee**        **Signature**

STATE OF CALIFORNIA

**REASONABLE ACCOMMODATION REQUEST**

CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

508719

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 508719 | CSATF OFFICE |

**\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

JAN 22 2024

OF GRIEVANCES

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
|  |  | GB2-1 | A3 |

**INSTRUCTIONS:**

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

Due to my hearing I can't hear when breakfast release is Called. Furthermore I can't hear when Diabetics are Call on Wednesday When I get my shot. I can't hear when everyone is up giving me time to get ready for the above mentioned

**WHY CAN'T YOU DO IT?**

My hearing is really bad and getting worse

**WHAT DO YOU NEED?**

A mattress vibrator To wake me early enough to start my day without issue for Rushing @ the last Menute

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**     Yes ☐     No ☐     Not Sure ☐

List and attach documents, if available:

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

INMATE'S SIGNATURE     1-20-24     **DATE SIGNED**

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

DRAFT

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>. Step 2 should be completed whenever the inmate's request is unclear or when additional input from the inmate and/or staff will help the RAP better understand the request.

Inmate: ███████████    CDCR #: ████████    CDCR 1824 Log #: 508719

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 01 / 22 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ **Yes / Unsure** (Complete Steps 2 &/or 3)    ☑ **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely navigate stairs.
- Cannot safely access upper bunk.
- Seizure disorder and is assigned an upper bunk.
- Workplace safety concerns.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ███████████ | AGPA | ███████████ | 01 / 22 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____    Due back to IAC: ____ / ____ / ____    Returned to IAC: ____ / ____ / ____

Assigned to: _____    Title: _____

Information needed: _____
_____
_____
_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:** _____    **Location:** _____

Interviewer notes: _____
_____
_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____
_____
_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____
~~I/M IS ALSO ACCOMMODATED WITH POCKET TALKER.~~

***Notes:*** FORWARD TO HC FOR INPUT REGARDING REPORTED WORSENING HEARING LOSS AND RECORD OF ~~DIABETIC CALL ATTENDANCE. HOUSING UNIT STAFF UTILIZE HEARING IMPAIRED NOTIFICATION. I/M IS CURRENT DNH WITH EC OF HEARING AIDS AND NEED STAFF TO SPEAK LOUDLY. I/M MAY UTILIZE THE SPECIAL PURCHASE ORDER PROCESS TO PURCHASE THE REQUESTED ITEM.~~

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**DRAFT**

## IAP / Interview  Worksheet

Inmate: ███████████    CDCR #: ███████    CDCR 1824 Log #: 508719

---

**Step 3:** **DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

☐  An Interim Accommodation **IS NOT required**.

Reason: _____

_____

_____

☐  An Interim Accommodation **IS required**.

Reason: _____

_____

_____

**Accommodation(s) provided:**                    **Date provided:**

_____    ____/____/____

_____    ____/____/____

_____    ____/____/____

Comments: _____

_____

_____

| ███████████ | AGPA | | 01 / 23 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

**Note:** When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing Instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter.  Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ████████████

CDC #: ██████   PID # ███████

## CHSS035C DPP Disability/Accommodation Summary Monday January 22, 2024 12:57:39 PM

As of: 01/22/2024  ➡

---

### OFFENDER/PLACEMENT

CDC#: ████████
Name: ████████████ ▪
Facility: SATF-Facility A
Housing A 003 ███████████
Area/Bed:
Placement 19
Score:
Custody Medium (A)
Designation:
Housing Non-Designated Program Facility
Program:
Housing Ground Floor-Limited Stairs
Restrictions: Lower/Bottom Bunk Only
Physical
Limitations to
Job/Other:

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 05/09/2006
DPP Codes: DNH, DNV
DPP Determination Date: 05/05/2023
Current MH LOC: CCCMS
Current MH LOC Date: 04/18/2018
SLI Required: No
Interview Date: 12/28/2022
Primary Method(s) - Hearing: Hearing Aids
Alternate Method - Hearing: Need Staff to Speak
Loudly and Clearly
Non-Formulary
Accommodations/Comments: TimeStamp: 28
December 2022
10:14:21 --- User: ████
████████████
Learning Disability:
Initial Reading Level: 12.9
Initial Reading Level Date: 05/29/2014
Durable Medical Equipment: Hearing Aid
Back Braces
Canes
Eyeglass Frames
Knee Braces
Other (Include in
Comments)
Therapeutic
Shoes/Orthotics
Therapeutic Contact
Lenses
Languages Spoken:

---

### IMPORTANT DATES

Date Received: 10/07/2013
Last Returned 04/03/2018
Date:
Release Date: 11/12/2028
Release Type: Earliest Possible Release Date

### WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start 11/20/2023
Date:
Status: Reentry
Position #: CB2.008.003
Position Title: A DRP CB2-1 VOC RM 108
Regular Days Monday, Wed, Friday (08:15:00 -
On: 10:15:00)

**Disability Verification Process (DVP)**
**Worksheet**
SIDE 1

| INMATE'S NAME (Print) | CDCR 1824 LOG NUMBER |
|---|---|
| ▮▮▮▮▮▮▮ | 508719 |
| CDCR NUMBER ▮▮▮▮▮ | |

## INSTRUCTIONS

- **A SME Shall COMPLETE SECTION 1 prior to or during the INITIAL RAP.**

- **When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).**

---

**SECTION 1 – SME FINDINGS**

Person completing worksheet: G. Ugwueze, MD          Title: CME

Type of Review: [✓] Health care review   [ ] Mental Health review   [ ] Education / learning disability review
[ ] Other review: _____

[✓] File Review conducted. Documents obtained:

[ ] CDCR 1845  dated: ___/___/___   [ ] CDCR 7410 dated: ___/___/___   [ ] CDCR 128-C2: dated: ___/___/___
[ ] CDCR 7536  dated: ___/___/___   [ ] CDC 7221-DME dated: ___/___/___
[ ] CDCR 128-C3: dated: ___/___/___   [ ] CDCR 7386 dated: ___/___/___   [ ] CDCR 7388:  dated: ___/___/___
[ ] Other: _____ dated: ___/___/___   [ ] Other: _____ dated: ___/___/___

[ ] Recently evaluated for this issue.     Date seen: ___/___/___

[ ] Evaluation (exam/interview) scheduled.  Anticipated date to be seen: ___/___/___

.................................................................

Disability indicated: [✓] Yes  [ ] No  [ ] Unable to Determine

Summary of findings: DPP: DNV, DNH
DME: back brace, cane, eyeglass, hearing aid, knee brace, therapeutic contact lens, therapeutic shoes, sunglasses for photo-phobia/light sensitivity

Summary of limitations: Bottom Bunk, Ground Floor- Limited Stairs

Comments: Per chart review, patient started his weekly diabetic medication, Semaglutide on 11/22/23; and according to Medication Administration Record, patient received this medication every Wednesday and has not missed a dose from 11/22/23- 1/17/24. Pt is scheduled to follow-up with Hearing Aid Specialist on 2/24/24.

Signature of Subject Matter Expert _____          Date Signed: 01/24/2024

# Exhibit 44

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 3/6/2024     **Date IAC Received 1824:** 3/4/2024     **1824 Log Number:** 528488

**Inmate's Name:**        **CDCR #:**        **Housing:** E1-

**RAP Staff Present:** ADA Coordinator P. Llamas, Chief Physician and Surgeon (A) R. Davydov, Psychologist Dr.    , Health Care Grievance Representative    , Custody Appeals Representative    Associate Governmental Program Analyst    Registered Nurse    , Staff Services Analyst    , Staff Services Analyst

**Summary of Inmate's 1824 Request:** Inmate reports difficulty hearing; Inmate requests an iPad, Over the Ear Headphones (OTEH), a vibrating watch, and sign language classes.

### Interim Accommodation:

☒ No interim accommodation required: You are eligible for OTEH and are currently on the wait list based on a previous request.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports difficulty hearing; Inmate requests an iPad, Over the Ear Headphones (OTEH), a vibrating watch, and sign language classes.

**Response:** On 3/6/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

A review of Strategic Offender Management System (SOMS) indicates you are currently on the wait list for OTEH. Once stock arrives and your name is reached on the list you will be issued OTEH. iPad technology is intended for individuals with profound hearing loss who utilize written notes. You are currently designated DNH with EC of hearing aids and need staff to speak loud and clear. You have demonstrated the ability to achieve effective communication through equally effective means such as with your hearing aids and with staff speaking loudly and clearly. ASL classes are currently not available at SATF. Although your PLO memo makes mention of a vibrating watch, they are not yet available for distribution. In the meantime, you may request to purchase one through the ADA special purchase order process.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife            _signature_            **Date sent to inmate:**     **MAR 2 8 2024**

**ADA Coordinator/Designee**        **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) **528488** | DATE RECEIVED BY STAFF: MAR 04 2024 OF GRIEVANCES |
|---|---|---|

**\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\*\***
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING E-1- |
|---|---|---|---|

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I have problems Hearing ANNOUNCEMENTS, I Also
HAve Need of over the ear Head phones

**WHY CAN'T YOU DO IT?**
I Am following the instructions
On a Memo From The prison law office on
Accommodations For Deaf or Hard of Hearing people

**WHAT DO YOU NEED?**
I would like to be evaluated for the
Speech to text I-PAD and over the ears
Head phones please
And i Also would Like the vibrating WAtch
And to Learn Sign Language
Thank you                  (Use the back of this form if more space is needed)

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☐   No ☐   Not Sure ☐
List and attach documents, if available:

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

INMATE'S SIGNATURE          3-4-24          DATE SIGNED

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

DRAFT

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day.</u>
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▮▮▮▮    CDCR #: ▮▮▮▮    CDCR 1824 Log #: 528488

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 03 / 04 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ Yes / Unsure (Complete Steps 2 &/or 3)    ☑ No (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.    • Cannot safely navigate stairs.
- Cannot safely access upper bunk.    • Seizure disorder and is assigned an upper bunk.
- Workplace safety concerns.    • Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ▮▮▮▮ | AGPA | ▮▮▮▮ | 03 / 04 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____    Due back to IAC: ____ / ____ / ____    Returned to IAC: ____ / ____ / ____

Assigned to: _____    Title: _____

Information needed: _____

_____

_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:** _____    **Location:** _____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

~~I/M IS ELIGIBLE FOR OTEH AND IS CURRENTLY ON THE WAIT LIST BASED ON A PREVIOUS~~
~~REQUEST. ONCE STOCK ARRIVES AND I/M'S NAME IS REACHED ON THE LIST, I/M WILL BE ISSUE~~

**Notes:** OTEH. I-PAD TECHNOLOGY IS INTENDED FOR INDIVIDUALS WITH PROFOUND HEARING LOSS WHO
~~UTILIZE WRITTEN NOTES. A REVIEW OF SOMS INDICATES I/M IS DESIGNATED DNH WITH EC OF HEARING~~
~~AIDS AND NEEDS STAFF TO SPEAK LOUD AND CLEAR. ASL CLASSES ARE NOT CURRENTLY AVAILABLE~~ AT
~~SATF. I/M IS CURRENTLY ACCOMMODATED WITH HEARING AIDS.~~

| | | | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

DRAFT

## IAP / Interview Worksheet

Inmate: ████    CDCR #: ████    CDCR 1824 Log #: 528488

---

**Step 3:** DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason: _____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason: _____

_____

**Accommodation(s) provided:**          **Date provided:**

_____    ___/___/___

_____    ___/___/___

_____    ___/___/___

Comments: _____

_____

_____

| ████ | AGPA | | 03 / 05 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e,g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ▮▮▮▮▮▮                                                                CDC #: ▮▮▮▮  PID #: ▮▮▮▮

**CHSS035C DPP Disability/Accommodation Summary** Monday March 04, 2024 02:20:28 PM

As of: 03/04/2024 ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| CDC#: | Current DDP Status: NCF |
| Name: ▮▮▮▮▮▮ | DDP Adaptive None |
| Facility: SATF-Facility E | Support Needs: |
| Housing E 001 ▮▮ | Current DDP Status Date: 04/10/2003 |
| Area/Bed: ▮▮ | DPP Codes: DPW, DNH |
| Placement 24 | DPP Determination Date: 08/31/2023 |
| Score: | Current MH LOC: CCCMS |
| Custody Medium (A) | Current MH LOC Date: 12/11/2013 |
| Designation: | SLI Required: No |
| Housing Non-Designated Program Facility | Interview Date: 09/08/2023 |
| Program: | Primary Method(s) - Hearing: Hearing Aids |
| Housing Barrier Free/Wheelchair Accessible | Alternate Method - Hearing: Need Staff to Speak |
| Restrictions: Grab Bar Required | Loudly and Clearly |
| Ground Floor-No Stairs | Non-Formulary |
| Lower/Bottom Bunk Only | Accommodations/Comments: |
| Physical Full Time Wheelchair User | Learning Disability: |
| Limitations to Transport Vehicle with Lift | Initial Reading Level: 12.9 |
| Job/Other: Lifting Restriction- Unable to Lift more than 19 | Initial Reading Level Date: 03/18/2013 |
| Pounds | Durable Medical Equipment: Air Cushion (for |
| No Rooftop Work | Wheelchair Seat) |
| Permanent - 12/31/9999 | Hearing Aid |
| | Back Braces |
| | Compression |
| | Stocking |
| | Commode Chair |
| | Eyeglass Frames |
| | Hearing / Mobility |
| | Impaired Disability |
| | Vest |
| | Incontinence |
| | Supplies |
| | Knee Braces |
| | Other (Include in |
| | Comments) |
| | Therapeutic |
| | Shoes/Orthotics |
| | Truss Hernia Support |
| | Wheelchair |
| | Languages Spoken: |

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|
| Date Received: 04/22/1988 | Privilege Group: A |
| Last Returned 06/05/1996 | Work Group: A1 |
| Date: | AM Job Start 03/04/2024 |
| Release Date: 01/21/2038 | Date: |
| Release Type: Minimum Eligible Parole Date | Status: Reentry |
| | Position #: ISO.003.003 |
| | Position Title: E DRP ISO-3 EDUC RM 188 |
| | Regular Days On: Monday, Wed, Friday (13:15:00 - |
| | 15:15:00) |

Exhibit 45

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 2/28/2024          **Date IAC Received 1824:** 2/21/2024          **1824 Log Number:** 523321

**Inmate's Name:** ██████          **CDCR #:** ████          **Housing:** G3███

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugwueze, Psychologist Dr. ██ , Healthcare Program Manager III ████████ , Health Care Grievance Representative ██ , Custody Appeals Representative ████ , Associate Governmental Program Analyst████ , Registered Nurse████ , Staff Services Analyst████ , Staff Services Analyst████ , Field Training Lieutenant████ .

**Summary of Inmate's 1824 Request:** The inmate reports difficulty hearing conversations around him requiring him to wear a hearing aid. The inmate requests issuance of an iPhone or iPad to assist him in his communication with others.

---

### Interim Accommodation:

☒ No interim accommodation required: You have a primary method of disability assistance which requires staff to speak loudly and clearly, with an alternate method of hearing aids. iPhones or iPads are intended for individuals with a profound hearing loss, who utilize written notes to achieve effective communication. You are safely accessing programs, services, and activities.

---

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** The inmate reports difficulty hearing conversations around him requiring him to wear a hearing aid. The inmate requests issuance of an iPhone or iPad to assist him in his communication with others.

**Response:** On 02/28/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request. Per the Interim Accommodation Procedure (IAP) worksheet, dated 02/21/2024, notes a review of the Strategic Offender Management System (SOMS) indicates you have a DPP verification code of DNH. You have a primary method of disability assistance which requires staff to speak loudly and clearly, with an alternate method of hearing aids. iPhones or iPads are intended for individuals with a DPP verification code of DPH who have profound hearing loss and utilize written notes to achieve effective communication.

The RAP reviewed your request and determined you do not require real time captioning to access programs, services and activities (PSA's). You are encouraged to utilize the appropriate avenues to address issues, such as submitting a 7362 to Health Care Services regarding issues with your hearing aids, or for any medical related requests. If you are dissatisfied or disagree with the treatment being provided by Health Care Services, you may submit a 602HC and your concerns will be addressed through the Health Care Grievance Process. If you disagree with this determination, you may submit a CDCR 602-2, and your concerns will be addressed through the Inmate Appeal Process. You are safely accessing programs, services, and activities.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife _____          _Signature_ _____          **Date sent to inmate:**  MAR 2 0 2024

**ADA Coordinator/Designee**          **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only)<br>SATF | LOG NUMBER (Staff Use Only)<br>523321 | DATE RECEIVED BY STAFF:<br>CSATF OFFICE<br>FEB 21 2024<br>OF GRIEVANCES |
|---|---|---|

************TALK TO STAFF IF YOU HAVE AN EMERGENCY************

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT<br>E.O.P | HOUSING |
|---|---|---|---|

**INSTRUCTIONS:**

- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

I have ISSUES Hearing People around Me when I'm having CONVERSation's

**WHY CAN'T YOU DO IT?**

Because I had AN EAR Rupture, which Made me have to wear A Hearing AID.

**WHAT DO YOU NEED?**

I IPaed OR I phone would help Me Communicate with my peers,

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☐   No ☐   Not Sure ☐

List and attach documents, if available:

it is documented I wear A HEARing AID

I understand that staff have a right to interview or examine me ~~and my failure to~~ cooperate may cause this request to be disapproved.

**INMATE'S SIGNATURE**                 8/21/2024
                                        **DATE SIGNED**

Assistance in completing this form was provided by:

_____     _____     _____
Last Name                First Name                Signature

DRAFT

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) **shall complete Step 1 below within 1 working day.**
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▮▮▮▮▮        CDCR #: ▮▮▮▮        CDCR 1824 Log #: 523321

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**        Date CDCR 1824 received by IAC: 02 / 21 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ **Yes / Unsure** (Complete Steps 2 &/or 3)        ☑ **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

| ▮▮▮▮▮▮ | AGPA | ▮▮▮▮▮▮ | 02 / 21 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2   CDCR 1824 INTERVIEWS**        *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____        Due back to IAC: ____ / ____ / ____        Returned to IAC: ____ / ____ / ____

Assigned to: _____        Title: _____

Information needed: _____

_____

_____

_____

Note 1:  Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2:  IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:** _____ **Location:** _____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** _____ Title: _____ Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____ Title: _____ Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

***Notes:*** A REVIEW OF SOMS INDICATES I/M IS DESIGNATED AS DNH WITH A PRIMARY EC OF NEED STAFF TO SPEAK LOUDLY AND CLEARLY AND ALTERNATE OF HEARING AIDS. IPADS OR IPHONES ARE INTENDED FOR INDIVIDUALS WITH A PROFOUND HEARING LOSS (DPH) WHO UTILIZE WRITTEN NOTES FOR EFFECTIVE COMMUNICATION.

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**IAP / Interview Worksheet**

DRAFT

Inmate: ▆▆▆▆▆▆▆▆▆▆▆▆    CDCR #: ▆▆▆▆▆    CDCR 1824 Log #: 523321

---

**Step 3:    DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

☐ An Interim Accommodation **IS NOT required**.

    Reason: _____

    _____

    _____

☐ An Interim Accommodation **IS required**.

    Reason: _____

    _____

    _____

**Accommodation(s) provided:**                                      **Date provided:**

_____    ____/____/____

_____    ____/____/____

_____    ____/____/____

Comments: _____

    _____

    _____

| ▆▆▆▆▆▆▆▆▆▆ | AGPA | | 02 / 228 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

**Note:**  When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing Instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter.  Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ███████████                                                    CDC #: ████    PID #: █████████

**CHSS035C DPP Disability/Accommodation Summary** Wednesday February 21, 2024 01:09:38 PM

As of: 02/21/2024  ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|

**OFFENDER/PLACEMENT**

CDC#: ████████
Name: ████████████
Facility: SATF-Facility G
Housing Area/Bed: G 003 ████████
Placement Score: 18
Custody: Medium (A)
Designation:
Housing Program: Enhanced Out Patient
Housing: Lower/Bottom Bunk Only
Restrictions:
Physical Limitations
to Job/Other:

**DISABILITY ASSISTANCE**

Current DDP Status: NCF
DDP Adaptive: None
Support Needs:
Current DDP Status Date: 07/16/2001
DPP Codes: DNH
DPP Determination Date: 07/10/2022
Current MH LOC: EOP
Current MH LOC Date: 10/17/2023
SLI Required: No
Interview Date: 03/07/2023
Primary Method(s) - Hearing: Need Staff to Speak Loudly and Clearly
Alternate Method - Hearing: Hearing Aids
Non-Formulary
Accommodations/Comments: TimeStamp: 7 March 2023 13:05:39
--- User: ██████████████
Learning Disability:
Initial Reading Level: 09.0
Initial Reading Level Date: 02/23/2023
Durable Medical Equipment: Hearing Aid
Compression Stocking
Hearing Impaired Disability Vest
Languages Spoken:

**IMPORTANT DATES**

Date Received: 03/27/2019
Last Returned Date:
Release Date: 10/20/2040
Release Type: Earliest Possible Release Date

**WORK/VOCATION/PIA**

Privilege Group: A
Work Group: A1
AM Job Start Date:
Status:
Position #:
Position Title:
Regular Days On:

# Exhibit 46

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 2/21/2024    **Date IAC Received 1824:** 2/15/2024    **1824 Log Number:** 520909

**Inmate's Name:** ▓▓▓▓    **CDCR #:** ▓▓▓▓    **Housing:** D3▓▓▓▓

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Medical Executive G. Ugwueze, Psychologist Dr. ▓▓▓▓, Health Care Grievance Representative ▓▓▓▓, Custody Appeals Representative ▓▓▓▓, Associate Governmental Program Analyst ▓▓▓▓, Staff Services Analyst ▓▓▓▓, Field Training Lieutenant ▓▓▓▓, Principle (A) ▓▓▓▓.

**Summary of Inmate's 1824 Request:** The inmate reports their hearing aids do not work correctly. The inmate requests a new pair of updated hearing aids. The inmate requests Communication Access Realtime Translation (CART) Services at an upcoming Rule Violation Report (RVR) hearing and Board of Prison Hearing (BPH).

### Interim Accommodation:

☒ No interim accommodation required: You are accommodated with a pocket talker as of 10/06/2023.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** The inmate reports their hearing aids do not work correctly. The inmate requests a new pair of updated hearing aids. The inmate requests Communication Access Realtime Translation (CART) Services at an upcoming Rule Violation Report (RVR) hearing and Board of Prison Hearing (BPH).

**Response:** On 02/21/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.
Per the Interim Accommodation Procedure (IAP) worksheet, dated 02/15/2024, notes you are accommodated with a pocket talker as of 10/06/2023. Your request for a new hearing aid is duplicative to Log# 520905. Your request was forwarded to healthcare (HC) for input regarding your request for new hearing aids. You are encouraged to utilize a 7362 for medical related requests. You have already requested CART service for BPH during 1073 interview with your assigned Correctional Counselor I.

The Americans with Disabilities Act Coordinator (ADAC) has reviewed your request for CART service during due process events. You are designated DNH, meaning your hearing loss is not so severe that you must rely on written communication. Rather, you have residual hearing at a functional level with hearing aids. Furthermore, you possess a personal sound amplification product (PSAP) to provide even further assistance with hearing. Your recent effective communication (EC) history has been reviewed, showing successful EC achievement at due process events using existing methods, such as staff speaking loudly and clearly, and your use of hearing aids. Therefore, the ADAC determined you do not require CART to establish EC, as currently available methods have proven to provide equal accessible means.

Due to its nature, your request was forwarded to Health Care Services for input. Health Care Services provided the RAP with a Disability Verification Process (DVP) Worksheet indicating your request is a duplicate to Log# 520905 – An order has been placed for you to follow up with the Hearing Aid Specialist for malfunctioning hearing aids. You are accommodated with a hearing-impaired disability vest.

You are encouraged to utilize the appropriate avenues to address issues, such as submitting a 7362 to Health Care Services for any medical related requests. If you are dissatisfied or disagree with the treatment being provided by Health Care Services, you may submit a 602HC and your concerns will be addressed through the Health Care Grievance Process. If you disagree with this determination, you may submit a CDCR 602-2, and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife _____    _~signature~_    **Date sent to inmate:**    **MAR 1 3 2024**

**ADA Coordinator/Designee**    **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST.**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 520909 | CSATF OFFICE FEB 15 2024 OF GRIEVANCE |

\*\*\*\*\*\*\*\*\*\*\*\***TALK TO STAFF IF YOU HAVE AN EMERGENCY**\*\*\*\*\*\*\*\*\*\*\*\*
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ███████████ | ███████ | DRP | D3- ██ |

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?** I'm having hearing issues.

**WHY CAN'T YOU DO IT?** Hearing Impair.

**WHAT DO YOU NEED?** I need new hearing aids Flame 250 BTE. I need CART for my upcoming bogus 115 hearing and Parole board hearing -
*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?** Yes ☒ No ☐ Not Sure ☐
List and attach documents, if available: Medical ADA Communication Summary Status

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| ███████████ | 2/3/24 |
|---|---|
| **INMATE'S SIGNATURE** | **DATE SIGNED** |

Assistance in completing this form was provided by:

_____        _____        _____
Last Name                First Name                Signature

DRAFT

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▇▇▇    CDCR #: ▇▇▇▇▇    CDCR 1824 Log #: 520909

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 02 / 15 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is
being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ **Yes / Unsure** (Complete Steps 2 &/or 3)    ☑ **No** (None of the issues below are present) [Note: IAC may still
obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

| ▇▇▇▇▇ | AGPA | ▇▇▇▇▇ | 02 / 15 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____    Due back to IAC: ____ / ____ / ____    Returned to IAC: ____ / ____ / ____

Assigned to: _____    Title: _____

Information needed: _____
_____
_____
_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:**_____    **Location:**_____

Interviewer notes: _____
_____
_____

**Staff interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____
_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____
I/m is accommodated w/ a pocket Talker as of 10/16/23

*Notes:* REQUEST FOR HA DUPLICATE TO 520905. FORWARD TO HC FOR INPUT REGARDING REQUEST OF NEW
HEARING AIDS. I/M IS ENCOURAGED TO UTILIZE A 7362 FOR MEDICAL RELATED REQUESTS. I/M HAS
ALREADY REQUESTED CART FOR BPH DURING 1073 INTERVIEW WITH COUNSELOR. ADAC WILL REVIEW
REQUEST FOR CART DURING CDCR DUE PROCESS.

| _____ | _____ | _____ | ___ / ___ / ___ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

DRAFT

## IAP / Interview Worksheet

Inmate: ▓▓▓ _____ CDCR #: ▓▓▓ _____ CDCR 1824 Log #: 520909 _____

---

**Step 3:** **DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY** (See Note below)

☐  An Interim Accommodation **IS NOT required**.

Reason: _____

_____

_____

☐  An Interim Accommodation **IS required**.

Reason: _____

_____

_____

**Accommodation(s) provided:**                                        **Date provided:**

_____           ___ / ___ / ___

_____           ___ / ___ / ___

_____           ___ / ___ / ___

Comments: _____

_____

_____

| ▓▓▓▓▓ | AGPA | | 02 / 16 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

**Note:** When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ███████

CDC #: ████    PID #: ███████

**CHSS035C** **DPP Disability/Accommodation Summary** Thursday February 15, 2024 02:14:33 PM

As of: 02/15/2024 ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|
| | |

### OFFENDER/PLACEMENT

CDC#: ████
Name: ████████
Facility: SATF-Facility D
Housing Area/Bed: D 003 ████████
Placement Score: 104
Custody: Medium (A)
Designation:
Housing Program: Sensitive Needs Yard
Housing: Barrier Free/Wheelchair Accessible
Restrictions: Ground Floor-No Stairs
Lower/Bottom Bunk Only
Trapeze Bar Required
Physical Limitations: Full Time Wheelchair User
to Job/Other: Transport Vehicle with Lift
Special Cuffing Needed
Lifting Restriction- Unable to Lift more
than 19 Pounds
Permanent - 12/31/9999

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive: None
Support Needs:
Current DDP Status Date: 09/11/2001
DPP Codes: DPW, DNH
DPP Determination Date: 06/19/2023
Current MH LOC: CCCMS
Current MH LOC Date: 10/14/2020
SLI Required: No
Interview Date: 07/05/2023
Primary Method(s) - Hearing: Hearing Aids
Alternate Method - Hearing: Need Staff to Speak Loudly
and Clearly
Non-Formulary: EEC 128B completed by SLI
Accommodations/Comments: ████
Learning Disability:
Initial Reading Level: 12.9
Initial Reading Level Date: 11/16/2012
Durable Medical Equipment: Air Cell Cushion - High Profile
(Roho)
Hearing Aid
Back Braces
Canes
Non-invasive Airway Assistive
Devices - C-Pap Machine
Electrical Access
Eyeglass Frames
Hearing / Mobility Impaired
Disability Vest
Incontinence Supplies
Knee Braces
Night Guard
Therapeutic Shoes/Orthotics
Wheelchair
Languages Spoken:

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|
| | |

### IMPORTANT DATES

Date Received: 10/01/1991
Last Returned Date:
Release Date: 05/20/2006
Release Type: Minimum Eligible Parole Date

### WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start Date: 09/30/2023
Status: Full Time
Position #: AD1.002.022
Position Title: D B-3 ADA WORKER GROUP A
Regular Days On: Sun,Mon,Tue, Fri,Sat (13:00:00 -
16:45:00)
Sun,Mon,Tue, Fri,Sat (17:30:00 -
20:30:00)

**Disability Verification Process (DVP) Worksheet**
SIDE 1

| INMATE'S NAME (Print) ████ | CDCR 1824 LOG NUMBER 520909 |
|---|---|
| CDCR NUMBER ████ | |

## INSTRUCTIONS

- **A SME Shall COMPLETE SECTION 1 prior to or during the <u>INITIAL</u> RAP.**

- **When the RAP needs more information, the ADA Coordinator shall complete Section 2 during the RAP and assign the DVP for Section 3 to be completed (See back of form).**

---

**SECTION 1 – SME FINDINGS**

Person completing worksheet: G. Ugwueze, MD                    Title: CME

Type of Review: [✓] Health care review    [ ] Mental Health review    [ ] Education / learning disability review
[ ] Other review: _____

[✓] File Review conducted. Documents obtained:

- [ ] CDCR 1845    dated: ___/___/___
- [ ] CDCR 7536    dated: ___/___/___
- [ ] CDCR 128-C3: dated: ___/___/___
- [ ] Other: _____ dated: ___/___/___
- [ ] CDCR 7410 dated: ___/___/___
- [ ] CDC 7221-DME dated: ___/___/___
- [ ] CDCR 7386: dated: ___/___/___
- [ ] Other: _____ dated: ___/___/___
- [ ] CDCR 128-C2: dated: ___/___/___
- [ ] CDCR 7388:    dated: ___/___/___

[ ] Recently evaluated for this issue.    Date seen: ___/___/___

[ ] Evaluation (exam/interview) scheduled.    Anticipated date to be seen: ___/___/___

......................................................................................................

Disability indicated: [✓] Yes    [ ] No    [ ] Unable to Determine

Summary of findings: DPP: DPW, DNH
DME: Air cell cushion - high profile (ROHO), back braces, cane, HID/MID vest, eyeglass frames, hearing aid, incontinence supplies, knee braces, C-Pap, therapeutic shoes/orthotics, wheelchair

Summary of limitations: Trapeze bars, barrier free wheelchair access, ground floor-no stairs, bottom bunk, full time wheelchair user, transport vehicle w/ lift, special cuffing, lifting restriction

Comments: Duplicate to 520905 - Order has been placed for patient to follow up with Hearing Aid Specialist for malfunctioning hearing aids. Patient is accommodated with a hearing impaired disability vest.

_____        02/16/2024
Signature of Subject Matter Expert        Date Signed

DVP Worksheet – Assignment - rev 8-17-17

# Exhibit 47

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 10/11/2023      **Date IAC Received 1824:** 10/6/2023      **1824 Log Number:** 460315

**Inmate's Name:**                          **CDCR #:**                     **Housing:** D3

**RAP Staff Present:** ADA Coordinator N. Scaife, Health Program Manager III          , Chief Medical Executive G. Ugweze, Psychologist Dr.      , Health Care Grievance Representative      , Custody Appeals Representative          , Associate Governmental Program Analyst          , Field Training Lieutenant      , Registered Nurse      , Staff Services Analyst      Education Representative

**Summary of Inmate's 1824 Request:** The inmate states they are having trouble hearing. The inmate requests to use Communication Access Real-Time Translation Services (CART) at their Board of Prison Hearing (BPH) in November.

### Interim Accommodation:

☒ No interim accommodation required: You are safely accessing programs, services, and activities.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** The inmate states they are having trouble hearing. The inmate requests to use Communication Access Real-Time Translation Services (CART) at their Board of Prison Hearing (BPH) in November.

**Response:** On 10/11/2023, the RAP met and discussed your 1824, Reasonable Accommodation Request. Your request to receive CART services at your BPH hearing in November was reviewed by the RAP committee. A review of SOMS indicates you are designated DNH and are accommodated with hearing aids. A review of your communication methods shows that you do not require written notes to establish effective communication (EC). Currently, the California Department of Correction and Rehabilitation (CDCR) offers CART to qualifying individuals during classification committees, Administrative Segregation Unit (ASU) Placement Notice Hearings, Rule Violation Report (RVR) Hearings, and biannual interviews covered by the staff misconduct orders.

Your request to use CART services has been denied. You may request additional assistance from BPH staff during your BPH hearing. Staff will continue to establish EC with you by ensuring you are wearing your hearing aids and speaking loudly and clearly if your hearing aids are not available or not working. You are safely accessing programs, services, and activities. You may request additional assistance from BPH staff during your BPH hearing.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife

**ADA Coordinator/Designee**      **Signature**      **Date sent to inmate:**

CSATF OFFICE

NOV 03 2023

OF GRIEVANCES

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 400315 | CSATF OFFICE |

***********TALK TO STAFF IF YOU HAVE AN EMERGENCY***********

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This
may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

OCT 06 2023
OF GRIEVANCES

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| | | PRP/A1A | D3- |

INSTRUCTIONS:
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
My Counselor CCI ▓▓▓ told me to turn in 1824 form
for hearing assistant through CART - with real live
captioning for my BPH coming up in November.

**WHY CAN'T YOU DO IT?**
I'm having trouble hearing.

**WHAT DO YOU NEED?**
Live Captioning during my BPH hearing
per title 15, CCR section 02251 0

(Use the back of this form if more space is needed)

DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?     Yes ✓     No ☐     Not Sure ☐

List and attach documents, if available:
ADA Accommodation Communication
Summary Status or Medical File.

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

_____     10/5/23
**INMATE'S SIGNATURE**     **DATE SIGNED**

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|
| | | |

DRAFT

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) shall complete Step 1 below within 1 working day.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▮▮▮▮                    CDCR #: ▮▮▮▮        CDCR 1824 Log #: 460315

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**          Date CDCR 1824 received by IAC: 10 / 6 / 2023

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)    [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.        • Cannot safely navigate stairs.
- Cannot safely access upper bunk.        • Seizure disorder and is assigned an upper bunk.
- Workplace safety concerns.        • Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| ▮▮▮▮ | OT | ▮▮▮▮ | 10 / 6 / 2023 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**      *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____        Due back to IAC: ____ / ____ / ____        Returned to IAC: ____ / ____ / ____

Assigned to: _____        Title: _____

Information needed: _____

_____

_____

Note 1:  Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2:  IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:**_____ **Location:**_____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** _____ Title: _____ Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____ Title: _____ Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Notes:** I/M is DNH with a primary communication method of "hearing aids" and a secondary of "need staff to speak loudly and clearly."

_____

_____

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

DRAFT

## IAP / Interview Worksheet

Inmate: ████████_____    CDCR #: ████____    CDCR 1824 Log #: 460315_____

---

**Step 3:**  DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐  An Interim Accommodation **IS NOT required**.

Reason:_____

_____

_____

☐  An Interim Accommodation **IS required**.

Reason:_____

_____

_____

| **Accommodation(s) provided:** | **Date provided:** |
|---|---|
| _____ | ____/ ____/ ____ |
| _____ | ____/ ____/ ____ |
| _____ | ____/ ____/ ____ |

Comments: _____

_____

_____

| _____ | _____ | _____ | ____/ ____/ ____ |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3.  The interviews conducted in Step 2 will help with the decision in Step 3.  Step 3 documents the decision.  When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2.  If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing.  Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder.  Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: [redacted]                                                                    CDC #: [redacted]    PID #: [redacted]

CHSS035C **DPP Disability/Accommodation Summary** Friday October 06, 2023 10:30:02 AM

As of: 10/06/2023 ➡

## OFFENDER/PLACEMENT

CDC#: [redacted]
Name: [redacted]
Facility: SATF-Facility D
Housing Area/Bed: D 003 [redacted]
Placement Score: 104
Custody: Medium (A)
Designation:
Housing Program: Sensitive Needs Yard
Housing Barrier Free/Wheelchair Accessible
Restrictions: Ground Floor-No Stairs
Lower/Bottom Bunk Only
Trapeze Bar Required
Physical Full Time Wheelchair User
Limitations to Transport Vehicle with Lift
Job/Other: Special Cuffing Needed
Lifting Restriction- Unable to Lift more
than 19 Pounds
Permanent - 12/31/9999

## DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive: None
Support Needs:
Current DDP Status Date: 09/11/2001
DPP Codes: DPW, DNH
DPP Determination Date: 06/19/2023
Current MH LOC: CCCMS
Current MH LOC Date: 10/14/2020
SLI Required: No
Interview Date: 07/05/2023
Primary Method(s) - Hearing: Hearing Aids
Alternate Method - Hearing: Need Staff to Speak Loudly
and Clearly
Non-Formulary EEC 128B completed by SLI
Accommodations/Comments: [redacted]
Learning Disability:
Initial Reading Level: 12.9
Initial Reading Level Date: 11/16/2012
Durable Medical Equipment: Air Cell Cushion - High
Profile (Roho)
Hearing Aid
Back Braces
Canes
Non-invasive Airway
Assistive Devices - C-Pap
Machine
Mobility Impaired Disability
Vest
Electrical Access
Eyeglass Frames
Hearing Impaired Disability
Vest
Incontinence Supplies
Knee Braces
Night Guard
Therapeutic Shoes/Orthotics
Wheelchair
Languages Spoken:

## IMPORTANT DATES

Date Received: 10/01/1991
Last Returned
Date:
Release Date: 04/20/2006
Release Type: Minimum Eligible Parole Date

## WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start: 09/30/2023
Date:
Status: Full Time
Position #: AD1.002.022
Position Title: D B-3 ADA WORKER GROUP A
Regular Days On: Sun,Mon,Tue, Fri,Sat (13:00:00 -
16:45:00)
Sun,Mon,Tue, Fri,Sat (17:30:00 -
20:30:00)

# Exhibit 48

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 2/14/2024          **Date IAC Received 1824:** 2/8/2024          **1824 Log Number:** 517620

**Inmate's Name:** ▇▇▇▇▇▇          **CDCR #:** ▇▇▇▇          **Housing:** G1▇▇▇

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Executive Officer A. Banerjee, Chief Medical Executive G. Ugwueze, Psychologist Dr. ▇▇▇ Health Care Grievance Representative ▇▇▇▇ Custody Appeals Representative ▇▇▇▇ Associate Governmental Program Analyst ▇▇▇ Registered Nurse ▇▇▇ Staff Services Analyst ▇▇▇ Staff Services Analyst ▇▇▇

**Summary of Inmate's 1824 Request:** The inmate requests an iPhone or iPad with text to speech technology.

### Interim Accommodation:

☒ No interim accommodation required:  You are safely accessing programs, services, and activities.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** The inmate requests an iPhone or iPad with text to speech technology.

**Response:** On 02/14/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.
Per the Interim Accommodation Procedure (IAP) worksheet, dated 02/08/2024, notes a review of the Strategic Offender Management System (SOMS) indicates you have a DPP verification code of DNH with a primary method of disability assistance which requires staff to speak loudly and clearly, and an alternate method of use of hearing aids. Issuance of iPhone technology is intended for individuals with profound hearing loss who utilize written notes to achieve effective communication.

The RAP reviewed your request and determined you do not meet criteria for issuance of iPhone technology as a reasonable accommodation. If you disagree with this determination, you may submit a CDCR 602-2, and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:**  If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife _____          _~signature~_          **Date sent to inmate:**          MAR 0 7 2024

**ADA Coordinator/Designee**          **Signature**

RAP Response - rev 08-17-17.docx

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 517620 | CSATF OFFICE<br>FEB 09 2024<br>OF GRIEVANCES |

**\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ███ | ███ | "EOP" | G-1 |

**INSTRUCTIONS:**
* You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
* You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
* Submit this form to the Custody Appeals Office.
* The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
* The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
* If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

I would like to be provided an (Iphone/Ipad) with speech-to-text technology

**WHY CAN'T YOU DO IT?** they have NOT issued them

**WHAT DO YOU NEED?** (Iphone/Ipad) with "Speech-to-text" technology

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**   Yes ☒   No ☐   Not Sure ☐

List and attach documents, if available:

I understand that ███ staff have a right to interview or examine me and my failure to cooperate may cause this request to be disapproved.

███ **INMATE'S SIGNATURE**          2-7-2024 **DATE SIGNED**

Assistance in completing this form was provided by:

_____          _____          _____
Last Name                               First Name                                Signature

**Interim Accommodation Procedure (IAP) / Interview Worksheet**

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▮▮▮▮▮▮▮▮▮            CDCR #: ▮▮▮▮▮            CDCR 1824 Log #: 517620

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**                 Date CDCR 1824 received by IAC: 02 / 08 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)    [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

| ▮▮▮▮ ▮▮▮ | AGPA | ▮▮▮▮▮▮▮▮ | 02 / 08 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____        Due back to IAC: ____ / ____ / ____        Returned to IAC: ____ / ____ / ____

Assigned to: _____        Title: _____

Information needed: _____

_____

_____

_____

Note 1:  Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2:  IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time:_____    Location:_____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

*Notes:*  A REVIEW OF SOMS INDICATES I/M IS DESIGNATED DNH WITH PRIMARY EC OF NEED STAFF TO SPEAK LOUDLY AND CLEARLY AND ALTERNATE OF HEARING AIDS. ISSUANCE OF IPHONE TECHNOLOGY IS INTENDED FOR INDIVIDUALS WITH PROFOUND HEARING LOSS WHO UTILIZE WRITTEN NOTES FOR EC.

| | | | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

DRAFT

**IAP / Interview Worksheet**

Inmate: _____ CDCR #: _____ CDCR 1824 Log #: 517620

---

**Step 3:** DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason: _____

_____

☐ An Interim Accommodation **IS required**.

Reason: _____

_____

Accommodation(s) provided:                              Date provided:

_____     ____/____/____

_____     ____/____/____

_____     ____/____/____

Comments: _____

_____

| ██████████ | AGPA | | 02 / 08 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing Instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: █████████████    CDC #: █████    PID #: █████████

CHSS035C **DPP Disability/Accommodation Summary** Thursday February 08, 2024 11:45:14 AM

As of: 02/08/2024  ➡

| OFFENDER/PLACEMENT | DISABILITY ASSISTANCE |
|---|---|

**OFFENDER/PLACEMENT**

CDC#: ████
Name: █████████████
Facility: SATF-Facility G
Housing G 001 ████
Area/Bed:
Placement Score: 19
Custody Medium (A)
Designation:
Housing Program: Enhanced Out Patient
Housing Ground Floor-Limited Stairs
Restrictions: Lower/Bottom Bunk Only
Physical No Rooftop Work
Limitations to Permanent - 12/31/9999
Job/Other:

**DISABILITY ASSISTANCE**

Current DDP Status: NCF
DDP Adaptive None
Support Needs:
Current DDP Status Date: 11/08/2001
DPP Codes: DNH
DPP Determination Date: 08/29/2022
Current MH LOC: EOP
Current MH LOC Date: 09/24/2021
SLI Required: No
Interview Date: 06/11/2018
Primary Method(s) - Hearing: Need Staff to Speak Loudly and Clearly
Alternate Method - Hearing: Hearing Aids
Non-Formulary Per E/C chrono dated 06/06/18.
Accommodations/Comments: Primary: Need Staff to Speak Loudly and Clearly. Alternate: Hearing Aids. TimeStamp: 11 June 2018 10:20:25 --- User: █████████████
Learning Disability:
Initial Reading Level: 10.7
Initial Reading Level Date: 06/29/2010
Durable Medical Equipment: Hearing Aid
Hearing Impaired Disability Vest
Languages Spoken:

| IMPORTANT DATES | WORK/VOCATION/PIA |
|---|---|

**IMPORTANT DATES**

Date Received: 06/11/2010
Last Returned
Date:
Release Date: 12/18/2024
Release Type: Minimum Eligible Parole Date

**WORK/VOCATION/PIA**

Privilege Group: A
Work Group: A1
AM Job Start 08/14/2023
Date:
Status: Reentry
Position #: CB2.004.012
Position Title: G DRP CB2-1 G2-C-160
Regular Days On: Monday, Wed, Friday (08:15:00 - 10:15:00)

# Exhibit 49

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 1/17/2024        **Date IAC Received 1824:** 1/16/2024        **1824 Log Number:** 505659

**Inmate's Name:** ▮▮▮▮▮        **CDCR #:** ▮▮▮▮        **Housing:** D1▮▮▮▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Executive Officer A. Banerjee, Chief Medical Executive G. Ugweze, Psychologist Dr. ▮▮, Health Care Grievance Representative ▮▮▮▮, Custody Appeals Representative ▮▮▮▮, Associate Governmental Program Analyst ▮▮▮▮, Registered Nurse ▮▮▮▮, Staff Services Analyst ▮▮▮▮, Field Training Lieutenant ▮▮▮▮, Principle (A) ▮▮

**Summary of Inmate's 1824 Request:** Inmate reports difficulty hearing; Inmate requests an iPhone or iPad.

---

### Interim Accommodation:

☒ **No interim accommodation required:** You do not report difficulty accessing Programs, Services, or Activities (PSA)s or performing Activities of Daily Living (ADL)s.

---

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports difficulty hearing; Inmate requests an iPhone or iPad.

**Response:** On 1/17/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

You do not have a severe hearing impairment impacting placement. You are accommodated with hearing aids and a pocket talker. Your current Effective Communication (EC) methods of hearing aids and need staff to speak loudly and clearly are sufficient to maintain EC during due process and all general communication. You do not require an iPad or iPhone with live captioning to access PSAs.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife                               _signature_                        **Date sent to inmate:**        FEB 1 5 2024

**ADA Coordinator/Designee**           **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| SATF | 505659 | JAN 1 6 2024 |

***********TALK TO STAFF IF YOU HAVE AN EMERGENCY***********

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC.

OF GRIEVANCES

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | PIA | D/- |

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**

Hear people Veryaell with the hearing aids

**WHY CAN'T YOU DO IT?**

Hearing aids do not work the best

**WHAT DO YOU NEED?**

The iphone or tablet for communnication

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**    Yes ☐    No ☒    Not Sure ☐

List and attach documents, if available:

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

| ▓▓▓▓▓▓ | 1/13/24 |
|---|---|
| **INMATE'S SIGNATURE** | **DATE SIGNED** |

Assistance in completing this form was provided by:

| | | |
|---|---|---|
| Last Name | First Name | Signature |

**DRAFT**

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) **shall complete Step 1 below within 1 working day.**
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: [redacted]    CDCR #: [redacted]    CDCR 1824 Log #: 505659

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**    Date CDCR 1824 received by IAC: 01 / 16 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

☐ **Yes / Unsure** (Complete Steps 2 &/or 3)    ☑ **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.

| [redacted] | AGPA | [redacted signature] | 01 / 16 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2  CDCR 1824 INTERVIEWS**    *Note: Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ___ / ___ / ___    Due back to IAC: ___ / ___ / ___    Returned to IAC: ___ / ___ / ___

Assigned to: _____    Title: _____

Information needed: _____

_____

_____

Note 1: Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2: IAC and/or RAP may assign to self and obtain information either telephonically or in person.

**Inmate Interview Date/Time:** _____    **Location:** _____

Interviewer notes: _____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ___ / ___ / ___

Interviewer Notes: _____

_____

**Staff Interviewed:** _____    Title: _____    Interview date: ___ / ___ / ___

Interviewer Notes: _____

_____

*Notes:*  ISSUANCE OF THE IPHONE TECHNOLOGY IS INTENDED FOR INDIVIDUALS WITH PROFOUND HEARING LOSS. I/M IS CURRENLTY DESIGNATED DNH AND IS BEING ACCOMMODATED WITH HEARING AIDS AND A POCKET TALKER. I/M'S CURRENT METHODS OF EC ARE HEARING AIDS AND STAFF SPEAK LOUDLY AND CLEARLY.

| _____ | _____ | _____ | ___ / ___ / ___ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**DRAFT**

**IAP / Interview Worksheet**

Inmate: ▊▊▊▊▊                CDCR #: ▊▊▊▊        CDCR 1824 Log #: 505659

---

**Step 3:** DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason:_____

_____

☐ An Interim Accommodation **IS required**.

Reason:_____

_____

**Accommodation(s) provided:**                                 **Date provided:**

_____          ____/____/____

_____          ____/____/____

_____          ____/____/____

Comments:_____

_____

| ▊▊▊▊▊ | AGPA | | 01 / 17 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

**IAP processing instructions for the Appeals Coordinator**

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

**Step 2 Interviewer Instructions**

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: ▮▮▮▮▮▮▮                                                          CDC #: ▮▮▮▮   PID #: ▮▮▮▮

**CHSS035C DPP Disability/Accommodation Summary** Tuesday January 16, 2024 02:30:23 PM

As of: 01/16/2024 ⇨

---

### OFFENDER/PLACEMENT

CDC#: ▮▮▮
Name: ▮▮▮▮▮▮▮
Facility: SATF-Facility D
Housing Area/Bed: D 001 ▮▮▮▮
Placement Score: 70
Custody Designation: Medium (A)
Housing Program: Sensitive Needs Yard
Housing Restrictions: Lower/Bottom Bunk Only
Physical Limitations to Special Cuffing Needed
Job/Other: Permanent - 12/31/9999

### DISABILITY ASSISTANCE

Current DDP Status: NCF
DDP Adaptive Support Needs: None
Current DDP Status Date: 03/09/2018
DPP Codes: DNM, DNH
DPP Determination Date: 10/18/2023
Current MH LOC: CCCMS
Current MH LOC Date: 09/03/2019
SLI Required: No
Interview Date: 10/11/2023
Primary Method(s) - Hearing: Hearing Aids
Alternate Method - Hearing: Need Staff to Speak Loudly and Clearly
Non-Formulary Accommodations/Comments:
Learning Disability:
Initial Reading Level: 12.9
Initial Reading Level Date: 04/25/2018
Durable Medical Equipment: Hearing Aid
Canes
Eyeglass Frames
Other (Include in Comments)
Therapeutic Shoes/Orthotics
Languages Spoken:

---

### IMPORTANT DATES

Date Received: 03/02/2018
Last Returned Date:
Release Date: 11/06/2028
Release Type: Earliest Possible Release Date

### WORK/VOCATION/PIA

Privilege Group: A
Work Group: A1
AM Job Start Date: 10/29/2022
Status: Full Time
Position #: PFO.501.058
Position Title: FOOD & BEVERAGE PACKAGER
Regular Days On: Monday through Friday (07:00:00 - 11:30:00)
Monday through Friday (12:00:00 - 15:00:00)

Exhibit 50

## REASONABLE ACCOMMODATION PANEL (RAP) RESPONSE

**RAP Meeting Date:** 1/17/2024          **Date IAC Received 1824:** 1/16/2024          **1824 Log Number:** 505665

**Inmate's Name:** ▮▮▮▮          **CDCR #:** ▮▮▮▮          **Housing:** D1-▮▮▮

**RAP Staff Present:** ADA Coordinator N. Scaife, Chief Executive Officer A. Banerjee, Chief Medical Executive G. Ugweze, Psychologist Dr.▮▮, Health Care Grievance Representative▮▮▮, Custody Appeals Representative▮▮▮, Associate Governmental Program Analyst▮▮, Registered Nurse ▮▮▮, Staff Services Analyst ▮▮▮, Field Training Lieutenant▮▮ ▮▮, Principle (A)▮▮

**Summary of Inmate's 1824 Request:** Inmate reports difficulty communicating with loved ones because the telephone volume is not loud enough; Inmate requests an iPhone or iPad.

### Interim Accommodation:

☒ No interim accommodation required: The caption phone and tty phone are available on your facility.

### RAP RESPONSE:

**RAP is able to render a final decision on the following:** Inmate reports difficulty communicating with loved ones because the telephone volume is not loud enough; Inmate requests an iPhone or iPad.

**Response:** On 1/17/2024, the RAP met and discussed your 1824, Reasonable Accommodation Request.

You do not have a severe hearing impairment impacting placement. Your hearing is restored to a functional level with your prescribed hearing aid. The live captioning provided by the iPhone and iPad is designed to be received from in-person communication, not through the use of a telephone. If you cannot use the telephone effectively, you may continue to use your GTL tablet and Over The Ear Headphones to communicate with your family. You may also access the TTY phone and caption phone on your facility.

You are encouraged to utilize the appropriate avenues to address requests or concerns. If you disagree with this determination, you may submit a CDCR 602-2 and your concerns will be addressed through the Inmate Appeal Process.

**Direction if dissatisfied:** If you disagree with this decision and want to file an appeal/grievance, be sure to attach a copy of this response along with your CDCR 1824 as supporting documents.

N. Scaife _____          _____          Date sent to inmate:          **FEB 1 5 2024**

**ADA Coordinator/Designee**          **Signature**

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)
DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) *SATF* | LOG NUMBER (Staff Use Only) *505665* | DATE RECEIVED BY STAFF: |
|---|---|---|

CSATF
JAN 1 6 2024
OF GRIEVANCES

**\*\*\*\*\*\*\*\*\*\*TALK TO STAFF IF YOU HAVE AN EMERGENCY\*\*\*\*\*\*\*\*\*\***
**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT *P1-A* | HOUSING |
|---|---|---|---|

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?** *CORRESPOND GOOD W/FAMILY
& FRIENDS.*

*THANK YOU*

**WHY CAN'T YOU DO IT?** *TELEPHONE VOLUME DOESNT GO
HIGH ENOUGH.*

*THANK YOU*

**WHAT DO YOU NEED?** *I'VE BEEN SHOWN/TOLD I COULD
RECIEVE THE IPAD/IPHONE FOR CORRESPONDING.
I'M ADA HEARING INPARED.*

*THANK YOU.*

*(Use the back of this form if more space is needed)*

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?**  Yes ☐  No ☐  Not Sure ☒

List and attach documents, if available: - *WHATEVER IS IN MY MEDICAL FILE/CHRONO.*

...to cooperate may cause this request to be disapproved.

*1/13/24.*
**DATE SIGNED**

Assistance in completing this form was provided by:

| Last Name | First Name | Signature |
|---|---|---|

**DRAFT**

## Interim Accommodation Procedure (IAP) / Interview Worksheet

Upon receipt of a CDCR 1824, the Institution Appeals Coordinator (IAC) <u>shall complete Step 1 below within 1 working day</u>.
Step 2 should be completed whenever the inmate's request is unclear or when additional input from
the inmate and/or staff will help the RAP better understand the request.

Inmate: ▓▓▓▓▓▓     CDCR #: ▓▓▓▓▓     CDCR 1824 Log #: 505665

---

**STEP 1 INTERIM ACCOMMODATION ASSESSMENT**     Date CDCR 1824 received by IAC: 01 / 16 / 24

Does the inmate raise issues on the CDCR 1824 that may cause the **inmate injury or other serious harm** while it is being processed? **Base your assessment solely on the inmate's claim, assuming the claim is true.**

[ ] **Yes / Unsure** (Complete Steps 2 &/or 3)      [✓] **No** (None of the issues below are present) [Note: IAC may still obtain information for RAP by completing Step 2]

Issues that may cause the **inmate injury or other serious harm** include, but are not limited to:

- Falling or the potential for falling.
- Cannot safely access upper bunk.
- Workplace safety concerns.
- Inability to perform essential manual tasks (e.g., access dining hall, carry food tray, shower, use toilet).
- Maintenance, repair, or replacement of health care appliances which involve safety concerns.
- Cannot safely navigate stairs.
- Seizure disorder and is assigned an upper bunk.
- Hearing or vision claims that may jeopardize safety.

| ▓▓▓▓▓ | AGPA | ▓▓▓▓▓ | 01 / 16 / 24 |
|---|---|---|---|
| Person Completing Step 1 | Title | Signature | Date Completed |

---

**STEP 2    CDCR 1824 INTERVIEWS**     *Note:  Be sure to complete Step 3 when Step 1 was "Yes/Unsure"*

Date assigned: ____ / ____ / ____      Due back to IAC: ____ / ____ / ____      Returned to IAC: ____ / ____ / ____

Assigned to: _____      Title: _____

Information needed: _____

_____

_____

Note 1:  Attach a DECS printout listing inmate's current status (including DPP codes, DDP codes, TABE score, etc.)
Note 2:  IAC and/or RAP may assign to self and obtain information either telephonically or in person.

Inmate Interview Date/Time:_____      Location:_____

Interviewer notes: _____

_____

_____

**Staff Interviewed:** _____   Title: _____   Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

**Staff Interviewed:** _____   Title: _____   Interview date: ____ / ____ / ____

Interviewer Notes: _____

_____

_____

*Notes:*  ISSUANCE OF THE IPHONE TECHNOLOGY IS INTENDED FOR INDIVIDUALS WITH PROFOUND HEARING LOSS. I/M IS CURRENLTY DESIGNATED DNH AND IS BEING ACCOMMODATED WITH HEARING AIDS AND A POCKET TALKER AND CAN ACCESS CAPTION OR TDD/TTY PHONE. I/M'S CURRENT METHODS OF EC ARE STAFF SPEAK LOUDLY AND CLEARLY AND WRITTEN NOTES.

| _____ | _____ | _____ | ____ / ____ / ____ |
|---|---|---|---|
| Interviewer (Print Name) | Title | Signature | Date Completed |

**DRAFT**

## IAP / Interview Worksheet

Inmate: ████████    CDCR #: ████████    CDCR 1824 Log #: 505665

---

**Step 3:** DECISION REGARDING WHETHER AN INTERIM ACCOMMODATION IS NECESSARY (See Note below)

☐ An Interim Accommodation **IS NOT required**.

Reason: _____

_____

_____

☐ An Interim Accommodation **IS required**.

Reason: _____

_____

_____

**Accommodation(s) provided:**    **Date provided:**

_____    ___/___/___

_____    ___/___/___

_____    ___/___/___

Comments: _____

_____

| ████ ████ | AGPA | | 01 / 17 / 24 |
|---|---|---|---|
| Person Completing Step 3 | Title | Signature | Date Completed |

Note: When information is unable to prove or disprove a claim, consider an interim accommodation as a precautionary measure.

---

### IAP processing instructions for the Appeals Coordinator

- Step 1 must always be completed prior to the initial RAP.
- Step 2 should be completed whenever the inmate's request is unclear, or when additional input from the inmate and/or staff will help the RAP better understand the request.
- If Step 1 is "Yes/Unsure," proceed to Steps 2 and/or 3. The interviews conducted in Step 2 will help with the decision in Step 3. Step 3 documents the decision. When the IAC is not able to complete steps 2 & 3 prior to the RAP (e.g, the request was received the day before the RAP) steps 2 and 3 may be completed during the RAP or shortly thereafter. Under no circumstances shall a decision regarding the need for an IAP exceed 5 working days.
- Consult with the ADA Coordinator when unsure which box to check in Step 1.
- Maintain ongoing communication with the ADA Coordinator regarding the interim accommodation process.

---

### Step 2 Interviewer Instructions

- Your task is to obtain additional information that will assist the Reasonable Accommodation Panel (RAP) better understand issues raised by an inmate on a CDCR 1824, Reasonable Accommodation Request Form.
- Take a moment to read the CDCR 1824 and then review the information being requested in Step 2. If you need clarification, contact the Appeals Office or the ADA Coordinator.
- Interview the inmate who filed the CDCR 1824 and/or staff who may have knowledge about the inmate's request.
- Inmates often have difficulty expressing themselves in writing. Your interview notes should try to clarify what the problem is, and what the inmate wants (e.g., cane, lower bunk, shower chair, job modification, etc.).
- Reminder. Be sure to return this form to the Inmate Appeals Coordinator by the due date listed in Step 2.

Name: [REDACTED]                                        CDC #: [REDACTED]    PID #: [REDACTED]

CHSS035C **DPP Disability/Accommodation Summary** Tuesday January 16, 2024 02:32:03 PM

As of: 01/16/2024 ⇨

| **OFFENDER/PLACEMENT** | **DISABILITY ASSISTANCE** |
|---|---|
| CDC#: [REDACTED] | Current DDP Status: NCF |
| Name: [REDACTED] | DDP Adaptive: None |
| Facility: SATF-Facility D | Support Needs: |
| Housing Area/Bed: D 001 [REDACTED] | Current DDP Status Date: 03/06/2002 |
| Placement Score: 74 | DPP Codes: DNH |
| Custody: Medium (A) | DPP Determination Date: 06/21/2023 |
| Designation: | Current MH LOC: CCCMS |
| Housing Program: Sensitive Needs Yard | Current MH LOC Date: 08/19/2013 |
| Housing Lower/Bottom Bunk Only | SLI Required: No |
| Restrictions: | Interview Date: 08/21/2023 |
| Physical Lifting Restriction- Unable to Lift more | Primary Method(s) – Hearing: Need Staff to Speak Loudly and Clearly |
| Limitations to than 19 Pounds | Primary Method – Speech: Written Notes |
| Job/Other: Permanent - 12/31/9999 | Non-Formulary CART service shall be |
| | Accommodations/Comments: provided during due process events. |
| | Learning Disability: |
| | Initial Reading Level: 09.0 |
| | Initial Reading Level Date: 03/09/2018 |
| | Durable Medical Equipment: Hearing Aid |
| | Back Braces |
| | Eyeglass Frames |
| | Hearing Impaired Disability Vest |
| | Incontinence Supplies |
| | Night Guard |
| | Therapeutic Shoes/Orthotics |
| | Languages Spoken: |

| **IMPORTANT DATES** | **WORK/VOCATION/PIA** |
|---|---|
| Date Received: 01/21/2016 | Privilege Group: A |
| Last Returned 04/05/2022 | Work Group: A1 |
| Date: | AM Job Start 10/29/2022 |
| Release Date: 02/13/2036 | Date: |
| Release Type: Earliest Possible Release Date | Status: Full Time |
| | Position #: PFO.501.049 |
| | Position Title: FOOD & BEVERAGE PACKAGER |
| | Regular Days Monday through Friday (07:00:00 - |
| | On: 11:30:00) |
| | Monday through Friday (12:00:00 - |
| | 15:00:00) |