1  DONALD SPECTER – 083925
   RITA K. LOMIO – 254501
2  MARGOT MENDELSON – 268583
   JACOB J. HUTT – 804428 (MJP)
3  PRISON LAW OFFICE
   1917 Fifth Street
4  Berkeley, California  94710-1916
   Telephone:   (510) 280-2621
5  Facsimile:    (510) 280-2704

6  MICHAEL W. BIEN – 096891
   GAY C. GRUNFELD – 121944
7  THOMAS NOLAN – 169692
   PENNY GODBOLD – 226925
8  CAROLINE JACKSON – 329980
   ROSEN BIEN
9  GALVAN & GRUNFELD LLP
   101 Mission Street, Sixth Floor
10 San Francisco, California  94105-1738
   Telephone:   (415) 433-6830
11 Facsimile:    (415) 433-7104

12 LINDA D. KILB – 136101
   DISABILITY RIGHTS EDUCATION &
13 DEFENSE FUND, INC.
   3075 Adeline Street, Suite 201
14 Berkeley, California  94703
   Telephone:   (510) 644-2555
15 Facsimile:    (510) 841-8645

16 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. C94 2307 CW<br><br>**DECLARATION OF MACKENZIE L. HALTER**<br><br>Judge:  Hon. Claudia Wilken |

I, Mackenzie L. Halter, declare:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with the Prison Law Office. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.

<u>Audiologist Referrals</u>

2. On August 23, 2024, I reviewed CCHCS policies to determine whether there are specific policies regarding referrals to audiologists related to accommodations for effective communication of announcements.

3. First, I reviewed the CCHCS Health Care Department Operations Manual ("HCDOM") Table of Contents, available at https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-Contents.pdf. None of the policies listed on the HCDOM Table of Contents are obviously related to audiology referrals.

4. I reviewed the following specific policies that, based on their titles, appeared potentially related:

   a. HCDOM 1.2.19 Headquarters Durable Medical Equipment and Medical Supply Committee and Interdisciplinary Team, available at https://cchcs.ca.gov/wp-content/uploads/sites/60/HCDOM-ch01-art2.19.pdf.

   b. HCDOM 2.1.2 Effective Communication Documentation, available at https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch02-art1.2.pdf.

   c. HCDOM 3.6.1 Durable Medical Equipment and Medical Supply, available at https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch03-art6.1.pdf.

   d. HCDOM 3.6.2 Comprehensive Accommodation, available at https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch03-art6.2.pdf.

5. None of these policies include information regarding referrals to audiologists related to accommodations for effective communication of announcements. HCDOM section 2.1.2(e)(2) references health care staff's responsibility to determine whether patients need any assistance devices, including hearing aids, to engage in effective

communication in the exchange of health care information, but the policy does not include information regarding referrals to audiologists or apply to announcements.

6.      Second, I reviewed the CCHCS Durable Medical Equipment and Medical Supply Formulary ("DME Formulary"), available at https://cchcs.ca.gov/wp-content/uploads/sites/60/CR/DME-Medical-Supply-Formulary.pdf. Page 16 of the DME Formulary lists only "Hearing Aid" and "Hearing Impaired Disability Vest" as "Hearing Assistive Devices" and does not include information related to audiologist referrals.

7.      Third, I reviewed the list of CCHCS's Clinical Resources for specific medical conditions, also known as Care Guides, available at https://cchcs.ca.gov/clinical-resources/. There was no Care Guide for hearing loss or a related condition.

Communications and Technology RFP

8.      On August 8, 2024, I navigated to the Cal eProcure website for "RFP C5611826 CDCR Communications and Technology Solution (IC+)" at https://caleprocure.ca.gov/event/5225/0000032092. I clicked "View Event Package" and, on the next page, clicked the "Download" icon for the attached file, titled "RFP_C5611826_Solicitation_Pkg_07.15.2024.zip" ("Solicitation Package"). The Solicitation Package contains six files:

1. RFP C5611826 IC+ 07.15.2024 ("RFP Bidder Instructions")
2. RFP C5611826 IC+ Appendix A SOW 07.15.2024 ("Statement of Work")
3. RFP C5611826 IC+ Exhibit 20 Bus Reqs 07.15.2024 ("Business Requirements")
4. RFP C5611826 IC+ Exhibit 21 Tech Reqs 07.15.2024 ("Technical Requirements")
5. RFP C5611826 IC+ Exhibit 22 Dlvrbl Table 07.15.2024
6. RFP C5611826 IC+ Exhibit 24 Cost Workbook.

9.      I reviewed the RFP Bidder Instructions document, which explains that, "The business and technical requirements identified in Exhibit 20: Business Requirements and Exhibit 21: Technical Requirements, consist of Mandatory (M), Mandatory Scorable (MS), and Desirable Scorable (DS) requirements." (RFP Bidder Instructions at 61.)

10.     Mandatory (M) requirements are pass or fail, meaning bidders must respond "Yes" requirement identified in the Business Requirements and Technical Requirements.

The bidder is disqualified if they provide any "No" answers to M requirements. (*Id.*)

11. Mandatory Scorable (MS) requirements must also receive a "Yes." Bidders also must provide a description of how they will meet the MS requirement, and the bid is awarded points based on whether the response fully addresses the requirements. (*Id.* at 62.)

12. Desirable Scorable (DS) requirements are **not mandatory**. If a bidder responds "Yes" to a DS requirement and provides a description of how they will meet the requirement, the bid receives points based on whether the response fully addresses the requirement. (*Id.*)

13. The Business Requirements and Technical Requirements documents are spreadsheets with multiple tabs. I reviewed every tab in the Business Requirements document. I reviewed the tabs titled "Tablet," "Infrastructure, "Network," and "Reports" in the Technical Requirements document. I also reviewed the Statement of Work, which is a Word document.

14. I reviewed these documents to determine: (i) whether the tablets would provide visual and tactile alerts; (ii) whether individual notifications could be sent via the tablets; (iii) whether the RFP required that tablets could be used outside of housing units; (iv) whether notifications would appear on the lock screen or appear when other applications are in use; and (v) the timeline for tablet repair and replacement.

15. In the charts below, the "Document Title, tab/line" column describes where in the documents the requirement is found. The "Req #" column lists the unique ID number associated with each Requirement. The Requirement Description column includes the description of the actual Requirement, quoted from the spreadsheets. The Type column lists whether the requirement is Mandatory (M), Mandatory Scorable (MS), or Desirable Scorable (DS).

16. The ability to provide visual and tactile alerts is not mandatory. The Business Requirements and Technical Requirements include the following about visual and tactile alerts:

///

| Document Title, tab/line | Req # | Requirement Description | Type |
|---|---|---|---|
| Exhibit 20 Bus Reqs, ADA/40 | ADA-133 | The IC+ solution shall provide a hardware device which is capable of using visual cues or notifications such as flashing lights for incoming notifications or alarms. | DS+9 |
| Exhibit 20 Bus Reqs, ADA/41 | ADA-134 | The IC+ solution shall provide a hardware device which is capable of providing tactile feedback to the user through device vibrations for notifications. | DS+9 |

17. The ability to send individual notifications is not mandatory. The Business Requirements and Technical Requirements include the following about individual notifications:

| Document Title, tab/line | Req # | Requirement Description | Type |
|---|---|---|---|
| Exhibit 20 Bus Reqs, IP Services/13 | AOS-201 | Contractor shall provide the capability to send electronic notifications and reminders to an individual or a group of incarcerated people. This includes the capability to include important announcements to incarcerated people as pop-up when they log on to the Tablet/Kiosk.  CDCR decides which apps and services will display the pop-up notifications. | DS+6 |

18. Tablets are required to be functional in housing units, but they are not explicitly required to work on the yard:

| Document Title, tab/line | Req # | Requirement Description | Type |
|---|---|---|---|
| Exhibit 21 Tech Reqs, Network/10 | NET-106 | Contractor shall provide wireless coverage to enable IC+ services to be provided in common areas of all housing units and incarcerated people dorms at a minimum.  The wireless network will be available 99.5% of the time for incarcerated people use. Contractors wireless network shall not interfere with the CDCR Network(s). In cases of overlapping channels and/or co-channel interference the contractors network shall reduce transmit power. | M |
| Exhibit 21 | NET- | Contractor shall provide the capability for the | MS+5 |

| | | |
|---|---|---|
| Tech Reqs, Network/21 | 117 | incarcerated people to access content and services either through downloads or streaming. The incarcerated people must be able to have access to the IC+ content/services and be able to use it at various locations in the institution. The focus is to have the incarcerated people be able to access the Wireless Network and use the Tablets in the housing units, dayrooms, dorms, libraries, visiting areas, and classrooms.<br><br>The Contractor must provide wireless network coverage to ensure reliable connectivity to the Tablets and full functionality. | |

19.     It is unclear whether notifications will appear on the lock screen when a tablet is not in use. The Business Requirements and Technical Requirements include the following about that subject:

| Document Title, tab/line | Req # | Requirement Description | Type |
|---|---|---|---|
| Exhibit 21 Tech Reqs, Tablet/19 | TAB-116 | [I]ncarcerated people facing devices must be able to display pop-up style notifications for incoming communications. CDCR decides which apps and services will display these notifications. | DS+8 |
| Exhibit 20 Bus Reqs, CDCR Staff Tools & Services/14 | MTS-109 | The IC+ Solution shall provide functionality to send push notifications to a hardware device in order to support public service announcements from CDCR staff. | M |

20.     Tablets are not required to be replaced or repaired immediately: with regard to repair and replacement, the Statement of Work provides, "All devices deemed beyond repair and requiring replacement shall be reissued within 240 hours (10 days) of the reported issue" and, "[a]ll devices deemed repairable shall be fixed and returned within 120 hours (five (5) days) of the reported issue." (Statement of Work at 61.)

///

///

///

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct. This declaration is executed at Berkeley, California,
3  this ___26_____ day of August, 2024.

_____
Mackenzie L. Halter