Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN C. NEWSOM, et al.,<br><br>Defendants. | Case No. C 94-2307 CW<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT AS MODIFIED** |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated February 11th, 2025.

Dated: February 11th, 2025                     Respectfully submitted,


                                                                    /s/
                                                            EDWARD W. SWANSON
                                                            Court Expert

**ORDER AS MODIFIED**

Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment from the court registry to court expert Edward Swanson per the court expert's invoice dated February **3**, 2025.

Dated: 2/12/2025

*[signature]*

HON. CLAUDIA WILKEN
United States District Court

2

**Admin. Motion and [Proposed] Order for Payment**
*John Armstrong, et al., v. Gavin C. Newsom, et al.*, C 94-2307 CW

**Swanson & McNamara LLP Tax ID #94-3309866**
300 Montgomery Street Suite 1100
San Francisco, CA 94104
United States
415-477-3800

SWANSON & McNAMARA

**Armstrong Court Expert**

| | |
|---|---|
| **Balance** | $131,351.66 |
| **Invoice #** | 01664 |
| **Invoice Date** | February 3, 2025 |
| **Payment Terms** | Due Date |
| **Due Date** | February 11, 2025 |

## ARMSTRONG\1198

For services rendered between December 31, 2024 and January 31, 2025

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 01/01/2025 | ES | Review | Review case law in preparation for review of joint statement and draft report. | $975.00 | 0.7 | $682.50 |
| 01/02/2025 | AB | Review | Review and respond to email regarding master planning. | $725.00 | 0.1 | $72.50 |
| 01/02/2025 | AB | Phone call | Call with E. Swanson re SATF. | $725.00 | 0.5 | $362.50 |
| 01/02/2025 | ES | Review | Review parties' joint filing. Confer with A. Barron. Review and edit report. | $975.00 | 3.3 | $3,217.50 |
| 01/02/2025 | AB | Draft | Drafting report. | $725.00 | 1.2 | $870.00 |
| 01/03/2025 | AB | Phone call | Phone call with E. Swanson regarding draft recommendations. | $725.00 | 1.4 | $1,015.00 |
| 01/03/2025 | ES | Review | Review emails from parties. Confer with A. Barron re SATF recommendation. | $975.00 | 1.6 | $1,560.00 |
| 01/03/2025 | ES | Review | Review and respond to emails from coordination committee. | $975.00 | 0.2 | $195.00 |
| 01/06/2025 | AG | Conference | Conference with E Swanson | $825.00 | 0.2 | $165.00 |
| 01/06/2025 | ES | Review | Review emails from parties. Confer with A. Gugelmann. | $975.00 | 0.3 | $292.50 |
| 01/06/2025 | AB | Draft | Editing and drafting report. | $725.00 | 11.6 | $8,410.00 |
| 01/07/2025 | ES | Conference | Conference with colleague. Respond to emails from coordinating committee. | $975.00 | 0.2 | $195.00 |
| 01/07/2025 | ES | Review | Review and edit recommendation. Review emails from parties. | $975.00 | 4.2 | $4,095.00 |
| 01/07/2025 | AG | Conference | Conference with E Swanson re SATF recommendation | $825.00 | 0.2 | $165.00 |
| 01/07/2025 | AB | Draft | Drafting report and recommendations. | $725.00 | 5.8 | $4,205.00 |

| 01/07/2025 | ES | Conference | Conference with A. Gugelmann. Email with A. Barron. | $975.00 | 0.2 | $195.00 |
|---|---|---|---|---|---|---|
| 01/07/2025 | ES | Review | Review correspondence re compatible housing, HDSP, coordination committee meeting. | $975.00 | 0.3 | $292.50 |
| 01/07/2025 | AB | Review | Review and respond to emails regarding compatible housing. | $725.00 | 0.1 | $72.50 |
| 01/07/2025 | AG | Review | Review SATF recommendation | $825.00 | 1.1 | $907.50 |
| 01/07/2025 | AB | Draft | Editing report and recommendations. | $725.00 | 0.9 | $652.50 |
| 01/08/2025 | ES | Review | Review and respond to email from counsel, court. Email with colleagues. | $975.00 | 0.4 | $390.00 |
| 01/08/2025 | ES | Conference | Conference with A. Barron re report. | $975.00 | 1.0 | $975.00 |
| 01/08/2025 | AB | Meeting | Meeting with E. Swanson re SATF. | $725.00 | 1.0 | $725.00 |
| 01/08/2025 | AB | Phone call | Call with E. Swanson re compatible housing. | $725.00 | 0.2 | $145.00 |
| 01/08/2025 | ES | Review | Review email from defendants and confer with A. Barron. | $975.00 | 0.3 | $292.50 |
| 01/08/2025 | AB | Phone call | Phone call with A. Gugelmann regarding draft report. | $725.00 | 0.1 | $72.50 |
| 01/08/2025 | AG | Review | Review SATF report; phone calls with A Barron | $825.00 | 1.8 | $1,485.00 |
| 01/08/2025 | ES | Review | Review and respond to emails from CCHCS, defense counsel, co-counsel re 7362s, compatible housing, other issues. | $975.00 | 0.7 | $682.50 |
| 01/08/2025 | ES | Review | Review and edit report. | $975.00 | 2.4 | $2,340.00 |
| 01/08/2025 | AB | Draft | Revising SATF report. | $725.00 | 6.2 | $4,495.00 |
| 01/09/2025 | ES | Review | Review and respond to emails from colleagues. Review report. | $975.00 | 0.3 | $292.50 |
| 01/09/2025 | ES | Conference | Conference with A. Barron re compatible housing. | $975.00 | 0.3 | $292.50 |
| 01/09/2025 | AB | Meeting | Meeting with counsel regarding compatible housing; debrief with E. Swanson. | $725.00 | 0.8 | $580.00 |
| 01/09/2025 | AB | Phone call | Call with E. Swanson re compatible housing. | $725.00 | 0.3 | $217.50 |
| 01/09/2025 | ES | Conference | Conference with defendants' counsel. Confer with A. Barron. | $975.00 | 0.8 | $780.00 |
| 01/09/2025 | AB | Meeting | Meeting with E. Swanson re SATF report. | $725.00 | 0.4 | $290.00 |
| 01/09/2025 | ES | Conference | Conference with A. Barron re report. Conference with A. Gugelmann. | $975.00 | 0.5 | $487.50 |
| 01/09/2025 | AG | Conference | Conference with A Barron re SATF report | $825.00 | 0.2 | $165.00 |
| 01/09/2025 | ES | Conference | Conference with colleagues re recommendation. | $975.00 | 0.4 | $390.00 |
| 01/09/2025 | ES | Review | Review and respond to emails re compatible housing meeting. Review advocacy responses. | $975.00 | 0.3 | $292.50 |
| 01/09/2025 | AB | Draft | Editing SATF report. | $725.00 | 6.5 | $4,712.50 |
| 01/09/2025 | AG | Phone call | Phone calls with A Barron, E Swanson re SATF report | $825.00 | 1.6 | $1,320.00 |
| 01/09/2025 | AG | Review | Review additional sections of SATF report | $825.00 | 1.3 | $1,072.50 |
| 01/09/2025 | ES | Review | Review and edit recommendation. | $975.00 | 1.7 | $1,657.50 |
| 01/09/2025 | ES | Review | Review further and edit recommendations. | $975.00 | 0.7 | $682.50 |
| 01/09/2025 | AB | Draft | Revising SATF report. | $725.00 | 1.3 | $942.50 |
| 01/09/2025 | AB | Conference | Conference with A Gugelmann re SATF report | $725.00 | 0.2 | $145.00 |
| 01/10/2025 | ES | Conference | Conference with A. Barron re recommendation. Review and respond to emails. | $975.00 | 0.3 | $292.50 |

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/10/2025 | AB | Phone call | Phone call with E. Swanson regarding draft report. | $725.00 | 0.2 | $145.00 |
| 01/10/2025 | AB | Draft | Revising and filing draft report. | $725.00 | 10.2 | $7,395.00 |
| 01/10/2025 | ES | Review | Review and edit recommendation. | $975.00 | 1.4 | $1,365.00 |
| 01/10/2025 | ES | Conference | Conference with A. Barron re filing. | $975.00 | 0.2 | $195.00 |
| 01/11/2025 | ES | Review | Review comments on remedial plan; confer with A. Gugelmann. Confer with A. Barron re report, master plan. Review and respond to email from CDCR. | $975.00 | 0.5 | $487.50 |
| 01/12/2025 | ES | Review | Review expert report. Email to A. Barron. | $975.00 | 0.2 | $195.00 |
| 01/13/2025 | AB | Review | Review of notes of semi-annual interviews meeting; email to E. Swanson regarding same. | $725.00 | 0.2 | $145.00 |
| 01/13/2025 | AB | Review | Review of emails regarding master planning; email to E. Swanson regarding same. | $725.00 | 0.1 | $72.50 |
| 01/13/2025 | AB | Draft | Calendaring briefing deadlines. | $725.00 | 0.1 | $72.50 |
| 01/13/2025 | ES | Conference | Conference with colleagues re upcoming meetings. | $975.00 | 0.2 | $195.00 |
| 01/14/2025 | ES | Review | Review and respond to emails from coordinating committee. Review advocacies and responses. | $975.00 | 0.3 | $292.50 |
| 01/14/2025 | AB | Review | Review of D/HOH agenda and email to E. Swanson re same. | $725.00 | 0.2 | $145.00 |
| 01/14/2025 | AB | Review | Review of all parties meeting agenda. | $725.00 | 0.1 | $72.50 |
| 01/14/2025 | ES | Conference | Conference with A. Barron re next steps. | $975.00 | 1.0 | $975.00 |
| 01/14/2025 | AB | Meeting | Meeting with E. Swanson regarding SATF, various issues. | $725.00 | 1.0 | $725.00 |
| 01/15/2025 | AB | Meeting | All parties meet and confer. | $725.00 | 1.9 | $1,377.50 |
| 01/15/2025 | ES | Meeting | Meeting with parties. | $975.00 | 1.9 | $1,852.50 |
| 01/15/2025 | ES | Conference | Conference with A. Gugelmann. Conference with A. Barron. | $975.00 | 0.2 | $195.00 |
| 01/15/2025 | ES | Conference | Conference with parties re video calls. | $975.00 | 0.8 | $780.00 |
| 01/15/2025 | AB | Meeting | Meeting with parties regarding tablet video calls. | $725.00 | 0.8 | $580.00 |
| 01/15/2025 | ES | Conference | Conference with A. Gugelmann re upcoming meetings. | $975.00 | 0.2 | $195.00 |
| 01/15/2025 | AG | Conference | Conference with E Swanson re regulations, investigations status | $825.00 | 0.2 | $165.00 |
| 01/16/2025 | AB | Review | Review of RJD tour report and email to E. Swanson re same. | $725.00 | 1.1 | $797.50 |
| 01/16/2025 | ES | Review | Review and respond to emails from A. Barron. Contact court re visit. Review correspondence from parties. Contact Receiver. | $975.00 | 0.6 | $585.00 |
| 01/16/2025 | AB | Review | Review notes; email to E. Swanson regarding various outstanding Armstrong issues. | $725.00 | 0.5 | $362.50 |
| 01/17/2025 | ES | Review | Review emails from parties re BPH, other matters. Email to A. Barron. | $975.00 | 0.3 | $292.50 |
| 01/20/2025 | ES | Review | Review information re BPH meeting, master plan issues. | $975.00 | 0.4 | $390.00 |
| 01/21/2025 | AB | Review | Review of updated master planning information from parties; outlining status of all outstanding master planning issues and email to E. Swanson re same. | $725.00 | 2.7 | $1,957.50 |
| 01/21/2025 | AB | Meeting | Meeting with E. Swanson re Master Planning. | $725.00 | 0.3 | $217.50 |

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/21/2025 | ES | Review | Review emails re master plan, semi-annual interviews. Meeting with A. Barron re both. | $975.00 | 0.5 | $487.50 |
| 01/21/2025 | AB | Meeting | Meeting with parties regarding BPH issues. | $725.00 | 1.2 | $870.00 |
| 01/21/2025 | AB | Draft | Revising master planning issues outline; email to parties re same. | $725.00 | 0.4 | $290.00 |
| 01/21/2025 | ES | Review | Review notes re BPH hearing. Email to A. Barron. | $975.00 | 0.3 | $292.50 |
| 01/21/2025 | AB | Draft | Review and respond to emails with E. Swanson re BPH. | $725.00 | 0.2 | $145.00 |
| 01/22/2025 | ES | Review | Review and respond to emails from coordinating committee, counsel. | $975.00 | 0.3 | $292.50 |
| 01/22/2025 | AB | Review | Review edits to semi-annual interview questions; email to E. Swanson regarding same. | $725.00 | 0.2 | $145.00 |
| 01/22/2025 | ES | Conference | Conference with A. Gugelmann re meetings. Email to and from parties. | $975.00 | 0.2 | $195.00 |
| 01/22/2025 | AG | Conference | Conference with E Swanson | $825.00 | 0.1 | $82.50 |
| 01/22/2025 | ES | Review | Review filing in related case, correspondence re DRM, semi-annual interviews, master plan process, SLIs. | $975.00 | 0.5 | $487.50 |
| 01/23/2025 | ES | Review | Review and respond to emails from parties re SATF-related issues. | $975.00 | 0.2 | $195.00 |
| 01/23/2025 | AB | Review | Review of court filings re SATF; email to E. Swanson re same. | $725.00 | 0.5 | $362.50 |
| 01/23/2025 | AB | Review | Review of party responses regarding outstanding master planning issues; email to E. Swanson regarding same. | $725.00 | 0.1 | $72.50 |
| 01/23/2025 | AB | Review | Review and respond to emails re desk reference manual. | $725.00 | 0.1 | $72.50 |
| 01/23/2025 | AB | Review | Review suggestions from outside expert; email to E. Swanson re same. | $725.00 | 0.4 | $290.00 |
| 01/23/2025 | ES | Review | Review emails from parties. | $975.00 | 0.3 | $292.50 |
| 01/23/2025 | AB | Draft | Updating list of self-monitoring tasks; email to E. Swanson re same. | $725.00 | 0.5 | $362.50 |
| 01/23/2025 | AB | Review | Review of CIM construction report and email to E. Swanson re same. | $725.00 | 0.2 | $145.00 |
| 01/23/2025 | ES | Conference | Conference with A. Barron. Review email from parties. | $975.00 | 0.2 | $195.00 |
| 01/23/2025 | AB | Phone call | Phone call with E. Swanson regarding staff interview process. | $725.00 | 0.2 | $145.00 |
| 01/23/2025 | ES | Review | Review and respond to emails from court, co-counsel. | $975.00 | 0.2 | $195.00 |
| 01/23/2025 | ES | Review | Review material in advance of conference with A. Barron. | $975.00 | 0.5 | $487.50 |
| 01/24/2025 | AB | Meeting | Meeting with E. Swanson re various SATF issues. | $725.00 | 1.1 | $797.50 |
| 01/24/2025 | ES | Meeting | Meeting with A. Barron re coordination meeting, meeting with Receiver, other issues. Prepare presentation for coordination meeting. | $975.00 | 1.5 | $1,462.50 |
| 01/24/2025 | AB | Meeting | Court coordination meeting. | $725.00 | 0.9 | $652.50 |
| 01/24/2025 | ES | Meeting | Meeting with coordination committee. | $975.00 | 1.1 | $1,072.50 |
| 01/24/2025 | AB | Meeting | Meeting with Receiver regarding self monitoring. | $725.00 | 1.2 | $870.00 |
| 01/24/2025 | ES | Conference | Conference with Receiver and staff. | $975.00 | 1.2 | $1,170.00 |

| 01/24/2025 | ES | Conference | Conference with A. Barron re RJD, meeting with Receiver, recommendations. | $975.00 | 0.9 | $877.50 |
|---|---|---|---|---|---|---|
| 01/24/2025 | AB | Conference | Conference with E. Swanson. | $725.00 | 0.9 | $652.50 |
| 01/24/2025 | ES | Conference | Conference with A. Gugelmann. | $975.00 | 0.2 | $195.00 |
| 01/24/2025 | AG | Conference | Conference with E Swanson | $825.00 | 0.2 | $165.00 |
| 01/25/2025 | ES | Review | Review and respond to email from outside consultant. Email to court. | $975.00 | 0.3 | $292.50 |
| 01/25/2025 | ES | Review | Review filings. Email with colleagues. | $975.00 | 0.4 | $390.00 |
| 01/25/2025 | AB | Draft | Scheduling meeting with outside expert. | $725.00 | 0.1 | $72.50 |
| 01/25/2025 | AB | Preparation | Preparation for RJD tour. | $725.00 | 0.2 | $145.00 |
| 01/27/2025 | ES | Review | Review information from parties re BPH, plaintiffs' expert. | $975.00 | 0.2 | $195.00 |
| 01/27/2025 | AB | Draft | Responding to emails re meet and confer, meeting with CCHCS. | $725.00 | 0.1 | $72.50 |
| 01/27/2025 | AB | Review | Review of Defendants' questions regarding security expert report; email to E. Swanson re same. | $725.00 | 0.4 | $290.00 |
| 01/27/2025 | AB | Review | Review of RJD agenda. | $725.00 | 0.1 | $72.50 |
| 01/27/2025 | ES | Review | Review material from parties, including correspondence, desk reference manual. Review information from court. | $975.00 | 0.4 | $390.00 |
| 01/27/2025 | AB | Review | Review of parties' objections to Court Expert report; email to E. Swanson re same. | $725.00 | 1.9 | $1,377.50 |
| 01/27/2025 | AB | Phone call | Call with E. Swanson re SATF, RJD tour. | $725.00 | 0.7 | $507.50 |
| 01/27/2025 | AB | Phone call | Phone call with court. | $725.00 | 0.3 | $217.50 |
| 01/27/2025 | ES | Conference | Conference with A. Barron re SATF issues, RJD visit, information from parties. Call with court. | $975.00 | 1.0 | $975.00 |
| 01/28/2025 | AB | Phone call | Phone call with E. Swanson regarding RJD tour. Call to staff. | $725.00 | 0.5 | $362.50 |
| 01/28/2025 | AB | Phone call | Call regarding D/HOH workgroup. | $725.00 | 0.2 | $145.00 |
| 01/28/2025 | ES | Conference | Conference with A. Barron re RJD. Conference with J. Williams. | $975.00 | 0.5 | $487.50 |
| 01/29/2025 | AB | Meeting | Meeting with CCHCS staff re captioning technology. | $725.00 | 0.9 | $652.50 |
| 01/29/2025 | ES | Meeting | Meeting with CCHCS staff. | $975.00 | 0.9 | $877.50 |
| 01/29/2025 | AB | Meeting | Meeting with outside expert. | $725.00 | 1.1 | $797.50 |
| 01/29/2025 | ES | Meeting | Meeting with SME re staffing recommendations. | $975.00 | 1.1 | $1,072.50 |
| 01/29/2025 | ES | Travel | Travel to San Diego for prison visit. Review RJD material en route. (Remaining time billed to other matters.) | $975.00 | 3.0 | $2,925.00 |
| 01/29/2025 | ES | Review | Review correspondence re investigation and discipline process. Email to A. Gugelmann. Review correspondence re master plan. Email to A. Barron. | $975.00 | 0.5 | $487.50 |
| 01/29/2025 | AB | Travel | Travel to San Diego. | $725.00 | 3.5 | $2,537.50 |
| 01/30/2025 | AG | Review | Review stipulations and objections. Emails with E Swanson re same | $825.00 | 0.5 | $412.50 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 01/30/2025 | ES | Meeting | Meeting with A. Barron to prep for all. Travel to RJD. Meetings at RJD with Judge TIgar and CDCR/CCHCS personnel. Further conference with A. Barron. Travel to SFO. Review material en route. (Remaining travel time billed to other matters.) | $975.00 | 12.0 | $11,700.00 |
| 01/30/2025 | AB | Meeting | RJD prison tour; travel from hotel to prison and prison to airport. | $725.00 | 10.0 | $7,250.00 |
| 01/30/2025 | AB | Travel | Travel from San Diego. | $725.00 | 3.8 | $2,755.00 |
| 01/31/2025 | ES | Conference | Conference with A. Gugelmann re RJD visit. | $975.00 | 0.2 | $195.00 |
| 01/31/2025 | ES | Conference | Conference with A. Barron re staff recommendations. | $975.00 | 0.8 | $780.00 |
| 01/31/2025 | ES | Review | Review correspondence re stipulation process, semi-annual questionnaires. Email to A. Barron. | $975.00 | 0.3 | $292.50 |
| 01/31/2025 | AB | Review | Review and respond to email re staff interview process. | $725.00 | 0.1 | $72.50 |
| 01/31/2025 | AB | Phone call | Phone call with E. Swanson regarding staff interview process. | $725.00 | 0.2 | $145.00 |
| 01/31/2025 | AB | Meeting | Meeting with E. Swanson re self-monitoring. | $725.00 | 0.8 | $580.00 |
| 01/31/2025 | AB | Review | Review and respond to emails regarding tablet contract and VRS. | $725.00 | 0.2 | $145.00 |
| 01/31/2025 | ES | Review | Review emails from parties re stipulation process, responses to plaintiffs' letters. | $975.00 | 0.3 | $292.50 |
| 01/31/2025 | ES | Conference | Conference with A Barron regarding staff interview process | $975.00 | 0.2 | $195.00 |
| | | | Totals: | | **158.1** | **$130,237.50** |

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 01/14/2025 | ES | Z Lit. Sup Vend | PACER Q4 charges | $61.30 | 1.0 | $61.30 |
| 01/25/2025 | AB | Travel | Uber to airport | $18.94 | 1.0 | $18.94 |
| 01/29/2025 | AB | Travel | Hotel for EWS & AAB | $372.80 | 1.0 | $372.80 |
| 01/30/2025 | ES | Travel | Car rental for prison tour | $108.61 | 1.0 | $108.61 |
| 01/30/2025 | ES | Z Meals | Food during prison tour | $15.35 | 1.0 | $15.35 |
| 01/30/2025 | ES | Travel | Fastrak for rental car | $3.50 | 1.0 | $3.50 |
| 01/30/2025 | ES | Travel | Gas for E Swanson | $11.09 | 1.0 | $11.09 |
| 01/30/2025 | ES | Parking | Parking for E Swanson | $74.00 | 1.0 | $74.00 |
| 01/30/2025 | ES | Travel | Flight for EWS | $363.10 | 1.0 | $363.10 |
| 01/30/2025 | AB | Z Meals | Food during prison tour | $25.11 | 1.0 | $25.11 |
| 01/30/2025 | AB | Travel | Uber from airport | $38.90 | 1.0 | $38.90 |
| 01/31/2025 | ES | Westlaw | Westlaw charges for January | $21.46 | 1.0 | $21.46 |
| | | | | | Expense Total: | **$1,114.16** |

| | |
|---|---:|
| Time Entry Sub-Total: | $130,237.50 |
| Expense Sub-Total: | $1,114.16 |
| **Sub-Total:** | $131,351.66 |
| **Total:** | $131,351.66 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$131,351.66** |