

# MEMORANDUM

| | |
|---|---|
| **Date:** | April 9, 2025 |
| **To:** | Clark Kelso, California Correctional Health Care Services (CCHCS) Receiver<br>Dr. Diana Toche, Undersecretary Healthcare Services |
| **From:** | Robert O'Brien, Director and CIO, Information Technology Services Division (ITSD) |
| **Subject:** | Generative Artificial Intelligence (Gen AI) Transcription Solution |

CCHCS ITSD seeks to conduct a proof of concept (POC) utilizing emerging Gen AI technology that provides a transcription record identifying individual speakers in a room. This technology will be used by CCHCS or CDCR staff to allow our deaf or hard of hearing patients to view, in real-time, the transcript of those speaking in a room together by name. This technology improves upon the current ViewSonic technology utilized by CDCR as follows:

- Utilizes a greater portion of the screen showing the text of the spoken transcript scrolling from the bottom of the screen to the top of the screen in "full screen mode". Current ViewSonic option only allows for two lines of text that scrolls at top of screen.
- Identifies in the transcript individual speakers physically in a room with the patient by name. ViewSonic option cannot perform this function.
- Allows the option to change font size.
- Provides options to change contrasting colors.
- Has the ability to translate in real-time into many languages.
- Stores the transcript to the local hard drive by manual operation. Automatically deletes the transcript from the session upon session room closure.
- Can be used at any time or day without the need to schedule.
- Microphone technology is built within the laptops and tablets, however ITSD is investigating improved microphone technology that will soon be available for testing.

The Request For Offer (RFO) was submitted this week. It is my understanding our timeline to award a vendor to provide this solution will be on 5-1-25. There is a meeting currently on calendar to meet with Ed Swanson, the Armstrong counsel, and the CCHCS and CDCR attorneys on 5-7-25.

I estimate it may take about two weeks to deploy this solution at our initial POC site, Substance Abuse Treatment Facility (SATF) and another three months to provide a statewide implementation of the winning solution, including staff training. If this timeline proves insufficient to fully implement, another update will be provided with a more accurate implementation schedule.

Please let me know if any further questions on this matter.