UNITED STATES DISTRICT COURT

EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-cv-0520 KJM SCR P<br><br>**ORDER REGARDING SUPERSEDING COORDINATION AGREEMENTS** |
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 94-cv-02307-CW |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 01-cv-01351-JST |

The above three cases, as well as *Perez v. Tilton*, Case No. 05-cv-05241 JSW (N.D. Cal.), are currently governed by a set of coordination agreements that were adopted as orders of the court in 2007 and 2008. *Armstrong* ECF Nos. 1192, 1284, 1292, 1301, 1364; *Coleman* ECF Nos. 2300, 2696, 2711, 2739, 3073; *Plata* ECF Nos. 737, 1107, 1123, 1151, 1545. The *Coleman* court directed the recently appointed *Coleman* Receiver to discuss these coordination agreements with the *Plata* Receiver and *Armstrong* Court Expert and "propose modifications to the coordination

agreements for [the *Coleman*] court's consideration in consultation with the *Plata* and *Armstrong* courts." *Coleman* ECF No. 8753 at 5. *Perez* has since been closed and is no longer an active case.

The three court representatives have proposed to the courts that the existing coordination agreements be superseded because they are outdated following the appointment of the *Coleman* Receiver, the closure of the *Perez* case, and the completion of many of the projects that were the subjects of those agreements. However, they recognize—as do the *Coleman*, *Armstrong*, and *Plata* courts—the continued value of coordination between these cases, which involve overlapping classes of incarcerated persons. Accordingly, the court representatives have proposed the following new coordination agreement to supersede all existing agreements:

> The *Plata* and *Coleman* Receivers and the *Armstrong* Court Expert will continue to coordinate by:
>
> - Working collaboratively, including by routinely sharing information, to address issues that cut across more than one case.
>
> - Communicating decisions on cross-cutting issues to the relevant parties.
>
> - Directing inquiries about specific cases to the appropriate court representative(s).
>
> - Updating the courts on significant coordination issues and seeking court guidance when necessary.

Any party objecting to the adoption of this proposed agreement, including that all prior coordination agreements be superseded, shall file objections in all three cases within 14 days of the date of this order. Absent any objections, the undersigned will adopt the proposed agreement as an order of the three courts.

**IT IS SO ORDERED.**

Dated: October 9, 2025

_____
SENIOR UNITED STATES DISTRICT JUDGE

1  Dated: October 9, 2025

_____
CLAUDIA WILKEN
Senior United States District Judge

5  Dated: October 9, 2025

_____
JON S. TIGAR
United States District Judge