Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Email: ed@smllp.law

Court Expert

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al., | Case No.  C 94-2307 CW |
| Plaintiffs, | **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR PAYMENT** |
| v. | |
| GAVIN C. NEWSOM, et al., | |
| Defendants. | |

**ADMINISTRATIVE MOTION**

Pursuant to the Court's order of June 11, 2007 (Docket No. 1121), court expert Edward Swanson hereby moves the Court for an order for payment of the attached invoice dated November 3rd, 2025.

Dated: November 7th, 2025

Respectfully submitted,

_____/s/_____

EDWARD W. SWANSON

Court Expert

1

**ORDER**

2      Pursuant to the Court's order of June 11, 2007, the Court HEREBY ORDERS payment

3  from the court registry to court expert Edward Swanson per the court expert's invoice dated

4  November 3rd, 2025.

5

Dated:    11/10/2025

6

        HON. CLAUDIA WILKEN

7

        United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**Admin. Motion and [Proposed] Order for Payment**
*John Armstrong, et al., v. Gavin C. Newsom, et al.*, C 94-2307 CW

**Swanson & McNamara LLP Tax ID #94-3309866**
300 Montgomery Street Suite 1100
San Francisco, CA 94104
United States
415-477-3800

SWANSON & McNAMARA

**Armstrong Court Expert**

| | |
|---|---|
| **Balance** | $109,135.42 |
| **Invoice #** | 02406 |
| **Invoice Date** | November 3, 2025 |
| **Payment Terms** | Due Date |
| **Due Date** | November 03, 2025 |

## ARMSTRONG\1198

For services rendered between
September 30, 2025 and October 31, 2025

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 10/01/2025 | AB | Review | Review of stipulation 7 documents. | $725.00 | 0.5 | $362.50 |
| 10/01/2025 | AB | Review | Review of CCI joint tour report; email to E. Swanson re same. | $725.00 | 0.6 | $435.00 |
| 10/01/2025 | AG | Conference | Conference with E Swanson re investigation review | $825.00 | 0.2 | $165.00 |
| 10/01/2025 | ES | Conference | Conference with A. Gugelmann re investigation issues. | $975.00 | 0.2 | $195.00 |
| 10/01/2025 | ES | Review | Review filing in related case, transfer reports, DME reports, prison tour report. Email with A. Barron. | $975.00 | 0.4 | $390.00 |
| 10/01/2025 | ES | Review | Review emails re construction, documents. Email to A. Barron. | $975.00 | 0.2 | $195.00 |
| 10/02/2025 | AB | Meeting | Meeting with E. Swanson re stip 7, GenAI. | $725.00 | 0.7 | $507.50 |
| 10/02/2025 | ES | Conference | Conference with A. Barron re Stip 7, speech to text issues. | $975.00 | 0.7 | $682.50 |
| 10/02/2025 | ES | Review | Review correspondence between parties. Confer with A. Barron and respond to defendants. | $975.00 | 0.2 | $195.00 |
| 10/02/2025 | AB | Review | Review of OIG report for MCSP; email to E. Swanson re same. | $725.00 | 0.1 | $72.50 |
| 10/02/2025 | AB | Review | Review of correspondence regarding CHCF punch list; email to E. Swanson re same. | $725.00 | 0.2 | $145.00 |
| 10/02/2025 | AB | Review | Review of Matrix documents received from Defendants. | $725.00 | 0.1 | $72.50 |
| 10/02/2025 | AB | Review | Review of emails regarding JMT. | $725.00 | 0.1 | $72.50 |
| 10/02/2025 | AB | Meeting | Meeting with parties regarding stipulation 7. | $725.00 | 0.7 | $507.50 |
| 10/02/2025 | ES | Conference | Conference with parties re Stip 7. | $975.00 | 0.7 | $682.50 |

| 10/02/2025 | AB | Review | Review of reasonable accommodation policy and Plaintiffs' notes regarding same. | $725.00 | 0.6 | $435.00 |
|---|---|---|---|---|---|---|
| 10/02/2025 | AB | Review | Review of advocacy regarding CHCF; email to colleagues re same. | $725.00 | 0.1 | $72.50 |
| 10/02/2025 | AB | Review | Review of interim announcements policy; email to E. Swanson re same. | $725.00 | 0.5 | $362.50 |
| 10/02/2025 | AB | Meeting | Meeting with H. Pollack regarding class members housed out of level. | $725.00 | 0.7 | $507.50 |
| 10/02/2025 | AB | Research | Research re prior orders regarding housed out of level issue. | $725.00 | 0.3 | $217.50 |
| 10/02/2025 | HEP | Conference | Call with A. Barron re housed out of level issue | $675.00 | 0.7 | $472.50 |
| 10/02/2025 | ES | Review | Review correspondence re discipline, joint monitoring, speech to text. Email to A. Barron. | $975.00 | 0.2 | $195.00 |
| 10/03/2025 | ES | Conference | Conference with A. Barron re upcoming meetings. | $975.00 | 0.3 | $292.50 |
| 10/03/2025 | AB | Phone call | Phone call with E. Swanson regarding Gen AI. | $725.00 | 0.1 | $72.50 |
| 10/03/2025 | AB | Phone call | Phone call with E. Swanson regarding stip 7. | $725.00 | 0.2 | $145.00 |
| 10/03/2025 | AB | Draft | Drafting email to the parties regarding stipulation 7. | $725.00 | 0.2 | $145.00 |
| 10/03/2025 | ES | Review | Review correspondence re BPH, master plan, CIW. | $975.00 | 0.3 | $292.50 |
| 10/06/2025 | AG | Review | Review prior correspondence and reports on AIU processes. Email E Swanson | $825.00 | 0.5 | $412.50 |
| 10/06/2025 | AB | Review | Review of Plaintiffs' response to BPH agenda. | $725.00 | 0.1 | $72.50 |
| 10/06/2025 | AB | Review | Review of scope change document; email to E. Swanson re same. | $725.00 | 0.2 | $145.00 |
| 10/06/2025 | AB | Review | Review advocacy regarding paths of travel; email to E. Swanson re same. | $725.00 | 0.2 | $145.00 |
| 10/06/2025 | AB | Review | Review party correspondence regarding various master planning issues. | $725.00 | 0.2 | $145.00 |
| 10/06/2025 | AB | Review | Review of DAPO LACJ investigation notice and LACJ complaint; email to colleagues re same. | $725.00 | 1.1 | $797.50 |
| 10/06/2025 | ES | Review | Review emails from counsel, parties. | $975.00 | 0.2 | $195.00 |
| 10/06/2025 | HEP | Review | Review and analyze documents about issues related to BPH; review and summarize historical court orders | $675.00 | 2.5 | $1,687.50 |
| 10/06/2025 | ES | Review | Review information re vision assessments, CIW, LACJ, investigations. Respond to emails. | $975.00 | 0.5 | $487.50 |
| 10/07/2025 | AB | Phone call | Phone call with E. Swanson regarding master planning. | $725.00 | 0.3 | $217.50 |
| 10/07/2025 | ES | Conference | Conference with A. Barron re master plan issues. | $975.00 | 0.3 | $292.50 |
| 10/07/2025 | ES | Review | Review emails from parties re data requests, other matters. | $975.00 | 0.1 | $97.50 |
| 10/07/2025 | AB | Review | Review of revised vision LOP; email to E. Swanson re same. | $725.00 | 0.7 | $507.50 |
| 10/07/2025 | AB | Meeting | Meeting with Defendants regarding Master Planning. | $725.00 | 0.9 | $652.50 |
| 10/07/2025 | AB | Phone call | Call with E. Swanson regarding Master Planning. | $725.00 | 0.1 | $72.50 |
| 10/07/2025 | AB | Review | Review of advocacy response re BPH monitoring. | $725.00 | 0.1 | $72.50 |
| 10/07/2025 | AB | Review | Review of transition plan; email to E. Swanson re same. | $725.00 | 0.2 | $145.00 |
| 10/07/2025 | AB | Draft | Drafting report. | $725.00 | 0.7 | $507.50 |

| 10/07/2025 | AB | Review | Review advocacy response regarding CHCF; email to E. Swanson regarding same. | $725.00 | 0.1 | $72.50 |
|---|---|---|---|---|---|---|
| 10/07/2025 | ES | Meeting | Meeting with defendants re master plan. Confer with A. Barron. | $975.00 | 1.0 | $975.00 |
| 10/08/2025 | ES | Conference | Conference with A. Gugelmann. Review material in advance of call. | $975.00 | 0.3 | $292.50 |
| 10/08/2025 | ES | Conference | Conference with defendants re investigation data. | $975.00 | 0.5 | $487.50 |
| 10/08/2025 | AG | Meeting | Meeting with CDCR re AIU. Conference with E Swanson | $825.00 | 0.6 | $495.00 |
| 10/08/2025 | AB | Review | Review of updates to BPH agenda. | $725.00 | 0.1 | $72.50 |
| 10/08/2025 | ES | Conference | Conference with H. Pollack re BPH, deaf/hoh, program assignments. Review emails from parties. Draft emails to parties. | $975.00 | 1.1 | $1,072.50 |
| 10/08/2025 | HEP | Conference | Conference with E. Swanson re status of various issues including BPH, program assignments, and deaf and hard of hearing | $675.00 | 1.1 | $742.50 |
| 10/08/2025 | HEP | Review | Review agenda, responses to agenda, and related documents in preparation for BPH meeting; draft summary for E. Swanson | $675.00 | 0.6 | $405.00 |
| 10/08/2025 | ES | Review | Review correspondence re LACJ, investigation. | $975.00 | 0.2 | $195.00 |
| 10/09/2025 | ES | Review | Review parties' status statement. Outline issues for coordination meeting. | $975.00 | 0.5 | $487.50 |
| 10/09/2025 | AB | Meeting | Meeting with E. Swanson in preparation for court coordination. | $725.00 | 0.8 | $580.00 |
| 10/09/2025 | HEP | Draft | Review agenda and responses for BPH hearing; draft email to E. Swanson re status of each issue | $675.00 | 1.0 | $675.00 |
| 10/09/2025 | ES | Conference | Conference with A. Gugelmann re investigation issues. | $975.00 | 0.2 | $195.00 |
| 10/09/2025 | ES | Conference | Conference with A. Barron in advance of coordination meeting. | $975.00 | 0.8 | $780.00 |
| 10/09/2025 | AB | Meeting | Court Coordination. | $725.00 | 0.8 | $580.00 |
| 10/09/2025 | ES | Conference | Conference with court coordination group. | $975.00 | 0.8 | $780.00 |
| 10/09/2025 | ES | Phone call | Phone call with special master's team. | $975.00 | 0.3 | $292.50 |
| 10/09/2025 | ES | Phone call | Phone call with plaintiffs' counsel. | $975.00 | 0.2 | $195.00 |
| 10/09/2025 | ES | Review | Review emails from counsel. Prepare for BPH meeting. | $975.00 | 0.3 | $292.50 |
| 10/09/2025 | AB | Review | Review of emails between parties regarding architectural dispute; email to E. Swanson regarding same. | $725.00 | 0.2 | $145.00 |
| 10/09/2025 | AG | Conference | Conference with E Swanson re AIU data | $825.00 | 0.2 | $165.00 |
| 10/09/2025 | HEP | Conference | Attend quarterly BPH all parties meet and confer | $675.00 | 1.1 | $742.50 |
| 10/09/2025 | ES | Meeting | Meeting with parties re BPH. | $975.00 | 1.1 | $1,072.50 |
| 10/09/2025 | AG | Review | Review coordination order | $825.00 | 0.1 | $82.50 |
| 10/09/2025 | AG | Review | Review letter re: plaintiffs intent to litigate timelines | $825.00 | 0.2 | $165.00 |
| 10/10/2025 | ES | Review | Review letter from plaintiffs. | $975.00 | 0.2 | $195.00 |
| 10/10/2025 | ES | Conference | Conference with A. Gugelmann re plaintiffs' letter, investigation issues. | $975.00 | 0.6 | $585.00 |
| 10/10/2025 | AG | Conference | Conference with E Swanson re AIU staffing and intake issues | $825.00 | 0.6 | $495.00 |

| 10/10/2025 | AB | Review | Review of revised interim announcements policy; email to E. Swanson regarding same. | $725.00 | 0.2 | $145.00 |
|---|---|---|---|---|---|---|
| 10/10/2025 | AB | Review | Review of Plaintiffs' comments to DRM; email to colleagues re same. | $725.00 | 1.9 | $1,377.50 |
| 10/10/2025 | AB | Draft | Drafting self-monitoring report. | $725.00 | 2.5 | $1,812.50 |
| 10/10/2025 | ES | Conference | Conference with defendants re investigations. Conference with A. Gugelmann. | $975.00 | 1.0 | $975.00 |
| 10/10/2025 | AG | Meeting | Meeting with CDCR. Conference with E Swanson | $825.00 | 1.0 | $825.00 |
| 10/10/2025 | ES | Review | Review correspondence from parties. | $975.00 | 0.2 | $195.00 |
| 10/13/2025 | AB | Review | Review of Defendants' response to GenAI transcription letter; email to E. Swanson re same. | $725.00 | 1.1 | $797.50 |
| 10/13/2025 | AB | Draft | Email to parties regarding LAC tour. | $725.00 | 0.1 | $72.50 |
| 10/13/2025 | ES | Review | Review and respond to emails from A. Barron. | $975.00 | 0.2 | $195.00 |
| 10/13/2025 | AB | Preparation | Preparation for LAC emergency exit tour. | $725.00 | 0.5 | $362.50 |
| 10/13/2025 | AB | Review | Review of combined form issue status and email to parties re same. | $725.00 | 0.4 | $290.00 |
| 10/13/2025 | AB | Review | Review of notes regarding compatible housing and email to E. Swanson re same. | $725.00 | 0.3 | $217.50 |
| 10/13/2025 | AB | Draft | Review of advocacy response re CIM; email to E. Swanson re same. | $725.00 | 0.1 | $72.50 |
| 10/13/2025 | AB | Review | Review of advocacy response re parole. | $725.00 | 0.1 | $72.50 |
| 10/13/2025 | ES | Review | Review and respond to email re compatible housing. Email to parties. Review material re captioning services. Outine thoughts, email with A. Barron. | $975.00 | 1.6 | $1,560.00 |
| 10/13/2025 | AB | Review | Review of documents produced by Defendants regarding OACC reports. | $725.00 | 1.5 | $1,087.50 |
| 10/13/2025 | AB | Review | Review and respond to email from E. Swanson regarding GenAI demo. | $725.00 | 0.1 | $72.50 |
| 10/14/2025 | AB | Review | Review and respond to correspondence re LAC tour. | $725.00 | 0.1 | $72.50 |
| 10/14/2025 | ES | Review | Review and respond to emails re upcoming LAC visit. | $975.00 | 0.2 | $195.00 |
| 10/15/2025 | ES | Meeting | Meeting with A. Barron re Stip 13. | $975.00 | 1.0 | $975.00 |
| 10/15/2025 | AB | Review | Review of Plaintiff's letter regarding GenAI; email to E. Swanon re same. | $725.00 | 0.1 | $72.50 |
| 10/15/2025 | AB | Meeting | Meeting with E. Swanson regarding GenAI. | $725.00 | 1.0 | $725.00 |
| 10/15/2025 | AB | Review | Review of GenAI letters and drafting questions to parties. | $725.00 | 0.6 | $435.00 |
| 10/15/2025 | ES | Conference | Conference with A. Gugelmann re investigation issues. | $975.00 | 0.7 | $682.50 |
| 10/15/2025 | AG | Conference | Conference with E Swanson re staffing issues | $825.00 | 0.7 | $577.50 |
| 10/15/2025 | ES | Review | Review and respond to emails from counsel re meetings, data production. Email with A. Barron. | $975.00 | 0.4 | $390.00 |
| 10/15/2025 | ES | Review | Review tour response; email to A. Barron. Review AI readout. | $975.00 | 1.4 | $1,365.00 |
| 10/16/2025 | ES | Review | Review correspondence, including regarding San Quentin and CA Model. Email with colleagues. Emails re upcoming meetings. Confer with A. Gugelmann. | $975.00 | 0.6 | $585.00 |

| 10/16/2025 | ES | Conference | Conference with A. Barron re Stip 13. Email to parties. | $975.00 | 1.0 | $975.00 |
|---|---|---|---|---|---|---|
| 10/16/2025 | ES | Conference | Conference with A. Gugelmann re investigations. | $975.00 | 0.4 | $390.00 |
| 10/16/2025 | AG | Conference | Conference with E Swanson re investigations and AI text generation | $825.00 | 0.6 | $495.00 |
| 10/16/2025 | AB | Meeting | Meeting with E. Swanson re GenAI. | $725.00 | 1.0 | $725.00 |
| 10/16/2025 | AB | Review | Review of GenAI videos and notes re same. | $725.00 | 2.7 | $1,957.50 |
| 10/16/2025 | AB | Draft | Drafting agenda for GenAI meeting. | $725.00 | 0.3 | $217.50 |
| 10/16/2025 | ES | Preparation | Prepare for meeting with parties re speech-to-text technologies. Email with A. Barron. | $975.00 | 0.6 | $585.00 |
| 10/17/2025 | ES | Conference | Conference with A. Barron re upcoming meeting. | $975.00 | 0.7 | $682.50 |
| 10/17/2025 | AG | Correspondence | Emails with E Swanson re production | $825.00 | 0.1 | $82.50 |
| 10/17/2025 | AB | Phone call | Phone call with E. Swanson regarding Gen AI meeting. | $725.00 | 0.7 | $507.50 |
| 10/17/2025 | AB | Meeting | Meeting with parties regarding GenAI. | $725.00 | 2.0 | $1,450.00 |
| 10/17/2025 | ES | Conference | Conference with parties re transcription. Call with A. Barron. | $975.00 | 2.4 | $2,340.00 |
| 10/17/2025 | AB | Review | Review interview notes and update outline. | $725.00 | 1.0 | $725.00 |
| 10/17/2025 | AB | Phone call | Phone call with E. Swanson regarding GenAI. | $725.00 | 0.4 | $290.00 |
| 10/19/2025 | ES | Review | Review and respond to email from defendants. Email to A. Gugelmann. | $975.00 | 0.2 | $195.00 |
| 10/20/2025 | AG | Review | Review plaintiffs' letter to UOF expert | $825.00 | 0.8 | $660.00 |
| 10/20/2025 | AG | Review | Review filing re receiver | $825.00 | 0.2 | $165.00 |
| 10/20/2025 | ES | Review | Review order in related case. Email to A. Gugelmann re investigation issues. | $975.00 | 0.4 | $390.00 |
| 10/20/2025 | ES | Conference | Conference with A. Barron re LAC tour, SATF report. | $975.00 | 0.9 | $877.50 |
| 10/20/2025 | ES | Review | Review and respond to emails from coordinating committee, counsel. | $975.00 | 0.1 | $97.50 |
| 10/20/2025 | AB | Phone call | Phone call with E. Swanson regarding combined form issue, self-monitoring. | $725.00 | 0.9 | $652.50 |
| 10/20/2025 | AB | Travel | Travel to Lancaster. | $725.00 | 4.5 | $3,262.50 |
| 10/20/2025 | AB | Review | Review of advocacy response. | $725.00 | 0.1 | $72.50 |
| 10/21/2025 | ES | Conference | Conference with A. Barron re LAC visit, email to parties. | $975.00 | 0.4 | $390.00 |
| 10/21/2025 | ES | Draft | Draft email to parties re Stip 13. | $975.00 | 0.6 | $585.00 |
| 10/21/2025 | AB | Meeting | Travel to LAC from hotel and tour of LAC for master planning emergency preparedness tour. | $725.00 | 6.8 | $4,930.00 |
| 10/21/2025 | AB | Travel | Travel from LAC to airport. | $725.00 | 2.0 | $1,450.00 |
| 10/21/2025 | AB | Phone call | Phone call with E. Swanson regarding LAC tour. | $725.00 | 0.2 | $145.00 |
| 10/21/2025 | AB | Travel | Travel from LA. | $725.00 | 2.5 | $1,812.50 |
| 10/21/2025 | AB | Review | Review of draft proposal regarding transcription testing; email to E. Swanson regarding same. | $725.00 | 0.3 | $217.50 |
| 10/21/2025 | ES | Conference | Conference with A. Barron re LAC visit. | $975.00 | 0.2 | $195.00 |
| 10/21/2025 | ES | Review | Review report from A. Barron re LAC. Draft and send email to parties re transcription. | $975.00 | 0.3 | $292.50 |
| 10/21/2025 | AB | Conference | Conference with E Swanson | $725.00 | 0.3 | $217.50 |

| 10/22/2025 | ES | Review | Review information from plaintiffs re UOF/IERC. | $975.00 | 1.5 | $1,462.50 |
|---|---|---|---|---|---|---|
| 10/22/2025 | ES | Conference | Conference with A. Gugelmann re UOF/IERC issues. | $975.00 | 0.3 | $292.50 |
| 10/22/2025 | AG | Conference | Conference with E Swanson re UOF expert | $825.00 | 0.3 | $247.50 |
| 10/22/2025 | ES | Review | Review correspondence from CDCR. | $975.00 | 0.1 | $97.50 |
| 10/22/2025 | AB | Meeting | Meeting with E. Swanson regarding combined form, self-monitoring. | $725.00 | 3.0 | $2,175.00 |
| 10/22/2025 | ES | Conference | Conference with A. Barron re LAC visit, outstanding stipulation issues, SATF report. Review and edit report. | $975.00 | 3.0 | $2,925.00 |
| 10/22/2025 | ES | Review | Review and respond toe email from court. Review filings. Review email from defense counsel; email to colleagues. | $975.00 | 0.6 | $585.00 |
| 10/22/2025 | AG | Correspondence | Emails with E Swanson re coordination | $825.00 | 0.1 | $82.50 |
| 10/22/2025 | ES | Review | Review and respond to email from court. Email with colleagues. Email with court representatives. Review correspondence from plaintiffs. | $975.00 | 0.4 | $390.00 |
| 10/23/2025 | ES | Conference | Conference with A. Gugelmann. | $975.00 | 0.8 | $780.00 |
| 10/23/2025 | AB | Review | Review of Plaintiffs' letter regarding DAPO document production review. | $725.00 | 0.2 | $145.00 |
| 10/23/2025 | AB | Review | Review of advocacy response regarding pocket talker. | $725.00 | 0.1 | $72.50 |
| 10/23/2025 | AB | Review | Review of filing by Plaintiffs re court coordination. | $725.00 | 0.1 | $72.50 |
| 10/23/2025 | ES | Review | Review material in advance of call with defendants. | $975.00 | 0.2 | $195.00 |
| 10/23/2025 | AG | Conference | Conference with E Swanson re AIU staffing issues | $825.00 | 0.8 | $660.00 |
| 10/23/2025 | AG | Meeting | Meeting with CDCR re AIU staffing | $825.00 | 1.1 | $907.50 |
| 10/23/2025 | ES | Conference | Conference with defendants re investigation issues. | $975.00 | 0.8 | $780.00 |
| 10/23/2025 | ES | Conference | Conference with A. Gugelmann re investigations. | $975.00 | 0.2 | $195.00 |
| 10/23/2025 | ES | Review | Review correspondence from court, court representatives. Respond to emails. | $975.00 | 0.2 | $195.00 |
| 10/23/2025 | AG | Conference | Conference with E Swanson re AIU issues | $825.00 | 0.2 | $165.00 |
| 10/23/2025 | AB | Draft | Drafting staffing report. | $725.00 | 1.7 | $1,232.50 |
| 10/24/2025 | ES | Review | Review and respond to email from counsel. | $975.00 | 0.1 | $97.50 |
| 10/24/2025 | AB | Review | Review of advocacy response. | $725.00 | 0.2 | $145.00 |
| 10/24/2025 | AB | Review | Review emails re semiannual interviews, GenAI. | $725.00 | 0.1 | $72.50 |
| 10/24/2025 | ES | Review | Review emails from coordinating committee, parties. | $975.00 | 0.3 | $292.50 |
| 10/24/2025 | AB | Draft | Drafting staffing report. | $725.00 | 0.7 | $507.50 |
| 10/26/2025 | ES | Review | Review correspondence from defendants. Email to colleagues. Respond to email from Coleman Receiver's team. | $975.00 | 0.2 | $195.00 |
| 10/26/2025 | AB | Review | Review of party correspondence regarding punch list process. | $725.00 | 0.1 | $72.50 |
| 10/27/2025 | AB | Review | Review of email regarding combined form issue; email to E. Swanson re same. | $725.00 | 0.2 | $145.00 |
| 10/27/2025 | AB | Draft | Drafting announcements recommendation. | $725.00 | 0.6 | $435.00 |
| 10/27/2025 | AB | Review | Review of advocacy regarding excessive force allegation; email to E. Swanson regarding same. | $725.00 | 0.2 | $145.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/27/2025 | AB | Review | Review of advocacy regarding blind class member; email to E. Swanson re same. | $725.00 | 0.2 | $145.00 |
| 10/27/2025 | AB | Review | Review of advocacy response regarding COMS training; email to E. Swanson regarding same. | $725.00 | 0.1 | $72.50 |
| 10/27/2025 | AB | Review | Review of advocacy regarding RJD class member request; email to E. Swanson re same. | $725.00 | 0.1 | $72.50 |
| 10/27/2025 | AB | Review | Review of population projection data. | $725.00 | 0.1 | $72.50 |
| 10/27/2025 | AB | Draft | Email to E. Swanson re combined form. | $725.00 | 0.1 | $72.50 |
| 10/27/2025 | ES | Review | Review advocacy responses. Confer with A. Barron. Review email re compatible housing. Review master plan emails. | $975.00 | 0.6 | $585.00 |
| 10/27/2025 | AB | Conference | Conference with E Swanson | $725.00 | 0.1 | $72.50 |
| 10/28/2025 | ES | Review | Review emails from counsel, filings in related case. Email to court representative staff. | $975.00 | 0.2 | $195.00 |
| 10/29/2025 | ES | Conference | Conference with A. Barron re GenAI, court coordination, other matters. | $975.00 | 0.4 | $390.00 |
| 10/29/2025 | AB | Phone call | Phone call with E. Swanson regarding court coordination. | $725.00 | 0.4 | $290.00 |
| 10/29/2025 | ES | Conference | Conference with court representatives. | $975.00 | 0.7 | $682.50 |
| 10/29/2025 | ES | Conference | Conference with A. Barron re case-related issues, information re other matters, communication with court reps, stipulations. Email to court. | $975.00 | 1.8 | $1,755.00 |
| 10/29/2025 | AB | Review | Review of Defendants' letter regarding combined form; drafting questions regarding same. | $725.00 | 0.7 | $507.50 |
| 10/29/2025 | AB | Meeting | Meeting with E. Swanson regarding self-monitorng. | $725.00 | 1.8 | $1,305.00 |
| 10/29/2025 | ES | Review | Review and edit report. Confer with A. Barron. | $975.00 | 0.8 | $780.00 |
| 10/29/2025 | AB | Draft | Drafting email to parties regarding combined form issue. | $725.00 | 0.1 | $72.50 |
| 10/29/2025 | HEP | Review | Review program assignment and housed out of level sections of LAC monitoring tour and defendants' response | $675.00 | 0.4 | $270.00 |
| 10/29/2025 | ES | Review | Review material in advance of meeting with expert. | $975.00 | 0.6 | $585.00 |
| 10/30/2025 | AG | Conference | Conference with E Swanson re UOF expert | $825.00 | 0.3 | $247.50 |
| 10/30/2025 | ES | Conference | Conference with A. Gugelmann re UOF expert. | $975.00 | 0.3 | $292.50 |
| 10/30/2025 | ES | Conference | Conference with A. Barron re combined form issues, SATF report. | $975.00 | 1.5 | $1,462.50 |
| 10/30/2025 | HEP | Review | Review and analyze parole and DAPO letters from plaintiffs; review September 2025 program assignments data | $675.00 | 0.6 | $405.00 |
| 10/30/2025 | AB | Meeting | Meeting with E. Swanson re combined form, self-monitoring report. | $725.00 | 1.5 | $1,087.50 |
| 10/30/2025 | ES | Conference | Conference with parties, UOF expert. | $975.00 | 1.5 | $1,462.50 |
| 10/30/2025 | AG | Meeting | Meeting with UOF consultant and parties | $825.00 | 1.5 | $1,237.50 |
| 10/30/2025 | ES | Conference | Conference with defense counsel. Call with A. Gugelmann. | $975.00 | 0.3 | $292.50 |
| 10/30/2025 | ES | Phone call | Phone call with court representative. Call with A. Barron re Stip 7. | $975.00 | 1.0 | $975.00 |
| 10/30/2025 | AB | Meeting | Meeting with E. Swanson regarding stipulation 7. | $725.00 | 0.8 | $580.00 |
| 10/30/2025 | AB | Draft | Drafting stipulation 7 recommendation. | $725.00 | 0.2 | $145.00 |
| 10/30/2025 | HEP | Draft | Review, analyze, and summarize prior court orders to provide searchable index of court orders | $675.00 | 2.5 | $1,687.50 |

| 10/30/2025 | AG | Conference | Conference with E Swanson | $825.00 | 0.1 | $82.50 |
| 10/31/2025 | AB | Review | Review of responses to Master Planning proposal. | $725.00 | 0.3 | $217.50 |
| 10/31/2025 | AB | Draft | Drafting questions for ombudsman of other state correctional systems. | $725.00 | 0.2 | $145.00 |
| 10/31/2025 | ES | Conference | Conference with A. Barron re master plan responses from parties. | $975.00 | 1.0 | $975.00 |
| 10/31/2025 | AB | Meeting | Meeting with E. Swanson re master planning. | $725.00 | 1.0 | $725.00 |
| 10/31/2025 | ES | Review | Review and respond to emails from court representative. Confer with colleagues. | $975.00 | 0.3 | $292.50 |
| 10/31/2025 | ES | Phone call | Phone call with court representative. | $975.00 | 0.2 | $195.00 |

Totals: **132.2** **$108,290.00**

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|------|----|----------|-------------|------|----------|------------|
| 10/01/2025 | AB | Travel | Hotel for LAC tour | $148.33 | 1.0 | $148.33 |
| 10/01/2025 | AB | Travel | Rental Car for LAC tour | $110.07 | 1.0 | $110.07 |
| 10/01/2025 | AB | Travel | Flight for LAC tour | $496.97 | 1.0 | $496.97 |
| 10/20/2025 | AB | Travel | Travel Meal | $23.09 | 1.0 | $23.09 |
| 10/20/2025 | AB | Travel | Lunch at LAC | $13.30 | 1.0 | $13.30 |
| 10/21/2025 | AB | Travel | Travel Meal | $28.73 | 1.0 | $28.73 |
| 10/21/2025 | AB | Travel | Uber for A Baron to airport | $24.93 | 1.0 | $24.93 |

Expense Total: **$845.42**

| | |
|---|---|
| Time Entry Sub-Total: | $108,290.00 |
| Expense Sub-Total: | $845.42 |
| **Sub-Total:** | $109,135.42 |
| | |
| **Total:** | $109,135.42 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$109,135.42** |