MARGOT MENDELSON – 268583
PATRICK BOOTH – 328783
JACOB J. HUTT – NYBN 5565791*
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
PENNY GODBOLD – 226925
MICHAEL FREEDMAN – 262850
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION &
DEFENSE FUND, INC.
3075 Adeline Street, Suite 201
Berkeley, California 94703
Telephone: (510) 644-2555
Facsimile: (510) 841-8645

* Admitted *pro hac vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. C94 2307 CW<br><br>**[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2025**<br><br>Judge: Hon. Claudia Wilken |

[4838426.1]

Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER 2025

On March 26, 1997, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, on January 29, 2026, Plaintiffs served on Defendants their Fourth Quarterly Statement for 2025 by electronic transmission. The parties completed their meet-and-confer process on March 3, 2026 as to the fees and costs incurred on all matters.

As a result of the March 3, 2026 agreement, the parties agree to the following:

The parties agree to the payment of $2,698,556.84 to resolve all fees and costs incurred during the Fourth Quarter of 2025, for monitoring and/or litigation activities in the California Department of Corrections of Rehabilitation Division of Adult Operations and Adult Programs (CDCR AOAP) portion of the case. Attached hereto as **Exhibit A** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $144,968.24 to resolve all fees and costs incurred during the Fourth Quarter of 2025, for monitoring and/or litigation activities in the Board of Parole Hearings (BPH) portion of the case. Attached hereto as **Exhibit B** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $153,231.51 to resolve all fees and costs incurred during the Fourth Quarter of 2025, for monitoring and/or litigation activities in the Division of Adult Parole Operations (DAPO) portion of the case. Attached hereto as **Exhibit C** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

The parties agree to the payment of $25,695.48 to resolve all fees and costs incurred during the Fourth Quarter of 2025, for fees work. Attached hereto as **Exhibit D** are charts setting forth the fees and costs claimed by Plaintiffs and the amounts agreed to by the parties to settle these claims.

[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER 2025

[4838426.1]

1  IT IS HEREBY ORDERED that the amounts set forth above are due and
2  collectable as of forty-five days from the date of entry of this Order.  Without prejudice to
3  either party's position regarding the interest accrual date, interest on these fees and costs
4  will run from March 3, 2026, accruing at the rate provided by 28 U.S.C. § 1961.

DATED: _____

                                  Claudia Wilken
                                  United States District Judge

APPROVED AS TO FORM:

DATED: March 6, 2026         */s/Sean W. Lodholz*
                                  Sean W. Lodholz
                                  Supervising Deputy Attorney General
                                  Attorney for Defendants

DATED: March 6, 2026        */s/Gay Crosthwait Grunfeld*
                                  Gay Crosthwait Grunfeld
                                  Rosen Bien Galvan & Grunfeld LLP
                                  Attorney for Plaintiffs

[4838426.1]

3     Case No. C94 2307 CW
[PROPOSED] STIPULATED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER 2025

# EXHIBIT A

# **Armstrong v. Newsom**
**Fourth Quarterly Statement of 2025**
**October 1, 2025 through December 31, 2025**

## CDCR/AOAP SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| CDCR/AOAP MONITORING | $2,627,354.03 | $71,202.80 |
| | **TOTAL UNDISPUTED:** | **$2,698,556.84** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2025
October 1, 2025 through December 31, 2025
*Matter: CDCR/AOAP Monitoring/Merits*

| *Monitoring (581-3)* | Actual Hours | Claimed Hours | 2025 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 9.80 | 9.70 | $1,675 | $16,247.50 | $16,003.79 |
| Gay C. Grunfeld (GCG) | 24.80 | 23.80 | $1,325 | $31,535.00 | $31,061.98 |
| Ernest Galvan (EG) | 0.80 | 0.40 | $1,150 | $460.00 | $453.10 |
| Kara J. Janssen (KJJ) | 0.10 | 0.00 | $875 | $0.00 | $0.00 |
| Penny Godbold (PG) | 331.10 | 331.10 | $935 | $309,578.50 | $304,934.82 |
| Thomas Nolan (TN) | 171.60 | 167.00 | $935 | $156,145.00 | $153,802.83 |
| Michael L. Freedman (MLF) | 172.90 | 165.00 | $925 | $152,625.00 | $150,335.63 |
| Ben Bien-Kahn (BBK) | 101.60 | 101.50 | $900 | $91,350.00 | $89,979.75 |
| Marc Shinn-Krantz | 0.40 | 0.00 | $650 | $0.00 | $0.00 |
| Eric Monek Anderson (EMA) | 167.20 | 165.60 | $600 | $99,360.00 | $97,869.60 |
| Hannah Chartoff (HMC) | 33.30 | 30.10 | $575 | $17,307.50 | $17,047.89 |
| Benjaim C. Hattem (BCH) | 6.40 | 6.10 | $525 | $3,202.50 | $3,154.46 |
| Emma Stodder (EES) | 165.10 | 155.40 | $425 | $66,045.00 | $65,054.33 |
| Karen Stilber (KES) | 114.40 | 114.30 | $470 | $53,721.00 | $52,915.19 |
| F. Gail LaPurja (FGL) | 6.50 | 0.00 | $445 | $0.00 | $0.00 |
| Greg Gonzalez (GZG) | 4.50 | 0.00 | $445 | $0.00 | $0.00 |
| Angela Laureano (AL) | 26.00 | 25.20 | $350 | $8,820.00 | $8,687.70 |
| Darcy Edmundson (DE) | 36.60 | 35.20 | $350 | $12,320.00 | $12,135.20 |
| Emma Lower (ERL) | 380.50 | 369.10 | $350 | $129,185.00 | $127,247.23 |
| Nathalie Welch (NW) | 17.90 | 13.50 | $350 | $4,725.00 | $4,654.13 |
| Aidan Loh (ALO) | 345.40 | 341.00 | $310 | $105,710.00 | $104,124.35 |
| AJ Alany (AJA) | 9.50 | 0.00 | $350 | $0.00 | $0.00 |
| Ethan Medal-Katz (EMK) | 311.60 | 302.60 | $310 | $93,806.00 | $92,398.91 |
| Kamila Barragan (KB) | 4.50 | 0.00 | $310 | $0.00 | $0.00 |
| Isabella Grundseth (IEG) | 18.10 | 17.20 | $350 | $6,020.00 | $5,929.70 |
| Charles Streeb (CS) | 42.40 | 38.90 | $310 | $12,059.00 | $11,878.12 |
| **Total Hours:** | **2,503.00** | **2,412.70** | | | |
| **RBGG CLAIMED FEES:** | | | | **$1,370,222.00** | **$1,349,668.67** |
| **PRISON LAW OFFICE** | | | | | |
| Daniel Greenfield (DG) | 49.70 | 49.70 | $900 | $44,730.00 | $44,059.05 |
| Margot Mendelson (MM) | 8.60 | 8.60 | $875 | $7,525.00 | $7,412.13 |
| Jerrod Thompson (JT) | 232.90 | 232.90 | $875 | $203,787.50 | $200,730.69 |
| Nick Sheehan (NS) | 23.80 | 23.80 | $750 | $17,850.00 | $17,582.25 |
| Tess Borden (TB) | 31.30 | 31.30 | $725 | $22,692.50 | $22,352.11 |
| Jacob Hutt (JH) | 249.60 | 249.60 | $575 | $143,520.00 | $141,367.20 |
| Megha Ram (MR) | 170.50 | 170.50 | $550 | $93,775.00 | $92,368.38 |
| Patrick Booth (PB) | 100.20 | 100.20 | $525 | $52,605.00 | $51,815.93 |
| Amber Norris (AN) | 276.70 | 276.70 | $450 | $124,515.00 | $122,647.28 |
| Ashe Huang | 3.80 | 3.80 | $450 | $1,710.00 | $1,684.35 |
| Gabriela Pelsinger (GP) | 0.50 | 0.50 | $450 | $225.00 | $221.63 |
| George Mills (GM) | 20.80 | 20.80 | $500 | $10,400.00 | $10,244.00 |
| Ilian Meza Pena (IP) | 186.70 | 186.70 | $450 | $84,015.00 | $82,754.78 |
| Joanna Cardenas (JC) | 241.40 | 241.40 | $450 | $108,630.00 | $107,000.55 |
| Skye Lovett (SL) | 307.20 | 307.20 | $450 | $138,240.00 | $136,166.40 |
| Tania Amarillas (TA) | 155.50 | 155.50 | $450 | $69,975.00 | $68,925.38 |
| Audrey Lim (AL) | 107.40 | 107.40 | $350 | $37,590.00 | $37,026.15 |
| Dewi Zarni (DZ) | 32.60 | 32.60 | $350 | $11,410.00 | $11,238.85 |
| Emilio Bustamante (EB) | 124.30 | 124.30 | $350 | $43,505.00 | $42,852.43 |
| Jenny Aguilar (JA) | 39.60 | 39.60 | $350 | $13,860.00 | $13,652.10 |
| Jessica Shen (JS) | 21.00 | 21.00 | $350 | $7,350.00 | $7,239.75 |
| Joshua Marin (JM) | 34.50 | 34.50 | $350 | $12,075.00 | $11,893.88 |
| **Total Hours:** | **2,418.60** | **2,418.60** | | | |
| **PLO CLAIMED FEES:** | | | | **$1,249,985.00** | **$1,231,235.23** |
| **DISABILITY RIGHTS EDUCATION AND DEFENSE FUND** | | | | | |
| Claudia Center | 45.50 | 45.50 | $1,015 | $46,182.50 | $45,489.76 |
| Alexandra Cline | 1.00 | 1.00 | $300 | $300.00 | $295.50 |
| H. Min | 2.7 | 2.7 | $250 | $675.00 | $664.88 |
| **Total Hours:** | **49.20** | **49.20** | | | |
| **DREDF CLAIMED FEES:** | | | | **$47,157.50** | **$46,450.14** |
| **TOTAL CLAIMED CDCR/AOAP MONITORING FEES:** | | | | **$2,667,364.50** | **$2,627,354.03** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2025
October 1, 2025 through December 31, 2025
**Costs**

## Matter: CDCR/AOAP Merits/Monitoring

| | | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|---|
| **Rosen, Bien, Galvan & Grunfeld (581-3)** | | | |
| Photocopying (In house) | | $1,087.00 | $1,070.70 |
| Photocopying/printing (Outside) | | $1,338.86 | $1,318.78 |
| Expert Services | | $29,513.75 | $29,071.04 |
| Transcription and Translation | | $2,446.57 | $2,409.87 |
| Data storage | | $7,450.41 | $7,338.65 |
| Online Research - PACER, Westlaw | | $433.94 | $427.43 |
| Postage & Delivery | | $367.23 | $361.72 |
| Travel - Mileage, Tolls, Food | | $7,935.36 | $7,816.33 |
| | **Total RBGG Costs:** | **$50,573.12** | **$49,814.52** |
| **Prison Law Office** | | | |
| Translation/interpreting/SLI | | $2,437.80 | $2,401.23 |
| Expert/Consultant Services | | $6,191.38 | $6,098.51 |
| Travel - Mileage, Tolls, Food | | $11,719.51 | $11,543.72 |
| Postage & Delivery | | $1,163.39 | $1,145.94 |
| | **Total PLO Costs:** | **$21,512.08** | **$21,189.40** |
| **Disability Rights Education & Defense Fund, Inc.** | | | |
| Photocopying (in-house) | | $163.20 | $160.75 |
| Postage & Delivery | | $38.71 | $38.13 |
| | **Total DREDF Costs:** | **$201.91** | **$198.88** |
| | **TOTAL CLAIMED CDCR/AOAP MERITS/MONITORING COSTS:** | **$72,287.11** | **$71,202.80** |

# EXHIBIT B

# Armstrong v. Newsom
**Fourth Quarterly Statement of 2025**
**October 1, 2025 through December 31, 2025**

## BPH SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| BPH | $144,224.69 | $743.56 |
| | **TOTAL UNDISPUTED:** | **$144,968.24** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2025
October 1, 2025 through December 31, 2025
*Matter: BPH*

| _BPH (581-4)_ | | Actual | Claimed | 2025 | | Fees Now Owing |
|---|---|---|---|---|---|---|
| | | Hours | Hours | Rates | Total | Based On Negotiated Compromise |
| **_BPH MONITORING (581-4)_** | | | | | | |
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Michael W. Bien (MWB) | | 0.20 | 0.20 | $1,675 | $335.00 | $329.98 |
| Gay C. Grunfeld (GCG) | | 0.90 | 0.90 | $1,325 | $1,192.50 | $1,174.61 |
| Thomas Nolan (TN) | | 62.30 | 62.10 | $935 | $58,063.50 | $57,192.55 |
| Penny Godbold (PG) | | 1.30 | 1.30 | $935 | $1,215.50 | $1,197.27 |
| Hannah Chartoff (HMC) | | 77.40 | 76.30 | $575 | $43,872.50 | $43,214.41 |
| Emma Stodder (EES) | | 10.80 | 7.90 | $425 | $3,357.50 | $3,307.14 |
| Nathalie Welch (NCW) | | 64.20 | 64.20 | $350 | $22,470.00 | $22,132.95 |
| Aidan Loh (ALO) | | 21.80 | 21.70 | $310 | $6,727.00 | $6,626.10 |
| | Total Hours: | 238.90 | 234.60 | | | |
| **RBGG CLAIMED FEES:** | | | | | **$137,233.50** | **$135,175.00** |
| **PRISON LAW OFFICE** | | | | | | |
| Rana Anabtawi (RA) | | 10.5 | 10.5 | $875 | $9,187.50 | $9,049.69 |
| | Total Hours: | 10.50 | 10.50 | | | |
| **PLO CLAIMED FEES:** | | | | | **$9,187.50** | **$9,049.69** |
| **TOTAL CLAIMED FEES FOR BPH WORK:** | | | | | **$146,421.00** | **$144,224.69** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2025
October 1, 2025 through December 31, 2025
**Costs**

## Matter: BPH

| Rosen, Bien, Galvan & Grunfeld (581-4) | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---:|---:|
| Westlaw | $47.55 | $46.84 |
| In house copying and printing | $48.00 | $47.28 |
| Postage and delivery | $2.17 | $2.14 |
| Travel - Mileage, Tolls, Food | $657.16 | $647.30 |
| **Total RBGG Costs:** | **$754.88** | **$743.56** |
| **TOTAL CLAIMED BPH COSTS:** | **$754.88** | **$743.56** |

# EXHIBIT C

# Armstrong v. Newsom
**Fourth Quarterly Statement of 2025**
**October 1, 2025 through December 31, 2025**

## DAPO SUMMARY OF UNDISPUTED FEES AND COSTS

| MATTER | UNDISPUTED FEES | UNDISPUTED COSTS |
|---|---|---|
| DAPO MONITORING | $150,833.05 | $2,398.46 |
| | **TOTAL UNDISPUTED:** | **$153,231.51** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2025
October 1, 2025 through December 31, 2025
*Matter: DAPO Monitoring*

| *DAPO Monitoring (581-9)* | Actual Hours | Claimed Hours | 2025 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | |
| Michael W. Bien (MWB) | 0.90 | 0.90 | $1,675 | $1,507.50 | $1,484.89 |
| Gay C. Grunfeld (GCG) | 1.50 | 1.50 | $1,325 | $1,987.50 | $1,957.69 |
| Penny Godbold (PG) | 10.60 | 10.60 | $935 | $9,911.00 | $9,762.34 |
| Thomas Nolan (TN) | 7.40 | 6.90 | $935 | $6,451.50 | $6,354.73 |
| Michael L. Freedman (MLF) | 11.10 | 11.10 | $925 | $10,267.50 | $10,113.49 |
| Benjamin Bien-Kahn (BBK) | 37.90 | 37.80 | $900 | $34,020.00 | $33,509.70 |
| Eric Monek Anderson (EMA) | 0.80 | 0.00 | $600 | $0.00 | $0.00 |
| Hannah Chartoff (HMC) | 21.00 | 21.00 | $575 | $12,075.00 | $11,893.88 |
| Benjamin C. Hattem (BCH) | 22.10 | 22.10 | $525 | $11,602.50 | $11,428.46 |
| Emma Stodder (EES) | 29.40 | 28.90 | $425 | $12,282.50 | $12,098.26 |
| Karen Stilber (KES) | 0.80 | 0.00 | $470 | $0.00 | $0.00 |
| Emma Lower (ERL) | 0.90 | 0.00 | $350 | $0.00 | $0.00 |
| Aiden Loh (ALO) | 0.40 | 0.00 | $310 | $0.00 | $0.00 |
| Nathalie Welch (NCW) | 162.10 | 151.50 | $350 | $53,025.00 | $52,229.63 |
| Total Hours: | 306.90 | 292.30 | | | |
| **RBGG CLAIMED FEES:** | | | | **$153,130.00** | **$150,833.05** |
| **TOTAL CLAIMED FOR DAPO MONITORING WORK:** | | | | **$153,130.00** | **$150,833.05** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2025
October 1, 2025 through December 31, 2025
**Costs**

## Matter: DAPO Monitoring

| **Rosen, Bien, Galvan & Grunfeld (581-9)** | | **Costs** | **Costs Now Owing Based On Negotiated Compromise** |
|---|---|---|---|
| Postage & Delivery | | $218.04 | $214.77 |
| In-house copying and printing | | $442.00 | $435.37 |
| Travel - Mileage, Tolls, Food | | $1,774.94 | $1,748.32 |
| | **Total RBGG Costs:** | **$2,434.98** | **$2,398.46** |
| | **TOTAL CLAIMED DAPO MONITORING COSTS:** | **$2,434.98** | **$2,398.46** |

# EXHIBIT D

# **Armstrong v. Newsom**
**Fourth Quarterly Statement of 2025**
**October 1, 2025 through December 31, 2025**

## SUMMARY OF UNDISPUTED FEES WORK AND COSTS

|  | **UNDISPUTED FEES** | **UNDISPUTED COSTS** |
|---|---|---|
| FEES WORK (ALL MATTERS) | $25,619.85 | $75.63 |
| **TOTAL UNDISPUTED:** |  | **$25,695.48** |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2025
October 1, 2025 through December 31, 2025
*Matter:  All Matters Fees Work*

| *Fees (581-2)* | | Actual Hours | Claimed Hours | 2025 Rates | Total | Fees Now Owing Based On Negotiated Compromise |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN, GALVAN & GRUNFELD** | | | | | | |
| Gay C. Grunfeld (GCG) | | 11.00 | 10.60 | $1,325 | $14,045.00 | $13,834.33 |
| Karen E. Stilber (KES) | | 9.50 | 9.50 | $470 | $4,465.00 | $4,398.03 |
| Kedra Chan (KC) | | 14.50 | 2.70 | $350 | $945.00 | $930.83 |
| | Total Hours: | 35.00 | 22.80 | | | |
| **RBGG CLAIMED FEES:** | | | | | $19,455.00 | $19,163.18 |
| **PRISON LAW OFFICE** | | | | | | |
| Margot Mendelson (MKM) | | 1.10 | 1.10 | $875 | $962.50 | $948.06 |
| Jacob Hutt (JH) | | 3.80 | 3.80 | $575 | $2,185.00 | $2,152.23 |
| Patrick Booth (PB) | | 2.90 | 2.90 | $525 | $1,522.50 | $1,499.66 |
| Ashley Kirby (AK) | | 5.80 | 5.80 | $325 | $1,885.00 | $1,856.73 |
| | Total Hours: | 13.60 | 13.60 | | | |
| **PLO CLAIMED FEES:** | | | | | $6,555.00 | $6,456.68 |
| **TOTAL CLAIMED FEES FOR ARMSTRONG FEES WORK:** | | | | | $26,010.00 | $25,619.85 |

**Armstrong v. Newsom**
Fourth Quarterly Statement of 2025
October 1, 2025 through December 31, 2025
**Costs**

*Matter: Fees Work in All Matters*

| Rosen, Bien, Galvan & Grunfeld (581-2) | Costs | Costs Now Owing Based On Negotiated Compromise |
|---|---|---|
| Photocopying and Printing (in-house) | $23.20 | $22.85 |
| Postage & Delivery | $53.58 | $52.78 |
| **Total RBGG Costs:** | **$76.78** | **$75.63** |
| **TOTAL CLAIMED FEES WORK COSTS :** | **$76.78** | **$75.63** |