Rob Bonta
Attorney General of California
Neah Huynh
Senior Assistant Attorney General
Sean W. Lodholz
Supervising Deputy Attorney General
State Bar No. 299096
  1300 I Street, Suite 125
  Sacramento, CA 95814
  Telephone: (916) 210-7369
  Fax: (916) 324-5205
  E-mail:  Sean.Lodholz@doj.ca.gov
*Attorneys for Defendants
California Department of Corrections and
Rehabilitation and Gavin Newsom*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN ARMSTRONG, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 4:94-cv-02307-CW<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Judge:     The Honorable Claudia Wilken |

Plaintiffs' motion to compel production of documents (ECF No. 3759) correctly recounts Defendants' objection to the production of non-class member records without a nexus to the Americans with Disabilities Act or section 504 of the Rehabilitation Act.  The California Information Practices Act and California Confidentiality of Medical Information Act protect these records from disclosure absent a compulsory process, such as a subpoena; another exception to the privacy statutes at issue; or an order finding Plaintiffs' need for these records outweighs the privacy interests of the affected non-parties.  Cal. Civ. Code §§ 56.10; 1798.24; Fed. R. Evid. 501 (Generally, "[t]he common law — as interpreted by United States courts in the light of reason and

1

1  experience — governs a claim of privilege…."); *Soto v. City of Concord*, 162 F.R.D. 603, 616-17
2  (N.D. Cal. 1995) (Explaining "Federal courts should give 'some weight' to privacy rights that are
3  protected by state constitutions or statutes" and balance the need for disclosure against the
4  privacy interests at issue).  The privacy rights at issue belong to incarcerated people not before the
5  Court and cannot be waived by Defendants.  Defendants take no position on whether Plaintiffs'
6  need for these records outweighs the non-party privacy rights at issue.

Dated:  March 12, 2026                                    Respectfully submitted,

                                                                                           ROB BONTA
                                                                                           Attorney General of California
                                                                                           NEAH HUYNH
                                                                                           Senior Assistant Attorney General

                                                                                           ***/s/ Sean W. Lodholz***
                                                                                           SEAN W. LODHOLZ
                                                                                           Supervising Deputy Attorney General
                                                                                           *Attorneys for Defendants*

SF2025401968
39638486

2

Defs.' Resp. to Pl.' Mot. to Compel Productions of Docs.  (4:94-cv-02307-CW)

# CERTIFICATE OF SERVICE

| Case Name: | **John Armstrong, et al. v. Newsom, et al.** | No. | **4:94-cv-02307-CW** |
|---|---|---|---|

I hereby certify that on <u>March 12, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 12, 2026</u>, at San Diego, California.

| A. Zamora | /s/ A. Zamora |
|---|---|
| Declarant | Signature |

SF2025401968
85621498.docx